## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | **CRIMINAL NO. _____** |
| ) | |
| ) | **UNDER SEAL** |
| **v.** ) | |
| ) | |
| ) | |
| **RUBEN OSEGUERA-GONZALEZ,** ) | |
| also known as ) | |
| "Menchito," "Rubencito," ) | |
| "Rojo," "Ruso," "Junior," and ) | |
| "El Nino," ) | |
| ) | |
| ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |
| _____ ) | |

## **ORDER**

Upon motion of the United States to seal the Indictment in the above-captioned matter, the arrest warrant, the government's sealing motion, the sealing order, and to delay entry on the public docket of the filing of the Indictment and the government's sealing motion, and for good cause shown, it is hereby,

ORDERED that the Indictment, the arrest warrant, and the instant motion to seal shall be sealed, except for such disclosures of copies of the Indictment and arrest warrant by law enforcement as may be necessary during the arrest and extradition process, and delay entry on

the public docket all related matters for the purposes requested by the United States pending further order of the Court.

DATED: _____

                                      _____
                                      HON. G. MICHAEL HARVEY
                                      UNITED STATES MAGISTRATE JUDGE
                                      UNITED STATES DISTRICT COURT
                                      FOR THE DISTRICT OF COLUMBIA