UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 16-229 (BAH) |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | **UNDER SEAL** |
| RUBEN OSEGUERA-GONZALEZ, | ) | |
|    also known as "Menchito," | ) | |
|    "Rubencito," "Rojo," "Ruso," "Junior," | ) | |
|    and "El Nino," | ) | |
| | ) | |
| | ) | |
| | ) | |
|            Defendant. | ) | |
| | ) | |

**GOVERNMENT MOTION TO UNSEAL CASE**

The United States of America, by and through the undersigned counsel, respectfully moves the Court for an order directing that public docket of the above-captioned case be unsealed.

**Background**

1. On December 14, 2016, a federal grand jury sitting in the District of Columbia returned an original Indictment against the defendant, Ruben Oseguera-Gonzalez, also known as "Menchito," "Rubencito," "Rojo," "Ruso," "Junior," and "El Nino" ("Defendant"). On that same day, Magistrate Judge G. Michael Harvey signed the arrest warrant for the Defendant.

2. Also on the same day, the Government filed a motion to seal the Indictment and arrest warrant. The Defendant is believed to be in custody of the Government of Mexico and the United States Government will submit provisional arrest warrant, to seek the Defendant's extradition to the United States to face the charges pending before this Court.

1

3. Therefore, because the original concerns for seeking the sealing of the docket are no longer issues, the Government moves to unseal the docket.

## CONCLUSION

For all the foregoing reasons, counsel for the Government respectfully requests that the docket in the present case be unsealed as to Ruben Oseguera-Gonzalez, also known as "Menchito," "Rubencito," "Rojo," "Ruso," "Junior," and "El Nino"

        ARTHUR WYATT, Chief
        Criminal Division
        Narcotic and Dangerous Drug Section

By:   /s/ Anthony J. Nardozzi
       Anthony J. Nardozzi
       Trial Attorney
       Narcotic and Dangerous Drug Section
       Criminal Division
       U.S. Department of Justice
       Two Constitution Square
       145 N Street, NE
       Washington, D.C. 20530
       Phone: 202- 598-6481
       Anthony.Nardozzi@usdoj.gov