UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 16-CR-229 (BAH) |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | **UNDER SEAL** |
| RUBEN OSEGUERA-GONZALEZ, | ) | |
| also known as "Menchito," | ) | |
| "Rubencito," "Rojo," "Ruso," "Junior," | ) | |
| and "El Nino," | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## **ORDER**

Upon Motion of the United States for an order to unseal the case and for good cause shown, it is hereby,

ORDERED that the case and docket in the above-captioned matter be unsealed.

DATED: _____

_____
HON. BERYL A. HOWELL
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

3