Rev: 1/2017

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.   Criminal No.   16-229

RUBEN OSEGUERA-GONZALEZ   Category   B

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on  3/15/2017  from  Judge Beryl A. Howell
to  Calendar Committee  by direction of the Calendar Committee.

(Defendant is a Fugitive)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Beryl A. Howell   & Courtroom Deputy
Calendar Committee

U.S. Attorney's Office – Judiciary Square Building, Room 5133
Statistical Clerk