UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 16-CR-229 (BAH)** |
| | : | |
| v. | : | |
| | : | |
| **RUBEN OSEGUERA-GONZALEZ,** | : | |
| | : | |
| also known as "Menchito," | : | |
| "Rubencito," "Rojo," "Ruso," | : | |
| "Junior," and "El nino," | : | |
| | : | |
| **Defendant.** | | |

## NOTICE OF APPEARANCE

The United States of America, by and through the Chief of the Narcotic and Dangerous Drug Section of the Criminal Division, United States Department of Justice, hereby informs the Clerk of this court and all parties of record that Brett Reynolds, Trial Attorney of the Narcotic and Dangerous Drug Section, enters his appearance as an attorney for the Government.

    Respectfully Submitted,

    MARLON COBAR, Acting Chief
    Narcotic and Dangerous Drug Section
    Criminal Division
    United States Department of Justice

By:    */s/Brett Reynolds*
    Brett Reynolds
    Trial Attorney
    Narcotic and Dangerous Drug Section
    Criminal Division
    U.S. Department of Justice
    145 N Street, NE
    Washington, D.C. 20530
    Tel.:   (202) 598-2950
    Email: Brett.Reynolds@usdoj.gov

## **CERTIFICATE OF SERVICE**

 I hereby certify that a copy of the foregoing was sent via ECF to the Defendant's counsel on record this 21st day of February 2020.

              */s/ Brett Reynolds*
              Brett Reynolds
              Trial Attorney
              Narcotic and Dangerous Drug Section
              Criminal Division
              Department of Justice