**SEALED**

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Fid #10224177

| | |
|---|---|
| United States of America | )  Case: 1:16–cr–00229 |
| v. | )  Assigned To : Howell, Beryl A. |
| RUBEN OSEGUERA-GONZALEZ, | )  Assign. Date : 12/14/2016 |
| also known as "Menchito," "Rubencito, "Rojo," "Ruso," | )  Description: INDICTMENT (B) |
| "Junior," and "El Nino," | )  Case Related to: 14-cr-51 (BAH) |
| _Defendant_ | ) |

**FILED**

## ARREST WARRANT

FEB 21 2020

To:   Any authorized law enforcement officer

Clerk, U.S. District and Bankruptcy Courts

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   Ruben Oseguera-Gonzalez, aka "Menchito," "Rubencito," "Rojo," "Ruso," "Junior," and "El Nino" ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Conspiracy to Distribute Five Kilograms or More of Cocaine, 500 grams or more of methamphetamine, Knowing and Intending that it would be unlawfully imported into the United States, in violation of Title 21, United States Code, Sections 959(a), 960, and 963.

Count2: Use and Possession of a Firearm, in violation of 18 U.S.C. Sections 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 924(c)(1)(B)(ii).

18 U.S.C. § 2 (Aiding and Abetting)
21 U.S.C. §§ 853 and 970
(Forfeiture)

Date:   12/14/2016

_____
_Issuing officer's signature_

City and state:   Washington, D.C.

Magistrate Judge G. Michael Harvey
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_  12/14/16 , and the person was arrested on _(date)_  02/20/20 at _(city and state)_  DULLES AIRPORT . |
| Date:  02/21/20 _____ _Arresting officer's signature_ |
| ROLAND USPLDO DEA TFO/USMS _Printed name and title_ |