# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **United States of America** ) <br> ) <br> v.  ) <br> ) <br> Rubén Oseguera-González ) <br> ) <br> **Defendants.** ) | Case No. 1:16-cr-00229 |

## NOTICE OF APPEARANCE

TO THE CLERK:

    Please enter the appearance of attorney Danny Onorato of Schertler & Onorato, LLP, as counsel for Defendant Rubén Oseguera-González

Date:  February 25, 2020　　　　　　　　　　　Respectfully submitted,

                                                   /s/ Danny Onorato
                                      Danny Onorato (DC Bar # 480043)
                                      *Attorney for Rubén Oseguera-González*
                                      SCHERTLER & ONORATO, LLP
                                      901 New York Avenue, NW
                                      Suite 500
                                      Washington, DC  20001
                                      Email: donorato@schertlerlaw.com
                                      Telephone:  202-628-4199
                                      Facsimile:  202-628-4177

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of February a copy of the foregoing Notice of Appearance was served via ECF.

                                                   /s/ Danny Onorato
                                                  Danny Onorato