IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) <br> ) |
| v. | ) <br> ) Crim. No. 1:16-CR-00229 |
| RUBÉN OSEGUERA-GONZÁLEZ, | ) <br> ) |
| Defendant. | ) <br> ) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Criminal Rule 44.1(d) of the United States District Court for the District of Columbia, I hereby respectfully move the Court to admit Arturo Corso to appear *pro hac vice* in this matter as counsel for Defendant, Rubén Oseguera-González. Mr. Corso's application for *pro hac vice* admission is attached hereto for the Court's consideration.

Dated: February 26, 2020                    Respectfully submitted,

/s/ Danny Onorato
Danny Onorato (D.C. Bar # 480043)
Schertler & Onorato, LLP
901 New York Avenue NW
Suite 500
Washington, D.C. 20001
Telephone: (202) 628-4199
Facsimile: (202) 628-4177

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | )<br>)  Crim. No. 1:16-CR-00229 |
| RUBÉN OSEGUERA-GONZÁLEZ, | )<br>) |
| Defendant. | )<br>) |

### APPLICATION FOR ADMISSION *PRO HAC VICE*

I declare under penalty of perjury:

1) I have never applied for admission *pro hac vice* in any courts of the District of Columbia within the past two years;

2) I am a member in good standing of the District of Columbia, Georgia, and New York bars;

3) There are no disciplinary complaints pending against me for violation of the rules of the courts of those states or federal districts;

4) I have not been suspended or disbarred for disciplinary reasons from practice in any court;

5) I practice law from an office located in the District of Columbia; and

6) I currently have an Application for Admission pending before the United States District Court for the District of Columbia; and

7) The reason I am applying for admission *pro hac vice* is to provide representation to Rubén Oseguera-González, a Defendant in this case.

I acknowledge the power and jurisdiction of the Courts of the District of Columbia over my professional conduct, and I agree to be bound by the District of Columbia Court of Appeals Rules of Professional Conduct in this matter if I am admitted *pro hac vice*.

Respectfully submitted,

Dated: February 26, 2020

_____
Arturo Corso (D.C. Bar # 1521149)
The Washington International Law Center
1300 Pennsylvania Avenue
Suite 700
Washington, D.C. 20004
Telephone: (202) 660-1334