# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Crim. No. 1:16-CR-00229** |
| ) | |
| **RUBÉN OSEGUERA-GONZÁLEZ,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Upon consideration of the Defendant's Motion for Admission *Pro Hac Vice*, it is hereby

Ordered that the motion is **GRANTED**, and it is

**SO ORDERED** this _____ day of February 2020.

---

The Honorable Beryl A. Howell
United States District Court Judge for the
District of Columbia