UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 16-CR-229 (BAH)** |
| v. | |
| **RUBEN OSEGUERA-GONZALEZ,** | |
| also known as "Menchito," "Rubencito," "Rojo," "Ruso," "Junior," and "El nino," | |
| Defendant. | |

## NOTICE OF APPEARANCE

The United States of America, by and through the Chief of the Narcotic and Dangerous Drug Section of the Criminal Division, United States Department of Justice, hereby informs the Clerk of this court and all parties of record that Cole Radovich, Trial Attorney of the Narcotic and Dangerous Drug Section, enters his appearance as an attorney for the Government.

Respectfully Submitted,

MARLON COBAR, Acting Chief
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice

By:    */s/Cole Radovich*
Cole Radovich
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
145 N Street, NE
Washington, D.C. 20530
Tel.:   (202) 353-9076
Email: Cole.Radovich2@usdoj.gov

1

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was sent via ECF to the Defendant's counsel on record this 26th day of February 2020.

                                                        */s/ Cole Radovich*
                                                        Cole Radovich
                                                        Trial Attorney
                                                        Narcotic and Dangerous Drug Section
                                                        Criminal Division
                                                        Department of Justice