**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>**vs.** )<br>)<br>**RUBÉN OSEGUERA-GONZÁLEZ,** )<br>)<br>**Defendant.** )<br>) | **Crim. No. 1:16-CR-00229** |

## MOTION REQUESTING CIVILIAN CLOTHING DURING HEARING

COMES NOW the Defendant, Mr. Rubén Oseguera-González, by and through undersigned counsel, and respectfully moves this Court to allow him to wear civilian clothing during his status hearing, which is currently scheduled for February 28, 2020, and for any other court appearance. Specifically, Mr. Oseguera-González requests that prior to the commencement of the status hearing and future court appearances, he be permitted to exchange his inmate clothing for appropriate clothing provided to him by counsel.

At present, Mr. Oseguera-González is being detained at the Central Virginia Regional Jail and will be transported directly to the courthouse on the day of the court appearance. Counsel provided the Central Virginia Regional Jail with appropriate clothing for Mr. Oseguera-González and it will be delivered to the United States Marshal upon arrival. Mr. Oseguera-González respectfully requests that he be allowed to exchange his inmate clothing for professional and court-appropriate apparel.

Prior to the filing of this motion, counsel attempted to obtain the Government's position as to this matter but did not receive a reply in time to include it here.

WHEREFORE, it is respectfully requested that the Court order the United States Marshal to allow Mr. Oseguera-González to change into appropriate clothing for the hearing and for any other future court appearances.

Dated:  February 27, 2020               Respectfully submitted,

/s/ Danny Onorato
Danny Onorato (D.C. Bar # 480043)
Schertler & Onorato, LLP
901 New York Avenue NW
Suite 500
Washington, D.C.  20001
Telephone:  (202) 628-4199
Facsimile:  (202) 628-4177


/s/ Arturo Corso
Arturo Corso (D.C. Bar # 1521149)
The Washington International Law Center, LLC
1300 Pennsylvania Avenue, NW
Suite 700
Washington, D.C.  20004
Telephone:  (202) 660-1334
Email:  arturo@washingtonilc.com

CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing upon all parties of interest by filing same upon the ECF system this 27th day of February, 2020.

/s/ Danny Onorato
Danny Onorato (D.C. Bar # 480043)
Schertler & Onorato, LLP
901 New York Avenue NW
Suite 500
Washington, D.C.  20001
Telephone:  (202) 628-4199
Facsimile:  (202) 628-4177