# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>v.  )<br>)<br>**RUBÉN OSEGUERA-GONZÁLEZ,** )<br>)<br>**Defendant.** )<br>) | **Crim. No. 1:16-CR-00229** |

## ORDER

BASED UPON the Defendant's Motion for permission to allow Mr. Oseguera-González to change into civilian clothing for the Status Hearing on February 28, 2020 and for every other court appearance,

IT IS HEREBY ORDERED THAT Motion be, and hereby is, GRANTED, and it is, accordingly,

FURTHER ORDERED that the United States Marshal shall allow Mr. Oseguera-González to change into civilian clothing for the hearing and for every other court appearance.

Dated this _____ day of February, 2020.

_____
The Honorable Beryl A. Howell
United States District Judge for the for
the District of Columbia