AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| USA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 16-CR-00229 (BAH) |
| Ruben Oseguera Gonzalez | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mr. Ruben Oseguera Gonzalez, A United States Citizen and Innocent Accused .

Date: 02/28/2020

*Attorney's signature*

Arturo Corso DC Bar No. 1521149
*Printed name and bar number*
The Washington International Law Center, LLC
1300 Pennsylvania Avenue, NW
Suite 700
Washington DC 20004
*Address*

arturo@washingtonilc.com
*E-mail address*

(770) 532-9732
*Telephone number*

(770) 532-9733
*FAX number*