UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 16-229 (BAH) |
| | ) | |
| v. | ) | |
| | ) | |
| RUBEN OSEGUERA-GONZALEZ, | ) | |
|    also known as "Menchito," | ) | |
|    "Rubencito," "Rojo," "Ruso," "Junior," | ) | |
|    and "El Nino," | ) | |
| | ) | |
|                  Defendant. | ) | |
| | ) | |

**JOINT RESPONSE TO MARCH 20, 2020 MINUTE ORDER**

The United States and Defendant Ruben Oseguera-Gonzalez, through undersigned counsel, respectfully submit this response to the Court's March 20, 2020 Minute Order ("Minute Order"). The Court's Minute Order vacated the April 3, 2020 status hearing in the above-captioned case in light of the postponements of criminal hearings provided in this Court's Standing Order 20-9, In re Court Operations in Exigent Circumstances Created by the Covid-19 Pandemic. The Minute Order further directed the parties to file jointly three proposed Fridays after April 17, 2020, for the rescheduling of the status hearing.

In response to the Court's order, the parties respectfully request that the Court reschedule

//

//

//

the status hearing for one of the following dates: May 8, 2020; May 15, 2020; May 22, 2020; or otherwise at the Court's convenience.

  Respectfully submitted this 23rd day of March, 2020.

            Marlon Cobar, Acting Chief
            Narcotic and Dangerous Drug Section
            Criminal Division
            U.S. Department of Justice

      By: */s/ Anthony Nardozzi*
         Anthony Nardozzi
         Brett Reynolds
         Cole Radovich
         Kaitlin Sahni
         Trial Attorneys
         Narcotic and Dangerous Drug Section
         Criminal Division
         U.S. Department of Justice
         Washington, D.C. 20530
         Email: anthony.nardozzi@usdoj.gov
         Telephone: (202) 598-6481

Counsel for the Defendant

*/s/ Danny C. Onorato*
Danny C. Onorato
Schertler & Onorato
901 New York Ave NW
Suite 500 West
Washington, DC 20001
Telephone: (202) 309-0912
Email: donorato@schertlerlaw.com