UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO.: 16-229 (BAH) |
| ) | |
| v. ) | |
| ) | |
| RUBEN OSEGUERA-GONZALEZ, ) | |
|    also known as "Menchito," ) | |
|    "Rubencito," "Rojo," "Ruso," "Junior," ) | |
|    and "El Nino," ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **ORDER**

Upon consideration of the parties' Joint Response to the Court's March 20, 2020 Minute Order, the status hearing previously scheduled for April 3, 2020, is hereby **RESCHEUDLED** for May _____, 2020 at _____.

**SO ORDERED.**

DATED: _____

_____
HON. BERYL A. HOWELL
CHIEF UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA