UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>v. )<br>)<br>**RUBEN OSEGUERA GONZALEZ,** )<br>)<br>**Defendant.** )<br>) | **CRIMINAL NO. 16-cr-229 (BAH)** |

## SUPPLEMENTAL PROTECTIVE ORDER

Before the Court is an Unopposed Supplemental Motion for a Protective Order. This Court hereby finds and Orders as follows:

a. The Defendant is permitted to employ a third-party litigation support vendor, identified by Defendant as HLP Integration (hereinafter the "Vendor"), to host discovery provided by the Government on a cloud-based discovery review platform in order to assist defense counsel in reviewing discovery;

b. Defense counsel will ensure that Vendor uses industry-standard best practices to maintain the security and confidentiality of discovery provided by the government hosted on Vendor's platform or otherwise provided to Vendor;

c. Defense counsel will provide a copy of the Protective Order and the Supplemental Protective Order to Vendor, and Defendant will ensure that any employees of Vendor who have access to the discovery in the course of their work will be bound by the Protective Order and the Supplemental Protective Order to the same extent as any other member of the defense team;

d. Defense counsel and Vendor will not access Vendor's cloud-based review platform for this matter from outside of the United States nor will they provide access to the

platform to any person located outside of the United States;

  e. To the extent technologically feasible, Vendor will restrict access to the review platform so that it cannot be accessed by IP addresses based outside of the United States; if not technologically feasible, Defense counsel will assist the Government in procuring from Vendor, from time to time, a log of IP addresses that have accessed the review platform, for the sole purpose of permitting the Government to verify that the discovery review platform has not been accessed by persons outside of the United States;

  f. The terms of the Protective Order entered by the Court on February 28, 2020, Dkt. No. 19, remain in full force and effect.

SO ORDERED.

DATED: June 24, 2020

               _____
               HON. BERYL A. HOWELL
               CHIEF UNITED STATES DISTRICT JUDGE
               UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA