# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.                        ) | **CRIMINAL NO.: 1:16-CR-229** |
| ) | |
| **RUBEN OSEGUERA-GONZALEZ,** ) | |
|   also known as "Menchito," ) | |
|   "Rubencito," "Rojo," "Ruso," ) | |
|   "Junior," and "El Nino," ) | |
| ) | |
| **Defendant.**            ) | |

## JOINT MOTION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME

The parties respectfully submit this Joint Motion to Continue Status Conference and to Exclude Time Under the Speedy Trial Act. The next status conference in this case is scheduled for June 4, 2021, at 3:00 p.m.

The last status conference in this matter was held on June 24, 2020, subsequent status conferences were scheduled for September 11, 2020, December 11, 2020, and March 4, 2021 but were continued for 90 days at the request of the parties. Since that time, the parties have continued to discuss the overall posture of this case, including likely motions and trial schedules, and have continued to produce and review discovery. Among other things, much of the discovery in this case is in Spanish and therefore requires additional effort to meaningfully review and translate for the parties' use. Potential witnesses are also located outside of this district and outside of the United States, further complicating the parties' efforts to investigate and prepare in advance of trial. Additionally, the parties are continuing to evaluate and discuss whether a resolution of this matter can be reached short of trial. In light of the fact that the parties are continuing to confer, the parties believe that a modest additional continuance of

approximately 90 days would allow the parties sufficient time to meaningfully apprise the Court of how they would like to proceed with the ultimate disposition of this matter.

The parties additionally request that, should the Court grant the continuance, the Court exclude time to the continued date for the status conference from the Court's calculation of the time within which trial should commence pursuant to 18 U.S.C. § 3161(h)(7)(A). Specifically, the parties submit that this continuance would serve the ends of justice by affording counsel for both the defendant and the government reasonable time necessary for effective preparation.

In the event that the Court denies this request and wishes to confer with the parties on June 4, 2021, the parties both consent to appearing at the status hearing via videoconference.

Respectfully submitted,

*/s/Danny Onorato*
DANNY ONORATO
Counsel for Ruben Oseguera Gonzalez
Schertler & Onorato, LLP
901 New York Avenue, N.W.
Suite 500
Washington, DC 20001
(202) 628-4199

*/s/Arturo Corso*
ARTURO CORSO
Counsel for Ruben Oseguera Gonzalez
The Washington International Law Center
1300 Pennsylvania Avenue, NW
Suite 700
Washington, D.C. 20004
(202) 660-1334

ARTHUR WYATT, Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice

*/s/Anthony Nardozzi*
ANTHONY J. NARDOZZI,
Acting Deputy Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
145 N Street, NE
Washington, D.C. 20530
(202) 631-2403