**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) **CRIMINAL NO.: 1:16-CR-229** |
| | ) |
| **RUBEN OSEGUERA-GONZALEZ,** | ) |
| also known as "Menchito," | ) |
| "Rubencito," "Rojo," "Ruso," | ) |
| "Junior," and "El Nino," | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

Having considered the parties' Joint Motion to Continue Status Conference and to Exclude Time Under the Speedy Trial Act, this Court hereby ORDERS:

1.      The status conference set in this matter for Friday, September 10, 2021 at 3:00 p.m. is hereby continued to December __, 2021, at _____.

2.      The time between September 10, 2021 and the continued date of December __, 2021 shall be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A).

In support of this order, the Court finds that, based on the parties' submission, this continuance will serve the ends of justice by affording counsel for both the defendant and the government reasonable time necessary for effective preparation, and will help conserve the resources of the Court and of the parties by allowing the parties to evaluate whether this matter may be disposed of short of trial.

_____
HON. BERYL A. HOWELL
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA