UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA            ) | |
|                                      ) | |
| v.                                   ) | CRIMINAL NO.: 1:16-CR-229 |
|                                      ) | |
| RUBEN OSEGUERA-GONZALEZ,             ) | |
|     also known as "Menchito,"        ) | |
|     "Rubencito," "Rojo," "Ruso,"     ) | |
|     "Junior," and "El Nino,"         ) | |
|                                      ) | |
|         Defendant.                   ) | |
|                                      ) | |

### JOINT MOTION TO SET TRIAL DATE AND EXCLUDE TIME

The parties, by and through the undersigned attorneys, respectfully submit this Joint Motion to Set Trial Date and to Exclude Time Under the Speedy Trial Act. The parties respectfully request that a trial date be set in this case for May 2023. The government expects trial to last four weeks. If the Court grants this motion, the parties have agreed to submit a Proposed Joint Scheduling Order for the Court's consideration.

The parties request that the next status conference in this case, scheduled for June 10, 2022, at 9:30 a.m., be adjourned.

The last status conference in this matter was held on June 24, 2020. Subsequent status conferences were scheduled for September 11, 2020, December 11, 2020, March 4, 2021, June 4, 2021, September 10, 2021, and December 10, 2021, and March 11, 2022, but were continued for 90 days at the request of the parties. Since that time, the parties have continued to discuss the overall posture of this case, including likely motions and trial schedules, and have continued to produce and review discovery. Among other things, much of the discovery in this case is in Spanish and therefore requires additional effort to meaningfully review and translate for the

parties' use. Potential witnesses are also located outside of this District and outside of the United States, further complicating the parties' efforts to investigate and prepare in advance of trial. The parties are continuing to evaluate and discuss whether a resolution of this matter can be reached short of trial.

The parties additionally request that the Court exclude time from June 10, 2022 to the scheduled trial date from the Court's calculation of the time within which trial should commence pursuant to 18 U.S.C. § 3161(h)(7)(A). Specifically, the parties submit that this would serve the ends of justice by affording counsel for both the defendant and the government reasonable time necessary for effective preparation for trial. Accordingly, the ends of justice served by a tolling of the Speedy Trial clock until the trial date outweigh the interests of the public and the Defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(b)(i) and (ii). A proposed order is attached.

                                              Respectfully submitted,

| | |
|---|---|
| */s/Danny Onorato* | ARTHUR G. WYATT, Chief |
| DANNY ONORATO | Narcotic and Dangerous Drug Section |
| Counsel for Ruben Oseguera Gonzalez | Criminal Division |
| Schertler & Onorato, LLP | U.S. Department of Justice |
| 901 New York Avenue, N.W. | |
| Suite 500 | */s/* |
| Washington, DC 20001 | Kate Naseef |
| (202) 628-4199 | Kaitlin Sahni |
| | Trial Attorneys |
| */s/Arturo Corso* | Narcotic and Dangerous Drug Section |
| ARTURO CORSO | Criminal Division |
| Counsel for Ruben Oseguera Gonzalez | U.S. Department of Justice |
| The Washington International Law Center | 145 N Street, NE |
| 1300 Pennsylvania Avenue, NW | Washington, D.C. 20530 |
| Suite 700 | (202) 631-2403 |
| Washington, D.C. 20004 | |
| (202) 660-1334 | |

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of this motion has been served by electronic mail on counsel for the Defendant this 1st day of June, 2022.

                                             /s/
                                             Kate Naseef
                                             Trial Attorney
                                             145 N Street, NE
                                             2 Constitution Square
                                             Washington, DC 20530