UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) <br> ) |
| v. | ) CRIMINAL NO.: 1:16-CR-229 <br> ) |
| RUBEN OSEGUERA-GONZALEZ, <br>    also known as "Menchito," <br>    "Rubencito," "Rojo," "Ruso," <br>    "Junior," and "El Nino," | ) <br> ) <br> ) <br> ) <br> ) |
| Defendant. | ) <br> ) |

**[PROPOSED] ORDER**

Having considered the parties' Joint Motion to Set Trial Date and to Exclude Time Under the Speedy Trial Act, this Court hereby ORDERS:

1. The trial of this case shall commence with jury selection on May __, 2023;

2. Having found that exclusion of time until the scheduled trial date serves the ends of justice pursuant to 18 U.S.C. § 3161(h)(7)(B)(i) and (ii) because such time is necessary to permit the parties reasonable time necessary to prepare for trial, the time between June 10, 2022 and the trial date of May __, 2023 shall be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A);

3. Within ten days of the entry of this Order, the parties will submit a Joint Pre-Trial Scheduling Order for the Court's consideration; and

4. The status conference scheduled for June 10, 2022, at 9:30 a.m. is adjourned.

                                                      _____
                                                     HON. BERYL A. HOWELL
                                                     CHIEF JUDGE
                                                     UNITED STATES DISTRICT COURT
                                                   FOR THE DISTRICT OF COLUMBIA