UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:16-cr-00229 (BAH) |
| ) | |
| RUBEN OSEGUERA-GONZALEZ ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION TO EXTEND SCHEDULE**

The parties, by and through undersigned counsel, respectfully request that the Court extend the pretrial motions deadline and joint pretrial statement deadline, currently set for March 7, 2023, by two weeks until March 21, 2023. As grounds for the request, the parties state as follows:

On June 1, 2022, the Court entered a Minute Order setting this case for trial on May 1, 2023. The Court ordered the parties to file pretrial motions and a joint pretrial statement by March 7, 2023. The parties have been negotiating a resolution in good faith and anticipate that this matter will be resolved short of trial. Extending the dates by two weeks will allow the parties to focus on resolving the matter.

WHEREFORE, the parties respectfully ask the Court to modify the schedule to allow for the filing of motions and the joint pretrial statement on or before March 21, 2023.

Date:  March 3, 2023                                        Respectfully submitted,

ARTHUR G. WYATT,                                            /s/ Danny Onorato
Chief Narcotic and Dangerous Drug Section                   Danny Onorato (DC Bar # 480043)
Criminal Division                                           *Attorney for Rubén Oseguera-González*
U.S. Department of Justice                                  Schertler Onorato Mead & Sears
                                                            555 13th Street, NW
                                                            Suite 500 West
/s/                                                         Washington, DC  20004
Kate Naseef                                                 Email: donorato@schertlerlaw.com
Kaitlin Sahni                                               Telephone:  202-628-4199
Trial Attorneys                                             Facsimile:  202-628-4177
Narcotic and Dangerous Drug Section
Criminal Division                                           /s/Arturo Corso
U.S. Department of Justice                                  ARTURO CORSO
145 N Street, NE                                            *Attorney for Rubén Oseguera-Gonzalez*
Washington, D.C. 20530                                      The Washington International Law Center
(202) 631-2403                                              1300 Pennsylvania Avenue, NW
                                                            Suite 700
                                                            Washington, D.C. 20004
                                                            (202) 660-1334

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of March a copy of the foregoing Motion was served via ECF to Kate Naseef Kaitlin Sahni.

                                         /s/ Danny Onorato
                                         Danny Onorato

Case 1:16-cr-00229-BAH   Document 42   Filed 03/03/23   Page 3 of 3