UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>RUBEN OSEGUERA-GONZALEZ )<br>)<br>Defendant )  | Case No. 1:16-cr-00229 (BAH) |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND SCHEDULE**

Having considered the parties' Joint Motion to Continue Motions Deadline, it is hereby

**ORDERED**, that the Motion is **GRANTED**; it is further

**ORDERED**, that the parties must file pretrial motions and a joint pretrial statement on or before March 23, 2023.

DATED: _____

_____
HON. BERYL A. HOWELL
CHIEF UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA