IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Crim. No. 1:16-CR-00229 (BAH) |
| Plaintiff,                        ) | |
| VS.                                 ) | |
| RUBEN OSEGUERA-GONZALEZ,             ) | |
| Defendant.                        ) | |

## NOTICE OF APPEARANCE

TO ANGELA CAESAR, CLERK:

Please enter the appearance of Attorney Mariel Colon Miro as counsel for Defendant Ruben Oseguera-Gonzalez.

I am appearing in this action as retained counsel.

Respectfully submitted,

/s/ Mariel Colon Miro

Dated: April 17, 2023

Mariel Colon Miro, Atty at Law
Attorney for Ruben Oseguera-Gonzalez
New York Bar No. NY5612247
Law Offices of Mariel Colon Miro
Date of Admission to D.C. Court: 03/01/21
300 Cadman Plaza, W 12thFlr. Ste 381
Brooklyn, NY 11201
Telephone No. (917) 743-7071
Email: mariel.colon8@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via ECF to all parties of record in this case on the 18th day of April 2023.

Dated: April 18, 2023

/s/ Mariel Colon Miro

Mariel Colon Miro, Attorney at Law
N.Y. Bar# NY5612247
Date of Admission to D.C. Court: 03/01/21
300 Cadman Plaza, W 12th Flr. Ste 381
Brooklyn, NY. 11201
(917) 743-7071
Email: mariel.colon8@gmail.com