IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Crim. No. 1:16-CR-00229 |
| Plaintiff, | ) | |
| VS. | ) | |
| RUBEN OSEGUERA-GONZALEZ, | ) | |
| Defendant. | ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 44.1(c) & (d) of the United States District Court for the District of Columbia, I Mariel Colon Miro do hereby respectfully move the Court to admit Arturo Hernandez-M. to appear *pro hac vice* in this matter as counsel for Defendant, Ruben Oseguera-Gonzalez. Mr. Hernandez-M.'s application for admission *pro hac vice* is attached hereto for the Court's consideration.

Respectfully submitted,

/s/ Mariel Colon Miro

_____

Dated: April 12, 2023

Mariel Colon Miro, Attorney at Law
N.Y. Bar# NY5612247
Date of Admission to D.C. Court: 03/01/21
300 Cadman Plaza, W 12th Flr. Ste 381
Brooklyn, NY. 11201
(917) 743-7071
Email: mariel.colon8@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>VS.<br><br>RUBEN OSEGUERA-GONZALEZ,<br><br>Defendant. | Crim. No. 1:16-CR-00229 (BAH) |

## APPLICATION FOR ADMISION *PRO HAC VICE*

I, Arturo Hernandez-M, DECLARE UNDER PENALTY OF PERJURY:

1. I have never applied for admission P*ro Hac Vice* in any courts of the District of Columbia within the past two years;

2. I am a member in good standing of the California State Bar and the Courts enumerated in Exhibit "A".

3. There are no disciplinary complaints pending against me for violation of rules of the courts of the State of California or any Federal District Courts;

4. I have not been suspended or disbarred for disciplinary reasons from the practice in any court;

5. I practice law in my office located in San Jose, California; and

6. I intend to file an application for admission to the Bar of this Court;

7. I am applying for admission *pro hac vice* so that I can provide legal representation to Defendant, Ruben Oseguera-Gonzalez in this case.

I acknowledge the power and jurisdiction of the courts of the District of Columbia over my professional conduct, and I agree to be bound by the District of Columbia Rules of Professional Conduct in this matter if I am admitted *pro hac vice*.

Dated: April 17, 2023

Respectfully submitted,

/s/ Arturo Hernandez

Arturo Hernandez-M.
California Bar No. 108980
Law Offices of Arturo Hernandez-M.
10050 Machado Lane
San Jose, California, 95127
Telephone No. (409) 729-5785
Email: Artlawoff@aol.com
Fax: (408) 729-0167