Exhibit "A"

I am a member of the following Courts:

a) Northern District of California - May 27, 1983. Active.

b) United States District Court - Central District of California - March 16, 1989. Active.

c) United States of America - Eastern District of California - March 22, 1991. Active.

d) United States of America - Southern District of California - April 14, 1989. Active.

e) United States of America - United States Court of Appeals 8th Circuit - Sept. 16, 1992. Active.

f) United States Court of Appeals - Fifth Circuit - July 15, 1993. Active.

g) United States of America - District of Montana - May 2, 1995. Active.

h) United States of America - District of Arizona - September 30, 1994. Active.

i) **United States Supreme Court** - January 19, 1999. Active.

j) United States Court of Appeals 9th Circuit- August 8, 1990. Active.

k) United States of America- Northern District of Oklahoma - May 20, 2005. Active.

l) United States District Court - Southern District of Texas - June 26, 2009. Active.

m) United States District Court – Eastern District of Texas – October, 2010. Active.

n) United States District Court – Eastern District of Michigan – 2013. Active

o) United States District Court – Western District of Texas – June 25, 1991. Active

p) United States District Court- Western District of New York -January 27, 2017, Active

q) United States District Court of Appeals for The Tenth Circuit -December 28, 2021
Active