**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

April 13, 2023

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ARTURO HERNANDEZ-MELENDEZ, #108980 was admitted to the practice of law in this state by the Supreme Court of California on July 13, 1983; that he has been since the date of admission, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA



Vicky Avila
Custodian of Records