IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Crim. No. 1:16-CR-00229(BAH) |
| Plaintiff, ) | |
| ) | **COURT ORDER** |
| VS. ) | |
| RUBEN OSEGUERA-GONZALEZ, ) | |
| Defendant. ) | |

Upon consideration of the motion by Attorney Arturo Hernandez-M. for Admission *Pro Hac Vice* in the above entitled matter it is hereby ordered that the motion is **GRANTED**.

**SO ORDERED**, that Attorney ARTURO HERNANDEZ-M be admitted *Pro Hac Vice* in this Matter as Counsel for Defendant Ruben Oseguera-Gonzalez on this ___ day of April, 2023

                                                    _____
                                                    The Honorable Beryl A. Howell
                                                    United States District Court Judge
                                                    for the District of Columbia