IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. No. 1:16-CR-00229 |
| Plaintiff, | |
| VS. | |
| RUBEN OSEGUERA-GONZALEZ, | |
| Defendant. | |

### MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 44.1(c) & (d) of the United States District Court for the District of Columbia, I Mariel Colon Miro do hereby respectfully move the Court to admit Arturo Hernandez-M. to appear *pro hac vice* in this matter as counsel for Defendant, Ruben Oseguera-Gonzalez. Mr. Hernandez-M.'s application for admission *pro hac vice* is attached hereto for the Court's consideration.

Respectfully submitted,

/s/ Mariel Colon Miro

Dated: April 12, 2023

Mariel Colon Miro, Attorney at Law
N.Y. Bar# NY5612247
Date of Admission to D.C. Court: 03/01/21
300 Cadman Plaza, W 12th Flr. Ste 381
Brooklyn, NY. 11201
(917) 743-7071
Email: mariel.colon8@gmail.com