## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was sent via ECF to all parties of record in this case on the 18th day of April 2023.

/s/ Mariel Colon Miro

Dated: April 17, 2023                                    _____

Mariel Colon Miro, Attorney at Law
N.Y. Bar# NY5612247
Date of Admission to D.C. Court: 03/01/21
300 Cadman Plaza, W 12th Flr. Ste 381
Brooklyn, NY. 11201
(917) 743-7071
Email: mariel.colon8@gmail.com