UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| v. | ) ) ) ) ) ) ) | Case No. 1:16-cr-00229 (BAH) |
| RUBEN OSEGUERA-GONZALEZ | ) ) ) ) | |
| Defendant. | ) ) ) | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 44.5(d) of the United States District Court for the District of Columbia, undersigned counsel Danny Onorato of Schertler Onorato Mead & Sears and Arturo Corso of The Washington International Law Center respectfully request the Court's permission to withdraw as counsel for Ruben Oseguera-Gonzalez in the above-captioned matter.

Mr. Oseguera-Gonzalez requested new counsel in open court on April 12, 2023 and has hired new counsel. Mr. Oseguera-Gonzalez has recently retained Arturo Hernandez and Mariel Colon Miro to represent him in this matter. Ms. Mariel Colon Miro has entered her appearance in the matter and moved for *pro hac vice* admission of Mr. Hernandez.

WHEREFORE, undersigned counsel respectfully request that the Court grant them permission to withdraw as counsel of record for the Defendant in the above captioned matter and excuse undersigned counsel from appearing at the April 21, 2023 status conference.

Date:  April 18, 2023                                Respectfully submitted,


                                              /s/ Danny Onorato_____
Danny Onorato (DC Bar # 480043)
*Attorney for Rubén Oseguera-González*
Schertler Onorato Mead & Sears
555 13th Street, NW
Suite 500 West
Washington, DC  20004
Email: donorato@schertlerlaw.com
Telephone:  202-628-4199
Facsimile:  202-628-4177

/s/Arturo Corso_____
ARTURO CORSO
*Attorney for Rubén Oseguera-Gonzalez*
The Washington International Law Center
1300 Pennsylvania Avenue, NW
Suite 700
Washington, D.C. 20004
(202) 660-1334

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of April a copy of the foregoing Motion was served via ECF to all parties on record.

                                                                                /s/ Danny Onorato
                                                                                Danny Onorato