UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:16-cr-00229 (BAH) |
| ) | |
| RUBEN OSEGUERA-GONZALEZ ) | |
| ) | |
| Defendant ) | |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Having considered the Motion to Withdraw, it is hereby

**ORDERED**, that the Motion is **GRANTED**; it is further

**ORDERED**, that Danny Onorato and Arturo Corso shall be permitted to withdraw as counsel for the Defendant; it is further

**ORDERED**, that Danny Onorato and Arturo Corso are excused from appearing at the April 21st, 2023 status conference.

DATED: _____

_____
HON. BERYL A. HOWELL
CHIEF UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA