UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No.: 16-CR-229 (BAH) |
| ) | |
| v. ) | |
| ) | |
| RUBEN OSEGUERA-GONZALEZ, ) | |
|     also known as ) | |
|     "Menchito," "Rubencito," ) | |
|     "Rojo," "Ruso," "Junior," and ) | |
|     "El Nino," ) | |
| ) | |
|     Defendant. ) | |

### [PROPOSED] ORDER

Upon consideration of the Government's Motion for Appointment of Conflicts Counsel, it is hereby

**ORDERED** that the Government's Motion be **GRANTED**. It is further

**ORDERED** that Attorney _____ is specially appointed in this matter as conflicts counsel representing Defendant Ruben Oseguera-Gonzalez regarding the matters discussed in the Government's Motion for Conflict Inquiry [Dkt. No. 50] and the Government's Motion for Appointment of Conflicts Counsel. It is further

**ORDERED** that the Government is authorized to disclose to conflicts counsel any documents necessary to assist conflicts counsel in advising the Defendant. Conflicts counsel is directed not to disclose materials provided by the Government in this matter to anyone other than

//

//

//

//

the Defendant and persons whose assistance is reasonably necessary to effectively advise the

Defendant, such as an interpreter.

 **SO ORDERED**.


Date: _____


               _____
               Hon. Beryl A. Howell
               United States District Judge