UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>)<br>RUBEN OSEGUERA-GONZALEZ )<br>)<br>Defendant. ) | Case No. 1:16-cr-00229 (BAH) |

## MOTION TO APPEAR BY TELEPHONE

Undersigned counsel Danny Onorato of Schertler Onorato Mead & Sears respectfully requests the Court's permission to appear by telephone at the status hearing scheduled for May 12, 2023.

Mr. Oseguera-Gonzalez requested new counsel in open court on April 12, 2023, and has hired new counsel. Mr. Oseguera-Gonzalez has recently retained Arturo Hernandez and Mariel Colon Miro to represent him in this matter. Ms. Mariel Colon Miro has entered her appearance in the matter and the Court granted Mr. Hernandez' motion to appear *pro hac vice* on April 18, 2023.

On April 18, 2023, undersigned counsel, Danny Onorato, and Arturo Corso filed a motion to withdraw as counsel. On April 21, 2023, the Court held a status hearing and granted the government's Motion for Appointment of Conflicts Counsel. The Court appointed the Federal Public Defender A.J. Kramer as conflicts counsel and ordered him to submit a report by May 5, 2023. The Court scheduled a status hearing for Friday, May 12, 2023.

Undersigned counsel is scheduled to be out of town on the date of the scheduled hearing to attend his son's college graduation and asks the Court's permission to appear by telephone.[1]

WHEREFORE, undersigned counsel respectfully requests that his Court allow him to appear at the May 12, 2023 status conference by telephone.

Date: May 4, 2023                               Respectfully submitted,

/s/ Danny Onorato
Danny Onorato (DC Bar # 480043)
*Attorney for Rubén Oseguera-González*
Schertler Onorato Mead & Sears
555 13th Street, NW
Suite 500 West
Washington, DC  20004
Email: donorato@schertlerlaw.com
Telephone:  202-628-4199
Facsimile:  202-628-4177

---

[1] If it would assist the Court, Stuart Sears is able to attend the hearing in person.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of May a copy of the foregoing Motion was served via ECF to all parties on record.

                                                                            /s/ Danny Onorato
                                                                            Danny Onorato