UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:16-cr-00229 (BAH) |
| ) | |
| RUBEN OSEGUERA-GONZALEZ ) | |
| ) | |
| Defendant ) | |

**[PROPOSED] ORDER GRANTING MOTION TO APPEAR BY TELEPHONE**

Having considered the Motion to Appear by Telephone and for good cause having been shown, it is hereby

**ORDERED**, that the Motion is **GRANTED**, and Danny Onorato may appear before the Court via telephone at the hearing scheduled in this matter for May 12, 2023, at 9:30 AM;

The Deputy clerk is directed to provide counsel with the necessary telephone conference information.

DATED: _____

_____
HON. BERYL A. HOWELL
U.S. District Court Judge