IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| UNITED STATES, | | |
|---|---|---|
| | | Case No.   1:16-CR-229 |
| vs. | | |
| RUBEN OSEGUERA GONZALEZ, Defendant. | | |

# ARTURO CORSO'S MOTION
# TO APPEAR BY TELEPHONE

COMES NOW the undersigned counsel for the Defendant and files this motion to appear by telephone and shows this Court further as follows:

1.

Arturo Corso is one of the Defendant's attorneys, together with Danny Onorato. Mr. Corso did appear personally on Wednesday, April 12, 2023 for a scheduled appearance at which time the Defendant expressed his desire to substitute new counsel.

2.

Subsequently, new counsel has entered an appearance and moved to be admitted *pro hac vice*. The Court ordered that a status conference be scheduled for May 12, 2023 to hear the results of an independent investigation regarding any

potential conflicts posed by the entry of new counsel.

3.

Arturo Corso resides in Georgia and has his principle office in Georgia. Mr. Corso has a previously scheduled court appearance in Troup County, Georgia for the same date and time as the status conference in this matter.

4.

Mr. Corso's inability to personally appear would visit no harm upon the Court, the Government, or Mr. Oseguera. Mr. Corso could appear by telephone if permitted by the Court.

WHEREFORE the undersigned counsel for the Defendant prays this Court either excuse Mr. Corso's appearance under these circumstances or in the alternative allow him to appear by telephone.

This 7th day of May 2023.

__/s/ Arturo Corso_____
Arturo Corso
Georgia State Bar No. 188748
Washington D.C. Bar No. 1521149
New York State Bar No. 5700356
Attorney for Defendant

*The Corso Law Center, LLC*
427 Green Street, N.W.
Gainesville, Georgia 30501
Telephone: (770) 532-9732
Facsimile: (770) 532-9733

CERTIFICATE OF SERVICE

This is to certify that I have this day filed a true and correct copy of the foregoing upon the ECF electronic docket for service of process upon the Government and all counsel of record.

This 7th day of May 2023.

*/s/ Arturo Corso*

Arturo Corso
Attorney at Law