ARTURO HERNANDEZ-M, Attorney at Law
10050 Machado Lane
San Jose, California 95127
Phone (408) 729-5785
Fax     (408) 729-0167
California Bar No. 108980
E-mail: artlawoff@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RUBEN OSEGUERA-GONZALEZ,<br><br>Defendant.<br>_____/ | CaseNo:1:16-cr-00229-BAH-1<br><br><br>NOTICE OF MOTION FOR ORDER TO UNSEAL TRANSCRIPT OF APRIL 21, 2023 |

TO: THE ABOVE-ENTITLED COURT; UNITED STATES ATTORNEY'S OFFICE, AND TO ALL INTERESTED PARTIES IN THIS MATTER:

Ruben Oseguera-Gonzalez by and through his Attorney of record, Arturo Hernandez-M. respectfully moves the court for an order to unseal the transcript of the hearing of April 21, 2023. A portion of that transcript was sealed because a side-bar was held.

Counsel hereby respectfully requests the transcript be unsealed.

Date: May 24, 2023,                           Respectfully submitted,

                                              /s/ Arturo Hernández-M.
                                              _____
                                              Arturo Hernández- M.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>vs.<br>RUBEN OSEGUERA-GONZALEZ,<br>　　　　　　Defendant.<br>_____/ | Case No. 1:16-00229-BAH-1<br><br>**CERTIFICATE OF SERVICE** |

　　　I, Arturo Hernandez-M, do hereby certify that on May 24, 2023, I served the following: NOTICE OF MOTION FOR ORDER TO UNSEAL TRANCRIPT OF APRIL 21, 2023 on the United States Attorney's Office and all counsel of record by filing the foregoing with the Clerk of the Court using the CM/ECF system:

　　　　　　　　　　　　　　　　　　　　/s/ Arturo Hernandez-M.
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ARTURO HERNANDEZ-M.
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Oseguera-Gonzalez

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

THE UNITED STATES OF AMERICA,

           Plaintiff,

vs.

RUBEN OSEGUERA-GONZALEZ,

           Defendant.

Case No. 1:16-00229-BAH-1

PROPOSED ORDER

    Upon Motion of the Defendant Ruben Oseguera-Gonzalez for an order to unseal the transcript hearing on April 21, 2023 and good cause shown, it is hereby,

    ORDERED that the transcript of April 21, 2023 in the above-captioned matter be unsealed.

DATE:_____

_____
HON. BERYL A. HOWELL
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA