ARTURO HERNANDEZ-M, Attorney at Law
10050 Machado Lane
San Jose, California 95127
Phone(408) 729-5785
Fax    (408) 729-0167
California Bar No. 108980
E-mail: artlawoff@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CaseNo:1:16-cr-00229-BAH-1 |
| Plaintiff, | |
| vs. | AMENDED NOTICE OF MOTION FOR ORDER TO UNSEAL TRANSCRIPT OF APRIL 21, 2023 TO A PARTIAL UNSEALING TO BE DISCLOSED TO DEFENSE COUNSEL |
| RUBEN OSEGUERA-GONZALEZ, | |
| Defendant. | |
| _____/ | |

TO:   THE ABOVE-ENTITLED COURT; UNITED STATES ATTORNEY'S OFFICE, AND TO ALL INTERESTED PARTIES IN THIS MATTER:

Ruben Oseguera-Gonzalez by and through his Attorney of record, Arturo Hernandez-M. upon further review of information just received it is our intention to agree with the government's position to a limited unsealing so that the sealed portion of the transcript can be disclosed to defense counsel.


Date: May 24, 2023,                              Respectfully submitted,

                                                 /s/ Arturo Hernández-M.

                                                 _____
                                                 Arturo Hernández- M.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

THE UNITED STATES OF AMERICA,

                                  Case No. 1:16-00229-BAH-1

                          Plaintiff,        **CERTIFICATE OF SERVICE**

    vs.

RUBEN OSEGUERA-GONZALEZ,

                        Defendant.

_____/

      I, Arturo Hernandez-M, do hereby certify that on May 24, 2023, I served the following: AMENDED NOTICE OF MOTION FOR ORDER TO UNSEAL TRANCRIPT OF APRIL 21, 2023 TO A PARTIAL UNSEALING TO BE DISCLOSED TO DEFENSE COUNSEL on the United States Attorney's Office and all counsel of record by filing the foregoing with the Clerk of the Court using the CM/ECF system:

                                        /s/ Arturo Hernandez-M.

                                     _____

                                     ARTURO HERNANDEZ-M.
                                     Attorney for Defendant Oseguera-Gonzalez

1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7              FOR THE DISTRICT OF COLUMBIA

8

9

THE UNITED STATES OF AMERICA,

10                                          Case No. 1:16-00229-BAH-1

11

                    Plaintiff,          PROPOSED ORDER

12     vs.

13  RUBEN OSEGUERA-GONZALEZ,

14                    Defendant.

15  _____/

16        Upon Motion of the Defendant Ruben Oseguera-Gonzalez for an order to a limited

17  unsealing so that the sealed portion of the transcript of April 21, 2023 can be disclosed to defense

18  counsel and Good cause shown, it is hereby,

19        ORDERED that the transcript of April 21, 2023 in the above-captioned matter be

20  Partially unsealed so that the sealed portion of the transcript can be disclosed to defense counsel.

21

22

23     DATE:_____

24

25     _

26                                   _____
                                     HON. BERYL A. HOWELL
                                     UNITED STATES DISTRICT JUDGE
27                                    UNITED STATES DISTRICT COURT
                                     FOR THE DISTRICT OF COLUMBIA
28