```
                    IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLUMBIA

    - - - - - - - - - - - - - - - - x
    THE UNITED STATES OF AMERICA,
                                         Criminal Action No.
                  Plaintiff,             16-CR-00229
                                         February 26, 2020
    vs.                                  2:17 p.m.

    RUBEN OSEGUERA-GONZALEZ,

                  Defendant.
    - - - - - - - - - - - - - - - - x
    _____
                      TRANSCRIPT OF DETENTION HEARING
            HELD BEFORE THE HONORABLE G. MICHAEL HARVEY
                      UNITED STATES MAGISTRATE JUDGE
    _____

    APPEARANCES:


    For the United States:   BRETT CLARENCE REYNOLDS, AUSA
                             DOJ-NSD
                             Criminal Division, Narcotic
                               and Dangerous Drug Section
                             950 Pennsylvania Avenue NW
                             Washington, D.C. 20530
                             202.598.2950

    For the Defendant:       CARLOS VANEGAS, ESQ.
                             Office of the Federal Defender for D.C.
                             625 Indiana Avenue, N.W.
                             Washington, D.C. 20004
                             202.208.7500




                        Kathleen Silva, RPR, CRR
                     E-mail: kathysilva@verizon.net

              Digitally recorded and stenographically transcribed
```

```
 1                    P R O C E E D I N G S
 2            THE COURTROOM DEPUTY:  This is criminal case year
 3   2016-CR-299, United States of America v. Ruben
 4   Oseguera-Gonzalez.  This is scheduled to be a detention
 5   hearing.
 6            Would the parties please introduce themselves to
 7   the Court beginning with the government.
 8            MR. REYNOLDS:  Good morning, Your Honor.  Brett
 9   Reynolds, trial attorney with DOJ Criminal Division on behalf
10   of the government.  Also with me from my section is Kaitlin
11   Sahni.
12            THE COURT:  Good afternoon.
13            MR. ONORATO:  Good afternoon, Your Honor.  Danny
14   Onorato on behalf of Mr. Oseguera-Gonzalez, who is present in
15   the courtroom.
16            Your Honor, I filed a motion pro hac vice for my
17   colleague Arturo Corso, who is in the courthouse but tending
18   to another matter.  It's unopposed by the government and I've
19   handed the courtroom deputy a copy of the order.
20            THE COURT:  You're going to be representing the
21   defendant here today?
22            MR. ONORATO:  Yes, Your Honor.
23            THE COURT:  Okay.  All right.  Thank you.
24            So this matter has been scheduled for a detention
25   hearing.  Is the government ready to proceed?
```

```
1                MR. REYNOLDS:  Yes, Your Honor, we are.
2                THE COURT:  Is the defense ready?
3                MR. ONORATO:  Your Honor, we are.  We've spoken
4    with --
5                THE COURT:  One second.  Hold on a second.  We
6    haven't sworn in the interpreter.  Could we do that.
7                  TERESA ROMAN, Interpreter, sworn.
8                THE INTERPRETER:  Good afternoon, Your Honor.
9                THE COURT:  Good afternoon.
10               Go ahead.
11               MR. ONORATO:  We spoke with government counsel and
12   we're going to agree to Mr. Oseguera-Gonzalez's continued
13   detention, to renew any kind of motion we want to file at a
14   later date without prejudice.  So he's not prejudiced in
15   terms of this temporary detention.
16               THE COURT:  Okay.  And is he willing at this time
17   to waive his right to written findings of fact and
18   conclusions of law to justify his detention at this time?
19               MR. ONORATO:  Yes, Your Honor.
20               THE COURT:  Okay, then.  Anything you want to say?
21               MR. REYNOLDS:  No.  With that, Your Honor, the
22   government will stand on our papers.  Thank you.
23               THE COURT:  Then based on those representations, I
24   will grant the government's request and order that the
25   defendant be held pending trial in this matter.
```

1         I do have a note here, I'm sure the parties know
2    that the next date is before Judge Howell, February 28 at
3    9:30 a.m.  So that will be this Friday.  Yes, this Friday at
4    9:30 in the morning before Chief Judge Howell.
5         Anything further the government has for today?
6         MR. REYNOLDS:  No, not from the government, Your
7    Honor.
8         THE COURT:  The defense?
9         MR. ONORATO:  No.  Your Honor, but just so it's
10   clear on the PACER docket entry, that we're not conceding
11   detention, that we're reserving our right to seek it at a
12   later time.
13        THE COURT: Understood. Understood.  If at some
14   point you want to raise that issue, facts were to change that
15   you think are material to a determination, you can raise it
16   at that time.  All right?
17        Okay, sir.  You'll next be before the chief judge
18   on Friday.  Good luck to you in your case.
19        The parties are excused.
20                  (Whereupon the hearing was
21                    concluded at 2:20 p.m.)
22
23
24
25

Case 1:16-cr-00229-BAH   Document 72   Filed 08/16/23   Page 5 of 5

5

## CERTIFICATE OF TRANSCRIBER

    I, KATHLEEN SILVA, RPR, CRR, do hereby certify that the above and foregoing constitutes a true and accurate transcript transcribed from the audio recording and is a full, true and complete transcript of the proceedings to the best of my ability.

    Dated this 14th day of August, 2023.

/s/Kathleen Silva, RPR, CRR

Kathleen Silva, RPR, CRR