UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                            )<br>)<br>RUBEN OSEGUERA-GONZALEZ       )<br>   also known as "Menchito,"      )<br>   "Rubencito," "Rojo," "Ruso,"       )<br>   "Junior," and "El Nino,"            )<br>)<br>       **Defendant.**                   ) | Case No. 1:16-CR-229 |

## GOVERNMENT'S MOTION TO DISMISS SUPERSEDING INFORMATION

The United States hereby moves the Court to dismiss the Superseding Information in the above captioned matter, Dkt. No. 48, as the Defendant has not entered a plea of guilty, and the Government therefore intends to proceed to trial on the Superseding Indictment, Dkt. No. 6. In support of this motion, the Government states the following:

## BACKGROUND

On February 1, 2017, a grand jury sitting in this District returned a two-count Superseding Indictment charging the Defendant with conspiracy to distribute five kilograms or more of cocaine and five hundred grams or more of methamphetamine for unlawful importation into the United States, in violation of 21 U.S.C. §§ 959(a), 960(b)(1)(B), 960(b)(1)(H), and 963, and 18 U.S.C. § 2 (Count One); and using, carrying, brandishing, and possessing a firearm, including a destructive device, in furtherance of the drug trafficking offense charged in Count One, in violation of 18 U.S.C. §§ 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 924(c)(1)(B)(ii), and 2 (Count Two). Dkt. No. 6. On March 21, 2023, the Court set a change of plea hearing for April 12, 2023, at 9:30 a.m. On April 6, 2023, the Government filed a Superseding Information amending Count Two to replace the destructive device enhancement under 18 U.S.C. § 924(c)(1)(B)(ii) with a semi-automatic assault

weapon enhancement under 924(c)(1)(B)(i), pursuant to the plea agreement, which had been signed by the Defendant, Defendant's counsel, and the Government. Dkt. No. 48.

On April 11, 2023, the evening before the scheduled change of plea hearing, the Government was informed that the Defendant's family had retained Arturo Hernandez to represent the Defendant in this matter, and that the Defendant wanted to confer with new counsel before entering a guilty plea. The plea hearing on April 12, 2023, was converted into a status hearing, where the Defendant confirmed to the Court that he wanted a second opinion before he entered a guilty plea. On April 18, 2023, Mr. Hernandez entered an appearance in this case. At a status hearing on May 12, 2023, the Court granted Danny Onorato and Arturo Corso's motion to withdraw as attorneys for the Defendant, after conducting a conflicts inquiry, and set a status conference for September 15, 2023, to allow the Defendant to confer with Mr. Hernandez about the plea agreement. At the status hearing on September 15, 2023, the Court set a trial date of October 7, 2024, and the Government notified the Defendant and the Court that it would dismiss the Superseding Information, Dkt. No. 48, if the Defendant did not schedule a change of plea hearing by October 16, 2023. To date, the Defendant has not scheduled a change of plea hearing.

## **CONCLUSION**

For the foregoing reasons, the Government requests the Court dismiss the Superseding Information, Dkt. No. 48.

Respectfully submitted this 17th day of October 2023.

                MARLON COBAR
                Acting Chief
                Narcotic and Dangerous Drug Section

By:   */s/ Kaitlin Sahni*
        Kaitlin Sahni, Acting Deputy Chief
        Kate Naseef, Trial Attorney
        Narcotic and Dangerous Drug Section
        Criminal Division
        U.S. Department of Justice
        Washington, D.C. 20530
        Telephone: (202) 598-2493

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via email to counsel of record for the Defendant, 17th day of October 2023.

By: */s/ Kaitlin Sahni*
Kaitlin Sahni
Acting Assistant Deputy Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice