**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Case No. 1:16-CR-229** |
| | ) | |
| **RUBEN OSEGUERA-GONZALEZ** | ) | |
| also known as "Menchito," | ) | |
| "Rubencito," "Rojo," "Ruso," | ) | |
| "Junior," and "El Nino," | ) | |
| | ) | |
| Defendant. | ) | |

<u>**ORDER**</u>

Upon consideration of the Government's Motion to Dismiss the Superseding Information,

Dkt. No. 48, the Court hereby:

**ORDERS** that the Government's motion is **GRANTED**.

DATE: _____

_____
HON. BERYL A. HOWELL
UNITED STATES DISTRICT COURT