## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**      *

                                          *

**VS.**                             *      **CASE NO. 16-CR-229-BAH**

                                          *

**RUBEN OSEGUERA-GONZALEZ**      *      **COURT ORDER**

**\* \* \* \* \* \* \* \* \***

      Upon consideration of the motion by Attorney Anthony E. Colombo, Jr. for admission *pro hac vice* sponsored by Attorney Alfred Guillaume III, in the above-entitled matter it is hereby ordered that the motion is **GRANTED**.

      **SO ORDERED**, that Attorney Anthony E. Colombo, Jr., be admitted *pro hac vice* in this matter as Counsel for defendant Ruben Oseguera-Gonzalez.

_____
The Honorable Beryl A. Howell
United States District Court Judge
District of Columbia