**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| VS. | *   CASE NO. 16-CR-229-BAH |
| | * |
| **RUBEN OSEGUERA-GONZALEZ** | *   COURT ORDER |

\* \* \* \* \* \* \* \* \*

Upon consideration of the motion by Attorney Jan Edward Ronis, for admission *pro hac vice* sponsored by Attorney Alfred Guillaume III, in the above-entitled matter it is hereby ordered that the motion is **GRANTED**.

**SO ORDERED**, that Attorney Jan Edward Ronis, be admitted *pro hac vice* in this matter as Counsel for defendant Ruben Oseguera-Gonzalez.

_____
The Honorable Beryl A. Howell
United States District Court Judge
District of Columbia