IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| VS. | *   CASE NO. 16-CR-229-BAH |
| | * |
| RUBEN OSEGUERA-GONZALEZ | * |

\* \* \* \* \* \* \* \* \*

## FIRST AMENDED MOTION FOR ADMISSION PRO HAC VICE

I, Alfred Guillaume III, am a member in good standing of the bar of this Court. Pursuant to Local Rule 44.1(c) and (d) of the United States District Court for the District of Columbia, I am moving for the admission of Attorney Anthony E. Colombo, Jr., to appear *pro hac vice* in the above captioned case on behalf of the Defendant Ruben Oseguera-Gonzalez. Mr. Colombo's Declaration for *pro hac vice* admission and Certificate of Good Standing are attached for the Court's review as required.

Wherefore, I respectfully request the Court this motion and admit Mr. Colombo's *pro hac vice* request.

Respectfully submitted,

*A G*
_____
Alfred Guillaume III, Esq. #MD0085
Law Offices of Alfred Guillaume III, LLC
1350 Connecticut Ave. NW, Suite 308
Washington, D.C. 20036

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of October, 2023, a copy of this motion was sent electronically via CM/ECF to all parties of record.

*A G*
_____
Alfred Guillaume III, E