AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____ District of _____ COLUMBIA _____

_United States_ Plaintiff (s),

v.

_Ruben Oseguera-Gonzalez_ Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 16-cr-00229-BAH-1

Notice is hereby given that, subject to approval by the court, __RUBEN OSEGUERA-GONZALEZ__ substitutes
(Party (s) Name)

__JAN EDWARD RONIS and ANTHONY COLOMBO__, State Bar No. __51450/218411__ as counsel of record in
(Name of New Attorney)

place of __ARTURO HERNANDEZ__ and Mariel Colon Miro _____.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Law Offices of Ronis and Ronis |
| Address: | 105 West F St., 3rd Floor, San Diego, CA 92101 |
| Telephone: | (619) 236-8344    Facsimile (619) 639-8860 |
| E-Mail (Optional): | jan@ronisandronis.com |

I consent to the above substitution.

Date: 10/13/23

_Ruben Oseguera-Gonzalez_
x Ruben Oseguera Gonzalez
(Signature of Party (s))

I consent to being substituted.

Date: 10/18/23

Arturo Hernandez / Mariel Colon Miro
x _(signature)_
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 10/13/23

_(signature)_
(Signature of New Attorney) Jan E. Ronis
_Anthony Colombo_

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of     COLUMBIA

*United States*     Plaintiff (s),

V.

*Ruben Oseguera-Gonzalez* Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 16-cr-00229-BAH-1

Notice is hereby given that, subject to approval by the court, **RUBEN OSEGUERA-GONZALEZ** substitutes (Party (s) Name)

**JAN EDWARD RONIS and ANTHONY COLOMBO**, State Bar No. **51450/218411** as counsel of record in (Name of New Attorney)

place of **ARTURO HERNANDEZ and Mariel Colon Miro**
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Law Offices of Ronis and Ronis
Address: 105 West F St., 3rd Floor, San Diego, CA 92101
Telephone: (619) 236-8344    Facsimile (619) 639-8860
E-Mail (Optional): jan@ronisandronis.com

I consent to the above substitution.
Date: 10/13/23

*Ruben Oseguera-Gonzalez*
X *Ruben Oseguera Gonzalez*
(Signature of Party (s))

I consent to being substituted.
Date: 10/19/2023

*Arturo Hernandez / Mariel Colon Miro*
X *Mariel*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 10/13/23

(Signature of New Attorney) *Jan E. Ronis*
*Anthony Colombo*

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]