## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of November 2023, a copy of this motion was sent, electronically via CM/ECF to all parties of record.

/s Jan E. Ronis
JAN E. RONIS