AO 154 (10/03) Substitution of Attorney

*Hernandez - Signature*

# UNITED STATES DISTRICT COURT

District of _____ COLUMBIA _____

*United States*

Plaintiff (s),

v.

*Ruben Oseguera-Gonzalez*
Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 16-cr-00229-BAH-1

Notice is hereby given that, subject to approval by the court, __RUBEN OSEGUERA-GONZALEZ__ substitutes
(Party (s) Name)

__JAN EDWARD RONIS and ANTHONY COLOMBO__, State Bar No. __51450/218411__ as counsel of record in
(Name of New Attorney)

place of __ARTURO HERNANDEZ / Mariel Colon Miro__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Law Offices of *Anthony E. Colombo, Jr.*
Address: 105 West F St., 3rd Floor, San Diego, CA 92101
Telephone: (619) 236- *1704*     Facsimile _____
E-Mail (Optional): *anthonycolombolegal@gmail.com*

I consent to the above substitution.
Date: 10/13/23

*Ruben Oseguera-Gonzalez*
x Ruben Oseguera Gonzalez
(Signature of Party (s))

I consent to being substituted.
Date: 10/18/23

Arturo Hernandez / Mariel Colon Miro
x /s/ Arturo [signature]
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 10/13/23

[signature]
(Signature of New Attorney) Jan E. Ronis
*Anthony Colombo*

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

AO 154 (10/03) Substitution of Attorney                                    *Colon Miro - Signature*

# UNITED STATES DISTRICT COURT

District of **COLUMBIA**

*United States* Plaintiff(s),

V.

*Ruben Oseguera-Gonzalez* Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 16-cr-00229-BAH-1

Notice is hereby given that, subject to approval by the court, **RUBEN OSEGUERA-GONZALEZ** substitutes (Party (s) Name)

**JAN EDWARD RONIS and ANTHONY COLOMBO**, State Bar No. **51450/218411** as counsel of record in (Name of New Attorney)

place of **ARTURO HERNANDEZ** / *Mariel Colon Miro*, (Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Law Offices of *Anthony E. Colombo, Jr.*
Address: 105 West F St., 3rd Floor, San Diego, CA 92101
Telephone: (619) 236-*1704*   Facsimile
E-Mail (Optional): *anthonycolombolegal@gmail.com*

I consent to the above substitution.
Date: 10/13/23
*Ruben Oseguera-Gonzalez*
x *Ruben Oseguera Gonzalez* (Signature of Party (s))

I consent to being substituted.
Date: 10/19/2023
*Arturo Hernandez / Mariel Colon Miro*
x *Mariel* (Signature of Former Attorney(s))

I consent to the above substitution.
Date: 10/13/23
(Signature of New Attorney) *Jan E. Ronis*
*Anthony Colombo*

The substitution of attorney is hereby approved and so ORDERED.

Date:                                        Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]