## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of November 2023, a copy of this motion was sent, electronically via CM/ECF to all parties of record.

/s Anthony E. Colombo, Jr.
ANTHONY E. COLOMBO, JR
