## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| VS. | * | CASE NO. 16-CR-229-BAH |
| | * | |
| **RUBEN OSEGUERA-GONZALEZ** | * | COURT ORDER |

\* \* \* \* \* \* \* \* \*

Upon consideration of the Joint Motion for an Order by the parties in the above-entitled matter, it is hereby ordered that the request to advance the Pretrial Conference to November 17, 2023, at 9:30 a.m. is **GRANTED**.

**SO ORDERED**.

_____
The Honorable Beryl A. Howell
United States District Court Judge
District of Columbia