UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.           )<br>)<br>RUBEN OSEGUERA-GONZALEZ,    )<br>  also known as "Menchito,"    )<br>  "Rubencito," "Rojo," "Ruso,"   )<br>  "Junior," and "El Nino,"     )<br>)<br>Defendant.      ) | CRIMINAL NO.: 1:16-CR-229 |

### UNOPPOSED MOTION TO DESIGNATE
### A CLASSIFIED INFORMATION SECURITY OFFICER

The United States of America, by and through the undersigned attorneys, respectively files this unopposed motion to request that the Court designate a Classified Information Security Officer ("CISO"),[1] pursuant to the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA") and Section 2 of the Security Procedures established under Pub. L. 96-456, 94 Stat. 2025 by the Chief Justice of the United States and promulgated pursuant to Section 9 of CIPA. In support of its motion, the government states the following:

1.      This is a criminal matter in which the grand jury has returned an indictment charging the defendant with conspiracy to distribute five kilograms or more of cocaine and five hundred grams or more of methamphetamine for unlawful importation into the United States, in violation of 21 U.S.C. §§ 959(a), 960(b)(1)(B), 960(b)(1)(H), and 963, and 18 U.S.C. § 2 (Count One); and using, carrying, brandishing, and possessing a firearm, including a destructive device, in furtherance of the drug trafficking offense charged in Count One, in violation of 18 U.S.C. §§ 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 924(c)(1)(B)(ii), and 2 (Count Two).   Dkt. No. 6.

---

[1] In the original Security Procedures, the title of the position was Court Security Officer.   In the revised security procedures promulgated by Chief Justice Roberts, the position is now known as Classified Information Security Officer.

2. This case involves classified material and will likely require filings pursuant to the Classified Information Procedure Act.

3. To assist the Court and court personnel in handling of any motions pursuant to CIPA and implementing any orders relating to the matter, the government requests that the Court designate Daniella M. Medel as the CISO for this case, to perform the duties and responsibilities prescribed for CISO's in the Security Procedures promulgated by the Chief Justice.

4. The government further requests that the Court designate the following persons as Alternate CISO, to serve in the event Daniella M. Medel is unavailable: Daniel O. Hartenstine, Matthew W. Mullery, Harry J. Rucker, and Winfield S. Slade.

5. Counsel for the defendant has reviewed this motion and the corresponding proposed order and does not oppose its entry.

Respectfully submitted this 7th day of November, 2023.

                                  Marlon Cobar, Acting Chief
                                  Narcotic and Dangerous Drug Section
                                  Criminal Division
                                  U.S. Department of Justice

By:      /s/ *Kate M. Naseef*
          Kate M. Naseef, Trial Attorney
          Kaitlin Sahni, Acting Deputy Chief
          Narcotic and Dangerous Drug Section
          Criminal Division
          U.S. Department of Justice
          Washington, D.C. 20530
          Telephone: (202) 514-0917

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was sent via ECF to counsel of record for the defendant, this 7th day of November, 2023.

                              By:      /s/ *Kate M. Naseef*
                                        Kate M. Naseef, Trial Attorney
                                        Narcotic and Dangerous Drug Section
                                        Criminal Division
                                        U.S. Department of Justice