**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) **CRIMINAL NO.: 1:16-CR-229** |
| | ) |
| **RUBEN OSEGUERA-GONZALEZ,** | ) |
| **also known as "Menchito,"** | ) |
| **"Rubencito," "Rojo," "Ruso,"** | ) |
| **"Junior," and "El Nino,"** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER DESIGNATING CLASSIFIED INFORMATION SECURITY OFFICERS**

The United States has filed a motion to designate a Classified Information Security

Officer, pursuant to the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA") and

Section 2 of the Security Procedures established under Pub. L. 96-456, 94 Stat. 2025 by the

Chief Justice of the United States.

Accordingly, this Court designates as the Classified Information Security Officer in this

case Daniella M. Medel to perform the duties and responsibilities prescribed in the Security

Procedures promulgated by the Chief Justice of the United States Supreme Court. This Court

further designates the following persons as Alternate Classified Information Security Officers, to

serve in the event Daniella M. Medel is unavailable: Daniel O. Hartenstine, Matthew W.

Mullery, Harry J. Rucker, and Winfield S. Slade.

SO ORDERED, this _____ day of _____, 2023.

_____
HON. BERYL A. HOWELL
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA