UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 1:16-cr-00229 (BAH) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) |
| | ) |
| RUBEN OSEGUERA-GONZALEZ, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Attorney, Arturo Hernandez-M. of the LAW OFFICES OF ARTURO HERNANDEZ-M.,

pursuant to Local Rule 44.5(d) of the United States District Court for the District of Columbia,

respectfully requests permission from this Court to withdraw as counsel of record for Defendant,

RUBEN OSEGUERA-GONZALEZ in the above entitled matter.   In order to avoid any

perceived and or actual conflict of interest regarding my continued representation of Mr.

Oseguera-Gonzalez, I hereby respectfully request that the Court grant me permission to

withdraw as counsel of record for Defendant, Ruben Oseguera-Gonzalez in the above entitled

matter.

Date:  November 7, 2023          Respectfully submitted,

/s/ Arturo Hernandez-M.
LAW OFFICES OF ARTURO HERNANDEZ-M.
10050 Machado Lane
San Jose, California 95127
Phone: (408) 729-5785
Fax: (408) 729-0167
Email: Artlawoff@aol.com
California State Bar No. 108980

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


| UNITED STATES OF AMERICA, | ) Case No. 1:16-cr-00229 (BAH) |
|---|---|
| Plaintiff, | ) |
| | ) |
| Vs. | ) |
| | ) **ORDER** |
| RUBEN OSEGUERA-GONZALEZ, | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF**

**RECORD**

    After having considered the Motion to Withdraw, it is hereby ORDERED, that the

Motion is GRANTED; it is further ORDERED, that ARTURO HERNANDEZ-M. shall be

permitted to withdraw as counsel for the Defendant, RUBEN OSEGUERA-GONZALEZ.


DATED: _____          _____
                                 HONORABLE BERYL A. HOWELL
                                 CHIEF UNITED STATES DISTRICT JUDGE
                                 UNITED STATES DISTRICT COURT
                                 FOR THE DISTRICT OF COLUMBIA

## CERTIFICATE OF SERVICE

I, ARTURO HERNANDEZ-M, HEREBY CERTIFY that on November 7, 2023, a copy of the foregoing Motion to Withdraw as Counsel of Record, and Proposed Order Granting Motion to Withdraw as Counsel of Record were served via ECF to all parties on record.

/s/ ARTURO HERNANDEZ-M.
ARTURO HERNANEZ-M.
DECLARANT