UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 1:16-cr-00229 (BAH) |
| Plaintiff, | ) |
| Vs. | ) |
| RUBEN OSEGUERA-GONZALEZ, | ) |
| Defendant. | ) |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Attorney, Mariel Colon Miro of the LAW OFFICES OF MARIEL COLON MIRO, PLLC, pursuant to Local Rule 44.5(d) of the United States District Court for the District of Columbia, respectfully requests permission from this Court to withdraw as counsel of record for Defendant, RUBEN OSEGUERA-GONZALEZ in the above entitled matter. In order to avoid any perceived and or actual conflict of interest regarding my continued representation of Mr. Oseguera-Gonzalez, I hereby respectfully request that the Court grant me permission to withdraw as counsel of record for Defendant, Ruben Oseguera-Gonzalez in the above entitled matter.

Date: November 7, 2023          Respectfully submitted,

/s/ Mariel Colon Miro
**Mariel Colon Miro**
LAW OFFICES OF MARIEL COLON MIRO, PLLC
300 Cadman Plaza W 12th Floor
Suite #381
Brooklyn, NY 11201
917-743-7071
Email: mariel.colon8@gmail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 1:16-cr-00229 (BAH) |
| Plaintiff, | ) |
| Vs. | ) |
| | ) **ORDER** |
| RUBEN OSEGUERA-GONZALEZ, | ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD**

After having considered the Motion to Withdraw, it is hereby ORDERED, that the Motion is GRANTED; it is further ORDERED, that MARIEL COLON MIRO shall be permitted to withdraw as counsel for the Defendant, RUBEN OSEGUERA-GONZALEZ.

DATED: _____  _____
HONORABLE BERYL A. HOWELL
CHIEF UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

## CERTIFICATE OF SERVICE

I, MARIEL COLON MIRO, HEREBY CERTIFY that on November 7, 2023, a copy of the foregoing Motion to Withdraw as Counsel of Record, and Proposed Order Granting Motion to Withdraw as Counsel of Record were served via ECF to all parties on record.

/s/ MARIEL COLON MIRO
MARIEL COLON MIRO
DECLARANT