UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 1:16-cr-00229 (BAH) |
| Plaintiff, | ) |
| Vs. | ) |
| RUBEN OSEGUERA-GONZALEZ, | ) |
| Defendant. | ) |

**MOTION TO APPEAR AT THE PRE-TRIAL CONFERENCE VIA PHONE OR VTC**

I, Attorney, Arturo Hernandez-M. of the LAW OFFICES OF ARTURO HERNANDEZ-M., hereby respectfully requests permission from this Court to appear at the pre-trial conference set for November 17, 2023, at 9:30 a.m., via phone or VTC. I am currently in Mexico receiving medical treatment and I have been advised not to travel.

The Government does not oppose my appearing at the pre-trial conference via phone or VTC.

Therefore, I hereby respectfully request that the Court grant me permission to appear at the pre-trial conference in the above entitled matter set for November 17, 2023, at 9:30 a.m., via phone or VTC.

Date: November 14, 2023           Respectfully submitted,

/s/ Arturo Hernandez-M.
LAW OFFICES OF ARTURO HERNANDEZ-M.
10050 Machado Lane
San Jose, California 95127
Phone: (408) 729-5785
Fax: (408) 729-0167
Email: Artlawoff@aol.com
California State Bar No. 108980

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 1:16-cr-00229 (BAH) |
| Plaintiff, | ) |
| Vs. | ) |
| RUBEN OSEGUERA-GONZALEZ, | ) **ORDER** |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING PERMISSION FOR ATTORNEY, ARTURO HERNANDEZ-M., TO APPEAR AT THE PRE-TRIAL CONFERENCE VIA PHONE OR VTC.**

After having considered the Motion by Attorney, Arturo Hernandez-M., to appear at the pre-trial conference in this matter set for November 17, 2023, at 9:30 a.m., via phone for VTC, it is hereby ORDERED, that the Motion is GRANTED; it is further ORDERED, that ARTURO HERNANDEZ-M. shall be permitted to appear at the pre-trial conference set for November 17, 2023 at 9:30 a.m., via phone or VTC.

DATED: _____          _____
                                  HONORABLE BERYL A. HOWELL
                                  CHIEF UNITED STATES DISTRICT JUDGE
                                  UNITED STATES DISTRICT COURT
                                  FOR THE DISTRICT OF COLUMBIA

## CERTIFICATE OF SERVICE

I, ARTURO HERNANDEZ-M, HEREBY CERTIFY that on November 14, 2023, a copy of the foregoing MOTION TO APPEAR AT THE PRE-TRIAL CONFERENCE VIA PHONE OR VTC, and Proposed Order Granting Motion to MOTION TO APPEAR AT THE PRE-TRIAL CONFERENCE VIA PHONE OR VTC were served via ECF to all parties on record.

/s/ ARTUOR HERNANDEZ-M.
ARTURO HERNANEZ-M.
DECLARANT