UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 1:16-cr-00229 (BAH) |
| Plaintiff, | ) |
| Vs. | ) |
| RUBEN OSEGUERA-GONZALEZ, | ) |
| Defendant. | ) |

**(FIRST AMENDED) MOTION TO WITHDRAW AS COUNSEL OF RECORD**

I, Attorney, Mariel Colon Miro of the LAW OFFICES OF MARIEL COLON MIRO, PLLC, pursuant to Local Rule 44.5(d) of the United States District Court for the District of Columbia, respectfully requests permission from this Court to withdraw as counsel of record for Defendant, RUBEN OSEGUERA-GONZALEZ in the above entitled matter. Defendant has engaged another attorney who has filed with this Court a Substitution of Attorney to replace me as attorney of record in his case. Defendant desires for the attorney substituting into this case to represent him in the above-entitled matter. The Government does not oppose my withdrawal from this case.

Therefore, I hereby respectfully request that the Court grant me permission to withdraw as counsel of record for Defendant, Ruben Oseguera-Gonzalez in the above-entitled matter.

Date: November 15, 2023            Respectfully submitted,

/s/ Mariel Colon Miro
**Mariel Colon Miro**
LAW OFFICES OF MARIEL COLON MIRO, PLLC
300 Cadman Plaza W 12th Floor
Suite #381
Brooklyn, NY 11201
917-743-7071
Email: mariel.colon8@gmail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 1:16-cr-00229 (BAH) |
| Plaintiff, | ) |
| Vs. | ) |
| | ) **ORDER** |
| RUBEN OSEGUERA-GONZALEZ, | ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD**

After having considered the Motion to Withdraw, it is hereby ORDERED, that the Motion is GRANTED; it is further ORDERED, that MARIEL COLON MIRO shall be permitted to withdraw as counsel for the Defendant, RUBEN OSEGUERA-GONZALEZ.

DATED: _____          _____
HONORABLE BERYL A. HOWELL
CHIEF UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

## CERTIFICATE OF SERVICE

I, MARIEL COLON MIRO, HEREBY CERTIFY that on November 15, 2023, a copy of the foregoing Motion to Withdraw as Counsel of Record, and Proposed Order Granting Motion to Withdraw as Counsel of Record were served via ECF to all parties on record.

/s/ MARIEL COLON MIRO
MARIEL COLON MIRO
DECLARANT