UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 16-CR-229 (BAH)** |
| | : | |
| v. | : | |
| | : | |
| **RUBEN OSEGUERA-GONZALEZ,** | : | |
| | : | |
| also known as "Menchito," | : | |
| "Rubencito," "Rojo," "Ruso," | : | |
| "Junior," and "El nino," | : | |
| | : | |
| Defendant. | : | |
| | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through the Chief of the Narcotic and Dangerous Drug Section of the Criminal Division, United States Department of Justice, hereby informs the Clerk of this court and all parties of record that Jonathan R. Hornok, Trial Attorney of the Narcotic and Dangerous Drug Section, enters his appearance as an attorney for the Government.

    Respectfully Submitted,

    MARLON COBAR, Chief
    Narcotic and Dangerous Drug Section
    Criminal Division
    United States Department of Justice

By:    */s/ Jonathan R. Hornok*
    Jonathan R. Hornok
    Trial Attorney
    Narcotic and Dangerous Drug Section
    Criminal Division
    U.S. Department of Justice
    145 N Street, NE
    Washington, D.C. 20530
    Tel.:   (202) 616-2477
    Email: Jonathan.Hornok@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was sent via ECF to the Defendant's counsel on record this 20th day of November 2023.

                                                    */s/ Jonathan R. Hornok*
                                                  Jonathan R. Hornok
                                                  Acting Assistant Deputy Chief
                                                  Narcotic and Dangerous Drug Section
                                                  Criminal Division
                                                  Department of Justice