Jan Edward Ronis, CA SBN 51450
Anthony Colombo, CA SBN 218411
105 West "F" Street, 3rd Floor
San Diego, CA 92101
Telephone (619)236-8344
jan@ronisandronis.com
anthonycolombolegal@gmail.com

Attorneys for Defendant
Ruben Oseguera-Gonzalez

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

**(HONORABLE BERYL A. HOWELL)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 16-cr-00229-BAH |
| Plaintiff, | JOINT MOTION TO PROPOSE NEW TRIAL DATES |
| v. | |
| RUBEN OSEGUERA-GONZALEZ, | |
| Defendant. | |

IT IS HEREBY RECOMMENDED and agreed, by and between the defendant, RUBEN OSEGUERA-GONZALEZ, through his counsel, JAN EDWARD RONIS and ANTHONY COLOMBO, and the plaintiff, UNITED STATES OF AMERICA, through its counsel, KAITLIN SAHNI, and JONATHAN HORNOK, Assistant United States Attorneys, that the following three dates advanced from the currently scheduled trial date of October 7, 2023 -

    1. August 27, 2024;

    2. September 3, 2024; and

    3. September 10, 2024.

The parties hereby agree as follows:

SO AGREED.

Dated: November 22, 2023             LAW OFFICES OF RONIS & RONIS

                *s/ Jan Ronis*
                JAN EDWARD RONIS
                Attorney for Defendant Oseguera-Gonzalez

Dated: November 22, 2023

                *s/ Anthony Colombo*
                ANTHONY COLOMBO
                Attorney for Defendant Estrada

Dated: November 22, 2023             UNITED STATES OF AMERICA

                *s/ Kaitlin Sahni*
                KAITLIN SAHNI
                Assistant United States Attorney

Dated: November 22, 2023             UNITED STATES OF AMERICA

                *s/ Jonathan Hornok*
                JONATHAN HORNOK
                Assistant United States Attorney

*I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.*