Filed with the Classified Information Security Officer
CISO _____
Date 12/22/2023

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 1:16-CR-229 |
| | ) |
| RUBEN OSEGUERA-GONZALEZ, | ) |
| also known as "Menchito," "Rubencito," | ) |
| "Rojo," "Ruso," "Junior," and | ) |
| "El Nino," | ) |
| | ) |
| Defendant. | ) |

**MOTION TO DELETE AND SUBSTITUTE CLASSIFIED INFORMATION IN
DISCOVERY PURSUANT TO THE
CLASSIFIED INFORMATION PROCEDURES ACT**