# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | CASE NO. 16-CR-229-BAH |
| | * | |
| RUBEN OSEGUERA-GONZALEZ | * | |
| | * * * * * * * * * | |

## MOTION TO CALENDAR HEARING AND PROPOSED ORDER

Mr. Oseguera-Gonzalez has filed a Motion to Compel Discovery and a Motion for a Bill of Particulars. The parties have met and conferred regarding three available dates on a Friday for a hearing on Mr. Oseguera-Gonzalez's Motion to Compel Discovery and Motion for a Bill of Particulars. The parties jointly request that the hearing on these motions be scheduled for April 26, 2024, May 17, 2024, or May 24, 2024. Wherefore, the parties respectfully request the Court issue an Order calendaring the hearing date.

Respectfully submitted,

/s Anthony E. Colombo, Jr.
Anthony E. Colombo, Jr.
Counsel for Ruben Oseguera-Gonzalez

/s Jan E. Ronis
Jan Ronis
Counsel for Ruben Oseguera-Gonzalez

/s Kaitlin J. Sahni
Kaitlin J. Sahni
Trial Attorneys
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 25th day of March 2024, a copy of Motion and Proposed Order was sent electronically via CM/ECF to all parties of record.

/s Anthony E. Colombo, Jr.
Anthony E. Colombo, Jr.
Counsel for Ruben Osguera-Gonzalez
