# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **VS.** | * | **CASE NO. 16-CR-229-BAH** |
| | * | |
| **RUBEN OSEGUERA-GONZALEZ** | * | **COURT ORDER** |

\* \* \* \* \* \* \* \* \*

Upon consideration of the Joint Motion for an Order by the parties in the above-entitled matter, it is hereby ordered that the request to calendar a hearing on Defendant's Motion to Compel Discovery and Motion for a Bill of Particulars is **GRANTED**, and shall be heard on _____ at 9:30 a.m.

    **SO ORDERED**.

_____
The Honorable Beryl A. Howell
United States District Court Judge
District of Columbia