UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                          )   CRIMINAL NO.: 1:16-CR-229<br>)<br>RUBEN OSEGUERA-GONZALEZ,   )<br>    also known as "Menchito,"         )<br>    "Rubencito," "Rojo," "Ruso,"      )<br>    "Junior," and "El Nino,"              )<br>)<br>                    Defendant.             )<br>) | |

## GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME

The United States, by and through undersigned counsel, respectfully requests a one-month extension of time to file a supplemental motion pursuant to Section 4 of the Classified Information Procedures Act ("CIPA"). On November 21, 2023, the Court ordered the Government to file any supplemental CIPA Section 4 motion by April 19, 2024. Min. Order, Nov. 21, 2023. An additional 30 days is necessary for the completion of any such motion.[1]

The Government has conferred with counsel for the Defendant, Anthony Colombo and Jan Ronis, and they do not oppose the Government's motion.

Accordingly, the Government respectfully requests that the Court extend the deadline for filing a supplemental CIPA Section 4 motion to May 20, 2024.

---

[1] Upon the Court's request, the Government will provide further explanation in an *ex parte* and *in camera* filing.

        Respectfully submitted,

        MARLON COBAR, Chief
        Narcotic and Dangerous Drug Section
        Criminal Division
        United States Department of Justice

By:   /s/  *Kaitlin Sahni*
        Kaitlin Sahni, Acting Deputy Chief
        Kate Naseef, Trial Attorney
        Jonathan Hornok, Trial Attorney
        United States Department of Justice
        Narcotic and Dangerous Drug Section
        145 N Street, Northeast
        East Wing, Second Floor
        Washington, D.C. 20530
        Kaitlin.Sahni@usdoj.gov
        (202) 514-0917

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was sent via ECF, to counsel of record for the Defendant, this 12th day of April 2024.

                                      By:    */s/ Kaitlin Sahni*
                                                  Kaitlin Sahni
                                                  Acting Deputy Chief
                                                  Narcotic and Dangerous Drug Section
                                                  U.S. Department of Justice