# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | **CRIMINAL NO.: 1:16-CR-229** |
| ) | |
| **RUBEN OSEGUERA-GONZALEZ,** ) | |
|     also known as "Menchito," ) | |
|     "Rubencito," "Rojo," "Ruso," ) | |
|     "Junior," and "El Nino,"  ) | |
| ) | |
|         Defendant.  ) | |

## [PROPOSED] ORDER GRANTING EXTENSION

Upon consideration of the Government's Unopposed Motion for Extension of Time to file a supplemental motion pursuant to Section 4 of the Classified Information Procedures Act ("CIPA"), it is hereby

**ORDERED** that the Government's motion is **GRANTED**; it is further

**ORDERED** that the deadline for the Government to file a supplemental CIPA Section 4 Motion is extended to May 20, 2024.

**SO ORDERED**.

Date: _____

HONORABLE BERYL A. HOWELL
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA