# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | CASE NO. 16-CR-229-BAH |
| | * | |
| RUBEN OSEGUERA-GONZALEZ | * | |

* * * * * * * * *

## JOINT MOTION FOR AN ORDER CONTINUING THE PRETRIAL MOTION HEARING AND PROPOSED ORDER

The parties are currently scheduled for a Pretrial Motion Hearing in relation to Defendant's Motions to Compel Discovery and for a Bill of Particulars on May 17, 2024, at 9:30 a.m. Due to a conflict that has developed with defense counsel's schedule, the parties jointly request that the Pretrial Motion Hearing be continued from the currently scheduled date to either May 24, 2024, at 9:30 a.m., or June 14, 2024, at 9:30 a.m. Wherefore, the parties respectfully request the Court issue an Order granting the request.

Respectfully submitted,

/s Anthony E. Colombo, Jr.
Anthony E. Colombo, Jr.
Counsel for Ruben Oseguera-Gonzalez

/s Jan E. Ronis
Jan Ronis
Counsel for Ruben Oseguera-Gonzalez

/s/ Kaitlin Sahni
Kaitlin Sahni, Acting Deputy Chief
Kate Naseef, Trial Attorney
Jonathan Hornok, Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of May 2024, a copy of this Notice and Proposed Order was sent electronically via CM/ECF to all parties of record.

/s Anthony E. Colombo, Jr.

Anthony E. Colombo, Jr.

Counsel for Ruben Osguera-Gonzalez
