# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | CASE NO. 16-CR-229-BAH |
| | * | |
| RUBEN OSEGUERA-GONZALEZ | * | COURT ORDER |

\* \* \* \* \* \* \* \* \*

Upon consideration of the Joint Motion for an Order by the parties in the above-entitled matter, it is hereby ordered that the request to continue the Motion Hearing scheduled for May 17, 2024, at 9:30 a.m., to [**May 24, 2024, at 9:30 a.m.**] [**June 14, 2024, at 9:30 a.m.**] is **GRANTED**.

    **SO ORDERED**.

_____
The Honorable Beryl A. Howell
United States District Court Judge
District of Columbia