IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 16-CR-229-BAH** |
| : | |
| v. : | |
| : | |
| **RUBEN OSEGUERA-GONZALEZ,** : | |
| : | |
| **Defendant.** : | |
| : | |

### MOTION FOR *FRYE/COOPER* HEARING

The United States requests that it be given an opportunity to make a record of the outstanding plea offer pursuant to *Missouri v. Frye*, 566 U.S. 133 (2012), and *Lafler v. Cooper*, 566 U.S. 156 (2012), during the motions hearing scheduled for May 13, 2024, at 9:30 AM.

In *Frye*, the Court advised that "formal offers can be made part of the record at any subsequent plea proceeding or before a trial on the merits, all to ensure that a defendant has been fully advised before those further proceedings commence." 566 U.S. at 146. Accordingly, the United States requests a hearing at which it has the opportunity to make a record of any past plea offers, the current plea offer, and the defendant's sentencing exposure if he accepts the current plea offer or is convicted at trial. The United States further requests that the Court require the defendant to personally acknowledge that he understands the offer, that he has considered it with the advice of counsel, that his decision is knowing and voluntary, and then state on the record his desire to plead guilty or exercise his right to a trial in this case.

This hearing serves two purposes: First, it ensures that the defendant is making an informed decision. Second, it promotes the conservation of resources by

ensuring that the defendant has considered and rejected the offer before trial preparations continue.

                Respectfully Submitted,

                MARLON COBAR
                Chief
                Narcotic and Dangerous Drug Section
                Criminal Division
                U.S. Department of Justice

                By:   */s/ Jonathan R. Hornok*
                Jonathan R. Hornok
                Kate Naseef
                Trial Attorneys
                Kaitlin Sahni
                Acting Deputy Chief
                Narcotic and Dangerous Drug Section
                Criminal Division,
                U.S. Department of Justice
                Washington, D.C. 20530
                Telephone: (202) 514-0917

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent via the Electronic Case Filing (ECF) system with the United States District Court for the District of Columbia to counsel of record for the defendant, this 7th day of May 2024.

By: /s/ *Jonathan R. Hornok*
Jonathan R. Hornok
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice