IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

**UNITED STATES OF AMERICA**      :   **CRIMINAL NO. 16-CR-229-BAH**
:
**v.**      :
:
**RUBEN OSEGUERA-GONZALEZ,**      :
:
**Defendant.**      :
:

## Order

Pursuant to the United States' motion and good cause appearing:

IT IS HEREBY ORDERED that a hearing be set for _____.


Dated _____.


_____
United States District Judge