UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal Action No. 16-229 (BAH) |
| RUBEN OSEGUERA-GONZALEZ, | Judge Beryl A. Howell |
| Defendant. | |

### ORDER

Upon consideration of defendant Ruben Oseguera-Gonzalez's Motion to Compel Discovery, ECF No. 114, and Motion for a Bill of Particulars, ECF No. 115, the legal memoranda in support and in opposition, and the entire record in this case, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's Motion to Compel Discovery, ECF No. 114, is **DENIED**; and it is further

**ORDERED** that defendant's Motion for a Bill of Particulars, ECF No. 115, is **DENIED**.

**SO ORDERED**.

Date: May 29, 2024

_____
**BERYL A. HOWELL**
United States District Court Judge