UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 16-CR-229 (BAH)** |
| v. | : | |
| **RUBEN OSEGUERA GONZALEZ,** | : | |
| also known as "Menchito," "Rubencito," "Rojo," "Ruso," "Junior," and "El nino," | : | |
| Defendant. | : | |

**NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL**

The United States of America, by and through the Chief of the Narcotic and Dangerous Drug Section of the Criminal Division, United States Department of Justice, hereby informs the Clerk of this court and all parties of record that Lernik Begian, Trial Attorney of the Narcotic and Dangerous Drug Section, is substituting Government counsel of record Cole Radovich, who can be terminated as Government counsel in this case.

    Respectfully Submitted,

    MARLON COBAR, Chief
    Narcotic and Dangerous Drug Section
    Criminal Division
    United States Department of Justice

By:    */s/Lernik Begian*
    Lernik Begian
    Trial Attorney
    Narcotic and Dangerous Drug Section
    Criminal Division
    U.S. Department of Justice
    145 N Street, NE
    Washington, D.C. 20530
    Tel.:   (202) 616-2379
    Email:  Lernik.Begian@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via ECF to the Defendant's counsel on record this 11th day of June 2024.

                                                  */s/ Lernik Begian*
                                                  Lernik Begian
                                                  Trial Attorney
                                                  Narcotic and Dangerous Drug Section
                                                  Criminal Division
                                                  Department of Justice