## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 16-CR-229-BAH** |
| | : | |
| **v.** | : | |
| | : | |
| **RUBEN OSEGUERA-GONZALEZ,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## NOTICE OF EXPERT TESTIMONY PURSUANT TO FED. R. CRIM. P. 16(G)

The United States intends to offer expert testimony during its case in chief at trial pursuant to Federal Rules of Evidence 702, 703, and 705. Specifically, the United States intends to present expert testimony from the following individuals: (I) John W. Miller, who is a Firearms Enforcement Officer in the Firearms and Ammunition Technology Division of the U.S. Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF); (II) Steve Paris, who is a Special Agent in the Los Angeles Field Division of the Drug Enforcement Administration (DEA); and (III) Judi O'Brien, who is a translator and language services coordinator for the Narcotic and Dangerous Drug Section of the Criminal Division in the Department of Justice. The following is the notice required by Rule 16(G)(iii) of the Federal Rules of Criminal Procedure.

1

I. John W. Miller

*A. Testimony*

The government intends to offer expert testimony by Mr. Miller, whose scientific, technical, and other specialized knowledge will help the jury understand the evidence and determine facts in issue. Specifically, Mr. Miller's testimony as a weapons expert will help the jury understand what weapons are covered by the violation charged in Count Two, how those weapons operate, and the kinds and source of weapons used by Mexican drug cartels. Finally, Mr. Miller will give an opinion regarding whether certain weapons at issue in this case appear to qualify as a "firearm," a "machinegun," or a "destructive device," as those terms are used in 18 U.S.C. § 924(c).

Mr. Miller will begin by describing what weapons constitute a "firearm," a "machinegun," or a "destructive device," as those terms are used in 18 U.S.C. § 924(c). He will then explain the defining characteristics and capabilities of each of these weapons and will help the jury understand how to determine whether a weapon is in fact covered by that statute. For example, he will explain how these weapons commonly appear, including by displaying exemplar weapons for the jury. He will explain where and by whom these weapons are manufactured. He will explain how these weapons are marked and regulated. He will explain how these weapons work, including a description of what a person would observe and hear when the weapons are being used.

Next, Mr. Miller will explain the kinds of weapons drug cartels in Mexico have used and the potential sources of those weapons. This background information will

help the jury understand the kinds of weapons available to a drug cartel in Mexico, which differs from the kinds of weapons available to the public in the District of Colombia.

Finally, Mr. Miller will examine exhibits that have been admitted into evidence during the trial and that depict certain weapons.[1] He will then give his opinion regarding whether the weapons depicted in those exhibits appear to constitute a "firearm," a "machinegun," or a "destructive device," as those terms are used in 18 U.S.C. § 924(c). And for those weapons that bear a legible serial number, he will describe what if any information he obtained by tracing that serial number.

## B. Qualifications

As further described in his curriculum vitae, which is attached at Exhibit 1 and is incorporated here, Mr. Miller is a Firearms Enforcement Officer with the ATF who has the scientific, technical, and other specialized knowledge necessary to

---

[1] Through a mutual legal assistance request, the United States has asked the United Mexican States to transfer certain weapons to the United States for the purpose of presenting those weapons as physical exhibits during its case-in-chief at trial in this case. The request includes weapons recovered during the investigation of a military helicopter crash on May 1, 2015, which are depicted in the discovery material disclosed to defense counsel in April 2024, and weapons recovered at the time the defendant was arrested in Mexico on June 23, 2015. At this time, the United States does not know whether the government of Mexico still possesses the requested weapons or whether the government of Mexico will comply with the request before the trial. In the event that the United States obtains physical custody of any weapons from Mexico, the United States will immediately make those weapons available for inspection by counsel for the defendant. Additionally, the United States requests leave to amend this expert notice if Mr. Miller is able to examine any physical weapons and offer an opinion regarding whether any of the weapons constitute a "firearm," a "machinegun," or a "destructive device," as those terms are used in 18 U.S.C. § 924(c).

provide the testimony described above. As a Firearms Enforcement Officer, Mr. Miller—among other things—examines and classifies firearms and provides training materials regarding the identification and origin of firearms and their classification under federal law. Before joining the ATF, Mr. Miller was an Explosives Specialist for the U.S. Transportation Security Administration and an Explosive Ordinance Disposal Technician in the U.S. armed forces. His formal education includes a Bachelor of Science degree and a Master of Forensic Science degree. Additionally, Mr. Miller is currently pursuing a doctorate in Forensic Science from Oklahoma State University. During his nearly thirty years of employment as a weapons expert for the United States, Mr. Miller has received extensive weapons training, including training regarding firearms, machineguns, destructive devices, and the associated statutes. Simply put, Mr. Miller has scientific, technical, or other specialized knowledge that will help the jury understand the evidence and determine facts in issue.

### C. Prior Testimony

Mr. Miller has previously provided expert testimony in federal court. During the previous four years, Mr. Miller has testified as an expert at trial in the following cases:

- *United States v. Perez*, Case No. CR 17-314-JAK-4 (C.D. Cal.).

- *United States v. Martin*, Case No. 2:23-MJ-178-SMD (M.D. Ala.).

- *United States v. Orense*, Case No. 21-CR-379-VSB (S.D.N.Y.).

- *United States v. Hernandez*, Case No. 15-CR-379-PKC (S.D.N.Y.).

- *United States v. Sanders*, Case No. 23-CR-111-KD (S.D. Ala.).

## D. Signature and Approval

I approve this disclosure and the incorporated curriculum vitae.

JOHN W. MILLER
Firearms Enforcement Officer
Firearms and Ammunition Technology
Division
Bureau of Alcohol, Tobacco, Firearms and
Explosives

5

## II. STEVE PARIS

### A. *Testimony*

The government intends to offer expert testimony by Mr. Paris, whose scientific, technical, and other specialized knowledge will help the jury understand the evidence and determine facts in issue. Specifically, Mr. Paris's testimony as a drug trafficking expert will help the jury understand the origin, organization, and operation of Mexican drug cartels and understand the evidence admitted at trial.

Mr. Paris will begin with a brief history of the drug cartels in Mexico, including the origin of the CJNG. Through this history, Mr. Paris will explain the methods cartel leaders have developed to gain and maintain control of territory and the illicit drug trade and to avoid capture by law enforcement. For example, Mr. Paris will explain how the CJNG and other drug cartels have used weapons, violence, bribery, compartmentalization, obstruction of justice, secrecy, and coded communication to move drugs through Mexico into the United States and expatriate drug proceeds from the United States.

Next, Mr. Paris will explain what substances are controlled under U.S. law and how those controlled substances are manufactured and imported into the United States for distribution. For example, Mr. Paris will explain what cocaine is, what it looks like, how it is often packaged, how it is transported, and how it affects the human body when consumed. Mr. Paris will provide similar information for methamphetamine, fentanyl, and marijuana. Additionally, Mr. Paris will discuss the price of these substances at various places and times relevant to the conspiracy charged in Count One.

Finally, Mr. Paris will examine exhibits that have been admitted into evidence during the trial and that pertain to BlackBerry Messenger (BBM) communications. He will then give his opinion regarding the meaning of those communications, which contain coded language.

## B. Qualifications

Mr. Paris is a Special Agent in the Los Angeles Field Division of the Drug Enforcement Administration (DEA) who has the scientific, technical, and other specialized knowledge necessary to provide the testimony described above. He has been employed by the DEA for approximately thirty-three years. Prior to his DEA employment, he served for approximately two and half years as a uniformed officer of the San Diego County Marshal's Department.

Mr. Paris began his DEA career in 1992 with the DEA's sixteen-week Basic Agent Training Academy in Quantico, Virginia. At the academy, Mr. Paris received training about many aspects of drug enforcement, including the following topics: tactical operations; firearms; search warrants; surveillance; undercover operations using undercover agents and confidential sources; the methods and techniques drug traffickers use to distribute and sell drugs, including how drugs are packaged and transported and how drug traffickers communicate using coded language; organized criminal groups; counter surveillance; drug identification; interviewing; financial investigation; report writing; processing drug and nondrug evidence; and the Controlled Substances Act.

After graduating from the academy, Mr. Paris was assigned to the DEA's San Diego Field Division, where he focused on the narcotics trafficking activities of

criminal street gangs. In 1993, Mr. Paris was assigned to the Santa Ana office of the DEA's Los Angeles Field Division. In 2005, Mr. Paris moved to a general enforcement group in the Los Angeles Field Division. Then in 2012, Mr. Paris returned to the Santa Ana office.

Throughout his career, Mr. Paris has investigated criminal organizations that distribute controlled substances, including cocaine, crack cocaine, heroin, methamphetamine, marijuana, fentanyl, and PCP. He has used various investigative techniques, including surveillance, undercover agents, cooperating sources, interrogation, proffers, state and federal wiretaps, and financial analysis. Mr. Paris has planned and coordinated more than 3,500 tactical operations. He has been involved in over 2,400 narcotics investigations and the arrest of more than 3,200 individuals. Additionally, Mr. Paris has spoken with thousands of targets and confidential sources about all aspects of drug trafficking. He has reviewed hundreds of hours of wiretap conversations and reviewed transcripts of non-English conversations where drug traffickers discuss various aspects of drug trafficking in their own words, including drug prices, code words, and methods of distribution. Mr. Paris also has communicated directly with drug traffickers in an undercover capacity when purchasing illegal narcotics and weapons. Finally, Mr. Paris has served in many collateral roles as a DEA Special Agent, including Evidence Custodian, Fugitive Coordinator, Training Officer, Firearms Instructor, Tactical Instructor, Defensive Tactics Instructor, Field Training Agent, and Clandestine Laboratory Coordinator.

Mr. Paris has received over one thousand hours of additional formal training and certification in narcotics investigation. Mr. Paris received this training through DEA in-service training, state and local law enforcement agencies, and professional organizations such as the California Narcotics Officers' Association. Mr. Paris's formal training and certification has included a variety of topics, including the following: Mr. Paris is a certified clandestine laboratory investigator. In 1995, he attended a course in methamphetamine production methods and laboratory investigation. This fifty-hour course covered chemical familiarization, hazardous waste, toxicology, chemical hazards, evidence collection and processing, and methamphetamine production and distribution methods and trends. During this course and others, Mr. Paris manufactured methamphetamine, PCP, and crack cocaine under the supervision of DEA chemists. Mr. Paris has been part of clandestine laboratory enforcement teams in Orange and Los Angeles counties and has been present at numerous laboratory sites where methamphetamine was being manufactured. Additionally, Mr. Paris coordinated the Clandestine Laboratory Enforcement Program in Orange County, California, for multiple years.

For approximately twenty years, Mr. Paris has been the case agent on the investigation of the kidnap, torture, and murder of DEA Special Agent Enrique "Kiki" Camarena in Guadalajara, Jalisco, Mexico. In addition to Agent Camarena and his pilot, six other Americans were kidnapped, tortured, and killed because they were believed to be DEA agents or informants. During this investigation, Mr. Paris has interviewed hundreds of individuals, in both Mexico and the United States, including

many who have been members of drug cartels in Mexico. Through this investigation—
and others—Mr. Paris has learned about the historical development of drug cartels
in Mexico and the methods cartels have used to traffic drugs into the United States.

### C. Prior Testimony

Mr. Paris has previously provided expert testimony in federal court. During
the previous four years, Mr. Paris has testified as an expert at trial in the following
cases:

- *United States v. Chiu et al*, Case No. 2:19-CR-393-JAK (C.D. Cal.).
- *United States v. Eggleston*, Case No. 2:20-CR-434-DSF (C.D. Cal.).
- *United States v. Zavala-Huerta*, Case No. 5:19-CR-91-JGB (C.D. Cal.).
- *United States v. Bordegaray*, Case No. 2:20-CR-65-ODW (C.D. Cal.).
- *United States v. Juarez*, Case No. 5:21-CR-139-JGB (C.D. Cal.).
- *United States v. Mensah*, Case No. 2:23-CR-636-FLA (C.D. Cal.)

Additionally, the government anticipates that Mr. Paris will provide expert testimony
at trial in the following case, which is currently scheduled to begin on July 30, 2024:
*United States v. Soriano*, Case No. 2:17-CR-2-MWF (C.D. Cal.).

### D. Signature and Approval

I approve this disclosure.

STEVE PARIS
Special Agent
Los Angelis Field Division
Drug Enforcement Administration

III. JUDI O'BRIEN

*A. Testimony*

The government intends to offer expert testimony by Ms. O'Brien, whose scientific, technical, and other specialized knowledge will help the jury understand the evidence and determine facts in issue. Specifically, Ms. O'Brien's testimony as a Spanish language linguist will help the jury understand evidence, the original of which is in Spanish. For example, Ms. O'Brien will testify that the English translations of certain BBM communications are a true and accurate translation of the original Spanish. Ms. O'Brien will also testify that she read documents in Spanish and translated the documents, or portions of the documents, to English. Finally, she will also testify that she reviewed translations prepared by other translators for accuracy.

*B. Qualifications*

As further described in her curriculum vitae, which is attached at Exhibit 2 and is incorporated here, Ms. O'Brien is a translator and the language services coordinator for the Narcotic and Dangerous Drug Section (NDDS) in the Criminal Division of the Department of Justice, who has the scientific, technical, and other specialized knowledge necessary to provide the testimony described above. She has been employed with the NDDS since 2010. Ms. O'Brien holds an undergraduate degree from St. Mary's College of Maryland with a minor in Spanish and Latin American Studies. She completed coursework towards a Master of Arts program from 1992 to 1995 at the Universidad de Costa Rica in San Jose, Costa Rica. Ms. O'Brien holds a Master of Arts in Spanish and Latin American Studies from American

11

University (2016). Ms. O'Brien has approximately twenty-seven years of experience as a Spanish language translator and interpreter. She is certified by the American Translator's Association for Spanish to English translation. Ms. O'Brien has been qualified as an expert linguist in Spanish and testified in that capacity on multiple occasions.

### C. Prior Testimony

Ms. O'Brien has previously provided expert testimony in federal court. During the previous four years, Ms. O'Brien has testified as an expert at trial in the following case: *United States v. Viton Rodriguez et al.,* Case No. 19-CR-224-TJK (D.D.C).

### D. Signature and Approval

I approve this disclosure and the incorporated curriculum vitae.


JUDI O'BRIEN
Translator and Language Services
Coordinator
Narcotic and Dangerous Drug Section
Criminal Division,
U.S. Department of Justice

IV. CONCLUSION

Having provided the notice required by Rule 16(G)(iii) of the Federal Rules of Criminal Procedure, the United States intends to offer the expert testimony described above during its case in chief at trial pursuant to Federal Rules of Evidence 702, 703, and 705.

Respectfully Submitted,

MARLON COBAR
Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice

By:    */s/ Jonathan R. Hornok*
Jonathan R. Hornok
Kate Naseef
Trial Attorneys
Kaitlin Sahni
Acting Deputy Chief
Narcotic and Dangerous Drug Section
Criminal Division,
U.S. Department of Justice
Washington, D.C. 20530
Telephone: (202) 514-0917

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent via the Electronic Case Filing (ECF) system with the United States District Court for the District of Columbia to counsel of record for the defendant, this 14th day of June 2024.

By: /s/ *Jonathan R. Hornok*
Jonathan R. Hornok
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice