# CURRICULUM VITAE

**John W. Miller**
Bureau of Alcohol, Tobacco, Firearms and Explosives
244 Needy Road
Martinsburg, West Virginia 25405
Office: (304) 616-4300
John.Miller@atf.gov

## Formal Education

- 2023 – Doctorate Student of Forensic Sciences at Oklahoma State University (2026)
- 2021 – Master of Forensic Science at Oklahoma State University, Stillwater OK
    - Concentration on Explosives Investigation.
- 2016 – Bachelor of Science at Eastern Kentucky University, Richmond KY
    - Major: Arson and Explosives Investigation
    - Minor: Fire Safety Engineering

## Professional Education

- 1996 – U.S Army Missile and Munitions School Ammunition Handlers Course
- 1996 – Naval School Explosive Ordnance Disposal Basic Course (EOD)
- 2002 – Naval School EOD Advanced Access and Disablement (AA&Ds)
- 2002 – ATF Post Blast Investigation.
- 2003 – FBI Hazardous Devices School (HDS)
- 2004 – TN Basic Police Academy
- 2011 – Transportation Security Specialist Basic Course
- 2022 – ATF Nexus Training

## Professional Experience

**February 2022 – Present**
Firearms Enforcement Officer (FEO)
Firearms and Ammunition Technology Division (FATD)
Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)
Martinsburg, West Virginia

- Provide technical information regarding firearms identification, operation, and design for the purpose of assisting the Bureau, the law enforcement community, the firearms industry, and the public in general in the implementation Federal laws.
- Conducting examinations and testing of firearms and related materials submitted as evidence by Bureau agents, as well as other Federal, State, and local law enforcement agencies.
- Prepare technical reports, official correspondence, and training materials relating to the identification and origin of firearms and their classification under Federal law

- Conduct examinations and classifications of submitted prototype firearms or related devices.
- Evaluate all types of firearms for import classification.
- Determine origin and classification of ammunition.
- Prepare official Bureau responses to written inquiries from the firearms industry and the public.
- Assist in maintaining the Firearms and Ammunition Technology Division reference library, which includes over 2,000 books, catalogs and official correspondence relating to the firearms field.
- Assist in maintaining the ATF Firearms Reference Collection, which includes approximately 13,000 firearms of all types.

**June 2007 – February 2022**
Explosives Specialist
Cincinnati Airport
Transportation Security Administration

- Responded to and mitigated explosive alarms, identifying hazardous devices and, explosive components, firearms, firearms components, hazardous chemicals, explosive precursors, and ammunition.
- Utilized x-ray and hand tools, to disassemble explosives, explosive devices, firearms, ammunition, firearm components, and other threat materials.
- Trained the methods and techniques employed by terrorists, criminals, and criminal elements to use commercial explosives, homemade explosives, Improvised Explosive Devices (IEDs) and Chemical, Biological, Radiological and Nuclear (CBRN) weapons to minimize threats against aviation and/or transportation systems.
- Brief and instruct federal, state, and local authorities about the methods used by criminal and terrorist elements to use explosives and other weapons of mass destruction. Evaluate, test, and train detection methods of explosive, assembled firearms, disassembled firearms, firearm components, and other weapons.
- Provided classroom, technical briefings, and live fire range demonstrations.
- Conducted searches of individuals, packages, vehicles, buildings, baggage, and analyzing IED components like initiators and power supplies to evaluate threat levels.

**June 1996 – February 2007**
Explosive Ordnance Disposal Technician
US Army (96-00) and USAF (01-07)

- Responded to explosive ordnance, improvised explosive devices, and firearms/weapon caches.
- Responded to explosions and performed or assisted in post blast operations/investigation.
- Wrote reports of technical findings and nomenclature of components of evidence recovered.
- Wrote technical intelligence reports covering first seen or rare ordnance and weapons systems.

- Recovered, rendered safe, disassembled, assembled, and categorized various firearms and weapon systems involved in weapons cache response.
- Maintained, cleaned, reassembled, and function checked various crew served and aircraft mounted firearms and destructive devices.

**I have attended the following firearms training courses:**

- Glock Armorer
- H&K 416 Armorer
- Benelli Super Nova Armorer
- Dillon Aero M134 D Armorer
- Foreign Weapons Armorer
- NRA Rifle Instructor
- NRA Pistol Instructor
- SIG 320 Armorer
- TFTT Combat Field Craft
- TFTT VIP protection course
- TFTT 2 Man Tactics
- TFTT Advanced Tac Pistol
- Gunsite 250 Pistol
- Gunsite Armed Vehicle Operations
- TFTT M4 Operators course
- Defense Technology Less Lethal Instructors course
- TEES, Urban Ops/ CQB

**I have received training in firearm silencer manufacture, design and operation from ATF and the following:**

- Principles of Acoustics and Sound Measurement training given by Bruel and Kjaer.
- Silencer Principles Training provided by Dr. Philip H. Dater, founder of Gemtech and Antares Technologies.

**I received training from ATF in the following historic firearms designs to include, but not limited to:**

- MAC-type Machinegun
- Gatling Gun
- Maxim Machinegun
- Browning Model 1919 Machinegun
- MG34/42 Machinegun
- Type 99 Japanese Machinegun
- FN FAL Machinegun
- SKS Carbine
- STEN-type Machinegun
- Lewis Gun Machinegun
- Thompson Machinegun
- AK-type Machinegun
- M2 Carbine Machinegun
- UZI Machinegun
- M-16 Machinegun

**I received training from ATF in the following areas to include, but not limited to:**

- Gun Control Act of 1968
- National Firearms Act of 1934
- Importing Factoring Criteria
- Evidence Handling
- 18 U.S.C. 922(r)
- Ammunition
- Making a Firearm. (Glock-type)
- Making a Silencer
- Destructive Devices
- Arms Export Control Act of 1976 (AECA)
- Antique Firearms

- Interstate NEXUS
- Privately Made Firearms (PMF)
- Digital Photography for Law Enforcement
- Machinegun Conversions

**Certifications and Professional Organizations:**

- Certified Vehicle Fire Investigator (CVFI)
- Certified Fire and Explosion Investigator (CFEI)
- Member of the International Association of Bomb Technicians and Investigators (IABTI)
- Member of the National Association of Fire Investigators (NAFI)

**Previous Expert Witness Testimony**

- US v. Perez (CR 17-314-JAK-4) – Los Angeles, CA – August 2023
- US v. Martin (2:23-mj-178-SMD) – Montgomery, AL – October 2023
- US v. Orense (21 Cr. 379 VSB) – New York, NY – December 2023
- US v. Hernandez (15 Cr. 379 PKC) – New York, NY – March 2024
- US v. Sanders (23 Cr. 111 KD) – Mobile, AL – April 2024