IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | CASE NO. 16-CR-229-BAH |
| | * | |
| RUBEN OSEGUERA-GONZALEZ | * | |

\* \* \* \* \* \* \* \* \*

## JOINT MOTION FOR AN ORDER EXTENDING THE DEADLINE TO FILE PRETRIAL MOTIONS AND PROPOSED ORDER

The current deadline for the filing of pretrial motions is July 3, 2024. The parties jointly agree and request that the deadline for filing pretrial motions be extended to July 8, 2024. Wherefore, the parties respectfully request the Court issue an Order granting the request.

Respectfully submitted,

/s Anthony E. Colombo, Jr.
Anthony E. Colombo, Jr.
Counsel for Ruben Oseguera-Gonzalez

/s Jan E. Ronis
Jan Ronis
Counsel for Ruben Oseguera-Gonzalez

 */s/ Kaitlin Sahni*
Kaitlin Sahni, Acting Deputy Chief
Kate Naseef, Trial Attorney
Jonathan Hornok, Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 28th day of June 2024, a copy of this Notice and Proposed Order was sent electronically via CM/ECF to all parties of record.

/s Anthony E. Colombo, Jr.
Anthony E. Colombo, Jr.
Counsel for Ruben Osguera-Gonzalez