# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **VS.** | * | **CASE NO. 16-CR-229-BAH** |
| | * | |
| **RUBEN OSEGUERA-GONZALEZ** | * | **COURT ORDER** |

\* \* \* \* \* \* \* \* \*

Upon consideration of the Joint Motion for an Order by the parties in the above-entitled matter, it is hereby ordered that the request to extend the deadline for the filing of Pretrial Motion is **GRANTED**. Pretrial Motions shall be filed by July 8, 2024.

**SO ORDERED**.

_____
The Honorable Beryl A. Howell
United States District Court Judge
District of Columbia