UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No.: 16-CR-229 (BAH) |
| ) | |
| v. ) | |
| ) | |
| RUBEN OSEGUERA-GONZALEZ ) | |
| also known as "Menchito," ) | |
| "Rubencito," "Rojo," "Ruso," ) | |
| "Junior," and "El Nino," ) | |
| ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER**

Upon consideration of the Government's Motion *In Limine* to Preclude Improper Use of Agent Interview Reports and Notes, and for good cause shown, the Government's motion is hereby **GRANTED**.

**SO ORDERED**.

DATED: _____

                                                                _____
                                                                 HON. BERYL A. HOWELL
                                                                 UNITED STATES DISTRICT JUDGE
                                                                 UNITED STATES DISTRICT COURT
                                                                 FOR THE DISTRICT OF COLUMBIA