# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) CRIMINAL NO. 16-CR-229-BAH |
| | ) |
| v. | ) |
| | ) |
| **RUBEN OSEGUERA-GONZALEZ,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## PROTECTIVE ORDER

Before the Court is a Motion for a Protective Order. This Court hereby finds and Orders as follows:

a. Two of the Government's witnesses at trial, both of whom are Mexican law enforcement officials who live in Mexico (hereinafter "the protected witnesses"), will be permitted to testify under aliases or using only their initials.

b. The Government will provide the true names of the protected witnesses to defense counsel with its disclosures under 18 U.S.C. § 3500.

c. Defense counsel shall not disseminate the true names of the protected witnesses to the Defendant or to anyone else without the prior authorization of the Court.

d. The Defense shall not elicit in open court identifying information for the protected witnesses, such as home and work addresses, telephone numbers, e-mail addresses, and other identifying information which could be used to locate the witnesses.

SO ORDERED.

DATED: _____

                                        _____
HON. BERYL A. HOWELL
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

2