UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>RUBEN OSEGUERA-GONZALEZ )<br>   also known as "Menchito," )<br>   "Rubencito," "Rojo," "Ruso," )<br>   "Junior," and "El Nino," )<br>)<br>)<br>                 Defendant. ) | Criminal No.: 16-CR-229 (BAH) |

**[PROPOSED] ORDER**

Upon consideration of the Government's Motion *In Limine* to Admit Signed Statement of Facts and Opposition to Defendant's Motion to Preclude Use of the Same, and for good cause shown, it is, hereby **GRANTED**.

**SO ORDERED**.

DATED: _____

                                                _____
                                                HON. BERYL A. HOWELL
                                                UNITED STATES DISTRICT JUDGE
                                                UNITED STATES DISTRICT COURT
                                                FOR THE DISTRICT OF COLUMBIA