UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>RUBEN OSEGUERA-GONZALEZ )<br>   also known as "Menchito," )<br>   "Rubencito," "Rojo," "Ruso," )<br>   "Junior," and "El Nino," )<br>)<br>Defendant.  ) | Case No. 1:16-CR-229 |

## JOINT RESPONSE TO AUGUST 5, 2024, ORDER

The United States of America and Defendant Ruben Oseguera Gonzalez, through undersigned counsel, respectfully submit this response to the Court's August 5, 2024, Order directing the parties to submit a joint status report with their position on whether the Memorandum and Order issued on August 5, 2024, in relation to ECF Nos. 137, 144, and 146, may be unsealed.

The parties have conferred and jointly agree that the Memorandum Opinion and Order may be unsealed in full, without redaction.

Respectfully submitted 6th day of August, 2024.


Law Offices of Anthony E. Columbo Jr.

/s/ Anthony E. Colombo, Jr.
Anthony E. Colombo Jr.
Counsel for Defendant

105 West F Street, Third Floor
San Diego, CA 92101
anthonycolombolegal@gmail.com
619-236-1704


Law Offices of Ronis & Ronis
/s/ Jan Edward Ronis
Jan Edward Ronis

MARLON COBAR,
Chief
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice


   /s/ Kaitlin Sahni
Kaitlin Sahni, Acting Deputy Chief
Kate Naseef, Trial Attorney
Jonathan Hornok, Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice
145 N Street, Northeast

Counsel for Defendant

105 West F Street Third Floor
San Diego, CA 92101-6036
jan@ronisandronis.com
619-236-8344

East Wing, Second Floor
Washington, D.C. 20530
(202) 598-2493
Kaitlin.Sahni@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent to counsel of record via email, this 6th day of August 2024.

By: */s/ Anthony E. Colombo, Jr.*
Anthony E. Colombo, Jr.
Attorney for Defendant