**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:16-CR-229** |
| | ) | |
| **RUBEN OSEGUERA-GONZALEZ** | ) | |
| **also known as "Menchito,"** | ) | |
| **"Rubencito," "Rojo," "Ruso,"** | ) | |
| **"Junior," and "El Nino,"** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT RESPONSE TO AUGUST 12, 2024, ORDER

The United States of America and Defendant Ruben Oseguera Gonzalez, through undersigned counsel, respectfully submit this response to the Court's August 12, 2024, Order, ECF 166, directing the parties to submit a joint status report with their position on whether the Memorandum and Order issued on August 12, 2024, in relation to ECF Nos. 132, and 135, regarding Defendant's Motion to Exclude Proposed 404(b) Evidence, may be unsealed.

The parties have conferred and jointly agree that the Memorandum Opinion and Order may be unsealed in full, without redaction.

Respectfully submitted 14th day of August, 2024.


Law Offices of Anthony E. Columbo Jr.

/s/ Anthony E. Colombo, Jr.
Anthony E. Colombo Jr.
Counsel for Defendant

105 West F Street, Third Floor
San Diego, CA 92101
anthonycolombolegal@gmail.com
619-236-1704


Law Offices of Ronis & Ronis

MARLON COBAR,
Chief
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice


___/s/ Kaitlin Sahni___
Kaitlin Sahni, Acting Deputy Chief
Kate Naseef, Trial Attorney
Jonathan Hornok, Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division

/s/ Jan Edward Ronis
Jan Edward Ronis
Counsel for Defendant

105 West F Street Third Floor
San Diego, CA 92101-6036
jan@ronisandronis.com
619-236-8344

United States Department of Justice
145 N Street, Northeast
East Wing, Second Floor
Washington, D.C. 20530
(202) 598-2493
Kaitlin.Sahni@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to counsel of record via email, this 14th day of August 2024.

By:     _/s/ Anthony E. Colombo, Jr._
          Anthony E. Colombo, Jr.
          Attorney for Defendant