UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 16-CR-229-BAH |
| v. | : |
| RUBEN OSEGUERA-GONZALEZ, | : |
| Defendant. | : |

**NOTICE REGARDING PHYSICAL EVIDENCE AND EXPERT TESTIMONY**

On August 16, 2024, the United States received physical evidence, including weapons, from the United Mexican States pursuant to a mutual legal assistance request.[1] Photos of this evidence were disclosed to defense counsel on August 19, 2024. All of this evidence is available for counsel for the defendant to review.

The United States intends to present the newly obtained physical evidence during its case-in-chief. The physical evidence was depicted in photographs that were disclosed to the defendant on April 29, 2024. These photographs were previously designated as Government Exhibits.[2] For example, the following designated

---

[1] On August 16, 2024, counsel for the United States sent an email to counsel for the defendant that included the following: "[T]he Government of Mexico has provided weapons and other physical evidence . . . . DEA took possession of the items today. . . . If you would like to inspect any of the items received today, please let us know . . . . We plan to offer testimony from Officer Miller as to whether the weapons constitute firearms and/or destructive devices. We will disclose any written reports from Officer Miller as soon as we receive them."

[2] *See* Dkt. 161 at 78–99. Additionally, on August 14, 2024, the United States disclosed an updated exhibit list designating the Government Exhibits and the corresponding discovery Bates numbers.

1

Government Exhibits depict the newly obtained physical evidence that the Government intends to introduce at trial: 117, 132, 138, 151, 179, 186, 196, 207, 216, 225, 229, 236, 245, 260, 265, 269, 303, 328, 343, 344, 345, 347, 349, 354.

As described in the June 14, 2024, notice of expert testimony, the United States intends to call ATF Firearms Enforcement Officer John W. Miller to "give an opinion regarding whether certain weapons at issue in this case appear to qualify as a 'firearm,' a 'machinegun,' or a 'destructive device,' as those terms are used in 18 U.S.C. § 924(c)." Dkt. 134 at 2. The supplemental expert notice includes a list of the discovery Bates numbers of pictures that depict the weapons about which Officer Miller will opine. Dkt. 153 at 3. Importantly, the United States disclosed the possibility that it might receive physical weapons from Mexico pursuant to a mutual legal assistance request. Dkt. 134 at 3 n.1; Dkt. 153 at 3 n.1.

On August 16, 2024, the United States obtained some of the requested evidence. On or before August 30, 2024, Officer Miller is expected to personally examine the evidence received from Mexico to confirm the opinions described in the government's supplemental expert notice. *See* Dkt. 153 at 3–4. Put another way, he will examine any weapons received from Mexico that were "depicted in pictures that were previously disclosed in discovery Bates numbers 00052884–00052888, 00053014–00053456, 00053754–00053772, 00055426–00055576, 00056032–00056538, 00064074, 00066444–00066446, and 00072531–00072532," *id.*, so that he can tell the jury which of those weapons "constitute a 'firearm,' a 'machinegun,' or a 'destructive device,' as those terms are used in 18 U.S.C. § 924(c)." *Id.* at 3. For

2

example, Officer Miller's examination is expected to confirm that the weapons depicted in designated Government Exhibits 138, 196, 225, and 354 are in fact destructive devices and that the weapons depicted in designated Government Exhibits 117, 132, 179, 186, 196, 207, 216, 225, 229, 236, 245, 260, 265, 269, 344, 345, 347, and 349 are in fact firearms.[3] After Officer Miller completes his examination, he intends to prepare a written report describing his conclusions. The United States will disclose that report to counsel for the defendant as quickly as possible.

Respectfully Submitted,

MARLON COBAR
Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice

By:  */s/ Jonathan R. Hornok*
Jonathan R. Hornok
Kate Naseef
Trial Attorneys
Kaitlin Sahni
Acting Deputy Chief
Narcotic and Dangerous Drug Section
Criminal Division,
U.S. Department of Justice
Washington, D.C. 20530
Telephone: (202) 514-0917

---

[3] These weapons are also depicted in other Government Exhibits.

3

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent via the Electronic Case Filing (ECF) system with the United States District Court for the District of Columbia to counsel of record for the defendant, this 19th day of August 2024.

By: /s/ *Jonathan R. Hornok*
Jonathan R. Hornok
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice