UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:16-CR-229 |
| ) | |
| RUBEN OSEGUERA-GONZALEZ ) | |
| also known as "Menchito," "Rubencito," ) | |
| "Rojo," "Ruso," "Junior," and "El ) | |
| Nino," ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION FOR PROTECTIVE ORDER**

The government respectfully submits this Motion for a Protective Order and requests the Court enter the attached Order. The government requests the Order to protect the identities of certain government witnesses until proper security measures will be in place for their safety. The Defendant does not object.

The government respectfully requests this Court enter the following order:

a. On August 23, 2024, the government will disclose to defense counsel its witness list and information or material regarding payments, promises of immunity, leniency, or preferential treatment, if any, made to prospective witnesses within the scope of Giglio v. United States, 405 U.S. 150 (1972) and Napue v. Illinois, 360 U.S. 264 (1959), as well as materials discoverable pursuant to Title 18, United States Code, Section 3500.

b. At the time of disclosure, the government will identify for defense counsel certain government witnesses whose identities need to be further protected ("protected witnesses").

c. Defense counsel shall not disclose the names or any identifying information of the protected witnesses to the defendant or any other person until August 26, 2024.

d. Defense counsel shall not disclose the information or materials related to the

protected witnesses to the defendant or any other person until August 26, 2024.

                Respectfully submitted,

                MARLON COBAR, Chief
                Narcotic and Dangerous Drug Section
                Criminal Division
                U.S. Department of Justice

By:      */s/ Kate Naseef*
                KATE NASEEF
                Trial Attorney
                Narcotic and Dangerous Drug Section
                Criminal Division
                U.S. Department of Justice
                145 N Street, NE
                Washington, D.C. 20530
                (202) 794-4953

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent via ECF to counsel of record for the defendant, this 19th day of August, 2024.

                                          /s/ *Kate Naseef*
                                      KATE NASEEF
                                      Trial Attorney
                                      Narcotic and Dangerous Drug Section
                                      Criminal Division
                                      Department of Justice