**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Case No. 1:16-CR-229** |
| ) | |
| **RUBEN OSEGUERA-GONZALEZ** ) | |
| **also known as "Menchito," "Rubencito,"** ) | |
| **"Rojo," "Ruso," "Junior," and "El** ) | |
| **Nino,"** ) | |
| ) | |
| **Defendant.** ) | |

## PROTECTIVE ORDER

Before the Court is a Consent Motion for a Protective Order.  This Court hereby finds and Orders as follows:

a.      On August 23, 2024, the government will disclose to defense counsel its witness list and information or material regarding payments, promises of immunity, leniency, or preferential treatment, if any, made to prospective witnesses within the scope of Giglio v. United States, 405 U.S. 150 (1972) and Napue v. Illinois, 360 U.S. 264 (1959), as well as materials discoverable pursuant to Title 18, United States Code, Section 3500.

b.      At the time of disclosure, the government will identify for defense counsel certain government witnesses whose identities need to be further protected ("protected witnesses").

c.      Defense counsel shall not disclose the names or any identifying information of the protected witnesses to the defendant or any other person until August 26, 2024.

d.      Defense counsel shall not disclose the information or materials related to the protected witnesses to the defendant or any other person until August 26, 2024.

SO ORDERED.


DATED: _____


_____
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA