UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CRIMINAL NO. 16-CR-229-BAH** |
| | ) | |
| v. | ) | |
| | ) | |
| **RUBEN OSEGUERA-GONZALEZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

# ORDER

Before the Court is the government's Unopposed Motion for a Public Overflow Courtroom. This Court hereby finds and Orders as follows:

a. This matter has garnered significant public interest, and the parties expect numerous members of the public to observe the proceedings.

b. The space inside the courtroom is limited and is likely to be insufficient to accommodate all of the member of the public who wish to attend the proceedings, especially during jury selection.

c. Modifying the process of jury selection, delaying the proceeding, moving to another location, adding additional seating within the courtroom, allowing observers to sit in front of the bar of the court, and limiting the observers within the courtroom are all insufficient to provide the defendant with a public trial while also ensuring an efficient, fair, uninterrupted, and safe proceeding.

d. An overflow courtroom in which the public can watch or hear a video or audio live-stream of the proceedings is an appropriate, sufficient, and least restrictive means to ensure that the defendant enjoys a public trial.

e. The defendant does not oppose this request.

f. The Court will provide an overflow courtroom from which the public can watch or

hear a video or audio live-stream of the trial from the beginning of jury selection through the announcement of a verdict.

SO ORDERED.

DATED: _____

                                    _____
HON. BERYL A. HOWELL
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA