**ANTHONY E. COLOMBO, JR.**
California State Bar No. 218411
The Senator Building, Ste. 312
105 West "F" Street
San Diego, CA 92101
Tel:   (619) 236-1704
Email: anthonycolombolegal@gmail.com


Attorney for Ruben Oseguera-Gonzalez


UNITED STATES DISTRICT COURT

DISTRICT COURT OF COLUMBIA

(HONORABLE BERYL A. HOWELL)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RUBEN OSEGUERA-GONZALEZ, <br><br> Defendant. | CASE NO. 16cr00229-BAH <br><br> DEFENDANT'S RESPONSE TO THE GOVERNMENT'S OBJECTION TO DEFENDANT'S PROPOSED JURY INSTRUCTION ON MULTIPLE <u>CONSPIRACIES</u> |

TO:   KATE M. NASEEF, TRIAL ATTORNEY, UNITED STATES ATTORNEY'S OFFICE; JONATHON HORNOK, TRIAL ATTORNEY, UNITED STATES ATTORNEY'S OFFICE; AND KAITLIN SAHNI, ACTING DEPUTY CHIEF, UNITED STATES ATTORNEY'S OFFICE:

**I.**

**<u>DEFENDANT'S RESPONSE TO THE GOVERNMENT'S OBJECTION TO DEFENDANT'S PROPOSED JURY INSTRUCTION ON MULTIPLE CONSPIRACIES</u>**

The Government concedes that if after all the evidence has been presented the Court were to find that a multiple conspiracy instruction is appropriate, the Court must provide a multiple conspiracy instruction. *See* ECF No. 180 at 1. The Government objects to Defendant's proposed jury instruction based upon the Ninth Circuit pattern jury instruction,

1

and proposes the following instruction based upon *United States v. Gantt*, 617 F.2d 831 (D.C. Cir. 1980):

> You may find the defendant guilty only if you find that he was a member of the particular conspiracy charged in Count One.  If you find that the defendant was only a member of another conspiracy, not the one charged in Count One, you must find the defendant not guilty.

*See* ECF 180 at 3.

Mr. Oseguera-Gonzalez agrees with the Government's proposed instruction based upon *Gantt* with a slight modification as follows:

> You may find the defendant guilty only if you find that *the Government has proven beyond a reasonable doubt* he was a member of the particular conspiracy charged in Count One.  If you find that the defendant was only a member of another conspiracy, not the one charged in Count One, you must find the defendant not guilty.

## **CONCLUSION**

For the reasons stated above, Mr. Oseguera-Gonzalez moves this Court to grant his request.

Respectfully submitted,

/s/ Anthony E. Colombo, Jr.

Dated: August 30, 2024            **ANTHONY E. COLOMBO, JR.**
                                  Attorney for Mr. Oseguera-Gonzalez