# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 16-CR-229-BAH** |
| | : | |
| v. | : | |
| | : | |
| **RUBEN OSEGUERA-GONZALEZ,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## SUPPLEMENTAL NOTICE OF EXPERT TESTIMONY
## PURSUANT TO FED. R. CRIM. P. 16(G)

The United States intends to offer expert testimony during its case in chief at trial pursuant to Federal Rules of Evidence 702, 703, and 705. Specifically, the United States intends to present expert testimony from John W. Miller, who is a Firearms Enforcement Officer in the Firearms and Ammunition Technology Division of the U.S. Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). The following is the notice required by Rule 16(G)(iii) of the Federal Rules of Criminal Procedure.

I. JOHN W. MILLER

*A. Testimony*

The government intends to offer expert testimony by Mr. Miller, whose scientific, technical, and other specialized knowledge will help the jury understand the evidence and determine facts in issue. Specifically, Mr. Miller's testimony as a weapons expert will help the jury understand what weapons are covered by the violation charged in Count Two and how those weapons operate. Finally, Mr. Miller will give an opinion regarding whether certain weapons at issue in this case qualify as a "firearm," a "machinegun," or a "destructive device," as those terms are used in 18 U.S.C. § 924(c).

Mr. Miller will begin by describing what weapons constitute a "firearm," a "machinegun," or a "destructive device," as those terms are used in 18 U.S.C. § 924(c). He will then explain the defining characteristics and capabilities of each of these weapons and will help the jury understand how to determine whether a weapon is in fact covered by that statute. For example, he will explain how these weapons commonly appear, including by displaying exemplar weapons for the jury. He will explain where and by whom these weapons are manufactured. He will explain how these weapons are marked and regulated. He will explain how these weapons work, including a description of what a person would observe and hear when the weapons are being used.

Finally, Mr. Miller will examine exhibits that have been admitted into evidence during the trial and that depict certain weapons. Specifically, he will review the weapons depicted in pictures that were previously disclosed in discovery Bates

numbers 00052884–00052888, 00053014–00053456, 00053754–00053772, 00055426–00055576, 00056032–00056538, 00064074, 00066444–00066446, and 00072531–00072532. He will then give his opinion regarding whether the weapons depicted in those exhibits appear to constitute a "firearm," a "machinegun," or a "destructive device," as those terms are used in 18 U.S.C. § 924(c). For example, he will give the following opinions: that the photos in discovery Bates numbers 00053218, 00053246, 00053248, 00053250, 00053266, 00053274, 00053276, 00053326, 00053358, 00072531, 00072532, and others appear to depict firearms; that photos in discovery Bates numbers 00053218, 00053246, 00053248, 00053250, 00053266, 00053274, 00053276, 00053326, 00053358, 00053218, 00053246, 00053248, 00053250, 00053266, 00053270, 00053276, 00053326, 00053328, 00053358, and others appear to depict machineguns; and that photos in discovery Bates numbers 00053018, 00053022, 00053028, 00053030, 00053050, 00053056, 00053058, 00053066, 00053064, 00053086, 00053192, 00055044, 00056048, 00056172, 00056178, 00056186, 00056188, 00056194, 00056204, 00056300, 00056458, 00056460, 00056462, 00056502, 00055504, 00055464, 00053278, 00053332, 00053192, 00056204, 00053018, 00053022, 00053030, 00056244, 00056204, 00056206, 00056208, 00056382, 00056490, 00056492, 00056510, 00056068, 00053080, 00053262, 00056104, 00056126, 00056128, 00056298, 00053278, 00053332, 00056052, 00056032, and others appear to depict destructive devices.

On August 16, 2024, the United States received physical evidence, including weapons, from the United Mexican States pursuant to a mutual legal assistance request. Dkt. 177 at 1. As previously described, the United States intends to present expert testimony regarding these weapons. Dkt. 177 at 3 (citing Dkts. 134, 153). During his testimony, Mr. Miller will give his opinion that certain weapons, specifically Government Exhibits 380–402, constitute firearms and a subset of the weapons also constitute destructive devices. Mr. Miller's signed report, which describes his examination, opinions, and the basis for those opinions, is incorporated by reference.[1] *See* Fed. R. Crim. P. (a)(1)(G)(iv).

---

[1] The report was disclosed to defense counsel on September 4, 2024, is marked as Government Exhibit 3500-JWM-14, and is Bates numbered JWM00000698 through JWM00000784.

*B. Qualifications*

As further described in his curriculum vitae, which is attached at Exhibit 1 and is incorporated here, Mr. Miller is a Firearms Enforcement Officer with the ATF who has the scientific, technical, and other specialized knowledge necessary to provide the testimony described above. As a Firearms Enforcement Officer, Mr. Miller—among other things—examines and classifies firearms and provides training materials regarding the identification and origin of firearms and their classification under federal law. Before joining the ATF, Mr. Miller was an Explosives Specialist for the U.S. Transportation Security Administration and an Explosive Ordnance Disposal Technician in the U.S. armed forces. His formal education includes a Bachelor of Science degree and a Master of Forensic Science degree. Additionally, Mr. Miller is currently pursuing a doctorate in Forensic Science from Oklahoma State University. During his nearly thirty years of employment as a weapons expert for the United States, Mr. Miller has received extensive weapons training, including training regarding firearms, machineguns, destructive devices, and the associated statutes. Simply put, Mr. Miller has scientific, technical, or other specialized knowledge that will help the jury understand the evidence and determine facts in issue.

*C. Prior Testimony*

Mr. Miller has previously provided expert testimony in federal court. During the previous four years, Mr. Miller has testified as an expert at trial in the following cases:

- *United States v. Perez*, Case No. CR 17-314-JAK-4 (C.D. Cal.).
- *United States v. Martin*, Case No. 2:23-MJ-178-SMD (M.D. Ala.).
- *United States v. Orense*, Case No. 21-CR-379-VSB (S.D.N.Y.).
- *United States v. Hernandez*, Case No. 15-CR-379-PKC (S.D.N.Y.).
- *United States v. Sanders*, Case No. 23-CR-111-KD (S.D. Ala.).

### D. Signature and Approval

I approve this disclosure and the incorporated curriculum vitae.

*[signature]*

JOHN W. MILLER
Firearms Enforcement Officer
Firearms and Ammunition Technology Division
Bureau of Alcohol, Tobacco, Firearms and Explosives

## II. CONCLUSION

Having provided the notice required by Rule 16(G)(iii) of the Federal Rules of Criminal Procedure, the United States intends to offer the expert testimony described above during its case in chief at trial pursuant to Federal Rules of Evidence 702, 703, and 705.

        Respectfully Submitted,

        MARLON COBAR
        Chief
        Narcotic and Dangerous Drug Section
        Criminal Division
        U.S. Department of Justice

        By:   */s/ Jonathan R. Hornok*
        Jonathan R. Hornok
        Kate Naseef
        Trial Attorneys
        Kaitlin Sahni
        Acting Deputy Chief
        Narcotic and Dangerous Drug Section
        Criminal Division,
        U.S. Department of Justice
        Washington, D.C. 20530
        Telephone: (202) 514-0917

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent via the Electronic Case Filing (ECF) system with the United States District Court for the District of Columbia to counsel of record for the defendant, this 5th day of September 2024.

By: /s/ *Jonathan R. Hornok*
Jonathan R. Hornok
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice