UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA </br></br> v. </br></br> RUBEN OSEGUERA-GONZALEZ, </br> also known as "Menchito," </br> "Rubencito," "Rojo," "Ruso," </br> "Junior," and "El Nino," </br></br> Defendant. | CRIMINAL NO.: 1:16-CR-229 </br></br> **FILED** </br> SEP 0 6 2024 </br> Clerk, U.S. District & Bankruptcy </br> Courts for the District of Columbia |

## FORFEITURE STIPULATION

The United States of America, and defendant, RUBEN OSEGUERA GONZALEZ, by and through their respective attorneys, hereby agree and stipulate that in the event that the defendant is convicted of Count One, the parties agree that the Court—not the jury—should make all legal and factual determinations regarding the forfeiture allegations in this matter, including the amount of any monetary judgment.

IT IS SO STIPULATED.

Marlon Cobar, Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice

By: _____

Law Offices of Anthony E. Colombo Jr.
Anthony E. Colombo Jr.
Counsel for Defendant

105 West F Street, Third Floor
San Diego, CA 92101
anthonycolombolegal@gmail.com
619-236-1704

_____

Jonathan Hornok
Kaitlin Sahni
Kate Naseef
Trial Attorneys
Narcotic and Dangerous Drug Section
Criminal Division,
United States Department of Justice
Washington, D.C. 20530
Tel: 202-514-0917

Law Offices of Ronis & Ronis
Jan Edward Ronis
Counsel for Defendant

105 West F Street Third Floor
San Diego, CA 92101-6036
jan@ronisandronis.com
619-236-8344

_Ruben O Seguera_
Ruben Oseguera Gonzalez
Defendant