## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO.: 1:16-CR-229 |
| | ) |
| RUBEN OSEGUERA-GONZALEZ, | ) |
| also known as "Menchito," | ) |
| "Rubencito," "Rojo," "Ruso," | ) |
| "Junior," and "El Nino," | ) |
| | ) |
| Defendant. | ) |
| | ) |

**FILED**

SEP 0 6 2024

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### STIPULATIONS

The United States of America, and defendant, RUBEN OSEGUERA GONZALEZ, by and through their respective attorneys, hereby agree and stipulate to the following:

1. The following government exhibits are authentic under Rule 902 of the Federal Rules of Evidence and their contents are fair, accurate, and unaltered representations of the original records and information. The chain of custody for these exhibits and information is not contested:

    a. Government Exhibits 4-14 (Photographs intercepted in BBM communications),

    b. Government Exhibits 17-18 (Discs containing intercepted BBM communications),

    c. Government Exhibits 20-58 and 60-97 (Intercepted BBM communications), and

    d. Government Exhibit 99 (Maps of Mexico and surrounding area).

1

2. Government Exhibits 15A-16A, 20A-58A, 60A-97A, and 412A are authentic and accurate English translations of the original Spanish communications and documents.

3. The substance methamphetamine, as referenced in Count One, is a Schedule II controlled substance.

4. The substance cocaine, as referenced in Count One, is a Schedule II controlled substance.

5. One thousand grams equals 1 kilogram.

6. One kilogram is equal to about 2.2 pounds.

7. One thousand kilograms is equal to 1 metric ton and about 1.1 U.S. ton.

IT IS SO STIPULATED.

Marlon Cobar, Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice

By:
Law Offices of Anthony E. Colombo Jr.
Anthony E. Colombo Jr.
Counsel for Defendant

105 West F Street, Third Floor
San Diego, CA 92101
anthonycolombolegal@gmail.com
619-236-1704

Law Offices of Ronis & Ronis
Jan Edward Ronis
Counsel for Defendant

105 West F Street Third Floor
San Diego, CA 92101-6036
jan@ronisandronis.com

Jonathan Hornok
Kaitlin Sahni
Kate Naseef
Trial Attorneys
Narcotic and Dangerous Drug Section
Criminal Division,
United States Department of Justice
Washington, D.C. 20530
Tel: 202-514-0917

2

619-236-8344

Ruben Oseguera

Ruben Oseguera Gonzalez
Defendant