UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>        )<br>Plaintiff,    )<br>        )<br>V.       )<br>        )<br>RUBEN OSEGUERA-GONZALEZ )<br>        )<br>Defendant    ) | CRIMINAL CASE NO. 16-229 (BAH) |

**FILED**
SEP 19 2024
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### JOINT ACKNOWLEDGMENT CONCERNING TRIAL EXHIBITS

Counsel acknowledge that they have jointly reviewed with the courtroom deputy the exhibits that were admitted into evidence and have agreed on what exhibits will be submitted to the jury during deliberations.

**Plaintiff:**

Exhibits: ___SEE ATTACHED_____

_____

_/s/_____
Attorney for the plaintiff

Date: _9/19/24_

**Defendants:**

Exhibits: _____

_____

_/s/_____
Attorney for the defendant

Date: _9/19/24_