| Government | X |
|---|---|
| Plaintiff | |
| Defendant | |
| Joint | |
| **Court** | |

UNITED STATES OF AMERICA

VS.

RUBEN OSEGUERA GONZALEZ

Civil/Criminal No.  **16-CR-229 (BAH)**

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Photogragh of Nemesio Oseguera Cervantes and the Defendant | | 9/9/2024 | Oscar Nava Valencia | |
| 2 | Photograph of Nemesio Oseguera Cervates | | | | |
| 3 | Photograph of Julio Alberto Castillo Rodriguez | | | | |
| 4 | Photograph of Abigael Gonzalez Valencia and others | | | | |
| 5 | Photograph of Abigael Gonzalez Valencia | | 9/9/2024 | Oscar Nava Valencia | |
| 6 | Photograph of Abigael Gonzalez Valencia and woman | | 9/9/2024 | Oscar Nava Valencia | |
| 7 | Photograph of Abigael Gonzalez Valencia and woman 2 | | 9/9/2024 | Oscar Nava Valencia | |
| 8 | Photograph of Abigael Gonzalez Valencia | | 9/9/2024 | Oscar Nava Valencia | |
| 9 | Photograph of Abigael Gonzalez Valencia in Spain | | 9/9/2024 | Oscar Nava Valencia | |
| 10 | Photograph of Abigael Gonzalez Valencia with woman 3 | | 9/9/2024 | Oscar Nava Valencia | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 11 | Photograph of Abigael Gonzalez Valencia with woman 4 | | 9/9/2024 | Oscar Nava Valencia | |
| 12 | Photograph of Abigael Gonzalez Valencia with woman 5 | | 9/9/2024 | Oscar Nava Valencia | |
| 13 | Photograph of Abigael Gonzalez Valencia with woman 6 | | 9/9/2024 | Oscar Nava Valencia | |
| 14 | Photograph of Abigael Gonzalez Valencia with woman 7 | | 9/9/2024 | Oscar Nava Valencia | |
| 15 | Ledger: Libro 14 | | 9/10/2024 | Elpidio Mojarro Ramirez | |
| 15A | Ledger: Libro 14 Translation | | 9/10/2024 | Elpidio Mojarro Ramirez | |
| 16 | Ledger: Libro 16 | | 9/10/2024 | Elpidio Mojarro Ramirez | |
| 16A | Ledger: Libro 16 Translation | | 9/10/2024 | Elpidio Mojarro Ramirez | |
| 17 | BBM Original Discs (For ID only) | | | | |
| 18 | Disc with 115 BBM Intercepts | | 9/16/2024 | Kevin Novick | |
| 18A | Disc with 104 BBM Translated Intercepts | | 9/16/2024 | Kevin Novick | |
| 19 | Demonstrative Chart of BBM PINs | | (9/16/2024 not admitted Demonstrative only) | Kevin Novick | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 19A | Demonstrative Chart of BBM PINs, page 6 | | 9/16/2024 | Kevin Novick | |
| 20 | BBM Wiretap Intercept Product ID 2931497 | | 9/16/2024 | Kevin Novick | |
| 20A | Translation of BBM Wiretap Intercept Product ID 2931497 | | 9/16/2024 | Kevin Novick | |
| 21 | BBM Wiretap Intercept Product ID 2931925 | | 9/16/2024 | Kevin Novick | |
| 21A | Translation of BBM Wiretap Intercept Product ID 2931925 | | 9/16/2024 | Kevin Novick | |
| 22 | BBM Wiretap Intercept Product ID 2931927 | | 9/16/2024 | Kevin Novick | |
| 22A | Translation of BBM Wiretap Intercept Product ID 2931927 | | 9/16/2024 | Kevin Novick | |
| 23 | BBM Wiretap Intercept Product ID 3603486 | | 9/16/2024 | Kevin Novick | |
| 23A | Translation of BBM Wiretap Intercept Product ID 3603486 | | 9/16/2024 | Kevin Novick | |
| 24 | BBM Wiretap Intercept Product ID 3049603 | | 9/16/2024 | Kevin Novick | |
| 24A | Translation of BBM Wiretap Intercept Product ID 3049603 | | 9/16/2024 | Kevin Novick | |
| 25 | BBM Wiretap Intercept Product ID 3851466 | | 9/16/2024 | Kevin Novick | |
| 25A | Translation of BBM Wiretap Intercept Product ID 3851466 | | 9/16/2024 | Kevin Novick | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 26 | BBM Wiretap Intercept Product ID 2407840, 2407843, 2407845 and 2407880 | | 9/16/2024 | Kevin Novick | |
| 26A | Translation of BBM Wiretap Intercept Product ID 2407840, 2407843, 2407845 and 2407880 | | 9/16/2024 | Kevin Novick | |
| 27 | BBM Wiretap Intercept Product ID 2409459 and 2409460 | | 9/16/2024 | Kevin Novick | |
| 27A | Translation BBM Wiretap Intercept Product ID 2409459 and 2409460 | | 9/16/2024 | Kevin Novick | |
| 28 | BBM Wiretap Intercept Product ID 2409463 and 2409542 | | 9/16/2024 | Kevin Novick | |
| 28A | Translation BBM Wiretap Intercept Product ID 2409463 and 2409542 | | 9/16/2024 | Kevin Novick | |
| 29 | BBM Wiretap Intercept Product ID 4392150 | | 9/16/2024 | Kevin Novick | |
| 29A | Translation of BBM Wiretap Intercept Product ID 4392150 | | 9/16/2024 | Kevin Novick | |
| 30 | BBM Wiretap Intercept Product ID 4392151 | | 9/16/2024 | Kevin Novick | |
| 30A | Translation of BBM Wiretap Intercept Product ID 4392151 | | 9/16/2024 | Kevin Novick | |
| 31 | BBM Wiretap Intercept Product ID 4389600 | | 9/16/2024 | Kevin Novick | |
| 31A | Translation of BBM Wiretap Intercept Product ID 4389600 | | 9/16/2024 | Kevin Novick | |
| 32 | BBM Wiretap Intercept Product ID 4392003 | | 9/16/2024 | Kevin Novick | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 32A | Translation of BBM Wiretap Intercept Product ID 4392003 | | 9/16/2024 | Kevin Novick | |
| 33 | BBM Wiretap Intercept Product ID 4399395 and 4400552 | | 9/16/2024 | Kevin Novick | |
| 33A | Translation of BBM Wiretap Intercept Product ID 4399395 and 4400552 | | 9/16/2024 | Kevin Novick | |
| 34 | BBM Wiretap Intercept Product ID 4544424 | | 9/16/2024 | Kevin Novick | |
| 34A | Translation of BBM Wiretap Intercept Product ID 4544424 | | 9/16/2024 | Kevin Novick | |
| 35 | BBM Wiretap Intercept Product ID 4544430 and 4544434 | | 9/16/2024 | Kevin Novick | |
| 35A | Translation of BBM Wiretap Intercept Product ID 4544430 and 4544434 | | 9/16/2024 | Kevin Novick | |
| 36 | BBM Wiretap Intercept Product ID 2872026, 2872027, and 2872031 | | 9/16/2024 | Kevin Novick | |
| 36A | Translation BBM Wiretap Intercept Product ID 2872026, 2872027, and 2872031 | | 9/16/2024 | Kevin Novick | |
| 37 | BBM Wiretap Intercept Product ID 2907154 | | 9/16/2024 | Kevin Novick | |
| 37A | Translation of BBM Wiretap Intercept Product ID 2907154 | | 9/16/2024 | Kevin Novick | |
| 38 | BBM Wiretap Intercept Product ID 2907305 | | 9/16/2024 | Kevin Novick | |
| 38A | Translation of BBM Wiretap Intercept Product ID 2907305 | | 9/16/2024 | Kevin Novick | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 39 | BBM Wiretap Intercept Product ID 2907310 | | 9/16/2024 | Kevin Novick | |
| 39A | Translation of BBM Wiretap Intercept Product ID 2907310 | | 9/16/2024 | Kevin Novick | |
| 40 | BBM Wiretap Intercept Product ID 2907528 and 2908041 | | 9/16/2024 | Kevin Novick | |
| 40A | Translation of BBM Wiretap Intercept Product ID 2907528 and 2908041 | | 9/16/2024 | Kevin Novick | |
| 41 | BBM Wiretap Intercept Product ID 2908042 | | 9/16/2024 | Kevin Novick | |
| 41A | Translation of BBM Wiretap Intercept Product ID 2908042 | | 9/16/2024 | Kevin Novick | |
| 42 | BBM Wiretap Intercept Product ID 2908044 | | 9/16/2024 | Kevin Novick | |
| 42A | Translation of BBM Wiretap Intercept Product ID 2908044 | | 9/16/2024 | Kevin Novick | |
| 43 | BBM Wiretap Intercept Product ID 2908242 | | 9/16/2024 | Kevin Novick | |
| 43A | Translation of BBM Wiretap Intercept Product ID 2908242 | | 9/16/2024 | Kevin Novick | |
| 44 | BBM Wiretap Intercept Product ID 2910500 | | 9/16/2024 | Kevin Novick | |
| 44A | Translation of BBM Wiretap Intercept Product ID 2910500 | | 9/16/2024 | Kevin Novick | |
| 45 | BBM Wiretap Intercept Product ID 2910504 and 2910508 | | 9/16/2024 | Kevin Novick | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 45A | Translation of BBM Wiretap Intercept Product ID 2910504 and 2910508 | | 9/16/2024 | Kevin Novick | |
| 46 | BBM Wiretap Intercept Product ID 2916325 and 2916329 | | 9/16/2024 | Kevin Novick | |
| 46A | Translation of BBM Wiretap Intercept Product ID 2916325 and 2916329 | | 9/16/2024 | Kevin Novick | |
| 47 | BBM Wiretap Intercept Product ID 2969200 and 2969339 | | 9/16/2024 | Kevin Novick | |
| 47A | Translation of BBM Wiretap Intercept Product ID 2969200 and 2969339 | | 9/16/2024 | Kevin Novick | |
| 48 | BBM Wiretap Intercept Product ID 2907156 | | 9/16/2024 | Kevin Novick | |
| 48A | Translation of BBM Wiretap Intercept Product ID 2907156 | | 9/16/2024 | Kevin Novick | |
| 49 | BBM Wiretap Intercept Product ID 2907304 | | 9/16/2024 | Kevin Novick | |
| 49A | Translation of BBM Wiretap Intercept Product ID 2907304 | | 9/16/2024 | Kevin Novick | |
| 50 | BBM Wiretap Intercept Product ID 2907311 and 2907526 | | 9/16/2024 | Kevin Novick | |
| 50A | Translation of BBM Wiretap Intercept Product ID 2907311 and 2907526 | | 9/16/2024 | Kevin Novick | |
| 51 | BBM Wiretap Intercept Product ID 2908043 | | 9/16/2024 | Kevin Novick | |
| 51A | Translation of BBM Wiretap Intercept Product ID 2908043 | | 9/16/2024 | Kevin Novick | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 52 | BBM Wiretap Intercept Product ID 2928728 | | 9/16/2024 | Kevin Novick | |
| 52A | Translation of BBM Wiretap Intercept Product ID 2928728 | | 9/16/2024 | Kevin Novick | |
| 53 | BBM Wiretap Intercept Product ID 2936690 and 2936692 | | 9/16/2024 | Kevin Novick | |
| 53A | Translation of BBM Wiretap Intercept Product ID 2936690 and 2936692 | | 9/16/2024 | Kevin Novick | |
| 54 | BBM Wiretap Intercept Product ID 2937151 | | 9/16/2024 | Kevin Novick | |
| 54A | Translation of BBM Wiretap Intercept Product ID 2937151 | | 9/16/2024 | Kevin Novick | |
| 55 | BBM Wiretap Intercept Product ID 2938862 and 2938865 | | 9/16/2024 | Kevin Novick | |
| 55A | Translation of BBM Wiretap Intercept Product ID 2938862 and 2938865 | | 9/16/2024 | Kevin Novick | |
| 56 | BBM Wiretap Intercept Product ID 2918655 | | 9/16/2024 | Kevin Novick | |
| 56A | Translation of BBM Wiretap Intercept Product ID 2918655 | | 9/16/2024 | Kevin Novick | |
| 57 | BBM Wiretap Intercept Product ID 2919290 | | 9/16/2024 | Kevin Novick | |
| 57A | Translation of BBM Wiretap Intercept Product ID 2919290 | | 9/16/2024 | Kevin Novick | |
| 58 | BBM Wiretap Intercept Product ID 3698814 | | 9/16/2024 | Kevin Novick | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 58A | Translation of BBM Wiretap Intercept Product ID 3698814 | | 9/16/2024 | Kevin Novick | |
| 59 | Intentionally Left Blank | | | | |
| 60 | BBM Wiretap Intercept Product ID 2409543 | | 9/16/2024 | Kevin Novick | |
| 60A | Translation of BBM Wiretap Intercept Product ID 2409543 | | 9/16/2024 | Kevin Novick | |
| 61 | BBM Wiretap Intercept Product ID 2409544 | | 9/16/2024 | Kevin Novick | |
| 61A | Translation of BBM Wiretap Intercept Product ID 2409544 | | 9/16/2024 | Kevin Novick | |
| 62 | BBM Wiretap Intercept Product ID 2409545 | | 9/16/2024 | Kevin Novick | |
| 62A | Translation of BBM Wiretap Intercept Product ID 2409545 | | 9/16/2024 | Kevin Novick | |
| 63 | BBM Wiretap Intercept Product ID 2410345 | | 9/16/2024 | Kevin Novick | |
| 63A | Translation of BBM Wiretap Intercept Product ID 2410345 | | 9/16/2024 | Kevin Novick | |
| 64 | BBM Wiretap Intercept Product ID 2893029 | | 9/16/2024 | Kevin Novick | |
| 64A | Translation of BBM Wiretap Intercept Product ID 2893029 | | 9/16/2024 | Kevin Novick | |
| 65 | BBM Wiretap Intercept Product ID 2898421 | | 9/16/2024 | Kevin Novick | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 65A | Translation of BBM Wiretap Intercept Product ID 2898421 | | 9/16/2024 | Kevin Novick | |
| 66 | BBM Wiretap Intercept Product ID 2931928 | | 9/16/2024 | Kevin Novick | |
| 66A | Translation of BBM Wiretap Intercept Product ID 2931928 | | 9/16/2024 | Kevin Novick | |
| 67 | BBM Wiretap Intercept Product ID 2933253 | | 9/16/2024 | Kevin Novick | |
| 67A | Translation of BBM Wiretap Intercept Product ID 2933253 | | 9/16/2024 | Kevin Novick | |
| 68 | BBM Wiretap Intercept Product ID 2933256 | | 9/16/2024 | Kevin Novick | |
| 68A | Translation of BBM Wiretap Intercept Product ID 2933256 | | 9/16/2024 | Kevin Novick | |
| 69 | BBM Wiretap Intercept Product ID 2980072, 2980254, 2980265, and 2980268 | | 9/16/2024 | Kevin Novick | |
| 69A | Translation of BBM Wiretap Intercept Product ID 2980072, 2980254, 2980265, and 2980268 | | 9/16/2024 | Kevin Novick | |
| 70 | BBM Wiretap Intercept Product ID 2982540 | | 9/16/2024 | Kevin Novick | |
| 70A | Translation of BBM Wiretap Intercept Product ID 2982540 | | 9/16/2024 | Kevin Novick | |
| 71 | BBM Wiretap Intercept Product ID 3003625 and 3003627 | | 9/16/2024 | Kevin Novick | |
| 71A | Translation of BBM Wiretap Intercept Product ID 3003625 and 3003627 | | 9/16/2024 | Kevin Novick | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 72 | BBM Wiretap Intercept Product ID 3778675 | | 9/16/2024 | Kevin Novick | |
| 72A | Translation of BBM Wiretap Intercept Product ID 3778675 | | 9/16/2024 | Kevin Novick | |
| 73 | BBM Wiretap Intercept Product ID 3798767 | | 9/16/2024 | Kevin Novick | |
| 73A | Translation of BBM Wiretap Intercept Product ID 3798767 | | 9/16/2024 | Kevin Novick | |
| 74 | BBM Wiretap Intercept Product ID 3007753 | | 9/16/2024 | Kevin Novick | |
| 74A | Translation of BBM Wiretap Intercept Product ID 3007753 | | 9/16/2024 | Kevin Novick | |
| 75 | BBM Wiretap Intercept Product ID 4544435 | | 9/16/2024 | Kevin Novick | |
| 75A | Translation of BBM Wiretap Intercept Product ID 4544435 | | 9/16/2024 | Kevin Novick | |
| 76 | BBM Wiretap Intercept Product ID 4807727 and 4807728 | | 9/16/2024 | Kevin Novick | |
| 76A | Translation of BBM Wiretap Intercept Product ID 4807727 and 4807728 | | 9/16/2024 | Kevin Novick | |
| 77 | BBM Wiretap Intercept Product ID 4819889, 4820189, 4820190, 4820191, 4820649, and 4820650 | | 9/16/2024 | Kevin Novick | |
| 77A | Translation of BBM Wiretap Intercept Product ID 4819889, 4820189, 4820190, 4820191, 4820649, and 4820650 | | 9/16/2024 | Kevin Novick | |
| 78 | BBM Wiretap Intercept Product ID 4832118 | | 9/16/2024 | Kevin Novick | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 78A | Translation of BBM Wiretap Intercept Product ID 4832118 | | 9/16/2024 | Kevin Novick | |
| 79 | BBM Wiretap Intercept Product ID 2913747 | | 9/16/2024 | Kevin Novick | |
| 79A | Translation of BBM Wiretap Intercept Product ID 2913747 | | 9/16/2024 | Kevin Novick | |
| 80 | BBM Wiretap Intercept Product ID 2855016 | | 9/16/2024 | Kevin Novick | |
| 80A | Translation of BBM Wiretap Intercept Product ID 2855016 | | 9/16/2024 | Kevin Novick | |
| 81 | BBM Wiretap Intercept Product ID 3603719 | | 9/16/2024 | Kevin Novick | |
| 81A | Translation of BBM Wiretap Intercept Product ID 3603719 | | 9/16/2024 | Kevin Novick | |
| 82 | BBM Wiretap Intercept Product ID 3056011 and 3056164 | | 9/16/2024 | Kevin Novick | |
| 82A | Translation of BBM Wiretap Intercept Product ID 3056011 and 3056164 | | 9/16/2024 | Kevin Novick | |
| 83 | BBM Wiretap Intercept Product ID 3071315 | | 9/16/2024 | Kevin Novick | |
| 83A | Translation of BBM Wiretap Intercept Product ID 3071315 | | 9/16/2024 | Kevin Novick | |
| 84 | BBM Wiretap Intercept Product ID 3071386 | | 9/16/2024 | Kevin Novick | |
| 84A | Translation of BBM Wiretap Intercept Product ID 3071386 | | 9/16/2024 | Kevin Novick | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 85 | BBM Wiretap Intercept Product ID 3071388 | | 9/16/2024 | Kevin Novick | |
| 85A | Translation of BBM Wiretap Intercept Product ID 3071388 | | 9/16/2024 | Kevin Novick | |
| 86 | BBM Wiretap Intercept Product ID 3686682 | | 9/16/2024 | Kevin Novick | |
| 86 | Translation of BBM Wiretap Intercept Product ID 3686682 | | 9/16/2024 | Kevin Novick | |
| 87 | BBM Wiretap Intercept Product ID 3024583 | | 9/16/2024 | Kevin Novick | |
| 87A | Translation of BBM Wiretap Intercept Product ID 3024583 | | 9/16/2024 | Kevin Novick | |
| 88 | BBM Wiretap Intercept Product ID 3024797 | | 9/16/2024 | Kevin Novick | |
| 88A | Translation of BBM Wiretap Intercept Product ID 3024797 | | 9/16/2024 | Kevin Novick | |
| 89 | BBM Wiretap Intercept Product ID 3024988 | | 9/16/2024 | Kevin Novick | |
| 89A | Translation of BBM Wiretap Intercept Product ID 3024988 | | 9/16/2024 | Kevin Novick | |
| 90 | BBM Wiretap Intercept Product ID 3024584 | | 9/16/2024 | Kevin Novick | |
| 90A | Translation of BBM Wiretap Intercept Product ID 3024584 | | 9/16/2024 | Kevin Novick | |
| 91 | BBM Wiretap Intercept Product ID 2710221 | | 9/16/2024 | Kevin Novick | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 91A | Translation of BBM Wiretap Intercept Product ID 2710221 | | 9/16/2024 | Kevin Novick | |
| 92 | Translation of BBM Wiretap Intercept Product ID 2889766 | | 9/16/2024 | Kevin Novick | |
| 92A | Translation of BBM Wiretap Intercept Product ID 2889766 | | 9/16/2024 | Kevin Novick | |
| 93 | BBM Wiretap Intercept Product ID 3706551 | | 9/16/2024 | Kevin Novick | |
| 93A | Translation of BBM Wiretap Intercept Product ID 3706551 | | 9/16/2024 | Kevin Novick | |
| 94 | BBM Wiretap Intercept Product ID 2918656 | | 9/16/2024 | Kevin Novick | |
| 94A | Translation of BBM Wiretap Intercept Product ID 2918656 | | 9/16/2024 | Kevin Novick | |
| 95 | BBM Wiretap Intercept Product ID 2918667 | | 9/16/2024 | Kevin Novick | |
| 95A | Translation of BBM Wiretap Intercept Product ID 2918667 | | 9/16/2024 | Kevin Novick | |
| 96 | BBM Wiretap Intercept Product ID 5647560 | | 9/16/2024 | Kevin Novick | |
| 96A | Translation of BBM Wiretap Intercept Product ID 5647560 | | 9/16/2024 | Kevin Novick | |
| 97 | BBM Wiretap Intercept Product ID 2931812 | | 9/16/2024 | Kevin Novick | |
| 97A | Translation of BBM Wiretap Intercept Product ID 2931812 | | 9/16/2024 | Kevin Novick | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 98 | Intentionally Left Blank | | | | |
| 99 | Map of Mexico and surrounding area | | 9/17/2024 | Steven Paris | |
| 100 | Photograph of Helicopter Crash site | | 9/11/2024 | Herminio Gomez Ancira | |
| 101 | Photograph of Helicopter Crash site | | 9/13/2024 | Maria Hernandez | |
| 102 | Photograph of Helicopter Crash site | | 9/11/2024 | Herminio Gomez Ancira | |
| 103 | Photograph of Helicopter Crash site | | 9/11/2024 | Herminio Gomez Ancira | |
| 104 | Photograph of Helicopter Crash site | | 9/13/2024 | Maria Hernandez | |
| 105 | Demonstrative Map of Helicopter Crash Area | | (9/13/2024 Not admitted Demonstrative only) | Maria Hernandez | |
| 105A | Map of Helicopter Crash with Markings | | 9/11/2024 | Herminio Gomez Ancira | |
| 106 | Photograph of Truck with Mount | | 9/11/2024 | Herminio Gomez Ancira | |
| 107 | Photograph of Truck with Mount | | 9/13/2024 | Maria Hernandez | |
| 108 | Photograph of Truck with Mount | | 9/11/2024 | Herminio Gomez Ancira | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 109 | Photograph of Truck with Mount | | 9/13/2024 | Maria Hernandez | |
| 110 | Photograph of Truck with Mount | | 9/13/2024 | Maria Hernandez | |
| 111 | Photograph of Browning | | 9/13/2024 | Maria Hernandez | |
| 112 | Photograph of Browning | | 9/13/2024 | Maria Hernandez | |
| 113 | Photograph of Browning | | 9/13/2024 | Maria Hernandez | |
| 114 | Photograph of Browning | | 9/13/2024 | Maria Hernandez | |
| 115 | Photograph of Browning | | 9/13/2024 | Maria Hernandez | |
| 116 | Photograph of Browning | | 9/13/2024 | Maria Hernandez | |
| 117 | Photograph of Browning | | 9/11/2024 | Herminio Gomez Ancira | |
| 118 | Photograph of Browning | | 9/11/2024 | Herminio Gomez Ancira | |
| 119 | Photograph of Browning | | 9/13/2024 | Maria Hernandez | |
| 120 | Photograph of Browning | | 9/13/2024 | Maria Hernandez | |
| 121 | Photograph of Browning | | 9/13/2024 | Maria Hernandez | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 122 | Photograph of Browning | | 9/13/2024 | Maria Hernandez | |
| 123 | Photograph of Browning | | 9/13/2024 | Maria Hernandez | |
| 124 | Photograph of Browning | | 9/13/2024 | Maria Hernandez | |
| 125 | Photograph of Browning | | 9/13/2024 | Maria Hernandez | |
| 126 | Photograph of Browning | | 9/13/2024 | Maria Hernandez | |
| 127 | Photograph of Browning | | 9/13/2024 | Maria Hernandez | |
| 128 | Photograph of CJNG 79 Weapon | | 9/13/2024 | Maria Hernandez | |
| 129 | Photograph of CJNG 79 Weapon | | 9/13/2024 | Maria Hernandez | |
| 130 | Photograph of CJNG 79 Weapon | | 9/13/2024 | Maria Hernandez | |
| 131 | Photograph of CJNG 79 Weapon | | 9/13/2024 | Maria Hernandez | |
| 132 | Photograph of CJNG 79 Weapon | | 9/11/2024 | Herminio Gomez Ancira | |
| 133 | Photograph of CJNG 79 Weapon | | 9/13/2024 | Maria Hernanez | |
| 134 | Photograph of Truck with Mount | | 9/13/2024 | Maria Hernandez | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 135 | Photograph of RPG with Persians Letters | | 9/13/2024 | Maria Hernandez | |
| 136 | Photograph of RPG with Persians Letters | | 9/13/2024 | Maria Hernandez | |
| 137 | Photograph of RPG with Persians Letters | | 9/13/2024 | Maria Hernandez | |
| 138 | Photograph of RPG with Persians Letters | | 9/11/2024 | Herminio Gomez Ancira | |
| 139 | Photograph of RPG with Persians Letters | | 9/13/2024 | Maria Hernandez | |
| 140 | Photograph of Pistol & Bullets | | 9/13/2024 | Maria Hernandez | |
| 141 | Photograph of Pistol & Bullets | | 9/13/2024 | Maria Hernandez | |
| 142 | Photograph of Pistol & Bullets | | 9/13/2024 | Maria Hernandez | |
| 143 | Photograph of Pistol & Bullets | | 9/13/2024 | Maria Hernandez | |
| 144 | Photograph of Pistol & Bullets | | 9/13/2024 | Maria Hernandez | |
| 145 | Photograph of Pistol & Bullets | | 9/13/2024 | Maria Hernandez | |
| 146 | Photograph of Pistol & Bullets | | 9/13/2024 | Maria Hernandez | |
| 147 | Photograph of Pistol & Bullets | | 9/13/2024 | Maria Hernandez | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 148 | Photograph of Pistol & Bullets | | 9/13/2024 | Maria Hernandez | |
| 149 | Photograph of Pistol & Bullets | | 9/13/2024 | Maria Hernandez | |
| 150 | Photograph of Pistol & Bullets | | 9/13/2024 | Maria Hernandez | |
| 151 | Photograph of Pistol & Bullets | | 9/13/2024 | Maria Hernandez | |
| 152 | Photograph of Pistol & Bullets | | 9/13/2024 | Maria Hernandez | |
| 153 | Photograph of Pistol & Bullets | | 9/13/2024 | Maria Hernandez | |
| 154 | Photograph of Bullets & Rockets | | 9/13/2024 | Maria Hernandez | |
| 155 | Photograph of Bullets & Rockets | | 9/13/2024 | Maria Hernandez | |
| 156 | Photograph of Bullets & Rockets | | 9/13/2024 | Maria Hernandez | |
| 157 | Photograph of Bullets & Rockets | | 9/13/2024 | Maria Hernandez | |
| 158 | Photograph of Bullets & Rockets | | 9/13/2024 | Maria Hernandez | |
| 159 | Photograph of Bullets & Rockets | | 9/11/2024 | Herminio Gomez Ancira | |
| 160 | Photograph of Bullets & Rockets | | 9/13/2024 | Maria Hernandez | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 161 | Photograph of Bullets & Rockets | | 9/13/2024 | Maria Hernandez | |
| 162 | Photograph of Bullets & Rockets | | 9/13/2024 | Maria Hernandez | |
| 163 | Photograph of Bullets & Rockets | | 9/13/2024 | Maria Hernandez | |
| 164 | Photograph of Bullets & Rockets | | 9/13/2024 | Maria Hernandez | |
| 165 | Photograph of Bullets & Rockets | | 9/13/2024 | Maria Hernandez | |
| 166 | Photograph of Bullets & Rockets | | 9/13/2024 | Maria Hernandez | |
| 167 | Photograph of Bullets & Rockets | | 9/13/2024 | Maria Hernandez | |
| 168 | Photograph of Bullets & Rockets | | 9/13/2024 | Maria Hernandez | |
| 169 | Photograph of Bullets & Rockets | | 9/13/2024 | Maria Hernandez | |
| 170 | Photograph of Bullets & Rockets | | 9/13/2024 | Maria Hernandez | |
| 171 | Photograph of Bullets & Rockets | | 9/13/2024 | Maria Hernandez | |
| 172 | Photograph of Bullets & Rockets | | 9/13/2024 | Maria Hernandez | |
| 173 | Photograph of Bullets & Rockets | | 9/13/2024 | Maria Hernandez | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 174 | Photograph of Bagging Bullet | | 9/13/2024 | Maria Hernandez | |
| 175 | Redacted Photograph of Deceased Gunman #1 | | 9/13/2024 | Maria Hernandez | |
| 176 | Photograph of Belt Buckle | | 9/13/2024 | Maria Hernandez | |
| 177 | Photograph of Automatic Rifle | | 9/13/2024 | Maria Hernandez | |
| 178 | Photograph of Automatic Rifle | | 9/13/2024 | Maria Hernandez | |
| 179 | Photograph of Automatic Rifle | | 9/13/2024 | Maria Hernandez | |
| 180 | Photograph of Automatic Rifle | | 9/13/2024 | Maria Hernandez | |
| 181 | Photograph of Automatic Rifle | | 9/13/2024 | Maria Hernandez | |
| 182 | Photograph of Automatic Rifle | | 9/13/2024 | Maria Hernandez | |
| 183 | Photograph of Ammunition and Magazine | | 9/13/2024 | Maria Hernandez | |
| 184 | Photograph of Ammunition and Magazine | | 9/13/2024 | Maria Hernandez | |
| 185 | Redacted Photograph of Deceased Gunman #2 | | 9/13/2024 | Maria Hernandez | |
| 186 | Photograph of Assault Rifle | | 9/13/2024 | Maria Hernandez | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 187 | Photograph of Assault Rifle | | 9/13/2024 | Maria Hernandez | |
| 188 | Photograph of Assault Rifle | | 9/13/2024 | Maria Hernandez | |
| 189 | Photograph of Assault Rifle | | 9/13/2024 | Maria Hernandez | |
| 190 | Photograph of Assault Rifle | | 9/13/2024 | Maria Hernandez | |
| 191 | Photograph of Assault Rifle | | 9/13/2024 | Maria Hernandez | |
| 192 | Photograph of Ammunition and Magazine | | 9/13/2024 | Maria Hernandez | |
| 193 | Redacted Photograph of Deceased Gunman #3 | | 9/13/2024 | Maria Hernandez | |
| 194 | Photograph of Handgun | | 9/13/2024 | Maria Hernandez | |
| 195 | Redacted Photograph of Deceased Gunman #3 | | 9/13/2024 | Maria Hernandez | |
| 196 | Photograph of Assault Rifle | | 9/13/2024 | Maria Hernandez | |
| 197 | Photograph of Assault Rifle | | 9/13/2024 | Maria Hernandez | |
| 198 | Photograph of Assault Rifle | | 9/13/2024 | Maria Hernandez | |
| 199 | Photograph of Assault Rifle | | 9/13/2024 | Maria Hernandez | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 200 | Photograph of Assault Rifle | | 9/13/2024 | Maria Hernandez | |
| 201 | Photograph of Assault Rifle | | 9/13/2024 | Maria Hernandez | |
| 202 | Photograph of Assault Rifle | | 9/13/2024 | Maria Hernandez | |
| 203 | Photograph of Assault Rifle | | 9/13/2024 | Maria Hernandez | |
| 204 | Photograph of Assault Rifle | | 9/13/2024 | Maria Hernandez | |
| 205 | Photograph of Ammunition and Magazine | | 9/13/2024 | Maria Hernandez | |
| 206 | Photograph of Handgun | | 9/13/2024 | Maria Hernandez | |
| 207 | Photograph of Handgun | | 9/13/2024 | Maria Hernandez | |
| 208 | Photograph of Handgun | | 9/13/2024 | Maria Hernandez | |
| 209 | Photograph of Handgun | | 9/13/2024 | Maria Hernandez | |
| 210 | Photograph of Handgun | | 9/13/2024 | Maria Hernandez | |
| 211 | Photograph of Handgun | | 9/13/2024 | Maria Hernandez | |
| 212 | Photograph of Tactical Vest | | 9/13/2024 | Maria Hernandez | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 213 | Redacted Photograph of Deceased Gunman #3 | | 9/13/2024 | Maria Hernandez | |
| 214 | Photograph of CJNG Belt Buckle | | 9/13/2024 | Maria Hernandez | |
| 215 | Redacted Photograph of Deceased Gunman #4 | | 9/13/2024 | Maria Hernandez | |
| 216 | Photograph of CJNG Rifle | | 9/11/2024 | Herminio Gomez Ancira | |
| 217 | Photograph of CJNG Rifle | | 9/13/2024 | Maria Hernandez | |
| 218 | Photograph of Ammunition and Magazine | | 9/13/2024 | Maria Hernandez | |
| 219 | Photograph of Assault Rifle | | 9/13/2024 | Maria Hernandez | |
| 220 | Photograph of Assault Rifle | | 9/13/2024 | Maria Hernandez | |
| 221 | Photograph of Assault Rifle | | 9/13/2024 | Maria Hernandez | |
| 222 | Photograph of Assault Rifle | | 9/13/2024 | Maria Hernandez | |
| 223 | Photograph of Assault Rifle | | 9/13/2024 | Maria Hernandez | |
| 224 | Photograph of Assault Rifle | | 9/13/2024 | Maria Hernandez | |
| 225 | Photograph of Assault Rifle | | 9/13/2024 | Maria Hernandez | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 226 | Photograph of Assault Rifle | | 9/13/2024 | Maria Hernandez | |
| 227 | Photograph of Assault Rifle | | 9/13/2024 | Maria Hernandez | |
| 228 | Photograph of Ammunition and Magazine | | 9/13/2024 | Maria Hernandez | |
| 229 | Photograph of Handgun | | 9/13/2024 | Maria Hernandez | |
| 230 | Photograph of Handgun | | 9/13/2024 | Maria Hernandez | |
| 231 | Photograph of Handgun | | 9/13/2024 | Maria Hernandez | |
| 232 | Photograph of Handgun | | 9/13/2024 | Maria Hernandez | |
| 233 | Photograph of Handgun | | 9/13/2024 | Maria Hernandez | |
| 234 | Photograph of Handgun | | 9/13/2024 | Maria Hernandez | |
| 235 | Redacted Photograph of Deceased Gunman #6 | | 9/13/2024 | Maria Hernandez | |
| 236 | Redacted Photograph of Deceased Gunman #6 | | 9/13/2024 | Maria Hernandez | |
| 237 | Photograph of Rifle | | 9/13/2024 | Maria Hernandez | |
| 238 | Photograph of Rifle | | 9/13/2024 | Maria Hernandez | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 239 | Photograph of Rifle | | 9/13/2024 | Maria Hernandez | |
| 240 | Photograph of Rifle | | 9/13/2024 | Maria Hernandez | |
| 241 | Photograph of Ammunition | | 9/13/2024 | Maria Hernandez | |
| 242 | Redacted Photograph of Deceased Gunman #7 | | 9/13/2024 | Maria Hernandez | |
| 243 | Photograph of CJNG Hat | | 9/13/2024 | Maria Hernandez | |
| 244 | Photograph of CJNG Hat | | 9/13/2024 | Maria Hernandez | |
| 245 | Photograph of Rifle | | 9/13/2024 | Maria Hernandez | |
| 246 | Photograph of Rifle | | 9/13/2024 | Maria Hernandez | |
| 247 | Photograph of Rifle | | 9/13/2024 | Maria Hernandez | |
| 248 | Photograph of Rifle | | 9/13/2024 | Maria Hernandez | |
| 249 | Photograph of Rifle | | 9/13/2024 | Maria Hernandez | |
| 250 | Photograph of Rifle | | 9/13/2024 | Maria Hernandez | |
| 251 | Photograph of Bagged Ammunition | | 9/13/2024 | Maria Hernandez | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 252 | Photograph of Bagged Ammunition | | 9/13/2024 | Maria Hernandez | |
| 253 | Photograph of Tactical Vest | | 9/13/2024 | Maria Hernandez | |
| 254 | Photograph of Deceased Gunman #8 | | 9/13/2024 | Maria Hernandez | |
| 255 | Photograph of Deceased Gunman #8 | | 9/13/2024 | Maria Hernandez | |
| 256 | Photograph of Rifle | | 9/13/2024 | Maria Hernandez | |
| 257 | Photograph of Handgun and Holster | | 9/13/2024 | Maria Hernandez | |
| 258 | Photograph of Rifle | | 9/13/2024 | Maria Hernandez | |
| 259 | Photograph of Rifle | | 9/13/2024 | Maria Hernandez | |
| 260 | Photograph of Rifle | | 9/13/2024 | Maria Hernandez | |
| 261 | Photograph of CJNG Logo Rifle | | 9/13/2024 | Maria Hernandez | |
| 262 | Photograph of CJNG Logo Rifle | | 9/13/2024 | Maria Hernandez | |
| 263 | Photograph of Ammunition | | 9/13/2024 | Maria Hernandez | |
| 264 | Photograph of Handgun | | 9/13/2024 | Maria Hernandez | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 265 | Photograph of Handgun | | 9/13/2024 | Maria Hernandez | |
| 266 | Photograph of Handgun | | 9/13/2024 | Maria Hernandez | |
| 267 | Photograph of Handgun | | 9/13/2024 | Maria Hernandez | |
| 268 | Photograph of Handgun | | 9/13/2024 | Maria Hernandez | |
| 269 | Photograph of Deceased Gunman #9 and Rifle | | 9/13/2024 | Maria Hernandez | |
| 270 | Photograph of Rifle | | 9/13/2024 | Maria Hernandez | |
| 271 | Photograph of Deceased Gunman #9 and Rifle | | 9/13/2024 | Maria Hernandez | |
| 272 | Photograph of Tactical Vest | | 9/13/2024 | Maria Hernandez | |
| 273 | Photograph of Tactical Vest | | 9/13/2024 | Maria Hernandez | |
| 274 | Photograph of Tactical Vest | | 9/13/2024 | Maria Hernandez | |
| 275 | Photograph of Magazines | | 9/13/2024 | Maria Hernandez | |
| 276 | Photograph of Deceased Gunman #9 and Rifle | | 9/13/2024 | Maria Hernandez | |
| 277 | Photograph of Deceased Gunman #9 and Tactical Vest | | 9/13/2024 | Maria Hernandez | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 278 | Photograph of Tactical Vest | | 9/13/2024 | Maria Hernandez | |
| 279 | Photograph of Tactical Vest | | 9/13/2024 | Maria Hernandez | |
| 280 | Photograph of Magazines | | 9/13/2024 | Maria Hernandez | |
| 281 | Photograph of Deceased Gunman #9 | | 9/13/2024 | Maria Hernandez | |
| 282 | Photograph of Ammunition Cartridge | | 9/13/2024 | Maria Hernandez | |
| 283 | Photograph of Ammunition Cartridge | | 9/13/2024 | Maria Hernandez | |
| 284 | Photograph of Deceased Gunman #9 | | 9/13/2024 | Maria Hernandez | |
| 285 | Photograph of Deceased Gunman #9 and Weapon | | 9/13/2024 | Maria Hernandez | |
| 286 | Photograph of Deceased Gunman #9 | | 9/13/2024 | Maria Hernandez | |
| 287 | Photograph of Ammunition | | 9/13/2024 | Maria Hernandez | |
| 288 | Photograph of Ammunition Cartridge | | 9/13/2024 | Maria Hernandez | |
| 289 | Photograph of Convoy Vehicles | | 9/13/2024 | Maria Hernandez | |
| 290 | Photograph of Convoy Vehicles | | 9/13/2024 | Maria Hernandez | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 291 | Photograph of Convoy Vehicles | | 9/13/2024 | Maria Hernandez | |
| 292 | Photograph of Convoy Vehicles | | 9/13/2024 | Maria Hernandez | |
| 293 | Photograph of Convoy Vehicles | | 9/13/2024 | Maria Hernandez | |
| 294 | Photograph of Convoy Vehicles | | 9/13/2024 | Maria Hernandez | |
| 295 | Photograph of Truck with Mount | | 9/13/2024 | Maria Hernandez | |
| 296 | Photograph of Truck with Mount | | 9/13/2024 | Maria Hernandez | |
| 297 | Photograph of Truck with Mount | | 9/13/2024 | Maria Hernandez | |
| 298 | Photograph of Truck with Mount | | 9/13/2024 | Maria Hernandez | |
| 299 | Photograph Damaged Vehicle from Convoy | | 9/13/2024 | Maria Hernandez | |
| 300 | Photograph Damaged Vehicle from Convoy | | 9/13/2024 | Maria Hernandez | |
| 301 | Photograph Damaged Vehicle from Convoy | | 9/13/2024 | Maria Hernandez | |
| 302 | Photograph Damaged Vehicle from Convoy | | 9/13/2024 | Maria Hernandez | |
| 303 | Photograph of JR Belt & Watches | | 9/13/2024 | Maria Hernandez | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 304 | Photograph of JR Belt | | 9/13/2024 | Maria Hernandez | |
| 305 | Photograph of JR Belt | | 9/13/2024 | Maria Hernandez | |
| 306 | Photograph of JR Belt & Watches | | 9/13/2024 | Maria Hernandez | |
| 307 | Photograph of JR Belt | | 9/13/2024 | Maria Hernandez | |
| 308 | Photograph of JR Watches | | 9/13/2024 | Maria Hernandez | |
| 309 | Photograph of Watch | | 9/13/2024 | Maria Hernandez | |
| 310 | Photograph of Watch | | 9/13/2024 | Maria Hernandez | |
| 311 | Photograph of Watch | | 9/13/2024 | Maria Hernandez | |
| 312 | Photograph of Watch | | 9/13/2024 | Maria Hernandez | |
| 313 | Photograph of Watch | | 9/13/2024 | Maria Hernandez | |
| 314 | Photograph of Watch | | 9/13/2024 | Maria Hernandez | |
| 315 | Photograph of Watch | | 9/13/2024 | Maria Hernandez | |
| 316 | Photograph of Watch | | 9/13/2024 | Maria Hernandez | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 317 | Photograph of Watch | | 9/13/2024 | Maria Hernandez | |
| 318 | Photograph of Watch | | 9/13/2024 | Maria Hernandez | |
| 319 | Photograph of Watch | | 9/13/2024 | Maria Hernandez | |
| 320 | Photograph of Watch | | 9/13/2024 | Maria Hernandez | |
| 321 | Photograph of Belt | | 9/13/2024 | Maria Hernandez | |
| 322 | Photograph of Belt | | 9/13/2024 | Maria Hernandez | |
| 323 | Photograph of Belt | | 9/13/2024 | Maria Hernandez | |
| 324 | Photograph of Belt | | 9/13/2024 | Maria Hernandez | |
| 325 | Photograph of Bullets in vehicle | | 9/13/2024 | Maria Hernandez | |
| 326 | Photograph of Bullets in vehicle | | 9/13/2024 | Maria Hernandez | |
| 327 | Photograph of Bullets in vehicle | | 9/13/2024 | Maria Hernandez | |
| 328 | Photograph of Bullets in vehicle | | 9/13/2024 | Maria Hernandez | |
| 329 | Photograph of Bullets in vehicle | | 9/13/2024 | Maria Hernandez | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 330 | Photograph of Bullets in vehicle | | 9/13/2024 | Maria Hernandez | |
| 331 | Photograph of Bullets in vehicle | | 9/13/2024 | Maria Hernandez | |
| 332 | Photograph of Bullets in vehicle | | 9/13/2024 | Maria Hernandez | |
| 333 | Photograph of Bullets in vehicle | | 9/13/2024 | Maria Hernandez | |
| 334 | Photograph of Bullets in vehicle | | 9/13/2024 | Maria Hernandez | |
| 335 | Photograph of Bullets in vehicle | | 9/13/2024 | Maria Hernandez | |
| 336 | Photograph of Bullets in vehicle | | 9/13/2024 | Maria Hernandez | |
| 337 | Photograph of Bullets in vehicle | | 9/13/2024 | Maria Hernandez | |
| 338 | Photograph of Bullets in vehicle | | 9/13/2024 | Maria Hernandez | |
| 339 | Photograph of Bullets in vehicle | | 9/13/2024 | Maria Hernandez | |
| 340 | Photograph of Bullets in vehicle | | 9/13/2024 | Maria Hernandez | |
| 341 | Photograph of Shoulder-fired launcher | | 9/13/2024 | Maria Hernandez | |
| 342 | Photograph of Shoulder-fired launcher instructions | | 9/13/2024 | Maria Hernandez | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 343 | Photograph of Bullets | | 9/13/2024 | Maria Hernandez | |
| 344 | Photograph of 50-caliber rifle | | 9/13/2024 | Maria Hernandez | |
| 345 | Photograph of 50-caliber rifle closeup | | 9/13/2024 | Maria Hernandez | |
| 346 | Photograph of 50-caliber rifle closeup | | 9/13/2024 | Maria Hernandez | |
| 347 | Photograph of 38 super automatic | | 9/13/2024 | Maria Hernandez | |
| 348 | Photograph of 38 super automatic closeup | | 9/13/2024 | Maria Hernandez | |
| 349 | Photograph of 38 super automatic #2 | | 9/13/2024 | Maria Hernandez | |
| 350 | Photograph of 38 super automatic #2 closeup | | 9/13/2024 | Maria Hernandez | |
| 351 | Photograph of Grenade | | 9/11/2024 | Herminio Gomez Ancira | |
| 352 | Photograph of Grenade closeup | | 9/13/2024 | Maria Hernandez | |
| 353 | Photograph of CJNG launcher | | 9/13/2024 | Maria Hernandez | |
| 354 | Photograph of CJNG launcher | | 9/13/2024 | Maria Hernandez | |
| 355 | Photograph of CJNG launcher | | 9/13/2024 | Maria Hernandez | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 356 | Photograph of CJNG launcher | | 9/13/2024 | Maria Hernandez | |
| 357 | Photograph of CJNG launcher | | 9/13/2024 | Maria Hernandez | |
| 358 | Photograph of RPG | | 9/13/2024 | Maria Hernandez | |
| 359 | Photograph of RPG | | 9/13/2024 | Maria Hernandez | |
| 360 | Photograph of Radios | | 9/11/2024 | Herminio Gomez Ancira | |
| 361 | Photograph of Radios | | 9/13/2024 | Maria Hernandez | |
| 362 | Photograph of CJNG Jerseys | | 9/13/2024 | Maria Hernandez | |
| 363 | Photograph of CJNG Jerseys | | 9/13/2024 | Maria Hernandez | |
| 364 | Photograph of Special Forces Hat | | 9/13/2024 | Maria Hernandez | |
| 365 | Photograph of Special Forces Hat | | 9/11/2024 | Juan Perez | |
| 366 | Photograph of Helicopter Before | | 9/13/2024 | Maria Hernandez | |
| 367 | Photographs of Weapons from Defendant's Arrest | | 9/11/2024 | Juan Perez | |
| 368 | Maps and Street View photos of area of Defendant's Arrest | | 9/11/2024 | Juan Perez | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 369 | Statement of Facts | | | | |
| 370 | Videos of Rule 15 Deposition | | 9/16/2024 | N/A | |
| 371 | Photograph of Bullets | | 9/13/2024 | Maria Hernandez | |
| 372 | Photograph of Bullets and Rocket | | 9/13/2024 | Maria Hernandez | |
| 373 | Photograph of Bullets and Rocket | | 9/13/2024 | Maria Hernandez | |
| 374 | Photograph of Bullets and Rocket | | 9/13/2024 | Maria Hernandez | |
| 375 | Photograph of Grenades | | 9/13/2024 | Maria Hernandez | |
| 376 | Photograph of Rocket Launcher | | 9/13/2024 | Maria Hernandez | |
| 377 | Photograph of Hand Grenade | | 9/13/2024 | Maria Hernandez | |
| 378 | Photograph of Back of Car | | 9/13/2024 | Maria Hernandez | |
| 379 | Photograph of Grenade | | 9/13/2024 | Maria Hernandez | |
| 380 | RPG Launcher | | 9/13/2024 | Maria Hernandez | |
| 381 | RPG Launcher | | 9/13/2024 | Maria Hernandez | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 382 | Machine Gun | | 9/13/2024 | Maria Hernandez | |
| 383 | Rifle | | 9/13/2024 | Maria Hernandez | |
| 384 | M16 Rifle | | 9/13/2024 | Maria Hernandez | |
| 385 | M16 Rifle | | 9/13/2024 | Maria Hernandez | |
| 386 | M16 Rifle | | 9/13/2024 | Maria Hernandez | |
| 387 | Assault Rifle | | 9/13/2024 | Maria Hernandez | |
| 388 | Assault Rifle | | 9/13/2024 | Maria Hernandez | |
| 389 | Assault Rifle | | 9/13/2024 | Maria Hernandez | |
| 390 | Assault Rifle | | 9/13/2024 | Maria Hernandez | |
| 391 | Assault Rifle | | 9/13/2024 | Maria Hernandez | |
| 392 | Assault Rifle | | 9/13/2024 | Maria Hernandez | |
| 393 | Assault Rifle | | 9/13/2024 | Maria Hernandez | |
| 394 | Assault Rifle | | 9/13/2024 | Maria Hernandez | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 395 | Handgun | | 9/13/2024 | Maria Hernandez | |
| 396 | Handgun | | 9/13/2024 | Maria Hernandez | |
| 397 | Handgun | | 9/13/2024 | Maria Hernandez | |
| 398 | Handgun | | 9/13/2024 | Maria Hernandez | |
| 399 | Handgun | | 9/13/2024 | Maria Hernandez | |
| 400 | Handgun | | 9/13/2024 | Maria Hernandez | |
| 401 | Handgun | | 9/13/2024 | Maria Hernandez | |
| 402 | Handgun | | 9/13/2024 | Maria Hernandez | |
| 403 | Bullets | | 9/13/2024 | Maria Hernandez | |
| 404 | JR Belt | | 9/13/2024 | Maria Hernandez | |
| 405 | M Belt Buckle | | 9/13/2024 | Maria Hernandez | |
| 406 | Watch | | 9/13/2024 | Maria Hernandez | |
| 407 | Watch | | 9/13/2024 | Maria Hernandez | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 408 | Watch | | 9/13/2024 | Maria Hernandez | |
| 409 | Watch | | 9/13/2024 | Maria Hernandez | |
| 410 | Watch | | 9/13/2024 | Maria Hernandez | |
| 411 | Watch | | 9/13/2024 | Maria Hernandez | |
| 412 | Video related to Helicopter Crash | | 9/12/2024 | Herminio Gomez Ancira | |
| 412A | Transcript of Video | | 9/12/2024 | Herminio Gomez Ancira | |
| 412B | Screenshot of Video related to Helicopter Crash | | | | |
| 413 | Affidavit | | 9/11/2024 | Elpidio Mojarro Ramirez | |
| 414 | Joint Statement of Stipulated Facts | | | | |
| 415 | Hand Drawing | | 9/17/2024 | Jose A. Torres Marrufo | |
| JX1 | Stipulations | | 9/9/2024 | N/A | |