UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

RUBEN OSEGUERA-GONZALEZ,

Defendant.

Criminal Action No. 16-229 (BAH)

Judge Beryl A. Howell

**FILED**
SEP 20 2024
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## VERDICT FORM

**COUNT ONE:** Conspiracy to Distribute a Controlled Substance, Knowing and Intending That Such Substance Would Be Unlawfully Imported Into the United States, 21 U.S.C. §§ 959(a), 960(b)(1)(B), 960(b)(1)(H), and 963, and 18 U.S.C. § 2.

With respect to the charge of conspiracy to distribute cocaine and methamphetamine, knowing and intending that the controlled substances would be imported into the United States, we, the jury, unanimously find the defendant, Ruben Oseguera Gonzalez:

NOT GUILTY _____     GUILTY __✓__

**Amount of Cocaine:** If you find the defendant guilty in Count One of conspiracy to distribute cocaine, then you must indicate the amount of cocaine for which he was responsible, or which he knew or reasonably could have foreseen would be distributed by the conspiracy, knowing and intending that it would be imported into the United States. This finding must be unanimous.

__✓__  5 kilograms or more of cocaine

_____  500 grams or more but less than 5 kilograms of cocaine

_____  An amount of cocaine less than 500 grams

1

<u>Amount of Methamphetamine</u>: If you find the defendant guilty in Count One of conspiracy to distribute methamphetamine, then you must indicate the amount of methamphetamine for which he was responsible, or which he knew or reasonably could have foreseen would be distributed by the conspiracy, knowing and intending that it would be imported into the United States. This finding must be unanimous.

    ✓    500 grams or more of methamphetamine

    \_\_\_\_\_    50 grams or more but less than 500 grams of methamphetamine

    \_\_\_\_\_    An amount of methamphetamine less than 50 grams

If you find the defendant <u>not guilty</u> of Count One, then you must find him <u>not guilty</u> of Count Two.

**COUNT TWO: Using or Carrying a Firearm During and in Relation to a Drug Trafficking Crime or Possessing a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. §§ 924(c)(1)(A)(i), 924(c)(1)(A)(ii), and 924(c)(1)(B)(ii).**

With respect to the offense of using or carrying a firearm during and in relation to a drug trafficking crime or possessing a firearm in furtherance of a drug trafficking crime, we, the jury, unanimously find the defendant, Ruben Oseguera Gonzalez:

NOT GUILTY _____    GUILTY ✓

If you find the defendant guilty of Count Two, then you must indicate whether a firearm involved in the offense was brandished during and in relation to the drug conspiracy charged in Count One. This finding must be unanimous.

    \_\_\_\_\_    Not Brandished

    ✓    Brandished

If you find the defendant guilty of Count Two, then you must indicate whether at least one firearm involved in the offense was a destructive device. This finding must be unanimous.

    \_\_\_\_\_    No firearm was a destructive device

    ✓    One or more firearms was a destructive device

DATE/TIME: 9/20/24 3:54pm    Foreperson: _____