<u>IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| **VS.** | *   **CASE NO. 16-CR-229-BAH** |
| | * |
| **RUBEN OSEGUERA-GONZALEZ** | * |

\* \* \* \* \* \* \* \* \*

<u>**JOINT MOTION FOR AN ORDER CONTINUING THE SENTENCING HEARING AND PROPOSED ORDER**</u>

The parties are currently scheduled for a Sentencing Hearing on January 10, 2025, at 9:30 a.m. Due to defendant's movement from the Northern Regional Jail to the Northern Neck Regional Jail, the United States Probation Department and the parties need additional time to complete the presentence investigation interview and report and are jointly requesting that the Sentencing Hearing be continued from the currently scheduled date to either February 7, 2025, at 9:30 a.m., February 21, 2025, at 9:30 a.m., or April 4, 2025, at 9:30 a.m. Wherefore, the parties respectfully request the Court issue an Order granting the request.

Respectfully submitted,

/s Anthony E. Colombo, Jr.
Anthony E. Colombo, Jr.
Counsel for Ruben Oseguera-Gonzalez

/s Jan E. Ronis
Jan Ronis
Counsel for Ruben Oseguera-Gonzalez

*/s/ Kaitlin Sahni*
Kaitlin Sahni, Acting Deputy Chief
Kate Naseef, Trial Attorney
Jonathan Hornok, Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 4th day of November 2024, a copy of this Notice and Proposed Order was sent electronically via CM/ECF to all parties of record.

                                            /s Anthony E. Colombo, Jr.
                                            Anthony E. Colombo, Jr.
                                            Counsel for Ruben Osguera-Gonzalez