## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| **VS.** | *   **CASE NO. 16-CR-229-BAH** |
| | * |
| **RUBEN OSEGUERA-GONZALEZ** | *   **COURT ORDER** |

\* \* \* \* \* \* \* \* \*

Upon consideration of the Joint Motion for an Order by the parties in the above-entitled matter, it is hereby ordered that the request to continue the Sentencing Hearing scheduled for January 10, 2025, at 9:30 a.m., to **[February 7, 2025, at 9:30 a.m.] [February 21, 2025, at 9:30 a.m.] [April 4, 2025, at 9:30 a.m.]** is **GRANTED**.

**SO ORDERED.**

_____
The Honorable Beryl A. Howell
United States District Court Judge
District of Columbia