# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 16-CR-229 (BAH)** |
| | : | |
| v. | : | |
| | : | |
| **RUBEN OSEGUERA GONZALEZ,** | : | |
| | : | |
| also known as "Menchito," | : | |
| "Rubencito," "Rojo," "Ruso," | : | |
| "Junior," and "El Nino," | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through the Chief of the Narcotic and Dangerous Drug Section of the Criminal Division, United States Department of Justice, hereby informs the Clerk of this Court and all parties of record that Douglas Meisel, Trial Attorney of the Narcotic and Dangerous Drug Section, enters his appearance as an attorney for the Government.

                                                      Respectfully Submitted,

                                                      MARLON COBAR, Chief
                                                      Narcotic and Dangerous Drug Section
                                                      Criminal Division
                                                      United States Department of Justice

By:    */s/Douglas Meisel*
            Douglas Meisel
            Trial Attorney
            Narcotic and Dangerous Drug Section
            Criminal Division
            U.S. Department of Justice
            145 N Street, NE
            Washington, D.C. 20530
            Tel.:   (202) 598-2281
            Email: Douglas.Meisel@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was sent via ECF to the Defendant's counsel on record this 14th day of November 2024.

                                            */s/ Douglas Meisel*
                                            Douglas Meisel
                                            Trial Attorney
                                            Narcotic and Dangerous Drug Section
                                            Criminal Division
                                            Department of Justice