UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 16-CR-229 (BAH)** |
| | : | |
| v. | : | |
| | : | |
| **RUBEN OSEGUERA GONZALEZ,** | : | |
| | : | |
| also known as "Menchito," "Rubencito," "Rojo," "Ruso," "Junior," and "El nino," | : | |
| | : | |
| Defendant. | : | |
| | : | |

### NOTICE OF WITHDRAWAL

The United States of America, by and through the Chief of the Narcotic and Dangerous Drug Section of the Criminal Division, United States Department of Justice, hereby informs the Clerk of this Court and all parties of record that Kaitlin Sahni and Kate Naseef, can be terminated as counsel of record for the Government in the instant matter.

                                        Respectfully Submitted,

                                        MARLON COBAR, Chief
                                        Narcotic and Dangerous Drug Section
                                        Criminal Division
                                        United States Department of Justice

By:    */s/ Lernik Begian*
            Lernik Begian
            Trial Attorney
            Narcotic and Dangerous Drug Section
            Criminal Division
            U.S. Department of Justice
            145 N Street, NE
            Washington, D.C. 20530
            Tel.:   (202) 514-0917
            Email:  Lernik.Begian@usdoj.gov

2

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was sent via ECF to the Defendant's counsel on record this 15th day of November 2024.

                                                */s/ Lernik Begian*
                                                Lernik Begian
                                                Trial Attorney
                                                Narcotic and Dangerous Drug Section
                                                Criminal Division
                                                Department of Justice