```
 1                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
 2
        * * * * * * * * * * * * * * *   )
 3      UNITED STATES OF AMERICA,       )    Criminal Action
                                        )     No. 16-00229
 4                    Plaintiff,        )
                                        )
 5          vs.                         )
                                        )
 6      RUBEN OSEGUERA-GONZALEZ,        )    Washington, D.C.
                                        )    September 12, 2024
 7                    Defendant.        )    1:34 p.m.
                                        )    AFTERNOON SESSION
 8      * * * * * * * * * * * * * * *   )

 9

10                      TRANSCRIPT OF JURY TRIAL
                  BEFORE THE HONORABLE BERYL A. HOWELL
11                   UNITED STATES DISTRICT JUDGE

12

13      APPEARANCES:

14      FOR THE GOVERNMENT:      KAITLIN J. SAHNI, ESQ.
                                 KATE M. NASEEF, ESQ.
15                               JONATHAN R. HORNOK, ESQ.
                                 U.S. DEPARTMENT OF JUSTICE
16                               145 N Street, Northeast
                                 Washington, D.C. 20530
17

18      FOR THE DEFENDANT:       ANTHONY COLOMBO, JR., ESQ.
                                 LAW OFFICES OF ANTHONY COLOMBO, JR.
19                               105 West F Street
                                 Third Floor
20                               San Diego, California 92101

21                               JAN EDWARD RONIS, ESQ.
                                 LAW OFFICE OF RONIS & RONIS
22                               105 West F Street
                                 Third Floor
23                               San Diego, California 92101

24

25
```

```
 1      REPORTED BY:                LISA EDWARDS, RDR, CRR
                                    Official Court Reporter
 2                                  United States District Court for the
                                      District of Columbia
 3                                  333 Constitution Avenue, Northwest
                                    Room 6706
 4                                  Washington, D.C. 20001
                                    (202) 354-3269
 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                          I N D E X

2

3                                Direct      Cross        Red.

4

5       WITNESSES FOR THE GOVERNMENT:

6       Herminio Gomez Ancira                    4           62

7

8       EXHIBITS RECEIVED IN EVIDENCE                        PAGE

9       Government's Exhibit No. 412                         52

10      Government's Exhibit No. 412-A                       53

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    MR. COLOMBO:  Your Honor?

 2                    THE COURT:  Yes.

 3                    MR. COLOMBO:  I noticed that the journal is

 4       present.  May I have the opportunity to review it before the

 5       jury arrives?

 6                    THE COURT:  No.

 7                    MR. COLOMBO:  Okay.

 8                    THE COURT:  You're going to just finish.  The

 9       journals -- you'll have time to look tonight.  You can

10       re-call the witness.  But let's not -- how long has the

11       journal been here?  No.

12                    Let's bring the jury in.

13                    MR. COLOMBO:  I just noticed it was there.

14                    (Whereupon, the jury entered the courtroom at 1:34

15       p.m. and the following proceedings were had:)

16                    THE COURT:  Please proceed.

17                    MR. COLOMBO:  Thank you, your Honor.

18          (HERMINIO GOMEZ ANCIRA, GOVERNMENT WITNESS, PREVIOUSLY

19                                  SWORN.)

20             CONTINUED CROSS-EXAMINATION (VIA INTERPRETER)

21       BY MR. COLOMBO:

22       Q.  Mr. Gomez, I believe we left off with the contents of

23       your briefcase when you were stopped on June 20th of 2016.

24       Okay?

25       A.  That's correct.
```

1    Q.  Okay.  And sitting in front of you is the journal that

2    was in your briefcase on June 20th of 2016.  Is that

3    correct?

4    A.  No.  This is my personal -- no.  This is my personal

5    diary or journal.  There, there was the photos, the things

6    that I mentioned earlier, things related to the interview.

7    Here are my own notes.

8    Q.  Okay.  Well, you testified this morning that in the

9    briefcase, when you were arrested on June 20th of 2016, was

10   your journal.  Correct?

11   A.  That's correct.  Yes.  All the notes were on paper and

12   then I put them in my journal correctly.  Yes.  That's

13   correct.

14   Q.  So is this the same journal that was in your briefcase

15   on June 20th of 2016?

16   A.  No.  This journal was never in the briefcase.  My notes

17   were there, but they got a bit roughed up or damaged.  So

18   then I transferred them to my journal.

19   Q.  Okay.  So the notes from your -- that you previously

20   made are now contained in that journal?

21   A.  Yes.  This is everything that was related to things from

22   2010 to 2015.

23   Q.  Okay.  So that's all your experience that you had from

24   2010 to 2015.  Right?

25   A.  Yes.  That's correct.

1    Q.  Okay.  But this isn't the same one that you had in your

2    briefcase?

3    A.  As I said earlier, the sheets were damaged, so I had to

4    transfer everything to this one.

5    Q.  Okay.  When did you do that?

6    A.  More than a year ago now.  Yes.

7    Q.  Okay.  So the contents of your briefcase were available

8    to you a year ago, and then you transferred the content into

9    that book?

10    A.  Yes.  Exactly.

11    Q.  Okay.  Is that the book that you refused to show the

12    Government?

13    A.  As I said before, I did not refuse.  It's here.  It's

14    available.

15    Q.  Okay.  But you previously didn't provide that to the

16    Government.  Correct?

17    A.  No.  They have not read it.

18    Q.  Okay.  And that's the same one that you brought to the

19    meeting with you.  Is that correct?

20    A.  Well, as I said, I always have it with me.

21    Q.  Okay.  Now, on June 20th of 2016, after you told the

22    Ohio state patrol officer about your need to speak to either

23    the FBI or DEA, he then escorted you to an FBI office.  Is

24    that right?

25    A.  That is correct.

1    Q.  Okay.  And when you arrived at the FBI office, you were

2    interviewed by an FBI special agent.

3    A.  There were two, to be exact.  There were two.

4    Q.  Okay.  Well, before you were interviewed, you were

5    fingerprinted and your identity was confirmed.  Is that

6    right?

7    A.  Actually, they first specifically asked me about what I

8    had told the patrol officer.  I related that what I wanted

9    to talk about was in relation to the Cartel Jalisco Nueva

10   Generacion, but specifically El Mencho.

11          And the agent told me that he knew who that person

12   was, but that he was not interested.  They then called

13   immigration and it was then later that I was fingerprinted.

14   Q.  Okay.  So I'll back up to the interview.  Okay?

15          You spoke to two special agents from the FBI.

16   Correct?

17   A.  Yes.  One was accompanying him and the -- there was one

18   who was talking.  That's correct.

19   Q.  Okay.  Were either of them taking notes?

20   A.  No.  Just talking.

21   Q.  Okay.  And at this time, you told them about Mencho?

22   A.  Well, yes.  That's correct.

23   Q.  You told them about the cartel being trained by ISIS

24   members on your ranch?

25   A.  Yes.  I told them that, too.  I also told them that I

1    was the director of the police there, and those were all the

2    words I said.  And the conversation was not long.

3    Q.  Okay.  And when you say -- you mean the director of

4    security for Villa Purificación.  Correct?

5    A.  That's correct.

6    Q.  Okay.  Now, you talked to them about the contents of

7    your briefcase.  Is that right?

8    A.  That's correct.  But they did not review them.  Not

9    where I could see.  They kept the briefcase for some time.

10   Q.  Okay.  How long did they keep your briefcase for?

11   A.  I don't recall exactly, but they sent it to me sometime

12   later.  The only thing they didn't send back to me was the

13   car.

14   Q.  Okay.  So they -- at the time of the interview, they had

15   access to all of the contents of your briefcase.  Correct?

16   A.  Well, as I said, they kept it.

17   Q.  Okay.  And you said they kept it for some time.  Are we

18   talking a day?  Are we talking hours?  What period of time

19   are we discussing?

20   A.  No.  Months.

21   Q.  So they kept your briefcase for months?

22   A.  Yes.

23   Q.  Okay.  And when you received your briefcase back, all of

24   the contents of it were there.

25   A.  Yes.  All the contents were there.  I don't believe they

1    even opened it up.  Everything was exactly the same.

2    Q.  Okay.  Now, how did you receive your briefcase back?

3    A.  They sent it to me by mail.

4    Q.  They mailed it to you.  And where did they mail it to?

5    Your home in Mexico?

6    A.  Yes.  They sent it to me to Mexico, to Sonora.

7    Q.  Well, Sonora is an entirely different location than

8    Villa Purificación, where your ranch and your home is.

9    Right?

10   A.  Of course.  Yes.  It was when I was deported back.  I

11   was locked up for 18 months.  It was then that they returned

12   the briefcase to me.

13   Q.  Okay.  How did they know where in Sonora to send the

14   briefcase?

15   A.  I contacted them directly and told them where they could

16   send it to me.  And they sent it to me by mail.

17   Q.  Okay.  So you had the agents -- the FBI agents' phone

18   number?

19   A.  Yes.

20   Q.  Okay.  And you provided them an address in Sonora.  Why?

21   A.  Because that is where I was hiding.

22   Q.  Okay.  You were hiding in Sonora?

23   A.  In different locations.

24   Q.  Okay.  Now, during this interview, you advised the FBI

25   that you were a Mexican citizen illegally in the United

 1    States.  Correct?

 2             THE INTERPRETER:  The interpreter is going to

 3    request a repetition of the question, Counsel.

 4    BY MR. COLOMBO:

 5    Q.  During the interview with the two FBI agents, you told

 6    them that you were a Mexican citizen illegally in the United

 7    States.

 8    A.  Of course.

 9    Q.  And the FBI could not verify any of your claims in

10    relation to Mexican cartel operations or ISIS.  Correct?

11    A.   That's correct.  They just called immigration

12    immediately.

13    Q.  Okay.  Now, the FBI could not verify that you contacted

14    any law enforcement in Chicago.  Is that correct?

15    A.  They did not verify anything.  Otherwise, they would not

16    have sent me back to Mexico.  Of that I'm certain.

17    Q.  Okay.  Well, you also, in relation to immigration, told

18    them that you had been deported through Nogales, Arizona, on

19    January 29th of 2010.

20    A.  That's correct.

21    Q.  Okay.  Now, you were then detained -- you were

22    fingerprinted, placed under arrest and then prosecuted for

23    illegal entry.  Correct?

24    A.  Could you repeat the question, please?

25    Q.  You were then fingerprinted.

1    A.  They always take your fingerprints when they receive you

2    and when they dispatch you.

3    Q.  Okay.  And you were placed under arrest.

4    A.  What do you mean, "placed under arrest"?

5    Q.  Well, you were charged with illegal entry.  Correct?

6    A.  Yes.

7    Q.  Okay.  And you were placed in custody.

8    A.  Yes.  I was under custody in Toledo, Ohio.  I was then

9    sent to Texas and then to Mexico.

10   Q.  Okay.  Before you were sent to Texas and then sent to

11   Mexico, you pled guilty to entering the United States

12   illegally.

13   A.  I've always done so.

14   Q.  Okay.  And you were sentenced to 18 months.

15   A.  Yes.  That is what happened in Toledo.

16   Q.  Okay.  Prior to your sentencing for illegally entering

17   the United States, you were interviewed by a probation

18   officer.

19   A.  A probation officer only interviewed me in 2002, when I

20   was in Arizona.

21   Q.  Well, isn't it true that you were interviewed in

22   preparation for your sentencing for the illegal entry case

23   on September 12th of 2016?

24   A.  Yes.  That was in Toledo, as I mentioned.

25   Q.  Okay.  And at that time, when you were interviewed by

1    Probation, you told them that your family's farm and

2    property had been taken over by Mexican cartels that were

3    allowing members of ISIS to reside there and receive

4    training.

5    A.  Only one ranch, El Paso Real.  Because El Tabaquero,

6    which is 2,500 hectares, is not.  In that location, only the

7    plaza bosses live in there, though he has both properties.

8    That is correct.

9              THE INTERPRETER:  The interpreter would like to

10    correct:  "In the ranch of El Paso Real, where the mine is."

11    BY MR. COLOMBO:

12    Q.  Okay.  So the specific ranch that the -- that members of

13    ISIS were training the cartel was the ranch with the mine?

14    A.  Yes.  And -- that is correct.  And there were just two

15    of them.  There was Commander Israel and Commander Pakistan.

16    It's not the whole of ISIS who are training there; it's just

17    the two of them.

18    Q.  Okay.  And Commander Israel and Commander Pakistan were

19    members of ISIS?

20    A.  From the Middle East.  That's what they said.

21    Q.  Okay.  Now, you also told the probation officer that

22    you -- at the time that you were arrested or at the time

23    that you were stopped, you were on your way to Washington,

24    D.C., to provide this information.

25    A.  That is correct.

1    Q.  You also explained to the probation officer that you had

2    reentered the United States on May 25th of 2015.

3    A.  I don't remember exactly.  But yes, later, when I went

4    back -- yeah.  When I went back -- when I came back from

5    Mexico months later.

6    Q.  Okay.  What you told Probation specifically is that you

7    had reentered the United States on May 25th of 2015.

8    A.  I couldn't have said that date, because on that date I

9    was still over there.  But I don't remember exactly.

10   Q.  Okay.  Well, let's pin down the date.

11            You were arrested in Toledo, Ohio, on June 20th of

12   2016.  Correct?

13   A.  That's right.

14   Q.  And the helicopter was shot down on May 1st of 2015.

15   A.  At 5:00-something in the morning, yes.  That's correct.

16   Q.  Okay.  And you told Probation that you had reentered the

17   United States illegally on May 25th of 2015.

18   A.  Possibly, because of the dates.  But I reentered three

19   months after the helicopter incident.

20   Q.  Okay.  So you're saying that the date that you provided

21   to Probation during your presentence interview on

22   September 12th of 2016 was incorrect?

23   A.  As I said before, I don't remember the date exactly.  I

24   don't even remember if I told him that or not.

25   Q.  Okay.  You're not saying, then, today that that would be

1     an inaccurate date; you just can't recall whether that was

2     the specific date?

3     A.  I remember I entered three months later, or after, as I

4     mentioned before.

5     Q.  Okay.  Now, you also told Probation at that time that

6     you were fleeing Mexico to save your life because you had

7     received death threats from the Mexican government.

8     A.  From both sides, from the special forces and from the

9     Veinte.

10    Q.  Okay.  Now, you were represented by an attorney at this

11    time.  Correct?

12    A.  I've never paid for an attorney.  Those were the

13    Government's -- the attorneys -- the attorneys that the

14    Government appoint for you.

15    Q.  I understand.  You received appointed counsel.

16    A.  Always, because, for whatever reason, I have never had

17    the money to pay for one.

18    Q.  Okay.  Because as -- I believe you've told the

19    Government in the past that you've never accepted any bribes

20    from Mencho.  Right?

21    A.  I've always said it and I say it again:  I have always

22    worked only for a salary of 8,000 pesos every two weeks, and

23    nobody has paid me anything to work for them.

24    Q.  Okay.  So when you were assisting Menchito with

25    distributing those tons of cocaine, you were not paid for

1    that?

2    A.  Well, I didn't help him to distribute them.  But also,

3    nobody ever paid me a peso.

4    Q.  Okay.  So from all of the activity that you were

5    involved in with Mencho and his son, you were never paid for

6    that?

7    A.  I never -- I was never in their payroll.  Supposedly,

8    El Mencho would give money to El Veinte for him to help

9    police officers and directors.  But El Veinte never gave any

10   pesos to any one of us.

11          THE INTERPRETER:  Well, he said "Mencho."  He also

12   said "my godfather."

13   BY MR. COLOMBO:

14   Q.  Okay.  And so the totality of your income was the 800

15   pesos that you were receiving every two weeks.  Is that

16   right?

17   A.  No.  It wasn't 800 pesos.  It's 8,000 pesos every two

18   weeks that I would receive from the municipality.  It would

19   be 16,000 a month.

20   Q.  Okay.  And that would -- if I'm correct in the

21   conversion, that would be about $800 every month?

22   A.  Approximately.  You know how the peso goes up and down

23   often.

24   Q.  Okay.  So $800, more or less?

25   A.  Yes.  That's what I would receive from the mayor's

1    office.  But from there, I would have to buy calling cards

2    and everything for communication.

3    Q.  Okay.  So going back to my question, you did have an

4    attorney representing you in 2016 for your illegal entry

5    case.

6    A.  Well, they always appoint you one.

7    Q.  Okay.  Now, I'm certain that you shared your story with

8    your attorney.  Correct?

9    A.  I don't remember.

10    Q.  You can't remember whether you shared your -- your story

11    about Comandante Pakistan and Comandante Israel and the

12    takeover of ISIS of the farm by the mine?

13    A.  Well, I did mention that with someone of -- somebody,

14    some -- one of them.  And then they called immigration.

15    They just turned me in to immigration.  And when I told

16    immigration, they laughed.  They took off my clothes.  They

17    put me in a very cold room.  They must have thought that I

18    was crazy in my mind.

19    Q.  Well, when they thought that you were crazy in your

20    mind, did you -- were you evaluated?

21    A.  No one evaluated me or -- it wasn't something like with

22    a doctor or anything like that.  They decided to do that

23    when I told them that.  They only kept me there for a week,

24    and then they just took me out with the rest of the people,

25    like normal.

Gomez - CROSS - By Mr. Columbo

1    Q.  Okay.  When you say "they," who are you referring to?

2    A.  The guards.  I was already in their custody.  I was

3    already there and -- it was the guards.

4    Q.  Okay.

5    A.  I was in the hands of immigration.

6    Q.  Okay.  So if I understand you correctly, the immigration

7    officials who detained you, after you told them the story,

8    believed that you were crazy and, therefore, had you

9    detained for a longer period of time.  Is that fair to say?

10   A.  No.  The ones that did that were the people that are at

11   the attention [sic] or help center -- detention center.

12   Then the ones from immigration, they just came to get me

13   once I was already in the jail.

14   Q.  Okay.  So you're saying that you were detained for some

15   period of time so you could undergo psychological

16   evaluation.

17           MS. NASEEF:  Objection, your Honor.  He's

18   mischaracterizing the testimony.

19           THE COURT:  Sustained.

20   BY MR. COLOMBO:

21   Q.  Can you explain why you were detained for some period of

22   time?

23   A.  It was when I recently got in, or entered.  That's it.

24   Q.  Okay.  Well, I'm trying to understand.  You mentioned

25   that they thought you were crazy because of what you had

```
 1    said and that that resulted in your detention for a longer

 2    period of time.

 3              MS. NASEEF:  Objection, your Honor.  Again, that

 4    is a mischaracterization of the testimony.

 5              THE COURT:  Sustained.

 6    BY MR. COLOMBO:

 7    Q.  Okay.  Were you ever evaluated by a doctor during your

 8    detention?

 9    A.  They always do that, just -- they always check you to

10    see if you're sick or you have anything.  You know the

11    routine checkup in a -- the routine checkup that they do at

12    the detention center.

13    Q.  Okay.  How many times have you gone through this routine

14    checkup at a detention center?

15    A.  Well, always, every time that I have -- I have had to go

16    to those places when I have entered and when they get me

17    out.  It's something that is normal.

18    Q.  And how many times was that?

19    A.  Like I said before, all the times that I've been in that

20    situation.

21    Q.  Yes.  I'm trying to ask you how many times you were

22    detained by immigration.

23    A.  Well, three times.

24    Q.  Okay.  And so the first -- well, tell me, when was the

25    first time?
```

1    A.  Well, the first time, I was not detained by immigration.

2    Immigration took me back in the year 2000 -- deported me

3    back in the year 2000.

4    Q.  Okay.  And then you were arrested in June of 2016?

5    A.  Yes.  I was also arrested, prosecuted and deported by

6    immigration.

7    Q.  Okay.  And then -- so that would be the second time.

8    And so then the third time, was that in 2019?

9    A.  Yes.  The -- can you repeat the question again, please?

10    Q.  Was the third time that you were detained by immigration

11    in 2019?

12    A.  I don't remember exactly, but...

13    Q.  Well, after you served your 18 months' custody, you were

14    then deported again to Mexico.  Correct?

15    A.  Are we talking about the first time or the second time?

16    Q.  So we're talking -- we established the first time.

17    We're talking about the second time.  Okay?

18    A.  Okay.

19    Q.  After you were sentenced to 18 months for the illegal

20    entry, you were then deported to Mexico.

21    A.  That's right.

22    Q.  And that was -- when you were deported was May 9th of

23    2019.  Correct?

24    A.  I believe so.

25    Q.  Now -- so the third time that you were detained by

1    immigration, was it after 2019?

2    A.  No.

3    Q.  Okay.  You hadn't attempted to enter the United States

4    illegally after you were deported in May -- on May 9th of

5    2019?

6    A.  I didn't try anymore.

7    Q.  Okay.  And you were deported back to Mexico.  Correct?

8    A.  That's correct.

9    Q.  Okay.  Now, what day did you get married?

10   A.  I got married on April 24th.

11   Q.  April 24th of 2015?

12   A.  Yes.  That's right.

13   Q.  Okay.  Now, you were hospitalized -- or you went to the

14   hospital only a few days later, on April 27th of 2015.  Is

15   that correct?

16   A.  Yes.  So the 27th or 28th.

17   Q.  Okay.  And you were -- what you've previously told the

18   Government is that you were taken to the hospital by Tony

19   Montana.

20   A.  I was taken to Guadalajara, and he received me there and

21   took me to the hospital.  That is correct.

22   Q.  Okay.  And this was because you had severe pneumonia?

23   A.  That's correct.  I didn't want to go, but the Mister

24   took me because he saw me going like (coughing) for several

25   days.

 1    Q.  Okay.  And -- so you didn't then leave the hospital

 2    until May 1st of 2015, when you were ordered to go retrieve

 3    all the weapons.  Right?

 4    A.  No.  I left the hospital on the 5th.

 5    Q.  Okay.  So it's your testimony now that you didn't leave

 6    the hospital in Guadalajara until May 5th of 2015?

 7    A.  That's correct.

 8    Q.  Okay.  So if you were in the hospital from April 27th of

 9    2015 to May 5th of 2015 -- that's your testimony.  Right?

10    A.  I was released from the hospital on the 4th, and I

11    didn't return until the 5th in the early hours of the

12    morning.

13    Q.  Okay.  And between April 27th and May 4th, you were

14    hospitalized?

15    A.  I was hospitalized in a very serious condition.  But I

16    was still taking calls with everything that had to do with

17    my work.  That's correct.

18            MR. COLOMBO:  I'm sorry.  Can the interpreter

19    repeat the last part?

20            THE INTERPRETER:  I was hospitalized in a very

21    serious condition, but I was still receiving calls having to

22    do with my work.

23    BY MR. COLOMBO:

24    Q.  Okay.  Now, you would agree and it's fair to say that

25    there would be records of your hospitalization.  Correct?

1    A.  I don't know.  They're very good hospitals.  But when I

2    was released, the doctor just gave me a single paper to

3    prove that I had been hospitalized and to give it to the

4    government in Villa Purificación.

5    Q.  Okay.  And you provided that medical release form to the

6    government in Villa Purificación?

7    A.  Yes.  And the soldiers came to the office and I showed

8    them the document -- the medical document, the medications,

9    everything.  That's correct.

10   Q.  Okay.  You never provided any medical records to the

11   United States government.

12   A.  Those?  Those documents?  No.

13   Q.  Okay.  Now, you testified yesterday that the day of your

14   wedding corresponded to the same day that Menchito had been

15   released from custody.  Correct?

16          MS. NASEEF:  Objection, your Honor.  Again,

17   mischaracterization of the testimony.

18          THE COURT:  We can do this every other question.

19   It will be up to the jury to decide whether that is a

20   correct characterization.  The witness just has to listen

21   carefully to the question to make sure he corrects it where

22   it's a misstatement.

23          MS. NASEEF:  Your Honor, could that last part of

24   your instruction be translated for the witness?

25          THE COURT:  Yes.

```
 1                    (The interpreter confers with the witness in

 2          Spanish.)

 3                    THE WITNESS:  Correct.

 4          BY MR. COLOMBO:

 5          Q.  Is the answer to my question --

 6                    THE INTERPRETER:  The interpreter has not rendered

 7          the question.  Should the interpreter render the question

 8          now, your Honor?

 9                    THE COURT:  Yes.

10                    (The interpreter confers with the witness in

11          Spanish.)

12                    THE WITNESS:  I didn't say it was that day.  He

13          was released the month prior.

14          BY MR. COLOMBO:

15          Q.  Well --

16          A.  Or, rather, the month prior is when he arrived to be

17          with us.

18          Q.  Okay.  But you said that you first met Menchito in

19          person when he was released from custody.  Correct?

20          A.  That is correct.  I met him once he was released from

21          being jailed in April, not before.

22          Q.  Okay.  And what you testified to was that Mencho

23          introduced you to Menchito when he arrived at your wedding.

24                    THE INTERPRETER:  I'm sorry, your Honor.  May the

25          interpreter request that other parties near the interpreter
```

```
 1    not speak so that she can hear the questions clearly?
 2              THE COURT:  So that -- can you --
 3              THE INTERPRETER:  Can you please ask other parties
 4    to not have conversations while there's questions from
 5    counsel?  There was a whispered conversation near the
 6    interpreter, your Honor, that I could not hear.  And I could
 7    not hear the question clearly.
 8              THE COURT:  Okay.  So that must be going on
 9    someplace else --
10              THE INTERPRETER:  Correct.
11              THE COURT:  -- that none of us hear, but only you
12    hear?
13              THE INTERPRETER:  No, your Honor -- well, more or
14    less, your Honor.  Yes.
15              THE COURT:  Okay.  All right.  Well -- all right.
16              THE INTERPRETER:  Thank you.
17              And the interpreter is going to request a
18    repetition of the question.
19    BY MR. COLOMBO:
20    Q.  Did you testify yesterday that you first met Menchito
21    when his father Mencho introduced you to him when he arrived
22    at your wedding?
23    A.  Not to my wedding.  It was in the beginning of April.
24    Q.  Okay.  Would it be correct to say that you testified
25    that you did not want to get married until Menchito got
```

1    released from custody?

2    A.   That is correct.  That is a promise I made to his

3    father, that when he was released, I would get married so

4    that we could celebrate.  That is why there were so many

5    people.

6    Q.   Okay.  Now, being the former public security director of

7    Villa Purificación, it would be accurate to say that it has

8    a population of approximately 11,000 people.  Is that

9    correct?

10   A.   The population is of -- over 15,000 people.

11   Q.   Okay.  Now -- so approximately 15,000 people is the

12   population of the area with [sic] which you were the

13   security director?

14   A.   Yes.  But we're only talking about -- then about the

15   municipality of Villa Purificación.  We also have to take

16   into account our neighbors from Casimiro Castillo,

17   La Huerta, Autlan, El Grullo, Cataclan, Menozitlan, all the

18   people around.

19   Q.   Okay.  But you were the director of public security for

20   Villa Purificación.  Correct?

21   A.   That is correct.

22   Q.   Now -- so yesterday -- well, yesterday you testified

23   to -- I think it was four or five different trafficking

24   events that you engaged in with Ruben Oseguera.  Is that

25   right?

Gomez - CROSS - By Mr. Columbo

```
 1    A.  That's correct.

 2    Q.  And several of them were coordinated with Menchito prior

 3    to you meeting him in person.  Is that right?

 4    A.  Could you repeat the question, please?

 5    Q.  Several of those transactions were conducted -- those

 6    drug-trafficking transactions were conducted prior to your

 7    meeting Menchito in person.  Right?

 8    A.  Only two.

 9    Q.  Okay.  And you had been given Ruben's number by his

10    father, Mencho?

11    A.  No.  He had not given that to me.  He had put me in

12    contact, not the number.

13    Q.  Okay.  Well, you were the only one who was communicating

14    with Ruben.  Is that right?

15    A.  Only on two occasions.  That's all.

16    Q.  Okay.  I thought you testified yesterday that Mencho

17    gave you Ruben's phone number and you were the only one who

18    had it.

19    A.  No.  I could never talk to Menchito.  No one could.

20    Only the ones that were chosen.  They would always put me in

21    contact with him.

22    Q.  And how were you put in contact?

23    A.  Well, just this way.  The other person holds the phone

24    here and then you talk.

25    Q.  Okay.  It wasn't a walkie-talkie, though.  Right?
```

Gomez - CROSS - By Mr. Columbo

```
 1    A.  No.  It's a phone, and you put it on speakerphone.

 2    Q.  Okay.  And you were the only one who, though, had that

 3    ability to contact Ruben.  Right?

 4    A.  Like I said before, I did not have the ability to

 5    contact him.  But if the Mister gave an order, it had to be

 6    followed.

 7    Q.  Okay.  And that's when only you were given Ruben's

 8    contact information?

 9              MS. NASEEF:  Objection, your Honor.  Asked and

10    answered.  Mischaracterizing.

11              THE COURT:  Okay.  Mr. Colombo, he said, like,

12    five times he never had the contact number for the

13    Defendant.  So how many more times are you going to be able

14    to -- are you going to ask that?

15              MR. COLOMBO:  Your Honor --

16              THE COURT:  Until you confuse him?

17              MR. COLOMBO:  No.  I'm just trying to get a

18    yes/no --

19              THE COURT:  Mr. Gomez, did you ever have contact

20    information for you to call this Defendant directly?

21              THE WITNESS:  No.  I never had them.  The

22    communication was always through another person.

23              THE COURT:  So, Mr. Colombo --

24              MR. COLOMBO:  Okay.

25              THE COURT:  -- please move on.
```

1    BY MR. COLOMBO:

2    Q.  Now, three of the transactions that you testified about

3    would have occurred in April of 2015.  Correct?

4    A.  That is correct.

5    Q.  Okay.  And two of -- well, two of those transactions

6    involved ton quantities of cocaine.  Correct?

7    A.  Five and 20 tons.

8    Q.  Okay.  Let's focus on the 20 tons.

9          You testified yesterday that there was a boat that

10   was docked and that you obtained the 20 tons of cocaine

11   from.  Is that right?

12   A.  Could you repeat the question, please?

13   Q.  The 20 tons of cocaine were on a fishing boat.

14   A.  That is correct.

15   Q.  And you and your men offloaded that cocaine.

16   A.  22, to be exact.  The whole night.

17   Q.  Okay.  When you previously met with the Government, you

18   told them that it was 12 people.

19   A.  Not for the 20 tons.  I said 12 people for the five

20   tons.

21   Q.  Okay.  And there was 22 people for the 20 tons?

22   A.  That's correct.

23   Q.  Now, these 22 individuals, were they employees of the

24   public security of Villa Purificación?

25   A.  Correct.  Twelve were.  And the others -- the other ten

1    were people who were close by there and the people who were

2    the boatmen.

3    Q.  Okay.  And were you and the other officers wearing your

4    uniform?

5    A.  Yes.  That's correct.  We would go everywhere as a

6    patrol.

7    Q.  Okay.  In your official police uniform?

8    A.  Yes.  We would always be dressed like that.

9    Q.  Using your official police cars?

10   A.  Two Tacoma Toyotas [sic].  Correct.

11   Q.  Okay.  Now, this cocaine was offloaded from the fishing

12   boat onto tractor-trailers.  Correct?

13   A.  Correct.

14   Q.  Did you and the other individuals that you were with

15   physically carry the cocaine?

16   A.  Of course.  All of us helped.

17   Q.  Okay.  So you moved 20 tons of cocaine by hand?

18   A.  Yes.  We unloaded the boat and we loaded the truck.  And

19   we took it to my warehouse in Villa Purificación.

20   Q.  Okay.  But that was physically carrying it by hand.

21   Right?

22   A.  Yes.  From the edge of the shore, from the boats -- from

23   the boats to the shore to the smaller vehicles and the

24   trucks and then to the trailer-tractor [sic] to the

25   warehouse.

1    Q.  Okay.  You were indicating some distance.  Can you

2    estimate the distance between where you walked the cocaine

3    from the boat to the tractor-trailer?

4    A.  The boats would have been at about where the door is.

5    So the boats would have been there where the waves break,

6    more or less.  The part of the boat was actually on dry

7    land.  And then we would move them to about here, where the

8    trucks were, and then to the tractor-trailers.

9    Q.  Okay.  And so you had to walk the cocaine on the beach.

10   Is that what you're saying?

11   A.  Yes.  From the boats to the trucks.  Of course.

12   Q.  How many fishing boats were there?

13   A.  Three.

14   Q.  And how big were these fishing boats?

15   A.  About from here to the TV screen there.  A little less.

16   Big.

17   Q.  Well --

18           MR. COLOMBO:  If we can go back, your Honor.

19   Previously, Mr. Gomez indicated that the fishing boats were

20   by the door of the courthouse, the entry door, and he's --

21           THE COURT:  The door of the courtroom.

22           MR. COLOMBO:  The courtroom.

23   BY MR. COLOMBO:

24   Q.  If you could continue, Mr. Gomez, with your estimate of

25   how far you had to walk, I think, on the beach.

```
1    A.  Very little.  Very little.  A few meters, where we would

2    reach where the trucks were where they would not be

3    skidding.

4    Q.  Okay.  And then I asked you how big the fishing boats

5    were.  And you were giving us an estimate.  Can you

6    continue?

7    A.  They're boats that are, for example, from where I am

8    here to that wall over there.  People there at Punta Perla

9    were dedicated to fishing, and those were the boats that we

10   used.

11            MR. COLOMBO:  And for the record, I believe the --

12   Mr. Gomez indicated the boats were as long as from where

13   he's sitting in the witness stand to the wall where the

14   interpreters are.

15            THE WITNESS:  Yes.  About where you are.  Right.

16   BY MR. COLOMBO:

17   Q.  Okay.  And it was -- those three boats held the totality

18   of that 20 tons.  Correct?

19   A.  No, not exactly.  They were not all brought in one trip.

20   It would go from the boat to the launch; and then one would

21   go and then we would unload one, like that.  The speedboat.

22   Q.  How many boats, then, in total did you unload?

23   A.  For the 20 tons, it was one boat.  And for the ten, it

24   was one as well.

25            MS. NASEEF:  Your Honor, can we get on the phones
```

```
 1    for a second?
 2              THE COURT:  I'm sorry.  What?
 3              MS. NASEEF:  Can we pick up the phones for a
 4    second?
 5              THE COURT:  Yes.
 6              (Whereupon, the following bench conference was
 7    held:)
 8              MS. NASEEF:  The interpretation, it's getting very
 9    confusing.  Whole phrases are getting left out.  And
10    that's --
11              THE COURT:  That's right.  This is very, very
12    confusing.  And I don't speak Spanish.  But can I just
13    request that -- is what you're requesting is that the
14    interpretation be done by the two interpreters sitting to
15    the right and not the interpreter who was just doing the
16    interpretation?
17              MS. NASEEF:  Yes.  For the consecutive -- I'm
18    sorry to do that, your Honor.  But for the consecutive,
19    please.
20              MR. COLOMBO:  That's fine, your Honor.
21              THE COURT:  I mean, Mr. Ronis speaks Spanish.
22              So, I mean, do you agree?  It seems -- it's coming
23    out very garbled.  But you speak Spanish.
24              MR. RONIS:  Quite well, your Honor.
25              I've noticed over the last several days, as have a
```

1    Spanish-speaking investigator of ours in the courtroom, that

2    there's been a lot of phrases left out.  I'm able to fill in

3    the gaps with my pretty good Spanish.  I understand what's

4    going on.  But for those nonspeaking Spanish people I could

5    see that's a real problem.

6         THE COURT:  So is it all three interpreters or

7    just one interpreter?  Or -- I have to rely on the

8    Spanish-speaking attorneys here to assist the Court in

9    making sure we get the best record possible.

10         Mr. Ronis, what is your recommendation?

11         MR. RONIS:  Well, I'm not trying to be critical.

12    It's just that -- I don't know to whom it's attributable,

13    but there have been a lot of gaps in the interpretation as I

14    have heard it, and I've heard this same complaint from other

15    people, Spanish speakers that are in the audience, telling

16    me the same thing.

17         THE COURT:  With respect to all three

18    interpreters?

19         MR. RONIS:  Your Honor, that I really can't

20    clarify, because obviously my back is to them and I really

21    can't tell who's speaking.  It's kind of like the movie

22    *Wizard of Oz* when it goes from black and white to color.

23    You know, it's just a transition that I can't appreciate.

24         MS. NASEEF:  Your Honor, I hate to do this, but

25    I'm just going to be more blunt.  Yes, the interpreter

1    closest to you is harder to understand.  Obviously, all

2    interpreters occasionally miss something here or there.

3           But yes.  And so it's harder to understand the

4    interpreter that's sitting closest to you.  I'm sorry to be

5    so blunt.

6           THE COURT:  It is what it sounds like to me, that

7    it's coming out more garbled in the interpretation with the

8    third interpreter.  But I -- as I said, I don't speak

9    Spanish, so it's hard for me to tell.  So I am going to ask

10   the interpreters if they could please just have the two

11   other interpreters do the interpretation on a consecutive

12   basis.

13          MS. NASEEF:  Thank you, your Honor.

14          (Whereupon, the following proceedings were had in

15   open court:)

16          THE COURT:  Excuse me just one second.

17          (Confers with the interpreters privately.)

18          THE COURT:  Mr. Colombo.

19          MR. COLOMBO:  Thank you, your Honor.

20   BY MR. COLOMBO:

21   Q.  Mr. Gomez, I'd like to talk to you now about what you

22   testified to yesterday with regard to El Veinte.

23          After you were released from the hospital, you

24   then testified yesterday that you were taken by El Veinte.

25   A.  After I gave the interview, after I picked up the

 1    weapons, on the 15th I was grabbed by the special force, as

 2    I mentioned.  That was under Veinte's orders.  I believe to

 3    this day that it was his own decision and not the Mister's.

 4    Q.  Okay.  And so the special forces, on the order of El

 5    Veinte, kidnapped you.  Right?

 6    A.  They came for us.  They didn't have an order.  And

 7    that's the way it happened.  And that's what I said before,

 8    that the torture began at the kitchen in my office at the

 9    police station.  And they kept all my officers in the beds

10    of the truck tied like animals, and they took me in a

11    helicopter from Villa to Guadalajara because I had been

12    severely beaten.

13             THE COURT:  Can I just pause for a second?  You

14    mentioned it was the decision of Veinte, not the Mister's.

15    Who are you referring to by "Mister's"?

16             THE WITNESS:  My godfather, Mencho.  I've always

17    believed that such a cruel decision was Veinte's and no one

18    else's.

19    BY MR. COLOMBO:

20    Q.  Okay.  And you indicated that you, along with several

21    other of your officers, were tortured?

22    A.  Yes.  Of course.  The day that they took me, they also

23    hit my pregnant wife.  They perforated my penis.  They

24    shocked my genitals.  They hit me.  They put something that

25    we call Ray-Bans, which are those white bandages that they

1    put on people's head.  And they kicked me all over the body.

2    And they also stuck a baton up my ass.  There were seven

3    days of torture.  Seven days of torture.  I'm sorry.

4    Q.  Okay.  Did you just testify that you were shot in the

5    genitals?

6           THE INTERPRETER:  The interpreter would like to

7    correct the pronunciation.  "Shocked."

8    BY MR. COLOMBO:

9    Q.  Okay.  You were electrocuted?  Is that what you're

10   saying?

11   A.  I was electrocuted, and my -- they went through my penis

12   with an ice pick.  Yes, I was electrocuted.  And they put

13   a -- chili, chili peppers with tehuacan in the water and

14   they hung me up.  It was all sort of weird tortures.

15          And it wasn't the government that tortured me.  It

16   was the special forces, all for me not to say that

17   Aristoteles Sandoval, the governor, had a connection, a

18   relationship, with my godfather.  These were the special

19   forces, not government forces.  This had -- were forces

20   created by Aristoteles Sandoval to protect Jalisco.

21   Q.  Okay.  And you indicated that the six other officers

22   were executed.  Is that right?

23   A.  Could you repeat the question, please?

24   Q.  The other officers that were taken with you, you

25   indicated that they were killed?

1    A.  It wasn't the six officers.  It was 21, including me.

2    We were taken one week to Guadalajara and they returned us

3    one week later, all of us, back to the town.

4    Q.  Okay.  So then none of these officers were put on their

5    knees and shot?

6    A.  None of my officers, no.  After they returned us, the

7    special forces came and grabbed just me, just me, and turned

8    me over to Twenty a few days later.  And there, there were

9    other five people.  They killed all of those.  And they were

10   supposed to kill me, too.

11   Q.  Okay.  So as I understand this, then, you were first

12   taken by the special forces?

13   A.  Yes.  First -- the special force the first time.

14   Q.  Okay.  Then they turned you over to El Veinte.

15   A.  That's correct.

16   Q.  And it's at this time that you were with the other

17   officers who were executed.

18   A.  The other people they executed, I don't know who they

19   were.

20   Q.  Okay.  And those other people were shot.  Correct?

21   A.  Yes.  All of them.

22   Q.  And they also shot you in the head, but the bullet just

23   grazed you.

24   A.  Yes.  That is correct.

25   Q.  Now, you testified yesterday that you had lost a lot of

1    blood and you were able to escape.

2    A.  That's correct.

3    Q.  Now, when you met with the Government during a debrief

4    on April 15th of 2024, you told them that you had also

5    suffered a bullet wound in the leg.  Is that right?

6    A.  I'm sorry.  Could you repeat the question?  Forgive my

7    ignorance.

8    Q.  You previously told the Government, when you met with

9    them at a debrief, that you had suffered a bullet wound in

10   the leg and that the bullet is still there.

11   A.  I still have it.

12   Q.  You still have it.  Where is the bullet wound in your

13   leg?

14   A.  I have it here.

15            MR. COLOMBO:  And for the record, the witness is

16   indicating that it's on his left lower leg.

17            THE COURT:  Yes.  Since I could see it probably

18   better than the jury or you, for the record, Mr. Colombo is

19   right.  It is on his left front shin of his leg.

20   BY MR. COLOMBO:

21   Q.  Now, yesterday, you didn't --

22            THE COURT:  That's where he was indicating.

23   Sorry.

24   BY MR. COLOMBO:

25   Q.  Yesterday, you did not testify about that bullet wound.

1    Correct?

2    A.  I forgot it.  But I have it there.

3    Q.  Okay.  Now, in order to get away, you told the

4    Government that you had to crawl away.  Is that right?

5    A.  Not crawl.  I had to drag myself as best as I could to a

6    cane field nearby on my elbows.

7    Q.  Okay.  You dragged yourself to a cane field on your

8    elbows and you made it to a main road.  Right?

9    A.  That's correct.

10   Q.  And you were picked up by someone who knew you.

11   A.  Yes.  A person who knew me picked me up.

12   Q.  You never provided that name to the Government.

13   Correct?

14   A.  I never give the names of those who have helped me, nor

15   my family's.

16   Q.  Okay.  You then had that friend of yours, who you do not

17   want to name, take you to your sister's house.

18   A.  Could you repeat that again?

19   Q.  When your friend picked you up on the main road, he then

20   drove you to your sister's house.

21   A.  No.  He did not take me to my sister's house.  He took

22   me to a place in Autlan.  There, they prepared me and

23   stopped the bleeding.  And they believed that it was a good

24   opportunity to escape, that -- because they thought I was

25   dead.

1    Q.  Okay.  And then that's when you traveled to the border

2    and crossed the border illegally.

3    A.  Yes.  Three months later, I was in Arizona.  That is

4    correct.

5    Q.  Okay.  Now, when you previously talked about this with

6    the Government, you told them that it was your -- you had

7    been taken to your sister's house.

8    A.  No.  My sister picked me up.  She was the only one who

9    was there ready because, when the Government took us, there

10   was no one else to help us.  Just family.

11   Q.  Okay.  When you met with the Government previously, you

12   mentioned nothing about going to -- I think you said Autlan.

13   A.  Yes.  Yes.  Everything is there.  My whole journey.

14   Yes.  I had to go through Nayarit, through Sinaloa, through

15   Sonora.  Sinaloa, I only went through the mountains, never

16   through the roads, just the mountains, which is why it took

17   me three months to get to the border.

18   Q.  Okay.  And you were traveling with your pregnant wife.

19   Is that correct?

20   A.  That's correct.  She was just two months pregnant.

21   Q.  Okay.

22   A.  And we seriously thought that she had lost the baby,

23   because she had been severely beaten.  But thank God, that

24   was not the case.

25   Q.  And I'm not sure if I'm clear on this, but the

1    individuals that beat her were from the special forces?

2    A.   It was the special force that beat my wife, that beat

3    us.  They stole everything my wife had.  At that time, my

4    wife was accompanying me in the hotel in a room in the third

5    floor.  My sister was with her in the room.  And they took

6    her out, rolling down from the third floor.

7            And while there, they also stole everything she

8    had.  They took some small necklaces, bracelets.  They stole

9    the money, TVs.  They set up in all of the rooms.  They set

10   up a camp there.  And that's fine.  The only thing that's

11   not fine is that they beat my wife.  But, you know, that's

12   routine with the Mexican government.

13   Q.   Okay.  Now, you testified yesterday that in order to get

14   across the border from Mexico into the United States, you

15   paid $25,000 for yourself and $25,000 for your wife.  Is

16   that right?

17   A.   That is not what I testified to.  I said $12,500 for

18   myself, $12,500 for my wife.  And as a matter of fact, that

19   money was lent to me by my family, amongst all of them.  And

20   I have not yet paid all of it back to them.

21   Q.   Okay.  So prior to crossing the border, you collected

22   $25,000 from all of your family so that you can get into the

23   United States?

24   A.   No.  First, a thousand dollars were paid for what we

25   call the floor there.  And the rest of the money I paid to

1    the lady that is Araceli Noemi Soto Guerrero.  The rest of

2    the money I made payments on and, as I got the money

3    together, I paid it.  It took me two months.  She was an

4    acquaintance.

5           When I left Mexico, I had no money.

6    Q.  Okay.  You never provided that name of Araceli

7    previously to the Government.  Correct?

8    A.  I don't recall.

9    Q.  Today is the first time you're ever mentioning that

10   name.  Isn't that true?

11   A.  Perhaps, yes.  I don't recall from before.

12   Q.  Now, you ended up crossing through Nogales, Arizona.

13   Right?

14   A.  Could you repeat the question, please?

15   Q.  When you crossed illegally into the United States with

16   your wife, it was through Nogales, Arizona.

17   A.  Not through Nogales, Arizona.  Through Sonoita.  But

18   that is in the state of Arizona.

19   Q.  Okay.  Now, when you met with the Government previously,

20   you told them that, during this three-month journey to come

21   to the United States, you did have to go into people's

22   houses and steal from them.

23   A.  One moment, please.

24          I had to steal food.  I've never stolen anything

25   from anybody.  But I had to steal food to feed my wife.

1    Q.  Okay.  And you said that you had to do that because

2    Mencho never paid you for anything.

3    A.  He never paid me for anything.  And on the contrary, I

4    never asked him for anything.  Perhaps if I would have asked

5    him, he would have given me.  But I never asked anything

6    from -- I've never asked anything from anyone.

7    Q.  Okay.  When you arrived in the United States, you didn't

8    immediately go to the authorities and claim asylum, did you?

9    A.  Okay.  Well, no.  When I arrived to the United States,

10   obviously, my priority was to get well.  Then it took me

11   three months to try to get well.  I am still passing blood.

12   I spent three months passing blood through peeing and

13   shedding -- shedding blood through my pee and my stools, and

14   I still am not completely well from that, from those wounds.

15   And I also had to wait for my son to be born and to enjoy

16   him a little bit.  But the decision was already made

17   already.

18   Q.  Okay.  When you arrived to the United States, did you

19   seek medical attention?

20   A.  As I said before, I am an Indian.  I healed myself with

21   the pulp of aloe vera.  I did not get any stitches at this

22   injury, as you can see.  I healed myself with powdered

23   penicillin, with the leaves of the guava fruit and --

24   chewing those guavas leaves.  And I was with bandage or tied

25   up there.

1    Q.  Okay.  But when you suffered pneumonia, you went to the

2    hospital.  Right?

3    A.  Only there in Mexico.

4    Q.  Okay.  But when you arrived in the United States, you

5    didn't seek any medical attention?

6    A.  No.  The pneumonia, I was healed with ten lemons, one

7    pineapple, two cinnamon sticks, honey from bees, a chunk of

8    ginger root.  I don't know if I am completely well, but I am

9    feeling fine.

10    Q.  And that is the medical assistance that you received at

11    the Guadalajara hospital?

12    A.  No.  When my godfather sent me to Guadalajara, I was

13    well taken care of there.   Well, 50 percent of my injuries

14    were already infected there -- 50 percent of my lungs were

15    infected already.  And the entire time that I was there, I

16    was connected to a machine and they were providing me with

17    antibiotics.

18    Q.  Okay.  You keep mentioning that -- your -- your

19    godfather.  And you're saying that your godfather is Mencho.

20    Right?

21    A.  That's right.

22    Q.  And you previously told the Government that you were not

23    related to any cartel members.  Correct?

24    A.  What exactly?  What do you mean?

25    Q.  When you met with the Government before today at a

1  debrief on April 15th of 2024, they asked you specifically

2  whether you were related to any cartel members.  And you

3  said no.

4  A.  I am not related to anybody.

5  Q.  Well, then, how is Mencho your godfather?

6  A.  He's the godfather of my wedding.  To me, "related"

7  means, like, family or something like that.

8  Q.  So what -- well, so there's no familial relationship.

9  Is that right?

10  A.  Yes.  That's right.  There is no familial relationship

11  at all.

12  Q.  Okay.  So he's not really your godfather?

13  A.  As I said before, he is the godfather of my wedding.

14  The godfather is somebody that does everything for you.

15  Like, he paid for my party for me to get married.

16  Q.  Okay.  But I thought you said that you never accepted

17  any money from Mencho.

18  A.  That's correct.  He paid for everything.  And he always

19  used to do that.  He would always pay for the parties for

20  people to get married at the ranches.  He would pay for the

21  parties.  He would pay for everything.  How much could I

22  have eaten that day myself?  A plate of birria?  Maybe a

23  dollar.

24  Q.  Okay.

25          THE COURT:  It's a little after 3:00.  So we're

1    going to take a ten-minute break.

2            (Whereupon, the jury exited the courtroom at 3:31

3    p.m. and the following proceedings were had:)

4            THE COURT:  We just need the witness.

5            (Thereupon, Herminio Gomez Ancira entered the

6    courtroom and the following proceedings were had:)

7            MS. NASEEF:  Your Honor, could I just have one

8    second?  We're going to try and make a copy of that.

9            THE COURT:  You're going to make a copy.  Are you

10   going to redact all the names?  Are you going to make sure

11   the names are not spread anywhere?

12           MS. NASEEF:  I was going to make it subject to the

13   protective order and for defense counsel eyes only, like

14   some of the other information in this case.

15           THE COURT:  Okay.

16           MS. NASEEF:  I was just asking for a moment to go

17   ask one of our interns to ride with one of the agents to go

18   back to our offices to make the photocopy.  So I just need

19   one moment.

20           (Confers with unidentified people in the gallery.)

21           THE COURT:  Are we good?

22           MS. NASEEF:  Yes, your Honor.

23           MR. COLOMBO:  Yes, your Honor.

24           THE COURT:  Let's bring the jury in.

25           (Whereupon, the jury entered the courtroom at 3:47

1    p.m. and the following proceedings were had:)

2                THE COURT:  Please continue, Mr. Colombo.

3                MR. COLOMBO:  Thank you.

4    BY MR. COLOMBO:

5    Q.  Mr. Gomez, you understandably were very upset at

6    El Veinte.  Is that right?

7    A.  What do you mean by "very upset"?  Could you explain

8    that better?

9    Q.  Well, you felt that it was El Veinte who was behind your

10   kidnapping and torture.  Right?

11   A.  Yes.  I always thought that.

12   Q.  And you wrote a letter to Mencho explaining the

13   situation that you were subjected to with regard to

14   El Veinte.  Correct?

15   A.  Yes.  Yes.  I wrote the Mister a letter because I -- I

16   felt that El Veinte was making decisions that he would not

17   agree with.  So I sent him the letter.

18                I also told him that not once had El Veinte helped

19   rescue him.  I put that in the letter.  Yes.

20   Q.  Okay.  And you didn't write just one letter to Mencho

21   about El Veinte.  Correct?

22                THE INTERPRETER:  Interpreter correction.

23                (Confers with the witness in Spanish.)

24                THE WITNESS:  Just explaining everything that he

25   had done.  And I think that the Mister was upset, and that

Gomez - CROSS - By Mr. Colombo

```
1    is why they got rid of them.  That's all.

2    BY MR. COLOMBO:

3    Q.  Okay.  Well, what you told the Government is, as a

4    result of your letters to Mencho about what El Veinte had

5    done to you, Mencho had El Veinte killed in prison.

6    A.  That's what I know.

7    Q.  Okay.  Now, you testified earlier today about the times

8    that you witnessed Menchito personally kill someone.

9    Correct?

10   A.  Could you repeat the question?

11   Q.  Earlier today, you testified about two occasions that

12   you personally saw Menchito kill someone.

13   A.  That's correct.

14   Q.  Okay.  The first one was that he shot a driver of a

15   truck on your wedding day?

16   A.  No.  That was not the first time.  The first time was

17   the five other people.

18   Q.  Okay.  So the first time was when he dispatched the five

19   people?

20   A.  That's correct.

21   Q.  And the second time was when he shot someone -- shot the

22   driver of a truck at your wedding?

23   A.  That's correct.

24   Q.  Now, when you previously met with the Government, you

25   told them -- this Government here, when you were
```

1   interviewed -- you told them that Menchito instructed the

2   driver to park with the group but, for some reason, the

3   driver did not comply and Menchito shot the driver.

4   A.  Exactly.

5   Q.  But then you also told them that besides that shooting,

6   you did not witness Menchito kill anyone else.

7   A.  As I said before, I hadn't even met him in person.  And

8   I hadn't seen him again until now, until these days.

9   Q.  Okay.  But prior to today's testimony, the only murder

10  that you say that you saw Menchito commit was of the truck

11  driver.

12  A.  Could you repeat the question, please?

13  Q.  Prior to today, you did not tell the Government about

14  those five other people that you saw Mencho -- that you saw

15  Mencho -- Menchito murder.

16          THE COURT:  That's a question.  Although defense

17  counsel is doing his cross-examining just making statements,

18  you should just add to the end of each question "is that

19  correct"?

20          Is that correct?

21          THE WITNESS:  What's correct is that I saw him

22  twice -- saw him do it twice, as I said.  That's what I

23  said.

24  BY MR. COLOMBO:

25  Q.  Okay.  That's what you testified to today.  But

1    previously, you had only told the Government about the

2    shooting of the truck driver.

3    A.   No.  I have told them about both events.

4    Q.   What you said on October 18th of 2023 was besides from

5    the shooting the truck driver, you did not witness

6    Menchito kill anyone else.

7    A.   Like I said before, it was only those six people total

8    when he was there that month with me.  Before that, I didn't

9    even know him.

10   Q.   Okay.

11            THE INTERPRETER:  The interpreter would like to

12   correct:  "Before that, I hadn't even met him."

13   BY MR. COLOMBO:

14   Q.   Okay.  Now, Mr. Gomez, after the helicopter event on

15   May 1st of 2015, you were detained by the Mexican federal

16   government.  Is that right?

17   A.   State authorities.

18   Q.   The state.  Okay.

19            It was the Attorney General's office of the state

20   of Jalisco that ordered you detained.  Is that right?

21   A.   I don't know who ordered that.  But they took us.  They

22   never presented us with an order.

23   Q.   Okay.  Well, you were detained as the director of the

24   security -- the public security for Villa Purificación.

25   Right?

```
 1    A.  That's correct.

 2    Q.  And they detained 19 other officers with you.

 3    A.  Yes.  Twenty.

 4    Q.  Okay.

 5    A.  With me, 21.

 6    Q.  And they disarmed you.  Correct?

 7    A.  That's not correct.  It was a change -- or shift change,

 8    and nobody had weapons at that time.  It was 8:00 in the

 9    morning.

10    Q.  Okay.  Nevertheless, you were detained by the state of

11    Jalisco with 19 of your other officers.

12    A.  It was when I was tortured.  That is correct.

13    Q.  Okay.  Now, they also ordered the detention of Daniel

14    Rueles Zuazo, Z-U-A-Z-O, who held the same position as you,

15    but for the Union de Tula.

16    A.  That's correct.  They also took them, his group.  They

17    had to wash their hands with us.  That's correct.

18    Q.  Okay.  And they had detained you subject to an

19    investigation to determine what involvement you might have

20    had with the shooting down of the helicopter.

21    A.  Huh.  That's funny, because the people that detained me

22    never asked me anything about the helicopter.  They never

23    asked me anything about the cartel.  They only wanted that

24    nobody was mentioning the name of the governor.

25    Q.  Okay.  So the only thing that they were concerned about
```

1    was the governor's name.

2    A.   It was the only thing; and also of the special forces.

3    As I said before, I never had any contact with the federal

4    government.  Nothing.

5              MR. COLOMBO:  Your Honor, the parties have agreed

6    to play a video that's been marked as Government's Exhibit

7    410 -- or 412.  I'm sorry.  Both parties agree that it is

8    admissible and wish to play it for the jury.

9              THE COURT:  All right.  Do you want to play that

10   now?

11             MR. COLOMBO:  Yes.

12             THE COURT:  Okay.  I'll admit it.

13             (Whereupon, Government's Exhibit No. 412 was

14   entered into evidence.)

15             MR. COLOMBO:  For the record, your Honor, it's the

16   news -- the portion of the news report that Mr. Gomez Ancira

17   appeared on on, I believe, May 1st of 2015.

18   BY MR. COLOMBO:

19   Q.   Now, Mr. Gomez Ancira, if you could watch your monitor.

20   A.   Of course.

21             MR. COLOMBO:  I think we should put the volume on.

22             (Whereupon, Government's Exhibit No. 412 was

23   published in open court.)

24             MS. NASEEF:  Your Honor, could I just correct the

25   record briefly?

1          The video is not from May 1st, 2015.  He's

2     discussing the incident on May 1st, 2015.

3              THE COURT:  What is the date of the video?

4              MS. NASEEF:  I don't have that handy, your Honor.

5     I believe the witness testified about the date he was

6     interviewed.

7              MR. COLOMBO:  I believe the witness testified that

8     he was interviewed on the same day, your Honor.

9              MS. NASEEF:  Your Honor, he definitely did not

10    testify that way.

11             THE COURT:  Well, he'll have to clarify.

12             Was there a date on the video?  I wasn't checking

13    for a date on the video itself.

14             MS. NASEEF:  No, your Honor.  There was not a date

15    on the video itself.

16             MR. COLOMBO:  Your Honor, the parties also have

17    agreed to an English translation of the -- portions of the

18    video.  It's Government's Exhibit 412-A, and the parties

19    would move to admit it.

20             THE COURT:  Okay.  It may be admitted.

21             (Whereupon, Government's Exhibit No. 412-A was

22    entered into evidence.)

23    BY MR. COLOMBO:

24    Q.  Now, Mr. Gomez, that's the video --

25             THE COURT:  Can I interrupt you for just one

```
 1    second --

 2              MR. COLOMBO:  Yes.

 3              THE COURT:  -- so we know where you're going?

 4              Do you want to -- do you have copies of the

 5    transcript that you want to --

 6              MR. COLOMBO:  Oh, yes.  If the Government could

 7    publish --

 8              THE COURT:  -- give the -- publish to the jury?

 9              MR. COLOMBO:  That's fine.  If the Government

10    could publish Exhibit 412-A to the jury.

11    BY MR. COLOMBO:

12    Q.  Now, Mr. Gomez, what you stated in that video was what

13    you were talking about that you had in your briefcase on

14    June 20th of 2016.  Is that right?

15    A.  Yes.  That's the video.  And all the photographs and all

16    the event.  That's correct.

17    Q.  Okay.  And what you said in the video was that your

18    units received an anonymous report of hearing shots,

19    fireworks.  Right?

20    A.  That's correct.

21    Q.  And you said:  My units innocently thought it was

22    celebrations.  Right?

23    A.  That's correct.

24    Q.  Because they're having celebrations in Casimiro.  Right?

25    A.  That is correct.
```

1           MR. COLOMBO:  And for the record, Casimiro is

2      C-A-S-I-M-I-R-O.

3      BY MR. COLOMBO:

4      Q.  Then, a little bit further down, you said:  And they

5      thought it was the church services.

6           And you laughed.  Is that right?

7      A.  Yes.  That is correct.  I laughed because I knew and

8      everybody knew what it was about.  That is correct.

9      Q.  Okay.  Then you said:  But no.  Apparently, it was -- it

10     was that -- the shootout.

11     A.  That is correct.

12     Q.  Then you said:  There are many, two, three versions,

13     right, that supposedly so, when the helicopter comes down,

14     and that stuff, keep in mind -- well, there are people who

15     say that it was the helicopter that started to -- to shoot

16     at these vehicles.

17           Right?

18     A.  That's correct.

19     Q.  Now, Mr. Gomez, at the time that you gave this

20     interview, you knew exactly what happened.  Right?

21     A.  Yes.  Of course.

22     Q.  And you knew because, according to your testimony, you

23     had been in touch with Mencho and Mencho's people.

24     A.  That's correct.

25     Q.  Now, the information that you provided then on this news

```
1       report was not true.

2       A.  Would you ask the question again, please?  I apologize.

3       Q.  The information that you provided during this news

4       interview was not true.

5       A.   That's what I was told.  Of course, I was not going to

6       say that Mr. Mencho was there and that he ran to the villa

7       and that then he ran to Villa Vieja or even Leica.  Of

8       course I was not going to say all that.

9       Q.  Okay.  And of course, you weren't going to talk about

10      how you were retrieving the weapons that were used to down

11      the helicopter.

12                  THE INTERPRETER:  The interpreter has a question.

13                  (Confers with the witness in Spanish.)

14                  THE WITNESS:  Why would the government think if I

15      would say all that -- that -- if I would say all that, when

16      there were 10,000 soldiers right there?  And then I was

17      going to go and pick up weapons.

18      BY MR. COLOMBO:

19      Q.  Mr. Gomez, the information that you provided to the news

20      was not true.

21      A.  It was also true.  Of course.  It's right there.  You

22      can see it.  I talk about the event.  I talk about the

23      helicopter and what happened, the words that I could say and

24      the words that I could not say.

25      Q.  Okay.  So when you told the news report that it was the
```

1    helicopter who fired on the vehicles first, that was a true

2    statement?

3    A.  Of course.  Yes.  It was first the helicopter that

4    started shooting there -- them, that they were there

5    resting.

6    Q.  Okay.  Well, you would agree that leaving out all of

7    your other involvement to the news was misleading.

8    A.  Can you please ask that again, please?

9    Q.  Well, you just testified that there was information that

10   you intentionally withheld from the news.  Correct?

11   A.  I only said what happened.  As I said before, I never

12   said that the helicopter had come down or been shot down at

13   Los Angeles or Washington or anywhere else.  I didn't lie.

14   Q.  Okay.  Because you never lie.  Right?

15   A.  I don't lie.  I try to be as clear as possible.

16   Q.  Now, Mr. Gomez, prior to today, you never told the

17   Government that you heard Menchito give the order to shoot

18   down the copter.

19   A.  It wasn't that what I said.  It was the opposite.

20   Q.  And so what's the opposite?

21   A.  The opposite is that, yes, he gave the order.  That's

22   what it was.

23   Q.  But prior to today, you never told the Government that.

24   A.  Yes.  Of course.

25   Q.  Okay.  Now, you told the Government that you knew who

Gomez - CROSS - By Mr. Columbo

1    actually shot the RPG that took down the helicopter.

2    Correct?

3    A.  That's correct.  I knew who would carry those weapons.

4    Q.  Okay.

5    A.  However, I was not at the scene of the crime.

6    Q.  Okay.  And you told them that it was Beto who fired the

7    RPG that took down the helicopter.

8    A.  El Perro.

9    Q.  It was -- so your testimony today is it was El Perro who

10   fired the RPG that took down the helicopter?

11   A.  It was just the two of them who carried.  Just El Perro

12   and the other one.  That's how they downed it, and that's

13   why I'm saying it was them.

14   Q.  Okay.  But it wasn't Ruben who fired that RPG.  Correct?

15   A.  I was not at the location where the clash took place.

16   Q.  Okay.  So you have no personal knowledge, then, of

17   exactly what happened on May 1st of 2015 with regard to the

18   helicopter.

19   A.  Of course I have knowledge, because my police officers

20   were telling me everything, where the caravan was, where the

21   helicopter was, once they were safe where they were going.

22   Everything.

23   Q.  Okay.  But that's not based on your personal knowledge

24   of you seeing those things yourself.  Correct?

25   A.  The clash?  Is that what you're talking about?

```
 1    Q.  Yes.

 2    A.  Of course not.  I was not there.  I was hospitalized.

 3    Q.  Okay.  And the information that you received, that you

 4    relayed to the Government, was it wasn't Ruben who fired the

 5    shot at the helicopter.

 6    A.  I have said this before:  They were not the ones who

 7    shot it.  They simply gave the order to down the helicopter,

 8    to set up the roadblocks.  They gave me the orders over

 9    speakerphone, and I simply called those whose numbers I had.

10    That is all.

11    Q.  And that was when you were in the hospital?

12    A.  That is correct.  I handled all the communication and

13    security in the area.

14    Q.  Now, Mr. Gomez, on April 9th of this year, your wife

15    filed for divorce.

16    A.  Of that year?

17    Q.  No.  Of this year.

18    A.  I'm not aware.  I did not marry her in a civil ceremony.

19    Q.  Okay.  So you're not aware, then, that she filed for

20    divorce, child support and the custody of your minor

21    child --

22              MS. NASEEF:  Objection, your Honor.

23              THE COURT:  Let me see where this is going.

24              (Whereupon, the following bench conference was

25    held:)
```

Gomez - CROSS - By Mr. Columbo

1          THE COURT:  We're getting into his personal life

2     with the divorce?

3          MS. NASEEF:  Can I ask what the factual basis is

4     for this?  I have no idea what counsel is talking about.

5          MR. COLOMBO:  Your Honor --

6          THE COURT:  Here in the United States or in

7     Mexico?

8          MR. COLOMBO:  No.  It was an action filed in

9     Mexico.  We pulled the docket with regard to the divorce

10    action that was filed.  I only have one other question in

11    relation to this.

12         THE COURT:  And what does this have to do with

13    anything?

14         MS. NASEEF:  He's been living here in the United

15    States with his wife.  How would his wife have filed for

16    divorce in Mexico?

17         MR. COLOMBO:  Well, I'm just relaying what the

18    action is, your Honor.

19         THE COURT:  Are you sure you have the right

20    individual?

21         MR. COLOMBO:  I didn't want to -- I don't know his

22    wife's exact name.  I didn't want to ask it on the record.

23    But I believe that -- I have a good-faith basis that it's

24    the right person.

25         THE COURT:  Well, I --

```
1              MR. COLOMBO:  I -- it's fine if --

2              THE COURT:  What is the purpose of this?

3              MR. COLOMBO:  Well, because part of the -- as part

4    of the filing for the divorce, the wife requested that he

5    undergo a psychological evaluation.

6              MS. NASEEF:  Your Honor, I have to see this

7    document before he talks about it.  He's talking about a

8    document in Mexico that a woman who lives in the United

9    States supposedly filed this year while in the United

10   States, conveniently, that undermines this witness's

11   testimony.

12             I would really like to have an opportunity to

13   assess the credibility of this document.  I've never even

14   seen it before.

15             THE COURT:  I think that would be appropriate

16   before we start.  I mean, based on the Government's

17   information, because the Government has been providing

18   security for this witness -- he --

19             MS. NASEEF:  Yes.

20             THE COURT:  -- lives in the United States with his

21   wife?

22             MS. NASEEF:  And his two children.  Yes.  They all

23   live here.

24             MR. COLOMBO:  Okay.

25             MS. NASEEF:  They have not returned to Mexico.
```

Gomez - CROSS - By Mr. Colombo

```
 1              THE COURT:  Was this a document that was filed in
 2    some court in Jalisco controlled by the Jalisco cartel?
 3              MR. COLOMBO:  Well, I --
 4              THE COURT:  How convenient is that, Mr. Colombo?
 5              MR. COLOMBO:  Well -- I can move on.  It's fine,
 6    your Honor.  And I will provide the document to the
 7    Government.
 8              THE COURT:  Oh, I think you should move on.
 9              (Whereupon, the following bench conference was
10    held:)
11    BY MR. COLOMBO:
12    Q.  Now, Mr. Gomez Ancira, you have been paid by the DEA.
13    Correct?
14    A.  That is correct.
15    Q.  And you've been paid $86,500 since you began
16    cooperating.  Correct?
17    A.  That is correct.
18    Q.  And the way that you came in contact with the DEA was
19    through you calling their tip line?
20    A.  That is correct.
21              MR. COLOMBO:  I have no further questions, your
22    Honor.
23                     REDIRECT EXAMINATION
24    BY MS. NASEEF:
25    Q.  Mr. Gomez, in your interview and on the stand today, you
```

 1    said that on May 1st, 2015, the helicopter shot first.  But

 2    were you present to observe -- to observe that?

 3    A.  No.  As I've already mentioned, I was hospitalized.  My

 4    officers were reporting to me what was happening.

 5    Q.  So who told you that the helicopter shot first?  Not a

 6    specific name.  Just who?

 7    A.  The guys who were at the encampment there with them.

 8    Q.  Did you previously deliver money to the governor of

 9    Jalisco?

10              THE INTERPRETER:  The interpreter would like to

11    request a clarification from the witness.

12              (Confers with the witness in Spanish.)

13              THE WITNESS:  That is correct.  I gave $3 million

14    for his campaign at Barra de Navidad.

15    BY MS. NASEEF:

16    Q.  And who gave you the $3 million -- or who ordered you to

17    give the $3 million to the governor of Jalisco?

18    A.  My godfather.

19    Q.  And we established that the person you're referring to

20    as your godfather is Mencho.  Is that right?

21    A.  That is correct.  He is the one who supplies the funds

22    for the campaigns for mayor, for governors, for important

23    things.  The municipal police is not important.  We are just

24    forced labor.

25    Q.  When was that?  What year, or if you remember the month,

1    was that when you delivered the $3 million to the governor

2    of Jalisco for Mencho?

3    A.  It was around 2012.  We were already moving, so that

4    everyone would take their place.

5    Q.  You mentioned something called the special forces

6    numerous times.  Can you explain what the special forces

7    are?  And if it takes you a while, please take pauses for

8    the interpreters.

9    A.  The special force was created by the government to

10   protect Jalisco and Costa Sur, all of the state of Jalisco.

11   And us, who were directors of security, had to choose people

12   from the municipality to send to Guadalajara.  These people

13   had been those in whom we trusted 100 percent because they

14   would be used to provide reinforcement at the borders where

15   there was conflict, like by Guanajuato and Michoacan, and we

16   had to -- and the surrounding areas.  We had to send those

17   who were best qualified.  And that's what we did.  All the

18   municipalities, all the directors, we sent four to five

19   units.

20   Q.  Were these state-level police officers?  Is that what

21   you're saying?

22   A.  Yes.  As a matter of fact, before, it was just from the

23   state government.  And it was renamed the special force when

24   the governor, Aristoteles Sandoval, came in for the sole

25   purpose of reinforcing Jalisco.

1    Q.  That governor who named them the special forces, is that

2    the same person you delivered $3 million to for Mencho?

3    A.  Yes.  It is him to whom we gave the money for his

4    campaign, his expenses, his deals.

5    Q.  Who were the special forces working for when they beat

6    your wife?

7    A.  Who was working?

8    Q.  Who were the special forces working for when they beat

9    your wife?

10   A.  The ones who were sent for that operation to fuck us up

11   and who beat my wife were Commander Mandujano and Martinez.

12   And they were -- had been sent to me on prior occasions by

13   El Veinte for me to give them food, gasoline, whatever they

14   needed.

15   Q.  And who made El Veinte a plaza boss?

16   A.  Well, Mr. Mencho.  He's the only one who can make

17   bosses.

18   Q.  On cross, we talked a little bit about some of your

19   injuries.

20           MS. NASEEF:  Can I ask the witness to step down

21   from the jury box and show the jury the scar on his forehead

22   and the scar on his leg that he discussed?

23           THE COURT:  Yes.  He may step down.

24           THE WITNESS:  Just let me know where I should

25   stand.

1    BY MS. NASEEF:

2    Q.  You can just step where they can see you.

3              THE COURT:  You can step down.  Don't fall down

4    the stairs.

5              THE WITNESS:  (Indicating) My hand, my foot, the

6    bullet, a tooth.  I have there the piece of a tooth of one

7    of the hit men.  My bone.  When they hit me with the back of

8    the gun.  And the stabs.  And the grazing.  My finger fits

9    inside there.

10   BY MS. NASEEF:

11   Q.  That's good, Mr. Gomez.

12   A.  I can't show you my genitals or my penis.

13             THE INTERPRETER:  The interpreter did not hear the

14   last part.

15             (Confers with the witness in Spanish.)

16             THE WITNESS:  Logically, I'm not going to show you

17   my genitals or my penis and other wounds.

18             (Whereupon, the following bench conference was

19   held:)

20             MR. COLOMBO:  For the record, your Honor, I did

21   not see anything that he's pointing out, stab wounds in the

22   back or a bullet scar on the head.  I didn't catch the leg.

23   I didn't see that.  But for the record, I'm not seeing any

24   of the scarring that he's referring to.

25             And I didn't want to make that record in front of

1   the jury and prejudice the jury, but I do want to make that

2   record now, that I did not see any of those scars that he

3   referred to.

4           THE COURT:  Well, he was facing away from me, so I

5   didn't see them.  But I can certainly see the scar on his

6   head and that his wrist is disfigured.  But I couldn't see

7   it.

8           MR. COLOMBO:  The scar on the back of his head is

9   the only one that I can attest to is noticeable.  All the

10  other scars that he referred to I did not see.

11          MS. NASEEF:  Your Honor, he was facing the jury,

12  not me.  I see the scar on his forehead.  I see the scar on

13  the back of his head.  I see the scar -- or sort of

14  disfigurement on his wrist.  I saw the collarbone messed up.

15  I don't know how to describe that.

16          THE COURT:  Well, the Government isn't asking me

17  to let the record reflect any of this, and I'm not.

18          MR. COLOMBO:  Okay.

19          THE COURT:  I didn't actually see it.

20          MR. COLOMBO:  That's fine, your Honor.  Thank you.

21          (Whereupon, the following proceedings were had in

22  open court:)

23  BY MS. NASEEF:

24  Q.  Mr. Gomez, I'm sorry I laughed.  I was not laughing at

25  your injuries, of course.  I'd never -- I just don't think

1    we usually have that come up in the courtroom, so I

2    apologize.

3    A.  No problem.  No problem.  Everything is fine.

4    Q.  You mentioned that Tony Montana drove you to the

5    hospital.  Could you just tell us who Tony Montana is?

6    A.  He is the brother of my godfather.

7    Q.  That is, he is Mencho's brother?

8    A.  Yeah.  That's his brother.

9    Q.  You mentioned that you transported cocaine in police

10   vehicles and with police officers in uniform.

11          What was the benefit of transporting cocaine in

12   those police vehicles?

13   A.  Since we were being watched over, we could move all

14   the --

15          THE INTERPRETER:  The interpreter requests that he

16   repeat the answer.

17   BY MS. NASEEF:

18   Q.  Mr. Gomez, could you please repeat your answer?

19   A.  We used mainly these trucks to pick up small things so

20   that people would not notice us.  That's it.

21   Q.  When you say people would not notice you, for example,

22   did your police vehicles have to stop at checkpoints that

23   were being run by other police?

24   A.  Not at all.  In fact, I myself didn't have to go out of

25   my area a whole lot, out of Casimiro Castillo, La Huerta,

1    Villa Purificación, Gualtlan and from Grullo and Gaitan to

2    the south -- Autlan, I'm sorry; Autlan to the south, not --

3    very, very freely.

4    Q.  When you worked with CJNG, did you ever see or meet men

5    who were from other countries outside Mexico?

6    A.  With some from Colombia.  As I said, from Iraq, from

7    those two, from Honduras.  From different places.

8    Q.  And you mentioned on cross a man from Israel and a man

9    from Pakistan.  How did you know where those men were from?

10   A.  Well, they both spoke a little bit of Spanish.  And

11   whenever I would take food to them or things like that, they

12   would do a little chat with me.

13   Q.  And why were they there?

14   A.  Well, they were there to train, to train about combat,

15   all of that, precision, shooting, how to kill.  They were

16   there to train.  Before, in 2011 and 2012, the cartel did

17   not have all those resources.

18   Q.  And did these men from the Middle East call themselves

19   ISIS or did someone else call them ISIS or is that -- did

20   you make that connection on your own?

21   A.  No.  They themselves would call themselves like that.

22   They said they were there for an exchange from the Middle

23   East, and that's why they were there, and that sometimes

24   some Mexicans were sent over there as well.  But that's it.

25            Oh, they would send some Mexicans there to where

1    they were from.

2                THE COURT:  Did they call themselves ISIS?

3                THE WITNESS:  Yes, they would.  And they would

4    tell us that they were coming from the real terrorists.  And

5    sometimes I would ask them and they would say things like

6    that.  I would just ask out of curiosity.

7    BY MS. NASEEF:

8    Q.  But all you know is what those men told you?

9    A.  That's correct.  And -- well, I would watch them and I

10   would see how they would train and all.  And I can recognize

11   our race, and they were not from there.

12               MS. NASEEF:  I'd just request repetition of the

13   last bit of the interpretation.

14               THE INTERPRETER:  "And I can recognize our race,

15   and they were not from there."

16   BY MS. NASEEF:

17   Q.  When you say "our race," do you mean you recognize they

18   were not from Mexico?

19   A.  That's correct.  Yeah, that is correct.  That's what I

20   am referring to.  Not Mexican.  They could be Hindus or

21   Arabs, something like that.

22   Q.  When you were deported in 2019 or 2018, the last time

23   you were deported, who were you hiding from in Sonora?

24   A.  Well, I was hiding -- I was still hiding from El Veinte.

25   He became crazy, killing relatives.  He wanted to find my

1    brother -- he was trying to find me and, as he was trying to

2    find me, he hit my older brother in a way that my brother

3    lost his battle in a hospital due to all that beating.

4            MS. NASEEF:  One moment, your Honor.

5    BY MS. NASEEF:

6    Q.  Mr. Gomez, just to clarify one further point:  Who

7    ordered the shooting down of the helicopter on May 1st,

8    2015?

9    A.  Menchito and my godfather are the ones that ordered the

10   helicopter down.  No one else can give that kind of orders.

11   Q.  Whose voice did you hear give you that order?

12   A.  As I said, they put that on a speaker -- speakerphone.

13   And both of them were speaking at the same time.  But I

14   could hear Menchito giving the order at the same time as his

15   father.

16           MS. NASEEF:  No further questions, your Honor.

17           THE COURT:  All right.  Let me just speak to the

18   lawyers.

19           (Whereupon, the following bench conference was

20   held:)

21           THE COURT:  Okay.  So I am planning on excusing

22   this witness.  But do you think he's going to be called back

23   tomorrow?  No?

24           MS. NASEEF:  I have no reason to re-call him

25   tomorrow.

```
1              THE COURT:  Okay.  So if he's going to be
2    re-called, he's going to be re-called on a defense case.
3    Okay.
4              So I will excuse him.  Just so you know, I'm going
5    to tell the jury to come in at 1:00 tomorrow because I have
6    a number of criminal matters in the morning.
7              Any questions?
8              MR. COLOMBO:  No, your Honor.
9              MS. NASEEF:  No, your Honor.
10             (Whereupon, the following proceedings were had in
11   open court:)
12             THE COURT:  All right.  Ladies and gentlemen.  I'm
13   going to excuse you until 1:00 tomorrow.  I have a number of
14   other criminal matters in the morning.  And so you can get
15   here a little bit early.  I'm ordering lunch.  Lunch will be
16   here, so you can come and have lunch or a late snack or
17   whatever.
18             Do not talk about the case among yourselves or
19   with anybody else.
20             Have a pleasant evening.
21             (Whereupon, the jury exited the courtroom at 4:57
22   p.m. and the following proceedings were had:)
23             THE COURT:  And you're excused.
24             (Witness excused.)
25             MS. NASEEF:  Your Honor, because we're doing this
```

1    a little on the fly, we are turning over the copy of the

2    notebook pursuant to the protective order on February 28th,

3    2020, and June 24th, 2020.

4            However, could you --

5            THE COURT:  You're turning over -- I'm sorry.  I

6    missed what you just said.

7            MS. NASEEF:  We're turning over the copy of the

8    notebook --

9            THE COURT:  Okay.

10            MS. NASEEF:  -- pursuant to those protective

11    orders already on the record in this case.

12            THE COURT:  Right.

13            MS. NASEEF:  But could you add the requirement

14    that this particular document is only for defense counsel to

15    view and not for the Defendant or anyone else to view

16    without prior notification to the Government and the Court

17    and prior approval?

18            THE COURT:  Any objection to that?

19            MR. COLOMBO:  Well, your Honor, both Mr. Ronis and

20    I do speak a good bit of Spanish and understand Spanish.

21    However, I don't think we're proficient enough to read

22    through the document.  And so the entire --

23            THE COURT:  So you would use your investigator?

24            MR. COLOMBO:  Yes.  If that's okay.

25            THE COURT:  Yes.  Your Spanish investigator.

```
 1                    MR. COLOMBO:  Yes.

 2                    MS. NASEEF:  No problem with the Spanish

 3      investigator.

 4                    THE COURT:  Okay.  If that requirement is not in

 5      the protective order, that requirement will apply to this

 6      particular document.

 7                    MR. COLOMBO:  Thank you.

 8                    MS. NASEEF:  And, your Honor, the witness we start

 9      with in the morning is another one of the --

10                    THE COURT:  You mean tomorrow afternoon?

11                    MS. NASEEF:  Yes.  Tomorrow afternoon.  That

12      witness is the Mexican prosecutor testifying in pseudonym.

13      So the courtroom will be closed for that testimony.

14                    THE COURT:  Okay.  I'll alert Mr. Coates so our IT

15      people can make sure the overflow courtroom is operating

16      with just audio.

17                    MR. COLOMBO:  And of course, we have no objection

18      to that, your Honor.

19                    THE COURT:  Yes.  Thank you.

20                    (Proceedings concluded at 5:00 p.m.)

21

22

23

24

25
```

1                          **<u>CERTIFICATE</u>**

2

3                    I, LISA EDWARDS, RDR, CRR, do hereby

4       certify that the foregoing constitutes a true and accurate

5       transcript of my stenographic notes, and is a full, true,

6       and complete transcript of the proceedings produced to the

7       best of my ability.

8

9

10                   Dated this 12th day of September, 2024.

11

12                 <u>/s/ Lisa Edwards, RDR, CRR</u>
                   Official Court Reporter
13                 United States District Court for the
                     District of Columbia
14                 333 Constitution Avenue, Northwest
                   Washington, D.C. 20001
15                 (202) 354-3269

16

17

18

19

20

21

22

23

24

25

## $

**$12,500** [2] - 41:17, 41:18
**$25,000** [3] - 41:15, 41:22
**$800** [2] - 15:21, 15:24
**$86,500** [1] - 62:15

## /

**/s** [1] - 75:12

## 1

**10,000** [1] - 56:16
**100** [1] - 64:13
**105** [2] - 1:19, 1:22
**11,000** [1] - 25:8
**12** [3] - 1:6, 28:18, 28:19
**12th** [3] - 11:23, 13:22, 75:10
**145** [1] - 1:16
**15,000** [2] - 25:10, 25:11
**15th** [3] - 35:1, 38:4, 45:1
**16,000** [1] - 15:19
**16-00229** [1] - 1:3
**18** [4] - 9:11, 11:14, 19:13, 19:19
**18th** [1] - 50:4
**19** [2] - 51:2, 51:11
**1:00** [2] - 72:5, 72:13
**1:34** [2] - 1:7, 4:14
**1st** [9] - 13:14, 21:2, 50:15, 52:17, 53:1, 53:2, 58:17, 63:1, 71:7

## 2

**2,500** [1] - 12:6
**20** [9] - 28:7, 28:8, 28:10, 28:13, 28:19, 28:21, 29:17, 31:18, 31:23
**2000** [2] - 19:2, 19:3
**20001** [2] - 2:4, 75:14
**2002** [1] - 11:19
**2010** [3] - 5:22, 5:24, 10:19
**2011** [1] - 69:16
**2012** [2] - 64:3, 69:16
**2015** [20] - 5:22,

5:24, 13:2, 13:7, 13:14, 13:17, 20:11, 20:14, 21:2, 21:6, 21:9, 28:3, 50:15, 52:17, 53:1, 53:2, 58:17, 63:1, 71:8
**2016** [11] - 4:23, 5:2, 5:9, 5:15, 6:21, 11:23, 13:12, 13:22, 16:4, 19:4, 54:14
**2018** [1] - 70:22
**2019** [6] - 19:8, 19:11, 19:23, 20:1, 20:5, 70:22
**202** [2] - 2:4, 75:15
**2020** [2] - 73:3
**2023** [1] - 50:4
**2024** [4] - 1:6, 38:4, 45:1, 75:10
**20530** [1] - 1:16
**20th** [7] - 4:23, 5:2, 5:9, 5:15, 6:21, 13:11, 54:14
**21** [2] - 37:1, 51:5
**22** [3] - 28:16, 28:21, 28:23
**24th** [3] - 20:10, 20:11, 73:3
**25th** [3] - 13:2, 13:7, 13:17
**27th** [4] - 20:14, 20:16, 21:8, 21:13
**28th** [2] - 20:16, 73:2
**29th** [1] - 10:19

## 3

**3** [5] - 63:13, 63:16, 63:17, 64:1, 65:2
**333** [2] - 2:3, 75:14
**354-3269** [2] - 2:4, 75:15
**3:00** [1] - 45:25
**3:31** [1] - 46:2
**3:47** [1] - 46:25

## 4

**4** [1] - 3:6
**410** [1] - 52:7
**412** [4] - 3:9, 52:7, 52:13, 52:22
**412-A** [4] - 3:10, 53:18, 53:21, 54:10
**4:57** [1] - 72:21
**4th** [2] - 21:10, 21:13

## 5

**50** [2] - 44:13, 44:14
**52** [1] - 3:9
**53** [1] - 3:10
**5:00** [1] - 74:20
**5:00-something** [1] - 13:15
**5th** [4] - 21:4, 21:6, 21:9, 21:11

## 6

**62** [1] - 3:6
**6706** [1] - 2:3

## 8

**8,000** [2] - 14:22, 15:17
**800** [2] - 15:14, 15:17
**8:00** [1] - 51:8

## 9

**92101** [2] - 1:20, 1:23
**9th** [3] - 19:22, 20:4, 59:14

## A

**ability** [3] - 27:3, 27:4, 75:7
**able** [3] - 27:13, 33:2, 38:1
**accepted** [2] - 14:19, 45:16
**access** [1] - 8:15
**accompanying** [2] - 7:17, 41:4
**according** [1] - 55:22
**account** [1] - 25:16
**accurate** [2] - 25:7, 75:4
**acquaintance** [1] - 42:4
**action** [3] - 60:8, 60:10, 60:18
**Action** [1] - 1:3
**activity** [1] - 15:4
**add** [2] - 49:18, 73:13
**address** [1] - 9:20
**admissible** [1] - 52:8
**admit** [2] - 52:12, 53:19

**admitted** [1] - 53:20
**advised** [1] - 9:24
**AFTERNOON** [1] - 1:7
**afternoon** [2] - 74:10, 74:11
**agent** [2] - 7:2, 7:11
**agents** [4] - 7:15, 9:17, 10:5, 46:17
**agents'** [1] - 9:17
**ago** [2] - 6:6, 6:8
**agree** [5] - 21:24, 32:22, 47:17, 52:7, 57:6
**agreed** [2] - 52:5, 53:17
**alert** [1] - 74:14
**allowing** [1] - 12:3
**aloe** [1] - 43:21
**AMERICA** [1] - 1:3
**Ancira** [5] - 3:6, 46:5, 52:16, 52:19, 62:12
**ANCIRA** [1] - 4:18
**Angeles** [1] - 57:13
**animals** [1] - 35:10
**anonymous** [1] - 54:18
**answer** [3] - 23:5, 68:16, 68:18
**answered** [1] - 27:10
**ANTHONY** [2] - 1:18, 1:18
**antibiotics** [1] - 44:17
**apologize** [2] - 56:2, 68:2
**aPPEARANCES** [1] - 1:13
**appeared** [1] - 52:17
**apply** [1] - 74:5
**appoint** [2] - 14:14, 16:6
**appointed** [1] - 14:15
**appreciate** [1] - 33:23
**appropriate** [1] - 61:15
**approval** [1] - 73:17
**April** [11] - 20:10, 20:11, 20:14, 21:8, 21:13, 23:21, 24:23, 28:3, 38:4, 45:1, 59:14
**Arabs** [1] - 70:21
**Araceli** [2] - 42:1, 42:6
**area** [3] - 25:12, 59:13, 68:25
**areas** [1] - 64:16
**Aristoteles** [3] -

36:17, 36:20, 64:24
**Arizona** [7] - 10:18, 11:20, 40:3, 42:12, 42:16, 42:17, 42:18
**arrest** [3] - 10:22, 11:3, 11:4
**arrested** [5] - 5:9, 12:22, 13:11, 19:4, 19:5
**arrived** [8] - 7:1, 23:16, 23:23, 24:21, 43:7, 43:9, 43:18, 44:4
**arrives** [1] - 4:5
**ass** [1] - 36:2
**assess** [1] - 61:13
**assist** [1] - 33:8
**assistance** [1] - 44:10
**assisting** [1] - 14:24
**asylum** [1] - 43:8
**attempted** [1] - 20:3
**attention** [3] - 17:11, 43:19, 44:5
**attest** [1] - 67:9
**Attorney** [1] - 50:19
**attorney** [4] - 14:10, 14:12, 16:4, 16:8
**attorneys** [3] - 14:13, 33:8
**attributable** [1] - 33:12
**audience** [1] - 33:15
**audio** [1] - 74:16
**authorities** [2] - 43:8, 50:17
**Autlan** [5] - 25:17, 39:22, 40:12, 69:2
**available** [2] - 6:7, 6:14
**Avenue** [2] - 2:3, 75:14
**aware** [2] - 59:18, 59:19

## B

**baby** [1] - 40:22
**bandage** [1] - 43:24
**bandages** [1] - 35:25
**Bans** [1] - 35:25
**Barra** [1] - 63:14
**based** [2] - 58:23, 61:16
**basis** [3] - 34:12, 60:3, 60:23
**baton** [1] - 36:2
**battle** [1] - 71:3
**beach** [2] - 30:9,

30:25
**beat** [7] - 41:1, 41:2, 41:11, 65:5, 65:8, 65:11
**beaten** [2] - 35:12, 40:23
**beating** [1] - 71:3
**became** [1] - 70:25
**beds** [1] - 35:9
**bees** [1] - 44:7
**BEFORE** [1] - 1:10
**began** [2] - 35:8, 62:15
**beginning** [1] - 24:23
**behind** [1] - 47:9
**bench** [5] - 32:6, 59:24, 62:9, 66:18, 71:19
**benefit** [1] - 68:11
**BERYL** [1] - 1:10
**best** [4] - 33:9, 39:5, 64:17, 75:7
**Beto** [1] - 58:6
**better** [2] - 38:18, 47:8
**between** [2] - 21:13, 30:2
**big** [3] - 30:14, 30:16, 31:4
**birria** [1] - 45:22
**bit** [8] - 5:17, 43:16, 55:4, 65:18, 69:10, 70:13, 72:15, 73:20
**black** [1] - 33:22
**bleeding** [1] - 39:23
**blood** [4] - 38:1, 43:11, 43:12, 43:13
**blunt** [2] - 33:25, 34:5
**boat** [8] - 28:9, 28:13, 29:12, 29:18, 30:3, 30:6, 31:20, 31:23
**boatmen** [1] - 29:2
**boats** [14] - 29:22, 29:23, 30:4, 30:5, 30:11, 30:12, 30:14, 30:19, 31:4, 31:7, 31:9, 31:12, 31:17, 31:22
**body** [1] - 36:1
**bone** [1] - 66:7
**book** [2] - 6:9, 6:11
**border** [5] - 40:1, 40:2, 40:17, 41:14, 41:21
**borders** [1] - 64:14
**born** [1] - 43:15
**boss** [1] - 65:15
**bosses** [2] - 12:7,

65:17
**box** [1] - 65:21
**bracelets** [1] - 41:8
**break** [2] - 30:5, 46:1
**bribes** [1] - 14:19
**briefcase** [17] - 4:23, 5:2, 5:9, 5:14, 5:16, 6:2, 6:7, 8:7, 8:9, 8:10, 8:15, 8:21, 8:23, 9:2, 9:12, 9:14, 54:13
**briefly** [1] - 52:25
**bring** [2] - 4:12, 46:24
**brother** [6] - 68:6, 68:7, 68:8, 71:1, 71:2
**brought** [2] - 6:18, 31:19
**bullet** [8] - 37:22, 38:5, 38:9, 38:10, 38:12, 38:25, 66:6, 66:22
**but..** [1] - 19:12
**buy** [1] - 16:1
**BY** [38] - 2:1, 4:21, 10:4, 12:11, 15:13, 17:20, 18:6, 21:23, 23:4, 23:14, 24:19, 28:1, 30:23, 31:16, 34:20, 35:19, 36:8, 38:20, 38:24, 47:4, 48:2, 49:24, 50:13, 52:18, 53:23, 54:11, 55:3, 56:18, 62:11, 62:24, 63:15, 66:1, 66:10, 67:23, 68:17, 70:7, 70:16, 71:5

## C

**C-A-S-I-M-I-R-O** [1] - 55:2
**California** [2] - 1:20, 1:23
**camp** [1] - 41:10
**campaign** [2] - 63:14, 65:4
**campaigns** [1] - 63:22
**cane** [2] - 39:6, 39:7
**car** [1] - 8:13
**caravan** [1] - 58:20
**cards** [1] - 16:1
**care** [1] - 44:13
**carefully** [1] - 22:21
**carried** [1] - 58:11
**carry** [2] - 29:15, 58:3
**carrying** [1] - 29:20
**cars** [1] - 29:9

**Cartel** [1] - 7:9
**cartel** [8] - 7:23, 10:10, 12:13, 44:23, 45:2, 51:23, 62:2, 69:16
**cartels** [1] - 12:2
**case** [7] - 11:22, 16:5, 40:24, 46:14, 72:2, 72:18, 73:11
**Casimiro** [4] - 25:16, 54:24, 55:1, 68:25
**Castillo** [2] - 25:16, 68:25
**Cataclan** [1] - 25:17
**catch** [1] - 66:22
**celebrate** [1] - 25:4
**celebrations** [2] - 54:22, 54:24
**center** [4] - 17:11, 18:12, 18:14
**ceremony** [1] - 59:18
**certain** [2] - 10:16, 16:7
**certainly** [1] - 67:5
**CERTIFICATE** [1] - 75:1
**certify** [1] - 75:4
**change** [2] - 51:7
**characterization** [1] - 22:20
**charged** [1] - 11:5
**chat** [1] - 69:12
**check** [1] - 18:9
**checking** [1] - 53:12
**checkpoints** [1] - 68:22
**checkup** [3] - 18:11, 18:14
**chewing** [1] - 43:24
**Chicago** [1] - 10:14
**child** [2] - 59:20, 59:21
**children** [1] - 61:22
**chili** [2] - 36:13
**choose** [1] - 64:11
**chosen** [1] - 26:20
**chunk** [1] - 44:7
**church** [1] - 55:5
**cinnamon** [1] - 44:7
**citizen** [2] - 9:25, 10:6
**civil** [1] - 59:18
**CJNG** [1] - 69:4
**claim** [1] - 43:8
**claims** [1] - 10:9
**clarification** [1] - 63:11
**clarify** [3] - 33:20, 53:11, 71:6

**clash** [2] - 58:15, 58:25
**clear** [2] - 40:25, 57:15
**clearly** [2] - 24:1, 24:7
**close** [1] - 29:1
**closed** [1] - 74:13
**closest** [2] - 34:1, 34:4
**clothes** [1] - 16:16
**Coates** [1] - 74:14
**cocaine** [12] - 14:25, 28:6, 28:10, 28:13, 28:15, 29:11, 29:15, 29:17, 30:2, 30:9, 68:9, 68:11
**cold** [1] - 16:17
**collarbone** [1] - 67:14
**collected** [1] - 41:21
**Colombia** [1] - 69:6
**Colombo** [6] - 27:11, 27:23, 34:18, 38:18, 47:2, 62:4
**COLOMBO** [77] - 1:18, 1:18, 4:1, 4:3, 4:7, 4:13, 4:17, 4:21, 10:4, 12:11, 15:13, 17:20, 18:6, 21:18, 21:23, 23:4, 23:14, 24:19, 27:15, 27:17, 27:24, 28:1, 30:18, 30:22, 30:23, 31:11, 31:16, 32:20, 34:19, 34:20, 35:19, 36:8, 38:15, 38:20, 38:24, 46:23, 47:3, 47:4, 48:2, 49:24, 50:13, 52:5, 52:11, 52:15, 52:18, 52:21, 53:7, 53:16, 53:23, 54:2, 54:6, 54:9, 54:11, 55:1, 55:3, 56:18, 60:5, 60:8, 60:17, 60:21, 61:1, 61:3, 61:24, 62:3, 62:5, 62:11, 62:21, 66:20, 67:8, 67:18, 67:20, 72:8, 73:19, 73:24, 74:1, 74:7, 74:17
**color** [1] - 33:22
**Columbia** [2] - 2:2, 75:13
**COLUMBIA** [1] - 1:1
**Comandante** [2] - 16:11
**combat** [1] - 69:14
**coming** [3] - 32:22, 34:7, 70:4

**Commander** [5] - 12:15, 12:18, 65:11
**commit** [1] - 49:10
**communicating** [1] - 26:13
**communication** [3] - 16:2, 27:22, 59:12
**complaint** [1] - 33:14
**complete** [1] - 75:6
**completely** [2] - 43:14, 44:8
**comply** [1] - 49:3
**concerned** [1] - 51:25
**concluded** [1] - 74:20
**condition** [2] - 21:15, 21:21
**conducted** [2] - 26:5, 26:6
**conference** [5] - 32:6, 59:24, 62:9, 66:18, 71:19
**confers** [1] - 23:1, 23:10, 34:17, 46:20, 47:23, 56:13, 63:12, 66:15
**confirmed** [1] - 7:5
**conflict** [1] - 64:15
**confuse** [1] - 27:16
**confusing** [2] - 32:9, 32:12
**connected** [1] - 44:16
**connection** [2] - 36:17, 69:20
**consecutive** [3] - 32:17, 32:18, 34:11
**constitutes** [1] - 75:4
**Constitution** [2] - 2:3, 75:14
**contact** [10] - 26:12, 26:21, 26:22, 27:3, 27:5, 27:8, 27:12, 27:19, 52:3, 62:18
**contacted** [2] - 9:15, 10:13
**contained** [1] - 5:20
**content** [1] - 6:8
**contents** [6] - 4:22, 6:7, 8:6, 8:15, 8:24, 8:25
**continue** [3] - 30:24, 31:6, 47:2
**CONTINUED** [1] - 4:20
**contrary** [1] - 43:3
**controlled** [1] - 62:2
**convenient** [1] - 62:4
**conveniently** [1] -

61:10
**conversation** [2] - 8:2, 24:5
**conversations** [1] - 24:4
**conversion** [1] - 15:21
**cooperating** [1] - 62:16
**coordinated** [1] - 26:2
**copies** [1] - 54:4
**copter** [1] - 57:18
**copy** [4] - 46:8, 46:9, 73:1, 73:7
**correct** [122] - 4:25, 5:3, 5:10, 5:11, 5:13, 5:25, 6:16, 6:19, 6:25, 7:16, 7:18, 7:22, 8:4, 8:5, 8:8, 8:15, 10:1, 10:10, 10:11, 10:14, 10:20, 10:23, 11:5, 12:8, 12:10, 12:14, 12:25, 13:12, 13:15, 14:11, 15:20, 16:8, 19:14, 19:23, 20:7, 20:8, 20:15, 20:21, 20:23, 21:7, 21:17, 21:25, 22:9, 22:15, 22:20, 23:3, 23:19, 23:20, 24:10, 24:24, 25:2, 25:9, 25:20, 25:21, 26:1, 28:3, 28:4, 28:6, 28:14, 28:22, 28:25, 29:5, 29:10, 29:12, 29:13, 31:18, 36:7, 37:15, 37:20, 37:24, 38:2, 39:1, 39:9, 39:13, 40:4, 40:19, 40:20, 42:7, 44:23, 45:18, 47:14, 47:21, 48:9, 48:13, 48:20, 48:23, 49:19, 49:20, 49:21, 50:12, 51:1, 51:6, 51:7, 51:12, 51:16, 51:17, 52:24, 54:16, 54:20, 54:23, 54:25, 55:7, 55:8, 55:11, 55:18, 55:24, 57:10, 58:2, 58:3, 58:14, 58:24, 59:12, 62:13, 62:14, 62:16, 62:17, 62:20, 63:13, 63:21, 70:9, 70:19
**correction** [1] - 47:22
**correctly** [2] - 5:12, 17:6
**corrects** [1] - 22:21

**corresponded** [1] - 22:14
**Costa** [1] - 64:10
**coughing** [1] - 20:24
**counsel** [6] - 14:15, 24:5, 46:13, 49:17, 60:4, 73:14
**Counsel** [1] - 10:3
**countries** [1] - 69:5
**course** [17] - 9:10, 10:8, 29:16, 30:11, 35:22, 52:20, 55:21, 56:5, 56:8, 56:9, 56:21, 57:3, 57:24, 58:19, 59:2, 67:25, 74:17
**COURT** [81] - 1:1, 4:2, 4:6, 4:8, 4:16, 17:19, 18:5, 22:18, 22:25, 23:9, 24:2, 24:8, 24:11, 24:15, 27:11, 27:16, 27:19, 27:23, 27:25, 30:21, 32:2, 32:5, 32:11, 32:21, 33:6, 33:17, 34:6, 34:16, 34:18, 35:13, 38:17, 38:22, 45:25, 46:4, 46:9, 46:15, 46:21, 46:24, 47:2, 49:16, 52:9, 52:12, 53:3, 53:11, 53:20, 53:25, 54:3, 54:8, 59:23, 60:1, 60:6, 60:12, 60:19, 60:25, 61:2, 61:15, 61:20, 62:1, 62:4, 62:8, 65:23, 66:3, 67:4, 67:16, 67:19, 70:2, 71:17, 71:21, 72:1, 72:12, 72:23, 73:5, 73:9, 73:12, 73:18, 73:23, 73:25, 74:4, 74:10, 74:14, 74:19
**Court** [6] - 2:1, 2:2, 33:8, 73:16, 75:12, 75:13
**court** [5] - 34:15, 52:23, 62:2, 67:22, 72:11
**courthouse** [1] - 30:20
**courtroom** [11] - 4:14, 30:21, 30:22, 33:1, 46:2, 46:6, 46:25, 68:1, 72:21, 74:13, 74:15
**crawl** [2] - 39:4, 39:5
**crazy** [5] - 16:18, 16:19, 17:8, 17:25,

70:25
**created** [2] - 36:20, 64:9
**credibility** [1] - 61:13
**crime** [1] - 58:5
**Criminal** [1] - 1:3
**criminal** [2] - 72:6, 72:14
**critical** [1] - 33:11
**cross** [3] - 49:17, 65:18, 69:8
**Cross** [1] - 3:3
**CROSS** [1] - 4:20
**CROSS-EXAMINATION** [1] - 4:20
**cross-examining** [1] - 49:17
**crossed** [2] - 40:2, 42:15
**crossing** [2] - 41:21, 42:12
**CRR** [3] - 2:1, 75:3, 75:12
**cruel** [1] - 35:17
**curiosity** [1] - 70:6
**custody** [8] - 11:7, 11:8, 17:2, 19:13, 22:15, 23:19, 25:1, 59:20

**D**

**D.C** [5] - 1:6, 1:16, 2:4, 12:24, 75:14
**damaged** [2] - 5:17, 6:3
**Daniel** [1] - 51:13
**date** [12] - 13:8, 13:10, 13:20, 13:23, 14:1, 14:2, 53:3, 53:5, 53:12, 53:13, 53:14
**Dated** [1] - 75:10
**dates** [1] - 13:18
**days** [7] - 20:14, 20:25, 32:25, 36:3, 37:8, 49:8
**de** [2] - 51:15, 63:14
**DEA** [3] - 6:23, 62:12, 62:18
**dead** [1] - 39:25
**deals** [1] - 65:4
**death** [1] - 14:7
**debrief** [2] - 38:3, 38:9, 45:1
**decide** [1] - 22:19
**decided** [1] - 16:22
**decision** [4] - 35:3, 35:14, 35:17, 43:16

**decisions** [1] - 47:16
**dedicated** [1] - 31:9
**Defendant** [4] - 1:7, 27:13, 27:20, 73:15
**DEFENDANT** [1] - 1:18
**defense** [4] - 46:13, 49:16, 72:2, 73:14
**definitely** [1] - 53:9
**deliver** [1] - 63:8
**delivered** [2] - 64:1, 65:2
**DEPARTMENT** [1] - 1:15
**deported** [11] - 9:10, 10:18, 19:2, 19:5, 19:14, 19:20, 19:22, 20:4, 20:7, 70:22, 70:23
**describe** [1] - 67:15
**detained** [16] - 10:21, 17:7, 17:9, 17:14, 17:21, 18:22, 19:1, 19:10, 19:25, 50:15, 50:20, 50:23, 51:2, 51:10, 51:18, 51:21
**detention** [6] - 17:11, 18:1, 18:8, 18:12, 18:14, 51:13
**determine** [1] - 51:19
**diary** [1] - 5:5
**Diego** [2] - 1:20, 1:23
**different** [4] - 9:7, 9:23, 25:23, 69:7
**Direct** [1] - 3:3
**directly** [2] - 9:15, 27:20
**director** [6] - 8:1, 8:3, 25:6, 25:13, 25:19, 50:23
**directors** [3] - 15:9, 64:11, 64:18
**disarmed** [1] - 51:6
**discussed** [1] - 65:22
**discussing** [2] - 8:19, 53:2
**disfigured** [1] - 67:6
**disfigurement** [1] - 67:14
**dispatch** [1] - 11:2
**dispatched** [1] - 48:18
**distance** [2] - 30:1, 30:2
**distribute** [1] - 15:2
**distributing** [1] - 14:25
**District** [3] - 2:2, 2:2,

75:13
**DISTRICT** [3] - 1:1, 1:1, 1:11
**district** [1] - 75:13
**divorce** [6] - 59:15, 59:20, 60:2, 60:9, 60:16, 61:4
**docked** [1] - 28:10
**docket** [1] - 60:9
**doctor** [3] - 16:22, 18:7, 22:2
**document** [10] - 22:8, 61:7, 61:8, 61:13, 62:1, 62:6, 73:14, 73:22, 74:6
**documents** [1] - 22:12
**dollar** [1] - 45:23
**dollars** [1] - 41:24
**done** [4] - 11:13, 32:14, 47:25, 48:5
**door** [4] - 30:4, 30:20, 30:21
**down** [21] - 13:10, 13:14, 15:22, 41:6, 51:20, 55:4, 55:13, 56:10, 57:12, 57:18, 58:1, 58:7, 58:10, 59:7, 65:20, 65:23, 66:3, 71:7, 71:10
**downed** [1] - 58:12
**drag** [1] - 39:5
**dragged** [1] - 39:7
**dressed** [1] - 29:8
**driver** [8] - 48:14, 48:22, 49:2, 49:3, 49:11, 50:2, 50:5
**drove** [2] - 39:20, 68:4
**drug** [1] - 26:6
**drug-trafficking** [1] - 26:6
**dry** [1] - 30:6
**due** [1] - 71:3
**during** [7] - 9:24, 10:5, 13:21, 18:7, 38:3, 42:20, 56:3

**E**

**early** [2] - 21:11, 72:15
**East** [3] - 12:20, 69:18, 69:23
**eaten** [1] - 45:22
**edge** [1] - 29:22
**EDWARD** [1] - 1:21
**Edwards** [1] - 75:12
**EDWARDS** [2] - 2:1,

75:3
**either** [2] - 6:22, 7:19
**EI** [26] - 7:10, 12:5, 12:10, 15:8, 15:9, 25:17, 34:22, 34:24, 35:4, 37:14, 47:6, 47:9, 47:14, 47:16, 47:18, 47:21, 48:4, 48:5, 58:8, 58:9, 58:11, 65:13, 65:15, 70:24
**elbows** [2] - 39:6, 39:8
**electrocuted** [3] - 36:9, 36:11, 36:12
**employees** [1] - 28:23
**encampment** [1] - 63:7
**end** [1] - 49:18
**ended** [1] - 42:12
**enforcement** [1] - 10:14
**engaged** [1] - 25:24
**English** [1] - 53:17
**enjoy** [1] - 43:15
**enter** [1] - 20:3
**entered** [8] - 4:14, 14:3, 17:23, 18:16, 46:5, 46:25, 52:14, 53:22
**entering** [2] - 11:11, 11:16
**entire** [2] - 44:15, 73:22
**entirely** [1] - 9:7
**entry** [6] - 10:23, 11:5, 11:22, 16:4, 19:20, 30:20
**escape** [2] - 38:1, 39:24
**escorted** [1] - 6:23
**ESQ** [5] - 1:14, 1:14, 1:15, 1:18, 1:21
**established** [2] - 19:16, 63:19
**estimate** [3] - 30:2, 30:24, 31:5
**evaluated** [3] - 16:20, 16:21, 18:7
**evaluation** [2] - 17:16, 61:5
**evening** [1] - 72:20
**event** [3] - 50:14, 54:16, 56:22
**events** [2] - 25:24, 50:3
**everywhere** [1] - 29:5
**evidence** [2] - 52:14,

53:22
**EVIDENCE** [1] - 3:8
**exact** [3] - 7:3, 28:16, 60:22
**exactly** [12] - 6:10, 8:11, 9:1, 13:3, 13:9, 13:23, 19:12, 31:19, 44:24, 49:4, 55:20, 58:17
**EXAMINATION** [2] - 4:20, 62:23
**examining** [1] - 49:17
**example** [2] - 31:7, 68:21
**exchange** [1] - 69:22
**excuse** [3] - 34:16, 72:4, 72:13
**excused** [2] - 72:23, 72:24
**excusing** [1] - 71:21
**executed** [3] - 36:22, 37:17, 37:18
**Exhibit** [8] - 3:9, 3:10, 52:6, 52:13, 52:22, 53:18, 53:21, 54:10
**EXHIBITS** [1] - 3:8
**exited** [2] - 46:2, 72:21
**expenses** [1] - 65:4
**experience** [1] - 5:23
**explain** [3] - 17:21, 47:7, 64:6
**explained** [1] - 13:1
**explaining** [2] - 47:12, 47:24
**eyes** [1] - 46:13

## F

**facing** [2] - 67:4, 67:11
**fact** [3] - 41:18, 64:22, 68:24
**factual** [1] - 60:3
**fair** [2] - 17:9, 21:24
**faith** [1] - 60:23
**fall** [1] - 66:3
**familial** [2] - 45:8, 45:10
**family** [4] - 40:10, 41:19, 41:22, 45:7
**family's** [2] - 12:1, 39:15
**far** [1] - 30:25
**farm** [2] - 12:1, 16:12
**father** [4] - 24:21, 25:3, 26:10, 71:15

**FBI** [10] - 6:23, 7:1, 7:2, 7:15, 9:17, 9:24, 10:5, 10:9, 10:13
**February** [1] - 73:2
**federal** [2] - 50:15, 52:3
**feed** [1] - 42:25
**felt** [2] - 47:9, 47:16
**few** [3] - 20:14, 31:1, 37:8
**field** [2] - 39:6, 39:7
**filed** [7] - 59:15, 59:19, 60:8, 60:10, 60:15, 61:9, 62:1
**filing** [1] - 61:4
**fill** [1] - 33:2
**fine** [9] - 32:20, 41:10, 41:11, 44:9, 54:9, 61:1, 62:5, 67:20, 68:3
**finger** [1] - 66:8
**fingerprinted** [4] - 7:5, 7:13, 10:22, 10:25
**fingerprints** [1] - 11:1
**finish** [1] - 4:8
**fired** [5] - 57:1, 58:6, 58:10, 58:14, 59:4
**fireworks** [1] - 54:19
**first** [21] - 7:7, 18:24, 18:25, 19:1, 19:15, 19:16, 23:18, 24:20, 37:11, 37:13, 41:24, 42:9, 48:14, 48:16, 48:18, 57:1, 57:3, 63:1, 63:5
**fishing** [7] - 28:13, 29:11, 30:12, 30:14, 30:19, 31:4, 31:9
**fits** [1] - 66:8
**five** [9] - 25:23, 27:12, 28:7, 28:19, 37:9, 48:17, 48:18, 49:14, 64:18
**fleeing** [1] - 14:6
**floor** [3] - 41:5, 41:6, 41:25
**Floor** [2] - 1:19, 1:22
**fly** [1] - 73:1
**focus** [1] - 28:8
**followed** [1] - 27:6
**following** [13] - 4:15, 32:6, 34:14, 46:3, 46:6, 47:1, 59:24, 62:9, 66:18, 67:21, 71:19, 72:10, 72:22
**food** [4] - 42:24, 42:25, 65:13, 69:11
**foot** [1] - 66:5

**FOR** [4] - 1:1, 1:14, 1:18, 3:5
**force** [5] - 35:1, 37:13, 41:2, 64:9, 64:23
**forced** [1] - 63:24
**forces** [15] - 14:8, 35:4, 36:16, 36:19, 37:7, 37:12, 41:1, 52:2, 64:5, 64:6, 65:1, 65:5, 65:8
**foregoing** [1] - 75:4
**forehead** [2] - 65:21, 67:12
**forgive** [1] - 38:6
**forgot** [1] - 39:2
**form** [1] - 22:5
**former** [1] - 25:6
**four** [2] - 25:23, 64:18
**freely** [1] - 69:3
**friend** [2] - 39:16, 39:19
**front** [3] - 5:1, 38:19, 66:25
**fruit** [1] - 43:23
**fuck** [1] - 65:10
**full** [1] - 75:5
**funds** [1] - 63:21
**funny** [1] - 51:21

## G

**Gaitan** [1] - 69:1
**gallery** [1] - 46:20
**gaps** [2] - 33:3, 33:13
**garbled** [2] - 32:23, 34:7
**gasoline** [1] - 65:13
**Generacion** [1] - 7:10
**General's** [1] - 50:19
**genitals** [4] - 35:24, 36:5, 66:12, 66:17
**gentlemen** [1] - 72:12
**ginger** [1] - 44:8
**given** [4] - 26:9, 26:11, 27:7, 43:5
**God** [1] - 40:23
**godfather** [15] - 15:12, 35:16, 36:18, 44:12, 44:19, 45:5, 45:6, 45:12, 45:13, 45:14, 63:18, 63:20, 68:6, 71:9
**Gomez** [24] - 3:6, 4:22, 27:19, 30:19,

30:24, 31:12, 34:21, 46:5, 47:5, 50:14, 52:16, 52:19, 53:24, 54:12, 55:19, 56:19, 57:16, 59:14, 62:12, 62:25, 66:11, 67:24, 68:18, 71:6
**GOMEZ** [1] - 4:18
**GONZALEZ** [1] - 1:6
**good-faith** [1] - 60:23
**government** [12] - 14:7, 22:4, 22:6, 22:11, 36:15, 36:19, 41:12, 50:16, 52:4, 56:14, 64:9, 64:23
**Government** [32] - 6:12, 6:16, 14:14, 14:19, 20:18, 28:17, 38:3, 38:8, 39:4, 39:12, 40:6, 40:9, 40:11, 42:7, 42:19, 44:22, 44:25, 48:3, 48:24, 48:25, 49:13, 50:1, 54:6, 54:9, 57:17, 57:23, 57:25, 59:4, 61:17, 62:7, 67:16, 73:16
**GOVERNMENT** [3] - 1:14, 3:5, 4:18
**government's** [1] - 3:9
**Government's** [8] - 3:10, 14:13, 52:6, 52:13, 52:22, 53:18, 53:21, 61:16
**governor** [7] - 36:17, 51:24, 63:8, 63:17, 64:1, 64:24, 65:1
**governor's** [1] - 52:1
**governors** [1] - 63:22
**grabbed** [2] - 35:1, 37:7
**grazed** [1] - 37:23
**grazing** [1] - 66:8
**group** [2] - 49:2, 51:16
**Grullo** [2] - 25:17, 69:1
**Guadalajara** [7] - 20:20, 21:6, 35:11, 37:2, 44:11, 44:12, 64:12
**Gualtlan** [1] - 69:1
**Guanajuato** [1] - 64:15
**guards** [2] - 17:2, 17:3
**guava** [1] - 43:23

**guavas** [1] - 43:24
**Guerrero** [1] - 42:1
**guilty** [1] - 11:11
**gun** [1] - 66:8
**guys** [1] - 63:7

## H

**hand** [3] - 29:17, 29:20, 66:5
**handled** [1] - 59:12
**hands** [2] - 17:5, 51:17
**handy** [1] - 53:4
**hard** [1] - 34:9
**harder** [2] - 34:1, 34:3
**hate** [1] - 33:24
**head** [6] - 36:1, 37:22, 66:22, 67:6, 67:8, 67:13
**healed** [3] - 43:20, 43:22, 44:6
**hear** [8] - 24:1, 24:6, 24:7, 24:11, 24:12, 66:13, 71:11, 71:14
**heard** [2] - 33:14, 57:17
**hearing** [1] - 54:18
**hectares** [1] - 12:6
**held** [7] - 31:17, 32:7, 51:14, 59:25, 62:10, 66:19, 71:20
**helicopter** [24] - 13:14, 13:19, 35:11, 50:14, 51:20, 51:22, 55:13, 55:15, 56:11, 56:23, 57:1, 57:3, 57:12, 58:1, 58:7, 58:10, 58:18, 58:21, 59:5, 59:7, 63:1, 63:5, 71:7, 71:10
**help** [4] - 15:2, 15:8, 17:11, 40:10
**helped** [3] - 29:16, 39:14, 47:18
**hereby** [1] - 75:3
**Herminio** [2] - 3:6, 46:5
**HERMINIO** [1] - 4:18
**hiding** [5] - 9:21, 9:22, 70:23, 70:24
**Hindus** [1] - 70:20
**hit** [5] - 35:23, 35:24, 66:7, 71:2
**holds** [1] - 26:23
**home** [2] - 9:5, 9:8
**Honduras** [1] - 69:7
**honey** [1] - 44:7

**Honor** [50] - 4:1, 4:17, 17:17, 18:3, 22:16, 22:23, 23:8, 23:24, 24:6, 24:13, 24:14, 27:9, 27:15, 30:18, 31:25, 32:18, 32:20, 32:24, 33:19, 33:24, 34:13, 34:19, 46:7, 46:22, 46:23, 52:5, 52:15, 52:24, 53:4, 53:8, 53:9, 53:14, 53:16, 59:22, 60:5, 60:18, 61:6, 62:6, 62:22, 66:20, 67:11, 67:20, 71:4, 71:16, 72:8, 72:9, 72:25, 73:19, 74:8, 74:18
**HONORABLE** [1] - 1:10
**HORNOK** [1] - 1:15
**hospital** [14] - 20:14, 20:18, 20:21, 21:1, 21:4, 21:6, 21:8, 21:10, 34:23, 44:2, 44:11, 59:11, 68:5, 71:3
**hospitalization** [1] - 21:25
**hospitalized** [7] - 20:13, 21:14, 21:15, 21:20, 22:3, 59:2, 63:3
**hospitals** [1] - 22:1
**hotel** [1] - 41:4
**hours** [2] - 8:18, 21:11
**house** [4] - 39:17, 39:20, 39:21, 40:7
**houses** [1] - 42:22
**HOWELL** [1] - 1:10
**Huerta** [2] - 25:17, 68:25
**hung** [1] - 36:14

## I

**ice** [1] - 36:12
**idea** [1] - 60:4
**identity** [1] - 7:5
**ignorance** [1] - 38:7
**illegal** [5] - 10:23, 11:5, 11:22, 16:4, 19:19
**illegally** [8] - 9:25, 10:6, 11:12, 11:16, 13:17, 20:4, 40:2, 42:15
**immediately** [2] -

10:12, 43:8
**immigration** [15] - 7:13, 10:11, 10:17, 16:14, 16:15, 16:16, 17:5, 17:6, 17:12, 18:22, 19:1, 19:2, 19:6, 19:10, 20:1
**important** [2] - 63:22, 63:23
**IN** [1] - 3:8
**inaccurate** [1] - 14:1
**incident** [2] - 13:19, 53:2
**including** [1] - 37:1
**income** [1] - 15:14
**incorrect** [1] - 13:22
**Indian** [1] - 43:20
**indicated** [5] - 30:19, 31:12, 35:20, 36:21, 36:25
**indicating** [4] - 30:1, 38:16, 38:22, 66:5
**individual** [1] - 60:20
**individuals** [3] - 28:23, 29:14, 44:1
**infected** [2] - 44:14, 44:15
**information** [10] - 12:24, 27:8, 27:20, 46:14, 55:25, 56:3, 56:19, 57:9, 59:3, 61:17
**injuries** [3] - 44:13, 65:19, 67:25
**injury** [1] - 43:22
**innocently** [1] - 54:21
**inside** [1] - 66:9
**instructed** [1] - 49:1
**instruction** [1] - 22:24
**intentionally** [1] - 57:10
**interested** [1] - 7:12
**interns** [1] - 46:17
**interpretation** [7] - 32:8, 32:14, 32:16, 33:13, 34:7, 34:11, 70:13
**INTERPRETER** [19] - 4:20, 10:2, 12:9, 15:11, 21:20, 23:6, 23:24, 24:3, 24:10, 24:13, 24:16, 36:6, 47:22, 50:11, 56:12, 62:10, 66:13, 68:15, 70:14
**interpreter** [23] - 10:2, 12:9, 21:18, 23:1, 23:6, 23:7,

23:10, 23:25, 24:6, 24:17, 32:15, 33:7, 33:25, 34:4, 34:8, 36:6, 47:22, 50:11, 56:12, 63:10, 66:13, 68:15
**interpreters** [9] - 31:14, 32:14, 33:6, 33:18, 34:2, 34:10, 34:11, 34:17, 64:8
**interrupt** [1] - 53:25
**interview** [10] - 5:6, 7:14, 8:14, 9:24, 10:5, 13:21, 34:25, 55:20, 56:4, 62:25
**interviewed** [9] - 7:2, 7:4, 11:17, 11:19, 11:21, 11:25, 49:1, 53:6, 53:8
**introduced** [2] - 23:23, 24:21
**investigation** [1] - 51:19
**investigator** [4] - 33:1, 73:23, 73:25, 74:3
**involved** [2] - 15:5, 28:6
**involvement** [2] - 51:19, 57:7
**Iraq** [1] - 69:6
**ISIS** [10] - 7:23, 10:10, 12:3, 12:13, 12:16, 12:19, 16:12, 69:19, 70:2
**Israel** [4] - 12:15, 12:18, 16:11, 69:8
**IT** [1] - 74:14
**itself** [2] - 53:13, 53:15

## J

**jail** [1] - 17:13
**jailed** [1] - 23:21
**Jalisco** [12] - 7:9, 36:20, 50:20, 51:11, 62:2, 63:9, 63:17, 64:2, 64:10, 64:25
**JAN** [1] - 1:21
**January** [1] - 10:19
**JONATHAN** [1] - 1:15
**journal** [10] - 4:3, 4:11, 5:1, 5:5, 5:10, 5:12, 5:14, 5:16, 5:18, 5:20
**journals** [1] - 4:9
**journey** [2] - 40:13,

42:20
**JR** [2] - 1:18, 1:18
**JUDGE** [1] - 1:11
**June** [9] - 4:23, 5:2, 5:9, 5:15, 6:21, 13:11, 19:4, 54:14, 73:3
**jury** [18] - 4:5, 4:12, 4:14, 22:19, 38:18, 46:2, 46:24, 46:25, 52:8, 54:8, 54:10, 65:21, 67:1, 67:11, 72:5, 72:21
**JURY** [1] - 1:10
**JUSTICE** [1] - 1:15

## K

**KAITLIN** [1] - 1:14
**KATE** [1] - 1:14
**keep** [3] - 8:10, 44:18, 55:14
**kept** [6] - 8:9, 8:16, 8:17, 8:21, 16:23, 35:9
**kicked** [1] - 36:1
**kidnapped** [1] - 35:5
**kidnapping** [1] - 47:10
**kill** [6] - 37:10, 48:8, 48:12, 49:6, 50:6, 69:15
**killed** [3] - 36:25, 37:9, 48:5
**killing** [1] - 70:25
**kind** [2] - 33:21, 71:10
**kitchen** [1] - 35:8
**knees** [1] - 37:5
**knowledge** [3] - 58:16, 58:19, 58:23

## L

**labor** [1] - 63:24
**ladies** [1] - 72:12
**lady** [1] - 42:1
**land** [1] - 30:7
**last** [6] - 21:19, 22:23, 32:25, 66:14, 70:13, 70:22
**late** [1] - 72:16
**laughed** [4] - 16:16, 55:6, 55:7, 67:24
**laughing** [1] - 67:24
**launch** [1] - 31:20
**law** [1] - 10:14
**LAW** [2] - 1:18, 1:21
**lawyers** [1] - 71:18

**leave** [2] - 21:1, 21:5
**leaves** [2] - 43:23, 43:24
**leaving** [1] - 57:6
**left** [7] - 4:22, 21:4, 32:9, 33:2, 38:16, 38:19, 42:5
**leg** [7] - 38:5, 38:10, 38:13, 38:16, 38:19, 65:22, 66:22
**Leica** [1] - 56:7
**lemons** [1] - 44:6
**lent** [1] - 41:19
**less** [4] - 15:24, 24:14, 30:6, 30:15
**letter** [5] - 47:12, 47:15, 47:17, 47:19, 47:20
**letters** [1] - 48:4
**level** [1] - 64:20
**lie** [3] - 57:13, 57:14, 57:15
**life** [2] - 14:6, 60:1
**line** [1] - 62:19
**LISA** [2] - 2:1, 75:3
**Lisa** [1] - 75:12
**listen** [1] - 22:20
**live** [2] - 12:7, 61:23
**lives** [2] - 61:8, 61:20
**living** [1] - 60:14
**loaded** [1] - 29:18
**location** [3] - 9:7, 12:6, 58:15
**locations** [1] - 9:23
**locked** [1] - 9:11
**logically** [1] - 66:16
**look** [1] - 4:9
**Los** [1] - 57:13
**lost** [3] - 37:25, 40:22, 71:3
**lower** [1] - 38:16
**lunch** [3] - 72:15, 72:16
**lungs** [1] - 44:14

**M**

**machine** [1] - 44:16
**mail** [3] - 9:3, 9:4, 9:16
**mailed** [1] - 9:4
**main** [2] - 39:8, 39:19
**man** [2] - 69:8
**Mandujano** [1] - 65:11
**marked** [1] - 52:6
**married** [6] - 20:9, 20:10, 24:25, 25:3,

45:15, 45:20
**marry** [1] - 59:18
**Martinez** [1] - 65:11
**matter** [2] - 41:18, 64:22
**matters** [2] - 72:6, 72:14
**mayor** [1] - 63:22
**mayor's** [1] - 15:25
**mean** [9] - 8:3, 11:4, 32:21, 32:22, 44:24, 47:7, 61:16, 70:17, 74:10
**means** [1] - 45:7
**medical** [6] - 22:5, 22:8, 22:10, 43:19, 44:5, 44:10
**medications** [1] - 22:8
**meet** [1] - 69:4
**meeting** [3] - 6:19, 26:3, 26:7
**members** [6] - 7:24, 12:3, 12:12, 12:19, 44:23, 45:2
**men** [6] - 28:15, 66:7, 69:4, 69:9, 69:18, 70:8
**Menchito** [20] - 14:24, 22:14, 23:18, 23:23, 24:20, 24:25, 26:2, 26:7, 26:19, 48:8, 48:12, 49:1, 49:3, 49:6, 49:10, 49:15, 50:6, 57:17, 71:9, 71:14
**Mencho** [27] - 7:10, 7:21, 14:20, 15:5, 15:8, 15:11, 23:22, 24:21, 26:10, 26:16, 35:16, 43:2, 44:19, 45:5, 45:17, 47:12, 47:20, 48:4, 48:5, 49:14, 49:15, 55:23, 56:6, 63:20, 64:2, 65:2, 65:16
**Mencho's** [2] - 55:23, 68:7
**Menozitlan** [1] - 25:17
**mention** [1] - 16:13
**mentioned** [12] - 5:6, 11:24, 14:4, 17:24, 35:2, 35:14, 40:12, 63:3, 64:5, 68:4, 68:9, 69:8
**mentioning** [3] - 42:9, 44:18, 51:24
**messed** [1] - 67:14
**met** [12] - 23:18,

23:20, 24:20, 28:17, 38:3, 38:8, 40:11, 42:19, 44:25, 48:24, 49:7, 50:12
**meters** [1] - 31:1
**Mexican** [9] - 9:25, 10:6, 10:10, 12:2, 14:7, 41:12, 50:15, 70:20, 74:12
**Mexicans** [2] - 69:24, 69:25
**Mexico** [20] - 9:5, 9:6, 10:16, 11:9, 11:11, 13:5, 14:6, 19:14, 19:20, 20:7, 41:14, 42:5, 44:3, 60:7, 60:9, 60:16, 61:8, 61:25, 69:5, 70:18
**Michoacan** [1] - 64:15
**Middle** [3] - 12:20, 69:18, 69:22
**might** [1] - 51:19
**million** [5] - 63:13, 63:16, 63:17, 64:1, 65:2
**mind** [3] - 16:18, 16:20, 55:14
**mine** [3] - 12:10, 12:13, 16:12
**minor** [1] - 59:20
**minute** [1] - 46:1
**mischaracterizatio n** [2] - 18:4, 22:17
**mischaracterizing** [1] - 17:18, 27:10
**misleading** [1] - 57:7
**miss** [1] - 34:2
**missed** [1] - 73:6
**misstatement** [1] - 22:22
**Mister** [4] - 20:23, 27:5, 47:15, 47:25
**Mister's** [3] - 35:3, 35:14, 35:15
**moment** [4] - 42:23, 46:16, 46:19, 71:4
**money** [11] - 14:17, 15:8, 41:9, 41:19, 41:25, 42:2, 42:5, 45:17, 63:8, 65:3
**monitor** [1] - 52:19
**Montana** [3] - 20:19, 68:4, 68:5
**month** [7] - 15:19, 15:21, 23:13, 23:16, 42:20, 50:8, 63:9
**months** [14] - 8:20, 8:21, 9:11, 11:14,

13:5, 13:19, 14:3, 19:19, 40:3, 40:17, 40:20, 42:3, 43:11, 43:12
**months'** [1] - 19:13
**morning** [7] - 5:8, 13:15, 21:12, 51:9, 72:6, 72:14, 74:9
**mountains** [2] - 40:15, 40:16
**move** [6] - 27:25, 30:7, 53:19, 62:5, 62:8, 68:13
**moved** [1] - 29:17
**movie** [1] - 33:21
**moving** [1] - 64:3
**MR** [78] - 4:1, 4:3, 4:7, 4:13, 4:17, 4:21, 10:4, 12:11, 15:13, 17:20, 18:6, 21:18, 21:23, 23:4, 23:14, 24:19, 27:15, 27:17, 27:24, 28:1, 30:18, 30:22, 30:23, 31:11, 31:16, 32:20, 32:24, 33:11, 33:19, 34:19, 34:20, 35:19, 36:8, 38:15, 38:20, 38:24, 46:23, 47:3, 47:4, 48:2, 49:24, 50:13, 52:5, 52:11, 52:15, 52:18, 52:21, 53:7, 53:16, 53:23, 54:2, 54:6, 54:9, 54:11, 55:1, 55:3, 56:18, 60:5, 60:8, 60:17, 60:21, 61:1, 61:3, 61:24, 62:3, 62:5, 62:11, 62:21, 66:20, 67:8, 67:18, 67:20, 72:8, 73:19, 73:24, 74:1, 74:7, 74:17
**MS** [49] - 17:17, 18:3, 22:16, 22:23, 27:9, 31:25, 32:3, 32:8, 32:17, 33:24, 34:13, 46:7, 46:12, 46:16, 46:22, 52:24, 53:4, 53:9, 53:14, 59:22, 60:3, 60:14, 61:6, 61:19, 61:22, 61:25, 62:24, 63:15, 65:20, 66:1, 66:10, 67:11, 67:23, 68:17, 70:7, 70:12, 70:16, 71:4, 71:5, 71:16, 71:24, 72:9, 72:25, 73:7, 73:10, 73:13, 74:2, 74:8, 74:11
**municipal** [1] - 63:23

municipalities [1] - 64:18
**municipality** [3] - 15:18, 25:15, 64:12
**murder** [2] - 49:9, 49:15
**must** [2] - 16:17, 24:8

**N**

**name** [8] - 39:12, 39:17, 42:6, 42:10, 51:24, 52:1, 60:22, 63:6
**named** [1] - 65:1
**names** [3] - 39:14, 46:10, 46:11
**NASEEF** [50] - 1:14, 17:17, 18:3, 22:16, 22:23, 27:9, 31:25, 32:3, 32:8, 32:17, 33:24, 34:13, 46:7, 46:12, 46:16, 46:22, 52:24, 53:4, 53:9, 53:14, 59:22, 60:3, 60:14, 61:6, 61:19, 61:22, 61:25, 62:24, 63:15, 65:20, 66:1, 66:10, 67:11, 67:23, 68:17, 70:7, 70:12, 70:16, 71:4, 71:5, 71:16, 71:24, 72:9, 72:25, 73:7, 73:10, 73:13, 74:2, 74:8, 74:11
**Navidad** [1] - 63:14
**Nayarit** [1] - 40:14
**near** [2] - 23:25, 24:5
**nearby** [1] - 39:6
**necklaces** [1] - 41:8
**need** [3] - 6:22, 46:4, 46:18
**needed** [1] - 65:14
**neighbors** [1] - 25:16
**never** [33] - 5:16, 14:12, 14:16, 14:19, 15:5, 15:7, 15:9, 22:10, 26:19, 27:12, 27:21, 39:12, 39:14, 40:15, 42:6, 42:24, 43:2, 43:3, 43:4, 43:5, 43:6, 45:16, 50:22, 51:22, 52:3, 57:11, 57:14, 57:16, 57:23, 61:13, 67:25
**nevertheless** [1] - 51:10

**news** [8] - 52:16, 55:25, 56:3, 56:19, 56:25, 57:7, 57:10
**night** [1] - 28:16
**nobody** [4] - 14:23, 15:3, 51:8, 51:24
**Noemi** [1] - 42:1
**Nogales** [4] - 10:18, 42:12, 42:16, 42:17
**none** [3] - 24:11, 37:4, 37:6
**nonspeaking** [1] - 33:4
**normal** [2] - 16:25, 18:17
**Northeast** [1] - 1:16
**Northwest** [2] - 2:3, 75:14
**notebook** [2] - 73:2, 73:8
**notes** [6] - 5:7, 5:11, 5:16, 5:19, 7:19, 75:5
**nothing** [2] - 40:12, 52:4
**notice** [2] - 68:20, 68:21
**noticeable** [1] - 67:9
**noticed** [4] - 4:3, 4:13, 32:25
**notification** [1] - 73:16
**Nueva** [1] - 7:9
**number** [7] - 9:18, 26:9, 26:12, 26:17, 27:12, 72:6, 72:13
**numbers** [1] - 59:9
**numerous** [1] - 64:6

## O

**objection** [7] - 17:17, 18:3, 22:16, 27:9, 59:22, 73:18, 74:17
**observe** [2] - 63:2
**obtained** [1] - 28:10
**obviously** [3] - 33:20, 34:1, 43:10
**occasionally** [1] - 34:2
**occasions** [3] - 26:15, 48:11, 65:12
**occurred** [1] - 28:3
**October** [1] - 50:4
**OF** [6] - 1:1, 1:3, 1:10, 1:15, 1:18, 1:21
**OFFICE** [1] - 1:21
**office** [6] - 6:23, 7:1, 16:1, 22:7, 35:8, 50:19

**officer** [6] - 6:22, 7:8, 11:18, 11:19, 12:21, 13:1
**officers** [16] - 15:9, 29:3, 35:9, 35:21, 36:21, 36:24, 37:1, 37:4, 37:6, 37:17, 51:2, 51:11, 58:19, 63:4, 64:20, 68:10
**OFFICES** [1] - 1:18
**offices** [1] - 46:18
**Official** [1] - 2:1
**official** [3] - 29:7, 29:9, 75:12
**officials** [1] - 17:7
**offloaded** [2] - 28:15, 29:11
**often** [1] - 15:23
**Ohio** [3] - 6:22, 11:8, 13:11
**older** [1] - 71:2
**once** [4] - 17:13, 23:20, 47:18, 58:21
**one** [46] - 6:1, 6:4, 6:18, 7:17, 12:5, 14:17, 15:10, 16:6, 16:14, 16:21, 26:13, 26:17, 26:19, 27:2, 31:19, 31:20, 31:21, 31:23, 31:24, 33:7, 34:16, 35:17, 37:2, 37:3, 40:8, 40:10, 42:23, 44:6, 46:7, 46:17, 46:19, 47:20, 48:14, 53:25, 58:12, 60:10, 63:21, 65:16, 66:6, 67:9, 71:4, 71:6, 71:10, 74:9
**ones** [6] - 17:10, 17:12, 26:20, 59:6, 65:10, 71:9
**open** [4] - 34:15, 52:23, 67:22, 72:11
**opened** [1] - 9:1
**operating** [1] - 74:15
**operation** [1] - 65:10
**operations** [1] - 10:10
**opportunity** [3] - 4:4, 39:24, 61:12
**opposite** [3] - 57:19, 57:20, 57:21
**order** [14] - 27:5, 35:4, 35:6, 39:3, 41:13, 46:13, 50:22, 57:17, 57:21, 59:7, 71:11, 71:14, 73:2, 74:5
**ordered** [7] - 21:2, 50:20, 50:21, 51:13,

63:16, 71:7, 71:9
**ordering** [1] - 72:15
**orders** [4] - 35:2, 59:8, 71:10, 73:11
**OSEGUERA** [1] - 1:6
**Oseguera** [1] - 25:24
**OSEGUERA-GONZALEZ** [1] - 1:6
**otherwise** [1] - 10:15
**outside** [1] - 69:5
**overflow** [1] - 74:15
**own** [3] - 5:7, 35:3, 69:20
**Oz** [1] - 33:22

## P

**p.m** [6] - 1:7, 4:15, 46:3, 47:1, 72:22, 74:20
**PAGE** [1] - 3:8
**paid** [16] - 14:12, 14:23, 14:25, 15:3, 15:5, 41:15, 41:20, 41:24, 41:25, 42:3, 43:2, 43:3, 45:15, 45:18, 62:12, 62:15
**Pakistan** [4] - 12:15, 12:18, 16:11, 69:9
**paper** [2] - 5:11, 22:2
**park** [1] - 49:2
**part** [6] - 21:19, 22:23, 30:6, 61:3, 66:14
**particular** [2] - 73:14, 74:6
**parties** [8] - 23:25, 24:3, 45:19, 45:21, 52:5, 52:7, 53:16, 53:18
**party** [1] - 45:15
**Paso** [2] - 12:5, 12:10
**passing** [2] - 43:11, 43:12
**past** [1] - 14:19
**patrol** [3] - 6:22, 7:8, 29:6
**pause** [1] - 35:13
**pauses** [1] - 64:7
**pay** [4] - 14:17, 45:19, 45:20, 45:21
**payments** [1] - 42:2
**payroll** [1] - 15:7
**pee** [1] - 43:13
**peeing** [1] - 43:12
**penicillin** [1] - 43:23
**penis** [4] - 35:23, 36:11, 66:12, 66:17

**people** [32] - 16:24, 17:10, 25:5, 25:8, 25:10, 25:11, 25:18, 28:18, 28:19, 28:21, 29:1, 31:8, 33:4, 33:15, 37:9, 37:18, 37:20, 45:20, 46:20, 48:17, 48:19, 49:14, 50:7, 51:21, 55:14, 55:23, 64:11, 64:12, 68:20, 68:21, 74:15
**people's** [2] - 36:1, 42:21
**peppers** [1] - 36:13
**percent** [2] - 44:13, 44:14, 64:13
**perforated** [1] - 35:23
**perhaps** [2] - 42:11, 43:4
**period** [5] - 8:18, 17:9, 17:15, 17:21, 18:2
**Perla** [1] - 31:8
**Perro** [3] - 58:8, 58:9, 58:11
**person** [11] - 7:11, 23:19, 26:3, 26:7, 26:23, 27:22, 39:11, 49:7, 60:24, 63:19, 65:2
**personal** [5] - 5:4, 58:16, 58:23, 60:1
**personally** [2] - 48:8, 48:12
**peso** [2] - 15:3, 15:22
**pesos** [5] - 14:22, 15:10, 15:15, 15:17
**phone** [4] - 9:17, 26:17, 26:23, 27:1
**phones** [2] - 31:25, 32:3
**photocopy** [1] - 46:18
**photographs** [1] - 54:15
**photos** [1] - 5:5
**phrases** [2] - 32:9, 33:2
**physically** [2] - 29:15, 29:20
**pick** [4] - 32:3, 36:12, 56:17, 68:19
**picked** [5] - 34:25, 39:10, 39:11, 39:19, 40:8
**piece** [1] - 66:6
**pin** [1] - 13:10
**pineapple** [1] - 44:7

**place** [3] - 39:22, 58:15, 64:4
**placed** [4] - 10:22, 11:3, 11:4, 11:7
**places** [2] - 18:16, 69:7
**Plaintiff** [1] - 1:4
**planning** [1] - 71:21
**plate** [1] - 45:22
**play** [3] - 52:6, 52:8, 52:9
**plaza** [2] - 12:7, 65:15
**pleasant** [1] - 72:20
**pled** [1] - 11:11
**pneumonia** [3] - 20:22, 44:1, 44:6
**point** [1] - 71:6
**pointing** [1] - 66:21
**police** [13] - 8:1, 15:9, 29:7, 29:9, 35:9, 58:19, 63:23, 64:20, 68:9, 68:10, 68:12, 68:22, 68:23
**population** [3] - 25:8, 25:10, 25:12
**portion** [1] - 52:16
**portions** [1] - 53:17
**position** [1] - 51:14
**possible** [2] - 33:9, 57:15
**possibly** [1] - 13:18
**powdered** [1] - 43:22
**precision** [1] - 69:15
**pregnant** [3] - 35:23, 40:18, 40:20
**prejudice** [1] - 67:1
**preparation** [1] - 11:22
**prepared** [1] - 39:22
**present** [2] - 4:4, 63:2
**presented** [1] - 50:22
**presentence** [1] - 13:21
**pretty** [1] - 33:3
**PREVIOUSLY** [1] - 4:18
**previously** [14] - 5:19, 6:15, 20:17, 28:17, 30:19, 38:8, 40:5, 40:11, 42:7, 42:19, 44:22, 48:24, 50:1, 63:8
**priority** [1] - 43:10
**prison** [1] - 48:5
**privately** [1] - 34:17
**probation** [4] - 11:17, 11:19, 12:21, 13:1

**Probation** [5] - 12:1, 13:6, 13:16, 13:21, 14:5
**problem** [4] - 33:5, 68:3, 74:2
**proceed** [1] - 4:16
**Proceedings** [1] - 74:20
**proceedings** [9] - 4:15, 34:14, 46:3, 46:6, 47:1, 67:21, 72:10, 72:22, 75:6
**produced** [1] - 75:6
**proficient** [1] - 73:21
**promise** [1] - 25:2
**pronunciation** [1] - 36:7
**properties** [1] - 12:7
**property** [1] - 12:2
**prosecuted** [2] - 10:22, 19:5
**prosecutor** [1] - 74:12
**protect** [2] - 36:20, 64:10
**protective** [4] - 46:13, 73:2, 73:10, 74:5
**prove** [1] - 22:3
**provide** [4] - 6:15, 12:24, 62:6, 64:14
**provided** [9] - 9:20, 13:20, 22:5, 22:10, 39:12, 42:6, 55:25, 56:3, 56:19
**providing** [2] - 44:16, 61:17
**pseudonym** [1] - 74:12
**psychological** [2] - 17:15, 61:5
**public** [4] - 25:6, 25:19, 28:24, 50:24
**publish** [3] - 54:7, 54:8, 54:10
**published** [1] - 52:23
**pulled** [1] - 60:9
**pulp** [1] - 43:21
**Punta** [1] - 31:8
**Purificación** [11] - 8:4, 9:8, 22:4, 22:6, 25:7, 25:15, 25:20, 28:24, 29:19, 50:24, 69:1
**purpose** [2] - 61:2, 64:25
**pursuant** [2] - 73:2, 73:10
**put** [13] - 5:12, 16:17, 26:11, 26:20, 26:22,

27:1, 35:24, 36:1, 36:12, 37:4, 47:19, 52:21, 71:12

## Q

**qualified** [1] - 64:17
**quantities** [1] - 28:6
**questions** [5] - 24:1, 24:4, 62:21, 71:16, 72:7
**quite** [1] - 32:24

## R

**race** [3] - 70:11, 70:14, 70:17
**ran** [2] - 56:6, 56:7
**ranch** [6] - 7:24, 9:8, 12:5, 12:10, 12:12, 12:13
**ranches** [1] - 45:20
**rather** [1] - 23:16
**Ray** [1] - 35:25
**Ray-Bans** [1] - 35:25
**RDR** [3] - 2:1, 75:3, 75:12
**re** [4] - 4:10, 71:24, 72:2
**re-call** [2] - 4:10, 71:24
**re-called** [2] - 72:2
**reach** [1] - 31:2
**read** [2] - 6:17, 73:21
**ready** [1] - 40:9
**real** [2] - 33:5, 70:4
**Real** [2] - 12:5, 12:10
**really** [4] - 33:19, 33:20, 45:12, 61:12
**reason** [3] - 14:16, 49:2, 71:24
**receive** [5] - 9:2, 11:1, 12:3, 15:18, 15:25
**RECEIVED** [1] - 3:8
**received** [7] - 8:23, 14:7, 14:15, 20:20, 44:10, 54:18, 59:3
**receiving** [2] - 15:15, 21:21
**recently** [1] - 17:23
**recognize** [3] - 70:10, 70:14, 70:17
**recommendation** [1] - 33:10
**record** [14] - 31:11, 33:9, 38:15, 38:18, 52:15, 52:25, 55:1,

60:22, 66:20, 66:23, 66:25, 67:2, 67:17, 73:11
**records** [2] - 21:25, 22:10
**Red** [1] - 3:3
**redact** [1] - 46:10
**REDIRECT** [1] - 62:23
**reentered** [4] - 13:2, 13:7, 13:16, 13:18
**referred** [2] - 67:3, 67:10
**referring** [5] - 17:1, 35:15, 63:19, 66:24, 70:20
**reflect** [1] - 67:17
**refuse** [1] - 6:13
**refused** [1] - 6:11
**regard** [4] - 34:22, 47:13, 58:17, 60:9
**reinforcement** [1] - 64:14
**reinforcing** [1] - 64:25
**related** [7] - 5:6, 5:21, 7:8, 44:23, 45:2, 45:4, 45:6
**relation** [4] - 7:9, 10:10, 10:17, 60:11
**relationship** [3] - 36:18, 45:8, 45:10
**relatives** [1] - 70:25
**relayed** [1] - 59:4
**relaying** [1] - 60:17
**release** [1] - 22:5
**released** [9] - 21:10, 22:2, 22:15, 23:13, 23:19, 23:20, 25:1, 25:3, 34:23
**rely** [1] - 33:7
**remember** [9] - 13:3, 13:9, 13:23, 13:24, 14:3, 16:9, 16:10, 19:12, 63:25
**renamed** [1] - 64:23
**render** [1] - 23:7
**rendered** [1] - 23:6
**repeat** [13] - 10:24, 19:9, 21:19, 26:4, 28:12, 36:23, 38:6, 39:18, 42:14, 48:10, 49:12, 68:16, 68:18
**repetition** [2] - 10:3, 24:18, 70:12
**report** [4] - 52:16, 54:18, 56:1, 56:25
**REPORTED** [1] - 2:1
**Reporter** [2] - 2:1, 75:12

**reporting** [1] - 63:4
**represented** [1] - 14:10
**representing** [1] - 16:4
**request** [6] - 10:3, 23:25, 24:17, 32:13, 63:11, 70:12
**requested** [1] - 61:4
**requesting** [1] - 32:13
**requests** [1] - 68:15
**requirement** [3] - 73:13, 74:4, 74:5
**rescue** [1] - 47:19
**reside** [1] - 12:3
**resources** [1] - 69:17
**respect** [1] - 33:17
**rest** [3] - 16:24, 41:25, 42:1
**resting** [1] - 57:5
**result** [1] - 48:4
**resulted** [1] - 18:1
**retrieve** [1] - 21:2
**retrieving** [1] - 56:10
**return** [1] - 21:11
**returned** [4] - 9:11, 37:2, 37:6, 61:25
**review** [2] - 4:4, 8:8
**rid** [1] - 48:1
**ride** [1] - 46:17
**road** [2] - 39:8, 39:19
**roadblocks** [1] - 59:8
**roads** [1] - 40:16
**rolling** [1] - 41:6
**RONIS** [6] - 1:21, 1:21, 32:24, 33:11, 33:19
**Ronis** [3] - 32:21, 33:10, 73:19
**room** [3] - 16:17, 41:4, 41:5
**Room** [1] - 2:3
**rooms** [1] - 41:9
**root** [1] - 44:8
**roughed** [1] - 5:17
**routine** [4] - 18:11, 18:13, 41:12
**RPG** [4] - 58:1, 58:7, 58:10, 58:14
**RUBEN** [1] - 1:6
**Ruben** [5] - 25:24, 26:14, 27:3, 58:14, 59:4
**Ruben's** [3] - 26:9, 26:17, 27:7
**Rueles** [1] - 51:14
**run** [1] - 68:23

## S

**safe** [1] - 58:21
**SAHNI** [1] - 1:14
**salary** [1] - 14:22
**San** [2] - 1:20, 1:23
**Sandoval** [3] - 36:17, 36:20, 64:24
**save** [1] - 14:6
**saw** [8] - 20:24, 48:12, 49:10, 49:14, 49:21, 49:22, 67:14
**scar** [8] - 65:21, 65:22, 66:22, 67:5, 67:8, 67:12, 67:13
**scarring** [1] - 66:24
**scars** [2] - 67:2, 67:10
**scene** [1] - 58:5
**screen** [1] - 30:15
**second** [10] - 19:7, 19:15, 19:17, 32:1, 32:4, 34:16, 35:13, 46:8, 48:21, 54:1
**security** [10] - 8:4, 25:6, 25:13, 25:19, 28:24, 50:24, 59:13, 61:18, 64:11
**see** [22] - 8:9, 18:10, 33:5, 38:17, 43:22, 56:22, 59:23, 61:6, 66:2, 66:21, 66:23, 67:2, 67:5, 67:6, 67:10, 67:12, 67:13, 67:19, 69:4, 70:10
**seeing** [2] - 58:24, 66:23
**seek** [2] - 43:19, 44:5
**send** [6] - 8:12, 9:13, 9:16, 64:12, 64:16, 69:25
**sent** [14] - 8:11, 9:3, 9:6, 9:16, 10:16, 11:9, 11:10, 44:12, 47:17, 64:18, 65:10, 65:12, 69:24
**sentenced** [2] - 11:14, 19:19
**sentencing** [2] - 11:16, 11:22
**September** [4] - 1:6, 11:23, 13:22, 75:10
**serious** [2] - 21:15, 21:21
**seriously** [1] - 40:22
**served** [1] - 19:13
**services** [1] - 55:5
**SESSION** [1] - 1:7
**set** [3] - 41:9, 59:8

**seven** [2] - 36:2, 36:3
**several** [5] - 20:24, 26:2, 26:5, 32:25, 35:20
**severe** [1] - 20:22
**severely** [2] - 35:12, 40:23
**shared** [2] - 16:7, 16:10
**shedding** [2] - 43:13
**sheets** [1] - 6:3
**shift** [1] - 51:7
**shin** [1] - 38:19
**shocked** [2] - 35:24, 36:7
**shoot** [2] - 55:15, 57:17
**shooting** [7] - 49:5, 50:2, 50:5, 51:20, 57:4, 69:15, 71:7
**shootout** [1] - 55:10
**shore** [2] - 29:22, 29:23
**shot** [15] - 13:14, 36:4, 37:5, 37:20, 37:22, 48:14, 48:21, 49:3, 57:12, 58:1, 59:5, 59:7, 63:1, 63:5
**shots** [1] - 54:18
**show** [4] - 6:11, 65:21, 66:12, 66:16
**showed** [1] - 22:7
**sic** [3] - 17:11, 25:12, 29:24
**sic]** [1] - 29:10
**sick** [1] - 18:10
**sides** [1] - 14:8
**simply** [2] - 59:7, 59:9
**Sinaloa** [2] - 40:14, 40:15
**single** [1] - 22:2
**sister** [2] - 40:8, 41:5
**sister's** [4] - 39:17, 39:20, 39:21, 40:7
**sitting** [4] - 5:1, 31:13, 32:14, 34:4
**situation** [2] - 18:20, 47:13
**six** [3] - 36:21, 37:1, 50:7
**skidding** [1] - 31:3
**small** [2] - 41:8, 68:19
**smaller** [1] - 29:23
**snack** [1] - 72:16
**soldiers** [2] - 22:7, 56:16
**sole** [1] - 64:24
**someone** [6] - 16:13,

39:10, 48:8, 48:12, 48:21, 69:19
**someplace** [1] - 24:9
**sometime** [1] - 8:11
**sometimes** [2] - 69:23, 70:5
**son** [2] - 15:5, 43:15
**Sonoita** [1] - 42:17
**Sonora** [7] - 9:6, 9:7, 9:13, 9:20, 9:22, 40:15, 70:23
**sorry** [12] - 21:18, 23:24, 32:2, 32:18, 34:4, 36:3, 38:6, 38:23, 52:7, 67:24, 69:2, 73:5
**sort** [2] - 36:14, 67:13
**Soto** [1] - 42:1
**sounds** [1] - 34:6
**south** [2] - 69:2
**Spanish** [20] - 23:2, 23:11, 32:12, 32:21, 32:23, 33:1, 33:3, 33:4, 33:8, 33:15, 34:9, 47:23, 56:13, 63:12, 66:15, 69:10, 73:20, 73:25, 74:2
**Spanish-speaking** [2] - 33:1, 33:8
**speaker** [1] - 71:12
**speakerphone** [3] - 27:1, 59:9, 71:12
**speakers** [2] - 33:15
**speaking** [4] - 33:1, 33:8, 33:21, 71:13
**speaks** [1] - 32:21
**special** [20] - 7:2, 7:15, 14:8, 35:1, 35:4, 36:16, 36:18, 37:7, 37:12, 37:13, 41:1, 41:2, 52:2, 64:5, 64:6, 64:9, 64:23, 65:1, 65:5, 65:8
**specific** [3] - 12:12, 14:2, 63:6
**specifically** [4] - 7:7, 7:10, 13:6, 45:1
**speedboat** [1] - 31:21
**spent** [1] - 43:12
**spread** [1] - 46:11
**stab** [1] - 66:21
**stabs** [1] - 66:8
**stairs** [1] - 66:4
**stand** [3] - 31:13, 62:25, 65:25
**start** [2] - 61:16, 74:8
**started** [2] - 55:15, 57:4

**state** [9] - 6:22, 42:18, 50:17, 50:18, 50:19, 51:10, 64:10, 64:20, 64:23
**state-level** [1] - 64:20
**statement** [1] - 57:2
**statements** [1] - 49:17
**States** [24] - 2:2, 10:1, 10:7, 11:11, 11:17, 13:2, 13:7, 13:17, 20:3, 22:11, 41:14, 41:23, 42:15, 42:21, 43:7, 43:9, 43:18, 44:4, 60:6, 60:15, 61:9, 61:10, 61:20, 75:13
**STATES** [3] - 1:1, 1:3, 1:11
**station** [1] - 35:9
**steal** [3] - 42:22, 42:24, 42:25
**stenographic** [1] - 75:5
**step** [4] - 65:20, 65:23, 66:2, 66:3
**sticks** [1] - 44:7
**still** [9] - 13:9, 21:16, 21:21, 38:10, 38:11, 38:12, 43:11, 43:14, 70:24
**stitches** [1] - 43:21
**stole** [3] - 41:3, 41:7, 41:8
**stolen** [1] - 42:24
**stools** [1] - 43:13
**stop** [1] - 68:22
**stopped** [2] - 4:23, 12:23, 39:23
**story** [3] - 16:7, 16:10, 17:7
**Street** [3] - 1:16, 1:19, 1:22
**stuck** [1] - 36:2
**stuff** [1] - 55:14
**subject** [2] - 46:12, 51:18
**subjected** [1] - 47:13
**suffered** [3] - 38:5, 38:9, 44:1
**supplies** [1] - 63:21
**support** [1] - 59:20
**supposed** [1] - 37:10
**supposedly** [3] - 15:7, 55:13, 61:9
**Sur** [1] - 64:10
**surrounding** [1] - 64:16
**sustained** [2] -

17:19, 18:5
**SWORN** [1] - 4:19

**T**

**Tabaquero** [1] - 12:5
**Tacoma** [1] - 29:10
**takeover** [1] - 16:12
**talkie** [1] - 26:25
**talks** [1] - 61:7
**tehuacan** [1] - 36:13
**ten** [4] - 28:25, 31:23, 44:6, 46:1
**ten-minute** [1] - 46:1
**terrorists** [1] - 70:4
**testified** [19] - 5:8, 22:13, 23:22, 24:24, 25:22, 26:16, 28:2, 28:9, 34:22, 34:24, 37:25, 41:13, 41:17, 48:7, 48:11, 49:25, 53:5, 53:7, 57:9
**testify** [4] - 24:20, 36:4, 38:25, 53:10
**testifying** [1] - 74:12
**testimony** [10] - 17:18, 18:4, 21:5, 21:9, 22:17, 49:9, 55:22, 58:9, 61:11, 74:13
**Texas** [2] - 11:9, 11:10
**THE** [116] - 1:1, 1:10, 1:14, 1:18, 3:5, 4:2, 4:6, 4:8, 4:16, 10:2, 12:9, 15:11, 17:19, 18:5, 21:20, 22:18, 22:25, 23:3, 23:6, 23:9, 23:12, 23:24, 24:2, 24:3, 24:8, 24:10, 24:11, 24:13, 24:15, 24:16, 27:11, 27:16, 27:19, 27:21, 27:23, 27:25, 30:21, 31:15, 32:2, 32:5, 32:11, 32:21, 33:6, 33:17, 34:6, 34:16, 34:18, 35:13, 35:16, 36:6, 38:17, 38:22, 45:25, 46:4, 46:9, 46:15, 46:21, 46:24, 47:2, 47:22, 47:24, 49:16, 49:21, 50:11, 52:9, 52:12, 53:3, 53:11, 53:20, 53:25, 54:3, 54:8, 56:12, 56:14, 59:23, 60:1, 60:6, 60:12, 60:19, 60:25, 61:2, 61:15, 61:20, 62:1, 62:4,

62:8, 63:10, 63:13, 65:23, 65:24, 66:3, 66:5, 66:13, 66:16, 67:4, 67:16, 67:19, 68:15, 70:2, 70:3, 70:14, 71:17, 71:21, 72:1, 72:12, 72:23, 73:5, 73:9, 73:12, 73:18, 73:23, 73:25, 74:4, 74:10, 74:14, 74:19
**themselves** [4] - 69:18, 69:21, 70:2
**therefore** [1] - 17:8
**Thereupon** [1] - 46:5
**Third** [2] - 1:19, 1:22
**third** [6] - 19:8, 19:10, 19:25, 34:8, 41:4, 41:6
**thousand** [1] - 41:24
**threats** [1] - 14:7
**three** [14] - 13:18, 14:3, 18:23, 28:2, 30:13, 31:17, 33:6, 33:17, 40:3, 40:17, 42:20, 43:11, 43:12, 55:12
**three-month** [1] - 42:20
**tied** [2] - 35:10, 43:24
**tip** [1] - 62:19
**today** [11] - 13:25, 42:9, 44:25, 48:7, 48:11, 49:13, 49:25, 57:16, 57:23, 58:9, 62:25
**today's** [1] - 49:9
**together** [1] - 42:3
**Toledo** [4] - 11:8, 11:15, 11:24, 13:11
**tomorrow** [6] - 71:23, 71:25, 72:5, 72:13, 74:10, 74:11
**ton** [1] - 28:6
**tonight** [1] - 4:9
**tons** [11] - 14:25, 28:7, 28:8, 28:10, 28:13, 28:19, 28:20, 28:21, 29:17, 31:18, 31:23
**Tony** [3] - 20:18, 68:4, 68:5
**took** [21] - 16:16, 16:24, 19:2, 20:21, 20:24, 29:19, 35:10, 35:22, 39:21, 40:9, 40:16, 41:5, 41:8, 42:3, 43:10, 50:21, 51:16, 58:1, 58:7,

58:10, 58:15
**tooth** [2] - 66:6
**torture** [4] - 35:8, 36:3, 47:10
**tortured** [3] - 35:21, 36:15, 51:12
**tortures** [1] - 36:14
**total** [2] - 31:22, 50:7
**totality** [2] - 15:14, 31:17
**touch** [1] - 55:23
**town** [1] - 37:3
**Toyotas** [1] - 29:10
**tractor** [4] - 29:12, 29:24, 30:3, 30:8
**tractor-trailer** [1] - 30:3
**tractor-trailers** [2] - 29:12, 30:8
**trafficking** [2] - 25:23, 26:6
**trailer** [2] - 29:24, 30:3
**trailer-tractor** [1] - 29:24
**trailers** [2] - 29:12, 30:8
**train** [4] - 69:14, 69:16, 70:10
**trained** [1] - 7:23
**training** [3] - 12:4, 12:13, 12:16
**transactions** [4] - 26:5, 26:6, 28:2, 28:5
**transcript** [3] - 54:5, 75:5, 75:6
**TRANSCRIPT** [1] - 1:10
**transfer** [1] - 6:4
**transferred** [2] - 5:18, 6:8
**transition** [1] - 33:23
**translated** [1] - 22:24
**translation** [1] - 53:17
**transported** [1] - 68:9
**transporting** [1] - 68:11
**traveled** [1] - 40:1
**traveling** [1] - 40:18
**TRIAL** [1] - 1:10
**trip** [1] - 31:19
**truck** [7] - 29:18, 35:10, 48:15, 48:22, 49:10, 50:2, 50:5
**trucks** [5] - 29:24, 30:8, 30:11, 31:2, 68:19
**true** [9] - 11:21,

42:10, 56:1, 56:4, 56:20, 56:21, 57:1, 75:4, 75:5
**trusted** [1] - 64:13
**try** [4] - 20:6, 43:11, 46:8, 57:15
**trying** [6] - 17:24, 18:21, 27:17, 33:11, 71:1
**Tula** [1] - 51:15
**turned** [3] - 16:15, 37:7, 37:14
**turning** [3] - 73:1, 73:5, 73:7
**TV** [1] - 30:15
**TVs** [1] - 41:9
**twelve** [1] - 28:25
**Twenty** [1] - 37:8
**twenty** [1] - 51:3
**twice** [2] - 49:22
**two** [24] - 7:3, 7:15, 10:5, 12:14, 12:17, 14:22, 15:15, 15:17, 26:8, 26:15, 28:5, 29:10, 32:14, 34:10, 40:20, 42:3, 44:7, 48:11, 55:12, 58:11, 61:22, 69:7

## U

**U.S** [1] - 1:15
**under** [5] - 10:22, 11:3, 11:4, 11:8, 35:2
**undergo** [2] - 17:15, 61:5
**undermines** [1] - 61:10
**understandably** [1] - 47:5
**unidentified** [1] - 46:20
**uniform** [3] - 29:4, 29:7, 68:10
**Union** [1] - 51:15
**UNITED** [3] - 1:1, 1:3, 1:11
**United** [23] - 9:25, 10:6, 11:11, 11:17, 13:2, 13:7, 13:17, 20:3, 22:11, 41:14, 41:23, 42:15, 42:21, 43:7, 43:9, 43:18, 44:4, 60:6, 60:14, 61:8, 61:9, 61:20, 75:13
**united** [1] - 2:2
**units** [3] - 54:18, 54:21, 64:19

**unload** [2] - 31:21, 31:22
**unloaded** [1] - 29:18
**up** [24] - 5:17, 7:14, 9:1, 9:11, 15:22, 22:19, 32:3, 34:25, 36:2, 36:14, 39:10, 39:11, 39:19, 40:8, 41:9, 41:10, 42:12, 43:25, 56:17, 59:8, 65:10, 67:14, 68:1, 68:19
**upset** [3] - 47:5, 47:7, 47:25

## V

**vehicles** [6] - 29:23, 55:16, 57:1, 68:10, 68:12, 68:22
**Veinte** [19] - 14:9, 15:8, 15:9, 34:22, 34:24, 35:5, 35:14, 37:14, 47:6, 47:9, 47:14, 47:16, 47:18, 47:21, 48:4, 48:5, 65:13, 65:15, 70:24
**Veinte's** [2] - 35:2, 35:17
**vera** [1] - 43:21
**verify** [3] - 10:9, 10:13, 10:15
**versions** [1] - 55:12
**VIA** [1] - 4:20
**video** [11] - 52:6, 53:1, 53:3, 53:12, 53:13, 53:15, 53:18, 53:24, 54:12, 54:15, 54:17
**Vieja** [1] - 56:7
**view** [2] - 73:15
**Villa** [13] - 8:4, 9:8, 22:4, 22:6, 25:7, 25:15, 25:20, 28:24, 29:19, 35:11, 50:24, 56:7, 69:1
**villa** [1] - 56:6
**voice** [1] - 71:11
**volume** [1] - 52:21
**vs** [1] - 1:5

## W

**wait** [1] - 43:15
**walk** [2] - 30:9, 30:25
**walked** [1] - 30:2
**walkie** [1] - 26:25
**walkie-talkie** [1] - 26:25

**wall** [2] - 31:8, 31:13
**warehouse** [2] - 29:19, 29:25
**wash** [1] - 51:17
**Washington** [6] - 1:6, 1:16, 2:4, 12:23, 57:13, 75:14
**watch** [2] - 52:19, 70:9
**watched** [1] - 68:13
**water** [1] - 36:13
**waves** [1] - 30:5
**weapons** [6] - 21:3, 35:1, 51:8, 56:10, 56:17, 58:3
**wearing** [1] - 29:3
**wedding** [8] - 22:14, 23:23, 24:22, 24:23, 45:6, 45:13, 48:15, 48:22
**week** [1] - 16:23, 37:2, 37:3
**weeks** [3] - 14:22, 15:15, 15:18
**weird** [1] - 36:14
**West** [2] - 1:19, 1:22
**whispered** [1] - 24:5
**white** [1] - 33:22, 35:25
**whole** [5] - 12:16, 28:16, 32:9, 40:13, 68:25
**wife** [18] - 35:23, 40:18, 41:2, 41:3, 41:4, 41:11, 41:15, 41:18, 42:16, 42:25, 59:14, 60:15, 61:4, 61:21, 65:6, 65:9, 65:11
**wife's** [1] - 60:22
**wish** [1] - 52:8
**withheld** [1] - 57:10
**witness** [23] - 4:10, 22:20, 22:24, 23:1, 23:10, 31:13, 38:15, 46:4, 47:23, 49:6, 50:5, 53:5, 53:7, 56:13, 61:18, 63:11, 63:12, 65:20, 66:15, 71:22, 72:24, 74:8, 74:12
**WITNESS** [14] - 4:18, 23:3, 23:12, 27:21, 31:15, 35:16, 47:24, 49:21, 56:14, 63:13, 65:24, 66:5, 66:16, 70:3
**witness's** [1] - 61:10
**witnessed** [1] - 48:8
**WITNESSES** [1] - 3:5

**Wizard** [1] - 33:22
**woman** [1] - 61:8
**words** [3] - 8:2, 56:23, 56:24
**wound** [4] - 38:5, 38:9, 38:12, 38:25
**wounds** [3] - 43:14, 66:17, 66:21
**wrist** [2] - 67:6, 67:14
**write** [1] - 47:20
**wrote** [2] - 47:12, 47:15

## Y

**year** [9] - 6:6, 6:8, 19:2, 19:3, 59:14, 59:16, 59:17, 61:9, 63:25
**yes/no** [1] - 27:18
**yesterday** [12] - 22:13, 24:20, 25:22, 26:16, 28:9, 34:22, 34:24, 37:25, 38:21, 38:25, 41:13
**yourself** [3] - 39:7, 41:15, 58:24
**yourselves** [1] - 72:18

## Z

**Zuazo** [1] - 51:14
**ZUAZO** [1] - 51:14