```
1                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
2
     * * * * * * * * * * * * * * *   )
3    UNITED STATES OF AMERICA,       )     Criminal Action
                                     )      No. 16-00229
4                    Plaintiff,      )
                                     )
5       vs.                          )
                                     )
6    RUBEN OSEGUERA-GONZALEZ,        )     Washington, D.C.
                                     )     September 18, 2024
7                    Defendant.      )     1:34 p.m.
                                     )     AFTERNOON SESSION
8    * * * * * * * * * * * * * * *   )

9

10

11                          JURY TRIAL
              BEFORE THE HONORABLE BERYL A. HOWELL
12                 UNITED STATES DISTRICT JUDGE

13

     APPEARANCES:
14
     FOR THE GOVERNMENT:       KAITLIN J. SAHNI, ESQ.
15                             KATE M. NASEEF, ESQ.
                               JONATHAN R. HORNOK, ESQ.
16                             U.S. DEPARTMENT OF JUSTICE
                               145 N Street, Northeast
17                             Washington, D.C. 20530

18
     FOR THE DEFENDANT:        ANTHONY COLOMBO, JR., ESQ.
19                             LAW OFFICES OF ANTHONY COLOMBO, JR.
                               105 West F Street
20                             Third Floor
                               San Diego, California 92101
21
                               JAN EDWARD RONIS, ESQ.
22                             LAW OFFICE OF RONIS & RONIS
                               105 West F Street
23                             Third Floor
                               San Diego, California 92101
24

25
```

```
 1    REPORTED BY:              LISA EDWARDS, RDR, CRR
                                Official Court Reporter
 2                              United States District Court for the
                                  District of Columbia
 3                              333 Constitution Avenue, Northwest
                                Room 6706
 4                              Washington, D.C. 20001
                                (202) 354-3269
 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

I N D E X

|  | Direct | Cross | Red. |
|---|---|---|---|

WITNESSES FOR THE GOVERNMENT:

| | Direct | Cross | Red. |
|---|---|---|---|
| Jesús Contreras Arceo | | 4 | 37 |
| John Miller | 42 | | |

```
1              (Whereupon, the jury entered the courtroom at 1:35
2     p.m. and the following proceedings were had:)
3              THE COURT:  All right.  Mr. Colombo, please
4     continue with your cross.
5              MR. COLOMBO:  Thank you, your Honor.
6        (JESUS CONTRERAS ARCEO, GOVERNMENT WITNESS, PREVIOUSLY
7                          SWORN.)
8              CROSS-EXAMINATION (VIA INTERPRETER)
9     BY MR. COLOMBO:
10    Q.  Mr. Contreras, isn't it true that in you plea agreement
11    you admitted to laundering $200 million?
12    A.  Yes.  That's right.
13    Q.  And you also agreed to forfeit $50 million.  Is that
14    correct?
15             THE INTERPRETER:  Could you repeat the amount,
16    Counsel?
17    BY MR. COLOMBO:
18    Q.  You also agreed in your plea agreement to forfeit $50
19    million.
20    A.  That's right.
21    Q.  So, Mr. Contreras, since your guilty plea in October of
22    2020, how much of that $50 million have you forfeited?
23    A.  Just to that I forfeited.  Nothing more.
24    Q.  Okay.  So how much of that $50 million did you actually
25    turn over to the government?
```

```
1    A.  None.

2    Q.  Nothing?

3    A.  Nothing.

4    Q.  Not a penny?

5    A.  Nothing.

6    Q.  Now, you understand that the agreement that you made

7    with the Government is that it is the Government that

8    controls whether a motion to reduce your sentence is brought

9    before the judge.  Correct?

10   A.  No.  No.  Nothing.  I have no agreement.

11   Q.  Okay.  Now, you appeared before a judge in the Eastern

12   District of Virginia.  Correct?

13   A.  That's right.

14   Q.  And prior to accepting your guilty plea, the judge

15   reviewed a number of things with you.

16   A.  That's right.

17   Q.  He reviewed your plea agreement.

18   A.  Yes.

19   Q.  Your statement of facts.

20   A.  Yes.

21   Q.  And your addendum to your plea agreement or your

22   cooperation agreement.

23   A.  That's right.

24   Q.  Okay.  And what the judge told you is, it is up to the

25   Government to file a motion for a reduction in the
```

1    guidelines, a reduction of sentence, if the Government

2    believes, concludes, that your cooperation has been of

3    substantial assistance to the Government.  And that's solely

4    within the Government's discretion.

5    A.  Nobody told me anything.  They didn't say anything about

6    reducing my sentence.

7    Q.  Okay.  So then what is your understanding as to how you

8    can earn a reduction in sentence?

9    A.  I am not asking for anything in exchange of this to

10   reduce my sentence or anything.  I simply signed that I was

11   going to cooperate and that's it.

12   Q.  Okay.  You were sentenced in May of 2021.  Is that

13   correct?

14   A.  That's right.

15   Q.  Okay.  And prior to sentencing, you submitted a letter

16   to the judge.

17   A.  It's -- no, no.  My family presented the letter to send

18   it to the judge.

19   Q.  So it's your testimony today that you did not --

20   A.  I wrote a letter for me to give it to the judge

21   directly.  I did not send it.

22   Q.  Okay.  And in the letter that you wrote to the judge,

23   you stated:  I know that I will not be receiving a benefit

24   for my cooperation until sometime in the future.

25              That's what you said, right?

```
 1              THE INTERPRETER:  One second.  The interpreter
 2     need to add one thing.
 3              THE WITNESS:  Until certain time.  Oh --
 4              (The interpreter confers with the witness in
 5     Spanish.)
 6              THE INTERPRETER:  I'm sorry.  I did not
 7     understand.  Could you repeat it?
 8     BY MR. COLOMBO:
 9     Q.  In your letter to the judge, you stated:  I know that I
10     will not be receiving a benefit for my cooperation until
11     sometime in the future.
12     A.  Until the judge would decide if he could help me or not.
13     Q.  Mr. Contreras, did you make that statement in your
14     letter or not?
15     A.  That's correct.  But I gave my letter directly to the
16     judge.
17     Q.  Okay.  So you did make that statement in your letter to
18     the judge?
19     A.  I remember I gave a letter to the judge, but I don't
20     remember that that was in the letter, because it's already
21     been four and a half years.
22     Q.  You're right.  And memory doesn't get better over time,
23     does it?
24     A.  Well, no, because I don't remember exactly -- I don't
25     remember quite well if I put that there or not.
```

```
 1                    MR. COLOMBO:  May I approach, your Honor?

 2                    THE COURT:  Yes.

 3       BY MR. COLOMBO:

 4       Q.  I'm going to show you what's been marked as Defendant's

 5       Exhibit C.  It's your letter to the judge.  You'll see that

 6       I marked it with blue.

 7                    Do you remember now stating that to the judge?

 8       A.  No.

 9       Q.  That's not your letter?

10       A.  That's not my letter.

11       Q.  Okay.  Your name appears at the bottom.  Is that right?

12       A.  That's right.  But my signature is not there.

13       Q.  Okay.  So that's not the letter you submitted to the

14       Court?

15       A.  No.

16       Q.  Okay.  So did you tell the judge that you were hoping to

17       get a benefit from your cooperation in the future?

18       A.  Never.

19       Q.  You never said that?

20       A.  No.

21       Q.  Okay.  Do you understand that you can get no reduction

22       in sentence from the judge unless the Government applies for

23       it?  Do you understand that?

24       A.  I don't understand it and I just put that in the hands

25       of the judge.  Whatever the judge decides, that's going to
```

1    be done well.

2    Q.  Well, you understand that you can't get before the judge

3    for a reduction in sentence unless the Government files a

4    motion.  Correct?

5    A.  I understand that.  But that does not depend on me, but

6    the judge.  That -- also, the Government is not dependent on

7    me.  Just the judge.

8    Q.  Okay.  Let me see if we can figure this out.  Okay?

9    A.  Okay.

10   Q.  You have an attorney.

11   A.  That's right.

12   Q.  Your attorney has explained to you the process in

13   getting a reduction in sentence.  Correct?

14   A.  I have not been explained anything, nor have I asked

15   him.

16   Q.  Okay.  So your attorney has explained nothing to you?

17   A.  Nothing.  Nothing at all.

18   Q.  What about the Government prosecutors sitting here at

19   the table?  Did they explain anything to you?

20   A.  They haven't either.

21   Q.  What about the government agents?  Did they explain

22   anything to you?

23   A.  Nothing.

24   Q.  Okay.  So your testimony today is that you have no hope

25   or expectation in getting a reduction in sentence?

1    A.  No, nothing.  It is a commitment that I made with the

2    American government that I would cooperate to plead guilty,

3    without expecting anything in exchange.

4    Q.  Okay.  But your hope is that you receive a reduction in

5    sentence.  Isn't that right?

6    A.  If the judge decides that, fine.  I will be thankful.

7    Q.  Okay.  But in order to get back before the judge, you --

8    Mr. Contreras, is something funny?

9    A.  No.  I don't think anything is funny.

10   Q.  You seem to keep laughing.  Is this a joke to you?

11   A.  I have my hand placed here.  That's all.

12   Q.  Okay.  Now, you do understand that you can't get back in

13   front of the judge for a reduction in sentence unless the

14   Government files a motion to reduce your sentence.  Right?

15   A.  I have not asked.  I don't know anything.  I'm just

16   waiting to see if the judge would reduce it.  I will be

17   thankful.  That's all.

18   Q.  Okay.  Now, when you pled guilty, your co-conspirator in

19   that case was Jorge Manuel Cobian González.  Correct?

20   A.  My what?

21   Q.  Your co-conspirator.  Charged in the same case as you.

22   His name was Jorge Manuel Cobian González.

23   A.  The one that I remember pretty well was Pepe Díaz, or

24   José Díaz.  That's the one that I would talk to for

25   everything.

```
 1    Q.  Okay.  But it wasn't Ruben Oseguera-González.  Correct?

 2    A.  That's right.

 3    Q.  Okay.  Now, at your sentencing on May 14th of 2021 --

 4              THE COURT:  Mr. Colombo, just a second.

 5              You said -- is José Díaz the same person as Jorge

 6    González?

 7              MR. COLOMBO:  I don't believe so, your Honor.  I

 8    don't believe it's the same person as Jorge Manuel Cobian

 9    González.

10              THE COURT:  Okay.  All right.  So we don't know --

11    when he said he was talking to Jorge Díaz, we don't know

12    what that was about?

13              MR. COLOMBO:  No.

14              THE COURT:  Okay.  Got it.

15    BY MR. COLOMBO:

16    Q.  Now, on May 14th of 2021, you were sentenced by the

17    judge in the Eastern District of Virginia.  Correct?

18    A.  That's right.

19    Q.  And you were present when the Government addressed the

20    Court.  Correct?

21    A.  That's right.

22    Q.  And the Government described your case to the judge in

23    this way:  The Defendant directed the countless -- murder of

24    countless individuals over the course of his involvement in

25    the conspiracy.
```

1          Do you remember when the prosecutor told the judge

2     that?

3     A.  And who that was?  Jorge?

4     Q.  No.  It was the Assistant United States Attorney.

5     A.  No.

6     Q.  You don't remember when Ms. Tucker described your

7     conduct to the Court that you, the Defendant, directed the

8     countless -- murder of countless individuals over the course

9     of his involvement in this conspiracy?

10    A.  I don't remember.

11    Q.  All right.  How about -- do you remember how your own

12    attorney described your conduct?  And what he said was:  So,

13    unlike an ordinary case, where there's the ability of a

14    defense counsel to at least try to present a human face to

15    conduct, that doesn't exist in this case.

16          Do you recall your attorney telling the judge

17    that?

18    A.  I don't remember.

19    Q.  You would agree that your own attorney describing your

20    conduct that way is something that would stick out in your

21    mind.  Right?

22    A.  I don't remember.

23    Q.  And it would stick out in your mind more so than some

24    meeting that occurred over 15 years ago.  Right?

25    A.  Well, because it's very different.

1    Q.  Is it something that you're choosing not to remember?

2    A.  No.  It is not the same to spend time together, chat,

3    than go and be in front of a judge.

4    Q.  Okay.  Now, do you recall when the judge told you:  I

5    would have made it -- meaning the sentence -- life had the

6    Government not recommended 35 years?

7    A.  If I didn't plead guilty.

8    Q.  Okay.  Yeah.  What the judge said is that:  I would have

9    made it life had the Government not recommended 35 years.

10   Correct?

11   A.  I don't remember.

12   Q.  You don't remember that either?

13   A.  No.  No.  What I do remember is that Robert would say to

14   me:  If you don't plead guilty, then can give you life.

15   Being in front of a judge, nervousness takes over you.

16   Q.  Okay.  So it's your testimony today that your attorney

17   pressured you into pleading guilty.  Is that right?

18   A.  Nobody has pressured me into anything.  He would only

19   explain to me -- explain to me the situation.  And then I

20   made a decision.

21   Q.  And your decision was to plead guilty to avoid life.

22   A.  That's right.  How could I die in prison?  With 35

23   years, I have the hope of getting out.

24   Q.  Okay.  And that's right.  You did get a benefit already

25   because of your cooperation.  Correct?

1    A.  Nobody has offered me anything.  Nobody has said

2    anything to me until today.

3    Q.  So who told you something today?  What were you told?

4    A.  Nobody -- no.  So far, no one has promised me anything.

5    Q.  Okay.  So when you were sentenced, you avoided a life

6    sentence.  Is that right?

7    A.  That's correct.

8    Q.  And you got 35 years?

9    A.  That's correct.  You have a lot of experience about all

10   the cases.  It's difficult to make a sentence.

11           MR. COLOMBO:  Objection, your Honor.  Move to

12   strike.  No question pending.

13           THE COURT:  I'm not going to strike it.  Just move

14   on.

15           MR. COLOMBO:  Okay.

16   BY MR. COLOMBO:

17   Q.  Now, you met with the Government in what we call

18   debriefs 36 times.  Is that right?

19           THE INTERPRETER:  Can you repeat the number,

20   please?

21           MR. COLOMBO:  36.

22           (The interpreter confers with the witness in

23   Spanish.)

24           THE WITNESS:  That's correct.

25

```
1     BY MR. COLOMBO:

2     Q.  Okay.  And your first debrief was on June 11th of 2020?

3     A.  I don't remember the dates, but we've met many times.

4     Q.  Okay.  Well, is it fair to say that your first debrief

5     was in June of 2020?

6     A.  I don't remember, but I think it was a little bit

7     earlier.

8     Q.  Okay.  And is it fair to say that your last debrief was

9     only a few weeks ago, on August 29th of 2024?

10    A.  The 29th?  Now -- when they brought me back for the

11    case?

12    Q.  Correct.

13    A.  Correct.

14    Q.  Now, I want to ask you about some of the things that you

15    said during your debriefs.

16              At your first debrief with the U.S. Attorney's

17    Office, you told them that Mencho paid his workers in

18    Mexican pesos and also paid you in Mexican pesos.  Correct?

19    A.  In dollars and pesos.

20    Q.  Well, what you told the agents at your first debrief

21    specifically was that Mencho paid his workers in Mexican

22    pesos and paid you in Mexican pesos.  Correct?

23    A.  What happens is that dollars needed to be changed to

24    Mexican pesos to pay the workers in Mexican pesos.

25              THE INTERPRETER:  The interpreter needs the answer
```

1    repeated.

2                    Your Honor, may I ask for that?

3                    THE COURT:  Yes.

4                    (The interpreter confers with the witness in

5    Spanish.)

6                    THE WITNESS:  And I told him to give me the money

7    in Mexican pesos because the workers were in Mexico, so we

8    had to pay them in Mexican money, currency.

9    BY MR. COLOMBO:

10   Q.  So no one in Mexico uses U.S. dollars?

11   A.  Yes, they're used, but not in everywhere -- or anywhere.

12   The workers would then go to Michoacán.  How were they going

13   to use -- how were they going to take dollars to Michoacán?

14   They used Mexican pesos.  They need Mexican currency.

15   Q.  Okay.  So it's accurate to say during your first debrief

16   you told the Government that Mencho paid his workers and you

17   in Mexican pesos.  Correct?

18   A.  In pesos and in dollars.

19   Q.  You're saying today dollars.  But what you said at that

20   first debrief was Mexican pesos.  Correct?

21   A.  I remember that I told them that it was in pesos and in

22   dollars and that I told him to pay me always in Mexican

23   pesos so that I could give Mexican pesos to the workers so

24   that they could go rest and take Mexican pesos with them.

25   Q.  Okay.  So you can specifically recall what you told the

1    Government -- out of the 36 meetings what you said.  Is that

2    right?

3    A.  Yes, that's correct.  Not exactly about every one, but

4    yes.

5    Q.  Okay.  But you couldn't recall what happened at your

6    sentencing hearing?

7    A.  Because one feels nervous in front of the judge.

8    Q.  But you weren't nervous at your first debrief with -- I

9    don't know -- several agents there, Government counsel?

10   That didn't make you nervous?

11   A.  It's not the same to meet with the one who is going to

12   sentence you than to go meet for some conversations.

13   Q.  Okay.  So you weren't nervous that day; is that what

14   you're saying?

15   A.  I was nervous the day of my sentencing.

16   Q.  Okay.  But not the first debrief that you had with the

17   U.S. Attorney's Office and the government agents?

18   A.  All the meetings that I had with the Government were

19   when we had coronavirus.  So they were all through a screen,

20   through -- what do they call that?  A video call?

21   Q.  Okay.  So none of your meetings were in person?

22   A.  Not at the time when I came.  That's when we had

23   coronavirus.  And we had -- everything was closed, so we had

24   all through video calls.

25   Q.  Okay.  And so what I think you're explaining, then, is

 1    because it was done through a video call, you weren't

 2    nervous.

 3    A.  I was nervous, but not the same as sitting in front of a

 4    judge.

 5    Q.  Okay.  So there was a different level of nervousness.

 6    Is that what you're saying?

 7    A.  That's correct.

 8    Q.  So when you're slightly nervous, you might be able to

 9    remember things, but when you're more nervous, you might not

10    be able to remember things.  Is that what your testimony is?

11    A.  It's not the same.  When you go to your sentencing, it's

12    different.  You feel a lot of things that -- when you feel a

13    lot of -- everything on you.  It's not the same.

14    Q.  I notice, Mr. Contreras, that you're smirking again.  Is

15    there something that's amusing?

16    A.  No, no.  I just have my hand placed here.  That's all.

17             THE COURT:  Just so the record is clear,

18    Mr. Contreras, have you just been shaking and rocking a lot

19    since you've been sitting on the witness stand?

20             THE WITNESS:  Well, no.  The chair moves and I'm

21    trying to put my foot here so -- because it tends to bend

22    backwards.

23             THE COURT:  Okay.  So you're rocking a lot.  Why

24    don't you sit up straight and pull the microphone to you.

25    You can pull the chair up.

```
 1                    THE WITNESS:  Yes.
 2                    THE COURT:  Okay.
 3      BY MR. COLOMBO:
 4      Q.  Now, you testified today that the first time that you
 5      recall meeting Ruben was in 2006?
 6      A.  It's correct.  Well, from a little before that, but then
 7      in 2006 is when he shared more with his father in
 8      Guadalajara, spent more time with his father in Guadalajara.
 9      Q.  Okay.  So the first time you saw him would have been
10      around 2005-2006.  Is that right?
11      A.  A little before that.
12      Q.  Okay.  So 2004?
13      A.  Let's say 2002 onwards.
14      Q.  Okay.  So at -- the first time that you met him, he
15      would have been then about 11 years old.  Is that right?
16      2022?
17      A.  No.
18      Q.  Well --
19      A.  No.  The first time was when there was a party for
20      Ruben.  There was a cockfight organized by his father.  That
21      would have been in 2006.  He would have been 17 or 18.
22      Q.  Okay.
23      A.  Ruben knows that his father invited us to that fight
24      because Ruben was having a birthday.
25      Q.  Okay.  So if somebody were born in 1990 and you met them
```

```
1    in 2006, they would have been 16 years old.  Is that fair to
2    say?
3    A.  That's correct.  That's what I'm saying, that he was
4    young then.  I said 18.  I don't know his birth date.
5    Q.  Okay.  Well, we can both agree that he was young.
6    A.  That's correct.  He's still young.
7    Q.  Now, you testified about a meeting that occurred in
8    about 2008 that you attended with Don Juan El Azul and
9    Mencho.  Correct?
10   A.  2009.
11   Q.  2009.  Okay.
12   A.  Ruben knows that.
13   Q.  Okay.  That's what your testimony is, is that Ruben
14   knows that.  Right?
15   A.  That's correct.
16   Q.  Okay.  Would you like to tell the jury that again?
17   Ruben knows that?  Can you tell them that again?
18              MS. SAHNI:  Objection, your Honor.
19              THE COURT:  Sustained.  Let's not get into an
20   argument like this.  Just move on with your questions,
21   Mr. Colombo.
22              MR. COLOMBO:  Okay.
23   BY MR. COLOMBO:
24   Q.  Now, you said that Don Juan El Azul was the voice for
25   El Chapo and El Mayo.  Is that right?
```

```
 1    A.  That's correct.

 2    Q.  And El Chapo and El Mayo were both the bosses of the

 3    Sinaloa Cartel.  Correct?

 4    A.  That's correct.

 5    Q.  And El Azul was a top guy.  Is that right?

 6    A.  Very high.  At the same level.  They were compadres.

 7    And it was thanks to Don Juan that they were able to stop

 8    any support to Fusqui from the -- who was left over from El

 9    Lobo.  And it was through Don Juan that El Mayo and --

10    El Chapo and El Mayo did not support them.  They stopped

11    supporting them.

12            THE COURT REPORTER:  If I could get clarification

13    for the record.  Fusqui?

14            THE INTERPRETER:  Fusqui.

15    BY MR. COLOMBO:

16    Q.  And it was your testimony on direct that it was Ruben

17    who was negotiating that alliance with El Azul.  Right?

18    A.  His father.  Eddy [sic] Valencia, the 85.  And Ruben

19    arrived with his -- with Mencho and his compadre El Monito

20    to Guadalajara.

21    Q.  Well, wasn't it your testimony on direct that it was

22    Ruben who was asking the questions of Don Juan El Azul at

23    this meeting?

24    A.  Well, Ruben was carrying a notebook for the questions

25    his dad was asking of Don Juan to make the agreement to
```

1    respect for the family to go through Jalisco and to stop

2    Fusqui, who was the ones that were left over from -- and El

3    Lobo, left over from Milenio.

4    Q.  Now, you testified that you just ran the labs for the

5    cartel.  So I have to ask:  Why were you there?

6    A.  Because during that time, through Eulojio Farias is how

7    Don Juan El Azul was approached for this agreement.  And

8    with El Logio, we were asking for support for the new

9    generation cartel; that is, they supported Fusqui with

10   Sinaloa because El Chapo then controlled the entire Navy

11   then, or the Army then.  And to do us that favor so that the

12   new generation could grow.  It was just starting.

13   Q.  Okay.  And you were there because, as it says in your

14   plea agreement, you were a top leader of the new generation

15   cartel.  Correct?

16   A.  It was starting.  The organization of the new generation

17   was starting at that time.  Because we knew that if El Chapo

18   received and supported Lobo, it would be a very difficult

19   war because El Chapo, with his Army, were going to be able

20   to control everything.  So that's why we were asking for

21   that favor.

22   Q.  Okay.  And this was a meeting that took place over 15

23   years ago.  Right?

24   A.  That's correct.

25   Q.  You can recall very specific details about that meeting,

1    can't you?

2    A.  It's very different because it's among friends.  One is

3    there.  One is there.

4    Q.  Well, there was a war going on at this time.  Correct?

5    A.  No.  Not yet.  The war was with the Milenio people, with

6    that cartel, with the people from Lobo.

7    Q.  So this was a prewar meeting between Mencho and the

8    Sinaloa Cartel before the Milenio Cartel broke up.  Is that

9    your testimony?

10    A.  That's correct.

11    Q.  Okay.

12    A.  When the war was going on with those that had been left

13    over from the Milenio Cartel -- Milenio Cartel.

14    Q.  Okay.  Now, you would agree that Mencho never used the

15    phone himself.  Right?

16    A.  He did use it, yes.

17    Q.  Okay.  Do you recall your debrief on March 29th of 2021?

18    A.  Of me with the --

19    Q.  Yes.  You.  I'll repeat my question.

20        You had a meeting with the Government and their

21    agents on March 29th of 2021.  Correct?

22    A.  I don't remember the date.  But with all the meetings,

23    it could be.

24    Q.  Okay.  Well, at that meeting, you specifically told them

25    that -- the Government -- that Mencho never uses a phone

1    himself.  Right?

2    A.  That's correct.  After 2009, 2010, he never used the

3    phone.  Just the BlackBerry.

4    Q.  Okay.  You never mentioned anything about Mencho using a

5    BlackBerry.  Correct?

6    A.  Well, Mencho, he never used the phone after 2012.  He

7    would reply, things like that, but all through his

8    secretary.

9    Q.  Okay.  So Mencho himself never used a phone or a

10   BlackBerry.  Correct?

11   A.  The BlackBerry, yes.  He used it.  And as far as name,

12   he used the M and the V as a PIN.

13   Q.  And the Government has seized your BlackBerry messages.

14   Is that correct?

15   A.  It could be.  It could be.  They're working on that.  It

16   could be.  That's their job.

17   Q.  Well, you previously testified and discussed the

18   BlackBerry messages that were seized from you.  Is that fair

19   to say?

20   A.  That's correct.  And from the BlackBerrys that I had

21   communication with.

22   Q.  Okay.  Now, at the meeting on March 29th of 2021, you

23   also told the Government that Mencho does not use a radio

24   himself.

25   A.  That's correct.

1    Q.  So you would agree that you would never hear Mencho's

2    voice on a radio giving an order.  Right?

3    A.  That's correct.  The one that always has the radio

4    communications is El Cuate.

5    Q.  Okay.  So if there are any orders that were to be given

6    by Mencho, it would be given by another individual, El

7    Cuate.  Is that what your testimony is?

8    A.  That's correct.

9    Q.  Now, the last time that you saw Ruben was March of 2015.

10   Is that right?

11   A.  A little before, again.  At a farm in Grullo.

12   Q.  Okay.  So the last time you saw Ruben was a little

13   before March of 2015.  Is that your testimony?

14   A.  That's correct.

15   Q.  And that's exactly what you told the agents at your

16   third debrief on June 22nd of 2020.  Is that right?

17   A.  That's correct.

18   Q.  Now, are you aware that Ruben was arrested in Mexico on

19   June 23rd of 2015?

20   A.  That's right.

21   Q.  And the shooting of the helicopter was May 1st of 2015.

22   Correct?

23   A.  That's correct.

24   Q.  So explain to me, Mr. Contreras, if the last time you

25   saw Ruben was prior to March of 2015, how you could have met

1   with him after the helicopter was taken down on May 1st of

2   2015.

3   A.  We met with his father, and Ruben was there and he knows

4   that pretty well.  It was sometime before.  And even during

5   2015, we met again.  It was in May.  But that was very fast,

6   for about five to seven minutes only.  It wasn't really a

7   meeting.  I never said it was a meeting-meeting or meeting,

8   but it was just a fast passing.

9   Q.  Well, you testified, just earlier today, that you had

10  seen Ruben and his father together after the helicopter was

11  taken down in, I believe, the municipality of Unión de Tula.

12  Is that right?

13  A.  That is correct.  It's correct.  But it wasn't a

14  meeting.  I didn't say it was a meeting.  It was something

15  very fast.  And everybody went their own way.  Mencho went

16  into hiding.  Everybody went their own way.

17  Q.  But according to your own testimony just a few minutes

18  ago and what you had previously said at a debrief on

19  June 20th of 2020, the last time that you had seen Ruben was

20  in March of 2015, several months prior to the helicopter

21  being taken down.

22  A.  No, no, no.  I'm saying that -- no, no, no.  I'm saying

23  that I saw him before May and that that day of the incident,

24  I saw him quickly, very fast, that day of the incident.  I'm

25  not saying it was a meeting.

1   Q.  Well, what you said to the Government during a debrief

2   is that the last time that you had seen Ruben was March of

3   2015.  You just admitted that you said that.

4   A.  False.  False.  I haven't said that.

5   Q.  Okay.  Now --

6   A.  Now, that meeting, I didn't mention about that meeting.

7   Q.  Oh.  Okay.  You failed to mention to the Government at

8   any point prior to August the 29th of 2024 that you had seen

9   Ruben and his father on May 1st of 2015, when the helicopter

10  went down.

11  A.  I did not fail.  And about that time, Ruben went to

12  Vallarta or to Guadalajara.  Mencho got lost.  And he just

13  told me to start cooking, to start cooking, because the

14  Government was starting to come over us and there were going

15  to be a lot of expenses.

16  Q.  So 15 years later, on your 36th debrief with the

17  Government, is when you recall meeting Mencho and Ruben

18  after the helicopter was taken down.  Correct?

19  A.  How -- 15 years later?

20  Q.  Well --

21  A.  What do you mean?  It's nine years.

22  Q.  Well, nine years, 15 years, whatever it is.  It took you

23  a long time to tell them that you had seen Mencho and Ruben

24  together on the day that the helicopter was taken down.

25  Right?

1    A.  It didn't take me that long, because it's the truth.

2    Q.  Okay.  What I'd like to ask you about now is what you

3    said at your fourth debrief on July 2nd of 2020.

4    A.  Okay.

5    Q.  Now, when you met with the Government, they asked you

6    about what you knew about the helicopter.  Correct?

7    A.  That's right.

8    Q.  And what you said at that time was what you had heard

9    about the incident came from a third party and that you

10   never spoke to Menchito or Mencho about it.

11   A.  False.

12   Q.  Okay.  So on July 2nd of 2020, it's your testimony today

13   or -- you deny telling the Government that you never spoke

14   to Mencho or Menchito about the helicopter.

15   A.  False.

16   Q.  And you do understand that there were agents taking

17   notes during these meetings.  Correct?

18   A.  Yes.  That's right.  But we did not talk about that in

19   that meeting.

20   Q.  Oh, you didn't talk about the helicopter on July 2nd of

21   2020?  Is that your testimony?

22   A.  Well, no.  We did talk about the helicopter, but only

23   about who shot it and Ruben shot it, and -- JR, or JR.  And

24   I thought it was only a simple talk.  I didn't think it was

25   important enough because that happened in Mexico; it did not

 1    happen in the United States.

 2    Q.  Okay.  Well -- so the shooting down of the helicopter in

 3    Mexico -- of a military helicopter was an unprecedented

 4    event.  Is that fair to say?

 5    A.  Unprecedented of bringing down helicopters or what?

 6    Q.  Bringing down a military helicopter.  That had never

 7    happened before.  Correct?

 8    A.  Well, in 2012, they also -- Mencho also brought down

 9    helicopters --

10    Q.  Okay.

11    A.  -- when they were after him.

12    Q.  The event on May 1st of 2015 was a -- there was a lot of

13    news about it.  Is that right?

14    A.  Not until the following day the news announced that.

15    Q.  Okay.

16    A.  Well, there were news that there had been a

17    confrontation.  But there were no news about taking down a

18    helicopter.

19    Q.  Okay.  And when you were asked about this from the

20    Government, you just didn't think it was a big deal?

21    A.  Well, why?  Because it happened in Mexico.  I didn't

22    think it was that important.

23    Q.  Okay.  But regardless of whether you thought it was a

24    big deal or not a big deal, what you told the Government at

25    your fourth debrief on July 2nd of 2020 was that you never

1  spoke to Menchito or Mencho about it.

2  A.  No.  About the airplane, no.  What Mencho told me then

3  is for me to start getting -- working in the kitchen because

4  the government was coming down on us, because the whole

5  government was going to go over him.

6  Q.  Okay.  And it wasn't until your 36th debrief, your last

7  debrief, on August 29th of 2024, that you first mentioned

8  this in-person meeting with Mencho and Menchito after the

9  downing of the helicopter.

10  A.  We had already talked about it, but I was not thinking

11  that it was that important.  Yes.

12  Q.  Okay.  Now, there would be no reason to forget these

13  things because you were amongst friends at this point.

14  Correct?

15  A.  Among friends with the American government --

16  Q.  Yes.

17  A.  -- or --

18  Q.  Yes.

19  A.  They are not my friends.  They are doing their work.

20  Q.  Okay.  But you weren't nervous when you were meeting

21  with them.  Right?

22  A.  Well, how can I say this?  Nervous -- as nervous as when

23  my sentencing was?  No.

24  Q.  Okay.  Now, I want to ask you about the affidavits in

25  support of the extradition warrants that you signed in this

1    case.  Okay?

2    A.  Yes.

3    Q.  Now, you filled out an affidavit in support of an

4    extradition warrant for Edgar Fabian Villasenor García.

5    Correct?

6    A.  That's right.

7    Q.  And that's who -- and his nickname is Gari.  Right?

8    A.  Cari.

9    Q.  G-A-R-I.  Is that right?

10   A.  No.  It's not Gari.  It's a different person.

11   Q.  Okay.  But his nickname is Gari.  Is that right?

12   A.  No, no, no.  His nickname is something like that, but I

13   don't remember it.

14   Q.  Okay.

15         MR. COLOMBO:  I'm going to mark this as

16   Defendant's D.  May I approach, your Honor?

17         THE COURT:  Yes, you may.

18   BY MR. COLOMBO:

19   Q.  I want to you take a look at Defendant's Exhibit D.

20   That is the extradition warrant -- I'm sorry, the

21   extradition affidavit for Edgar Fabian Villasenor García.

22   That document is in Spanish.  Correct?

23   A.  Yes.  That's right.

24   Q.  And you signed it?

25   A.  Yes.

1    Q.  And the alias for Edgar Fabian Villasenor García is

2    Gari, either G-A-R-I or G-A-R-Y.  Is that right?

3    A.  Yes.  That's what it says here.  That's right.

4    Q.  Okay.  So is this individual that -- Edgar Fabian

5    Villasenor García not Gari?

6    A.  It's Gari.  Yes.  Correct.

7    Q.  Okay.  So it is Gari?

8    A.  Yes.

9    Q.  Okay.  And you recall that now?

10   A.  Yes.  That's right.

11   Q.  Now, in this affidavit, you specifically mention working

12   for Mencho.  Correct?

13   A.  That's correct.

14   Q.  It says absolutely nothing about working for Ruben

15   Oseguera-González.  Correct?

16   A.  That's correct.  I worked for Mencho.  But Mencho always

17   said to us that, in the cartel, there were three commands,

18   three in charge.  And there were Mencho, JR and Pelon.  The

19   only ones that could give orders were Mencho, JR and Pelon,

20   whose name is Juan Carlos.  Nobody else.

21   Q.  Okay.  You're testifying to that today.

22          But the affidavit that you filled out does not

23   mention Ruben's name.  Correct?

24   A.  No.

25   Q.  It does not mention Menchito.  Correct?

```
 1    A.  That's correct.

 2    Q.  Okay.

 3            MR. COLOMBO:  May I approach the witness?

 4            THE COURT:  Yes, you may.

 5            MR. COLOMBO:  Thank you.

 6    BY MR. COLOMBO:

 7    Q.  Now, you also filled out an affidavit in support of the

 8    extradition for Francisco Pulido Coracero.  Is that right?

 9    A.  That's correct.

10    Q.  And he's known as Don Puli or Pepino.

11    A.  No.  Pulido.  Pulido.  That's correct.

12    Q.  Okay.  So it would be incorrect, then, for his alias to

13    be Don Puli or Pepino?

14    A.  Pulido.  Everything for him is Pulido, Pulido, Pulido.

15    And that's his last name.

16            MR. COLOMBO:  May I approach the witness, your

17    Honor?

18            THE COURT:  Do you want to mark that?  Could you

19    call that Defense Exhibit something?

20            MR. COLOMBO:  Yes.  This is Defendant's Exhibit E.

21    It's the affidavit in support of the extradition request for

22    Francisco Pulido Coracero, alias Don Puli and Pepino.

23    BY MR. COLOMBO:

24    Q.  Mr. Contreras, please take a look at that.  The alias on

25    this affidavit for Pulido is Don Puli and Pepino.  Correct?
```

1    A.  Pulido.

2    Q.  Well, what -- the affidavit itself says that --

3              MS. SAHNI:  Objection, your Honor.  This is in a

4    case heading, not the statement from the witness.

5              THE COURT:  Why don't you just point to precisely

6    where it says in the affidavit that he swore to that that

7    was what this witness, as an affiant on an affidavit, said

8    that the nicknames were what you're saying.

9    BY MR. COLOMBO:

10   Q.  In the header on this affidavit, there is indicated an

11   alias.  Correct?

12   A.  That's true.  But at no time has he been called Don Puli

13   or Pepino.  It's Pulido.

14   Q.  Okay.  So that affidavit that you signed, then, would be

15   inaccurate?

16             MS. SAHNI:  Objection, your Honor.  Same issue.

17             THE COURT:  Well, it's also totally appropriate,

18   for redirect, for you to say that he didn't prepare the case

19   caption; that was prepared by the lawyers.

20             So -- but other than in the case caption, does it

21   say that you identify this Francisco Pulido as anything

22   other than Pulido?  You can read it, if you can.  It's in

23   English.

24             THE WITNESS:  Pulido.  I've always told them that

25   his nickname is Pulido and that's how we locate who it is,

1    always by Pulido.

2    BY MR. COLOMBO:

3    Q.  Okay.  Now, in this affidavit, you specifically state

4    that you reported to the leader of the CJNG, Nemesio

5    Oseguera Cervantes, alias El Mencho.  Correct?

6    A.  Yes.  Correct.

7    Q.  Okay.  And nowhere in that affidavit does it say

8    anything about Ruben.  Correct?

9    A.  Correct.

10   Q.  And nowhere in that document does it state anything

11   about Menchito.

12   A.  That's correct.

13   Q.  Okay.  Now, you also filled out four other affidavits in

14   support for extradition warrants.  Correct?

15   A.  Correct.

16   Q.  And nowhere in any of those other four affidavits in

17   support of an extradition request does it mention Ruben's

18   name.

19   A.  That's correct.

20   Q.  Or Menchito.

21   A.  Correct.

22   Q.  But they all mention Mencho's name.

23   A.  That's correct.

24         MR. COLOMBO:  May I retrieve the exhibit?

25         THE COURT:  Yes, you may.

1    BY MR. COLOMBO:

2    Q.  Now, you testified previously, as we discussed.  Right?

3    A.  Correct.

4    Q.  And you testified in the case of Javier Algredo Vazquez.

5    Right?

6    A.  Correct.

7    Q.  And that was just this past -- well, July of 2023.  Is

8    that right?

9    A.  That's correct.

10   Q.  And you testified over the course of two days.  Is that

11   right?

12   A.  Correct.

13   Q.  And you testified in your role as the lab coordinator

14   for the CJNG.  Is that right?

15   A.  That I was the one who had the labs, that I was in

16   charge of the labs.  He was a worker and associate of

17   Pulido's.

18   Q.  Okay.  And you testified about your experience with the

19   CJNG.  Correct?

20   A.  Correct.

21   Q.  At no point during the two days of your testimony in

22   that case did you mention Ruben's name.

23   A.  No.

24   Q.  At no point during your two days of testimony in that

25   case did you mention anything about Menchito.

```
 1    A.  Correct.
 2              MR. COLOMBO:  No further questions at this time.
 3              THE COURT:  Ms. Sahni.
 4                        REDIRECT EXAMINATION
 5    BY MS. SAHNI:
 6    Q.  Mr. Contreras, how far did you go in school?
 7    A.  Up to fifth grade of elementary school.
 8    Q.  And Mr. Colombo asked you about your extradition
 9    affidavit for Gari.  Is that right?
10    A.  Yes.  Correct.
11    Q.  Whose secretary was Gari?
12    A.  Mencho's.
13    Q.  Not the Defendant's.  Correct?
14    A.  So he would report to Mencho and Menchito and Pelon,
15    Ruben and Pelon.
16    Q.  Now, Mr. Colombo also asked you about your testimony in
17    the trial of Javier Algredo Vazquez.
18              Do you remember that?
19    A.  Yes.  Correct.
20    Q.  Was that case about the Defendant?
21    A.  Yes, correct, but -- oh, no.  The accused here?  No.
22    Not the Defendant here.  It was about Javier.
23    Q.  And did you bring up Javier Algredo Vazquez at any point
24    in this trial before Mr. Colombo asked you?
25    A.  At no point have I mentioned him up until the lawyer
```

1    asked me.

2    Q.  When you pleaded guilty and agreed to cooperate with the

3    Government, did you promise to tell the truth?

4    A.  That's correct.

5    Q.  Have you done that today?

6    A.  That's correct.

7              MS. SAHNI:  No further questions, your Honor.

8              THE COURT:  All right.  You're excused.

9              (Witness excused.)

10             MR. HORNOK:  Your Honor?

11             (Whereupon, the following bench conference was

12   held:)

13             MR. HORNOK:  Your Honor, our next witness is the

14   witness who needs to use the firearms.  The firearms are

15   here.  The witness is here.  But it might be a good time to

16   take a break so that we can get everything in, get it all

17   set up, get him on the stand so once we start going we can

18   just roll.

19             THE COURT:  Okay.  Is that Agent Miller --

20             MR. HORNOK:  That's Agent Miller.  Yes.

21             THE COURT:  -- the officer --

22             MR. HORNOK:  He's actually Firearms Enforcement

23   Officer Miller.

24             THE COURT:  Okay.  So his title is officer?

25             MR. HORNOK:  Yes, your Honor.

1          THE COURT:  Okay.  Thank you.

2          MR. HORNOK:  Thank you.

3          MR. RONIS:  Your Honor, one thing.  I think this

4    may be the last witness.  I don't know if your Honor knows

5    that.  But I think we're wrapping up here earlier than was

6    predicted, for whatever that's worth.

7          THE COURT:  Okay.  Well, that's good to know.

8          For planning purposes, then, it may be that we'll

9    break early tomorrow with the jury so we just have a

10   charging conference tomorrow afternoon or depending on how

11   long Officer Miller -- do you think Officer Miller is going

12   to be on and off today?

13         MR. HORNOK:  That is going to be my goal, just

14   because of the logistical difficulties of kind of getting

15   him on and off.  I think we can probably do it.  It's going

16   to be close.  I don't know if it's possible to go after

17   5:00.  It might be close.  I really -- I think it depends on

18   the cross-examination.  My guess, though, is there probably

19   is not going to be a whole lot of cross-examination.  My

20   goal is, get him on and off today if possible.

21         THE COURT:  Okay.

22         MR. RONIS:  I think that's likely to happen.

23         THE COURT:  Okay.  Well, that's good to know,

24   because that means that for planning purposes, then, we can

25   have the jury come in later tomorrow afternoon, do any

1    motions, have -- if there's not going to be a defense

2    case --

3            Or do you know yet?

4            MR. COLOMBO:  I don't anticipate calling any

5    witnesses, your Honor.

6            THE COURT:  Okay.  In which case, then, we can

7    have the charging conference tomorrow and have summations

8    starting tomorrow, maybe, like 11:00.  I can have the jury

9    come in at around 10:00 or 11:00 tomorrow, 11:00 tomorrow.

10   That could give us time.  I'm proposing it.

11           MS. NASEEF:  Yes, your Honor.

12           THE COURT:  Do you want them to come in after

13   lunch?

14           MS. NASEEF:  Your Honor, I think 10:00 or 11:00

15   tomorrow would be fine as long as the Defendant has no

16   objection to there being -- I think that might put a lunch

17   break into the middle of the statements, but -- if it starts

18   at 11:00.  But it just depends on when you want to do the

19   lunch break.

20           THE COURT:  Okay.  Well, let's see how Officer

21   Miller goes.

22           MS. NASEEF:  Okay.

23           (Whereupon, the following proceedings were had in

24   open court:)

25           THE COURT:  All right.  There's going to be a

1    little bit of setup for the next witness in terms of

2    bringing all those heavy weapons in, so we're going to take

3    a 15-minute break now so that the Government has time to

4    bring them in.

5              (Whereupon, the jury exited the courtroom at 3:06

6    p.m. and the following proceedings were had:)

7              (Thereupon a recess was taken, after which the

8    following proceedings were had:)

9              THE COURT:  Let's bring the jury in.

10             MR. HORNOK:  Your Honor, at the appropriate time,

11   is it okay for him to come out of the box and interact with

12   the weapons?

13             THE COURT:  Just ask.  We'll just have to be

14   careful about the juror up front.

15             Bring the jury in, please.

16             (Whereupon, the jury entered the courtroom at 3:30

17   p.m. and the following proceedings were had:)

18             THE COURT:  All right.  Who's the Government's

19   next witness?

20             MR. HORNOK:  Your Honor, at this time, the

21   Government calls John Miller.

22             THE COURT:  And, Officer Miller, if you could just

23   stand and face the jury.  Raise your right hand.  And my

24   courtroom deputy will administer the oath.

25             JOHN MILLER, GOVERNMENT WITNESS, SWORN.

1                    THE COURT:  You may be seated.

2                    Please proceed.

3                    MR. HORNOK:  Thank you, your Honor.

4                         DIRECT EXAMINATION

5      BY MR. HORNOK:

6      Q.  What is your name?

7      A.  My name is John Miller.

8      Q.  Mr. Miller, where do you work?

9      A.  I'm a firearms enforcement officer with the Bureau of

10     Alcohol, Tobacco, Firearms & Explosives.

11     Q.  And are you assigned to a specific division within the

12     ATF?

13     A.  Yes.  I'm assigned to the firearms and ammunition

14     technology division, eastern response branch.

15     Q.  And when did you join the ATF?

16     A.  Just a little over two years ago.

17     Q.  Before you worked for the ATF, did you work for some

18     other government agency?

19     A.  Yes, I did.  I spent a total of 11 years in the United

20     States military as an EOD technician.

21                    THE COURT:  A what kind of technician?

22                    THE WITNESS:  EOD, explosive ordnance disposal

23     technician.

24                    And I spent an additional 15 years with the

25     Department of Homeland Security as an explosives specialist.

1    BY MR. HORNOK:

2    Q.  When you were with the Department of Homeland Security,

3    can you tell us a little bit about what you did as an

4    explosives specialist?

5    A.  So our primary function as an explosives specialist was

6    to conduct training on explosive threats, hazards,

7    improvised explosive devices, military ordnance, terrorist

8    smuggling, terrorist explosive devices, things of that

9    nature.

10    Q.  Did you ever deal with any systems that were kind of

11    like antiaircraft systems?

12    A.  Yes.  A large portion of that is what is referred to as

13    MANPADS, or man-portable air defense systems.

14    Q.  And in short or in layman's terms, what do those things

15    do?

16    A.  They are portable shoulder-fired missiles that you use

17    to shoot down aircraft.

18    Q.  All right.  You mentioned that you worked -- you were an

19    explosives ordnance disposal technician for the United

20    States military.  Can you tell us a little bit about what

21    you did for the military?

22    A.  It's basically the same job within the military.  We

23    respond to explosive threats, respond to found explosive

24    ordnance and IEDs during wartime and then during peacetime

25    as well.

1    Q.  Were you ever deployed overseas in that role with the

2    military?

3    A.  Yes, I was.  I spent some time in Iraq.

4    Q.  So when you were in Iraq, was it a combat zone at that

5    time?

6    A.  I don't know if it had made the transition to combat

7    zone at that time or not.  We did work a lot with the Air

8    Force OSI for the weapons buyback programs from the locals,

9    things of that nature.  But as far as the active combat

10   zone, I don't know.

11   Q.  As a result of your experience over the course of your

12   career, do you have experience with the use and purpose of

13   various weapons systems, including those used in war zones

14   overseas?

15   A.  Yes, I do.

16   Q.  Do you have any formal academic training?

17   A.  Yes.  I have a bachelor's in arson and explosives

18   investigation from Eastern Kentucky University, a master's

19   in forensic science from Oklahoma State University, and I'm

20   currently a doctorate student at Oklahoma State University

21   for forensic science.

22   Q.  And did you have a concentration in your master's and

23   doctorate programs?

24   A.  Yes.  The master's was more of a concentration on

25   explosives and IEDs and the doctorate is a concentration on

1    firearms and firearms forensics.

2    Q.  When you were part of the military, did you receive any

3    kind of training to do your job as an explosives ordnance

4    disposal technician?

5    A.  Yes.  The basic EOD class is about nine months to a year

6    long.  And then after that, there was additional follow-on

7    training, advanced access and denial classes, advanced

8    explosives classes.

9    Q.  And --

10             THE COURT:  What's a denial class?

11             THE WITNESS:  It's advanced access and denial.  It

12    was about defeating alarms systems that may have been

13    attached to improvised nuclear bombs.

14    BY MR. HORNOK:

15    Q.  So during those trainings, can you just give us a little

16    bit in layman's terms of some of the things that you would

17    have learned how to do?

18    A.  You know, it depends.  Like with improvised explosive

19    devices class, it would have covered anything from

20    electronics and fusing all the way up to actual

21    improvisation of the explosives itself.  Any type of

22    advanced ordnance class would have possibly covered -- I

23    mean, I've disassembled surface-to-surface missiles or

24    air-to-air missiles.  You know, it just depended upon what

25    was on the training rotation that day.

1    Q.  When you shifted from the military to the more law

2    enforcement side, did you receive training either as part of

3    the DHS or part of ATF?

4    A.  Yes.  I received training at DHS before I became an

5    explosives specialist.  I went to the explosives specialist

6    basic class, which I believe was maybe a month long, and

7    then several advanced electronics explosives classes.

8    Q.  Have you received training while you're employed with

9    the ATF by non-ATF organizations specific to firearms and

10   different kinds of firearms?

11   A.  Yes, I have.  I've attended upwards of probably 30

12   different armorers classes in total for different platforms

13   or weapons, whether it be handguns, long guns or machine

14   guns.

15   Q.  And what is an armorer course?

16   A.  So an armorer's course is a class that gives an end user

17   more knowledge base for a specific firearm.  They go through

18   advanced maintenance, parts, repair, advanced disassembly.

19   And these are usually factory-level technician classes.

20   Q.  And have you received specific courses put on by the ATF

21   regarding your job?

22   A.  Yes, I have.  Before you become a certified firearms

23   enforcement officer, you have to attend firearms enforcement

24   officer basic class, which is about six months long.  And

25   then you spend time in the industry and in the criminal

Miller - DIRECT - By Mr. Hornok

1    branch under supervision attending different, like, in-house

2    training classes that cover machine guns, machine gun

3    conversion devices, explosive devices -- or destructive

4    devices, I mean, and, you know, GCA firearms or Gun Control

5    Act firearms.

6    Q.  Have you received specific training about M2 machine

7    guns and semiautomatic firearms?

8    A.  Yes, I have.

9    Q.  Have you received training regarding AK-type firearms?

10   A.  Yes, I have.

11   Q.  What about M-16 firearms and the various variants?

12   A.  Yes.

13   Q.  What about RPGs?

14   A.  Yes.

15   Q.  What about 40-millimeter grenades?

16   A.  Yes.

17   Q.  You mentioned the Gun Control Act.  What is the Gun

18   Control Act?

19   A.  The Gun Control Act was put into effect in 1968.  And it

20   was several different regulations that were brought in, one

21   of many of which was the requirement of serial numbers on

22   all firearms.  What is considered a GCA firearm or Gun

23   Control Act firearm are like your everyday-type firearms,

24   like something you could go into a local gun store and

25   purchase and leave with the same day.

1    Q.  And are you familiar with the National Firearms Act?

2    A.  I am.

3    Q.  And generally, what is that about?

4    A.  So the National Firearms Act, or NFA, covers eight

5    specific subclasses of firearms that require an additional

6    background check, $200 tax and fingerprints and a photograph

7    in order to purchase those firearms.

8    Q.  And what kind of firearms are controlled by the NFA?

9    A.  Destructive devices, machine guns, silencers,

10   short-barreled shotguns, short-barreled rifles and any other

11   weapon.

12   Q.  So is part of your job being able to distinguish whether

13   a particular weapon falls into the categories identified by

14   those statutes?

15   A.  Yes.

16   Q.  And particular to this case, what are those two

17   categories that are important?

18   A.  The machine guns and destructive devices.

19   Q.  And firearms is just the basic-level firearm.  Is that

20   also an important category?

21   A.  It is.

22   Q.  As a firearms enforcement officer, what is your job?

23   A.  So being a firearms enforcement officer and working for

24   FATD, we are the bureau or the federal government's focal

25   point for firearms information in general.  We provide

Miller - DIRECT - By Mr. Hornok

1   firearms information to AUSAs, special agents, members of

2   Congress when needed, as well as the general public.

3            Within that, on the criminal and industry side, we

4   will take those firearms and examine them and determine how

5   they fall within federal statutes or how they would be

6   classified.

7   Q.  Have you in the course of your job had an opportunity to

8   examine firearms or weapons and classify them as either

9   firearms, destructive devices or other categories under

10  those legal regimes?

11  A.  Yes.  In the past two years and four, five months, I've

12  examined close to a thousand firearms.

13  Q.  Have you had an opportunity to examine destructive

14  devices?

15  A.  Yes, I have.

16  Q.  What about machine guns?

17  A.  Yes.

18  Q.  When you examine a weapon, is there any kind of

19  peer-review process that you engage in to review your

20  examination?

21  A.  Yes, there is.  When I know that my report is finalized

22  and ready to go to peer review, I will then email that

23  report and all the additional documentation to whoever --

24  whatever FEO is peer reviewer for that week.  They will then

25  review that, make any recommendations, you know, for change;

1    or if they spot any type of what they believe is an error,

2    you know, we'll sit down and talk about it.

3              Once that report comes back to me and I make those

4    recommended changes, if needed, that report then goes to the

5    chief of the eastern response branch for signature.  Once

6    the chief receives that report, he will again look over it

7    for -- just to make sure it's technically correct.

8    Q.  What is the firearms and ammunition technology division

9    reference library?

10   A.  So we have a small paper publication reference library

11   in the building.  It houses about -- I think in between

12   3,000 to 4,000 paper publications.  That is our main

13   reference library.

14             And in addition to that, we have the national

15   firearms collection, which is also somewhat of a reference

16   collection.  And it houses about 14,000 firearms of

17   different types.

18   Q.  Have you had an opportunity to teach others about

19   firearms or explosive devices or things of that nature?

20   A.  Yes, I have.  Throughout my career, I have conducted

21   classes for first responders and law enforcement on IEDs,

22   explosive hazards and awareness.  Most recently, I taught

23   the ATF industry operations investigators' class, their

24   basic firearms block.

25             THE COURT:  Can I go back to the reference

1    libraries?

2           If I understood you correctly, you've got one

3    reference library which is 3,000 to 4,000 publications.

4    Then you've also got a library where you said you have

5    14,000 --

6           THE WITNESS:  Firearms.

7           THE COURT:  Actual firearms?

8           THE WITNESS:  Yes, ma'am.  Actual firearms.  Yes.

9           THE COURT:  So one's paper, essentially, and one's

10   the objects?

11          THE WITNESS:  Yes.

12          THE COURT:  Okay.

13   BY MR. HORNOK:

14   Q.  And what's the purpose of having a national firearms

15   collection?

16   A.  So the national firearms collection allows us to have a

17   representative model to disassemble, to lay side by side

18   with other firearms that may have been modified to help us

19   spot the modification.  For instance, like if we get an

20   M-16-type firearm, you know, that's been built at home, we

21   can take it and lay it side by side with an original factory

22   M-16 that came from Colt.  And then in the report, we can

23   mark those differences between the two.

24   Q.  Have you ever testified in federal court as an expert

25   witness?

1  A.  Yes, I have.

2  Q.  In approximately how many cases?

3  A.  Five.

4  Q.  Were those criminal cases or civil cases?

5  A.  Criminal cases.

6  Q.  Did any of those cases involve international drug

7  trafficking?

8  A.  Yes.  Two of them did.

9  Q.  Did any of those cases involve examining photographs and

10  firearms?

11  A.  Yes.  All of the cases at one point in time or another

12  had to identify -- or examine photographs as well.

13  Q.  Did any of those cases involve destructive devices?

14  A.  Yes.  The last two did involve destructive devices.

15  Q.  And have you had an opportunity to examine evidence in

16  this case?

17  A.  Yes, I have.

18  Q.  Apart from examining some of the evidence, did you

19  participate in the actual investigation of this Defendant in

20  this case?

21  A.  No, I did not.

22  Q.  And the evidence that you examined in this case, did it

23  include pictures of weapons?

24  A.  It did.

25  Q.  Did it include physical weapons?

1    A.  Yes, it did.

2    Q.  And based on your examination, were you able to form

3    opinions regarding whether those weapons constitute firearms

4    and destructive devices under the various U.S. laws?

5    A.  Yes.  I was able to.  And then I penned a technical

6    report to go with that.  I wrote a technical report to go

7    with it.

8            MR. HORNOK:  Your Honor, at this time, I would

9    offer Officer Miller as an expert in the following areas:

10   classifying a weapon as a firearm or a destructive device

11   under Title 18 of the United States Code and how these

12   weapons work, how they are used, what they -- a layperson

13   would observe and hear when the weapons are being used and

14   what their general purpose is.

15           THE COURT:  Any objection?

16           MR. RONIS:  No, your Honor.

17           THE COURT:  Hearing no objection and hearing his

18   qualifications, I will certify that Officer Miller may offer

19   his opinions on the matters you've just detailed under

20   Federal Rule of Evidence 702.

21           MR. HORNOK:  Thank you, your Honor.

22   BY MR. HORNOK:

23   Q.  Have you been trained in firearms safety?

24   A.  Yes, I have.

25   Q.  All right.  And have you instructed others about

1    firearms safety?

2    A.  Yes.

3    Q.  All right.  Now, we have a lot of firearms and some

4    other objects here in the court.  What kind of safety

5    precautions have been taken to render these things safe to

6    be presented and discussed here in court?

7    A.  All of these firearms have been checked multiple times

8    to make sure they were unloaded.  They are all zip-tied to

9    keep the action open and then they were reverified by the

10   Marshals Service.

11   Q.  Now, we have two objects that I believe have not

12   previously been in the courtroom.  You brought those in as

13   exemplars today.  Is that right?

14   A.  Yes, I did.

15   Q.  And what are those items?

16   A.  There is a PG-7 rocket warhead section and an inert

17   40-millimeter grenade, both of which have no explosives or

18   energetic materials.

19   Q.  Okay.  So in any way could these things be dangerous at

20   all?

21   A.  No.

22   Q.  Okay.  Now, have you had an opportunity to examine

23   before today all of the firearms that are sitting here on

24   this table?

25   A.  Yes.

1    Q.  And do all of them constitute firearms?

2    A.  Yes, they do.

3    Q.  And do some of them also constitute destructive devices?

4    A.  Yes.  There were four destructive devices.

5    Q.  All right.  Let's turn to the subject of RPGs.

6            THE COURT:  Just to be clear, from what you've

7    just said, destructive devices are a subset of firearms?

8            THE WITNESS:  Yes, ma'am.

9            THE COURT:  Okay.

10   BY MR. HORNOK:

11   Q.  What is a destructive device?

12   A.  So a destructive device is any explosive, poison gas or

13   incendiary rocket, bomb, hand grenade.  There's a subsection

14   or Section 2 of the definition where it goes in to state

15   that destructive devices are also any nonsporting firearm

16   with a bore over a half-inch in diameter.

17   Q.  What is a bore?

18   A.  So the bore is the inside of the barrel where the

19   projectile would exit the firearm.

20   Q.  So it's -- essentially, if you're going to shoot a

21   bullet bigger than a half-inch, it might constitute a

22   destructive device?

23   A.  It could constitute a destructive device.  Yes.

24   Q.  All right.  So what is an RPG?

25   A.  An RPG is a series or family of light shoulder-fired

1    grenades, whether they're rocket propelled or just propelled

2    through a black powder charge.  It was designed to fill a

3    role on the battlefield to engage lightly armored threats,

4    vehicles, tanks, bunkers and fortifications.

5    Q.  What is -- and RPG is an acronym.  What does RPG mean?

6    A.  So RPG is an acronym for a Russian -- a series of

7    Russian words that basically equates to handheld

8    shoulder-fired rocket grenade.

9    Q.  And in English, what is it sometimes perhaps incorrectly

10   interpreted as?

11   A.  RPG is oftentimes stated to mean rocket-propelled

12   grenade.

13   Q.  And who designed the RPG?

14   A.  I believe the Soviets designed the RPG system in 1961.

15           THE COURT:  Well, so I've always thought RPG did

16   stand for rocket-propelled grenade.  And are you saying that

17   that's an incorrect description of it because it is not

18   rocket propelled?

19           THE WITNESS:  So that is not what RPG means.

20           THE COURT:  Okay.

21           THE WITNESS:  But it more or less is a

22   rocket-propelled grenade.  But RPG technically is -- I don't

23   speak Russian, but it doesn't mean rocket-propelled grenade

24   in Russian.

25           THE COURT:  Okay.

1    BY MR. HORNOK:

2    Q.  It's an accurate description but an inaccurate

3    translation?

4    A.  Acronym.  Correct.

5            THE COURT:  Okay.

6    BY MR. HORNOK:

7    Q.  Is an RPG a destructive device under Title 18 of the

8    United States Code?

9    A.  Yes, it is.  The launcher itself is considered a

10   destructive device.

11   Q.  What about the warhead that gets shot out of the

12   launcher?

13   A.  Yes.  The rocket itself would also be considered a

14   destructive device.

15   Q.  What makes the launcher itself a destructive device?

16   A.  It is a nonsporting firearm with a bore over a half-inch

17   in diameter.

18   Q.  You mentioned this phrase -- and you've used it a couple

19   times -- a nonsporting firearm.  What does that mean?

20   A.  So there are criteria set forth to denote what a

21   sporting firearm is within the U.S.  And these criteria come

22   into play on imports a lot of times and then again in the

23   destructive device category because there are some rifles

24   that have a sporting purpose that might have a bore much

25   larger than a half-inch in diameter.

1    Q.  And to be clear, sporting includes what kinds of

2    activities?

3    A.  Hunting, skeet shooting, you know, sports like

4    Olympic-style shooting, these type of things.

5    Q.  What would happen if you went hunting, say, a deer with

6    a RPG?

7    A.  There would not be much left of it if you hit it.

8    Q.  Let me show you a picture that has been previously

9    admitted as Exhibit 138.  What is depicted in Exhibit 138?

10   A.  This is an RPG-7 launcher.

11   Q.  And what kind of -- does it have any black markings,

12   writing on it, on the side?

13   A.  Yes.  There is a black and tan camouflage pattern and

14   then the number 21 stenciled on it as well as CJNG.

15   Q.  Are you able to give an opinion about whether this

16   picture appears to depict a destructive device?

17   A.  Yes.  That picture appears to depict a destructive

18   device.

19   Q.  Let me turn your attention now to Exhibit 137.

20          THE COURT:  Well, why does that depict a

21   destructive device?

22          THE WITNESS:  It looks like an RPG-7.

23          THE COURT:  And an RPG-7 has a bore bigger than --

24          THE WITNESS:  A half-inch.

25          THE COURT:  -- what would constitute a destructive

 1    device?

 2              THE WITNESS:  Yes, ma'am.

 3              THE COURT:  Okay.

 4    BY MR. HORNOK:

 5    Q.  What is depicted in 137?

 6    A.  That is an Iranian format serial number.

 7    Q.  How do you know that it's Iranian?

 8    A.  The format of the serial number was matched through a

 9    publication from the Federation of American Scientists as

10    well as a U.S. Army publication.

11    Q.  Did you have an opportunity to examine the weapon that's

12    depicted in these pictures?

13    A.  Yes, I did.

14              MR. HORNOK:  Your Honor, at this time, could we

15    have permission for the witness to exit the witness booth

16    and go to the table?

17              THE COURT:  Yes, of course.  He has a lapel mic.

18    Let's make sure that works.

19              Mr. Coates, could you just move the screen for the

20    jury in front?

21    BY MR. HORNOK:

22    Q.  It might be best if you, as you're talking, stand here.

23    A.  (Witness complies.)

24    Q.  There we go.

25              Which of these weapons did you examine that was

1    depicted in that picture?

2    A.  This one right here.

3    Q.  And there's a yellow exhibit tag on there.  Can you read

4    the number to us, please?

5    A.  It says Government's Exhibit 380.

6    Q.  All right.  And does it have the Persian numbers on the

7    side?

8    A.  Yes, it does.

9    Q.  And do those match what's in Exhibit 137?

10   A.  Yes, it does.

11   Q.  I'll turn this around so we can see it.

12           Were you able to reach an opinion about whether

13   this constitutes a destructive device?

14   A.  Yes.  This is a destructive device under U.S. law.

15   Q.  All right.  And explain your rationale for that

16   conclusion.

17   A.  So the device is 100 percent intact, and the bore

18   measurement here was over a half-inch in diameter.

19   Q.  And you actually had an opportunity to measure that when

20   you previously examined it?

21   A.  Yes.  I took a pair of digital calipers and took

22   measurements on the inside of the bore.

23   Q.  Is that the kind of examination you did with the rest of

24   these firearms?

25   A.  Yes, it is.  I would have measured -- except for the

Miller - DIRECT - By Mr. Hornok

 1    handguns, I would have measured for overall length, barrel

 2    length on the firearms that that applied to as well as bore

 3    diameter for the firearms that that applied to.

 4    Q.  Now, did you bring an exemplar warhead that would go

 5    with that RPG?

 6    A.  Yes, I did.

 7    Q.  Again, is this in any way capable of actually going

 8    boom?

 9    A.  It is not.

10    Q.  All right.  How did these two things fit together?

11    A.  So the actual model --

12    Q.  If you can turn and explain it.

13    A.  The actual model is much longer.  There is what's called

14    a kickout motor that screws onto the rear of this that

15    contains the stabilization fins.  Once it's fully assembled,

16    it's inserted into the launcher like that.

17    Q.  And there was a little -- seemed like a little notch

18    that you had to line up.  What is that?

19    A.  Yes.  There's an index notch on the rocket itself right

20    behind this section of the rocket.  And what that does is it

21    mates with the index notch in the bore of the weapon to make

22    sure the firing pin is lined up with the primer on the

23    rocket.

24    Q.  All right.  And when -- is there a trigger on the

25    launcher?

Miller - DIRECT - By Mr. Hornok

1    A.  Yes.  The hammer is here.  Once it's loaded, the hammer

2    is cocked to the bottom.  This is the safety.  And this is

3    the trigger to fire the weapon.

4    Q.  When you fire the weapon, what happens?

5    A.  So once the hammer drops, the firing pin hits the primer

6    in the rocket and that starts the kickout motor.  The

7    kickout motor will then expel the rocket itself out of the

8    launcher to where the sustainer motor will take over and

9    push the rocket downrange.

10   Q.  And how does the rocket get propelled downrange?

11   A.  There's a series of rocket ventures around the outside.

12            THE COURT:  Could you spell that?

13            THE WITNESS:  V-E-N-T-U-R-I-E-S, I believe.

14            So these ventures are slightly canted.  This is

15   where the gas from the rocket charge or the propellant

16   that's inside this tube exits.  And it's just like any other

17   rocket, whether it's an Estes rocket or the space shuttle.

18   The ventures on the bottom focus that expanding gas

19   pressure and push that rocket.  And in this case, these are

20   slightly canted to allow the rocket to gently spin as it

21   goes through the air to help keep it on target.

22   BY MR. HORNOK:

23   Q.  And as we progress up the warhead, what else are -- or

24   the rocket, what are the other parts of what we're seeing?

25   A.  So again, this is the main or sustainer motor.  This is

1     the head of the sustainer motor with the venturies.  The

2     rear section here is where the shape charge --

3               THE COURT:  You should be showing that to the

4     jury.

5               THE WITNESS:  -- where the shape charge is held

6     and the explosives portion.  This section of the warhead is

7     the windscreen or the standoff.  This is a shipping or

8     safety cap.  And underneath this cap is the Piezoelectric

9     fuze that fires the charge in the base of the weapon.

10    BY MR. HORNOK:

11    Q.  So what makes -- so the rocket is flying through the

12    air.  What makes it explode?

13    A.  So once the rocket impacts the target, the fuse sends an

14    electric pulse to a base detonator.  The base detonator sets

15    the explosive charge off, causes a copper cone to collapse

16    and turn into a molten plasma slug.  That molten plasma slug

17    will then defeat the armor or be ejected into the target.

18    There's also a small explosion that goes along with it,

19    obviously.

20    Q.  If we were to all go out to the Mall and you had a real

21    one and you shot it, what would we observe when that

22    happened?

23    A.  There would be a very loud bang at the beginning.  You

24    would see the rocket exit, fly downrange.  And then when the

25    rocket impacted the target, there would be another explosion

1    with audible and visual effects.

2    Q.  What is this kind of weapons system used for in a war

3    zone?

4    A.  So you would use this to shoot likely armored targets on

5    the battlefield, whether it be a bunker or machine gun

6    emplacement, vehicles, lightly armored tanks, troop

7    carriers, you know.  Any battlefield target would be a

8    target for this weapons system.

9    Q.  And what is the useable distance or range of this

10   weapon?

11   A.  So this weapon has a self-destruct for the different

12   rockets right at about 900 meters.  So anything under 900

13   meters if you can get a rocket on it would be a viable

14   target.

15   Q.  Are you aware of whether a weapon like this could be

16   used to shoot down a helicopter?

17   A.  Yes.  RPGs have been used to shoot down helicopters in

18   the past across the world.  Probably the most well-known

19   instance was in 1993, when Somali militants used RPGs to

20   shoot down Blackhawk helicopters in Mogadishu.

21   Q.  If one of these warheads were to hit the helicopter and

22   somebody were inside, what might they observe happen after

23   the warhead hits the helicopter?

24   A.  There would be a loud bang, a noticeable flash.  And

25   then if it hit the skin of the aircraft, there would

1    obviously be some sort of entrance area and then possibly an

2    exit area for the aircraft as well.

3    Q.  And what kind of damage or what would the result be to

4    the helicopter?

5    A.  It depends upon where it hit on the helicopter.  But,

6    you know, as long as it was a good hit on the helicopter,

7    you could expect the helicopter to crash and probably be a

8    total loss.

9    Q.  All right.  Let me direct your attention to Exhibit No.

10   354 --

11           THE COURT:  Can I ask one more question about that

12   shoulder launch thing?

13           Is it -- does that have a really serious kick on

14   your shoulder?  Do you need highly specialized training in

15   order to use that?

16           THE WITNESS:  No.  You can train someone to use

17   that in about ten to 15 minutes.  It's not a lot of kick.

18   The initial kickout motor is about six ounces of black

19   powder.  So there is a large bang and some recoil.  But most

20   of that recoil is then out of the rear of the launcher

21   itself.

22   BY MR. HORNOK:

23   Q.  So let me turn your attention to the monitor to Exhibit

24   354.  Tell me, what do you see in Exhibit 354?

25   A.  It looks like there are at least two RPG 7 rounds and an

1    RPG launcher.

2    Q.  What color are the rounds?

3    A.  The rounds themselves are OD green with some shiny spots

4    on them.

5    Q.  Is that the same color of the exemplar that you brought

6    in today?

7    A.  It is.

8    Q.  Could you show that to the jury, please?

9    A.  (Witness complies.)

10   Q.  And what is the third destructive device that you see

11   there?

12   A.  The launcher itself at the bottom of the page.

13   Q.  Did you have an opportunity to examine that -- the RPG

14   launcher depicted in this picture?

15   A.  Yes.  I believe I did.

16   Q.  All right.  And do you see it here on this table?

17   A.  Yes.

18   Q.  And what -- could you read the exhibit number on that?

19   A.  Government's Exhibit 381.

20   Q.  Does that have any kind of painted markings on the

21   outside?

22   A.  Yes, it does.  It has the number 19 stenciled on it and

23   then CJNG.

24   Q.  Did you examine this weapon in the same way that you

25   examined the previous RPG launcher?

1    A.  Yes, I did.

2    Q.  And were you able to reach an opinion about whether it

3    also constitutes a destructive device?

4    A.  Yes.  This also constituted a destructive device.

5    Q.  All right.  I'm going to -- I've got a series of

6    photographs that I'd like to draw your attention to.  First,

7    to Exhibit 127.

8            What's depicted in Exhibit 127?

9    A.  That is an RPG-7 rocket.

10   Q.  Is that similar to the exemplar we have here today?

11   A.  Yes, it is.

12   Q.  All right.  Let me turn your attention to Exhibit 358.

13   What's depicted here?

14   A.  Those are three RPG-7 rockets with the sustainer

15   motors -- or the kickout motors screwed to the rear.

16   Q.  And each of those, they appear to be kind of brown.  The

17   middle one appears to characterized be camouflaged.  Why is

18   there a color variation in those kickout motors?

19   A.  So the kickout motors are consistently like a waxy-type

20   cardboard outer container.  Over time, that container breaks

21   down, gets holes in it, cracks.  And so it's likely that the

22   camouflage pattern is from tape to secure that propellant

23   inside of that motor.

24   Q.  And is there an evidence tag that you see kind of right

25   at the nose tip of the middle RPG rocket?

1    A.  Yes.  I believe that's the number 4.

2    Q.  Let me turn your attention now to Exhibit 135.  What's

3    depicted here?

4    A.  That is four more PG-7 or RPG-7 rockets.

5    Q.  Let me direct your attention to Exhibit 159.  What is

6    depicted here?

7    A.  That is again another PG-7 rocket with a kickout motor.

8    Q.  And what is the evidence tag listed there?

9    A.  The number 4.

10   Q.  Let me turn your attention to Exhibit 163.  What is

11   depicted here?

12   A.  PG-7 rocket with kickout motor.

13   Q.  Let me turn your attention to 169.  What is depicted

14   here?

15   A.  These appear to be kickout motors that have been wrapped

16   in tape.

17   Q.  What -- let me turn your attention to Exhibit 170.  What

18   is depicted here?

19   A.  So these are PG-7 rockets.  The one on the top appears

20   to still have the shipping cap on the rear of it.  That's

21   where the kickout motor would screw in.  And then the same

22   thing for the one below it.  It just does not have the

23   shipping cap on it.

24   Q.  And what is depicted above that red line?  What appears

25   to be depicted?

1    A.  I'm not for sure what that is.

2    Q.  You just looked at Exhibits 127, 358, 135, 159, 163, 169

3    and 170.  With respect to each of those, were you able to

4    reach an opinion about whether they appear to depict

5    destructive devices?

6    A.  Yes.  They appear to depict destructive devices.

7    Q.  And to be clear, you didn't examine the devices in these

8    pictures, did you?

9    A.  Correct.  I did not examine the rockets in those photos.

10   Q.  So how is it that you could form the opinion that those

11   things are destructive devices or appear to be destructive

12   devices without actually putting your hands on them?

13   A.  Underneath the destructive devices regulation, it states

14   that any explosive rocket is a destructive device.  These

15   are all exemplars or appear to be exemplars of explosive

16   rockets.  There would be no need to have inert rockets for

17   where these photos were taken.

18   Q.  What do you mean by "no need to have inert rockets for

19   where these photos were taken"?

20   A.  Based off the information that I was given, all of these

21   weapons came from an active firefight area.  So there would

22   be no reason to have inert or, you know, nonfunctioning

23   rockets in an active firefight.

24   Q.  If you were going to be in an active fight as a soldier,

25   would you take this device that you've brought in to --

Miller - DIRECT - By Mr. Hornok

1    would you take that device that you've brought into court

2    into an active firefight?

3    A.  I would not.

4    Q.  Why not?

5    A.  It would have no use.  It would only take up room and

6    weight.  And again, it is an inert rocket.  There's no

7    energetic material or explosives inside of it.

8    Q.  All right.  Let me direct your attention now to Exhibit

9    341.

10              What appears to be depicted in this photograph?

11   A.  So these are two LAW rocket tubes.  And LAW stands for

12   light antitank weapon.

13   Q.  Is there another RPG round here to the right?

14   A.  Yes.  That is possibly the windscreen and the main body

15   of the PG-7 round.

16   Q.  Let me turn your attention now to Exhibit 376.  And what

17   appears to be depicted here?

18   A.  The two LAW rocket tubes from the previous photograph.

19   Q.  What is a LAW rocket?

20   A.  So a LAW rocket is a light antitank weapon.  It was the

21   U.S.'s answer to the RPG.  The RPG is the Soviet version to

22   fill that role on the battlefield.  And the LAW is the

23   U.S.'s weapon to fill that role on the battlefield to defeat

24   lightly armored targets.

25   Q.  Now, these just kind of look like tubes.  How do you

Miller - DIRECT - By Mr. Hornok

1   know or how can you tell whether there's anything inside?

2   A.  Again, you cannot by the photos.  These could be empty

3   tubes.  But again, I don't know why there would be empty

4   tubes in a battle area unless they had already fired at the

5   target.

6   Q.  Are LAW rockets reloadable and reusable in the same way

7   that RPG launchers are?

8   A.  They are not.  LAW rockets are disposable, meaning once

9   that tube is fired, it's garbage at that point.  The RPG

10  series is reloadable.

11  Q.  So based on all of that, are you able to form an opinion

12  about whether this photograph appears to depict two

13  destructive devices?

14  A.  Yes.  This photograph appears to depict two destructive

15  devices.

16  Q.  What is a firearm under Title 18 of the United States

17  Code?

18  A.  A firearm is any weapon that will expel a projectile by

19  the action of an explosive.

20  Q.  And what do you --

21          THE COURT:  Could you pause for a second?

22          On the LAW device in this picture, 376, so you

23  can't tell from looking at a device whether it's loaded or

24  not, because both sides look the same both before and after

25  firing its contents?

Miller - DIRECT - By Mr. Hornok

1          THE WITNESS:  Yes, ma'am.  Once you fire it, you

2     can close -- collapse the launcher down and close the end

3     caps on it again.  So from the outside, you would not be

4     able to tell if it's loaded.

5          THE COURT:  Okay.  And if they're loaded, how do

6     you -- if they're loaded, it sounds like that might be a

7     dangerous situation if you can't tell whether it's loaded or

8     not from looking at it.

9          How do you shoot that?

10          THE WITNESS:  So you would pull the pin on the

11     covers and extend the launcher.  There's like one tube

12     inside of another that slightly extends out.  You mount it

13     on your shoulder.

14          When you extend the tube, the sights pop up so you

15     can look through the sights.  And then there's a black

16     trigger that you use three or four fingers on top to squeeze

17     down.  That fires the rocket out of the tube.

18          THE COURT:  So a lot more has to happen before one

19     of these tubes with the contents --

20          THE WITNESS:  Yes.  You have to go through the

21     firing prep, basically, on the rocket.

22          THE COURT:  Okay.

23     BY MR. HORNOK:

24     Q.  And once you open it up, extend it, fire it, what do

25     people typically do with that tube?

1   A.  You would just leave the tube wherever it was at, drop

2   it on the battlefield.

3   Q.  Would there be a reason to fold it back up and package

4   it back up and carry it away?

5   A.  There would not be.  Once they're fired, they're

6   essentially garbage at that point.

7   Q.  All right.  So we were talking about firearms.  How do

8   you determine whether something constitutes a firearm?

9   A.  So we go through a series of steps during an

10  examination.  We look at a firearm.  If it is a known type

11  of firearm, whether it's an AK type or M-16 type, we'll look

12  to see.

13          If it's factory produced, it's automatically a

14  firearm.  Right?  Because it's designed and intended to

15  expel a projectile by the action of an explosive.  It

16  doesn't even have to expel a projectile at that point.  It

17  meets that design-and-intended-to part of the definition.

18  Q.  Now, during your review of the evidence in this case,

19  including these weapons, did you identify different calibers

20  of weapons?

21  A.  Yes.  There's several different calibers of weapons

22  here.  Most of the handguns are .38 Super.  Most of the

23  rifles are either 5.56 or 7.62 by 39.  We have the RPGs

24  which are 40-millimeter bore size.  We have the M-203s,

25  which are 40-millimeter bore size just for a different type

1    of projectiles.  Then we have two .50-caliber weapons on the

2    table as well.

3    Q.  Do we have a .308 Winchester on the table as well?

4    A.  Yes.

5              And this rifle here in the center is a .308.

6    Q.  And what is the purpose of a .308 Winchester caliber

7    ammunition?

8    A.  So a .308-caliber rifle, it's a common hunting rifle

9    here in the United States.  It's also a common military

10   caliber for general-purpose machine guns and sniper weapons

11   systems.

12   Q.  You mentioned that there were two .50-caliber weapons on

13   the table.  Which of these weapons are .50-caliber weapons?

14   A.  The M2 and the Barrett.

15   Q.  There's a yellow exhibit tag on each of these.  Could

16   you read the exhibit tags?

17   A.  Yes.  The exhibit tag on the M2 is Government's Exhibit

18   382.

19              And on the Barrett, it is 383.

20   Q.  And what is a .50-caliber ammunition or weapon -- what

21   is the purpose of that caliber?

22   A.  So the .50-caliber for the M2, it fills on the

23   battlefield a heavy machine gun role for a fully auto M2.

24              And then in the case of the Barrett, it fills an

25   anti-materiel and a sniper role.

Miller - DIRECT - By Mr. Hornok

1    Q.  You mentioned that a number of the handguns were .38

2    Supers.  There were a lot of them.  What, if anything, is

3    significant about the .38 Super caliber in the country of

4    Mexico?

5    A.  So .38 Super is not a common caliber in the United

6    States.  They do have firearms here in .38 Super.  But it is

7    a very common handgun caliber in Mexico.

8            The Mexican gun laws are caliber-restrictive as

9    opposed to the U.S.'s gun laws.  And so common handgun

10   calibers in the U.S. that are deemed law enforcement or

11   military calibers are not available for civilian ownership

12   in Mexico.

13   Q.  What is an M-16?

14   A.  An M-16 is a machine gun.

15   Q.  And what is it designed to do?

16   A.  It's -- the M-16 is a general-issue weapon across the

17   majority of the United States military.

18   Q.  And what is it designed -- who -- who is it designed

19   for -- to carry?

20   A.  Your general, everyday troops on the battlefield within

21   the U.S. are issued either an M-16 or one of the derivatives

22   of the M-16.  The M4, the M-16 A4, it's a very large family

23   of weapons.

24   Q.  Is there a kind of civilian variant of an M-16?

25   A.  There is.  The civilian semiautomatic variant of the

Miller - DIRECT - By Mr. Hornok

1    M-16 is called an AR-15.  It looks very similar on the

2    outside, but the civilian version is not a machine gun.

3    Q.  What is an AK-47?

4    A.  An AK-47 is a communist bloc general-issue firearm for

5    their military.  Like where in the United States we have the

6    M-16 series, for Russian troops, it was the AK series of

7    weapons.

8    Q.  What is a grenade launcher?

9    A.  A grenade launcher is any type of launcher that allows a

10    soldier on the battlefield to shoot or propel a grenade

11    further than you could throw one by hand.

12    Q.  And is a grenade launcher a destructive device?

13    A.  A grenade launcher is a destructive device.

14    Q.  And what makes a grenade launcher a destructive device?

15    A.  The barrel over a half-inch in diameter.

16    Q.  What about the ammunition or the ordnance?  Are those

17    things destructive devices?

18    A.  It could be, yes.  They're all considered ammunition for

19    a destructive device at 40 millimeters.  But the ones that

20    contain explosives would be destructive devices.

21    Q.  And what -- why did they constitute destructive devices?

22    A.  Because it is a grenade with over -- with an explosive

23    charge.

24    Q.  Okay.  And these weapons we've been talking about, the

25    .50 calibers, the M-16, the AK-47, the grenade launcher, on

1    the battlefield, what are these things primarily designed to

2    do?

3    A.  They're designed to kill the enemy.

4    Q.  Let me direct your attention to Exhibit 382, which is

5    the M2 here.  Did you have an opportunity to examine this

6    weapon?

7    A.  I did.

8    Q.  And were you able to reach an opinion about whether this

9    weapon constitutes a firearm?

10   A.  Yes.  This is a firearm.

11   Q.  And what led you to that conclusion?

12   A.  It is semiautomatic; it is designed and intended to

13   expel the -- a projectile by the action of an explosive.

14   Q.  Now, how is this firearm used in the battle -- on the

15   battlefield?

16   A.  So the machine gun version on the battlefield would be

17   used for what's called an overmatch.  It obviously has a

18   much larger bullet, so it would have a further reach than,

19   say, your M-16.  You would use this on vehicles, in fixed

20   emplacements.  And there are helicopter mounts for it as

21   well.

22   Q.  Could somebody pick it up and take a shot with it?

23   A.  I mean, it's possible.  If you could hold it and manage

24   to hit the trigger all the way in the rear, it would be

25   possible.  But it would not be ideal.

1    Q.  And what is -- the .50-caliber ammunition that comes out

2    of this, is it able to penetrate things like armor or

3    vehicles or aircraft?

4    A.  Yeah.  The projectile from the .50-caliber bullet weighs

5    upwards of 798 grains.  I think it comes out to about an

6    ounce.  So the bullet itself weighs about an ounce.  It will

7    travel at a decent rate of speed.  And, you know, were a

8    bullet that large impacting whatever structure or whatever

9    you're in, you can definitely see it or hear it when it

10   hits.

11   Q.  Now, when a .50-caliber hits, say, a vehicle or a

12   helicopter, would that sound louder or softer than if an RPG

13   warhead hit the helicopter?

14   A.  It would definitely be a lot less noise with any type of

15   projectile from a firearm hitting it versus the explosion

16   from an RPG.

17   Q.  Now, directly in front of you you have a bag which has a

18   yellow tag on it which says 403.  What's in this bag?

19   A.  This is .50-caliber ammunition.

20   Q.  And so is that the ammunition that goes with Exhibit

21   382?

22   A.  Yes, it is.  This ammunition would work in the Barrett

23   for the M2.

24   Q.  Let me direct your attention to the screen in

25   Exhibit 108.

1          What's depicted in Exhibit 108?

2     A.  It is a truck, what we would refer to commonly as a

3     technical vehicle.  And it appears to have a mount for a

4     machine gun in the back of it.

5     Q.  Now, there's a little notch right here.  What would go

6     right there?

7     A.  The barrel of whatever firearm was mounted in that would

8     go through that V-notch.

9     Q.  Are there any firearms on the table here that could be

10    mounted in that notch?

11    A.  Yes.  The M2 or the Barrett, either one could be mounted

12    in something like that.

13    Q.  And what is the purpose of this black thing that's

14    standing up?

15    A.  It's an armored shield to protect the operator of the

16    weapon.

17    Q.  What is here in the left-hand corner of the pickup truck

18    bed?

19    A.  That's an ammunition can.  It appears to be the right

20    size for .50-caliber ammunition.

21    Q.  Would it be possible using either of these two

22    .50-caliber weapons mounted on this stand to shoot a

23    helicopter?

24    A.  Yes.

25    Q.  Let me turn your attention now to Exhibit 371.  What is

1    depicted here?

2    A.  That is an RPG-7 rocket and kickout motor.

3    Q.  Now, there's a lot of things kind of scattered about on

4    the bottom here of the picture.  What does that appear to

5    be?

6    A.  That is the brass or leftover ammunition casing from the

7    .50-caliber and the disintegrating links that link the

8    belted ammunition together.

9    Q.  When you say "disintegrating links," are you referring

10   to things like this right here?

11   A.  Yes.

12   Q.  And how does that work?

13   A.  The --

14   Q.  So take one step in this direction.

15   A.  The disintegrating links hook together and then the

16   individual .50-caliber bullet goes in and holds the links in

17   place to create a series of belted ammunition that gets fed

18   into the M2.

19   Q.  So based on what you're seeing here, what, if anything,

20   can you tell about what happened right in this area?

21   A.  It appears that they fired upwards of 100 rounds of

22   .50-caliber ammunition.

23   Q.  And what is depicted right there?

24   A.  That is the lid from an ammunition can.

25   Q.  Let me turn your attention now to the Barrett.  That's

1    Exhibit 383.  What is the caliber -- if you could hold that

2    weapon up, present it, show it to the jury.

3    A.  (Witness complies.)

4    Q.  What is the caliber of this weapon?

5    A.  So this weapon is also .50-caliber.

6    Q.  And what is its purpose?

7    A.  So this is an anti-materiel or sniper rifle.  We

8    commonly use this in EOD to shoot abandoned munitions or dud

9    munitions.  And we would basically use it to shoot them from

10   a distance and cause a mechanical breakup.  Once the

11   projectile hit the mortar or bomblet, it would cause it to

12   break apart.

13   Q.  When you say "anti-materiel," what do you mean by

14   materiel?

15   A.  You could also use this -- aside from a sniper role, you

16   could use this to shoot at communications targets, fuel

17   depots, ammunition depots.  Basically, any other target on

18   the battlefield.

19   Q.  What about vehicles or aircraft?

20   A.  Vehicles and aircraft as well.

21   Q.  Let me direct your attention to the screen in Exhibit

22   403 -- actually, sorry.  You've looked at Exhibit 403.

23             Let me direct your attention to Exhibit 202.  What

24   is depicted in Exhibit 202?

25   A.  That appears to be an M-16 with an underbarrel launcher.

1    Q.  And what is the evidence tag associated with this

2    picture?

3    A.  Delta 1.

4    Q.  And based on your review of this picture, are you able

5    to give an opinion about whether it appears to depict a

6    firearm or more than one firearm?

7    A.  It does appear to depict at least one firearm.

8    Q.  Okay.  Did you have an opportunity to examine the weapon

9    depicted in this picture?

10   A.  I did.

11   Q.  And does it appear on the table here?

12   A.  Yes, it is.

13   Q.  Could you hold that up for the jury and show it to the

14   jury?

15   A.  (Witness complies.)

16   Q.  Now, on the handle, there's some tape and it looks like

17   there's some kind of writing.  What is written on the tape?

18   A.  On the hand grip, there were the letters D and the

19   number one.

20   Q.  Okay.  Did you have an opportunity to examine this

21   weapon?

22   A.  Yes, I did.

23   Q.  And are you able to give us an opinion about whether it

24   constitutes one or more firearms?

25   A.  Yes.  There are technically two firearms here:  the M-16

1    machine gun section and the 40-millimeter grenade launcher

2    as well.

3    Q.  Does the 40-millimeter grenade launcher constitute a

4    destructive device?

5    A.  It does.  This is a destructive device by itself.

6    Q.  What makes that a destructive device by itself?

7    A.  The bore section is over a half-inch in diameter.

8    Q.  And you made reference earlier to this 40-millimeter

9    grenade that you brought into -- the exemplar grenade that

10   you brought into the courtroom --

11   A.  Yes.

12   Q.  -- today.

13          How does the exemplar ammunition that you brought

14   in work with this weapon?

15   A.  So there is a safety catch or opening latch on the side

16   of the launcher.  You push it in, open the barrel up.  You

17   would take the grenade, insert it into the barrel and then

18   close the barrel on the reverse side.  On this model, there

19   is a cocking knob that you would use to cock the firearm.

20   And then once you had your target, you would pull the

21   trigger and fire the grenade.

22   Q.  And if we were to go out onto the Mall and you had a

23   real grenade and you shot it down towards the Washington

24   Monument, what would we observe?

25   A.  You'd notice very distinctive noises when the grenade

1     exits the muzzle.  It makes like a thumping-type noise.

2     Then once the grenade impacted the target, you would see a

3     small audible and visual explosion.

4     Q.  And when that explosion occurs, what happens to the

5     things around it?

6     A.  So the blast radius or fragmentation on this is about

7     ten meters.  So it throws out fragmentation in a ten-meter

8     radius around the target.

9     Q.  What is the purpose of the fragmentation?

10    A.  The fragmentation is to maim or injure or kill the

11    intended target.

12    Q.  Okay.

13            THE COURT:  What are those fragments inside the

14    grenade?

15            THE WITNESS:  The -- it's dependent upon the

16    model.  It could be the exterior case.  Some of the models

17    actually have a smaller presegmented sleeve inside.  So it's

18    all these little individual pieces of metal that are

19    prescored to break away and fly out of the grenade.

20    BY MR. HORNOK:

21    Q.  Now, if a weapon -- if a grenade like this was shot into

22    a vehicle, say, through the window into the interior

23    compartment of a vehicle, what would happen?

24    A.  It would definitely -- it would kill the occupants in

25    the vehicle cab or severely injure them.  And it is possible

1    it could take the vehicle out as well, dependent upon where

2    it hit inside of the cabin of the vehicle.

3              MR. HORNOK:  Your Honor, would it be possible if

4    the jurors are interested in passing around the exemplar

5    grenade and RPG warhead?

6              THE COURT:  Okay.  You can say no if you want.

7    Does anybody want to look at it more closely?

8              Yes.  Why don't we just -- for the people who want

9    to take a look at it more closely, they can look at it.

10             THE WITNESS:  (Tenders items to the members of the

11   jury.)

12             THE COURT:  These are inert.

13             MR. HORNOK:  These are inert.

14   BY MR. HORNOK:

15   Q.  While they're doing that, what --

16             THE COURT:  Actually, I don't want to have the

17   jurors multitasking.  We can do one thing at a time.

18             MR. HORNOK:  Okay.

19             THE JURY:  (Returns items to the witness.)

20             THE COURT:  Now you may proceed.

21             MR. HORNOK:  Thank you, your Honor.

22   BY MR. HORNOK:

23   Q.  Let me direct your attention back to the screen in

24   Exhibit 205.

25             What is the evidence tag there in yellow?

1    A.  It says D-1.

2    Q.  And across the left, there is a number of things here.

3    What are those?

4    A.  That is small arms ammunition.  It appears to be around

5    5.56 size cartridges.

6    Q.  And what is this thing right there?

7    A.  That is a 40-millimeter grenade.

8    Q.  And is that different than the one that's here or how is

9    that different than the one that's here?

10   A.  Yes.  So this one here is just like a no-powder

11   exemplar.

12   Q.  Explain that to the jury.

13   A.  The top on this one is spongy, whereas on the real one

14   the top is made out of anodized aluminum.  That's why it has

15   that golden color.  This is similar in shape only to the

16   grenade that's on the screen.

17   Q.  Based on your review of this picture, are you able to

18   offer an opinion about whether this picture appears to

19   depict a destructive device?

20   A.  Yes.  That appears to depict a destructive device.

21   Q.  And what is the destructive device that appears in this

22   picture?

23   A.  40-millimeter grenade.

24   Q.  All right, sir.  Let me direct your attention now to

25   Exhibit 225.  Did you have an opportunity to examine the

```
 1    weapon depicted in Exhibit 225?

 2    A.  Yes, I did.

 3    Q.  And is it there on the table?

 4    A.  Yes, it is.

 5    Q.  And could you pick that up and display that for the

 6    jury.

 7    A.  (Witness complies.)

 8    Q.  Now, are you able -- did you have an opportunity to

 9    examine this and form an opinion about whether it

10    constitutes a firearm?

11    A.  Yes, I did.  This is technically two firearms.

12    Q.  And is there also a destructive device?

13    A.  There is.  The underbarrel launcher for this one is also

14    a destructive device.

15    Q.  And does that have some kind of branded markings on it?

16    A.  It does.  This rifle as well as the last one is covered

17    in Colt logos.

18    Q.  Let me turn your attention back to the screen.

19              THE COURT:  Could you point out to the jury where

20    the Colt logo is on that?

21              THE WITNESS:  The logos are stamped here, here,

22    here and then on the upper as well.

23              THE COURT:  Call see that?  Do you need it closer?

24              THE WITNESS:  (Displaying items to the jury) This

25    section here and then on the grenade launcher.
```

1    BY MR. HORNOK:

2    Q.  Is this weapon very similar to the black one that we

3    just saw?

4    A.  It is.

5    Q.  What are the differences between these two weapons?

6    A.  Aside from some minor differences, mainly just the paint

7    job.

8    Q.  Is there a difference in the length of the barrel of the

9    grenade launcher?

10   A.  There is.  The grenade launcher has a 12-inch barrel on

11   it versus the 9-inch barrel that's on the previous one.

12   Q.  All right.  Let me direct your attention to Exhibit 395.

13   It's a wood handled -- or a pistol with wooden grips.  It's

14   395.  I believe it has tape on the handle.

15   A.  395.  Yes.

16   Q.  All right.  And what is on the -- on the tape on the

17   handle, what is -- what appears to be written?

18   A.  The letter H and the number two.

19   Q.  What caliber is this weapon?

20   A.  This is a .38 Super.

21   Q.  Is it a firearm?

22   A.  It is a firearm.

23   Q.  All right.  Let me turn your attention to a series of

24   photographs, Exhibit 379 and Exhibit 375.

25            And what is depicted in these two images?

1    A.  These are also 40-millimeter grenades.

2    Q.  And do these images appear to depict destructive

3    devices?

4    A.  Yes, they do.

5    Q.  All right.  Let me turn your attention now to Exhibit

6    377.  What is depicted in Exhibit 377?

7    A.  So this is a training hand grenade.

8    Q.  If you can take one step in this direction.

9    A.  A training hand grenade.  You can tell by the markings

10   on the spoon.  So it started life as a training hand

11   grenade.  However, it's likely not a training hand grenade

12   at that stage.

13   Q.  Why do you think that?

14   A.  Most often when these grenades are recovered or used in

15   crimes, they've been modified from the original training

16   stance.  The fuse has been retrofitted with a new delay and

17   then there's been some sort of explosive filler added to the

18   body of the grenade.

19   Q.  Let me turn your attention now to Exhibit 386.  I

20   believe it's on the far side of the table.  It's a black

21   M-15 without a grenade launcher.  Is that a firearm?

22   A.  Yes, it is.

23   Q.  And you had an opportunity to examine it?

24   A.  Yes, I did.

25   Q.  All right.  I apologize.  I'm -- we're going to start

1    cycling through a little bit quicker here.

2            Exhibit 387, which is the -- I believe the one in

3    the middle with the scope --

4    A.  Yes.

5    Q.  -- did you have an opportunity to examine that?

6    A.  Yes, I did.

7    Q.  And what is that on top?

8    A.  It is an optical scope.

9    Q.  What's the purpose of having an optical scope?

10   A.  A scope is just designed to allow the shooter or

11   operator of the weapon to identify and hit targets at longer

12   distances.

13   Q.  And there's two legs sticking down.  What's the purpose

14   of those?

15   A.  That is called a bipod.  That is used for stabilization

16   of the firearm to allow someone to shoot it further

17   distances.

18   Q.  And is that a firearm?

19   A.  It is.

20   Q.  All right.  Let me turn your attention to Exhibit 388,

21   also I believe on the other side here.  We can just -- I

22   think we'll cycle through a couple of these on that side of

23   the table.

24            What is Exhibit 388?

25   A.  This is a firearm as well.

Miller - DIRECT - By Mr. Hornok

```
1    Q.  And are there -- on this side, are there any markings on
2    the butt stock?
3    A.  Yes.  Spray painted on the butt stock is CJNG and the
4    number 79.
5    Q.  Okay.  Let me turn your attention to Exhibit 389.  Also,
6    I think it's going to be on that side of the table.  It
7    should be the one with the angle 4 grip.
8              What is Exhibit 398?  And if you could turn
9    around.
10   A.  Exhibit 398 is a firearm.  Additionally, this one is a
11   machine gun.
12   Q.  And what style of firearm is this?
13   A.  This is an AK-47 type.
14   Q.  And is there something else that would go in to hold the
15   ammunition?
16   A.  Yes.  There is a magazine that would go into place here
17   on the firearm into the magazine well.
18   Q.  And what is the general shape of that magazine?
19   A.  It's kind of a half crescent moon or banana-shaped.
20   Q.  Is this a firearm as well?
21   A.  It is.
22   Q.  Let me turn your attention to Exhibit 390.  It's another
23   AK-47 with a wooden foregrip.
24             Does that have any painted markings on the weapon?
25   A.  It does.  This says CJNG and has the number 24 spray
```

1    painted on it.

2    Q.  And what type of weapon is this?

3    A.  This is an AK-type firearm.

4    Q.  Let me turn your attention now to Exhibit 391.  It

5    should be another AK.  Yes.

6             And what is this?

7    A.  This is an AK-time firearm as well.  It has stenciled on

8    the side of it CJNG and the number 75.

9    Q.  Is that a firearm?

10   A.  It is a firearm.

11   Q.  Let me turn your attention now to Exhibit 392.  If you

12   could turn fully for the jury.  What is Exhibit 392?

13   A.  392 is an AK-47 type firearm.  That's a machine gun in

14   addition to being a firearm.

15   Q.  And is there a particular -- what's the difference with

16   this stock?  The stock seems a little different.

17   A.  It's just a side-folding stock.  It's been crudely

18   adapted to this firearm.

19   Q.  All right.  Let me turn your attention now to Exhibit

20   393.  It's going to be one of the -- there we go.

21             And what is this?

22   A.  393 is an AK-47-type firearm.  So this one is a machine

23   gun as well.

24   Q.  Does it have any painted markings on the side?

25   A.  It does.  It has CJNG and the letters MV spray painted

1    on it.

2    Q.  Could you display for the jury a little bit up close the

3    painted marking MV?

4    A.  MV is marked on the side of the rear sight block.

5              THE COURT:  Could you get that closer so the

6    jurors can see it.

7              THE WITNESS:  (Witness complies.)

8    BY MR. HORNOK:

9    Q.  There's another very similar weapon towards the front.

10   A.  That's 394.

11   Q.  Is that essentially the same kind of weapon?

12   A.  Yes.  It's essentially identical.

13   Q.  Is it also a firearm?

14   A.  It is.  And also, a machine gun.  And it has Loco,

15   L-O-C-O, stenciled on the left-hand side and MV stenciled on

16   the right side as well as CJNG and the number 52.

17   Q.  Could you display the initials MV to the jury.

18   A.  (Witness complies.)

19   Q.  Now we have a collection of pistols over here.  Let me

20   start with Exhibit 396.  It has a metal handle, a metal

21   grip.  Is that a firearm?

22   A.  It is.  This is a firearm as well.

23   Q.  All right.  Let me turn your attention now to 3 -- we're

24   going to be quick here -- 397.  Is this a firearm?

25   A.  Yes, it is.

```
1    Q.  All right.  Let me turn your attention now to Exhibit
2    398.  If you could just display that for the jury.
3    A.  (Witness complies.)
4    Q.  Is this a firearm?
5    A.  Yes, it is.  This is also a firearm.
6    Q.  All right.  399:  Is this also a firearm?
7    A.  Yes, it is.  This is also -- it meets the criteria to be
8    a firearm.
9    Q.  All right.  400:  Is this a firearm?
10   A.  Yes, it is.
11   Q.  All right.  401.  It's the gold Beretta.
12   A.  Yes.
13   Q.  Is that a firearm?
14   A.  Yes, it is.
15   Q.  And what, if anything, is distinctive about this
16   firearm?
17   A.  The custom filigree and gold inlays on it.
18   Q.  And now Exhibit 402:  Is this a firearm?
19   A.  Yes, it is.
20   Q.  And what, if anything, is distinctive about this
21   firearm?
22   A.  The same thing:  the custom grips, the filigree and the
23   gold inlay.
24   Q.  Have you ever seen a weapon -- a pistol that looks
25   similar to this weapon?
```

1    A.  Yes, I have.  There is one similar to this in the

2    national firearms collection.

3    Q.  And at this point, you can retake the witness stand.

4    A.  (Witness complies.)

5    Q.  Let me draw your attention on the screen to Exhibit 367,

6    Page 1.

7            In the middle here, here and here, what is

8    depicted?

9    A.  Those are AR-type firearms, possibly M-16 type.

10   Q.  And here and here?

11   A.  Those are AK-type firearms.

12   Q.  Okay.  What is this right here?

13   A.  That is an underbarrel launcher similar to the two that

14   I've previously examined.

15   Q.  And what are these here?

16   A.  Those are 40-millimeter grenades.

17   Q.  And based on your examination of this photograph, does

18   this photograph appear to depict any firearms?

19   A.  Yes.  It appears to depict five firearms and one

20   destructive device.

21   Q.  And what are the firearms?

22   A.  The AK at the top; the AR-15 pattern rifle underneath of

23   that; the handgun; the brown firearm in the middle, also an

24   AR-15 or M-16 type; and then the AK pattern firearm at the

25   bottom.

1    Q.  And the things on the left, do these appear to be

2    destructive devices?

3    A.  Yes, they do.

4    Q.  And what is written on the brown patterned firearm?

5    A.  Menchito.

6    Q.  Okay.  Let me turn your attention to Page 2 of that

7    exhibit.  Actually, can you go back to Page 1 actually?

8    This thing right here, what is that?

9    A.  That is the magazine I was talking about earlier for the

10   AK-type firearms.

11   Q.  And does it kind of have a horn shape?

12   A.  It does.

13   Q.  All right.  Let me turn your attention to Page 2.  What

14   is depicted here?

15   A.  It is the AR-pattern rifle from the previous photo.

16   Q.  Okay.  And does this picture appear to depict any

17   destructive devices or firearms?

18   A.  Yes.  It appears to depict a destructive device as well

19   as a machine gun.

20   Q.  And when we were walking through the physical firearms

21   here, which of the firearms that was on the table here was

22   most similar to the firearm depicted in this picture?

23   A.  It was the M-16 pattern rifle with the 12-inch barrel on

24   the grenade launcher.

25   Q.  Is it --

1    A.  The camouflage one, I believe.

2    Q.  Is it Exhibit 385, this one right here?

3    A.  Yes.

4            MR. HORNOK:  May I have a moment, your Honor?

5            THE COURT:  Yes.

6            MR. HORNOK:  No further questions, your Honor.

7            THE COURT:  Any cross?

8            MR. RONIS:  No, your Honor.

9            THE COURT:  All right.  You are excused.

10           THE WITNESS:  Thank you.

11           THE COURT:  You have to leave our lapel mic.

12           (Witness excused.)

13           THE COURT:  And does the Government have any more

14   witnesses?

15           MR. HORNOK:  No, your Honor.  At this time, the

16   Government rests its case in chief.

17           THE COURT:  All right.  And at this point, let me

18   just talk to the lawyers for a second.

19           (Whereupon, the following bench conference was

20   held:)

21           MR. COLOMBO:  Your Honor, I would just make a

22   motion pursuant to Rule 29 on both counts now that all the

23   evidence is in.  I have nothing further to add.

24           THE COURT:  Nothing further to add on your

25   Rule 29?

```
1              MR. COLOMBO:  Correct, your Honor.

2              THE COURT:  Okay.  Well, I'm going to say more

3    about that, so I'm going to excuse the jury.  And then we'll

4    talk about the schedule next --

5              MR. COLOMBO:  Okay.

6              THE COURT:  -- because I want to give the

7    Government an opportunity to respond and so on.

8              MR. COLOMBO:  Very well, your Honor.

9              (Whereupon, the following proceedings were had in

10   open court:)

11             THE COURT:  All right.  So, ladies and gentlemen,

12   what happens next is there are some legal issues we have to

13   take up.  The defense has to decide whether it's going to

14   put on a case.  There are a number of legal issues we're

15   going to have to deal with.  So at this point --

16             Well, you know what we're going to do?  Let's go

17   back on the phone for a second.

18             (Whereupon, the following bench conference was

19   held:)

20             THE COURT:  So does the Government want -- have

21   anything to say on the Rule 29?  What I'll do is I'm going

22   to deny the Rule 29 under the appropriate standard and I'm

23   going to put on the record my reasons for that probably

24   first thing tomorrow morning.

25             But I can deny it now.  If the Government wants to
```

1       say something now.

2               MR. HORNOK:  Your Honor, if you're going to deny

3       it, I'll be happy to be quiet.

4               THE COURT:  So with that, then do you just want to

5       rest now or do you want to wait until tomorrow morning?

6               MR. COLOMBO:  We can rest now, your Honor.

7               THE COURT:  Okay.  Because then that'll just move

8       it along.

9               This is what I'm going to suggest we do:  I have

10      to circulate the final instructions.  We have to have our

11      charging conference tomorrow morning.  I'll say 10:00, to

12      give you time to look at the final instructions.  And then

13      I'll ask the jury to come in at 11:00, I think, is what we

14      had suggested.  I think that'll give us plenty of time.

15      Okay?  Does that sound like a plan?

16              Is that okay with the defense?

17              MR. COLOMBO:  Yes, your Honor.

18              MR. RONIS:  Yes, your Honor.

19              THE COURT:  With the Government?

20              MR. HORNOK:  Yes, your Honor.

21              THE COURT:  Okay.

22              (Whereupon, the following proceedings were had in

23      open court:)

24              THE COURT:  We just wrapped up some of those legal

25      issues.

1          So we still have some legal issues that we have to

2     talk about.  So tomorrow I'm going to ask you all to come in

3     at 11:00.  We're going to proceed to closing arguments and

4     to final instructions tomorrow.

5          Does the defense want to rest in front of the

6     jury?

7          MR. COLOMBO:  The defense rests, your Honor.

8          THE COURT:  Okay.  So there we go.

9          Do not talk about the case among yourselves or

10    with anybody else.  The case is about to be turned over to

11    you for your deliberations tomorrow.

12         So you're all excused.  Have a very pleasant

13    evening.

14         (Whereupon, the jury exited the courtroom at 4:54

15    p.m. and the following proceedings were had:)

16         THE COURT:  All right.  So later tonight, my law

17    clerk's going to email to you all the final instructions, so

18    you'll have an opportunity to look at it over tonight or

19    tomorrow morning.

20         Let's meet at, let's say, 9:30 tomorrow morning so

21    we can go through the final instructions.  Most of the

22    Government attorneys have tried cases with me before so they

23    know how I do my charging conference.

24         For defense counsel, I basically go through page

25    by page to see if there are any objections or modifications

1    to the charge, hear any argument and then we're done,

2    basically.

3                So you'll be able to look at that tonight.

4                I know that there were some disputes about

5    multiplicity -- the multiple-conspiracy charge and the

6    co-conspirator liability charge.  So do people want to

7    supplement their papers in any way right now or do you want

8    to wait until tomorrow?

9                MR. COLOMBO:  I don't have anything to add

10   tonight, your Honor.

11               THE COURT:  All right.

12               MR. HORNOK:  I don't have anything else to add

13   tonight.  I'd rather wait till tomorrow.  But to be frank, I

14   haven't looked at it in about two or three weeks.

15               THE COURT:  Okay.  Fine.  I'll see you all at

16   9:30.

17               (Proceedings concluded.)

18

19

20

21

22

23

24

25

1                           **<u>CERTIFICATE</u>**

2

3                    I, LISA EDWARDS, RDR, CRR, do hereby

4     certify that the foregoing constitutes a true and accurate

5     transcript of my stenographic notes, and is a full, true,

6     and complete transcript of the proceedings produced to the

7     best of my ability.

8

9

10                   Dated this 16th day of November, 2024.

11

12              <u>/s/ Lisa Edwards, RDR, CRR</u>
                Official Court Reporter
13              United States District Court for the
                  District of Columbia
14              333 Constitution Avenue, Northwest
                Washington, D.C. 20001
15              (202) 354-3269

16

17

18

19

20

21

22

23

24

25

**$**

**$200** [2] - 4:11, 48:6
**$50** [4] - 4:13, 4:18, 4:22, 4:24

**/**

**/s** [1] - 102:12

**1**

**1** [3] - 82:3, 95:6, 96:7
**100** [2] - 60:17, 80:21
**105** [2] - 1:19, 1:22
**108** [2] - 78:25, 79:1
**10:00** [3] - 40:9, 40:14, 99:11
**11** [2] - 19:15, 42:19
**11:00** [7] - 40:8, 40:9, 40:14, 40:18, 99:13, 100:3
**11th** [1] - 15:2
**12-inch** [2] - 88:10, 96:23
**127** [3] - 67:7, 67:8, 69:2
**135** [2] - 68:2, 69:2
**137** [3] - 58:19, 59:5, 60:9
**138** [2] - 58:9
**14,000** [2] - 50:16, 51:5
**145** [1] - 1:16
**14th** [2] - 11:3, 11:16
**15** [7] - 12:24, 22:22, 27:16, 27:19, 27:22, 42:24, 65:17
**15-minute** [1] - 41:3
**159** [2] - 68:5, 69:2
**16** [1] - 20:1
**16-00229** [1] - 1:3
**163** [2] - 68:10, 69:2
**169** [2] - 68:13, 69:2
**16th** [1] - 102:10
**17** [1] - 19:21
**170** [2] - 68:17, 69:3
**18** [6] - 1:6, 19:21, 20:4, 53:11, 57:7, 71:16
**19** [1] - 66:22
**1961** [1] - 56:14
**1968** [1] - 47:19
**1990** [1] - 19:25
**1993** [1] - 64:19
**1:34** [1] - 1:7

**1:35** [1] - 4:1
**1st** [4] - 25:21, 26:1, 27:9, 29:12

**2**

**2** [3] - 55:14, 96:6, 96:13
**20001** [2] - 2:4, 102:14
**2002** [1] - 19:13
**2004** [1] - 19:12
**2005-2006** [1] - 19:10
**2006** [4] - 19:5, 19:7, 19:21, 20:1
**2008** [1] - 20:8
**2009** [3] - 20:10, 20:11, 24:2
**2010** [1] - 24:2
**2012** [2] - 24:6, 29:8
**2015** [11] - 25:9, 25:13, 25:19, 25:21, 25:25, 26:2, 26:5, 26:20, 27:3, 27:9, 29:12
**202** [4] - 2:4, 81:23, 81:24, 102:15
**2020** [9] - 4:22, 15:2, 15:5, 25:16, 26:19, 28:3, 28:12, 28:21, 29:25
**2021** [6] - 6:12, 11:3, 11:16, 23:17, 23:21, 24:22
**2022** [1] - 19:16
**2023** [1] - 36:7
**2024** [5] - 1:6, 15:9, 27:8, 30:7, 102:10
**205** [1] - 85:24
**20530** [1] - 1:17
**20th** [1] - 26:19
**21** [1] - 58:14
**225** [2] - 86:25, 87:1
**22nd** [1] - 25:16
**23rd** [1] - 25:19
**24** [1] - 91:25
**29** [4] - 97:22, 97:25, 98:21, 98:22
**29th** [7] - 15:9, 15:10, 23:17, 23:21, 24:22, 27:8, 30:7
**2nd** [4] - 28:3, 28:12, 28:20, 29:25

**3**

**3** [1] - 93:23
**3,000** [2] - 50:12,

51:3
**30** [1] - 46:11
**308** [3] - 74:3, 74:5, 74:6
**308-caliber** [1] - 74:8
**333** [2] - 2:3, 102:14
**341** [1] - 70:9
**35** [4] - 13:6, 13:9, 13:22, 14:8
**354** [2] - 65:10, 65:24
**354-3269** [2] - 2:4, 102:15
**358** [2] - 67:12, 69:2
**36** [3] - 14:18, 14:21, 17:1
**367** [1] - 95:5
**36th** [2] - 27:16, 30:6
**37** [1] - 3:6
**371** [1] - 79:25
**375** [1] - 88:24
**376** [2] - 70:16, 71:22
**377** [2] - 89:6
**379** [1] - 88:24
**38** [6] - 73:22, 75:1, 75:3, 75:5, 75:6, 88:20
**380** [1] - 60:5
**381** [1] - 66:19
**382** [3] - 74:18, 77:4, 78:21
**383** [2] - 74:19, 81:1
**385** [1] - 97:2
**386** [1] - 89:19
**387** [1] - 90:2
**388** [2] - 90:20, 90:24
**389** [1] - 91:5
**39** [1] - 73:23
**390** [1] - 91:22
**391** [1] - 92:4
**392** [3] - 92:11, 92:12, 92:13
**393** [2] - 92:20, 92:22
**394** [1] - 93:10
**395** [3] - 88:12, 88:14, 88:15
**396** [1] - 93:20
**397** [1] - 93:24
**398** [3] - 91:8, 91:10, 94:2
**399** [1] - 94:6
**3:06** [1] - 41:5
**3:30** [1] - 41:16

**4**

**4** [4] - 3:6, 68:1, 68:9, 91:7
**4,000** [2] - 50:12, 51:3

**40** [1] - 76:19
**40-millimeter** [11] - 47:15, 54:17, 73:24, 73:25, 83:1, 83:3, 83:8, 86:7, 86:23, 89:1, 95:16
**400** [1] - 94:9
**401** [1] - 94:11
**402** [1] - 94:18
**403** [3] - 78:18, 81:22
**42** [1] - 3:7
**4:54** [1] - 100:14

**5**

**5.56** [2] - 73:23, 86:5
**50** [1] - 76:25
**50-caliber** [15] - 74:1, 74:12, 74:13, 74:20, 74:22, 78:1, 78:4, 78:11, 78:19, 79:20, 79:22, 80:7, 80:16, 80:22, 81:5
**52** [1] - 93:16
**5:00** [1] - 39:17

**6**

**6706** [1] - 2:3

**7**

**7** [1] - 65:25
**7.62** [1] - 73:23
**702** [1] - 53:20
**75** [1] - 92:8
**79** [1] - 91:4
**798** [1] - 78:5

**8**

**85** [1] - 21:18

**9**

**9-inch** [1] - 88:11
**900** [2] - 64:12
**92101** [2] - 1:20, 1:23
**9:30** [2] - 100:20, 101:16

**A**

**A4** [1] - 75:22
**abandoned** [1] - 81:8
**ability** [2] - 12:13,

102:7
**able** [20] - 18:8, 18:10, 21:7, 22:19, 48:12, 53:2, 53:5, 58:15, 60:12, 67:2, 69:3, 71:11, 72:4, 77:8, 78:2, 82:4, 82:23, 86:17, 87:8, 101:3
**absolutely** [1] - 32:14
**academic** [1] - 44:16
**accepting** [1] - 5:14
**access** [2] - 45:7, 45:11
**according** [1] - 26:17
**accurate** [3] - 16:15, 57:2, 102:4
**accused** [1] - 37:21
**acronym** [3] - 56:5, 56:6, 57:4
**Act** [7] - 47:5, 47:17, 47:18, 47:19, 47:23, 48:1, 48:4
**Action** [1] - 1:3
**action** [4] - 54:9, 71:19, 73:15, 77:13
**active** [4] - 44:9, 69:21, 69:23, 69:24, 70:2
**activities** [1] - 58:2
**actual** [6] - 45:20, 51:7, 51:8, 52:19, 61:11, 61:13
**adapted** [1] - 92:18
**add** [5] - 7:2, 97:23, 97:24, 101:9, 101:12
**added** [1] - 89:17
**addendum** [1] - 5:21
**addition** [2] - 50:14, 92:14
**additional** [4] - 42:24, 45:6, 48:5, 49:23
**additionally** [1] - 91:10
**addressed** [1] - 11:19
**administer** [1] - 41:24
**admitted** [3] - 4:11, 27:3, 58:9
**advanced** [7] - 45:7, 45:11, 45:22, 46:7, 46:18
**affiant** [1] - 34:7
**affidavit** [15] - 31:3, 31:21, 32:11, 32:22, 33:7, 33:21, 33:25, 34:2, 34:6, 34:7,

34:10, 34:14, 35:3, 35:7, 37:9
**affidavits** [3] - 30:24, 35:13, 35:16
**afternoon** [2] - 39:10, 39:25
**AFTERNOON** [1] - 1:7
**agency** [1] - 42:18
**Agent** [2] - 38:19, 38:20
**agents** [8] - 9:21, 15:20, 17:9, 17:17, 23:21, 25:15, 28:16, 49:1
**ago** [5] - 12:24, 15:9, 22:23, 26:18, 42:16
**agree** [4] - 12:19, 20:5, 23:14, 25:1
**agreed** [3] - 4:13, 4:18, 38:2
**agreement** [10] - 4:10, 4:18, 5:6, 5:10, 5:17, 5:21, 5:22, 21:25, 22:7, 22:14
**air** [5] - 43:13, 45:24, 62:21, 63:12
**Air** [1] - 44:7
**air-to-air** [1] - 45:24
**aircraft** [6] - 43:17, 64:25, 65:2, 78:3, 81:19, 81:20
**airplane** [1] - 30:2
**AK** [10] - 47:9, 73:11, 76:6, 92:3, 92:5, 92:7, 95:11, 95:22, 95:24, 96:10
**AK-47** [6] - 76:3, 76:4, 76:25, 91:13, 91:23, 92:13
**AK-47-type** [1] - 92:22
**AK-time** [1] - 92:7
**AK-type** [4] - 47:9, 92:3, 95:11, 96:10
**alarms** [1] - 45:12
**Alcohol** [1] - 42:10
**Algredo** [3] - 36:4, 37:17, 37:23
**alias** [6] - 32:1, 33:12, 33:22, 33:24, 34:11, 35:5
**alliance** [1] - 21:17
**allow** [3] - 62:20, 90:10, 90:16
**allows** [2] - 51:16, 76:9
**aluminum** [1] - 86:14
**AMERICA** [1] - 1:3
**American** [3] - 10:2,

30:15, 59:9
**ammunition** [21] - 42:13, 50:8, 74:7, 74:20, 76:16, 76:18, 78:1, 78:19, 78:20, 78:22, 79:19, 79:20, 80:6, 80:8, 80:17, 80:22, 80:24, 81:17, 83:13, 86:4, 91:15
**amount** [1] - 4:15
**amusing** [1] - 18:15
**angle** [1] - 91:7
**announced** [1] - 29:14
**anodized** [1] - 86:14
**answer** [2] - 15:25, 70:21
**ANTHONY** [2] - 1:18, 1:19
**anti** [3] - 74:25, 81:7, 81:13
**anti-materiel** [3] - 74:25, 81:7, 81:13
**antiaircraft** [1] - 43:11
**anticipate** [1] - 40:4
**antitank** [2] - 70:12, 70:20
**apart** [2] - 52:18, 81:12
**apologize** [1] - 89:25
**appear** [13] - 67:16, 68:15, 69:4, 69:6, 69:11, 69:15, 80:4, 82:7, 82:11, 89:2, 95:18, 96:1, 96:16
**aPPEARANCES** [1] - 1:13
**appeared** [1] - 5:11
**applied** [2] - 61:2, 61:3
**applies** [1] - 8:22
**approach** [4] - 8:1, 31:16, 33:3, 33:16
**approached** [1] - 22:7
**appropriate** [3] - 34:17, 41:10, 98:22
**AR** [2] - 95:9, 96:15
**AR-15** [3] - 76:1, 95:22, 95:24
**AR-pattern** [1] - 96:15
**AR-type** [1] - 95:9
**Arceo** [1] - 3:6
**ARCEO** [1] - 4:6
**area** [5] - 65:1, 65:2, 69:21, 71:4, 80:20
**areas** [1] - 53:9
**argument** [2] -

20:20, 101:1
**arguments** [1] - 100:3
**armor** [2] - 63:17, 78:2
**armored** [5] - 56:3, 64:4, 64:6, 70:24, 79:15
**armorer** [1] - 46:15
**armorer's** [1] - 46:16
**armorers** [1] - 46:12
**arms** [1] - 86:4
**Army** [3] - 22:11, 22:19, 59:10
**arrested** [1] - 25:18
**arrived** [1] - 21:19
**arson** [1] - 44:17
**aside** [2] - 81:15, 88:6
**assembled** [1] - 61:15
**assigned** [2] - 42:11, 42:13
**assistance** [1] - 6:3
**Assistant** [1] - 12:4
**associate** [1] - 36:16
**associated** [1] - 82:1
**ATF** [8] - 42:12, 42:15, 42:17, 46:3, 46:9, 46:20, 50:23
**attached** [1] - 45:13
**attend** [1] - 46:23
**attended** [2] - 20:8, 46:11
**attending** [1] - 47:1
**attention** [36] - 58:19, 65:9, 65:23, 67:6, 67:12, 68:2, 68:5, 68:10, 68:13, 68:17, 70:8, 70:16, 77:4, 78:24, 79:25, 80:25, 81:21, 81:23, 85:23, 86:24, 87:18, 88:12, 88:23, 89:5, 89:19, 90:20, 91:5, 91:22, 92:4, 92:11, 92:19, 93:23, 94:1, 95:5, 96:6, 96:13
**Attorney** [1] - 12:4
**attorney** [7] - 9:10, 9:12, 9:16, 12:12, 12:16, 12:19, 13:16
**Attorney's** [2] - 15:16, 17:17
**attorneys** [1] - 100:22
**audible** [1] - 64:1, 84:3
**August** [3] - 15:9, 27:8, 30:7

**AUSAs** [1] - 49:1
**auto** [1] - 74:23
**automatically** [1] - 73:13
**available** [1] - 75:11
**Avenue** [2] - 2:3, 102:14
**avoid** [1] - 13:21
**avoided** [1] - 14:5
**aware** [2] - 25:18, 64:15
**awareness** [1] - 50:22
**Azul** [6] - 20:8, 20:24, 21:5, 21:17, 21:22, 22:7

# B

**bachelor's** [1] - 44:17
**background** [1] - 48:6
**backwards** [1] - 18:22
**bag** [2] - 78:17, 78:18
**banana** [1] - 91:19
**banana-shaped** [1] - 91:19
**bang** [3] - 63:23, 64:24, 65:19
**barrel** [11] - 55:18, 61:1, 76:15, 79:7, 83:16, 83:17, 83:18, 88:8, 88:10, 88:11, 96:23
**barreled** [2] - 48:10
**Barrett** [6] - 74:14, 74:19, 74:24, 78:22, 79:11, 80:25
**base** [2] - 46:17, 63:9, 63:14
**based** [7] - 53:2, 69:20, 71:11, 80:19, 82:4, 86:17, 95:17
**basic** [5] - 45:5, 46:6, 46:24, 48:19, 50:24
**basic-level** [1] - 48:19
**battle** [2] - 71:4, 77:14
**battlefield** [13] - 56:3, 64:5, 64:7, 70:22, 70:23, 73:2, 74:23, 75:20, 76:10, 77:1, 77:15, 77:16, 81:18
**became** [1] - 46:4

**become** [1] - 46:22
**bed** [1] - 79:18
**BEFORE** [1] - 1:11
**beginning** [1] - 63:23
**behind** [1] - 61:20
**believes** [1] - 6:2
**below** [1] - 68:22
**belted** [2] - 80:8, 80:17
**bench** [3] - 38:11, 97:19, 98:18
**bend** [1] - 18:21
**benefit** [4] - 6:23, 7:10, 8:17, 13:24
**Beretta** [1] - 94:11
**BERYL** [1] - 1:11
**best** [2] - 59:22, 102:7
**better** [1] - 7:22
**between** [4] - 23:7, 50:11, 51:23, 88:5
**big** [3] - 29:20, 29:24
**bigger** [2] - 55:21, 58:23
**bipod** [1] - 90:15
**birth** [1] - 20:4
**birthday** [1] - 19:24
**bit** [7] - 15:6, 41:1, 43:3, 43:20, 45:16, 90:1, 93:2
**black** [8] - 56:2, 58:11, 58:13, 65:18, 72:15, 79:13, 88:2, 89:20
**BlackBerry** [6] - 24:3, 24:5, 24:10, 24:11, 24:13, 24:18
**BlackBerrys** [1] - 24:20
**Blackhawk** [1] - 64:20
**blast** [1] - 84:6
**bloc** [1] - 76:4
**block** [2] - 50:24, 93:4
**blue** [1] - 8:6
**body** [2] - 70:14, 89:18
**bomb** [1] - 55:13
**bomblet** [1] - 81:11
**bombs** [1] - 45:13
**boom** [1] - 61:8
**booth** [1] - 59:15
**bore** [13] - 55:16, 55:17, 55:18, 57:16, 57:24, 58:23, 60:17, 60:22, 61:2, 61:21, 73:24, 73:25, 83:7
**born** [1] - 19:25
**bosses** [1] - 21:2

**bottom** [6] - 8:11, 62:2, 62:18, 66:12, 80:4, 95:25
**box** [1] - 41:11
**branch** [3] - 42:14, 47:1, 50:5
**branded** [1] - 87:15
**brass** [1] - 80:6
**break** [7] - 38:16, 39:9, 40:17, 40:19, 41:3, 81:12, 84:19
**breaks** [1] - 67:20
**breakup** [1] - 81:10
**bring** [5] - 37:23, 41:4, 41:9, 41:15, 61:4
**bringing** [3] - 29:5, 29:6, 41:2
**broke** [1] - 23:8
**brought** [11] - 5:8, 15:10, 29:8, 47:20, 54:12, 66:5, 69:25, 70:1, 83:9, 83:10, 83:13
**brown** [3] - 67:16, 95:23, 96:4
**building** [1] - 50:11
**built** [1] - 51:20
**bullet** [6] - 55:21, 77:18, 78:4, 78:6, 78:8, 80:16
**bunker** [1] - 64:5
**bunkers** [1] - 56:4
**Bureau** [1] - 42:9
**bureau** [1] - 48:24
**butt** [2] - 91:2, 91:3
**buyback** [1] - 44:8
**BY** [38] - 2:1, 4:9, 4:17, 7:8, 8:3, 11:15, 14:16, 15:1, 16:9, 19:3, 20:23, 21:15, 31:18, 33:6, 33:23, 34:9, 35:2, 36:1, 37:5, 42:5, 43:1, 45:14, 51:13, 53:22, 55:10, 57:1, 57:6, 59:4, 59:21, 62:22, 63:10, 65:22, 72:23, 84:20, 85:14, 85:22, 88:1, 93:8

---

## C

**cab** [1] - 84:25
**cabin** [1] - 85:2
**caliber** [10] - 74:6, 74:10, 74:21, 75:3, 75:5, 75:7, 75:8, 81:1, 81:4, 88:19

**caliber-restrictive** [1] - 75:8
**calibers** [5] - 73:19, 73:21, 75:10, 75:11, 76:25
**California** [2] - 1:20, 1:23
**calipers** [1] - 60:21
**camouflage** [1] - 58:13, 67:22, 97:1
**camouflaged** [1] - 67:17
**cannot** [1] - 71:2
**canted** [2] - 62:14, 62:20
**cap** [4] - 63:8, 68:20, 68:23
**capable** [1] - 61:7
**caps** [1] - 72:3
**caption** [2] - 34:19, 34:20
**cardboard** [1] - 67:20
**career** [2] - 44:12, 50:20
**careful** [1] - 41:14
**cari** [1] - 31:8
**Carlos** [1] - 32:20
**carriers** [1] - 64:7
**carry** [2] - 73:4, 75:19
**carrying** [1] - 21:24
**Cartel** [1] - 21:3, 23:8, 23:13
**cartel** [5] - 22:5, 22:9, 22:15, 23:6, 32:17
**cartridges** [1] - 86:5
**case** [28] - 10:19, 10:21, 11:22, 12:13, 12:15, 15:11, 31:1, 34:4, 34:18, 34:20, 36:4, 36:22, 36:25, 37:20, 40:2, 40:6, 48:16, 52:16, 52:20, 52:22, 62:19, 73:18, 74:24, 84:16, 97:16, 98:14, 100:9, 100:10
**cases** [10] - 14:10, 52:2, 52:4, 52:5, 52:6, 52:9, 52:11, 52:13, 100:22
**casing** [1] - 80:6
**catch** [1] - 83:15
**categories** [3] - 48:13, 48:17, 49:9
**category** [2] - 48:20, 57:23
**causes** [1] - 63:15
**center** [1] - 74:5

**certain** [1] - 7:3
**CERTIFICATE** [1] - 102:1
**certified** [1] - 46:22
**certify** [2] - 53:18, 102:4
**Cervantes** [1] - 35:5
**chair** [2] - 18:20, 18:25
**change** [1] - 49:25
**changed** [1] - 15:23
**changes** [1] - 50:4
**Chapo** [6] - 20:25, 21:2, 21:10, 22:10, 22:17, 22:19
**characterized** [1] - 67:17
**charge** [12] - 32:18, 36:16, 56:2, 62:15, 63:2, 63:5, 63:9, 63:15, 76:23, 101:1, 101:5, 101:6
**charged** [1] - 10:21
**charging** [4] - 39:10, 40:7, 99:11, 100:23
**chat** [1] - 13:2
**check** [1] - 48:6
**checked** [1] - 54:7
**chief** [3] - 50:5, 50:6, 97:16
**choosing** [1] - 13:1
**circulate** [1] - 99:10
**civil** [1] - 52:4
**civilian** [4] - 75:11, 75:24, 75:25, 76:2
**CJNG** [10] - 35:4, 36:14, 36:19, 58:14, 66:23, 91:3, 91:25, 92:8, 92:25, 93:16
**clarification** [1] - 21:12
**class** [8] - 45:5, 45:10, 45:19, 45:22, 46:6, 46:16, 46:24, 50:23
**classes** [7] - 45:7, 45:8, 46:7, 46:12, 46:19, 47:2, 50:21
**classified** [1] - 49:6
**classify** [1] - 49:8
**classifying** [1] - 53:10
**clear** [4] - 18:17, 55:6, 58:1, 69:7
**clerk's** [1] - 100:17
**close** [7] - 39:16, 39:17, 49:12, 72:2, 83:18, 93:2
**closed** [1] - 17:23
**closely** [2] - 85:7,

**closer** [2] - 87:23, 93:5
**closing** [1] - 100:3
**co** [3] - 10:18, 10:21, 101:6
**co-conspirator** [3] - 10:18, 10:21, 101:6
**Coates** [1] - 59:19
**Cobian** [3] - 10:19, 10:22, 11:8
**cock** [1] - 83:19
**cocked** [1] - 62:2
**cockfight** [1] - 19:20
**cocking** [1] - 83:19
**Code** [3] - 53:11, 57:8, 71:17
**collapse** [2] - 63:15, 72:2
**collection** [6] - 50:15, 50:16, 51:15, 51:16, 93:19, 95:2
**Colombo** [6] - 4:3, 11:4, 20:21, 37:8, 37:16, 37:24
**COLOMBO** [43] - 1:18, 1:19, 4:5, 4:9, 4:17, 7:8, 8:1, 8:3, 11:7, 11:13, 11:15, 14:11, 14:15, 14:16, 14:21, 15:1, 16:9, 19:3, 20:22, 20:23, 21:15, 31:15, 31:18, 33:3, 33:5, 33:6, 33:16, 33:20, 33:23, 34:9, 35:2, 35:24, 36:1, 37:2, 40:4, 97:21, 98:1, 98:5, 98:8, 99:6, 99:17, 100:7, 101:9
**color** [4] - 66:2, 66:5, 67:18, 86:15
**Colt** [3] - 51:22, 87:17, 87:20
**Columbia** [2] - 2:2, 102:13
**COLUMBIA** [1] - 1:1
**combat** [3] - 44:4, 44:6, 44:9
**coming** [1] - 30:4
**commands** [1] - 32:17
**commitment** [1] - 10:1
**common** [5] - 74:8, 74:9, 75:5, 75:7, 75:9
**commonly** [2] - 79:2, 81:8
**communication** [1] - 24:21

**communications** [2] - 25:4, 81:16
**communist** [1] - 76:4
**compadre** [1] - 21:19
**compadres** [1] - 21:6
**compartment** [1] - 84:23
**complete** [1] - 102:6
**complies** [9] - 59:23, 66:9, 81:3, 82:15, 87:7, 93:7, 93:18, 94:3, 95:4
**concentration** [3] - 44:22, 44:24, 44:25
**concluded** [1] - 101:17
**concludes** [1] - 6:2
**conclusion** [2] - 60:16, 77:11
**conduct** [5] - 12:7, 12:12, 12:15, 12:20, 43:6
**conducted** [1] - 50:20
**cone** [1] - 63:15
**conference** [7] - 38:11, 39:10, 40:7, 97:19, 98:18, 99:11, 100:23
**confers** [3] - 7:4, 14:22, 16:4
**confrontation** [1] - 29:17
**Congress** [1] - 49:2
**considered** [4] - 47:22, 57:9, 57:13, 76:18
**consistently** [1] - 67:19
**conspiracy** [3] - 11:25, 12:9, 101:5
**conspirator** [2] - 10:18, 10:21, 101:6
**constitute** [8] - 53:3, 55:1, 55:3, 55:21, 55:23, 58:25, 76:21, 83:3
**constituted** [1] - 67:4
**constitutes** [7] - 60:13, 67:3, 73:8, 77:9, 82:24, 87:10, 102:4
**Constitution** [2] - 2:3, 102:14
**contain** [1] - 76:20
**container** [2] - 67:20
**contains** [1] - 61:15
**contents** [2] - 71:25, 72:19

**continue** [1] - 4:4
**Contreras** [10] - 3:6,
4:10, 4:21, 7:13, 10:8,
18:14, 18:18, 25:24,
33:24, 37:6
**CONTRERAS** [1] -
4:6
**control** [1] - 22:20
**Control** [5] - 47:4,
47:17, 47:18, 47:19,
47:23
**controlled** [2] -
22:10, 48:8
**controls** [1] - 5:8
**conversations** [1] -
17:12
**conversion** [1] - 47:3
**cooking** [2] - 27:13
**cooperate** [3] - 6:11,
10:2, 38:2
**cooperation** [6] -
5:22, 6:2, 6:24, 7:10,
8:17, 13:25
**coordinator** [1] -
36:13
**copper** [1] - 63:15
**Coracero** [2] - 33:8,
33:22
**corner** [1] - 79:17
**coronavirus** [2] -
17:19, 17:23
**correct** [97] - 4:14,
5:9, 5:12, 6:13, 7:15,
9:4, 9:13, 10:19, 11:1,
11:17, 11:20, 13:10,
13:25, 14:7, 14:9,
14:24, 15:12, 15:13,
15:18, 15:22, 16:17,
16:20, 17:3, 18:7,
19:6, 20:3, 20:6, 20:9,
20:15, 21:1, 21:3,
21:4, 22:15, 22:24,
23:4, 23:10, 23:21,
24:2, 24:5, 24:10,
24:14, 24:20, 24:25,
25:3, 25:8, 25:14,
25:17, 25:22, 25:23,
26:13, 27:18, 28:6,
28:17, 29:7, 30:14,
31:5, 31:22, 32:6,
32:12, 32:13, 32:15,
32:16, 32:23, 32:25,
33:1, 33:9, 33:11,
33:25, 34:11, 35:5,
35:6, 35:8, 35:9,
35:12, 35:14, 35:15,
35:19, 35:21, 35:23,
36:3, 36:6, 36:9,
36:12, 36:19, 36:20,
37:1, 37:10, 37:13,

37:19, 37:21, 38:4,
38:6, 50:7, 57:4, 69:9,
98:1
**correctly** [1] - 51:2
**counsel** [3] - 12:14,
17:9, 100:24
**Counsel** [1] - 4:16
**countless** [4] -
11:23, 11:24, 12:8
**country** [1] - 75:3
**counts** [1] - 97:22
**couple** [2] - 57:18,
90:22
**course** [8] - 11:24,
12:8, 36:10, 44:11,
44:15, 46:16, 49:7,
59:17
**courses** [1] - 46:20
**Court** [7] - 2:1, 2:2,
8:14, 11:20, 12:7,
102:12, 102:13
**COURT** [91] - 1:1,
4:3, 8:2, 11:4, 11:10,
11:14, 14:13, 16:3,
18:17, 18:23, 19:2,
20:19, 21:12, 31:17,
33:4, 33:18, 34:5,
34:17, 35:25, 37:3,
38:8, 38:19, 38:21,
38:24, 39:1, 39:7,
39:21, 39:23, 40:6,
40:12, 40:20, 40:25,
41:9, 41:13, 41:18,
41:22, 42:1, 42:21,
45:10, 50:25, 51:7,
51:9, 51:12, 53:15,
53:17, 55:6, 55:9,
56:15, 56:20, 56:25,
57:5, 58:20, 58:23,
58:25, 59:3, 59:17,
62:12, 63:3, 65:11,
71:21, 72:5, 72:18,
72:22, 84:13, 85:6,
85:12, 85:16, 85:20,
87:19, 87:23, 93:5,
97:5, 97:7, 97:9,
97:11, 97:13, 97:17,
97:24, 98:2, 98:6,
98:11, 98:20, 99:4,
99:7, 99:19, 99:21,
99:24, 100:8, 100:16,
101:11, 101:15
**court** [17] - 40:24,
51:24, 54:4, 54:6,
70:1, 98:10, 99:23
**courtroom** [7] - 4:1,
41:5, 41:16, 41:24,
54:12, 83:10, 100:14
**cover** [1] - 47:2
**covered** [3] - 45:19,

45:22, 87:16
**covers** [2] - 48:4,
72:11
**cracks** [1] - 67:21
**crash** [1] - 65:7
**create** [1] - 80:17
**crescent** [1] - 91:19
**crimes** [1] - 89:15
**criminal** [4] - 46:25,
49:3, 52:4, 52:5
**Criminal** [1] - 1:3
**criteria** [3] - 57:20,
57:21, 94:7
**Cross** [1] - 3:3
**cross** [4] - 4:4,
39:18, 39:19, 97:7
**CROSS** [1] - 4:8
**cross-examination**
[2] - 39:18, 39:19
**CROSS-
EXAMINATION** [1] -
4:8
**CRR** [3] - 2:1, 102:3,
102:12
**crudely** [1] - 92:17
**Cuate** [2] - 25:4, 25:7
**currency** [2] - 16:8,
16:14
**custom** [2] - 94:17,
94:22
**cycle** [1] - 90:22
**cycling** [1] - 90:1

# D

**D-1** [1] - 86:1
**D.C** [4] - 1:6, 1:17,
2:4, 102:14
**dad** [1] - 21:25
**damage** [1] - 65:3
**dangerous** [2] -
54:19, 72:7
**date** [2] - 20:4, 23:22
**Dated** [1] - 102:10
**dates** [1] - 15:3
**days** [3] - 36:10,
36:21, 36:24
**de** [1] - 26:11
**deal** [5] - 29:20,
29:24, 43:10, 98:15
**debrief** [18] - 15:2,
15:4, 15:8, 15:16,
15:20, 16:15, 16:20,
17:8, 17:16, 23:17,
25:16, 26:18, 27:1,
27:16, 28:3, 29:25,
30:6, 30:7
**debriefs** [2] - 14:18,
15:15

**decent** [1] - 78:7
**decide** [2] - 7:12,
98:13
**decides** [2] - 8:25,
10:6
**decision** [2] - 13:20,
13:21
**deemed** [1] - 75:10
**deer** [1] - 58:5
**defeat** [2] - 63:17,
70:23
**defeating** [1] - 45:12
**Defendant** [7] - 1:7,
11:23, 12:7, 37:20,
37:22, 40:15, 52:19
**DEFENDANT** [1] -
1:18
**Defendant's** [5] -
8:4, 31:16, 31:19,
33:20, 37:13
**defense** [8] - 12:14,
40:1, 43:13, 98:13,
99:16, 100:5, 100:7,
100:24
**Defense** [1] - 33:19
**definitely** [3] - 78:9,
78:14, 84:24
**definition** [2] - 55:14,
73:17
**delay** [1] - 89:16
**deliberations** [1] -
100:11
**delta** [1] - 82:3
**denial** [3] - 45:7,
45:10, 45:11
**denote** [1] - 57:20
**deny** [4] - 28:13,
98:22, 98:25, 99:2
**DEPARTMENT** [1] -
1:16
**Department** [2] -
42:25, 43:2
**depended** [1] - 45:24
**dependent** [3] - 9:6,
84:15, 85:1
**depict** [16] - 58:16,
58:17, 58:20, 69:4,
69:6, 71:12, 71:14,
82:5, 82:7, 86:19,
86:20, 89:2, 95:18,
95:19, 96:16, 96:18
**depicted** [27] - 58:9,
59:5, 59:12, 60:1,
66:14, 67:8, 67:13,
68:3, 68:6, 68:11,
68:13, 68:18, 68:24,
68:25, 70:10, 70:17,
79:1, 80:1, 80:23,
81:24, 82:9, 87:1,
88:25, 89:6, 95:8,

96:14, 96:22
**deployed** [1] - 44:1
**depots** [2] - 81:17
**deputy** [1] - 41:24
**derivatives** [1] -
75:21
**described** [3] -
11:22, 12:6, 12:12
**describing** [1] -
12:19
**description** [2] -
56:17, 57:2
**design** [1] - 73:17
**design-and-
intended-to** [1] -
73:17
**designed** [11] - 56:2,
56:13, 56:14, 73:14,
75:15, 75:18, 77:1,
77:3, 77:12, 90:10
**destruct** [1] - 64:11
**destructive** [59] -
47:3, 48:9, 48:18,
49:9, 49:13, 52:13,
52:14, 53:4, 53:10,
55:3, 55:4, 55:7,
55:11, 55:12, 55:15,
55:22, 55:23, 57:7,
57:10, 57:14, 57:15,
57:23, 58:16, 58:17,
58:21, 58:25, 60:13,
60:14, 66:10, 67:3,
67:4, 69:5, 69:6,
69:11, 69:13, 69:14,
71:13, 71:14, 76:12,
76:13, 76:14, 76:17,
76:19, 76:20, 76:21,
83:4, 83:5, 83:6,
86:19, 86:20, 86:21,
87:12, 87:14, 89:2,
95:20, 96:2, 96:17,
96:18
**detailed** [1] - 53:19
**details** [1] - 22:25
**determine** [2] - 49:4,
73:8
**detonator** [2] - 63:14
**device** [39] - 53:10,
55:11, 55:12, 55:22,
55:23, 57:7, 57:10,
57:14, 57:15, 57:23,
58:16, 58:18, 58:21,
59:1, 60:13, 60:14,
60:17, 66:10, 67:3,
67:4, 69:14, 69:25,
70:1, 71:22, 71:23,
76:12, 76:13, 76:14,
76:19, 83:4, 83:5,
83:6, 86:19, 86:20,
86:21, 87:12, 87:14,

95:20, 96:18
**devices** [32] - 43:7,
43:8, 45:19, 47:3,
47:4, 48:9, 48:18,
49:9, 49:14, 50:19,
52:13, 52:14, 53:4,
55:3, 55:4, 55:7,
55:15, 69:5, 69:6,
69:7, 69:11, 69:12,
69:13, 71:13, 71:15,
76:17, 76:20, 76:21,
89:3, 96:2, 96:17
**DHS** [2] - 46:3, 46:4
**diameter** [7] - 55:16,
57:17, 57:25, 60:18,
61:3, 76:15, 83:7
**die** [1] - 13:22
**Diego** [2] - 1:20, 1:23
**difference** [2] - 88:8,
92:15
**differences** [3] -
51:23, 88:5, 88:6
**different** [18] - 12:25,
18:5, 18:12, 23:2,
31:10, 46:10, 46:12,
47:1, 47:20, 50:17,
64:11, 73:19, 73:21,
73:25, 86:8, 86:9,
92:16
**difficult** [2] - 14:10,
22:18
**difficulties** [1] -
39:14
**digital** [1] - 60:21
**DIRECT** [1] - 42:4
**Direct** [1] - 3:3
**direct** [12] - 21:16,
21:21, 65:9, 68:5,
70:8, 77:4, 78:24,
81:21, 81:23, 85:23,
86:24, 88:12
**directed** [2] - 11:23,
12:7
**direction** [2] - 80:14,
89:8
**directly** [3] - 6:21,
7:15, 78:17
**disassemble** [1] -
51:17
**disassembled** [1] -
45:23
**disassembly** [1] -
46:18
**discretion** [1] - 6:4
**discussed** [3] -
24:17, 36:2, 54:6
**disintegrating** [3] -
80:7, 80:9, 80:15
**display** [4] - 87:5,
93:2, 93:17, 94:2

**displaying** [1] -
87:24
**disposable** [1] - 71:8
**disposal** [3] - 42:22,
43:19, 45:4
**disputes** [1] - 101:4
**distance** [2] - 64:9,
81:10
**distances** [2] -
90:12, 90:17
**distinctive** [3] -
83:25, 94:15, 94:20
**distinguish** [1] -
48:12
**District** [5] - 2:2, 2:2,
5:12, 11:17, 102:13
**DISTRICT** [3] - 1:1,
1:1, 1:11
**district** [1] - 102:13
**division** [3] - 42:11,
42:14, 50:8
**doctorate** [3] -
44:20, 44:23, 44:25
**document** [2] -
31:22, 35:10
**documentation** [1] -
49:23
**dollars** [7] - 15:19,
15:23, 16:10, 16:13,
16:18, 16:19, 16:22
**Don** [12] - 20:8,
20:24, 21:7, 21:9,
21:22, 21:25, 22:7,
33:10, 33:13, 33:22,
33:25, 34:12
**done** [4] - 9:1, 18:1,
38:5, 101:1
**down** [22] - 26:1,
26:11, 26:21, 27:10,
27:18, 27:24, 29:2,
29:5, 29:6, 29:8,
29:17, 30:4, 43:17,
50:2, 64:16, 64:17,
64:20, 67:21, 72:2,
72:17, 83:23, 90:13
**downing** [1] - 30:9
**downrange** [3] -
62:9, 62:10, 63:24
**draw** [2] - 67:6, 95:5
**drop** [1] - 73:1
**drops** [1] - 62:5
**drug** [1] - 52:6
**dud** [1] - 81:8
**during** [13] - 15:15,
16:15, 22:6, 26:4,
27:1, 28:17, 36:21,
36:24, 43:24, 45:15,
73:9, 73:18
**Díaz** [4] - 10:23,
10:24, 11:5, 11:11

# E

**early** [1] - 39:9
**earn** [1] - 6:8
**eastern** [2] - 42:14,
50:5
**Eastern** [3] - 5:11,
11:17, 44:18
**Eddy** [1] - 21:18
**Edgar** [4] - 31:4,
31:21, 32:1, 32:4
**EDWARD** [1] - 1:21
**Edwards** [1] - 102:12
**EDWARDS** [2] - 2:1,
102:3
**effect** [1] - 47:19
**effects** [1] - 64:1
**eight** [1] - 48:4
**either** [9] - 9:20,
13:12, 32:2, 46:2,
49:8, 73:23, 75:21,
79:11, 79:21
**ejected** [1] - 63:17
**El** [23] - 20:8, 20:24,
20:25, 21:2, 21:5,
21:8, 21:9, 21:10,
21:17, 21:19, 21:22,
22:2, 22:7, 22:8,
22:10, 22:17, 22:19,
25:4, 25:6, 35:5
**electric** [1] - 63:14
**electronics** [2] -
45:20, 46:7
**elementary** [1] - 37:7
**email** [2] - 49:22,
100:17
**emplacement** [1] -
64:6
**emplacements** [1] -
77:20
**employed** [1] - 46:8
**empty** [2] - 71:2,
71:3
**end** [2] - 46:16, 72:2
**enemy** [1] - 77:3
**energetic** [2] - 54:18,
70:7
**enforcement** [8] -
42:9, 46:2, 46:23,
48:22, 48:23, 50:21,
75:10
**Enforcement** [1] -
38:22
**engage** [2] - 49:19,
56:3
**English** [1] - 34:23,
56:9
**entered** [2] - 4:1,
41:16

**entire** [1] - 22:10
**entrance** [1] - 65:1
**EOD** [4] - 42:20,
42:22, 45:5, 81:8
**equates** [1] - 56:7
**error** [1] - 50:1
**ESQ** [5] - 1:14, 1:15,
1:15, 1:18, 1:21
**essentially** [5] -
51:9, 55:20, 73:6,
93:11, 93:12
**Estes** [1] - 62:17
**Eulojio** [1] - 22:6
**evening** [1] - 100:13
**event** [2] - 29:4,
29:12
**everyday** [2] - 47:23,
75:20
**everyday-type** [1] -
47:23
**everywhere** [1] -
16:11
**evidence** [9] - 52:15,
52:18, 52:22, 67:24,
68:8, 73:18, 82:1,
85:25, 97:23
**Evidence** [1] - 53:20
**exactly** [3] - 7:24,
17:3, 25:15
**EXAMINATION** [3] -
4:8, 37:4, 42:4
**examination** [7] -
39:18, 39:19, 49:20,
53:2, 60:23, 73:10,
95:17
**examine** [20] - 49:4,
49:8, 49:13, 49:18,
52:12, 52:15, 54:22,
59:11, 59:25, 66:13,
66:24, 69:7, 69:9,
77:5, 82:8, 82:20,
86:25, 87:9, 89:23,
90:5
**examined** [5] -
49:12, 52:22, 60:20,
66:25, 95:14
**examining** [2] - 52:9,
52:18
**except** [1] - 60:25
**exchange** [2] - 6:9,
10:3
**excuse** [1] - 98:3
**excused** [5] - 38:8,
38:9, 97:9, 97:12,
100:12
**exemplar** [7] - 61:4,
66:5, 67:10, 83:9,
83:13, 85:4, 86:11
**exemplars** [3] -
54:13, 69:15

**Exhibit** [58] - 8:5,
31:19, 33:19, 33:20,
58:9, 58:19, 60:5,
60:9, 65:9, 65:23,
65:24, 66:19, 67:7,
67:8, 67:12, 68:2,
68:5, 68:10, 68:17,
70:8, 70:16, 74:17,
77:4, 78:20, 78:25,
79:1, 79:25, 81:1,
81:21, 81:22, 81:23,
81:24, 85:24, 86:25,
87:1, 88:12, 88:24,
89:5, 89:6, 89:19,
90:2, 90:20, 90:24,
91:5, 91:8, 91:10,
91:22, 92:4, 92:11,
92:12, 92:19, 93:20,
94:1, 94:18, 95:5,
97:2
**exhibit** [7] - 35:24,
60:3, 66:18, 74:15,
74:16, 74:17, 96:7
**Exhibits** [1] - 69:2
**exist** [1] - 12:15
**exit** [4] - 55:19,
59:15, 63:24, 65:2
**exited** [2] - 41:5,
100:14
**exits** [2] - 62:16, 84:1
**expanding** [1] -
62:18
**expect** [1] - 65:7
**expectation** [1] -
9:25
**expecting** [1] - 10:3
**expel** [5] - 62:7,
71:18, 73:15, 73:16,
77:13
**expenses** [1] - 27:15
**experience** [4] -
14:9, 36:18, 44:11,
44:12
**expert** [2] - 51:24,
53:9
**explain** [8] - 9:19,
9:21, 13:19, 25:24,
60:15, 61:12, 86:12
**explained** [3] - 9:12,
9:14, 9:16
**explaining** [1] -
17:25
**explode** [1] - 63:12
**explosion** [5] -
63:18, 63:25, 78:15,
84:3, 84:4
**explosive** [19] -
42:22, 43:6, 43:7,
43:8, 43:23, 45:18,
47:3, 50:19, 50:22,

55:12, 63:15, 69:14,
69:15, 71:19, 73:15,
76:22, 77:13, 89:17
**Explosives** [1] -
42:10
**explosives** [16] -
42:25, 43:4, 43:5,
43:19, 44:17, 44:25,
45:3, 45:8, 45:21,
46:5, 46:7, 54:17,
63:6, 70:7, 76:20
**extend** [3] - 72:11,
72:14, 72:24
**extends** [1] - 72:12
**exterior** [1] - 84:16
**extradition** [9] -
30:25, 31:4, 31:20,
31:21, 33:8, 33:21,
35:14, 35:17, 37:8

**F**

**Fabian** [4] - 31:4,
31:21, 32:1, 32:4
**face** [2] - 12:14,
41:23
**factory** [3] - 46:19,
51:21, 73:13
**factory-level** [1] -
46:19
**facts** [1] - 5:19
**fail** [1] - 27:11
**failed** [1] - 27:7
**fair** [5] - 15:4, 15:8,
20:1, 24:18, 29:4
**fall** [1] - 49:5
**falls** [1] - 48:13
**false** [4] - 27:4,
28:11, 28:15
**familiar** [1] - 48:1
**family** [4] - 6:17,
22:1, 55:25, 75:22
**far** [5] - 14:4, 24:11,
37:6, 44:9, 89:20
**Farias** [1] - 22:6
**farm** [1] - 25:11
**fast** [4] - 26:5, 26:8,
26:15, 26:24
**FATD** [1] - 48:24
**father** [8] - 19:7,
19:8, 19:20, 19:23,
21:18, 26:3, 26:10,
27:9
**favor** [2] - 22:11,
22:21
**fed** [1] - 80:17
**Federal** [1] - 53:20
**federal** [3] - 48:24,
49:5, 51:24

**Federation** [1] - 59:9
**FEO** [1] - 49:24
**few** [2] - 15:9, 26:17
**fifth** [1] - 37:7
**fight** [2] - 19:23,
69:24
**figure** [1] - 9:8
**file** [1] - 5:25
**files** [2] - 9:3, 10:14
**filigree** [2] - 94:17,
94:22
**fill** [3] - 56:2, 70:22,
70:23
**filled** [4] - 31:3,
32:22, 33:7, 35:13
**filler** [1] - 89:17
**fills** [2] - 74:22, 74:24
**final** [5] - 99:10,
99:12, 100:4, 100:17,
100:21
**finalized** [1] - 49:21
**fine** [3] - 10:6, 40:15,
101:15
**fingerprints** [1] -
48:6
**fingers** [1] - 72:16
**fins** [1] - 61:15
**fire** [5] - 62:3, 62:4,
72:1, 72:24, 83:21
**firearm** [63] - 46:17,
47:22, 47:23, 48:19,
51:20, 53:10, 55:15,
55:19, 57:16, 57:19,
57:21, 71:16, 71:18,
73:8, 73:10, 73:11,
73:14, 76:4, 77:9,
77:10, 77:14, 78:15,
79:7, 82:6, 82:7,
83:19, 87:10, 88:21,
88:22, 89:21, 90:16,
90:18, 90:25, 91:10,
91:12, 91:17, 91:20,
92:3, 92:7, 92:9,
92:10, 92:13, 92:14,
92:18, 92:22, 93:13,
93:21, 93:22, 93:24,
94:4, 94:5, 94:6, 94:8,
94:9, 94:13, 94:16,
94:18, 94:21, 95:23,
95:24, 96:4, 96:22
**firearms** [68] - 38:14,
42:9, 42:13, 45:1,
46:9, 46:10, 46:22,
46:23, 47:4, 47:5,
47:7, 47:9, 47:11,
47:22, 47:23, 48:5,
48:7, 48:8, 48:19,
48:22, 48:23, 48:25,
49:1, 49:4, 49:8, 49:9,
49:12, 50:8, 50:15,

50:16, 50:19, 50:24,
51:6, 51:7, 51:8,
51:14, 51:16, 51:18,
52:10, 53:3, 53:23,
54:1, 54:3, 54:7,
54:23, 55:1, 55:7,
60:24, 61:2, 61:3,
73:7, 75:6, 79:9,
82:24, 82:25, 87:11,
95:2, 95:9, 95:11,
95:18, 95:19, 95:21,
96:10, 96:17, 96:20,
96:21
**Firearms** [4] - 38:22,
42:10, 48:1, 48:4
**fired** [7] - 43:16,
55:25, 56:8, 71:4,
71:9, 73:5, 80:21
**firefight** [3] - 69:21,
69:23, 70:2
**fires** [2] - 63:9, 72:17
**firing** [4] - 61:22,
62:5, 71:25, 72:21
**first** [16] - 15:2, 15:4,
15:16, 15:20, 16:15,
16:20, 17:8, 17:16,
19:4, 19:9, 19:14,
19:19, 30:7, 50:21,
67:6, 98:24
**fit** [1] - 61:10
**five** [4] - 26:6, 49:11,
52:3, 95:19
**fixed** [1] - 77:19
**flash** [1] - 64:24
**Floor** [2] - 1:20, 1:23
**fly** [2] - 63:24, 84:19
**flying** [1] - 63:11
**focal** [1] - 48:24
**focus** [1] - 62:18
**fold** [1] - 73:3
**folding** [1] - 92:17
**follow** [1] - 45:6
**follow-on** [1] - 45:6
**following** [13] - 4:2,
29:14, 38:11, 40:23,
41:6, 41:8, 41:17,
53:9, 97:19, 98:9,
98:18, 99:22, 100:15
**foot** [1] - 18:21
**FOR** [4] - 1:1, 1:14,
1:18, 3:5
**Force** [1] - 44:8
**foregoing** [1] - 102:4
**foregrip** [1] - 91:23
**forensic** [2] - 44:19,
44:21
**forensics** [1] - 45:1
**forfeit** [2] - 4:13, 4:18
**forfeited** [2] - 4:22,
4:23

**forget** [1] - 30:12
**form** [4] - 53:2,
69:10, 71:11, 87:9
**formal** [1] - 44:16
**format** [2] - 59:6,
59:8
**forth** [1] - 57:20
**fortifications** [1] -
56:4
**four** [7] - 7:21, 35:13,
35:16, 49:11, 55:4,
68:4, 72:16
**fourth** [2] - 28:3,
29:25
**fragmentation** [4] -
84:6, 84:7, 84:9,
84:10
**fragments** [1] -
84:13
**Francisco** [3] - 33:8,
33:22, 34:21
**frank** [1] - 101:13
**friends** [2] - 23:2,
30:13, 30:15, 30:19
**front** [10] - 10:13,
13:3, 13:15, 17:7,
18:3, 41:14, 59:20,
78:17, 93:9, 100:5
**fuel** [1] - 81:16
**full** [1] - 102:5
**fully** [3] - 61:15,
74:23, 92:12
**function** [1] - 43:5
**funny** [2] - 10:8, 10:9
**fuse** [2] - 63:13,
89:16
**fusing** [1] - 45:20
**Fusqui** [5] - 21:8,
21:13, 21:14, 22:2,
22:9
**future** [3] - 6:24,
7:11, 8:17
**fuze** [1] - 63:9

**G**

**G-A-R-I** [1] - 31:9
**G-A-R-Y** [1] - 32:2
**garbage** [2] - 71:9,
73:6
**García** [4] - 31:4,
31:21, 32:1, 32:5
**Gari** [9] - 31:7, 31:10,
31:11, 32:2, 32:5,
32:6, 32:7, 37:9,
37:11
**GARI** [1] - 32:2
**gas** [3] - 55:12,
62:15, 62:18

**GCA** [2] - 47:4, 47:22
**general** [8] - 48:25,
49:2, 53:14, 74:10,
75:16, 75:20, 76:4,
91:18
**general-issue** [2] -
75:16, 76:4
**general-purpose** [1]
- 74:10
**generally** [1] - 48:3
**generation** [4] -
22:9, 22:12, 22:14,
22:16
**gentlemen** [1] -
98:11
**gently** [1] - 62:20
**given** [3] - 25:5,
25:6, 69:20
**goal** [2] - 39:13,
39:20
**gold** [3] - 94:11,
94:17, 94:23
**golden** [1] - 86:15
**GONZALEZ** [1] - 1:6
**González** [6] - 10:19,
10:22, 11:1, 11:6,
11:9, 32:15
**government** [8] -
4:25, 9:21, 10:2,
17:17, 30:4, 30:5,
30:15, 42:18
**GOVERNMENT** [4] -
1:14, 3:5, 4:6, 41:25
**Government** [41] -
5:7, 5:25, 6:1, 6:3,
8:22, 9:3, 9:6, 9:18,
10:14, 11:19, 11:22,
13:6, 13:9, 14:17,
16:16, 17:1, 17:9,
17:18, 23:20, 23:25,
24:13, 24:23, 27:1,
27:7, 27:14, 27:17,
28:5, 28:13, 29:20,
29:24, 38:3, 41:3,
41:21, 97:13, 97:16,
98:7, 98:20, 98:25,
99:19, 100:22
**government's** [1] -
48:24
**Government's** [5] -
6:4, 41:18, 60:5,
66:19, 74:17
**grade** [1] - 37:7
**grains** [1] - 78:5
**green** [1] - 66:3
**grenade** [41] - 54:17,
55:13, 56:8, 56:12,
56:16, 56:22, 56:23,
76:8, 76:9, 76:10,
76:12, 76:13, 76:14,

76:22, 76:25, 83:1, 83:3, 83:9, 83:17, 83:21, 83:23, 83:25, 84:2, 84:14, 84:19, 84:21, 85:5, 86:7, 86:16, 86:23, 87:25, 88:9, 88:10, 89:7, 89:9, 89:11, 89:18, 89:21, 96:24

**grenades** [5] - 47:15, 56:1, 89:1, 89:14, 95:16

**grip** [3] - 82:18, 91:7, 93:21

**grips** [2] - 88:13, 94:22

**grow** [1] - 22:12

**Grullo** [1] - 25:11

**Guadalajara** [4] - 19:8, 21:20, 27:12

**guess** [1] - 39:18

**guidelines** [1] - 6:1

**guilty** [9] - 4:21, 5:14, 10:2, 10:18, 13:7, 13:14, 13:17, 13:21, 38:2

**gun** [16] - 47:2, 47:24, 64:5, 74:23, 75:8, 75:9, 75:14, 76:2, 77:16, 79:4, 83:1, 91:11, 92:13, 92:23, 93:14, 96:19

**Gun** [5] - 47:4, 47:17, 47:19, 47:22

**guns** [8] - 46:13, 46:14, 47:2, 47:7, 48:9, 48:18, 49:16, 74:10

**guy** [1] - 21:5

## H

**half** [10] - 7:21, 55:16, 55:21, 57:16, 57:25, 58:24, 60:18, 76:15, 83:7, 91:19

**half-inch** [8] - 55:16, 55:21, 57:16, 57:25, 58:24, 60:18, 76:15, 83:7

**hammer** [3] - 62:1, 62:5

**hand** [12] - 10:11, 18:16, 41:23, 55:13, 76:11, 79:17, 82:18, 89:7, 89:9, 89:10, 89:11, 93:15

**handgun** [3] - 75:7, 75:9, 95:23

**handguns** [4] - 46:13, 61:1, 73:22, 75:1

**handheld** [1] - 56:7

**handle** [4] - 82:16, 88:14, 88:17, 93:20

**handled** [1] - 88:13

**hands** [2] - 8:24, 69:12

**happy** [1] - 99:3

**hazards** [2] - 43:6, 50:22

**head** [1] - 63:1

**header** [1] - 34:10

**heading** [1] - 34:4

**hear** [4] - 25:1, 53:13, 78:9, 101:1

**heard** [1] - 28:8

**hearing** [3] - 17:6, 53:17

**heavy** [2] - 41:2, 74:23

**held** [4] - 38:12, 63:5, 97:20, 98:19

**helicopter** [27] - 25:21, 26:1, 26:10, 26:20, 27:9, 27:18, 27:24, 28:6, 28:14, 28:20, 28:22, 29:2, 29:3, 29:6, 29:18, 30:9, 64:16, 64:21, 64:23, 65:4, 65:5, 65:22, 72:23, 78:12, 78:13, 79:23

**helicopters** [4] - 29:5, 29:9, 64:17, 64:20

**help** [3] - 7:12, 51:18, 62:21

**hereby** [1] - 102:3

**hiding** [1] - 26:16

**high** [1] - 21:6

**highly** [1] - 65:14

**himself** [4] - 23:15, 24:1, 24:9, 24:24

**hit** [10] - 58:7, 64:21, 64:25, 65:5, 65:6, 77:24, 78:13, 81:11, 85:2, 90:11

**hits** [4] - 62:5, 64:23, 78:10, 78:11

**hitting** [1] - 78:15

**hold** [4] - 77:23, 81:1, 82:13, 91:14

**holds** [1] - 80:16

**holes** [1] - 67:21

**home** [1] - 51:20

**Homeland** [2] - 42:25, 43:2

**Honor** [42] - 4:5, 8:1,

11:7, 14:11, 16:2, 20:18, 31:16, 33:17, 34:3, 34:16, 38:7, 38:10, 38:13, 38:25, 39:3, 39:4, 40:5, 40:11, 40:14, 41:10, 41:20, 42:3, 53:8, 53:16, 53:21, 59:14, 85:3, 85:21, 97:4, 97:6, 97:8, 97:15, 97:21, 98:1, 98:8, 99:2, 99:6, 99:17, 99:18, 99:20, 100:7, 101:10

**HONORABLE** [1] - 1:11

**hook** [1] - 80:15

**hope** [3] - 9:24, 10:4, 13:23

**hoping** [1] - 8:16

**horn** [1] - 96:11

**HORNOK** [43] - 1:15, 38:10, 38:13, 38:20, 38:22, 38:25, 39:2, 39:13, 41:10, 41:20, 42:3, 42:5, 43:1, 45:14, 51:13, 53:8, 53:21, 53:22, 55:10, 57:1, 57:6, 59:4, 59:14, 59:21, 62:22, 63:10, 65:22, 72:23, 84:20, 85:3, 85:13, 85:14, 85:18, 85:21, 85:22, 88:1, 93:8, 97:4, 97:6, 97:15, 99:2, 99:20, 101:12

**house** [1] - 47:1

**houses** [2] - 50:11, 50:16

**HOWELL** [1] - 1:11

**human** [1] - 12:14

**hunting** [3] - 58:3, 58:5, 74:8

## I

**ideal** [1] - 77:25

**identical** [1] - 93:12

**identified** [1] - 48:13

**identify** [4] - 34:21, 52:12, 73:19, 90:11

**IEDs** [3] - 43:24, 44:25, 50:21

**images** [2] - 88:25, 89:2

**impacted** [2] - 63:25, 84:2

**impacting** [1] - 78:8

**impacts** [1] - 63:13

**important** [5] - 28:25, 29:22, 30:11, 48:17, 48:20

**imports** [1] - 57:22

**improvisation** [1] - 45:21

**improvised** [3] - 43:7, 45:13, 45:18

**in-house** [1] - 47:1

**in-person** [1] - 30:8

**inaccurate** [2] - 34:15, 57:2

**incendiary** [1] - 55:13

**inch** [8] - 55:16, 55:21, 57:16, 57:25, 58:24, 60:18, 76:15, 83:7

**incident** [3] - 26:23, 26:24, 28:9

**include** [2] - 52:23, 52:25

**includes** [1] - 58:1

**including** [2] - 44:13, 73:19

**incorrect** [2] - 33:12, 56:17

**incorrectly** [1] - 56:9

**index** [2] - 61:19, 61:21

**indicated** [1] - 34:10

**individual** [4] - 25:6, 32:4, 80:16, 84:18

**individuals** [2] - 11:24, 12:8

**industry** [3] - 46:25, 49:3, 50:23

**inert** [7] - 54:16, 69:16, 69:18, 69:22, 70:6, 85:12, 85:13

**information** [3] - 48:25, 49:1, 69:20

**initial** [1] - 65:18

**initials** [1] - 93:17

**injure** [2] - 84:10, 84:25

**inlay** [1] - 94:23

**inlays** [1] - 94:17

**insert** [1] - 83:17

**inserted** [1] - 61:16

**inside** [11] - 55:18, 60:22, 62:16, 64:22, 67:23, 70:7, 71:1, 72:12, 84:13, 84:17, 85:2

**instance** [2] - 51:19, 64:19

**instructed** [1] - 53:25

**instructions** [5] -

99:10, 99:12, 100:4, 100:17, 100:21

**intact** [1] - 60:17

**intended** [4] - 73:14, 73:17, 77:12, 84:11

**interact** [1] - 41:11

**interested** [1] - 85:4

**interior** [1] - 84:22

**international** [1] - 52:6

**interpreted** [1] - 56:10

**interpreter** [5] - 7:1, 7:4, 14:22, 15:25, 16:4

**INTERPRETER** [7] - 4:8, 4:15, 7:1, 7:6, 14:19, 15:25, 21:14

**investigation** [2] - 44:18, 52:19

**investigators'** [1] - 50:23

**invited** [1] - 19:23

**involve** [4] - 52:6, 52:9, 52:13, 52:14

**involvement** [2] - 11:24, 12:9

**Iranian** [2] - 59:6, 59:7

**Iraq** [2] - 44:3, 44:4

**issue** [3] - 34:16, 75:16, 76:4

**issued** [1] - 75:21

**issues** [4] - 98:12, 98:14, 99:25, 100:1

**items** [4] - 54:15, 85:10, 85:19, 87:24

**itself** [12] - 34:2, 45:21, 57:9, 57:13, 57:15, 61:19, 62:7, 65:21, 66:12, 78:6, 83:5, 83:6

## J

**Jalisco** [1] - 22:1

**JAN** [1] - 1:21

**Javier** [4] - 36:4, 37:17, 37:22, 37:23

**JESUS** [1] - 4:6

**Jesús** [1] - 3:6

**job** [8] - 24:16, 43:22, 45:3, 46:21, 48:12, 48:22, 49:7, 88:7

**John** [3] - 3:7, 41:21, 42:7

**JOHN** [1] - 41:25

**join** [1] - 42:15

**joke** [1] - 10:10
**JONATHAN** [1] - 1:15
**Jorge** [6] - 10:19, 10:22, 11:5, 11:8, 11:11, 12:3
**José** [2] - 10:24, 11:5
**JR** [6] - 1:18, 1:19, 28:23, 32:18, 32:19
**Juan** [2] - 20:8, 20:24, 21:7, 21:9, 21:22, 21:25, 22:7, 32:20
**judge** [36] - 5:9, 5:11, 5:14, 5:24, 6:16, 6:18, 6:20, 6:22, 7:9, 7:12, 7:16, 7:18, 7:19, 8:5, 8:7, 8:16, 8:22, 8:25, 9:2, 9:6, 9:7, 10:6, 10:7, 10:13, 10:16, 11:17, 11:22, 12:1, 12:16, 13:3, 13:4, 13:8, 13:15, 17:7, 18:4
**JUDGE** [1] - 1:11
**July** [5] - 28:3, 28:12, 28:20, 29:25, 36:7
**June** [5] - 15:2, 15:5, 25:16, 25:19, 26:19
**juror** [1] - 41:14
**jurors** [3] - 85:4, 85:17, 93:6
**JURY** [2] - 1:10, 85:19
**jury** [29] - 4:1, 20:16, 39:9, 39:25, 40:8, 41:5, 41:9, 41:15, 41:16, 41:23, 59:20, 63:4, 66:8, 81:2, 82:13, 82:14, 85:11, 86:12, 87:6, 87:19, 87:24, 92:12, 93:2, 93:17, 94:2, 98:3, 99:13, 100:6, 100:14
**JUSTICE** [1] - 1:16

### K

**KAITLIN** [1] - 1:14
**KATE** [1] - 1:15
**keep** [3] - 10:10, 54:9, 62:21
**Kentucky** [1] - 44:18
**kick** [2] - 65:13, 65:17
**kickout** [12] - 61:14, 62:6, 62:7, 65:18, 67:15, 67:18, 67:19, 68:7, 68:12, 68:15,

68:21, 80:2
**kill** [3] - 77:3, 84:10, 84:24
**kind** [22] - 39:14, 42:21, 43:10, 45:3, 48:8, 49:18, 54:4, 58:11, 60:23, 64:2, 65:3, 66:20, 67:16, 67:24, 70:25, 75:24, 80:3, 82:17, 87:15, 91:19, 93:11, 96:11
**kinds** [2] - 46:10, 58:1
**kitchen** [1] - 30:3
**knob** [1] - 83:19
**knowledge** [1] - 46:17
**known** [3] - 33:10, 64:18, 73:10
**knows** [6] - 19:23, 20:12, 20:14, 20:17, 26:3, 39:4

### L

**lab** [1] - 36:13
**labs** [3] - 22:4, 36:15, 36:16
**ladies** [1] - 98:11
**lapel** [2] - 59:17, 97:11
**large** [4] - 43:12, 65:19, 75:22, 78:8
**larger** [2] - 57:25, 77:18
**last** [11] - 15:8, 25:9, 25:12, 25:24, 26:19, 27:2, 30:6, 33:15, 39:4, 52:14, 87:16
**latch** [1] - 83:15
**laughing** [1] - 10:10
**launch** [1] - 65:12
**launcher** [32] - 57:9, 57:12, 57:15, 58:10, 61:16, 61:25, 62:8, 65:20, 66:1, 66:12, 66:14, 66:25, 72:2, 72:11, 76:8, 76:9, 76:12, 76:13, 76:14, 76:25, 81:25, 83:1, 83:3, 83:16, 87:13, 87:25, 88:9, 88:10, 89:21, 95:13, 96:24
**launchers** [1] - 71:7
**laundering** [1] - 4:11
**LAW** [11] - 1:19, 1:22, 70:11, 70:18, 70:19, 70:20, 70:22, 71:6, 71:8, 71:22

**law** [5] - 46:1, 50:21, 60:14, 75:10, 100:16
**laws** [1] - 53:4, 75:8, 75:9
**lawyer** [1] - 37:25
**lawyers** [2] - 34:19, 97:18
**lay** [2] - 51:17, 51:21
**layman's** [2] - 43:14, 45:16
**layperson** [1] - 53:12
**leader** [2] - 22:14, 35:4
**learned** [1] - 45:17
**least** [3] - 12:14, 65:25, 82:7
**leave** [3] - 47:25, 73:1, 97:11
**led** [1] - 77:11
**left** [9] - 21:8, 22:2, 22:3, 23:12, 58:7, 79:17, 86:2, 93:15, 96:1
**left-hand** [2] - 79:17, 93:15
**leftover** [1] - 80:6
**legal** [5] - 49:10, 98:12, 98:14, 99:24, 100:1
**legs** [1] - 90:13
**length** [3] - 61:1, 61:2, 88:8
**less** [2] - 56:21, 78:14
**letter** [15] - 6:15, 6:17, 6:20, 6:22, 7:9, 7:14, 7:15, 7:17, 7:19, 7:20, 8:5, 8:9, 8:10, 8:13, 88:18
**letters** [2] - 82:18, 92:25
**level** [4] - 18:5, 21:6, 46:19, 48:19
**liability** [1] - 101:6
**libraries** [1] - 51:1
**library** [5] - 50:9, 50:10, 50:13, 51:3, 51:4
**lid** [1] - 80:24
**life** [6] - 13:5, 13:9, 13:14, 13:21, 14:5, 89:10
**light** [3] - 55:25, 70:12, 70:20
**lightly** [3] - 56:3, 64:6, 70:24
**likely** [4] - 39:22, 64:4, 67:21, 89:11
**line** [2] - 61:18, 68:24
**lined** [1] - 61:22

**link** [1] - 80:7
**links** [4] - 80:7, 80:9, 80:15, 80:16
**Lisa** [1] - 102:12
**LISA** [2] - 2:1, 102:3
**listed** [1] - 68:8
**loaded** [6] - 62:1, 71:23, 72:4, 72:5, 72:6, 72:7
**Lobo** [4] - 21:9, 22:3, 22:18, 23:6
**local** [1] - 47:24
**locals** [1] - 44:8
**locate** [1] - 34:25
**Loco** [1] - 93:14
**LOCO** [1] - 93:15
**Logio** [1] - 22:8
**logistical** [1] - 39:14
**logo** [1] - 87:20
**logos** [2] - 87:17, 87:21
**look** [14] - 31:19, 33:24, 50:6, 70:25, 71:24, 72:15, 73:10, 73:11, 85:7, 85:9, 99:12, 100:18, 101:3
**looked** [2] - 69:2, 81:22, 101:14
**looking** [2] - 71:23, 72:8
**looks** [5] - 58:22, 65:25, 76:1, 82:16, 94:24
**loss** [1] - 65:8
**lost** [1] - 27:12
**loud** [2] - 63:23, 64:24
**louder** [1] - 78:12
**lunch** [3] - 40:13, 40:16, 40:19

### M

**M-15** [1] - 89:21
**M-16** [19] - 47:11, 51:22, 73:11, 75:13, 75:14, 75:16, 75:21, 75:22, 75:24, 76:1, 76:6, 76:25, 77:19, 81:25, 82:25, 95:9, 95:24, 96:23
**M-16-type** [1] - 51:20
**M-203s** [1] - 73:24
**M2** [9] - 47:6, 74:14, 74:17, 74:22, 74:23, 77:5, 78:23, 79:11, 80:18
**M4** [1] - 75:22
**ma'am** [4] - 51:8,

55:8, 59:2, 72:1
**machine** [20] - 46:13, 47:2, 47:6, 48:9, 48:18, 49:16, 64:5, 74:10, 74:23, 75:14, 76:2, 77:16, 79:4, 83:1, 91:11, 92:13, 92:22, 93:14, 96:19
**magazine** [4] - 91:16, 91:17, 91:18, 96:9
**maim** [1] - 84:10
**main** [3] - 50:12, 62:25, 70:14
**maintenance** [1] - 46:18
**majority** [1] - 75:17
**Mall** [2] - 63:20, 83:22
**man** [1] - 43:13
**man-portable** [1] - 43:13
**manage** [1] - 77:23
**MANPADS** [1] - 43:13
**Manuel** [3] - 10:19, 10:22, 11:8
**March** [8] - 23:17, 23:21, 24:22, 25:9, 25:13, 25:25, 26:20, 27:2
**mark** [3] - 31:15, 33:18, 51:23
**marked** [3] - 8:4, 8:6, 93:4
**marking** [1] - 93:3
**markings** [7] - 58:11, 66:20, 87:15, 89:9, 91:1, 91:24, 92:24
**Marshals** [1] - 54:10
**master's** [3] - 44:18, 44:22, 44:24
**match** [1] - 60:9
**matched** [1] - 59:8
**material** [1] - 70:7
**materials** [1] - 54:18
**materiel** [4] - 74:25, 81:7, 81:13, 81:14
**mates** [1] - 61:21
**matters** [1] - 53:19
**Mayo** [4] - 20:25, 21:2, 21:9, 21:10
**mean** [10] - 27:21, 45:23, 47:4, 56:5, 56:11, 56:23, 57:19, 69:18, 77:23, 81:13
**meaning** [2] - 13:5, 71:8
**means** [2] - 39:24, 56:19

**measure** [1] - 60:19
**measured** [2] - 60:25, 61:1
**measurement** [1] - 60:18
**measurements** [1] - 60:22
**mechanical** [1] - 81:10
**meet** [3] - 17:11, 17:12, 100:20
**meeting** [23] - 12:24, 19:5, 20:7, 21:23, 22:22, 22:25, 23:7, 23:20, 23:24, 24:22, 26:7, 26:14, 26:25, 27:6, 27:17, 28:19, 30:8, 30:20
**meeting-meeting** [1] - 26:7
**meetings** [5] - 17:1, 17:18, 17:21, 23:22, 28:17
**meets** [2] - 73:17, 94:7
**members** [2] - 49:1, 85:10
**memory** [1] - 7:22
**Menchito** [10] - 28:10, 28:14, 30:1, 30:8, 32:25, 35:11, 35:20, 36:25, 37:14, 96:5
**Mencho** [30] - 15:17, 15:21, 16:16, 20:9, 21:19, 23:7, 23:14, 23:25, 24:4, 24:6, 24:9, 24:23, 25:6, 26:15, 27:12, 27:17, 27:23, 28:10, 28:14, 29:8, 30:1, 30:2, 30:8, 32:12, 32:16, 32:18, 32:19, 35:5, 37:14
**Mencho's** [3] - 25:1, 35:22, 37:12
**mention** [9] - 27:6, 27:7, 32:11, 32:23, 32:25, 35:17, 35:22, 36:22, 36:25
**mentioned** [8] - 24:4, 30:7, 37:25, 43:18, 47:17, 57:18, 74:12, 75:1
**messages** [2] - 24:13, 24:18
**met** [8] - 14:17, 15:3, 19:14, 19:25, 25:25, 26:3, 26:5, 28:5
**metal** [3] - 84:18, 93:20

**meter** [1] - 84:7
**meters** [3] - 64:12, 64:13, 84:7
**Mexican** [16] - 15:18, 15:21, 15:22, 15:24, 16:7, 16:8, 16:14, 16:17, 16:20, 16:22, 16:23, 16:24, 75:8
**Mexico** [9] - 16:7, 16:10, 25:18, 28:25, 29:3, 29:21, 75:4, 75:7, 75:12
**mic** [2] - 59:17, 97:11
**Michoacán** [2] - 16:12, 16:13
**microphone** [1] - 18:24
**middle** [6] - 40:17, 67:17, 67:25, 90:3, 95:7, 95:23
**might** [10] - 18:8, 18:9, 38:15, 39:17, 40:16, 55:21, 57:24, 59:22, 64:22, 72:6
**Milenio** [5] - 22:3, 23:5, 23:8, 23:13
**militants** [1] - 64:19
**military** [14] - 29:3, 29:6, 42:20, 43:7, 43:20, 43:21, 43:22, 44:2, 45:2, 46:1, 74:9, 75:11, 75:17, 76:5
**MILLER** [1] - 41:25
**Miller** [13] - 3:7, 38:19, 38:20, 38:23, 39:11, 40:21, 41:21, 41:22, 42:7, 42:8, 53:9, 53:18
**millimeters** [1] - 76:19
**million** [5] - 4:11, 4:13, 4:19, 4:22, 4:24
**mind** [2] - 12:21, 12:23
**minor** [1] - 88:6
**minutes** [3] - 26:6, 26:17, 65:17
**missiles** [3] - 43:16, 45:23, 45:24
**model** [5] - 51:17, 61:11, 61:13, 83:18, 84:16
**models** [1] - 84:16
**modification** [1] - 51:19
**modifications** [1] - 100:25
**modified** [2] - 51:18, 89:15
**Mogadishu** [1] -

64:20
**molten** [2] - 63:16
**moment** [1] - 97:4
**money** [2] - 16:6, 16:8
**Monito** [1] - 21:19
**monitor** [1] - 65:23
**month** [1] - 46:6
**months** [4] - 26:20, 45:5, 46:24, 49:11
**Monument** [1] - 83:24
**moon** [1] - 91:19
**morning** [5] - 98:24, 99:5, 99:11, 100:19, 100:20
**mortar** [1] - 81:11
**most** [8] - 50:22, 64:18, 65:19, 73:22, 89:14, 96:22, 100:21
**motion** [5] - 5:8, 5:25, 9:4, 10:14, 97:22
**motions** [1] - 40:1
**motor** [12] - 61:14, 62:6, 62:7, 62:8, 62:25, 63:1, 65:18, 67:23, 68:7, 68:12, 68:21, 80:2
**motors** [5] - 67:15, 67:18, 67:19, 68:15
**mount** [2] - 72:12, 79:3
**mounted** [4] - 79:7, 79:10, 79:11, 79:22
**mounts** [1] - 77:20
**move** [5] - 14:11, 14:13, 20:20, 59:19, 99:7
**moves** [1] - 18:20
**MR** [88] - 4:5, 4:9, 4:17, 7:8, 8:1, 8:3, 11:7, 11:13, 11:15, 14:11, 14:15, 14:16, 14:21, 15:1, 16:9, 19:3, 20:22, 20:23, 21:15, 31:15, 31:18, 33:3, 33:5, 33:6, 33:16, 33:20, 33:23, 34:9, 35:2, 35:24, 36:1, 37:2, 38:10, 38:13, 38:20, 38:22, 38:25, 39:2, 39:3, 39:13, 39:22, 40:4, 41:10, 41:20, 42:3, 42:5, 43:1, 45:14, 51:13, 53:8, 53:16, 53:21, 53:22, 55:10, 57:1, 57:6, 59:4, 59:14, 59:21, 62:22,

63:10, 65:22, 72:23, 84:20, 85:3, 85:13, 85:14, 85:18, 85:21, 85:22, 88:1, 93:8, 97:4, 97:6, 97:8, 97:15, 97:21, 98:1, 98:5, 98:8, 99:2, 99:6, 99:17, 99:18, 99:20, 100:7, 101:9, 101:12
**MS** [8] - 20:18, 34:3, 34:16, 37:5, 38:7, 40:11, 40:14, 40:22
**multiple** [2] - 54:7, 101:5
**multiple-conspiracy** [1] - 101:5
**multiplicity** [1] - 101:5
**multitasking** [1] - 85:17
**municipality** [1] - 26:11
**munitions** [2] - 81:8, 81:9
**murder** [2] - 11:23, 12:8
**muzzle** [1] - 84:1
**MV** [5] - 92:25, 93:3, 93:4, 93:15, 93:17

---

# N

**name** [11] - 8:11, 10:22, 24:11, 32:20, 32:23, 33:15, 35:18, 35:22, 36:22, 42:6, 42:7
**NASEEF** [4] - 1:15, 40:11, 40:14, 40:22
**national** [4] - 50:14, 51:14, 51:16, 95:2
**National** [2] - 48:1, 48:4
**nature** [1] - 43:9, 44:9, 50:19
**Navy** [1] - 22:10
**need** [6] - 7:2, 16:14, 65:14, 69:16, 69:18, 87:23
**needed** [1] - 15:23, 49:2, 50:4
**needs** [2] - 15:25, 38:14
**negotiating** [1] - 21:17
**Nemesio** [1] - 35:4
**nervous** [12] - 17:7, 17:8, 17:10, 17:13, 17:15, 18:2, 18:3,

18:8, 18:9, 30:20, 30:22
**nervousness** [2] - 13:15, 18:5
**never** [14] - 8:18, 8:19, 23:14, 23:25, 24:2, 24:4, 24:6, 24:9, 25:1, 26:7, 28:10, 28:13, 29:6, 29:25
**new** [5] - 22:8, 22:12, 22:14, 22:16, 89:16
**news** [4] - 29:13, 29:14, 29:16, 29:17
**next** [5] - 38:13, 41:1, 41:19, 98:4, 98:12
**NFA** [2] - 48:4, 48:8
**nickname** [4] - 31:7, 31:11, 31:12, 34:25
**nicknames** [1] - 34:8
**nine** [3] - 27:21, 27:22, 45:5
**no-powder** [1] - 86:10
**nobody** [6] - 6:5, 13:18, 14:1, 14:4, 32:20
**noise** [2] - 78:14, 84:1
**noises** [1] - 83:25
**non** [1] - 46:9
**non-ATF** [1] - 46:9
**none** [2] - 5:1, 17:21
**nonfunctioning** [1] - 69:22
**nonsporting** [3] - 55:15, 57:16, 57:19
**Northeast** [1] - 1:16
**Northwest** [2] - 2:3, 102:14
**nose** [1] - 67:25
**notch** [6] - 61:17, 61:19, 61:21, 79:5, 79:8, 79:10
**notebook** [1] - 21:24
**notes** [2] - 28:17, 102:5
**nothing** [13] - 4:23, 5:2, 5:3, 5:5, 5:10, 9:16, 9:17, 9:23, 10:1, 32:14, 97:23, 97:24
**notice** [2] - 18:14, 83:25
**noticeable** [1] - 64:24
**November** [1] - 102:10
**nowhere** [3] - 35:7, 35:10, 35:16
**nuclear** [1] - 45:13

**number** [19] - 5:15, 14:19, 58:14, 59:6, 59:8, 60:4, 66:18, 66:22, 68:1, 68:9, 75:1, 82:19, 86:2, 88:18, 91:4, 91:25, 92:8, 93:16, 98:14
**numbers** [2] - 47:21, 60:6

## O

**oath** [1] - 41:24
**objection** [7] - 14:11, 20:18, 34:3, 34:16, 40:16, 53:15, 53:17
**objections** [1] - 100:25
**objects** [3] - 51:10, 54:4, 54:11
**observe** [4] - 53:13, 63:21, 64:22, 83:24
**obviously** [3] - 63:19, 65:1, 77:17
**occupants** [1] - 84:24
**occurred** [2] - 12:24, 20:7
**occurs** [1] - 84:4
**October** [1] - 4:21
**OD** [1] - 66:3
**OF** [5] - 1:1, 1:3, 1:16, 1:19, 1:22
**offer** [3] - 53:9, 53:18, 86:18
**offered** [1] - 14:1
**OFFICE** [1] - 1:22
**Office** [2] - 15:17, 17:17
**officer** [7] - 38:21, 38:24, 42:9, 46:23, 46:24, 48:22, 48:23
**Officer** [7] - 38:23, 39:11, 40:20, 41:22, 53:9, 53:18
**OFFICES** [1] - 1:19
**Official** [1] - 2:1
**official** [1] - 102:12
**often** [1] - 89:14
**oftentimes** [1] - 56:11
**Oklahoma** [2] - 44:19, 44:20
**old** [2] - 19:15, 20:1
**Olympic** [1] - 58:4
**Olympic-style** [1] - 58:4
**once** [14] - 38:17, 50:3, 50:5, 61:15,

62:1, 62:5, 63:13, 71:8, 72:1, 72:24, 73:5, 81:10, 83:20, 84:2
**one** [54] - 7:1, 7:2, 10:23, 10:24, 14:4, 16:10, 17:3, 17:7, 17:11, 23:2, 23:3, 25:3, 36:15, 39:3, 47:20, 51:2, 52:11, 60:2, 63:21, 64:21, 65:11, 67:17, 68:19, 68:22, 72:11, 72:18, 75:21, 76:11, 79:11, 80:14, 82:6, 82:7, 82:19, 82:24, 85:17, 86:8, 86:9, 86:10, 86:13, 87:13, 87:16, 88:2, 88:11, 89:8, 90:2, 91:7, 91:10, 92:20, 92:22, 95:1, 95:19, 97:1, 97:2
**one's** [2] - 51:9
**ones** [3] - 22:2, 32:19, 76:19
**onwards** [1] - 19:13
**open** [6] - 40:24, 54:9, 72:24, 83:16, 98:10, 99:23
**opening** [1] - 83:15
**operations** [1] - 50:23
**operator** [2] - 79:15, 90:11
**opinion** [11] - 58:15, 60:12, 67:2, 69:4, 69:10, 71:11, 77:8, 82:5, 82:23, 86:18, 87:9
**opinions** [2] - 53:3, 53:19
**opportunity** [17] - 49:7, 49:13, 50:18, 52:15, 54:22, 59:11, 60:19, 66:13, 77:5, 82:8, 82:20, 86:25, 87:8, 89:23, 90:5, 98:7, 100:18
**opposed** [1] - 75:9
**optical** [2] - 90:8, 90:9
**order** [4] - 10:7, 25:2, 48:7, 65:15
**orders** [2] - 25:5, 32:19
**ordinary** [1] - 12:13
**ordnance** [7] - 42:22, 43:7, 43:19, 43:24, 45:3, 45:22, 76:16
**organization** [1] -

22:16
**organizations** [1] - 46:9
**organized** [1] - 19:20
**original** [2] - 51:21, 89:15
**OSEGUERA** [1] - 1:6
**Oseguera** [3] - 11:1, 32:15, 35:5
**OSEGUERA-GONZALEZ** [1] - 1:6
**Oseguera-González** [2] - 11:1, 32:15
**OSI** [1] - 44:8
**ounce** [2] - 78:6
**ounces** [1] - 65:18
**outer** [1] - 67:20
**outside** [4] - 62:11, 66:21, 72:3, 76:2
**overall** [1] - 61:1
**overmatch** [1] - 77:17
**overseas** [2] - 44:1, 44:14
**own** [5] - 12:11, 12:19, 26:15, 26:16, 26:17
**ownership** [1] - 75:11

## P

**p.m** [5] - 1:7, 4:2, 41:6, 41:17, 100:15
**package** [1] - 73:3
**Page** [4] - 95:6, 96:6, 96:7, 96:13
**page** [3] - 66:12, 100:24, 100:25
**paid** [5] - 15:17, 15:18, 15:21, 15:22, 16:16
**paint** [1] - 88:6
**painted** [7] - 66:20, 91:3, 91:24, 92:1, 92:24, 92:25, 93:3
**pair** [1] - 60:21
**paper** [3] - 50:10, 50:12, 51:9
**papers** [1] - 101:7
**part** [5] - 45:2, 46:2, 46:3, 48:12, 73:17
**participate** [1] - 52:19
**particular** [3] - 48:13, 48:16, 92:15
**parts** [2] - 46:18, 62:24

**party** [2] - 19:19, 28:9
**passing** [2] - 26:8, 85:4
**past** [3] - 36:7, 49:11, 64:18
**pattern** [6] - 58:13, 67:22, 95:22, 95:24, 96:15, 96:23
**patterned** [1] - 96:4
**pause** [1] - 77:6
**pay** [3] - 15:24, 16:8, 16:22
**peacetime** [1] - 43:24
**peer** [2] - 49:19, 49:22, 49:24
**peer-review** [1] - 49:19
**Pelon** [4] - 32:18, 32:19, 37:14, 37:15
**pending** [1] - 14:12
**penetrate** [1] - 78:2
**penned** [1] - 53:5
**penny** [1] - 5:4
**people** [5] - 23:5, 23:6, 72:25, 85:8, 101:6
**Pepe** [1] - 10:23
**Pepino** [5] - 33:10, 33:13, 33:22, 33:25, 34:13
**percent** [1] - 60:17
**perhaps** [1] - 56:9
**permission** [1] - 59:15
**Persian** [1] - 60:6
**person** [6] - 11:5, 11:8, 17:21, 30:8, 31:10
**pesos** [16] - 15:18, 15:19, 15:22, 15:24, 16:7, 16:14, 16:17, 16:18, 16:20, 16:21, 16:23, 16:24
**PG-7** [6] - 54:16, 68:4, 68:7, 68:12, 68:19, 70:15
**phone** [6] - 23:15, 23:25, 24:3, 24:6, 24:9, 98:17
**photo** [1] - 96:15
**photograph** [7] - 48:6, 70:10, 70:18, 71:12, 71:14, 95:17, 95:18
**photographs** [4] - 52:9, 52:12, 67:6, 88:24
**photos** [4] - 69:9,

69:17, 69:19, 71:2
**phrase** [1] - 57:18
**physical** [2] - 52:25, 96:20
**pick** [2] - 77:22, 87:5
**pickup** [1] - 79:17
**picture** [15] - 58:8, 58:16, 58:17, 60:1, 66:14, 71:22, 80:4, 82:2, 82:4, 82:9, 86:17, 86:18, 86:22, 96:16, 96:22
**pictures** [3] - 52:23, 59:12, 69:8
**pieces** [1] - 84:18
**Piezoelectric** [1] - 63:8
**PIN** [1] - 24:12
**pin** [3] - 61:22, 62:5, 72:12
**pistol** [2] - 88:13, 94:24
**pistols** [1] - 93:19
**place** [3] - 22:22, 80:17, 91:16
**placed** [2] - 10:11, 18:16
**Plaintiff** [1] - 1:4
**plan** [1] - 99:15
**planning** [2] - 39:8, 39:24
**plasma** [2] - 63:16
**platforms** [1] - 46:12
**play** [1] - 57:22
**plea** [7] - 4:10, 4:18, 4:21, 5:14, 5:17, 5:21, 22:14
**plead** [4] - 10:2, 13:7, 13:14, 13:21
**pleaded** [1] - 38:2
**pleading** [1] - 13:17
**pleasant** [1] - 100:12
**pled** [1] - 10:18
**plenty** [1] - 99:14
**point** [16] - 27:8, 30:13, 34:5, 36:21, 36:24, 37:23, 37:25, 48:25, 52:11, 71:9, 73:6, 73:16, 87:19, 95:3, 97:17, 98:15
**poison** [1] - 55:12
**pop** [1] - 72:14
**portable** [2] - 43:13, 43:16
**portion** [2] - 43:12, 63:6
**possible** [7] - 39:16, 39:20, 77:23, 77:25, 79:21, 84:25, 85:3
**possibly** [4] - 45:22,

65:1, 70:14, 95:9

**powder** [3] - 56:2, 65:19, 86:10

**precautions** [1] - 54:5

**precisely** [1] - 34:5

**predicted** [1] - 39:6

**prep** [1] - 72:21

**prepare** [1] - 34:18

**prepared** [1] - 34:19

**prescored** [1] - 84:19

**presegmented** [1] - 84:17

**present** [3] - 11:19, 12:14, 81:2

**presented** [2] - 6:17, 54:6

**pressure** [1] - 62:19

**pressured** [2] - 13:17, 13:18

**pretty** [2] - 10:23, 26:4

**previous** [4] - 66:25, 70:18, 88:11, 96:15

**previously** [7] - 24:17, 26:18, 36:2, 54:12, 58:8, 60:20, 95:14

**PREVIOUSLY** [1] - 4:6

**prewar** [1] - 23:7

**primarily** [1] - 77:1

**primary** [1] - 43:5

**primer** [2] - 61:22, 62:5

**prison** [1] - 13:22

**proceed** [3] - 42:2, 85:20, 100:3

**Proceedings** [1] - 101:17

**proceedings** [9] - 4:2, 40:23, 41:6, 41:8, 41:17, 98:9, 99:22, 100:15, 102:6

**process** [2] - 9:12, 49:19

**produced** [2] - 73:13, 102:6

**programs** [2] - 44:8, 44:23

**progress** [1] - 62:23

**projectile** [8] - 55:19, 71:18, 73:15, 73:16, 77:13, 78:4, 78:15, 81:11

**projectiles** [1] - 74:1

**promise** [1] - 38:3

**promised** [1] - 14:4

**propel** [1] - 76:10

**propellant** [2] - 62:15, 67:22

**propelled** [8] - 56:1, 56:11, 56:16, 56:18, 56:22, 56:23, 62:10

**proposing** [1] - 40:10

**prosecutor** [1] - 12:1

**prosecutors** [1] - 9:18

**protect** [1] - 79:15

**provide** [1] - 48:25

**public** [1] - 49:2

**publication** [3] - 50:10, 59:9, 59:10

**publications** [2] - 50:12, 51:3

**Puli** [5] - 33:10, 33:13, 33:22, 33:25, 34:12

**Pulido** [16] - 33:8, 33:11, 33:14, 33:22, 33:25, 34:1, 34:13, 34:21, 34:22, 34:24, 34:25, 35:1

**Pulido's** [1] - 36:17

**pull** [4] - 18:24, 18:25, 72:10, 83:20

**pulse** [1] - 63:14

**purchase** [2] - 47:25, 48:7

**purpose** [12] - 44:12, 51:14, 53:14, 57:24, 74:6, 74:10, 74:21, 79:13, 81:6, 84:9, 90:9, 90:13

**purposes** [2] - 39:8, 39:24

**pursuant** [1] - 97:22

**push** [3] - 62:9, 62:19, 83:16

**put** [8] - 7:25, 8:24, 18:21, 40:16, 46:20, 47:19, 98:14, 98:23

**putting** [1] - 69:12

## Q

**qualifications** [1] - 53:18

**questions** [6] - 20:20, 21:22, 21:24, 37:2, 38:7, 97:6

**quick** [1] - 93:24

**quicker** [1] - 90:1

**quickly** [1] - 26:24

**quiet** [1] - 99:3

**quite** [1] - 7:25

## R

**radio** [3] - 24:23, 25:2, 25:3

**radius** [2] - 84:6, 84:8

**raise** [1] - 41:23

**ran** [1] - 22:4

**range** [1] - 64:9

**rate** [1] - 78:7

**rather** [1] - 101:13

**rationale** [1] - 60:15

**RDR** [3] - 2:1, 102:3, 102:12

**reach** [5] - 60:12, 67:2, 69:4, 77:8, 77:18

**read** [4] - 34:22, 60:3, 66:18, 74:16

**ready** [1] - 49:22

**real** [3] - 63:20, 83:23, 86:13

**really** [3] - 26:6, 39:17, 65:13

**rear** [7] - 61:14, 63:2, 65:20, 67:15, 68:20, 77:24, 93:4

**reason** [3] - 30:12, 69:22, 73:3

**reasons** [1] - 98:23

**receive** [3] - 10:4, 45:2, 46:2

**received** [6] - 22:18, 46:4, 46:8, 46:20, 47:6, 47:9

**receives** [1] - 50:6

**receiving** [2] - 6:23, 7:10

**recently** [1] - 50:22

**recess** [1] - 41:7

**recoil** [2] - 65:19, 65:20

**recommendations** [1] - 49:25

**recommended** [3] - 13:6, 13:9, 50:4

**record** [3] - 18:17, 21:13, 98:23

**recovered** [1] - 89:14

**red** [1] - 68:24

**Red** [1] - 3:3

**redirect** [1] - 34:18

**REDIRECT** [1] - 37:4

**reduce** [4] - 5:8, 6:10, 10:14, 10:16

**reducing** [1] - 6:6

**reduction** [9] - 5:25, 6:1, 6:8, 8:21, 9:3, 9:13, 9:25, 10:4,

10:13

**refer** [1] - 79:2

**reference** [7] - 50:9, 50:10, 50:13, 50:15, 50:25, 51:3, 83:8

**referred** [1] - 43:12

**referring** [1] - 80:9

**regarding** [3] - 46:21, 47:9, 53:3

**regardless** [1] - 29:23

**regimes** [1] - 49:10

**regulation** [1] - 69:13

**regulations** [1] - 47:20

**reloadable** [2] - 71:6, 71:10

**remember** [24] - 7:19, 7:20, 7:24, 7:25, 8:7, 10:23, 12:1, 12:6, 12:10, 12:11, 12:18, 12:22, 13:1, 13:11, 13:12, 13:13, 15:3, 15:6, 16:21, 18:9, 18:10, 23:22, 31:13, 37:18

**render** [1] - 54:5

**repair** [1] - 46:18

**repeat** [4] - 4:15, 7:7, 14:19, 23:19

**repeated** [1] - 16:1

**reply** [1] - 24:7

**report** [9] - 37:14, 49:21, 49:23, 50:3, 50:4, 50:6, 51:22, 53:6

**REPORTED** [1] - 2:1

**reported** [1] - 35:4

**REPORTER** [1] - 21:12

**Reporter** [2] - 2:1, 102:12

**representative** [1] - 51:17

**request** [2] - 33:21, 35:17

**require** [1] - 48:5

**requirement** [1] - 47:21

**respect** [2] - 22:1, 69:3

**respond** [2] - 43:23, 98:7

**responders** [1] - 50:21

**response** [2] - 42:14, 50:5

**rest** [5] - 16:24, 60:23, 99:5, 99:6,

100:5

**restrictive** [1] - 75:8

**rests** [2] - 97:16, 100:7

**result** [2] - 44:11, 65:3

**retake** [1] - 95:3

**retrieve** [1] - 35:24

**retrofitted** [1] - 89:16

**returns** [1] - 85:19

**reusable** [1] - 71:6

**reverified** [1] - 54:9

**reverse** [1] - 83:18

**review** [7] - 49:19, 49:22, 49:25, 73:18, 82:4, 86:17

**reviewed** [2] - 5:15, 5:17

**reviewer** [1] - 49:24

**rifle** [8] - 74:5, 74:8, 81:7, 87:16, 95:22, 96:15, 96:23

**rifles** [3] - 48:10, 57:23, 73:23

**Robert** [1] - 13:13

**rocket** [42] - 54:16, 55:13, 56:1, 56:8, 56:11, 56:16, 56:18, 56:22, 56:23, 57:13, 61:19, 61:20, 61:23, 62:6, 62:7, 62:9, 62:10, 62:11, 62:15, 62:17, 62:19, 62:20, 62:24, 63:11, 63:13, 63:24, 63:25, 64:13, 67:9, 67:25, 68:7, 68:12, 69:14, 70:6, 70:11, 70:18, 70:19, 70:20, 72:17, 72:21, 80:2

**rocket-propelled** [4] - 56:11, 56:16, 56:22, 56:23

**rockets** [11] - 64:12, 67:14, 68:4, 68:19, 69:9, 69:16, 69:18, 69:23, 71:6, 71:8

**rocking** [2] - 18:18, 18:23

**role** [8] - 36:13, 44:1, 56:3, 70:22, 70:23, 74:23, 74:25, 81:15

**roll** [1] - 38:18

**RONIS** [8] - 1:21, 1:22, 39:3, 39:22, 53:16, 97:8, 99:18

**room** [1] - 70:5

**Room** [1] - 2:3

**rotation** [1] - 45:25

**round** [2] - 70:13,

70:15
  **rounds** [4] - 65:25, 66:2, 66:3, 80:21
  **RPG** [27] - 55:24, 55:25, 56:5, 56:6, 56:11, 56:13, 56:14, 56:15, 56:19, 56:22, 57:7, 58:6, 61:5, 65:25, 66:1, 66:13, 66:25, 67:25, 70:13, 70:21, 71:7, 71:9, 78:12, 78:16, 85:5
  **RPG-7** [7] - 58:10, 58:22, 58:23, 67:9, 67:14, 68:4, 80:2
  **RPGs** [5] - 47:13, 55:5, 64:17, 64:19, 73:23
  **RUBEN** [1] - 1:6
  **Ruben** [28] - 11:1, 19:5, 19:20, 19:23, 19:24, 20:12, 20:13, 20:17, 21:16, 21:18, 21:22, 21:24, 25:9, 25:12, 25:18, 25:25, 26:3, 26:10, 26:19, 27:2, 27:9, 27:11, 27:17, 27:23, 28:23, 32:14, 35:8, 37:15
  **Ruben's** [3] - 32:23, 35:17, 36:22
  **Rule** [5] - 53:20, 97:22, 97:25, 98:21, 98:22
  **Russian** [5] - 56:6, 56:7, 56:23, 56:24, 76:6

## S

  **safe** [1] - 54:5
  **safety** [6] - 53:23, 54:1, 54:4, 62:2, 63:8, 83:15
  **Sahni** [1] - 37:3
  **SAHNI** [6] - 1:14, 20:18, 34:3, 34:16, 37:5, 38:7
  **San** [2] - 1:20, 1:23
  **saw** [7] - 19:9, 25:9, 25:12, 25:25, 26:23, 26:24, 88:3
  **scattered** [1] - 80:3
  **schedule** [1] - 98:4
  **school** [2] - 37:6, 37:7
  **science** [2] - 44:19, 44:21
  **Scientists** [1] - 59:9

  **scope** [4] - 90:3, 90:8, 90:9, 90:10
  **screen** [8] - 17:19, 59:19, 78:24, 81:21, 85:23, 86:16, 87:18, 95:5
  **screw** [1] - 68:21
  **screwed** [1] - 67:15
  **screws** [1] - 61:14
  **seated** [1] - 42:1
  **second** [5] - 7:1, 11:4, 71:21, 97:18, 98:17
  **secretary** [2] - 24:8, 37:11
  **section** [7] - 54:16, 61:20, 63:2, 63:6, 83:1, 83:7, 87:25
  **Section** [1] - 55:14
  **secure** [1] - 67:22
  **Security** [2] - 42:25, 43:2
  **see** [17] - 8:5, 9:8, 10:16, 40:20, 60:11, 63:24, 65:24, 66:10, 66:16, 67:24, 73:12, 78:9, 84:2, 87:23, 93:6, 100:25, 101:15
  **seeing** [2] - 62:24, 80:19
  **seem** [1] - 10:10
  **seized** [2] - 24:13, 24:18
  **self** [1] - 64:11
  **self-destruct** [1] - 64:11
  **semiautomatic** [3] - 47:7, 75:25, 77:12
  **send** [2] - 6:17, 6:21
  **sends** [1] - 63:13
  **sentence** [16] - 5:8, 6:1, 6:6, 6:8, 6:10, 8:22, 9:3, 9:13, 9:25, 10:5, 10:13, 10:14, 13:5, 14:6, 14:10, 17:12
  **sentenced** [3] - 6:12, 11:16, 14:5
  **sentencing** [6] - 6:15, 11:3, 17:6, 17:15, 18:11, 30:23
  **September** [1] - 1:6
  **serial** [3] - 47:21, 59:6, 59:8
  **series** [10] - 55:25, 56:6, 62:11, 67:5, 71:10, 73:9, 76:6, 80:17, 88:23
  **serious** [1] - 65:13
  **Service** [1] - 54:10

  **SESSION** [1] - 1:7
  **set** [2] - 38:17, 57:20
  **sets** [1] - 63:14
  **setup** [1] - 41:1
  **seven** [1] - 26:6
  **several** [5] - 17:9, 26:20, 46:7, 47:20, 73:21
  **severely** [1] - 84:25
  **shaking** [1] - 18:18
  **shape** [5] - 63:2, 63:5, 86:15, 91:18, 96:11
  **shaped** [1] - 91:19
  **shared** [1] - 19:7
  **shield** [1] - 79:15
  **shifted** [1] - 46:1
  **shiny** [1] - 66:3
  **shipping** [3] - 63:7, 68:20, 68:23
  **shoot** [13] - 43:17, 55:20, 64:4, 64:16, 64:17, 64:20, 72:9, 76:10, 79:22, 81:8, 81:9, 81:16, 90:16
  **shooter** [1] - 90:10
  **shooting** [4] - 25:21, 29:2, 58:3, 58:4
  **short** [3] - 43:14, 48:10
  **short-barreled** [2] - 48:10
  **shot** [7] - 28:23, 57:11, 63:21, 77:22, 83:23, 84:21
  **shotguns** [1] - 48:10
  **shoulder** [6] - 43:16, 55:25, 56:8, 65:12, 65:14, 72:13
  **shoulder-fired** [3] - 43:16, 55:25, 56:8
  **show** [5] - 8:4, 58:8, 66:8, 81:2, 82:13
  **showing** [1] - 63:3
  **shuttle** [1] - 62:17
  **sic** [1] - 21:18
  **side** [21] - 46:2, 49:3, 51:17, 51:21, 58:12, 60:7, 83:15, 83:18, 89:20, 90:21, 90:22, 91:1, 91:6, 92:8, 92:17, 92:24, 93:4, 93:15, 93:16
  **side-folding** [1] - 92:17
  **sides** [1] - 71:24
  **sight** [1] - 93:4
  **sights** [2] - 72:14, 72:15
  **signature** [2] - 8:12,

50:5
  **signed** [4] - 6:10, 30:25, 31:24, 34:14
  **significant** [1] - 75:3
  **silencers** [1] - 48:9
  **similar** [9] - 67:10, 76:1, 86:15, 88:2, 93:9, 94:25, 95:1, 95:13, 96:22
  **simple** [1] - 28:24
  **simply** [1] - 6:10
  **Sinaloa** [3] - 21:3, 22:10, 23:8
  **sit** [2] - 18:24, 50:2
  **sitting** [4] - 9:18, 18:3, 18:19, 54:23
  **situation** [2] - 13:19, 72:7
  **six** [2] - 46:24, 65:18
  **size** [4] - 73:24, 73:25, 79:20, 86:5
  **skeet** [1] - 58:3
  **skin** [1] - 64:25
  **sleeve** [1] - 84:17
  **slightly** [4] - 18:8, 62:14, 62:20, 72:12
  **slug** [2] - 63:16
  **small** [4] - 50:10, 63:18, 84:3, 86:4
  **smaller** [1] - 84:17
  **smirking** [1] - 18:14
  **smuggling** [1] - 43:8
  **sniper** [4] - 74:10, 74:25, 81:7, 81:15
  **softer** [1] - 78:12
  **soldier** [2] - 69:24, 76:10
  **solely** [1] - 6:3
  **Somali** [1] - 64:19
  **someone** [2] - 65:16, 90:16
  **sometime** [3] - 6:24, 7:11, 26:4
  **sometimes** [1] - 56:9
  **somewhat** [1] - 50:15
  **sorry** [3] - 7:6, 31:20, 81:22
  **sort** [2] - 65:1, 89:17
  **sound** [2] - 78:12, 99:15
  **sounds** [1] - 72:6
  **Soviet** [1] - 70:21
  **Soviets** [1] - 56:14
  **space** [1] - 62:17
  **Spanish** [4] - 7:5, 14:23, 16:5, 31:22
  **special** [1] - 49:1
  **specialist** [5] - 42:25, 43:4, 43:5,

46:5
  **specialized** [1] - 65:14
  **specific** [7] - 22:25, 42:11, 46:9, 46:17, 46:20, 47:6, 48:5
  **specifically** [5] - 15:21, 16:25, 23:24, 32:11, 35:3
  **speed** [1] - 78:7
  **spell** [1] - 62:12
  **spend** [2] - 13:2, 46:25
  **spent** [4] - 19:8, 42:19, 42:24, 44:3
  **spin** [1] - 62:20
  **spongy** [1] - 86:13
  **spoon** [1] - 89:10
  **sporting** [3] - 57:21, 57:24, 58:1
  **sports** [1] - 58:3
  **spot** [2] - 50:1, 51:19
  **spots** [1] - 66:3
  **spray** [3] - 91:3, 91:25, 92:25
  **squeeze** [1] - 72:16
  **stabilization** [2] - 61:15, 90:15
  **stage** [1] - 89:12
  **stamped** [1] - 87:21
  **stance** [1] - 89:16
  **stand** [7] - 18:19, 38:17, 41:23, 56:16, 59:22, 79:22, 95:3
  **standard** [1] - 98:22
  **standing** [1] - 79:14
  **standoff** [1] - 63:7
  **stands** [1] - 70:11
  **start** [6] - 27:13, 30:3, 38:17, 89:25, 93:20
  **started** [1] - 89:10
  **starting** [5] - 22:12, 22:16, 22:17, 27:14, 40:8
  **starts** [2] - 40:17, 62:6
  **state** [3] - 35:3, 35:10, 55:14
  **State** [2] - 44:19, 44:20
  **statement** [4] - 5:19, 7:13, 7:17, 34:4
  **statements** [1] - 40:17
  **STATES** [3] - 1:1, 1:3, 1:11
  **States** [3] - 2:2, 12:4, 29:1, 42:20, 43:20, 53:11, 57:8,

71:16, 74:9, 75:6,
75:17, 76:5, 102:13
**states** [1] - 69:13
**stating** [1] - 8:7
**statutes** [2] - 48:14,
49:5
**stenciled** [5] - 58:14,
66:22, 92:7, 93:15
**stenographic** [1] -
102:5
**step** [2] - 80:14, 89:8
**steps** [1] - 73:9
**stick** [2] - 12:20,
12:23
**sticking** [1] - 90:13
**still** [3] - 20:6, 68:20,
100:1
**stock** [5] - 91:2,
91:3, 92:16, 92:17
**stop** [2] - 21:7, 22:1
**stopped** [1] - 21:10
**store** [1] - 47:24
**straight** [1] - 18:24
**Street** [3] - 1:16,
1:19, 1:22
**strike** [2] - 14:12,
14:13
**structure** [1] - 78:8
**student** [1] - 44:20
**style** [2] - 58:4, 91:12
**subclasses** [1] -
48:5
**subject** [1] - 55:5
**submitted** [2] - 6:15,
8:13
**subsection** [1] -
55:13
**subset** [1] - 55:7
**substantial** [1] - 6:3
**suggest** [1] - 99:9
**suggested** [1] -
99:14
**summations** [1] -
40:7
**Super** [5] - 73:22,
75:3, 75:5, 75:6,
88:20
**Supers** [1] - 75:2
**supervision** [1] -
47:1
**supplement** [1] -
101:7
**support** [9] - 21:8,
21:10, 22:8, 30:25,
31:3, 33:7, 33:21,
35:14, 35:17
**supported** [2] - 22:9,
22:18
**supporting** [1] -
21:11

**surface** [2] - 45:23
**surface-to-surface**
[1] - 45:23
**sustained** [1] - 20:19
**sustainer** [4] - 62:8,
62:25, 63:1, 67:14
**swore** [1] - 34:6
**SWORN** [2] - 4:7,
41:25
**system** [3] - 56:14,
64:2, 64:8
**systems** [6] - 43:10,
43:11, 43:13, 44:13,
45:12, 74:11

---

## T

**table** [14] - 9:19,
54:24, 59:16, 66:16,
74:2, 74:3, 74:13,
79:9, 82:11, 87:3,
89:20, 90:23, 91:6,
96:21
**tag** [8] - 60:3, 67:24,
68:8, 74:15, 74:17,
78:18, 82:1, 85:25
**tags** [1] - 74:16
**tan** [1] - 58:13
**tanks** [2] - 56:4, 64:6
**tape** [6] - 67:22,
68:16, 82:16, 82:17,
88:14, 88:16
**target** [13] - 62:21,
63:13, 63:17, 63:25,
64:7, 64:8, 64:14,
71:5, 81:17, 83:20,
84:2, 84:8, 84:11
**targets** [4] - 64:4,
70:24, 81:16, 90:11
**taught** [1] - 50:22
**tax** [1] - 48:6
**teach** [1] - 50:18
**technical** [3] - 53:5,
53:6, 79:3
**technically** [4] -
50:7, 56:22, 82:25,
87:11
**technician** [6] -
42:20, 42:21, 42:23,
43:19, 45:4, 46:19
**technology** [2] -
42:14, 50:8
**ten** [3] - 65:17, 84:7
**ten-meter** [1] - 84:7
**tenders** [1] - 85:10
**tends** [1] - 18:21
**terms** [3] - 41:1,
43:14, 45:16
**terrorist** [2] - 43:7,

43:8
**testified** [11] - 19:4,
20:7, 22:4, 24:17,
26:9, 36:2, 36:4,
36:10, 36:13, 36:18,
51:24
**testifying** [1] - 32:21
**testimony** [16] -
6:19, 9:24, 13:16,
18:10, 20:13, 21:16,
21:21, 23:9, 25:7,
25:13, 26:17, 28:12,
28:21, 36:21, 36:24,
37:16
**thankful** [2] - 10:6,
10:17
**that'll** [2] - 99:7,
99:14
**THE** [131] - 1:1, 1:11,
1:14, 1:18, 3:5, 4:3,
4:15, 7:1, 7:3, 7:6,
8:2, 11:4, 11:10,
11:14, 14:13, 14:19,
14:24, 15:25, 16:3,
16:6, 18:17, 18:20,
18:23, 19:1, 19:2,
20:19, 21:12, 21:14,
31:17, 33:4, 33:18,
34:5, 34:17, 34:24,
35:25, 37:3, 38:8,
38:19, 38:21, 38:24,
39:1, 39:7, 39:21,
39:23, 40:6, 40:12,
40:20, 40:25, 41:9,
41:13, 41:18, 41:22,
42:1, 42:21, 42:22,
45:10, 45:11, 50:25,
50:25, 51:7, 51:8, 51:9,
51:11, 51:12, 53:15,
53:17, 55:6, 55:8,
55:9, 56:15, 56:19,
56:20, 56:21, 56:25,
57:5, 58:20, 58:22,
58:23, 58:24, 58:25,
59:2, 59:3, 59:17,
62:12, 62:13, 63:3,
63:5, 65:11, 65:16,
71:21, 72:1, 72:5,
72:10, 72:18, 72:20,
72:22, 84:13, 84:15,
85:6, 85:10, 85:12,
85:16, 85:19, 85:20,
87:19, 87:21, 87:23,
87:24, 93:5, 93:7,
97:5, 97:7, 97:9,
97:10, 97:11, 97:13,
97:17, 97:24, 98:2,
98:6, 98:11, 98:20,
99:4, 99:7, 99:19,
99:21, 99:24, 100:8,

100:16, 101:11,
101:15
**themselves** [1] -
66:3
**Thereupon** [1] - 41:7
**they've** [1] - 89:15
**thinking** [1] - 30:10
**third** [3] - 25:16,
28:9, 66:10
**Third** [2] - 1:20, 1:23
**thousand** [1] - 49:12
**threats** [3] - 43:6,
43:23, 56:3
**three** [5] - 32:17,
32:18, 67:14, 72:16,
101:14
**throughout** [1] -
50:20
**throw** [1] - 76:11
**throws** [1] - 84:7
**thumping** [1] - 84:1
**thumping-type** [1] -
84:1
**tied** [1] - 54:8
**tip** [1] - 67:25
**Title** [3] - 53:11,
57:7, 71:16
**title** [1] - 38:24
**Tobacco** [1] - 42:10
**today** [18] - 6:19,
9:24, 13:16, 14:2,
14:3, 16:19, 19:4,
26:9, 28:12, 32:21,
38:5, 39:12, 39:20,
54:13, 54:23, 66:6,
67:10, 83:12
**together** [6] - 13:2,
26:10, 27:24, 61:10,
80:8, 80:15
**tomorrow** [18] - 39:9,
39:10, 39:25, 40:7,
40:8, 40:9, 40:15,
98:24, 99:5, 99:11,
100:2, 100:4, 100:11,
100:19, 100:20,
101:8, 101:13
**tonight** [5] - 100:16,
100:18, 101:3,
101:10, 101:13
**took** [4] - 22:22,
27:22, 60:21
**top** [8] - 21:5, 22:14,
68:19, 72:16, 86:13,
86:14, 90:7, 95:22
**total** [3] - 42:19,
46:12, 65:8
**totally** [1] - 34:17
**towards** [2] - 83:23,
93:9
**trafficking** [1] - 52:7

**train** [1] - 65:16
**trained** [1] - 53:23
**training** [17] - 43:6,
44:16, 45:3, 45:7,
45:25, 46:2, 46:4,
46:8, 47:2, 47:6, 47:9,
65:14, 89:7, 89:9,
89:10, 89:11, 89:15
**trainings** [1] - 45:15
**transcript** [2] -
102:5, 102:6
**transition** [1] - 44:6
**translation** [1] - 57:3
**travel** [1] - 78:7
**trial** [2] - 37:17,
37:24
**TRIAL** [1] - 1:10
**tried** [1] - 100:22
**trigger** [5] - 61:24,
62:3, 72:16, 77:24,
83:21
**troop** [1] - 64:6
**troops** [2] - 75:20,
76:6
**truck** [2] - 79:2,
79:17
**true** [4] - 4:10, 34:12,
102:4, 102:5
**truth** [2] - 28:1, 38:3
**try** [1] - 12:14
**trying** [1] - 18:21
**tube** [7] - 62:16,
71:9, 72:11, 72:14,
72:17, 72:25, 73:1
**tubes** [6] - 70:11,
70:18, 70:25, 71:3,
71:4, 72:19
**Tucker** [1] - 12:6
**Tula** [1] - 26:11
**turn** [31] - 4:25, 55:5,
58:19, 60:11, 61:12,
63:16, 65:23, 67:12,
68:2, 68:10, 68:13,
68:17, 70:16, 79:25,
80:25, 87:18, 88:23,
89:5, 89:19, 90:20,
91:5, 91:8, 91:22,
92:4, 92:11, 92:12,
92:19, 93:23, 94:1,
96:6, 96:13
**turned** [1] - 100:10
**two** [27] - 36:10,
36:21, 36:24, 42:16,
48:16, 49:11, 51:23,
52:8, 52:14, 54:11,
61:10, 65:25, 70:11,
70:18, 71:12, 71:14,
74:1, 74:12, 79:21,
82:25, 87:11, 88:5,
88:18, 88:25, 90:13,

95:13, 101:14
  **type** [22] - 45:21, 47:9, 47:23, 50:1, 58:4, 67:19, 73:10, 73:11, 73:25, 76:9, 78:14, 84:1, 91:13, 92:2, 92:3, 92:13, 95:9, 95:11, 95:24, 96:10
  **types** [1] - 50:17
  **typically** [1] - 72:25

## U

  **U.S** [10] - 1:16, 15:16, 16:10, 17:17, 53:4, 57:21, 59:10, 60:14, 75:10, 75:21
  **U.S.'s** [3] - 70:21, 70:23, 75:9
  **under** [10] - 47:1, 49:9, 53:4, 53:11, 53:19, 57:7, 60:14, 64:12, 71:16, 98:22
  **underbarrel** [3] - 81:25, 87:13, 95:13
  **underneath** [3] - 63:8, 69:13, 95:22
  **understood** [1] - 51:2
  **united** [1] - 2:2
  **United** [12] - 12:4, 29:1, 42:19, 43:19, 53:11, 57:8, 71:16, 74:9, 75:5, 75:17, 76:5, 102:13
  **UNITED** [3] - 1:1, 1:3, 1:11
  **University** [3] - 44:18, 44:19, 44:20
  **Unión** [1] - 26:11
  **unless** [4] - 8:22, 9:3, 10:13, 71:4
  **unlike** [1] - 12:13
  **unloaded** [1] - 54:8
  **unprecedented** [2] - 29:3, 29:5
  **up** [28] - 5:24, 18:24, 18:25, 23:8, 37:7, 37:23, 37:25, 38:17, 39:5, 41:14, 45:20, 61:18, 61:22, 62:23, 70:5, 72:14, 72:24, 73:3, 73:4, 77:22, 79:14, 81:2, 82:13, 83:16, 87:5, 93:2, 98:13, 99:24
  **upper** [1] - 87:22
  **upwards** [3] - 46:11,

78:5, 80:21
  **useable** [1] - 64:9
  **user** [1] - 46:16
  **uses** [2] - 16:10, 23:25

## V

  **V-notch** [1] - 79:8
  **Valencia** [1] - 21:18
  **Vallarta** [1] - 27:12
  **variant** [2] - 75:24, 75:25
  **variants** [1] - 47:11
  **variation** [1] - 67:18
  **various** [3] - 44:13, 47:11, 53:4
  **Vazquez** [3] - 36:4, 37:17, 37:23
  **vehicle** [7] - 78:11, 79:3, 84:22, 84:23, 84:25, 85:1, 85:2
  **vehicles** [6] - 56:4, 64:6, 77:19, 78:3, 81:19, 81:20
  **ventures** [4] - 62:11, 62:14, 62:18, 63:1
  **VENTURES** [1] - 62:13
  **version** [3] - 70:21, 76:2, 77:16
  **versus** [2] - 78:15, 88:11
  **VIA** [1] - 4:8
  **viable** [1] - 64:13
  **video** [3] - 17:20, 17:24, 18:1
  **Villasenor** [4] - 31:4, 31:21, 32:1, 32:5
  **Virginia** [2] - 5:12, 11:17
  **visual** [2] - 64:1, 84:3
  **voice** [2] - 20:24, 25:2
  **vs** [1] - 1:5

## W

  **wait** [3] - 99:5, 101:8, 101:13
  **waiting** [1] - 10:16
  **walking** [1] - 96:20
  **wants** [1] - 98:25
  **war** [6] - 22:19, 23:4, 23:5, 23:12, 44:13, 64:2
  **warhead** [8] - 54:16, 57:11, 61:4, 62:23,

63:6, 64:23, 78:13, 85:5
  **warheads** [1] - 64:21
  **warrant** [2] - 31:4, 31:20
  **warrants** [2] - 30:25, 35:14
  **wartime** [1] - 43:24
  **Washington** [5] - 1:6, 1:17, 2:4, 83:23, 102:14
  **waxy** [1] - 67:19
  **waxy-type** [1] - 67:19
  **weapon** [39] - 48:11, 48:13, 49:18, 53:10, 59:11, 61:21, 62:3, 62:4, 63:9, 64:10, 64:11, 64:15, 66:24, 70:12, 70:20, 70:23, 71:18, 74:20, 75:16, 77:6, 77:9, 79:16, 81:2, 81:4, 81:5, 82:8, 82:21, 83:14, 84:21, 87:1, 88:2, 88:19, 90:11, 91:24, 92:2, 93:9, 93:11, 94:24, 94:25
  **weapons** [28] - 41:2, 41:12, 44:8, 44:13, 46:13, 49:8, 52:23, 52:25, 53:3, 53:12, 53:13, 59:25, 64:2, 64:8, 69:21, 73:19, 73:20, 73:21, 74:1, 74:10, 74:12, 74:13, 75:23, 76:7, 76:24, 79:22, 88:5
  **week** [1] - 49:24
  **weeks** [2] - 15:9, 101:14
  **weighs** [2] - 78:4, 78:6
  **weight** [1] - 70:6
  **well-known** [1] - 64:18
  **West** [2] - 1:19, 1:22
  **whereas** [1] - 86:13
  **whole** [2] - 30:4, 39:19
  **Winchester** [2] - 74:3, 74:6
  **window** [1] - 84:22
  **windscreen** [2] - 63:7, 70:14
  **Witness** [9] - 59:23, 66:9, 81:3, 82:15, 87:7, 93:7, 93:18, 95:4, 97:12
  **witness** [21] - 7:4, 14:22, 16:4, 18:19,

33:3, 33:16, 34:4, 34:7, 38:9, 38:13, 38:14, 38:15, 39:4, 41:1, 41:19, 51:25, 59:15, 85:19, 94:3, 95:3
  **WITNESS** [31] - 4:6, 7:3, 14:24, 16:6, 18:20, 19:1, 34:24, 41:25, 42:22, 45:11, 51:6, 51:8, 51:11, 55:8, 56:19, 56:21, 58:22, 58:24, 59:2, 62:13, 63:5, 65:16, 72:1, 72:10, 72:20, 84:15, 85:10, 87:21, 87:24, 93:7, 97:10
  **witnesses** [2] - 40:5, 97:14
  **WITNESSES** [1] - 3:5
  **wood** [1] - 88:13
  **wooden** [2] - 88:13, 91:23
  **words** [1] - 56:7
  **worker** [1] - 36:16
  **workers** [7] - 15:17, 15:21, 15:24, 16:7, 16:12, 16:16, 16:23
  **works** [1] - 59:18
  **world** [1] - 64:18
  **worth** [1] - 39:6
  **wrapped** [2] - 68:15, 99:24
  **wrapping** [1] - 39:5
  **writing** [2] - 58:12, 82:17
  **written** [2] - 82:17, 88:17, 96:4
  **wrote** [3] - 6:20, 6:22, 53:6

## Y

  **year** [1] - 45:5
  **years** [18] - 7:21, 12:24, 13:6, 13:9, 13:23, 14:8, 19:15, 20:1, 22:23, 27:16, 27:19, 27:21, 27:22, 42:16, 42:19, 42:24, 49:11
  **yellow** [4] - 60:3, 74:15, 78:18, 85:25
  **young** [3] - 20:4, 20:5, 20:6
  **yourselves** [1] - 100:9

## Z

  **zip** [1] - 54:8
  **zip-tied** [1] - 54:8
  **zone** [4] - 44:4, 44:7, 44:10, 64:3
  **zones** [1] - 44:13