<u>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA</u>

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | CASE NO. 16-CR-229-BAH |
| | * | |
| RUBEN OSEGUERA-GONZALEZ | * | |

\* \* \* \* \* \* \* \* \*

<u>UNOPPOSED MOTION<br>FOR AN ORDER<br>CONTINUING THE<br>SENTENCING HEARING<br>AND PROPOSED ORDER</u>

The Defendant is currently scheduled for a Sentencing Hearing on February 7, 2025, at 9:30 a.m. Given the complexities of the sentencing guidelines and the forfeiture issues, the defense needs additional time to evaluate and respond to the Government's filings in relation to the applicable sentencing guidelines and appropriate forfeiture, and therefore, the Defendant requests that the Sentencing Hearing be continued from the currently scheduled date to March 7, 2025, at 9:30 a.m., and reset the filing deadlines for sentencing documents in accordance with the March 7, 2025, date. The Government does not oppose this motion.

Wherefore, the Defendant respectfully requests the Court issue an Order granting the request.

Respectfully submitted,

/s Anthony E. Colombo, Jr.
Anthony E. Colombo, Jr.
Counsel for Ruben Oseguera-Gonzalez

/s Jan E. Ronis
Jan Ronis
Counsel for Ruben Oseguera-Gonzalez

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of January 2025, a copy of this Notice and Proposed Order was sent electronically via CM/ECF to all parties of record.

/s Anthony E. Colombo, Jr.
Anthony E. Colombo, Jr.
Counsel for Ruben Osguera-Gonzalez