<u>**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| **VS.** | *   **CASE NO. 16-CR-229-BAH** |
| | * |
| **RUBEN OSEGUERA-GONZALEZ** | *   **COURT ORDER** |

\* \* \* \* \* \* \* \* \*

Upon consideration of the Unopposed Motion for an Order by the Defendant in the above-entitled matter, it is hereby ordered that the request to continue the Sentencing Hearing scheduled for February 7, 2025, at 9:30 a.m., to March 7, 2025, at 9:30 a.m., is **GRANTED.** All sentencing documents shall be filed by Monday, February 24, 2025.

**SO ORDERED**.

---

The Honorable Beryl A. Howell
United States District Court Judge
District of Columbia