```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
    *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
UNITED STATES OF AMERICA,          )  Criminal Action
                                   )  No. 16-229
vs.                                )
                                   )  9:35 a.m.
RUBEN OSEGUERA GONZALEZ,           )  September 19, 2024
              Defendant.           )  Washington, D.C.
                                   )
    *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
```

**TRANSCRIPT OF TRIAL**
**BEFORE THE HONORABLE BERYL A. HOWELL,**
**UNITED STATES DISTRICT COURT JUDGE**

**<u>APPEARANCES</u>:**

FOR THE UNITED STATES:
>              KAITLIN J. SAHNI
>              KATE M. NASEEF
>              JONATHAN HORNOK
>              U.S. Department of Justice
>              145 N Street, NE
>              Washington, DC 20530
>              (202) 598-2493
>              Email: kaitlin.sahni@usdoj.gov
>              Email: jonathan hornok@usdoj.gov

FOR THE DEFENDANT:
>              ANTHONY E. COLOMBO, JR.
>              105 West F Street, Third Floor
>              San Diego, CA 92101
>              (619) 236-1704
>              Email:  anthonycolombolegal@gmail.com
>
>              JAN E. RONIS
>              105 West F Street, Third Floor
>              San Diego, CA 92101-6036
>              (619) 236-8344
>              Email:  jan@ronisandronis.com

ALSO PRESENT:  SUSANA MARTIN,
>              MANUELA CRISP, Spanish Language Interpreters

Court Reporter: Elizabeth Saint-Loth, RPR, FCRR
>              Official Court Reporter

Proceedings reported by machine shorthand.
Transcript produced by computer-aided transcription.

1                    **P R O C E E D I N G S**

2              THE COURTROOM DEPUTY:  Your Honor, this is

3    Criminal Case 16-229, United States of America versus Ruben

4    Oseguera Gonzalez.  And also, for the record,

5    Interpreters Manuela Crisp and Susana Martin --

6              THE COURT:  Mr. Coates, just one second.  He is

7    having trouble with the earphone thing.

8              THE COURTROOM DEPUTY:  Thank you.

9              Your Honor, this is Criminal Case 16-229, United

10   States of America versus Ruben Oseguera Gonzalez.  Also for

11   the record, Your Honor, Interpreters, Manuela Crisp and

12   Susana Martin have been sworn for this matter.

13             Would parties please come forward to the lectern

14   and identify yourselves for the record this morning.  We'll

15   start with government counsel first.

16             MS. SAHNI:  Good morning, Your Honor.

17   Kaitlin Sahni, with Kate Naseef and Jonathan Hornok for the

18   United States.  Special Agent Kyle Mori and Paralegal Angela

19   Ancalle-Jimenez are also at the table.

20             THE COURT:  Okay.

21             MR. COLOMBO:  Good morning, Your Honor.

22   Anthony Colombo and Mr. Ronis on behalf of Ruben Oseguera.

23   Thank you.

24             THE COURT:  All right.  So I just want to make

25   sure everybody received the draft final instructions and the

1     draft which was sent, I think, yesterday evening and the

2     draft verdict form.

3              Does the government have both of those?

4              MR. HORNOK:  Yes, Your Honor.

5              THE COURT:  And defense?

6              MR. COLOMBO:  Yes, Your Honor.

7              THE COURT:  Because we brought extra copies of the

8     verdict form in case you missed it on your email system this

9     morning.  Do you need it?

10             MR. COLOMBO:  I received it, Your Honor.

11             THE COURT:  Pardon?

12             MR. COLOMBO:  We received it, Your Honor.

13             THE COURT:  Okay.  Good.

14             So the first thing I want to do, really quickly,

15    is just explain the reasons for the denial of my Rule 29

16    motions yesterday.  I know you-all are anxious to get to the

17    charging conference.  This will take about three minutes,

18    because I do like to put on the record a more complete

19    explanation of why I am denying it.

20             Under Federal Rule of Criminal Procedure 29(a),

21    the Court must enter a judgment of acquittal of any offense

22    for which the evidence is insufficient to sustain a

23    conviction.  See Federal Rule of Criminal Procedure 29(a).

24             In considering this motion, the Court should not

25    assess witness credibility, weigh evidence, or draw

1    inferences of fact.  The applicable standard is whether the

2    evidence viewed in the light most favorable to the

3    government is sufficient for any rational trier of fact

4    finding essential elements of the crime beyond a reasonable

5    doubt.  See *Jackson v. Virginia*, 443 U.S. 307, jump cite

6    319, 1979; *U.S. v. Wahl*, 290 F.3d 370, jump cite 375, D.C.

7    Circuit 2002; and see *U.S. v. Alford*, 89 F.4th 943, jump

8    cite 945, D.C. Circuit 2024.

9         Based upon the evidence viewed in the light most

10   favorable to the government, a rational jury could find

11   guilt beyond a reasonable doubt that the defendant, together

12   with others, knowingly, intentionally, and willfully

13   conspired to distribute 5 kilograms or more of cocaine and

14   500 grams or more of methamphetamine, both Schedule II

15   controlled substances, knowing and intending that such

16   substances would be unlawfully imported into the

17   United States, in violation of relevant code provisions; and

18   also that defendant knowingly and intentionally used,

19   carried, and brandished firearms, including destructive

20   devices during and in relation to the drug trafficking

21   offense charged in Count 1; and knowingly and intentionally

22   possessed firearms, including destructive devices in

23   furtherance of such drug trafficking crimes in violation of

24   18 U.S.C. Section 924(c)(1), and various subparts.

25        The government introduced the testimony of six

1    cooperating witnesses -- Oscar Nava Valencia, Elpidio

2    Mojarro Ramirez, Mario Ramirez Trevino, Jose Antonio Torres

3    Marrufo, Jesus Contreras Arceo, and Herminio Gomez Encira --

4    all of whom overwhelmingly corroborate each other about

5    defendant's role as the Number 2 leader of the CJNG.

6        Oscar Nava Valencia is a former leader of the

7    Milenio Cartel, who testified about attending meetings with

8    defendant and his father, Mencho, to discuss drug

9    trafficking activities.  During these meetings, defendant

10   was armed and secured by armed guards himself.

11       Nava Valencia testified about supplying the

12   defendant and his father with weapons, equipment, cars, and

13   money; and that he was present when defendant personally

14   came to pick up some of those weapons, including long

15   rifles, AR-15s and AK-47s; and that the defendant and his

16   father ran methamphetamine labs that produced about one ton

17   of methamphetamine per month.

18       Nava Valencia also testified the defendant's

19   half-brother, Juan Carlos Nava Valencia, Pelon, or Number 3,

20   may have been referred to as "J.R." or "Junior," but he was

21   never referred to by defendant's nickname, "Menchito."

22       Elpidio Mojarro Ramirez, a former leader of the

23   Milenio Cartel as well, testified the defendant came to pick

24   up cocaine from Ramirez's warehouse at least ten times

25   between 2007 and 2009, and even identified defendant by his

1    nickname "Junior" in accounting ledgers he maintained for

2    the Milenio Cartel.  He explained the records reflected

3    defendant's participation in two drug trafficking

4    transactions involving 1 kilogram of cocaine each, which was

5    a small subset of the substantial volumes defendant

6    otherwise helped traffic.

7         Mario Ramirez Trevino's videotaped deposition

8    corroborated the testimony of others that defendant

9    self-identified himself as Number 2 in the CJNG, and that

10   defendant was trying to conduct weapons transactions while

11   incarcerated in a Mexican prison.  He also testified

12   defendant claimed credit and was proud of taking down a

13   Mexican military helicopter on May 1, 2015.

14        Jose Antonio Torres Marrufo, the former plaza boss

15   for the Sinaloa Cartel, who controlled the drug trafficking

16   and cartel personnel near the border with the U.S. and

17   Juarez, testified about attending a meeting with defendant,

18   his father, and others to coordinate drug trafficking

19   operations, and that defendant was second from his father in

20   the CJNG.

21        At that first meeting that Torres Marrufo had with

22   defendant and his father, he testified that defendant

23   facilitated a weapons transaction for Torres Marrufo

24   arranging the delivery of about 30 weapons on Mencho's

25   instructions, corroborating Ramirez Trevino's testimony

1    regarding defendant's involvement in CJNG's weapons

2    transactions.

3          Torres Marrufo was also in a Mexican prison with

4    the defendant for about one year, and testified that

5    defendant continued carrying on weapons transactions for the

6    CJNG while incarcerated.

7          Jesus Contreras Arceo, a former CJNG member,

8    testified about running meth labs for defendant and his

9    father that produced vast quantities of methamphetamine on a

10    monthly basis for the cartel for import into the U.S.  Arceo

11    further testified that defendant told him about ordering the

12    takedown of the helicopter, corroborating Ramirez Trevino's

13    and Ancira's testimony, and that only defendant, his father,

14    and defendant's half-brother, Pelon, had the authority to

15    direct killings.

16          Herminio Gomez Ancira, whose work for the CJNG

17    included protecting defendant and his father, testified

18    about his involvement in a number of huge loads of cocaine

19    that he -- of cocaine that he helped defendant transport

20    during a period when the defendant was staying in the town

21    where Ancira had been appointed the director of security by

22    Mencho.

23          He also testified that he passed along the order

24    given by defendant and his father to shoot down the

25    helicopter in May 2015 explaining if he had not done so they

1     would kill his family.  He also testified that he personally

2     saw defendant use a gun to kill one person and, also, that

3     he killed five other individuals who owed the CJNG money for

4     drugs.

5            He also testified about defendant's ambitions for

6     the CJNG and said that defendant told him he was going to

7     build the CJNG into an empire.  He corroborated -- Ancira,

8     Gomez Ancira -- corroborated that defendant was known as

9     Number 2, Menchito and El Rojo; that defendant carried

10    weapons on his person and traveled with a group of armed

11    guards, and that he observed defendant wearing a watch that

12    had the map of Jalisco on it.

13           The testimony about defendant's role in the

14    shooting down of the military helicopter is strongly

15    corroborated by the Mexican law enforcement officers who

16    testified, starting with ███████████, the Mexican

17    prosecutor who investigated the helicopter crash in May

18    2015; and testified that, arriving at the scene, which is

19    the same location Ancira identified as the site of the

20    helicopter downing, her team could still hear shots within

21    the area, which is also what Ancira said.

22           ████████ and her team recovered weapons, belts,

23    and magazine vests emblazoned with CJNG's initials,

24    confirming that these items were used by CJNG fighters.

25    Interestingly, and most importantly, a watch with the map of

1    Jalisco and a belt with the initials "J.R.," one of the

2    defendant's nicknames, were recovered; indicating that they

3    belonged to defendant, as corroborated by Mr. Gomez Ancira.

4    Other guns were recovered bearing the initials "M.V.," used

5    by Mencho, as corroborated by Jesus Contreras Arceo.

6          Ivan Morales, a retired Federal Police officer

7    corroborated that the helicopter was attacked, and that is

8    the reason that it fell from the sky.  He was on the

9    helicopter when it was shot down and could identify

10   specifically where the shots were coming from.  He

11   identified they it must have come from .50-caliber weapons

12   because it was going through the hull of the airplane.

13         He also confirmed the testimony of ███████ and

14   Gomez that the fire fight continued even after the

15   helicopter's downing.

16         Another former Mexican police officer, Juan Perez,

17   testified about arresting the defendant in Zapopan, Mexico,

18   in June 2015, and testified that he saw defendant brandish a

19   firearm at the arresting officers in an attempt to flee

20   before defendant was ultimately secured.

21         What is most interesting about that arrest

22   incident is that the long rifle recovered from defendant was

23   painted in camouflage with the phrase "CJNG02JR," on one

24   side, and "Menchito" on the other, and that defendant quite

25   publicly identified himself to officers by his name.

1    Meanwhile, DEA Special Agent Kevin Novick, who was

2    involved in the DEA's investigation of defendant, walked the

3    jury through BBM messages intercepted by the DEA that

4    involved the defendant and his uncle, Abigael Gonzalez

5    Valencia, in which they discussed drug trafficking

6    transactions, which were among about 100 BBM communications

7    Agent Novick reviewed in the case.

8    Special Agent Steve Paris, likewise, testified

9    about other BBM conversations drawing out defendant's

10    involvement in drug trafficking transactions and shipments.

11    And then finally, ATF Officer John Miller

12    testified about the nature of the weapons used by the CJNG

13    and how they qualify as firearms and destructive devices, as

14    those terms are used in Count 2.

15    Despite the fact that each of those six

16    cooperating witnesses and the informant might have their

17    credibility challenged on a number of bases, this is not the

18    Court's role in a Rule 29 motion to evaluate or assess that

19    credibility.  But based on their overlapping corroboration

20    in each of their testimony, not only are the key parts of

21    their testimony corroborated by each other, but also by the

22    physical evidence.

23    Given this overwhelming evidence consisting of

24    documentary evidence regarding defendant's drug transactions

25    and communications, testimonial evidence including from

1    cooperators from inside the operations of CJNG who

2    corroborated each other, and the physical evidence that

3    corroborated the testimony about the defendant's role in the

4    CJNG, when viewed in the light most favorable to the

5    government, any rational trier of fact could find the

6    essential elements of Counts 1 and 2 beyond a reasonable

7    doubt.  That is the reason that defendant's Rule 29 motion

8    was denied.

9              Now let's now move on to the charging conference.

10             What I would like to do, perhaps, is to start

11   quickly with the verdict form.  Does anybody have any

12   comments about or objections or anything to say about the

13   verdict form?  That seems to be fairly easy.

14             From the government?

15             MR. HORNOK:  No, Your Honor.  It looks great.

16             MR. COLOMBO:  No, Your Honor.

17             THE COURT:  All right.  I mean, I do note you

18   brought out -- you elicited testimony about how some of the

19   firearms were machine guns; but that's not in the

20   indictment, which is why I didn't have a separate question

21   about machine guns.  I just want to make sure I wasn't

22   missing anything.

23             MR. HORNOK:  No, Your Honor.  You have not missed

24   anything.

25             The machine gun language is in the statute that is

1    cited, right alongside the "destructive device."  It's in

2    the same subdivision --

3            THE COURT:  But you didn't mention it in the

4    charge itself.

5            MR. HORNOK:  But it's not mentioned in the charge

6    itself.  And so for that reason we have not asked the Court

7    to instruct on the basis of that.  Certainly, there was

8    evidence about that; but a machine gun is just a subcategory

9    of "firearm."

10           THE COURT:  Okay.  Fine.

11           Well, it does carry an enhanced penalty; so

12   usually, in cases where it involves a machine gun, I have a

13   separate jury voir dire question about it on the form; but

14   okay.

15           MR. HORNOK:  Yes.

16           THE COURT:  I didn't want to beat that to death, I

17   just wanted to make sure I wasn't missing something.

18           Okay.  So now for the charging conference part,

19   for the final instructions, I am just going to flip through

20   this.  You-all tell me if you want me to pause or if you've

21   caught something.

22           Starting with page 1.  Any objection to anything

23   on page 1 from the government?

24           MR. HORNOK:  No, Your Honor.

25           THE COURT:  Defense?

```
1              MR. COLOMBO:  No, Your Honor.

2              THE COURT:  Page 2, any objection from the

3    government?

4              MR. HORNOK:  No, Your Honor.

5              THE COURT:  Defense?

6              MR. COLOMBO:  No, Your Honor.

7              THE COURT:  Page 3, any objection from the

8    government?

9              MR. HORNOK:  Your Honor, I would ask that -- with

10   respect to the inadmissible stricken evidence -- given my

11   review of the case law, I think it might be appropriate to

12   make some kind of specific reference to the stricken

13   Spanish, that -- I think there is maybe some words

14   missing -- to do with how to kind of appropriately identify

15   that; call it out specifically, without kind of reminding

16   the jury specifically what they heard.  Some way to kind of

17   just reinforce the Court's already forceful instruction that

18   that is stricken and cannot be considered.

19             THE COURT:  Okay.  Does the defense think I should

20   highlight that too?

21             MR. COLOMBO:  Well, Your Honor, depending upon the

22   instruction, I don't know.  I certainly wouldn't want to

23   highlight that again as to what happened.  Your Honor,

24   gave the limiting --

25             THE COURT:  So I could say:  Likewise, when, after
```

```
 1    a witness answered a question, either in English or Spanish,

 2    and I ruled the answer should be stricken...

 3            Do you want me -- is that too much of a highlight?

 4            I don't know what else I would add.

 5            MR. HORNOK:  I mean, my interest is that it be

 6    stricken, not necessarily -- like, the highlight is not as

 7    much of the problem; that's really, I think, defense

 8    counsel's, so...

 9            Is that too highlighted?  I don't -- I would like

10    it to be as specific as possible.

11            THE COURT:  This statement is as clear -- it is

12    clear.

13            MR. COLOMBO:  Yes, Your Honor, I think the

14    instruction is clear.

15            THE COURT:  The only way I would highlight it is

16    to say:  Answered the question in Spanish or English and I

17    ordered the answer, whether in English or Spanish, to be

18    stricken...

19            But, I mean, they're not stupid; they get it.

20            MR. HORNOK:  I think adding the reference to

21    Spanish is specific enough.

22            MR. COLOMBO:  That's fine, Your Honor.

23            THE COURT:  Would you like me to do that?

24            Okay.  So I will ask:  Likewise, when, after a

25    witness answered a question, in Spanish or English, I ruled
```

```
 1    that the answer should be stricken, you should ignore it.

 2                 Okay with the government?

 3                 MR. HORNOK:  Yes, Your Honor.

 4                 THE COURT:  Defense?

 5                 MR. COLOMBO:  Yes, Your Honor.

 6                 THE COURT:  Okay.  Page 4, any objection on

 7    page 4?

 8                 MR. HORNOK:  No, Your Honor.

 9                 MR. COLOMBO:  No, Your Honor.

10                 THE COURT:  All right.  Page 5?  Any objection?

11                 And did I miss anybody?

12                 I don't have to put in the names of the witnesses,

13    but there was a difference between those testifying under

14    plea agreements and those just testifying as an informer,

15    which is why I put in the names; but it doesn't matter to

16    me.

17                 MR. HORNOK:  I don't know that I have a clear

18    preference either way.

19                 THE COURT:  Okay.  So from the government, any

20    objection on page 5?

21                 MR. HORNOK:  No, Your Honor.

22                 THE COURT:  Defense?

23                 MR. COLOMBO:  No, Your Honor.

24                 THE COURT:  Page 6.  Any objection on page 6 from

25    the government?
```

```
 1              MR. HORNOK:  No, Your Honor.

 2              THE COURT:  Defense?

 3              MR. COLOMBO:  No, Your Honor.

 4              THE COURT:  Okay.  Page 7, this is where I --

 5     since the parties gave me sort of the rough draft of 404(b),

 6     I added in all of the language.  I really want to make sure

 7     you-all focus on that.

 8              Any comments?

 9              MR. COLOMBO:  I do, Your Honor.

10              With regard to:  You have heard evidence that

11     Defendant Ruben Oseguera Gonzalez engaged in -- and then you

12     specify what the crimes are, I would object to that.

13              THE COURT:  That's typically what you do for

14     404(b) evidence to make it clear what the limiting

15     instructions apply to.

16              MR. COLOMBO:  I think I would prefer that it read:

17     Engaged in other crimes not charged in Count 1 or Count 2.

18              And the reason why I would ask that is because I

19     think it's up to the jury to determine what evidence of

20     other crimes that they heard and whether it might have been

21     bribery or violence, or manufacturing and distribution of

22     fentanyl or marijuana; it's up to them to decide what they

23     heard.  I think giving them that specific instruction

24     invades the province of the jury, and I think it's more

25     appropriate to say:  Engaged in other crimes not charged in
```

1    Count 1 or Count 2.

2              THE COURT:  Okay.  I sort of like that, to be

3    honest, because given our Circuit murkiness on law, what's

4    intrinsic and extrinsic -- I mean, you read this and so much

5    of it is just intrinsic to my -- you know, to most -- many

6    people thinking about it in a rational way.

7              But does the government have any objection to

8    Mr. Colombo's suggestion?

9              MR. HORNOK:  So just to be clear, it is:  You have

10   heard evidence that the Defendant Ruben Oseguera Gonzalez

11   engaged in crimes not charged in Count 1 or Count 2.

12             THE COURT:  I think that's better than "other

13   crimes," because it makes it seem like I am putting my thumb

14   in that.

15             MR. COLOMBO:  That's fine, Your Honor.

16             THE COURT:  Okay.  So:  You have heard evidence

17   that Defendant Reuben Oseguera Gonzalez engaged in crimes

18   not charged in Counts 1 or 2 --

19             MR. HORNOK:  And continued to engage in illegal

20   activity --

21             THE COURT:  No.  I think you're asking me --

22             MR. HORNOK:  You'd take that out?

23             THE COURT:  -- to take that out as well,

24   Mr. Colombo, if I understood you correctly, right?

25             MR. COLOMBO:  Yes, Your Honor.

1          MR. HORNOK:  Yeah.  I think that's fine.

2          THE COURT:  -- Counts 1 or 2, period.

3          It is up to you to decide whether to accept that

4     evidence.  You must first decide, without considering this

5     evidence of -- I am going to say "other crimes" --

6          MR. HORNOK:  Yes.

7          THE COURT:  -- at all whether the government has

8     proved beyond a reasonable doubt that an agreement existed,

9     et cetera.

10         The last line in that paragraph:

11         If you find that the government has proved beyond

12    a reasonable doubt that an agreement existed, then you may

13    consider the evidence that the defendant engaged in --

14         MR. HORNOK:  Other crimes.

15         THE COURT:  No.

16         "In crimes not charged" in Counts 1 or 2.

17         If you find that Ruben Oseguera Gonzalez engaged

18    in crimes not charged in Counts 1 or 2, you may use this

19    evidence for a limited purpose of determining whether the

20    government has proved beyond a reasonable doubt, et cetera,

21    et cetera, et cetera -- you may use this evidence for the

22    limited purpose of deciding that a motive... you may not

23    use --

24         I am at the last paragraph:

25         You may not use evidence that defendant engaged in

```
 1    crimes not charged in Counts 1 and 2 for any other
 2    purpose -- blah-blah-blah.  He is not charged in this
 3    case --
 4              MR. HORNOK:  I wonder if this next sentence --
 5    most of it could be removed.
 6              And you could -- adding to the first sentence:
 7    Including -- so for any other purpose including that he has
 8    a bad character or that he has a criminal personality.
 9              THE COURT:  I want to just keep the period there.
10              For any other purpose.
11              And then just jump to:  You may not use this
12    evidence to conclude that he has -- I like short sentences
13    for jury instructions.
14              You may not use this evidence to conclude that he
15    has a bad character or that he has a criminal personality.
16              MR. HORNOK:  I like that.
17              THE COURT:  Mr. Colombo?
18              MR. COLOMBO:  That's fine, Your Honor.
19              THE COURT:  Okay.  Good change.
20              MR. HORNOK:  Do you have more?
21              MR. COLOMBO:  Yeah.  I do.
22              THE COURT:  Okay.  Still on page 7?
23              MR. COLOMBO:  Still on page 7, but it bleeds over
24    to page 8.  And it's with regard to --
25              THE COURT:  Still on the "other crimes" evidence
```

1    charge?

2              MR. COLOMBO:  Yes.

3              THE COURT:  Okay.

4              MR. COLOMBO:  And it's beginning in the last

5    paragraph on page 7 and, then, going over to page 8.

6              THE COURT:  Yeah.

7              MR. COLOMBO:  So it says:  You may consider the

8    evidence for the limited purpose, motive to commit the

9    crimes and the offense...

10             And then the problem that I have is:  And was a

11   leader within the conspiracy --

12             THE COURT:  I am sorry.  I am not finding that.

13   Oh, you are at the last paragraph, the last line?

14             MR. COLOMBO:  The last paragraph on page 7.

15             THE COURT:  Okay.

16             MR. COLOMBO:  And so when it begins:  And was a

17   leader within the conspiracy with decision-making authority

18   or at least an important advisory role.

19             I think that that would not be a permissible

20   purpose under 404(b), as I read it.  The permitted uses of

21   "other act evidence" is for motive, opportunity, intent,

22   preparation, plan, knowledge, identity, absence or mistake,

23   or lack of accident; not to establish role in the offense.

24             And so I think that that should be taken out.

25             THE COURT:  I got it from the parties' agreed-upon

1    404(b).

2           MR. COLOMBO:  Yeah.

3           THE COURT:  So, I mean -- you know, I just thought

4    you-all had agreed to that.

5           MR. COLOMBO:  I understand.  And, Your Honor,

6    quite frankly, I think I missed that the first time around,

7    but I don't think it's an appropriate 404(b) purpose.

8           THE COURT:  Okay.  And so you want to take out

9    from:  And was a leader within the conspiracy with

10   decision-making authority or at least an important advisory

11   role such that he was responsible for the reasonably

12   foreseeable acts of his subordinates.

13          You want to take out that line?

14          MR. COLOMBO:  Correct.  And then --

15          THE COURT:  Any objection?

16          MR. HORNOK:  Yes.  Definitely.

17          THE COURT:  Why?

18          MR. HORNOK:  Why?  Because that is -- goes to

19   opportunity, opportunity to commit the crime because he was

20   a leader in the organization.

21          It goes to his knowledge.  Because he was a leader

22   in the organization, it shows that he knew what the

23   organization was engaged in; and thus, because the

24   "reasonably foreseeable" is such an important aspect of both

25   the conspiracy count and his conspiratorial liability for

1    Count 2.

2             The knowledge that he had of what other people

3    were doing within the cartel, which he attained as leader in

4    the cartel, is very important information that goes to

5    knowledge.  It goes to his identity.

6             Any absence of mistake; he can't be leading the

7    cartel and then just say, like:  Oh, well, I didn't realize

8    when I was, you know, engaging in these activities that this

9    was somehow a mistake.

10            You might be able to claim that if you were a

11    mule:  I thought I had a load of bananas.

12            He can't claim "mistake" because he was leading

13    the cartel.  Similar with "lack of accident."

14            Preparation.  By leading the cartel, he was

15    actually preparing.  We have evidence of him preparing.  And

16    so it's certainly a permissible purpose for him to use these

17    things, this other acts evidence, to demonstrate that he was

18    preparing to create an empire, I think is the quote from --

19    that he -- is what he said he intended.

20            And perhaps most importantly, his intent.  What

21    was his intent?  He is using all of these other acts; they

22    demonstrate his intent to further the purpose of the

23    conspiracy.  And so those things are all appropriate bases

24    under 404(b).

25            MR. COLOMBO:  Your Honor, my response would be:

1    Those are all arguments that the government could make.

2    However, the instruction should not read as it reads.

3           If the government wants to argue that it can be

4    considered for motive, opportunity, intent, preparation,

5    plan, knowledge, identity, absence of mistake or lack of

6    accident, we can add that there.

7           But the language with regard to:  And whether he

8    was a leader in the offense, is not covered by 404(b).

9           So if the government wants to argue the 404(b)

10    evidence as evidence of the defendant's role and leadership,

11    I think they're free to; but I don't think the instruction

12    would be appropriate the way that it's written.

13           THE COURT:  Do you want to respond to that?

14           MR. HORNOK:  Yes, Your Honor.

15           The 404(b) also says "for any other purpose," so

16    there is an additional category there; and the language, as

17    drafted here, doesn't list all of the 404 bases.

18           But perhaps most importantly, the whole thrust of

19    404(b) is about propensity evidence.  Right?  It's really

20    what we're getting to at the end of this, which is to say:

21    Look, you can't look at the guy because he trafficked

22    fentanyl and say that --

23           THE COURT:  Okay.  Can I just say, I mean, I feel

24    much more comfortable sticking with the specific terms of

25    the rule.  And I do think -- I mean, I was surprised that

 1    both parties agreed to this.  I think it's a little bit of

 2    an overreach in the instructions to sort of lay this out

 3    here.

 4              So I am going to say:  You may also use this

 5    evidence for the limited purposes of deciding whether

 6    Mr. Oseguera Gonzalez had a motive to commit the charged

 7    offense and the opportunity; intent; preparation; plan;

 8    knowledge; identity, in terms of his role -- because,

 9    otherwise, I don't know what "identity" means here -- to

10    commit the charged offenses.

11              MR. HORNOK:  Absence of mistake --

12              THE COURT:  And then -- okay.  Well -- and absence

13    of mistake to commit the charged offenses.

14              You may also -- and then the last line:  You may

15    also use this evidence in determining whether the government

16    has proved beyond a reasonable doubt that

17    Mr. Oseguera-Gonzalez committed the charged offenses, the

18    last line.

19              All right.  Mr. Colombo?

20              MR. COLOMBO:  That's fine, Your Honor.

21              MR. HORNOK:  I think I understand what the Court

22    has done, and I think it's probably fine.  I don't know that

23    I have it all visually in my head as you read it.

24              THE COURT:  Do you want me to read it again?

25              MR. HORNOK:  If you would, Your Honor.

1          THE COURT:  So the last line will now read:  You

2     may also use this evidence for the limited purposes of

3     deciding whether Mr. Oseguera Gonzalez had a motive to

4     commit the charged offenses, and the opportunity; intent;

5     preparation; plan; knowledge; identity, in terms of his

6     role; and absence of mistake to commit the charged offenses.

7     You may also use this evidence in determining whether the

8     government has proved beyond a reasonable doubt that

9     Mr. Oseguera Gonzalez committed the charged offenses.

10          MR. HORNOK:  Ms. Naseef is furtively writing.

11          MS. NASEEF:  I am just trying to make it clear for

12     the jury, Your Honor.  Just one second.

13          THE COURT:  Do you want me to read it again?

14          MS. NASEEF:  No.

15          MR. HORNOK:  She's got it.  And I like what she's

16     got.  So it's:  Whether the defendant had a motive,

17     opportunity, intent, or knowledge to commit the charged

18     offenses; whether he prepared or planned to commit the

19     charged offenses; and if there was an absence of mistake.

20          THE COURT:  So you are suggesting a revision of

21     what I read?

22          MR. HORNOK:  A revision just to -- instead of the

23     longer list, just pressed it up into the shorter sentence.

24          THE COURT:  Okay.  Now you have to reread -- I

25     didn't know that you were revising it.

```
 1                     Do you have any objection to that, Mr. Colombo?

 2                     MR. COLOMBO:  I guess I would like to hear it in

 3        its totality, Your Honor.

 4                     THE COURT:  Okay.

 5                     MR. HORNOK:  So it would be --

 6                     MR. COLOMBO:  I don't have any objection to what

 7        Your Honor proposed.

 8                     THE COURT:  Okay.  That's why we both need to

 9        listen to this.

10                     Okay.

11                     MR. HORNOK:  You may also use this evidence for

12        the limited purpose of deciding whether Mr. Oseguera

13        Gonzalez had a motive, opportunity, intent or knowledge to

14        commit the charged offenses --

15                     THE COURT:  Oh, I see.  So you are making the

16        change all the way up there.  Okay.

17                     Had the motive, opportunity --

18                     MR. HORNOK:  -- opportunity, intent, or knowledge

19        to commit the charged offenses.

20                     Whether he prepared --

21                     THE COURT:  Hold on.

22                     MR. HORNOK:  Okay.

23                     THE COURT:  Whether he prepared --

24                     MR. HORNOK:  -- or planned to commit the charged

25        offenses, and whether there was an absence of mistake or
```

1    lack of accident.

2              THE COURT:  Of accident, period?

3              MR. HORNOK:  Or:  In his commission of the charged

4    offenses.

5              THE COURT:  I would just say period after

6    "accident."

7              MR. HORNOK:  Either one.

8              THE COURT:  Okay.  I like that better.

9              Mr. Colombo?

10             MR. COLOMBO:  That's fine, Your Honor.

11             THE COURT:  Okay.  Done.

12             MR. HORNOK:  I have one question about 7, if we're

13   ready to move on.

14             THE COURT:  Yes.

15             MR. HORNOK:  All right.  Do I understand correctly

16   the top -- the heading -- to understand that the bolded

17   paragraph captions are not going to be read to the jury?

18             THE COURT:  Correct.

19             MR. HORNOK:  Okay.

20             THE COURT:  Yes.  I mean, I know that there are

21   some of judges, in their final instructions, keep all of the

22   captions; I do not.  The only divisions for the jury are the

23   headings in the middle of the page, the centered captions.

24             Everything else, including the footnotes, are not

25   in the written jury instructions sent back with the jury.

1          MR. HORNOK:  Perfect.

2          THE COURT:  Is that clear?

3          MR. COLOMBO:  Yes, Your Honor.

4          MR. HORNOK:  And that was my question with respect

5     to page 7.

6          THE COURT:  Okay.  I don't think the jury needs to

7     see all the rest of that stuff.

8          All right.  Now we're on page 8.  And the

9     counts -- since I do not send the indictments back to the

10    jury and don't mention the indictment anywhere in the jury

11    instructions, I do replicate the charges in the final

12    instructions so that the jury sees what the grand jury

13    indicted on.

14         Other than the 404(b)-related paragraph, any other

15    comments on page 8 from the government?

16         MR. HORNOK:  Yes, Your Honor.

17         We would like to strike the nicknames or aliases

18    of the defendant of which the jury did not hear any

19    evidence, which I believe includes Russo and El Nino.

20         THE COURT:  I could strike all of the nicknames.

21         What is -- Mr. Colombo, what is your view?

22         MR. COLOMBO:  I would prefer to strike all, Your

23    Honor.

24         THE COURT:  Okay.  Well, I will say that the

25    proposed jury instructions by the parties had no nicknames.

```
 1                    So any objection to just striking the nicknames?
 2                    MR. HORNOK:  That's fine.
 3                    THE COURT:  Fine.  The nicknames come out.
 4                    MR. HORNOK:  That change, while you are on it,
 5       will also apply to the similar -- the counterpart paragraph
 6       on page 10 with respect to Count --
 7                    THE COURT:  Yes.  Of course.
 8                    Okay.  Other than that change, any other changes
 9       on page 8?  From the government?
10                    MR. HORNOK:  No, Your Honor.
11                    THE COURT:  And, Mr. Colombo?
12                    MR. COLOMBO:  No, Your Honor.
13                    THE COURT:  And page 9?
14                    MR. HORNOK:  No, Your Honor.
15                    MR. COLOMBO:  No, Your Honor.
16                    THE COURT:  Page 10, other than striking the
17       a/k/a's?
18                    MR. HORNOK:  No, Your Honor.
19                    MR. COLOMBO:  No, Your Honor.
20                    THE COURT:  Page 11?
21                    MR. HORNOK:  No, Your Honor.
22                    MR. COLOMBO:  No, Your Honor.
23                    THE COURT:  Page 12.
24                    Now, I know you-all have "possession"; and,
25       typically, possession is, like, a standalone thing; but I
```

```
1    just didn't want to just put it in the definitions.  So it
2    makes sense to the jury.
3              MR. HORNOK:  It is perfectly placed.
4              MR. COLOMBO:  It's fine, Your Honor.
5              THE COURT:  Any objections to anything on page 12?
6              MR. HORNOK:  No, Your Honor.
7              MR. COLOMBO:  No, Your Honor.
8              THE COURT:  Page 13?
9              MR. HORNOK:  No, Your Honor.
10             THE COURT:  Let me just say that one of the things
11   that I thought I needed to put in on 13 on "proof of mind,"
12   is I just mentioned "willfulness or knowledge"; I think
13   that's what the parties had put but we, therefore, haven't
14   put in "intent" when intent is part of the mens rea in
15   Counts 1 and 2.  So I thought I should mention a person's
16   willfulness, intent, or knowledge to add "intent" in the
17   reference on page 13.
18             MR. COLOMBO:  That's fine, Your Honor.
19             MR. HORNOK:  Are you --
20             THE COURT:  So then we're agreed:  A person's
21   willfulness, intent, or knowledge ordinarily cannot be
22   proved directly because there's no way of knowing what a
23   person is actually thinking; but you may infer someone's
24   willfulness, intent, or knowledge from the surrounding
25   circumstances.
```

```
 1              And then, in the next line:  You may consider any
 2    statements made or acts done or admitted by Ruben Oseguera
 3    Gonzalez, and all other facts and circumstances received in
 4    evidence which indicate his willfulness, intent, or
 5    knowledge.
 6              MR. HORNOK:  That's great.
 7              THE COURT:  Because, otherwise, there is no
 8    mention of "intent" in the instructions.
 9              Any comments at its -- objections to page 13?
10              MR. COLOMBO:  Your Honor, just with regard to the
11    conspirator liability --
12              THE COURT:  Yes.
13              MR. COLOMBO:  -- I had requested a different
14    instruction.
15              THE COURT:  I know.
16              MR. COLOMBO:  I don't have anything else to add
17    with regard to my request.  I would just note my objection
18    to the one that's in the instructions.
19              THE COURT:  All right.  So, I mean, if you look at
20    what -- the proposed instruction that you have, compared to
21    what this is, this pretty much has all of what that
22    instruction provided, except it hasn't listed it out in a
23    repetitive way.
24              So is there something missing from that
25    instruction, other than laying it out in four, five, or six
```

 1   elements, that you think should be added here?

 2          It's overly complicated.  And I think this -- I

 3   have compared it; I don't see anything missing from this

 4   instruction from the one you proposed.

 5          What do you see is missing?

 6          MR. COLOMBO:  I don't think there is anything

 7   missing from the instruction, Your Honor.

 8          In terms of the way that it was laid out in the

 9   Redbook, which is the model instruction, is the one that we

10   requested and is preferred.

11          THE COURT:  Yes.  And so since I tried to, as

12   meticulously as possible, sort of capture everything in that

13   instruction in a more readable form without confusing the

14   jury about elements, since I have already laid out the

15   elements, I think that this is a more understandable way for

16   the jury to consider this, if they get to this.

17          Does the government have any comments or

18   objections?

19          MR. HORNOK:  I don't, Your Honor.  The only

20   thought that came into my head is, I do think it's -- the

21   requirement is that the acts are foreseeable to the

22   defendant; and I think that that is clear here.

23          THE COURT:  Other conspirators committed the

24   offense in Count 2, both in furtherance of and as a

25   foreseeable consequence of that conspiracy.

```
1              I could underline "both" and I can underline
2       "and."
3              MR. HORNOK:  I think it's fine.  I mean, I don't
4       know how to -- I don't have an adjustment.  I just do think
5       it needs to be "foreseeable" to the defendant, I think that
6       is clear here.  And that's certainly what we're going to
7       argue, but...
8              THE COURT:  Well, this is... well, if you have
9       suggested language, make it so we can all consider it.
10             MR. HORNOK:  I do not have suggested language.
11             MR. COLOMBO:  As submitted, Your Honor.
12             THE COURT:  Okay.
13             All right.  We are on to page 14.  Any objections
14      on page 14?
15             MR. HORNOK:  No, Your Honor.
16             MR. COLOMBO:  No, Your Honor.
17             THE COURT:  15?
18             MR. HORNOK:  No, Your Honor.
19             MR. COLOMBO:  No, Your Honor.
20             THE COURT:  And then the last page.  Any
21      objections from the government?
22             MR. HORNOK:  No, Your Honor.
23             MR. COLOMBO:  No, Your Honor.
24             THE COURT:  All right.
25             MR. COLOMBO:  And, Your Honor, I just -- one
```

1    instruction that we requested that the government opposed

2    and hasn't been given is the multiple conspiracy

3    instructions.  I would just like to briefly make a record

4    with regard to that.

5            THE COURT:  Yes.  Because you tell me where -- I

6    mean, usually, when there are multiple conspiracies, it's a

7    lot clearer to me where the defendant is going with that.

8    You haven't really identified for me what conspiracy, other

9    than that charged in Count 1, it is that you assert is an

10   alternative conspiracy.

11           MR. COLOMBO:  Well, Your Honor, this conspiracy is

12   alleged to have ran from 2007 to 2017; it encompasses

13   multiple drug trafficking cartels that were at odds with one

14   another, and we have individuals who are testifying that

15   were members of other cartels, including rival cartels.  So

16   I think that it's fair that there are -- the evidence has

17   demonstrated that there are multiple conspiracies; that

18   there are conspiracies within conspiracies during this

19   ten-year period.  And so for that reason, I think that the

20   jurors can find that there were other conspiracies going on

21   during this period of time.

22           THE COURT:  Just because one cartel merges or

23   transforms into another, from conspiracy law perspective,

24   how does that make it a different conspiracy?

25           Even if some people in that general conspiracy

1    fall out, get crosswise with some people in the

2    conspiracy -- how does that make it a separate conspiracy

3    when the evidence shows this defendant was tied to the hip

4    with his father and followed his father in an overarching

5    conspiracy with some core others, like Abigael and Los

6    Cuinis, and continued in their structured conspiracy under

7    different names?

8          MR. COLOMBO:  Well, I think, Your Honor, there are

9    different parts of this from 2007 to 2017.

10          If you look, we have the Milenio Cartel, which

11   would have -- which stopped with Pilo in May of 2010, and

12   that's when the Cuini and Mencho portion of the cartel broke

13   off.  So that conspiracy that they engaged in the Milenio

14   Cartel stopped at that particular time.

15          Now you have a new conspiracy that has arisen with

16   the CJNG and other members moving forward after that.  And

17   then, that's when you start to get into the evidence of the

18   methamphetamine that the government put on with regard to

19   Mr. Contreras Arceo.

20          So I think that it's very clear that during the

21   course of this ten-year period that there are different

22   conspiracies that existed.  And so I think the multiple --

23   so the jury could find that maybe he engaged in the

24   conspiracy with the Milenio Cartel but not necessarily the

25   one that's charged here.

1          So I just think that during this ten-year time

2     we've seen evidence that there were conspiracies that

3     started, conspiracies that ended, and other conspiracies

4     that began.  And so, for those reasons, I think the multiple

5     conspiracy instruction would be appropriate.

6          THE COURT:  Government?

7          MR. HORNOK:  Yes, Your Honor.

8          Your Honor, I would cite our briefing, Document

9     180, specifically at page 2.  We cited *United States versus*

10    *Bostick*, 791 F.3d 127, at 137 to 38; it's a D.C. Circuit

11    case from 2015.  It identifies three factors that this

12    Circuit uses when determining whether evidence supports a

13    conclusion that defendant belonged to a single conspiracy.

14         And so the question is:  Was there a common goal?

15    Was there interdependence?  And was there overlap, such as

16    the presence of core participants linked to all the

17    defendants?

18         And so I think a lot of times in these multiple

19    conspiracy cases you have multiple defendants in the

20    courtroom.  In this case, we only have one defendant; we

21    don't have other people charged here, just the one

22    defendant.

23         And the one conspiracy that we have heard about

24    that's consistent, from the very beginning of the

25    discussions that Lobo told us about in the Milenio Cartel,

1    was that the defendant was there right next to his father;

2    and that's consistent throughout.  So you have those core

3    participants -- the defendant and his father -- throughout

4    the charged conduct; and so that is the overlap.  Certainly,

5    there are people that are coming in, there are people that

6    are going out; but those two are the core participants.

7              Additionally, you have the common goal.

8              Oscar Nava Valencia discussed methamphetamine.  So

9    way back when they were dealing with the Milenio Cartel, the

10   defendant and his father had engaged in a conspiracy to

11   distribute the cocaine; we heard lots about that.  But also

12   about the methamphetamine which we --

13             THE COURT:  Isn't the common goal to make a lot of

14   money through illegal drugs, whether it's meth, fentanyl --

15             MR. HORNOK:  Yes.

16             THE COURT:  -- pills, powder cocaine?  I mean,

17   that was the common goal --

18             MR. HORNOK:  Absolutely.

19             THE COURT:  -- to break it up into, like,

20   different parts of conspiracies is, to my mind, not

21   consistent with D.C. Circuit law.

22             All right.  Anything else you want to add?

23             MR. COLOMBO:  No, Your Honor.

24             THE COURT:  All right.

25             The defense has requested that the jury be

1    instructed on multiple conspiracies.  Quote:  If, after all

2    of the evidence has been presented, the Court were to find

3    that a multiple conspiracy instruction is appropriate -- see

4    the defendant's response to the government's objection in

5    the defendant's proposed instruction on multiple

6    conspiracies docketed at ECF 188.  See, also, the joint

7    pretrial statement at page 76, ECF No. 161, where the

8    defendant proposed multiple conspiracies instruction.

9         I see no evidentiary reason to give an instruction

10   to the jury about multiple conspiracies in this case.

11        The law is clear -- and I recognize that -- that a

12   district court must, if requested, give a multiple

13   conspiracies instruction when, importantly, the record

14   evidence supports the existence of multiple conspiracies.

15   See *U.S. v. Sanders*, 778 F.3d 1042, jump cite 1047,

16   D.C. Circuit from 2015, quoting *U.S. v. Graham*, 83 F.3d

17   1466, jump cite 1472, D.C. Circuit from 1996.

18        The factors relevant to determining whether there

19   was a single conspiracy rather than multiple conspiracies

20   include whether the participants shared a common goal or

21   depended upon one another and were involved together in

22   carrying out at least some parts of the plan.  See *U.S. v.*

23   *Sanders*, 778 F.3d 1042, jump cite 1047, D.C. Circuit 2015;

24   quoting U.S. v. *Lopesierra-Gutierrez*, 708 F.3d 193, jump

25   cite 207, D.C. Circuit 2013.  See, also, *U.S. v. Bostick*,

1    791 F.3d 127, jump cite 137, D.C. Circuit from 2015.

2            A single conspiracy may be established when each

3    conspirator knows of the existence of the larger conspiracy

4    and the necessity for other participants, even if he is

5    ignorant of their precise identities.  See *U.S. v. Sanders*,

6    778 F.3d jump cite 1049; quoting *U.S. v. Cross*, 766 F.3d 1,

7    jump cite 6, D.C. Circuit from 2013.

8            Participants in a drug distribution chain are

9    generally considered co-conspirators even if they do not all

10   know one another, so long as each knows that his role in the

11   distribution of drugs and the benefits he derives from his

12   participation depend on the activities of others.

13           The D.C. Circuit's application of the standard to

14   narcotics conspiracies for deciding whether or not there is

15   a single or multiple conspiracies and the multiple

16   conspiracies instruction is appropriate is very instructive

17   in considering defendant's requested instruction here.

18           I am going to start with *U.S. v.*

19   *Lopesierra-Gutierrez*, the D.C. Circuit case from 2013.

20   There, the defendant was convicted of a similar offense as

21   charged in Count 1 here.  In *Lopesierra-Gutierrez*, the

22   defendant was charged with conspiracy to distribute cocaine

23   with intent or knowledge that it be imported into the

24   United States in violation of 21 U.S.C. Sections 959(a),

25   960, and 963.

1          The defendant in *Lopesierra-Gutierrez* was a member

2     of the Osorio drug trafficking network in Colombia.  And the

3     D.C. Circuit affirmed the trial court's decision not to give

4     a multiple conspiracies instruction despite the defendant's

5     argument that, quote:

6          The evidence demonstrated the existence of three

7     distinct conspiracies:  A conspiracy to distribute cocaine,

8     knowing or intending it would be imported into the

9     United States, the one charged; a conspiracy to distribute

10    cocaine within Puerto Rico, and a conspiracy to commit money

11    laundering, closed quote.  708 F.3d, at jump cite 206.

12         The Circuit reasoned that although some of the

13    cocaine distributed by the Osorio group was not bound for

14    the U.S., United States, that fact in and of itself failed

15    to demonstrate the existence of multiple conspiracies, and

16    that holding otherwise would render most drug distribution

17    conspiracies subject to parsing.  See the case -- jump cite,

18    at 207.

19         Likewise, in *U.S. v. Bostick*, the D.C. Circuit

20    case from 2015, the D.C. Circuit held that the evidence was

21    sufficient to show that defendants belonged to a single drug

22    distribution conspiracy where the evidence showed defendants

23    shared the organization's goal of selling drugs, that there

24    was interdependence among the participants, and there were

25    overlapping core participants with ties to defendants on

1    both ends of the supply change.  See 791 F.3d, jump cites

2    137 through 38.

3            Similarly, in *U.S. v. Graham*, the D.C. Circuit

4    case from 1996, the Circuit affirmed the trial court's

5    refusal to instruct the jury on multiple conspiracies rather

6    than a single drug selling conspiracy charged in the

7    indictment, where the evidence showed defendants, quote:

8    Worked together and with common source and others to

9    distribute cocaine, and were part of the same clique; and

10   thus, part of the conspiracy charged in the indictment.  See

11   83 F.3d, jump cite 1472.

12           Here, as in those cases, the government has

13   established that the defendant's membership in a

14   single-charged conspiracy, as under the three factors that

15   are set out in these cases, including *U.S. v. Bostick* which

16   the government relies on.  The defendant clearly had a core

17   group of defendants, not just his father, El Mencho, but

18   also his uncles, and continued with those -- his

19   drug-dealing activities with that core group for the period

20   set out in the indictment.  Whether the -- those drug

21   trafficking activities were carried out under the name

22   "Milenio Cartel" or under the name "CJNG Cartel," it was all

23   some of the same core players with whom this defendant

24   operated and shared the common goal of making money from the

25   import into the United States of various different kinds of

1    illegal drugs.

2           He is only charged with methamphetamine and

3    cocaine importation; but the evidence at trial has shown

4    that he was involved in the manufacture, production,

5    distribution, and import into the United States of other

6    drugs besides those; but the common goal remains the same

7    for any type of these illegal drugs:  Make money from

8    importing them and selling them in the United States.

9           There is an interdependence also of all of the

10   players and their common goals, and a fairly consistent

11   level of operational control by the defendant and his

12   father.

13          As Number 2, as the evidence showed in this case,

14   at the CJNG, the defendant was part of this large-scale

15   criminal organization that operated under different names,

16   under somewhat different leaders, but with the objective to

17   make profit and secure territory by any means, including

18   violence.

19          This evidence is sufficient to establish the

20   defendant participated in a drug trafficking/weapons dealing

21   and enforcement operations, all of which comprised CJNG's

22   activities, and reflected a single, large, extensive, and

23   long-term criminal operation of which the defendant was a

24   part, in a single long-term extensive criminal conspiracy.

25          I am not going to give the multiple conspiracies

1    charge.

2              All right.  Is there anything else that we need to

3    take up today before I give you all a break before we bring

4    the jury in?

5              MR. HORNOK:  No, Your Honor.

6              THE COURT:  From the defense?

7              MR. COLOMBO:  No, Your Honor.

8              THE COURT:  Okay.  And in the government's

9    summation, if you are going to use the lectern you can move

10   it around.  You'll just have to figure out exactly how

11   you're going to position it for our juror who is in front of

12   the jury box.

13             MR. HORNOK:  We'll get it where we want it.  Thank

14   you, Your Honor.

15             THE COURT:  All right.  With that, I will see you

16   when the jury comes in.

17             MR. COLOMBO:  At 11:00.

18             (Whereupon, a recess was taken.)

19             THE COURT:  All right.  Ladies and gentlemen,

20   we're now at the part of the trial where the parties have an

21   opportunity to give you their closing arguments.

22             I don't know whether you remember from the

23   beginning of the trial in your preliminary instructions, but

24   let me just remind you:  The government goes first, the

25   defendant goes second and, then, the government has an

 1    opportunity for a rebuttal summation.

 2         After that, I will give you your final

 3    instructions that excuse the two alternate jurors and, then,

 4    the rest of the regular jury will begin its deliberations.

 5    I am not exactly sure where lunch is going to fall in all of

 6    this; we'll see.  I will be gauging how long all of the

 7    summations are.

 8         All right.  Who is giving the summation for the

 9    government?

10         MS. SAHNI:  I am, Your Honor.

11         THE COURT:  All right.  Ms. Sahni, begin when you

12    are ready.

13         MS. SAHNI:  May it please the Court.

14         At the beginning of trial, my colleague told you

15    that you were going to hear a story about a prince, an heir

16    to an empire.  And over the last two weeks, you heard that

17    story; but this wasn't a fairytale where everyone lives

18    happily ever after.  This was the story of the defendant's

19    drugs and guns and murder, told to you by the people who saw

20    it firsthand.

21         To succeed in the drug trafficking business, the

22    defendant partnered with his father, El Mencho.  You heard

23    how the defendant's role in that partnership evolved over

24    time.  Oscar Nava Valencia and Elpidio Mojarro Ramirez told

25    you:  When the defendant was a young man, he started by

1    picking up drugs and money for his father and his uncles.

2    He was part of the Chiqui Mafia, the cartel's next

3    generation.  The defendant also accompanied his father to

4    meetings, as an apprentice, to learn how the drug business

5    was done.

6            In those early days, you saw, from Mojarro

7    Ramirez's ledgers, that the defendant would even purchase a

8    cocaine kilogram for himself every now and then.  And he

9    used the nickname "Junior," which you know is the defendant.

10           When the defendant was about 20 years old his

11    father formed the CJNG, and the defendant's responsibilities

12    expanded dramatically.  The defendant went from being the

13    Number 2 of the Puerto Vallarta Plaza to being the Number 2

14    of an entire cartel.  He even used the nickname "02," which

15    he proudly displayed on his weapon and even his jailhouse

16    artwork.

17           As the Number 2 of the drug cartel, the defendant

18    had significant authority.  He was in charge of the

19    Guadalajara Plaza, the CJNG's base of operations.  The

20    defendant had bodyguards, secretaries, and sicarios, all to

21    help him with his operation to bring drugs to the

22    United States.

23           The defendant and his father used various tools to

24    maintain their power and control; they used bribery and

25    corruption to control public officials.

1          Mencho installed Herminio Gomez as the chief of

2     police in Villa Purificacion and conscripted the municipal

3     police to distribute drugs for the defendant.

4          The defendant also used violence and murder to

5     maintain his power.  He shot an unarmed man just because he

6     was a rival trafficker.

7          The defendant gave orders to kill those who didn't

8     pay their drug debts.

9          The defendant also used firearms to control drug

10    territory and to exact revenge.  He also used firearms, just

11    like this (indicating), to evade capture; like when the

12    defendant and his subordinates used a .50-caliber firearm

13    and a rocket-propelled grenade to bring down a Mexican

14    marine helicopter full of soldiers and Federal Police, like

15    Ivan Morales; all so that the defendant and his father could

16    avoid arrest and continue making millions of dollars pumping

17    dangerous drugs into the United States.

18          Now, some of the testimony that you heard came

19    from cooperating witnesses, and all of these people have

20    done bad things in the past; they admitted to you that they

21    did.  But the defendant made these people witnesses by

22    trafficking drugs and guns with them; the defendant chose

23    them.  So when you evaluate their testimony, think about all

24    the ways that they corroborate each other.

25          You heard from six different people who witnessed

1     the defendant's criminal conduct for over a decade.  Some of

2     them came from different cartels and probably never even met

3     each other, but they each told you the same thing:  The

4     defendant trafficked drugs, the defendant possessed

5     firearms, the defendant used violence, and the defendant was

6     a leader of the CJNG.

7            To believe that all six of these people are just

8     making up the same story defies common sense.

9            And you don't have to take the cooperator's word

10    for it.  You saw the defendant's BlackBerry messages where

11    he talked about guns and drugs and kidnapping.  You saw

12    photos of the defendant's rifle and pistol and grenades.

13    You saw the actual weapons that were right here in front of

14    you that were found at the helicopter crash site, as well as

15    the belt that the defendant left at the crime scene with his

16    nickname all over it, "J.R."  All of this evidence

17    corroborates what the cooperators told you.

18            Now, let's talk about the charges.

19            The defendant is charged with two counts.

20            Count 1 charges conspiracy to distribute cocaine

21    and methamphetamine for unlawful importation into the

22    United States.

23            And a conspiracy is just an agreement to do

24    something illegal.  The government doesn't have to prove

25    that the defendant and his co-conspirators were successful

1    in achieving the goal of their conspiracy or that the drugs

2    even made it to the United States.  The agreement itself is

3    the crime.

4         As Judge Howell will explain to you, Count 1 has

5    three elements; and the government must prove each element

6    beyond a reasonable doubt.  The standard is not "beyond all

7    doubt," it's "reasonable doubt"; so you can use your reason

8    and common sense when evaluating the evidence.

9         The first element for Count 1 is that an agreement

10   existed between the defendant and at least one other person

11   to distribute cocaine and methamphetamine, knowing and

12   intending that the drugs would be imported into the

13   United States.

14        Well, there is no doubt that the defendant had an

15   agreement with his father to distribute drugs.  Mencho was

16   the Number 1 of the drug cartel, and the defendant was the

17   Number 2, "M.V." and "J.R."  They even put it on their

18   holiday greetings to the cartel inner circle.

19        The defendant also knew and intended that the

20   drugs would be sent to the United States.  Oscar Nava

21   Valencia told you how the defendant and his father would

22   transport drugs to the Tijuana Airport and then cross those

23   drugs into the United States.

24        Jesus Contreras told you that the defendant sent

25   his methamphetamine to Southern California and was upset

1    when the price of methamphetamine there started dropping; it

2    would be less profitable for the defendant.

3          And Herminio Gomez Ancira told you that the

4    defendant wanted to build an empire by sending fentanyl to

5    the United States because it was way more profitable than

6    the cocaine that he was already sending there.  The

7    BlackBerry messages confirm what Herminio told you.

8          The defendant wanted to do it big.  So the

9    defendant agreed to release a kidnapped chemist if the

10   chemist would agree to produce the ugly green pills, the

11   OxyContin for the defendant.  And you know from Special

12   Agent Paris that those are both references to fentanyl.  You

13   also know from Special Agent Paris that fentanyl began to

14   show up on the scene in the United States just shortly after

15   these messages that were sent in 2013.

16         Now, Herminio Gomez also told you about a time

17   when he drove a pickup truck filled with U.S. dollars, all

18   50 and $100 bills, and personally delivered that truck to

19   the defendant.  And the defendant himself said:  That money

20   came from selling drugs to the Blondies, the Americans.

21         That's also consistent with what Special Agent

22   Paris told you; that when the drug price is in U.S. dollars,

23   it's normally because the drugs are sold here in the

24   United States.

25         The second element for Count 1 is that the

1    defendant knew the unlawful purpose of the agreement.  Well,

2    there is no question that the defendant knew that he was

3    distributing cocaine and methamphetamine.  In fact, the

4    defendant was personally offended when his uncle joked about

5    him cutting the squares; in other words, diluting the purity

6    of the cocaine that he was distributing.  The defendant was

7    proud of the cocaine that he was distributing.

8         The defendant also knew all about the cartel's

9    methamphetamine operations.  Herminio Gomez told you about

10   going around every month to seven labs and picking up

11   methamphetamine that he would deliver to the defendant.

12        The defendant also regularly met with Jesus

13   Contreras to discuss the methamphetamine that Contreras was

14   making for the defendant and his father.  Contreras even

15   gave the defendant an accounting of the chemicals that were

16   used at the labs.  The defendant saw the receipts.

17        And the third element for Count 1 is that the

18   defendant joined into the agreement intending to further its

19   unlawful purpose.

20        Well, there is no doubt that the defendant

21   intended to help his father and the CJNG with their drug

22   trafficking operations; and you can tell, both from the

23   defendant's words and his actions.

24        You saw in the BlackBerry messages that the

25   defendant helped kidnap someone who had stolen from the

1    cartel, the thief from Manzanillo.  The defendant sent

2    Cholo, his lead hitman, to go get the thief and to throw

3    away the guy's phones while they were at it.  The defendant

4    didn't want them to track what was going on.

5         The defendant also agreed to send an enforcer, a

6    good one, who knows how to ride a motorcycle, to break a

7    cartel member out of the hospital.

8         And you know from Jesus Contreras and Torres

9    Marrufo that the defendant passed orders to kill people,

10   like the Peludos, for providing information about the CJNG

11   to law enforcement.  These were all deliberate acts taken by

12   the defendant to benefit the cartel.

13        When you find the defendant guilty of the drug

14   trafficking conspiracy, you will be asked on the verdict

15   form to determine whether the conspiracy involved

16   5 kilograms or more of cocaine and 500 grams or more of

17   methamphetamine.

18        You have seen evidence that far exceeds those

19   quantities.  For methamphetamine there, on the bottom,

20   (indicating), the threshold is only 500 grams; that's half

21   of one kilogram.  Jesus Contreras told you that he produced

22   over 3,000 kilograms every month for years for the defendant

23   and his father.  500 grams is a tiny fraction of the

24   methamphetamine that Contreras produced for the defendant.

25        For cocaine, you heard about many shipments, way

1    over 5 kilograms.  Herminio Gomez and his men unloaded

2    10,000 kilograms of cocaine from a shipping boat for the

3    defendant, and then another 10,000 for his father.

4            Again, you don't have to take the cooperator's

5    word for it.  The defendant sent BlackBerry messages like

6    this one:  He already delivered it, 102 notebooks.

7            And you know from Special Agent Paris that

8    "102 notebooks" is code for 102 kilograms of cocaine.

9            And then there is this message, where the

10   defendant's uncle asks for 150 squares; and the defendant

11   says:  Okay.

12           Again, you heard that a "square" refers to a

13   kilogram of cocaine.  Each one of these transactions far

14   exceeds that 5-kilogram threshold.

15           Turning to Count 2.  Count 2 charges possession of

16   a firearm in furtherance of the drug trafficking conspiracy.

17           Count 2 has two elements:

18           The first is that you found the defendant guilty

19   of Count 1; we covered that.

20           The second element is that the defendant either

21   used or carried a firearm during and in relation to the drug

22   conspiracy or possessed a firearm in furtherance of the drug

23   conspiracy.

24           Well, there is no doubt that the defendant

25   possessed a firearm.  Juan Perez told you that the defendant

1    brazenly pointed this rifle (indicating) at Mexican law

2    enforcement officials to try to avoid arrest.  And you know

3    it's the defendant's weapon because it has his nicknames all

4    over it:  Menchito, 02, J.R.

5              Plus, Herminio Gomez and Jesus Contreras told you

6    that they saw the defendant personally carrying this weapon.

7              Importantly, though, as Judge Howell will instruct

8    you, you don't actually have to find that the defendant

9    personally carried a firearm for Count 2.  You could also

10   find that one of his co-conspirators carried a firearm, as

11   long as it was in furtherance of the conspiracy and

12   reasonably foreseeable to the defendant.

13             Well, you saw many, many firearms carried by the

14   defendant's co-conspirators, including the ones that were

15   right here in front of you in the courtroom.  And they were

16   used by the gunman of the CJNG to help the defendant avoid

17   arrest.

18             As ███████████████ told you, no one can forget

19   these sorts of weapons.

20             You also know that the gunmen were the defendant's

21   co-conspirators because they proudly displayed their

22   allegiance to the defendant's cartel on their belt buckles,

23   on their hats, on their shirts, and even their weapons.

24             It was no surprise to the defendant that his

25   co-conspirators had firearms.  In BlackBerry messages, the

1    defendant agreed to help his uncle get the five long ones

2    and the five short ones which you know, from Special Agent

3    Paris, is code for five rifles and five pistols.

4           You heard from multiple witnesses that the

5    defendant would travel around with armed bodyguards.  And

6    you know from Torres Marrufo and Mario Ramirez Trevino that

7    even when the defendant was imprisoned in Mexico, he was

8    still purchasing weapons for the CJNG, including .50-caliber

9    firearms and RPGs, the same kind of weapons that were used

10   to bring down that Mexican military helicopter that Ivan

11   Morales was on, on that fateful day in May of 2015.

12          After you find the defendant guilty of Count 2,

13   you will be asked on the verdict form two special questions

14   related to firearms.  The first question will ask whether a

15   firearm was brandished.  And "brandishing" just means

16   showing a firearm in order to intimidate.

17          Well, the defendant wasn't subtle about using

18   firearms to intimidate people.  Juan Perez told you that the

19   defendant pointed a rifle with a grenade launcher on it at

20   Mexican military and law enforcement officials and yelled:

21   Let me go, I am CJNG.

22          You saw the arresting officer -- standing in that

23   witness box -- demonstrate exactly how the defendant pointed

24   that rifle at the police.  The evidence shows that

25   "brandished" should be checked.

1          Second, you will be asked if Count 2 involved a

2   destructive device.  The evidence overwhelmingly shows that

3   it did.

4          Officer Miller told you that these were just a

5   small subset of the destructive devices found at the

6   helicopter crash site.  He also told you that both the

7   grenades and the grenade launcher that the defendant had at

8   the time of arrest were destructive devices.  Remember, the

9   verdict form only asks if there was at least one.

10          Throughout this trial, ladies and gentlemen, you

11   saw how the narco prince rose to power.  Over time, the

12   defendant distributed greater and greater quantities of

13   drugs and used increasingly extreme levels of violence.

14          The defendant was proud, and he was arrogant.  And

15   while he was committing these crimes, he showed no remorse.

16   Like when he had five men kneel on the ground with their

17   hands tied behind their backs and, one by one, pulled their

18   heads back and slit their throats.  Because those men

19   couldn't pay the defendant his drug money, they paid with

20   their lives.

21          And when the defendant was done and covered in

22   blood, his only reaction was to ask for a clean shirt.

23          Ladies and gentlemen, after considering all the

24   testimony that you have heard and all the evidence that you

25   have seen, we ask that you return the only verdict

1    consistent with the evidence, a verdict of guilty on both

2    counts.

3            Thank you.

4            THE COURT:  While Mr. Colombo is setting up, you

5    are welcome to stand and stretch yourselves, if you want.

6    We haven't been sitting that long.

7            Mr. Colombo, just let us know when you are ready.

8            MR. COLOMBO:  I will, Your Honor.

9            I am ready.

10            Mr. Oseguera Gonzalez is not guilty.  He is not

11    guilty because the government has not proven with proof

12    beyond a reasonable doubt that he knowingly and intendedly

13    possessed for distribution into the United States cocaine

14    and methamphetamine and that he was in possession of weapons

15    in relation to or in furtherance of the conspiracy charged

16    in Count 1, importing drugs into the United States.  They

17    have not proven their case beyond a reasonable doubt.

18            Now, the first thing that I want to say before I

19    get into what I had prepared today is:  This label "narco

20    prince," you have heard no evidence about it.  It's a label

21    placed on the defendant by the government.  It's a

22    convenient branding, a marketing tool to persuade you.

23    There was no evidence of it, and I would urge you to reject

24    that name.

25            Now, before I talk about the evidence in this

 1    particular case, I would like to talk to you about the three

 2    pillars of our criminal justice system.

 3            The first pillar of our criminal justice system is

 4    what we know as the presumption of innocence.  And what that

 5    means, in the instructions that you will receive, is that

 6    the defendant is presumed innocent.  And unless and until

 7    you find the government proved each and every element of

 8    their case beyond a reasonable doubt, he remains innocent.

 9            Now, the presumption of innocence is not an actual

10    concept, it's a judicially created concept.  It goes against

11    what we have as a fight-or-flight syndrome in our makeup

12    because presumption of innocence requires you to presume

13    somebody innocent; it means you can't assume the worst.  You

14    can't think of things in a way that would make you fight or

15    flight; you need to not prejudge.

16            And if the presumption of innocence means

17    anything, it means that you, as jurors, have to be critical

18    of the government's evidence; skeptical of the evidence that

19    they have presented; and you have to challenge their

20    interpretation of what the evidence means.  That's what the

21    presumption of innocence is.

22            Now, in applying the presumption of innocence, if

23    there are two facts that can be looked at in a guilty way or

24    an innocent way, the presumption of innocence requires you

25    to look at it in an innocent way.

1        Now, the second pillar of our criminal justice

2   system is the burden of proof.  The burden of proof never

3   shifts from the government's table to the defense table;

4   they always have the burden.

5        In fact, the defense didn't have to do anything.

6   We didn't have to ask one question.  We don't have to

7   present any evidence.  We don't have any burden whatsoever.

8   The burden always rests upon the government.

9        Now, the last pillar of our criminal justice

10  system is the standard of proof, and that proof is the

11  highest proof in our judicial system; it's proof beyond a

12  reasonable doubt.  And so the jury instructions will show

13  you -- when you read them -- that reasonable doubt is the

14  kind of doubt that would cause a reasonable person to

15  hesitate to act in the graver or more important matters in

16  life.

17       Reasonable doubt, it's a very high standard.  If

18  you were to say to yourself in the case:  Well, I think he

19  might have done it, that's not enough.  Reasonable doubt.

20       Reasonable doubt is based upon reason and common

21  sense.  Reasonable doubt, when you evaluate it, again,

22  requires you to be skeptical, critical, and challenge the

23  government's evidence.

24       Now, in looking at the government's case, they

25  want you to suspend all common sense and reason when you

1    evaluate the testimony of their cooperating witnesses.

2            Now, before I address them, Count 1 and Count 2 --

3    so you understand, Count 1 charges a very specific

4    conspiracy.  Between 2000 [sic] and 2017 that Mr. Oseguera

5    engaged in a conspiracy to distribute cocaine and

6    methamphetamine intending it to be imported into the

7    United States.  Now, they have to prove that beyond a

8    reasonable doubt.

9            Count 2, as I said earlier, is the possession of

10    the weapons and firearms in relation to that offense.

11            Now, if you come to a unanimous verdict on

12    Count 1, and that's "not guilty," you don't move to Count 2

13    because the weapons had to be in relation or in furtherance

14    of Count 1.  You will receive that in the jury instructions.

15            Now, the government referred to the six

16    cooperating witnesses who we heard from, and you know their

17    names.  When you evaluate them, they're all sociopaths;

18    they're all pathological liars.  Would you rely to make --

19    on any of what they said, to make any decision in your life

20    that mattered?

21            If you walked into a bank to secure a loan and the

22    loan officer advising you was any one of these individuals,

23    would you trust anything that they said?  If you wouldn't,

24    then you shouldn't here and you can't here because that's

25    what the law requires.

1    Now, I want to take them individually.  And I am

2    not going to talk about the totality of everything that they

3    said; but what I do want to talk about is each one of these

4    in particular, and why you shouldn't listen to anything that

5    they have said.

6    The first one was Oscar Nava Valencia.  Now, there

7    is a reason why the witness chair is so close to the jury.

8    And when Mr. Hornok did his opening statement, he

9    told you to watch their demeanor; pay attention to how they

10   testify.

11   And what about Mr. Nava Valencia's demeanor?  Did

12   he look at any of you once?  No.  His eyes were fixed on me.

13   Did you see the stare that he had on me? --  the

14   whole time, trying to intimidate me?

15   This former boss of the Milenio Cartel responsible

16   for killing 200 people -- that he would admit to -- do you

17   think he has a conscience?

18   Do you think that an oath to tell the truth means

19   anything to him?

20   No, it doesn't.

21   He has no moral compass.  He was torturing people,

22   dispatching them at his own pleasure.

23   And when the government got up and asked him in

24   their redirect:  Well, were all of these 200 people you

25   killed just enemy combatants in a former carter -- in

1      another cartel, in a rival cartel?

2              Yes, they were.

3              Well, I was shocked by that question because that

4      doesn't excuse it.  But I submit to you that he lied about

5      all of them.  And if he lied about something like that, what

6      else is he lying about?

7              Now, in addition, he was facing a life maximum

8      sentence and was sentenced to 25 years; as a result of his

9      cooperation, he was released after 15 years.

10             This murderous individual is now living safely

11     somewhere in the United States on supervision for a couple

12     more years with, apparently, the entirety of his

13     billion-dollar fortune, because he only had to pay 5100 --

14     $5,100.  And he told you he has his savings.  And in

15     addition, courtesy of the DEA, they gave him another $7,000.

16             Now, when you evaluate what he said, he wanted you

17     to believe that in 2005 Ruben Oseguera was made the boss of

18     Puerto Vallarta.  Now, there are two ports in Puerto

19     Vallarta:  A sea and an airport.  At 15 years old, Oscar

20     Nava Valencia, in charge of this vast cartel, is putting a

21     15-year-old in head of one of the two most lucrative ports

22     in Jalisco.  It's not believable.  It's outlandish.  You'd

23     have to suspend all reason and common sense to accept that.

24             But why was he willing to do that?  Why was he

25     just willing to add Ruben into the mix there?

1          To give himself value.

2          Remember, when did he say that?  He didn't say it

3     in 2011, when he started cooperating.  He didn't say it in

4     2012.  He didn't say it in 2013.  2014, he was sentenced to

5     25 years.  And we know, from his own testimony, he was not

6     happy; he thought he deserved less.

7          2015, he says nothing about Ruben.  2016, nothing.

8     2017, when they come to him and he realizes:  I got 25

9     years, I need to do something.  Well, he doesn't have a

10    moral compass:  Yeah.  Ruben did this, did this, did this.

11    He is all over the place.  And, in fact, I witnessed him

12    kill a rival cartel member; he just shot him.

13         Now, again, the government wants you to suspend

14    all reason and common sense to believe that because -- when

15    you listen to his testimony, what did he tell you?

16         I asked him specifically:  Can you tell me about

17    any one of the names or situations about any of those 200

18    murders that you committed?

19         No.  I can't remember anything.

20         But, yet, he remembers conveniently the person

21    that Ruben shot.

22         And by the way, when you evaluate testimony, look

23    for corroboration.  Was there any corroboration of anything

24    that he said?  A missing person's report from Mexico?  A

25    death certificate from Mexico?

1          Any evidence in relation to this?  Even a name,

2     even a name.  Nothing, absolutely nothing.  He just made it

3     up.  Why?  Because it gives him value as a cooperating

4     witness.

5          Now, I would also add that -- when I was asking

6     him about those violent acts he committed, what was his

7     reaction?  He laughed.  He was laughing.  Is that the

8     reaction that a normal person -- a nonsociopath would have

9     to these things?  No.

10          Now, Elpidio Mojarro Ramirez, maybe not as bad as

11     his boss, Oscar Nava Valencia; but he admitted that he was

12     financing the murders that were being committed by the

13     Milenio Cartel.  He has a history in drug trafficking going

14     back 30, 40 years.  And so while he might not have pulled

15     the trigger, and he was certainly facilitating and was

16     aware -- and he pled guilty to 20 to life.  And guess what?

17     He ended up with a time-served sentence.

18          Again, on the street courtesy of the U.S.

19     government.  He didn't pay anything, hasn't surrendered one

20     penny of any of the hundreds of millions of dollars that he

21     earned.  And he told you:  I am banking with false names

22     because I am on the OFAC list, the kingpin list.  And he

23     admitted to using those false identities.

24          Now, more importantly, what does he say?

25          He, again, began cooperating as a third-party

 1    cooperator to help his boss, Nava Valencia -- his good

 2    buddy, I believe, Nava Valencia said -- sometime in 2012

 3    with the DEA; and then officially began cooperating only a

 4    few days after the helicopter was taken down in May of 2015.

 5    I don't think that's a coincidence, but we'll get into that

 6    in a minute.

 7           Now, when you look at all of those debriefs, when

 8    we talked about all of those, he said, about Ruben, he was

 9    too young; he wasn't involved in the drug trafficking

10    initially.

11           And then, when I pressed him on cross-examination,

12    he said:  Yeah.  He was with his father, and I just assumed

13    that he was involved.

14           He just assumed that he was involved.

15           We have the 1 kilo transaction, and the government

16    said:  Yeah.  He was buying it for himself.

17           And if you look at the dates that are there,

18    December 22nd, December 29th, maybe that's what he is doing;

19    or maybe that was something that Pilo, Elpidio Mojarro

20    Ramirez, created after the fact; because he did not have any

21    explanation as to why -- if these records were created in

22    2009, 2010, and saved in 2011 and given to his brother, why

23    it would then, again, be saved on April 29th of 2015, only

24    days before he met with the DEA.  So somebody manipulated

25    those documents.  He doesn't know who or doesn't know why.

1          But he said something really -- he was a smart

2     guy.  He said something really smart:  Well, if I were going

3     to make up something, wouldn't I add a lot more kilos to it?

4     Well, yeah, maybe you would.

5          But if you wanted to have an explanation for

6     exactly that question, well, maybe you wouldn't because now

7     you have that argument.  Well, if I would have made it up, I

8     would have made it so much worse.  Just one, just to put it

9     in there.

10          Again, adding things after the fact to make

11     themselves relevant to get what they wanted, to achieve

12     their goal of getting out of custody.

13          Now, Pilo was interesting because, as we heard, he

14     signed extradition warrants for all of these other people

15     that were apparently involved, but not for Ruben.

16     Cooperating for years and never mentions Ruben, until the

17     government needs him to.  Conveniently, now they recall a

18     bunch of information.

19          Now, I would just like to mention this because I

20     forgot to mention this about Lobo, Oscar Nava Valencia.

21     What he said at his sentencing, what he told the judge:  The

22     truth is I wasn't fully aware of all of the damage I was

23     causing.

24          Really?

25          Again, it's just that -- that's a statement that

 1    only a sociopath would make.

 2         Now, when you look at corroboration, the

 3    government will say:  Well, they corroborated each other.

 4         Well, no.  There are other things that they said

 5    that were not consistent with each other; one of which was

 6    the role that Ruben played and at what age.  Not consistent.

 7         You also didn't hear Pilo say anything about Ruben

 8    murdering somebody when he was 15 or 16 years old in the

 9    warehouse.  And whose office was in the warehouse?  Pilo's.

10    He would have known about that, but he didn't say anything

11    like Oscar Nava Valencia did.

12         So when the government says that there is

13    corroboration, well, there are also inconsistencies.  Those

14    are doubts, reasonable doubts.

15         Now, if there is any corroboration among any of

16    the witnesses, how might that have happened?

17         Well, maybe they could have experienced it, or

18    maybe there was collusion.

19         Now, witness collusion.  What do we know happened

20    with Oscar Nava Valencia and Mojarro Ramirez?  They were

21    allowed -- they had debriefs scheduled at the same day, at

22    the same time, in the same office.  And they were allowed to

23    meet and speak in Spanish unsupervised -- nobody taking

24    notes -- right before their testimony in this case.

25         Now, I am not going to say that that was

1    intentionally done because I don't have any evidence of

2    that, but it was reckless to have them allow to meet.  Was

3    there anything else like that going on during the

4    preparation of this case?

5          Collusion.  It's an issue that you should consider

6    because it creates doubt, reasonable doubt.

7          Now, Hermenio Gomez Ancira.  The government would

8    want you to suspend all reason and belief to believe what he

9    said.

10         And his testimony was completely contradicted in

11   critical areas by the government's own witnesses.  Now, what

12   he told you was that he was the public security officer for

13   Villa Purificacion; he was.  But what he wants you to

14   believe is this fantasy that he stars in, himself.  And this

15   fantasy tale that he tells.  So he told you that on the day

16   that the helicopter was taken down he received an order by

17   Mencho on the radio; and he said:  You need to go and

18   collect these weapons.

19         Now, Mr. Gomez Ancira, according to his testimony,

20   is four hours away in a hospital in Guadalajara dying of

21   pneumonia, but he has to follow his boss's orders.

22         Now, critically, I think when we talk about

23   corroboration or when we talk about inconsistencies, Jesus

24   Contreras Arceo said:  Mencho never used the radio.  But

25   Gomez Ancira said he got the call on the radio.

1          So he then drives all the way to Villa

2     Purificacion, which he says he made it in three and a half

3     hours.  And he tells you -- he wants you to believe -- the

4     government wants you to believe this, too -- that he picked

5     up all of the weapons including government's --

6     specifically, Government's Exhibit 138 and Government's 159,

7     which are the RPG that he says was specifically used, and --

8     I don't know how he would know that -- and the rocket that

9     fit in there.  And those two weapons, and all the other

10     ones, he gathered them up, put them in a black bag, and then

11     put them in a cave.  He also said that he and his men moved

12     all the trucks around and that, in one of the trucks, he

13     found bloody money and gold bars.

14          Now, we heard testimony from the Mexican federal

15     prosecutor, who -- I think you should look at her demeanor

16     and testimony when she testified because she didn't have a

17     stake here; and I think she told the truth.  And what she

18     told you was entirely inconsistent with the story that

19     Hermenio Gomez Ancira told you.  She told you:  No, the

20     weapons were scattered around the field in the debris area.

21     We never found anything in a cave, or two duffle bags in a

22     cave.

23          And when Mr. Ronis asked her that question, her

24     demeanor; did you see?  Kind of, like, what?  A cave?

25          No.  Completely inconsistent with what he said.

1           Now, she also said that the trucks were all in

2    line in a convoy, as if they were abandoned in that line.

3    Not moved from where they were; in a convoy.

4           Did Mr. Gomez Ancira go and drive those and put

5    them all in a line?  No.  It's ridiculous and inconsistent

6    with what he testified to.

7           Now, the other thing is the bloody money and the

8    gold bars.  Again, when Mr. Ronis asked the Mexican federal

9    prosecutor about it, she had this kind of a -- what?  Gold

10   bars?  No.  We didn't find gold bars or money.

11          And I would say that if they were going to steal

12   it, why wouldn't they take the watches, right?  If they're

13   going to steal the gold bars -- and I don't know what the

14   government's explanation could be for these incredible

15   inconsistencies between the Mexican federal prosecutor

16   investigating the scene and what Mr. Gomez Ancira said.

17   Somebody is lying.  I would say it's Mr. Gomez Ancira.

18          And why?  Because his testimony was bought and

19   paid for.

20          All of the testimony here from these witnesses are

21   bought and paid for, either in time or in money.  And he

22   received $86,500.

23          Now, he told you that he only was paid 16,000

24   pesos a month, which is about $800 a month.

25          And so -- the testimony can't be reconciled.  His

1    story is outlandish.

2              But that's not the only thing that's outlandish.

3              When you look at his demeanor on the video --

4    right?  He says he gave that interview the same day as he

5    was running around, rescuing people, picking up the weapons,

6    and doing everything else.  He gave an interview with the

7    news.  And when you saw that interview, what about his

8    demeanor seemed nervous -- or was he sick, consistent with

9    pneumonia?  Nothing, no.

10             And he kept telling you:  Well, I had the video

11   when I went to see the FBI in Toledo, Ohio -- and they

12   didn't believe anything that he said, apparently.  But I had

13   the video, and I told everything.  It's all on the video.

14   The whole story is on the video.

15             Well, no, it's not.

16             What he says on the video is:  Our officers

17   thought that they were firecrackers because they thought

18   there were celebrations going on.

19             And what we have heard about what happened is that

20   there are three stories going around, we don't really know.

21   But one story says that the helicopter fired first.

22             Now, whether that was propaganda, as he says that

23   he was told by Mencho over the radio to say, or whether

24   that's what actually experienced at the time -- you know, I

25   don't know.  But if you look at it, it's bizarre for him to

1    say that he did all of those things on the same day.  It

2    just couldn't have happened that way.  It's inconsistent

3    with the truth.  He's living in his own fantasy.  He is

4    starring in his own fantasy.

5         Now, he also lied to you.  He told you he was

6    illiterate.  But then we came to learn that he apparently

7    wrote this entire journal and that he wrote letters to

8    Mencho requesting that El Viente, who tortured him, be

9    killed.

10        So he clearly wasn't illiterate, if he is able to

11    write.  And so that wasn't truthful.  And why would he say

12    that?  It's to garnish sympathy, right?

13        But when we talk about corroboration, if he did

14    have a contemporaneous record of all of these things that he

15    experienced during this apparent -- 2010 to 2015 and, then,

16    three weeks -- which he said was an unforgettable three

17    weeks with the defendant; if he had this contemporaneous

18    record, the government has the burden of proof.  Why

19    wouldn't they put that into evidence?  It would be what's

20    called a prior consistent statement.

21        It wasn't in evidence because it's outlandish

22    lies.  He has no contemporaneous record of what happened

23    because these things are fantasy.

24        Now, you shouldn't believe what he said because if

25    he did have this record, the government has the burden, they

1    would have put it into evidence.  Now, you can safely assume

2    that it doesn't support what he said.  The presumption of

3    innocence and the burden of proof would require you to do

4    so.

5             Now, if you recall, he was insistent that Mencho

6    was his godfather.  He is obsessed with Mencho, for whatever

7    reason.  There is no godfather, there is no relationship.

8             And the government is going to say:  Well, how did

9    he get so many specific facts?  How would he have such

10   knowledge?

11            And I will tell you, two ways.

12            One, he was in law enforcement in Mexico, and he

13   probably heard rumors; and maybe he was on the payroll.  I

14   don't know.

15            But what we do know and what he testified to is

16   that he Googles things, right?  He goes on the internet, and

17   said:  Yeah, I got all these pictures that I had to show the

18   FBI by typing in "Jalisco, state of fear."

19            So was his knowledge from what he personally

20   experienced or was it from this research that he conducted

21   on the internet?

22            Now, the FBI in 2016 vetted him; they apparently

23   kept his briefcase.  Nothing.  No evidence of ISIS.  And by

24   the way, did any of the other witnesses, including Jesus

25   Contreras Arceo, testify that they knew Herminio Gomez

1    Ancira?  Because Herminio Gomez Ancira said:  Oh, yeah, I

2    knew about all the production of the meth and all of this

3    stuff.

4           Well, Jesus Contreras Arceo was apparently running

5    the labs.  And so wouldn't they have met at some point?

6    Wouldn't they have known each other?

7           No.  There is no testimony that they knew each

8    other.

9           So when you look at this, it's so incredible.  But

10   he's Googling things for years and passing them off as his

11   own story.  And he could get a lot of facts that way.

12          Now, the other thing that he lied about -- when I

13   asked him about the contents of his briefcase, I asked him

14   about what was there.  And he said:  Well, the video.  The

15   video.  The video.

16          Well, what else was there?

17          I mean, it took a while to get it out of him.

18          Wedding photos.  I have my wedding photos.

19          But then, later on, he said:  Oh, there was

20   10,000 -- 11,000, cartel members, 10,000 people from the

21   town -- almost the entire population of Villa Purificacion

22   attended his wedding apparently.

23          And when I asked him about:  Well, you don't have

24   one photo or one video?  In our day and age, 10,000

25   people -- not one photo, not one video of your wedding?

1          He said:  No.  No.  Sadly, Mencho, he ordered that

2     nobody could do anything.  How manipulative is this lie?

3          He was lying so many times that he can't keep

4     track.  It was to garnish sympathy from you, right?  He

5     couldn't have his photo -- but how outlandish is it that

6     10,000 people attended his wedding and there is not one

7     photo, not one video.  Nothing.

8          Now, the government asked Mr. Paris, their expert:

9     Well, are you aware that, you know, phones or thing would be

10    confiscated from people?

11         And he said:  Yeah.  I know one instance where

12    Chapo -- when they went into a restaurant and they wanted to

13    have dinner, they made everybody surrender their phones

14    while they were there, and gave them back when they left.

15         Now, this didn't happen with 11,000 people.  It's

16    outlandish.

17         Again, he is living in his own fantasy.  You would

18    have to suspend reason and common sense to believe it.

19         It just doesn't stop there.  He goes on about him

20    and his officers moving 20 kilos of cocaine -- or, I'm

21    sorry -- 20 tons of cocaine on the beach.  Do you know the

22    logistics behind moving 20 tons of anything?

23         Do you think a dozen or 20 people could do that on

24    the beach while they're apparently in full uniform?  No.

25         It's got to be done quickly and quietly.  It's

1    outlandish.  And by the way, this happened -- this 25 tons

2    of cocaine, and everything else, happened in a three-week

3    period after Gomez Ancira met Mr. Oseguera for the first

4    time in person.

5         Wouldn't that be inconsistent with what Agent

6    Paris said about how things are very close-knit, and they

7    don't -- they keep their inner circle tight, they don't

8    share things?  But, yet, there he is, 25 kilos of cocaine on

9    the beach with the other officers.

10        But, again, corroboration, right?  If you wanted

11   corroboration what would you do?  Would you maybe arrange

12   for an interview of one of those other officers in the

13   department?  Twenty people?  Did any of this happen?

14        Maybe -- and he said that El Viente was killed in

15   the prison.  I mean, that would be pretty easy to get,

16   right, a death certificate?  A prison record that this guy,

17   El Viente -- who nobody else knows or testified about -- was

18   killed in a Mexican prison.  They have coordination with the

19   Mexican government.  You've seen -- they have brought up all

20   of these records, and they couldn't get a medical record?

21   They couldn't get a prison record?  They couldn't interview

22   his wife?  They couldn't interview his sister?  They

23   couldn't interview any of these others?

24        Corroboration.  If you want somebody to believe

25   beyond a reasonable doubt that this happened, corroborate

1      it.  No, nothing there.

2              He lied.  The government put him on the stand, and

3      he lied.  He is not worthy of being believed.  He was a

4      pathological liar, and I think he has -- suffers, sadly, it

5      looks like, from mental health issues.

6              And the last thing is that:  When he was showing

7      his scars, that he was shot in the head and in the leg, I

8      didn't see those wounds consistent with bullet holes.  I

9      don't know if you did; I didn't.

10             But then he tells you -- again, which the

11     government referred to -- that I watched him -- I watched

12     Ruben dispatch six people who owed him money.  It's a

13     complete and utter fantasy.  It didn't happen.

14             If it did happen, well, wouldn't there have been

15     missing person reports, death certificates?  They said he

16     just left the body, I believe, in the mango field or the

17     mango grove, or they just left them there.

18             Well, wouldn't somebody be looking for them?

19     Wouldn't there be reports?  Wouldn't there be corroboration

20     of that, that six people died by their throats being slit?

21             Nothing, absolutely nothing.  It's fantasy.  He is

22     making it up, again, for value, to be paid.

23             Now, if the government is using him now as some

24     type of cooperating witness, well, they're free to do that;

25     but he has lied in this case.  Nothing of what he said can

1    be trusted.

2            And by the way, again, I would add, he is a

3    convicted felon.  He does have a history of using meth and

4    possessing weapons.  He has claimed false citizenship to the

5    United States.  I think the coup de grâce is when I asked

6    him:  Well, you got up and you lied under oath.

7            And:  No, no, no.

8            There was a big argument about that.

9            And I said:  Well, you lied.

10           And he says:  Nunca [sic].  Never.  I never lie.

11           Well, anyone who tells you they never lie, they

12    just told you a lie.

13           Okay.  Now, we then come to the two what I will

14    term as the "jailhouse snitches":  Miguel Ramirez Trevino

15    and Jose Marrufo Torres [sic].

16           Now, Miguel Ramirez Trevino, he was the one with

17    the video deposition.  And he told this story about when

18    Ruben was in jail with him in Oaxaca that Ruben was running

19    the jail, that he was using drugs, and that he was

20    trafficking in weapons.  And, again, no corroboration.

21           This is somebody who was the leader of the Gulf

22    Cartel, is terminally ill, is looking at life in custody,

23    and is trying to get out.  He doesn't say anything in all of

24    the debriefs that he has -- until years later -- about

25    Ruben.

1          Well, the government prompts him:  What do you

2    know about Ruben?

3          Oh, yeah, I was in custody with him; and he said

4    all of these things.

5          But just no corroboration of it whatsoever.

6          Then he says -- the last thing is:  Well, Ruben

7    told me that -- about the helicopter; but it's in the

8    context of a corrido, which is a song, right?  It's a

9    fictional song created by a singer.  And so if there was any

10   discussion about it, it was about a song that would be made.

11         And by the way, this is somebody who admitted

12   to -- when he was the leader of the Gulf Cartel and before

13   being involved -- if you recall this, being involved or at

14   least having an awareness of -- he didn't want to admit to

15   it -- people being cooked in the kitchens; that they had

16   multiple cooks for multiple kitchens, and that's where

17   people were burned alive with diesel fuel.

18         Now, again, the man has no conscience.  You think

19   that embellishing about someone and testifying against them

20   is something that -- it's just too much, he is not going to

21   do it?  No.  The value.  He wants to get out of custody.  He

22   is terminally ill, and he doesn't want to be in jail.

23         Now, he told you about these meetings that were

24   arranged by the prosecutors -- and they were allowed to meet

25   with the prosecutors' secretaries apparently there, where

1    they were divvying up the jail and talking about these

2    weapons transactions and things.

3          But what does Mr. Marrufo Torres tell you?

4    Because they were apparently in Oaxaca, right?  We're not

5    clear on the dates at the same time -- but, again, the

6    government didn't present any prison records.  But Torres

7    Marrufo tells you:  No.  The visits were restricted.

8          Mr. Ronis spent a lot of time on that; the visits

9    were restricted.  Completely inconsistent with how

10   Mr. Ramirez Trevino explains how these meetings occurred

11   with the attorneys, completely inconsistent.

12         Now, when you look at Torres Marrufo -- again,

13   somebody who, in all his cooperation, doesn't mention Ruben

14   at all.  And then, all of a sudden, in preparation for trial

15   has:  You know what?  Oh, now, I remember.  Years later:

16   Oh, yeah, I met with Ruben and his dad at this cabin; and

17   they were discussing with the Federal Police control of the

18   plazas.

19         Well, why would he even be there?  And what

20   corroboration is there of this meeting?

21         Now, I can't challenge every lie.  I can't

22   disprove every lie.  When somebody just makes something up,

23   it's hard to just disprove it.

24         But look at what he has to gain.  He is facing 480

25   months in custody, 40 years.  He was a ruthless and callous

1    killer.  He was head of seven or eight -- I think they

2    called them the -- well, sicarios, but they were called "the

3    murder artists."

4          And do you remember when Mr. Ronis, in talking

5    about demeanor, asked him about cleaning the rehab.  He

6    said, you know, they were in charge of limpia [sic],

7    cleaning.  When he went to the cleaning of rehab where the

8    Aztecas were, Mr. Ronis asked him to explain that:  Well,

9    tell me about that.  How long did it take?

10          Oh, no.  It was fast, it was quick.

11          Did you see the way that he responded?  I mean, is

12    that someone that you can trust and believe?  Again, another

13    sociopath.  Do you think he is not willing to make something

14    up to put Ruben in a meeting that he never was or create a

15    meeting that never existed?  Of course he is.

16          Now, he says -- he also testified about:  Well,

17    Mencho asked me if we would allow him to move meth through

18    the plaza in Juarez.

19          And when he testified on direct, he said:  Yeah, I

20    let him do it, but for nothing else.  They were going to

21    give me weapons.

22          But previously he had told the agents:  No.  I

23    said no because I didn't want people addicted to

24    methamphetamine in my area.

25          I mean, it doesn't make sense, these witnesses

1    can't be believed.

2              And, again, where is the corroboration?

3              Now, simple corroboration for something.  He

4    testified about Ruben's signature on the painting, the RO2.

5    Well, wouldn't that have gotten -- if they were in custody

6    together -- and they are painting and they are doing all of

7    these things -- couldn't the government put one painting up

8    there for him to say -- to show some corroboration?

9    Something?  These Meta Zeta videos, anything like that in

10   evidence?

11             No.  No corroboration whatsoever.  These two guys

12   are jailhouse snitches in a desperate attempt to make

13   themselves relevant to get a reduction in sentence; that's

14   their goal.

15             Now, the last one that we heard from -- the last

16   cooperating witness was Canasta, Jesus Contreras Arceo.

17   Now, you heard he pled guilty to drug distribution and

18   importation for money laundering.  He was facing life plus

19   20 years.  He was sentenced to 420 months, 35 years, and he

20   obviously wants a reduction in sentence.

21             Now, he was so desperate to avoid a life sentence

22   that apparently, according to his testimony, he was willing

23   to say whatever the government wanted him to say, including

24   things that weren't even true.

25             Now, if he did do that and he is willing to say

1    things about himself that weren't true, would he be willing

2    to say things about Ruben that weren't true?  Yes, he would.

3           But I would submit to you that he lied.  When he

4    said:  No, no, that's not true; I didn't do that.  No.  I

5    wasn't involved in murdering other people.  No, no, no.

6    That's not true.

7           I would say that he lied.

8           And if he lied about that, can you believe

9    anything that he said?

10          You heard the way that not only the government

11   characterized this case, but his own attorney characterized

12   his comment [sic] and his case; again, somebody desperate to

13   get a reduction in sentence.

14          And, again, look at his demeanor on the stand,

15   laughing.  Would somebody with a conscience -- when you are

16   asking them about these serious crimes that they've

17   committed, are they going to be laughing?  Is that going to

18   be their demeanor?  No.

19          Now, he was also caught in a lie -- right? --

20   with regard to the helicopter incident.  He told you -- I

21   asked him specifically:  When was the first time you met

22   Ruben?

23          We fought out about that for a few minutes; but it

24   was 2005, 2006, when Ruben would have been about 16 years

25   old.  And then when was -- well, that was the first time.

1              When was the last time you saw him?  You

2    previously told the agents March of 2015.

3              That's right.

4              Now, he made up the story about seeing Ruben and

5    his father after the helicopter on May 1st of 2015.  The

6    timeline didn't add up, and he got caught in a lie.  Because

7    it's impossible, if he says -- well, previously told the

8    agents:  The last time I saw him was March in 2015.

9              But then he testified here:  Well, I saw him --

10   the helicopter, on May 1st.

11             That's impossible, right?  He lied.

12             And, again, they're lying to make themselves

13   relevant.  They're creating things in order to get a

14   reduction, and they will say anything.

15             And he says:  Oh, well, I didn't think it was a

16   big deal, I don't -- about the helicopter.  I only mentioned

17   it recently because I never thought it was a big deal

18   because, you know, Mencho has shot down helicopters before.

19             Well, that's not true.  And do you know why we

20   know that's not true, thanks to the government's witness,

21   the Mexican federal prosecutor, who told you when she

22   testified:  Look, this was an unprecedented event.  This has

23   never happened.  No military helicopter has ever been shot

24   down.  We never experienced this before.  It was

25   overwhelming, and we were unprepared.

1          Now, if this was happening regularly, you would

2     think that that wouldn't have been the testimony.  No, it's

3     not true; he just lied and created it on its own.

4          And it's actually -- it's an interesting lie,

5     right?  It's very self-serving because serves two purposes:

6     One, it deflects from him in attempts to explain why he

7     wouldn't have talked about this very important event at all

8     until years later, but then it also -- he wants to make

9     Ruben look guilty and say:  Oh, no, no, no.  Well, they --

10    it wasn't a big a deal because they had shot them down

11    before.

12          Right?

13          I mean, this is very manipulative; and these are

14    the government's witnesses.

15          Now, corroboration.  Again -- and I hope this is a

16    word that you all discuss when you go back to the jury room,

17    "corroboration."

18          Mr. Contreras Arceo told you that his BlackBerry

19    messages were intercepted and that he was regularly

20    communicating with Mencho's secretary, Gary, and Ruben's

21    secretary, Negrito, because neither of them directly

22    communicated; everything was done through a secretary.  But

23    we have none of those BlackBerry messages, none of them.

24          Corroboration.  If they existed -- the government

25    has the burden of proof, they would have put them in; they

 1          didn't.

 2                  Now, again, Hermenio and Contreras Arceo don't

 3          know each other; it's another inconsistency.

 4                  You can't believe what these witnesses say.

 5                  The government -- as they did, they're going to

 6          argue that you need to -- look, they all corroborate each

 7          other.  But they don't, and they're inconsistent in critical

 8          areas.

 9                  Again, Lobo said that the defendant was involved

10          in meetings; but then Pilo said:  Well, he was too young,

11          not involved at the time.

12                  Juan Carlos Arceo says Mencho never used a phone

13          or a radio.  Herminio says Mencho and Menchito gave the

14          order on the radio of the helicopter.  Inconsistencies.

15                  Mario Ramirez Trevino talks about meeting in the

16          open.  Marrufo Torres talks about the jail being extremely

17          restrictive.  They were both in the same jail -- maybe at

18          the same time -- but they don't know each other.  Again,

19          inconsistencies.

20                  So when you look at this, you have to not suspend

21          your reason and common sense, and evaluate their testimony.

22          And there was no corroboration.

23                  Now, this charge is a conspiracy to distribute

24          into the United States, that's the specific charge.

25                  Now, you have heard absolutely no evidence that

1    anything happened in the United States.  Nothing.  No

2    evidence of it.  There were no seizures of any drugs in the

3    United States at a port of entry to the United States or

4    even, arguably, on its way to the United States.

5              Now, the government, they pointed to the testimony

6    of three witnesses to support that the drugs were coming

7    into the United States.

8              First, they say the testimony of Nava Valencia.

9    He testified about control of the TJ Airport, and that they

10   were distributing drugs into the United States.  Again, no

11   corroboration; no seizures.  And Nava Valencia will say

12   anything; he has no conscience.

13             Now, they started to -- they then pointed to the

14   testimony of Juan Contreras Arceo; that the meth started

15   dropping in price, and that's when he learned about the

16   distribution.

17             Now, what we know from Agent Paris is that these

18   cartels are compartmentalized.  And so Contreras Arceo was

19   running these labs.  He didn't have part in distribution

20   after that.  But would he be willing to make up that

21   statement about:  Yeah, it's dropping in price.  Or, like

22   Hermenio Gomez:  Oh, it's going to the Blondies?

23             Of course they're willing to tell the government

24   what they want to hear.  It's not reliable.  It's evidence

25   that you should not rely upon in this case.

1          Now, they also pointed to Hermenio Gomez Ancira,

2     about Ruben wanting to build an empire and U.S. dollars.

3     Well, there is no seizures of money, of dollars; there's

4     none of that.  There's no wire transfers going from the U.S.

5     to Mexico.  There is no evidence of any of that.  Herminio

6     Gomez Ancira is not somebody that you can believe.

7          Now, this was a conspiracy that apparently ran

8     from 2007 to 2017.  Reason and common sense would tell you

9     that:  If the drugs were being distributed into the

10    United States during this ten-year period, there would be

11    some evidence of it; something.  You need operatives in the

12    United States -- right? -- to accept the drugs and then

13    distribute them from there.  You have heard no testimony

14    from anybody in the United States.

15         How is it done?  Ten-year period?  Nothing.

16         Now, we know how law enforcement is and the

17    infrastructure that we have, how aggressive they are in

18    interdicting drugs.  In a ten-year period, not one seizure

19    that they could connect to this conspiracy.

20         Now, I know what you are thinking -- or maybe you

21    are thinking this:  How would they know that these drugs

22    were from this particular cartel?

23         Well, what do we know?  What did Agent Paris say?

24    He said they stamp them.  They brand them for marketing, for

25    ownership.  They put unique symbols on them such as -- I

1    believe he said a Rolex, a dollar sign, a Louis Vuitton

2    sign, a Gucci sign.  He said a scorpion sign -- I will touch

3    that in a second.  He said that they would brand them.  So

4    if there were any seizures connected to this conspiracy, we

5    would have seen them.

6         Now, what do we know about the CJNG?  Apparently,

7    they label everything, CJNG.  Right?  All of their weapons

8    are labeled.

9         Do you think that they wouldn't be labeling their

10   drugs?  Of course they would have, and it's consistent with

11   what Agent Paris told you.

12        Now, Agent Paris did tell you he saw a scorpion

13   symbol.  Now, he has conducted investigations in the

14   United States and in Mexico, he told you that.  He never

15   said where he saw that symbol or what package.  And we do

16   know that -- whether it was in the U.S. or Mexico, and we do

17   know that he is not part of this investigation, did not

18   investigate it.

19        There are no packages that have a scorpion symbol

20   that would connect to this individual on the BBMs that is

21   called Scorpion, no evidence of them.  So if the government

22   argues that, there is no evidence of it.  If there was and

23   it connected to this case, they would have presented it; but

24   they did not.

25        Now, you'd have to suspend reason and common sense

1    to believe that over a ten-year period if drugs were coming

2    in, there are no seizures.  How is that possible?

3            Well, there are a lot of other cartels, several

4    others, which control the borders in San Diego, in El Paso,

5    and along there.  Now, drugs are definitely coming into the

6    United States, there is no doubt about that.  But were they

7    coming in in connection to this conspiracy and this case?

8    Has the government proven that?  They have not.

9            There is the Juarez Cartel, the Sinaloa Cartel,

10   the Gulf Cartel, the Zetas.  All of these others are on the

11   border and controlling distribution into the United States.

12           Now, what do we know from the evidence?

13           What did the evidence show us about other areas of

14   distribution that don't include the United States?

15           Well, both Nava Valencia and his counterpart,

16   Elpidio Mojarro Ramirez, told us that they had very

17   lucrative routes to Europe, to Africa, to other parts of the

18   world.

19           Now, what do we know about drug trafficking?

20   Agent Paris told you:  It's about making money.

21           And what do we know is anathema to drug

22   traffickers?  Seizures.

23           Now, if you can ship your drugs to Europe, to

24   Africa, to Asia, Australia -- to other parts of the world --

25   with less of a risk of a seizure and making more money, what

1    are you, as a businessman, going to do?  You are going to go

2    to other areas.  Let them fight across over the border.  We

3    have developed now routes.

4                And what Pilo, Elpidio Mojarro Ramirez, told

5    you -- and I asked him this on cross:  Isn't it true that

6    you told the government that, as of 2010, you had completely

7    abandoned all routes to the United States because of how

8    successful you were at shipping to Europe?

9                He said:  Yes.

10               And I confirmed:  You had distribution to Spain

11   and Holland?

12               Yes.

13               And you never experienced any seizures on those

14   routes?

15               No.

16               That's the only way to explain why we have no

17   seizures here.

18               Now, when you look at the BlackBerry messages,

19   there is discussion about drug trafficking; there is no

20   doubt about that.  I believe Agent Paris was correct in his

21   assessment of that, when you look at it.  But you have to

22   look at it and ask yourself:  Where is the evidence that it

23   was coming into the United States?

24               Now, he said:  Well, I believe it was coming into

25   the United States.  But he never qualified that opinion.  He

1    didn't investigate this case, and he didn't qualify that

2    opinion.

3            I want you to look at Government's Exhibit 77A.

4    77A.  Line 31 of Government Exhibit 77A -- and this is the

5    discussion about the production of the OxyContin, that's the

6    actual word they used, not fentanyl, "OxyContin."  This is

7    what Scorpion [sic] told Billy the Kid, okay?

8            "Bro', like five days ago Salvador had told me

9    that he has an excellent freight rate direct to Canada, two

10    for the ice, and that it's really expensive there."

11            The only discussion about any distribution isn't

12    to the United States, it's to another country; Canada.

13            Now, the government didn't explain that, didn't

14    touch that.  Agent Paris didn't touch that; but that would

15    be inconsistent with his conclusion that it was going to the

16    U.S.

17            Now, again, what do they talk about there?  What's

18    the bottom line?  To make money, to maximize profit.  And

19    you are going to send it where you can avoid seizures and

20    you can maximize your profit.

21            Let these other cartels deal with the U.S.; we

22    don't need them.

23            Now, I think we, as Americans, sometimes can be

24    arrogant.  We live in a very, very powerful country.  And we

25    sometimes think that we're the only country in the world,

1    that we're the center of the universe; but we are not.

2    There's 300 -- approximately 350 million people that live

3    here; but there's also about 7 billion people that live

4    around the world that also consume, unfortunately,

5    controlled substances.  There is a big market out there.

6          Now, I know that this might be difficult for you

7    to say to yourself when you go back into deliberations:

8    Well, the government hasn't proven a conspiracy to

9    distribute to the United States, but maybe they have proven

10   a conspiracy to distribute within Mexico or to other areas

11   than the United States.

12         If you come to that conclusion, that's a

13   not-guilty verdict; and that's what the law requires.  As

14   difficult of a decision as that might be, that's what the

15   law would require.  And you all took oaths and all agreed to

16   render a fair and impartial verdict based upon the law and

17   the evidence.

18         Ten years, and not one seizure.  There is no proof

19   that it was coming to the United States.

20         Now, I submit to you that the only just and fair

21   verdict -- and what the evidence has demonstrated here -- is

22   that the government hasn't proven their case beyond a

23   reasonable doubt on Count 1.

24         Now, if you acquit on Count 1, then you don't get

25   to Count 2.  But assuming that you find Count 1, the

1   government sustained their burden, I would like to briefly

2   talk to you about Count 2.

3           Count 2 requires that the defendant intentionally

4   possessed a firearm in relation to distribution or

5   importation, and that he intentionally possessed it to

6   further Count 1.

7           And so we're really looking at two incidents which

8   involve weapons here.  The first is the defendant's arrest

9   in Mexico on June 23rd of 2015.  And what do we know about

10  that incident?

11          We know that the defendant was arrested, and the

12  Mexican officer who -- testified that he was in possession

13  of that Menchito rifle.

14          The officers arrested him because of a civilian

15  complaint that there were armed men with weapons.

16          Where is the evidence that this weapon was

17  possessed at the time in relation to distribution into the

18  United States or intentionally possessed to further

19  distribution into the United States?  There isn't any.

20          Now, the second event is the helicopter.

21          Now, the government's presented the evidence that

22  Mr. Oseguera was there because of his belt and because of

23  some other personal items there that were found in a car.  I

24  leave it up to you as to whether or not you find that he was

25  there -- as to whether the government has proven that beyond

1    a reasonable doubt based upon that circumstantial evidence.

2          But with regard to that incident, it's not really

3    clear as to what exactly happened, whether the military

4    helicopters open fire first or whether the convoy open fire

5    first -- we don't know.  Because Ivan Morales who, sadly and

6    tragically, was injured in that sad event, said:  From my

7    perspective, I didn't see.  I was in the back of there, I

8    couldn't tell.  What I could hear was that at some point we

9    were taking on what I thought were .50-calibers rounds.

10          But he said:  I don't recall that we fired a shot.

11          Now, from looking at the government's exhibits, we

12    know that there were shots fired at that caravan.  The

13    convoy -- one of the trucks, at least, was riddled with

14    bullets on all sides.

15          So it's not entirely clear as to what happened

16    that day.  But I would submit to you, if the Mexican

17    military helicopters fired first and there was shots fired

18    back by the convoy, was that in relation to and to further

19    drug trafficking activity or was it just a matter of

20    survival?

21          Now, what do we know, coincidentally, was

22    happening at this time?  I told you I would get back to this

23    point.

24          Elpidio Mojarro Ramirez, Pilo, told you during

25    this period of time he was bribing the Mexican military to

 1    hunt Mencho, his rival.  He says:  Oh, just to capture him.

 2             And they had, at this time, executed several prior

 3    operations to capture or kill Mencho.

 4             So who might have set that in motion?  Was it

 5    possibly Pilo?  He was bribing the Mexican military to

 6    attack his rivals at the time.

 7             And so was this event in furtherance of and in

 8    relation to importation into the United States, Count 1?  I

 9    would say no, it wasn't.

10             Now, I think around this whole helicopter thing

11    there is a saying:  When the legend becomes fact, print the

12    legend.

13             We don't know exactly what happened, and the

14    government hasn't proven beyond a reasonable doubt.  Because

15    what you have heard here about what happened, the only

16    firsthand account was from Ivan Morales.  And he was very

17    clear with some things, and he was very honest that he

18    didn't know about some of the others.

19             What you have in relation to this event is largely

20    rumors based upon self-serving testimony or information from

21    a corrido.  And as Mark Twain said:  Rumor is halfway around

22    the world before the truth gets its socks on.  I would

23    submit to you that that's true in this case.

24             Now, the government has the burden of proof, and

25    so they get to follow with a rebuttal.  I only get one

1    opportunity to talk to you.  I want you to hold on to your

2    doubts; and unless and until they are proven beyond a

3    reasonable doubt, you have to return a verdict of not

4    guilty.

5          Now, you are to do your best to reach a unanimous

6    verdict; but if you can't agree, you can't agree.  And if

7    you need -- you have questions, the attorneys and Court are

8    here to answer them.  But I would ask you to apply the

9    presumption of innocence, the standard of proof, and the

10   burden of proof; and if you do, a not-guilty verdict is what

11   is required.

12         Thank you.

13         THE COURT:  Thank you, Mr. Colombo.

14         Let me just talk to the parties first.

15         (Whereupon, a bench conference was held as

16   follows:)

17         THE COURT:  I am thinking that we're going to take

18   a short lunch break for, like, 45 minutes, and then come

19   back for rebuttal and instructions.  Because I don't want

20   to -- I don't know how long your rebuttal is going to be,

21   but it really might push us way over into 1 o'clock --

22   unless you really want to do rebuttal now.

23         MS. NASEEF:  Your Honor, there is no way I will be

24   able to finish rebuttal before 1:00; that's only ten minutes

25   away.

1          THE COURT:  All right.  So that's what we're going

2     to do.

3          (Whereupon, the bench conference concludes.)

4          THE COURT:  All right.  Ladies and gentlemen, it's

5     about 10 of 1:00, I think your lunches are waiting for you.

6     But let's not take a full hour for lunch.  You are going to

7     have to take a 40-minute lunch and be back for rebuttal and

8     instructions so you can start your deliberations this

9     afternoon.  That would be great.

10          You are all excused for lunch until 1:30.

11          Don't start talking about the case yet, until you

12     have heard my final instructions.

13          (Whereupon, the jury was excused, and a luncheon

14     recess was taken, 12:48 p.m.)

15          (Whereupon, the afternoon session was reported by

16     LORRAINE HERMAN, and is bound under separate cover.)

17                          **CERTIFICATE**

18          I, ELIZABETH DAVILA, RPR, FCRR, do hereby certify
       that the foregoing constitutes a true and accurate
19     transcript of my stenographic notes, and is a full, true,
       and complete transcript of the proceedings to the best of my
20     ability.

21          This certificate shall be considered null and void
       if the transcript is disassembled and/or photocopied in any
22     manner by any party without authorization of the signatory
       below.
23
          Dated this 25th day of November, 2024.
24
       /s/ Elizabeth Davila, RPR, FCRR
25     Official Court Reporter

**$**

**$100** [1] - 49:18
**$5,100** [1] - 61:14
**$7,000** [1] - 61:15
**$800** [1] - 69:24
**$86,500** [1] - 69:22

**/**

**/s** [1] - 97:24

**0**

**02** [2] - 45:14, 53:4

**1**

**1** [37] - 4:21, 6:4, 6:13,
11:6, 12:22, 12:23,
16:17, 17:1, 17:11,
17:18, 18:2, 18:16,
18:18, 19:1, 30:15,
34:9, 39:6, 39:21,
47:20, 48:4, 48:9,
48:16, 49:25, 50:17,
52:19, 56:16, 59:2,
59:3, 59:12, 59:14,
64:15, 92:23, 92:24,
92:25, 93:6, 95:8,
96:21
**10** [3] - 29:6, 29:16,
97:5
**10,000** [6] - 52:2, 52:3,
73:20, 73:24, 74:6
**100** [1] - 10:6
**102** [2] - 52:6, 52:8
**1042** [2] - 38:15, 38:23
**1047** [2] - 38:15, 38:23
**1049** [1] - 39:6
**105** [2] - 1:16, 1:19
**11** [1] - 29:20
**11,000** [2] - 73:20,
74:15
**11:00** [1] - 43:17
**12** [2] - 29:23, 30:5
**127** [2] - 36:10, 39:1
**12:48** [1] - 97:14
**13** [4] - 30:8, 30:11,
30:17, 31:9
**137** [3] - 36:10, 39:1,
41:2
**138** [1] - 68:6
**14** [2] - 33:13, 33:14
**145** [1] - 1:12
**1466** [1] - 38:17
**1472** [2] - 38:17, 41:11
**15** [4] - 33:17, 61:9,
61:19, 66:8
**15-year-old** [1] - 61:21

**150** [1] - 52:10
**159** [1] - 68:6
**16** [2] - 66:8, 82:24
**16,000** [1] - 69:23
**16-229** [3] - 1:3, 2:3,
2:9
**161** [1] - 38:7
**18** [1] - 4:24
**180** [1] - 36:9
**188** [1] - 38:6
**19** [1] - 1:4
**193** [1] - 38:24
**1979** [1] - 4:6
**1996** [2] - 38:17, 41:4
**1:00** [2] - 96:24, 97:5
**1:30** [1] - 97:10
**1st** [2] - 83:5, 83:10

**2**

**2** [35] - 5:5, 6:9, 8:9,
10:14, 11:6, 13:2,
16:17, 17:1, 17:11,
17:18, 18:2, 18:16,
18:18, 19:1, 22:1,
30:15, 32:24, 36:9,
42:13, 45:13, 45:17,
48:17, 52:15, 52:17,
53:9, 54:12, 55:1,
59:2, 59:9, 59:12,
92:25, 93:2, 93:3
**20** [7] - 45:10, 63:16,
74:20, 74:21, 74:22,
74:23, 81:19
**200** [3] - 60:16, 60:24,
62:17
**2000** [1] - 59:4
**2002** [1] - 4:7
**2005** [2] - 61:17, 82:24
**2006** [1] - 82:24
**2007** [4] - 5:25, 34:12,
35:9, 87:8
**2009** [2] - 5:25, 64:22
**2010** [4] - 35:11,
64:22, 71:15, 90:6
**2011** [2] - 62:3, 64:22
**2012** [2] - 62:4, 64:2
**2013** [5] - 38:25, 39:7,
39:19, 49:15, 62:4
**2014** [1] - 62:4
**2015** [18] - 6:13, 7:25,
8:18, 9:18, 36:11,
38:16, 38:23, 39:1,
40:20, 54:11, 62:7,
64:4, 64:23, 71:15,
83:2, 83:5, 83:8,
93:9
**2016** [2] - 62:7, 72:22
**2017** [5] - 34:12, 35:9,
59:4, 62:8, 87:8

**202** [1] - 1:13
**2024** [3] - 1:4, 4:8,
97:23
**20530** [1] - 1:13
**206** [1] - 40:11
**207** [2] - 38:25, 40:18
**21** [1] - 39:24
**22nd** [1] - 64:18
**236-1704** [1] - 1:17
**236-8344** [1] - 1:20
**23rd** [1] - 93:9
**25** [5] - 61:8, 62:5,
62:8, 75:1, 75:8
**25th** [1] - 97:23
**29** [3] - 3:15, 10:18,
11:7
**29(a** [1] - 3:20
**29(a)** [1] - 3:23
**290** [1] - 4:6
**29th** [2] - 64:18, 64:23

**3**

**3** [2] - 5:19, 13:7
**3,000** [1] - 51:22
**30** [2] - 6:24, 63:14
**300** [1] - 92:2
**307** [1] - 4:5
**31** [1] - 91:4
**319** [1] - 4:6
**35** [1] - 81:19
**350** [1] - 92:2
**370** [1] - 4:6
**375** [1] - 4:6
**38** [2] - 36:10, 41:2

**4**

**4** [2] - 15:6, 15:7
**40** [2] - 63:14, 79:25
**40-minute** [1] - 97:7
**404** [1] - 23:17
**404(b** [7] - 16:5, 16:14,
20:20, 21:7, 23:9,
23:15, 23:19
**404(b)** [3] - 21:1,
22:24, 23:8
**404(b)-related** [1] -
28:14
**420** [1] - 81:19
**443** [1] - 4:5
**45** [1] - 96:18
**480** [1] - 79:24

**5**

**5** [5] - 4:13, 15:10,
15:20, 51:16, 52:1
**5-kilogram** [1] - 52:14
**50** [1] - 49:18

**50-caliber** [3] - 9:11,
46:12, 54:8
**50-calibers** [1] - 94:9
**500** [4] - 4:14, 51:16,
51:20, 51:23
**5100** [1] - 61:13
**598-2493** [1] - 1:13

**6**

**6** [3] - 15:24, 39:7
**619** [2] - 1:17, 1:20

**7**

**7** [8] - 16:4, 19:22,
19:23, 20:5, 20:14,
27:12, 28:5, 92:3
**708** [2] - 38:24, 40:11
**76** [1] - 38:7
**766** [1] - 39:6
**778** [3] - 38:15, 38:23,
39:6
**77A** [1] - 91:3, 91:4
**791** [2] - 36:10, 39:1,
41:1

**8**

**8** [5] - 19:24, 20:5,
28:8, 28:15, 29:9
**83** [2] - 38:16, 41:11
**89** [1] - 4:7

**9**

**9** [1] - 29:13
**92101** [1] - 1:17
**92101-6036** [1] - 1:20
**924(c)(1** [1] - 4:24
**943** [1] - 4:7
**945** [1] - 4:8
**959(a** [1] - 39:24
**960** [1] - 39:25
**963** [1] - 39:25
**9:35** [1] - 1:4

**A**

**a.m** [1] - 1:4
**a/k/a's** [1] - 29:17
**abandoned** [2] - 69:2,
90:7
**Abigael** [2] - 10:4,
35:5
**ability** [1] - 97:20
**able** [3] - 22:10, 71:10,
96:24
**absence** [8] - 20:22,
22:6, 23:5, 24:11,

24:12, 25:6, 25:19,
26:25
**absolutely** [4] - 37:18,
63:2, 76:21, 85:25
**accept** [3] - 18:3,
61:23, 87:12
**accident** [6] - 20:23,
22:13, 23:6, 27:1,
27:2, 27:6
**accompanied** [1] -
45:3
**according** [2] - 67:19,
81:22
**account** [1] - 95:16
**accounting** [2] - 6:1,
50:15
**accurate** [1] - 97:18
**achieve** [1] - 65:11
**achieving** [1] - 48:1
**acquit** [1] - 92:24
**acquittal** [1] - 3:21
**act** [2] - 20:21, 58:15
**Action** [1] - 1:2
**actions** [1] - 50:23
**activities** [6] - 5:9,
22:8, 39:12, 41:19,
41:21, 42:22
**activity** [2] - 17:20,
94:19
**acts** [7] - 21:12, 22:17,
22:21, 31:2, 32:21,
51:11, 63:6
**actual** [3] - 47:13,
57:9, 91:6
**add** [10] - 14:4, 23:6,
30:16, 31:16, 37:22,
61:25, 63:5, 65:3,
77:2, 83:6
**added** [2] - 16:6, 32:1
**addicted** [1] - 80:23
**adding** [4] - 14:20,
19:6, 65:10
**addition** [2] - 61:7,
61:15
**additional** [1] - 23:16
**additionally** [1] - 37:7
**address** [1] - 59:2
**adjustment** [1] - 33:4
**admit** [2] - 60:16,
78:14
**admitted** [5] - 31:2,
46:20, 63:11, 63:23,
78:11
**advising** [1] - 59:22
**advisory** [2] - 20:18,
21:10
**affirmed** [2] - 40:3,
41:4
**Africa** [2] - 89:17,
89:24

afternoon [2] - 97:9, 97:15
age [2] - 66:6, 73:24
Agent [17] - 2:18, 10:1, 10:7, 10:8, 49:12, 49:13, 49:21, 52:7, 54:2, 75:5, 86:17, 87:23, 88:11, 88:12, 89:20, 90:20, 91:14
agents [3] - 80:22, 83:2, 83:8
aggressive [1] - 87:17
ago [1] - 91:8
agree [3] - 49:10, 96:6
agreed [8] - 20:25, 21:4, 24:1, 30:20, 49:9, 51:5, 54:1, 92:15
agreed-upon [1] - 20:25
agreement [8] - 18:8, 18:12, 47:23, 48:2, 48:9, 48:15, 50:1, 50:18
agreements [1] - 15:14
aided [1] - 1:25
airplane [1] - 9:12
Airport [2] - 48:22, 86:9
airport [1] - 61:19
AK-47s [1] - 5:15
Alford [1] - 4:7
aliases [1] - 28:17
alive [1] - 78:17
alleged [1] - 34:12
allegiance [1] - 53:22
allow [2] - 67:2, 80:17
allowed [3] - 66:21, 66:22, 78:24
almost [1] - 73:21
alongside [1] - 12:1
ALSO [1] - 1:22
alternate [1] - 44:3
alternative [1] - 34:10
ambitions [1] - 8:5
AMERICA [1] - 1:2
America [2] - 2:3, 2:10
Americans [2] - 49:20, 91:23
anathema [1] - 89:21
Ancalle [1] - 2:19
Ancalle-Jimenez [1] - 2:19
Ancira [20] - 7:16, 7:21, 8:7, 8:8, 8:19, 8:21, 9:3, 49:3, 67:7, 67:19, 67:25, 68:19, 69:4, 69:16, 69:17,

73:1, 75:3, 87:1, 87:6
Ancira's [1] - 7:13
Angela [1] - 2:18
answer [4] - 14:2, 14:17, 15:1, 96:8
answered [3] - 14:1, 14:16, 14:25
ANTHONY [1] - 1:16
Anthony [1] - 2:22
anthonycolomboleg al@gmail.com [1] - 1:18
Antonio [2] - 5:2, 6:14
anxious [1] - 3:16
apparent [1] - 71:15
APPEARANCES [1] - 1:9
applicable [1] - 4:1
application [1] - 39:13
apply [3] - 16:15, 29:5, 96:8
applying [1] - 57:22
appointed [1] - 7:21
apprentice [1] - 45:4
appropriate [8] - 13:11, 16:25, 21:7, 22:23, 23:12, 36:5, 38:3, 39:16
appropriately [1] - 13:14
April [1] - 64:23
AR-15s [1] - 5:15
Arceo [14] - 5:3, 7:7, 7:10, 9:5, 35:19, 67:24, 72:25, 73:4, 81:16, 84:18, 85:2, 85:12, 86:14, 86:18
area [3] - 8:21, 68:20, 80:24
areas [5] - 67:11, 85:8, 89:13, 90:2, 92:10
arguably [1] - 86:4
argue [4] - 23:3, 23:9, 33:7, 85:6
argues [1] - 88:22
argument [3] - 40:5, 65:7, 77:8
arguments [2] - 23:1, 43:21
arisen [1] - 35:15
armed [5] - 5:10, 8:10, 54:5, 93:15
arrange [1] - 75:11
arranged [1] - 78:24
arranging [1] - 6:24
arrest [6] - 9:21, 46:16, 53:2, 53:17, 55:8, 93:8
arrested [2] - 93:11,

93:14
arresting [3] - 9:17, 9:19, 54:22
arriving [1] - 8:18
arrogant [2] - 55:14, 91:24
artists [1] - 80:3
artwork [1] - 45:16
Asia [1] - 89:24
aspect [1] - 21:24
assert [1] - 34:9
assess [2] - 3:25, 10:18
assessment [1] - 90:21
assume [2] - 57:13, 72:1
assumed [2] - 64:12, 64:14
assuming [1] - 92:25
ATF [1] - 10:11
attack [1] - 95:6
attacked [1] - 9:7
attained [1] - 22:3
attempt [2] - 9:19, 81:12
attempts [1] - 84:6
attended [2] - 73:22, 74:6
attending [2] - 5:7, 6:17
attention [1] - 60:9
attorney [1] - 82:11
attorneys [2] - 79:11, 96:7
Australia [1] - 89:24
authority [4] - 7:14, 20:17, 21:10, 45:18
authorization [1] - 97:22
avoid [5] - 46:16, 53:2, 53:16, 81:21, 91:19
aware [3] - 63:16, 65:22, 74:9
awareness [1] - 78:14
Aztecas [1] - 80:8

## B

backs [1] - 55:17
bad [4] - 19:8, 19:15, 46:20, 63:10
bag [1] - 68:10
bags [1] - 68:21
bananas [1] - 22:11
bank [1] - 59:21
banking [1] - 63:21
bars [5] - 68:13, 69:8, 69:10, 69:13
base [1] - 45:19

based [6] - 4:9, 10:19, 58:20, 92:16, 94:1, 95:20
bases [3] - 10:17, 22:23, 23:17
basis [2] - 7:10, 12:7
BBM [3] - 10:3, 10:6, 10:9
BBMs [1] - 88:20
beach [3] - 74:21, 74:24, 75:9
bearing [1] - 9:4
beat [1] - 12:16
becomes [1] - 95:11
BEFORE [1] - 1:7
began [4] - 36:4, 49:13, 63:25, 64:3
begin [2] - 44:4, 44:11
beginning [4] - 20:4, 36:24, 43:23, 44:14
begins [1] - 20:16
behalf [1] - 2:22
behind [2] - 55:17, 74:22
belief [1] - 67:8
believable [1] - 61:22
belonged [3] - 9:3, 36:13, 40:21
below [1] - 97:22
belt [4] - 9:1, 47:15, 53:22, 93:22
belts [1] - 8:22
bench [2] - 96:15, 97:3
benefit [1] - 51:12
benefits [1] - 39:11
BERYL [1] - 1:7
best [2] - 96:5, 97:19
better [2] - 17:12, 27:8
between [5] - 5:25, 15:13, 48:10, 59:4, 69:15
beyond [20] - 4:4, 4:11, 11:6, 18:8, 18:11, 18:20, 24:16, 25:8, 48:6, 56:12, 56:17, 57:8, 58:11, 59:7, 75:25, 92:22, 93:25, 95:14, 96:2
big [6] - 49:8, 77:8, 83:16, 83:17, 84:10, 92:5
billion [2] - 61:13, 92:3
billion-dollar [1] - 61:13
bills [1] - 49:18
Billy [1] - 91:7
bit [1] - 24:1
bizarre [1] - 70:25

black [1] - 68:10
BlackBerry [8] - 47:10, 49:7, 50:24, 52:5, 53:25, 84:18, 84:23, 90:18
blah [3] - 19:2
blah-blah-blah [1] - 19:2
bleeds [1] - 19:23
Blondies [2] - 49:20, 86:22
blood [1] - 55:22
bloody [2] - 68:13, 69:7
boat [1] - 52:2
body [1] - 76:16
bodyguards [2] - 45:20, 54:5
bolded [1] - 27:16
border [3] - 6:16, 89:11, 90:2
borders [1] - 89:4
boss [5] - 6:14, 60:15, 61:17, 63:11, 64:1
boss's [1] - 67:21
Bostick [4] - 36:10, 38:25, 40:19, 41:15
bottom [2] - 51:19, 91:18
bought [2] - 69:18, 69:21
bound [2] - 40:13, 97:16
box [2] - 43:12, 54:23
brand [2] - 87:24, 88:3
branding [1] - 56:22
brandish [1] - 9:18
brandished [3] - 4:19, 54:15, 54:25
brandishing [1] - 54:15
brazenly [1] - 53:1
break [4] - 37:19, 43:3, 51:6, 96:18
bribery [2] - 16:21, 45:24
bribing [2] - 94:25, 95:5
briefcase [2] - 72:23, 73:13
briefing [1] - 36:8
briefly [2] - 34:3, 93:1
bring [4] - 43:3, 45:21, 46:13, 54:10
Bro' [1] - 91:8
broke [1] - 35:12
brother [5] - 5:19, 7:14, 64:22
brought [3] - 3:7, 11:18, 75:19

3

buckles [1] - 53:22
buddy [1] - 64:2
build [3] - 8:7, 49:4, 87:2
bullet [1] - 76:8
bullets [1] - 94:14
bunch [1] - 65:18
burden [12] - 58:2, 58:4, 58:7, 58:8, 71:18, 71:25, 72:3, 84:25, 93:1, 95:24, 96:10
burned [1] - 78:17
business [2] - 44:21, 45:4
businessman [1] - 90:1
but.. [1] - 33:7
buying [1] - 64:16

**C**

CA [2] - 1:17, 1:20
cabin [1] - 79:16
California [1] - 48:25
callous [1] - 79:25
camouflage [1] - 9:23
Canada [2] - 91:9, 91:12
Canasta [1] - 81:16
cannot [2] - 13:18, 30:21
captions [3] - 27:17, 27:22, 27:23
capture [4] - 32:12, 46:11, 95:1, 95:3
car [1] - 93:23
caravan [1] - 94:12
Carlos [2] - 5:19, 85:12
carried [7] - 4:19, 8:9, 41:21, 52:21, 53:9, 53:10, 53:13
carry [1] - 12:11
carrying [3] - 7:5, 38:22, 53:6
cars [1] - 5:12
cartel [23] - 6:16, 7:10, 22:3, 22:4, 22:7, 22:13, 22:14, 34:22, 35:12, 45:14, 45:17, 48:16, 48:18, 51:1, 51:7, 51:12, 53:22, 61:1, 61:20, 62:12, 73:20, 87:22
Cartel [18] - 5:7, 5:23, 6:2, 6:15, 35:10, 35:14, 35:24, 36:25, 37:9, 41:22, 60:15, 63:13, 77:22, 78:12,

89:9, 89:10
cartel's [2] - 45:2, 50:8
cartels [7] - 34:13, 34:15, 47:2, 86:18, 89:3, 91:21
carter [1] - 60:25
case [29] - 3:8, 10:7, 13:11, 19:3, 36:11, 36:20, 38:10, 39:19, 40:17, 40:20, 41:4, 42:13, 56:17, 57:1, 57:8, 58:18, 58:24, 66:24, 67:4, 76:25, 82:11, 82:12, 86:25, 88:23, 89:7, 91:1, 92:22, 95:23, 97:11
Case [2] - 2:3, 2:9
cases [4] - 12:12, 36:19, 41:12, 41:15
category [1] - 23:16
caught [3] - 12:21, 82:19, 83:6
causing [1] - 65:23
cave [4] - 68:11, 68:21, 68:22, 68:24
celebrations [1] - 70:18
center [1] - 92:1
centered [1] - 27:23
certainly [6] - 12:7, 13:22, 22:16, 33:6, 37:4, 63:15
CERTIFICATE [1] - 97:17
certificate [3] - 62:25, 75:16, 97:21
certificates [1] - 76:15
certify [1] - 97:18
cetera [4] - 18:9, 18:20, 18:21
chain [1] - 39:8
chair [1] - 60:7
challenge [3] - 57:19, 58:22, 79:21
challenged [1] - 10:17
change [5] - 19:19, 26:16, 29:4, 29:8, 41:1
changes [1] - 29:8
Chapo [1] - 74:12
character [2] - 19:8, 19:15
characterized [2] - 82:11
charge [9] - 12:4, 12:5, 20:1, 43:1, 45:18, 61:20, 80:6, 85:23, 85:24
charged [35] - 4:21, 16:17, 16:25, 17:11,

17:18, 18:16, 18:18, 19:1, 19:2, 24:6, 24:10, 24:13, 24:17, 25:4, 25:6, 25:9, 25:17, 25:19, 26:14, 26:19, 26:24, 27:3, 34:9, 35:25, 36:21, 37:4, 39:21, 39:22, 40:9, 41:6, 41:10, 41:14, 42:2, 47:19, 56:15
charges [5] - 28:11, 47:18, 47:20, 52:15, 59:3
charging [3] - 3:17, 11:9, 12:18
checked [1] - 54:25
chemicals [1] - 50:15
chemist [2] - 49:9, 49:10
chief [1] - 46:1
Chiqui [1] - 45:2
Cholo [1] - 51:2
chose [1] - 46:22
circle [2] - 48:18, 75:7
Circuit [19] - 4:7, 4:8, 17:3, 36:10, 36:12, 37:21, 38:16, 38:17, 38:23, 38:25, 39:1, 39:7, 39:19, 40:3, 40:12, 40:19, 40:20, 41:3, 41:4
Circuit's [1] - 39:13
circumstances [2] - 30:25, 31:3
circumstantial [1] - 94:1
cite [14] - 4:5, 4:6, 4:8, 36:8, 38:15, 38:17, 38:23, 38:25, 39:1, 39:6, 39:7, 40:11, 40:17, 41:11
cited [2] - 12:1, 36:9
cites [1] - 41:1
citizenship [1] - 77:4
civilian [1] - 93:14
CJNG [25] - 5:5, 6:9, 6:20, 7:6, 7:7, 7:16, 8:3, 8:6, 8:7, 8:24, 10:12, 11:1, 11:4, 35:16, 41:22, 42:14, 45:11, 47:6, 50:21, 51:10, 53:16, 54:8, 54:21, 88:6, 88:7
CJNG's [4] - 7:1, 8:23, 42:21, 45:19
CJNG02JR [1] - 9:23
claim [2] - 22:10, 22:12
claimed [2] - 6:12,

77:4
clean [1] - 55:22
cleaning [2] - 80:5, 80:7
clear [16] - 14:11, 14:12, 14:14, 15:17, 16:14, 17:9, 25:11, 28:2, 32:22, 33:6, 35:20, 38:11, 79:5, 94:3, 94:15, 95:17
clearer [1] - 34:7
clearly [2] - 41:16, 71:10
clique [1] - 41:9
close [2] - 60:7, 75:6
close-knit [1] - 75:6
closed [1] - 40:11
closing [1] - 43:21
co [6] - 39:9, 47:25, 53:10, 53:14, 53:21, 53:25
co-conspirators [6] - 39:9, 47:25, 53:10, 53:14, 53:21, 53:25
Coates [1] - 2:6
cocaine [31] - 4:13, 5:24, 6:4, 7:18, 7:19, 37:11, 37:16, 39:22, 40:7, 40:10, 40:13, 41:9, 42:3, 45:8, 47:20, 48:11, 49:6, 50:3, 50:6, 50:7, 51:16, 51:25, 52:2, 52:8, 52:13, 56:13, 59:5, 74:20, 74:21, 75:2, 75:8
code [3] - 4:17, 52:8, 54:3
coincidence [1] - 64:5
coincidentally [1] - 94:21
colleague [1] - 44:14
collect [1] - 67:18
collusion [3] - 66:18, 66:19, 67:5
Colombia [1] - 40:2
Colombo [11] - 2:22, 17:24, 19:17, 24:19, 26:1, 27:9, 28:21, 29:11, 56:4, 56:7, 96:13
COLOMBO [59] - 1:16, 2:21, 3:6, 3:10, 3:12, 11:16, 13:1, 13:6, 13:21, 14:13, 14:22, 15:5, 15:9, 15:23, 16:3, 16:9, 16:16, 17:15, 17:25, 19:18, 19:21, 19:23, 20:2, 20:4, 20:7, 20:14,

20:16, 21:2, 21:5, 21:14, 22:25, 24:20, 26:2, 26:6, 27:10, 28:3, 28:22, 29:12, 29:15, 29:19, 29:22, 30:4, 30:7, 30:18, 31:10, 31:13, 31:16, 32:6, 33:11, 33:16, 33:19, 33:23, 33:25, 34:11, 35:8, 37:23, 43:7, 43:17, 56:8
Colombo's [1] - 17:8
COLUMBIA [1] - 1:1
combatants [1] - 60:25
comfortable [1] - 23:24
coming [9] - 9:10, 37:5, 86:6, 89:1, 89:5, 89:7, 90:23, 90:24, 92:19
comment [1] - 82:12
comments [5] - 11:12, 16:8, 28:15, 31:9, 32:17
commission [1] - 27:3
commit [13] - 20:8, 21:19, 24:6, 24:10, 24:13, 25:4, 25:6, 25:17, 25:18, 26:14, 26:19, 26:24, 40:10
committed [7] - 24:17, 25:9, 32:23, 62:18, 63:6, 63:12, 82:17
committing [1] - 55:15
common [19] - 36:14, 37:7, 37:13, 37:17, 38:20, 41:8, 41:24, 42:6, 42:10, 47:8, 48:8, 58:20, 58:25, 61:23, 62:14, 74:18, 85:21, 87:8, 88:25
communicated [1] - 84:22
communicating [1] - 84:20
communications [2] - 10:6, 10:25
compared [2] - 31:20, 32:3
compartmentalized [1] - 86:18
compass [2] - 60:21, 62:10
complaint [1] - 93:15
complete [3] - 3:18, 76:13, 97:19
completely [5] - 67:10, 68:25, 79:9, 79:11, 90:6

4

**complicated** [1] - 32:2
**comprised** [1] - 42:21
**computer** [1] - 1:25
**computer-aided** [1] - 1:25
**concept** [2] - 57:10
**conclude** [2] - 19:12, 19:14
**concludes** [1] - 97:3
**conclusion** [3] - 36:13, 91:15, 92:12
**conduct** [3] - 6:10, 37:4, 47:1
**conducted** [2] - 72:20, 88:13
**conference** [5] - 3:17, 11:9, 12:18, 96:15, 97:3
**confirm** [1] - 49:7
**confirmed** [2] - 9:13, 90:10
**confirming** [1] - 8:24
**confiscated** [1] - 74:10
**confusing** [1] - 32:13
**connect** [2] - 87:19, 88:20
**connected** [2] - 88:4, 88:23
**connection** [1] - 89:7
**conscience** [4] - 60:17, 78:18, 82:15, 86:12
**conscripted** [1] - 46:2
**consequence** [1] - 32:25
**consider** [6] - 18:13, 20:7, 31:1, 32:16, 33:9, 67:5
**considered** [4] - 13:18, 23:4, 39:9, 97:21
**considering** [4] - 3:24, 18:4, 39:17, 55:23
**consistent** [12] - 36:24, 37:2, 37:21, 42:10, 49:21, 56:1, 66:5, 66:6, 70:8, 71:20, 76:8, 88:10
**consisting** [1] - 10:23
**conspiracies** [26] - 34:6, 34:17, 34:18, 34:20, 35:22, 36:2, 36:3, 37:20, 38:1, 38:6, 38:8, 38:10, 38:13, 38:14, 38:19, 39:14, 39:15, 39:16, 40:4, 40:7, 40:15, 40:17, 41:5, 42:25
**conspiracy** [57] -

20:11, 20:17, 21:9, 21:25, 22:23, 32:25, 34:2, 34:8, 34:10, 34:11, 34:23, 34:24, 34:25, 35:2, 35:5, 35:6, 35:13, 35:15, 35:24, 36:5, 36:13, 36:19, 36:23, 37:10, 38:3, 38:19, 39:2, 39:3, 39:22, 40:7, 40:9, 40:10, 40:22, 41:6, 41:10, 41:14, 42:24, 47:20, 47:23, 48:1, 51:14, 51:15, 52:16, 52:22, 52:23, 53:11, 56:15, 59:4, 59:5, 85:23, 87:7, 87:19, 88:4, 89:7, 92:8, 92:10
**conspirator** [2] - 31:11, 39:3
**conspiratorial** [1] - 21:25
**conspirators** [7] - 32:23, 39:9, 47:25, 53:10, 53:14, 53:21, 53:25
**conspired** [1] - 4:13
**constitutes** [1] - 97:18
**consume** [1] - 92:4
**contemporaneous** [3] - 71:14, 71:17, 71:22
**contents** [1] - 73:13
**context** [1] - 78:8
**continue** [1] - 46:16
**continued** [5] - 7:5, 9:14, 17:19, 35:6, 41:18
**contradicted** [1] - 67:10
**Contreras** [20] - 5:3, 7:7, 9:5, 35:19, 48:24, 50:13, 50:14, 51:8, 51:21, 51:24, 53:5, 67:24, 72:25, 73:4, 81:16, 84:18, 85:2, 86:14, 86:18
**control** [7] - 42:11, 45:24, 45:25, 46:9, 79:17, 86:9, 89:4
**controlled** [3] - 4:15, 6:15, 92:5
**controlling** [1] - 89:11
**convenient** [1] - 56:22
**conveniently** [2] - 62:20, 65:17
**conversations** [1] - 10:9
**convicted** [2] - 39:20, 77:3

**conviction** [1] - 3:23
**convoy** [5] - 69:2, 69:3, 94:4, 94:13, 94:18
**cooked** [1] - 78:15
**cooks** [1] - 78:16
**cooperating** [12] - 5:1, 10:16, 46:19, 59:1, 59:16, 62:3, 63:3, 63:25, 64:3, 65:16, 76:24, 81:16
**cooperation** [2] - 61:9, 79:13
**cooperator** [1] - 64:1
**cooperator's** [2] - 47:9, 52:4
**cooperators** [2] - 11:1, 47:17
**coordinate** [1] - 6:18
**coordination** [1] - 75:18
**copies** [1] - 3:7
**core** [8] - 35:5, 36:16, 37:2, 37:6, 40:25, 41:16, 41:19, 41:23
**correct** [3] - 21:14, 27:18, 90:20
**correctly** [2] - 17:24, 27:15
**corrido** [2] - 78:8, 95:21
**corroborate** [4] - 5:4, 46:24, 75:25, 85:6
**corroborated** [11] - 6:8, 8:7, 8:8, 8:15, 9:3, 9:5, 9:7, 10:21, 11:2, 11:3, 66:3
**corroborates** [1] - 47:17
**corroborating** [2] - 6:25, 7:12
**corroboration** [24] - 10:19, 62:23, 66:2, 66:13, 66:15, 67:23, 71:13, 75:10, 75:11, 75:24, 76:19, 77:20, 78:5, 79:20, 81:2, 81:3, 81:8, 81:11, 84:15, 84:17, 84:24, 85:22, 86:11
**corruption** [1] - 45:25
**counsel** [1] - 2:15
**counsel's** [1] - 14:8
**count** [1] - 21:25
**Count** [41] - 4:21, 10:14, 16:17, 17:1, 17:11, 22:1, 29:6, 32:24, 34:9, 39:21, 47:20, 48:4, 48:9, 49:25, 50:17, 52:15,

52:17, 52:19, 53:9, 54:12, 55:1, 56:16, 59:2, 59:3, 59:9, 59:12, 59:14, 92:23, 92:24, 92:25, 93:2, 93:3, 93:6, 95:8
**counterpart** [2] - 29:5, 89:15
**country** [3] - 91:12, 91:24, 91:25
**Counts** [7] - 11:6, 17:18, 18:2, 18:16, 18:18, 19:1, 30:15
**counts** [3] - 28:9, 47:19, 56:2
**coup** [1] - 77:5
**couple** [1] - 61:11
**course** [5] - 29:7, 35:21, 80:15, 86:23, 88:10
**Court** [10] - 1:23, 1:24, 3:21, 3:24, 12:6, 24:21, 38:2, 44:13, 96:7, 97:25
**court** [1] - 38:12
**COURT** [116] - 1:1, 1:8, 2:6, 2:20, 2:24, 3:5, 3:7, 3:11, 3:13, 11:17, 12:3, 12:10, 12:16, 12:25, 13:2, 13:5, 13:7, 13:19, 13:25, 14:11, 14:15, 14:23, 15:4, 15:6, 15:10, 15:19, 15:22, 15:24, 16:2, 16:4, 16:13, 17:2, 17:12, 17:16, 17:21, 17:23, 18:2, 18:7, 18:15, 19:9, 19:17, 19:19, 19:22, 19:25, 20:3, 20:6, 20:12, 20:15, 20:25, 21:3, 21:8, 21:15, 21:17, 23:13, 23:23, 24:12, 24:24, 25:1, 25:13, 25:20, 25:24, 26:4, 26:8, 26:15, 26:21, 26:23, 27:2, 27:5, 27:8, 27:11, 27:14, 27:18, 27:20, 28:2, 28:6, 28:20, 28:24, 29:3, 29:7, 29:11, 29:13, 29:16, 29:20, 29:23, 30:5, 30:8, 30:10, 30:20, 31:7, 31:12, 31:15, 31:19, 32:11, 32:23, 33:8, 33:12, 33:17, 33:20, 33:24, 34:5, 34:22, 36:6, 37:13, 37:16, 37:19,

37:24, 43:6, 43:8, 43:15, 43:19, 44:11, 56:4, 96:13, 96:17, 97:1, 97:4
**court's** [2] - 40:3, 41:4
**Court's** [2] - 10:18, 13:17
**courtesy** [2] - 61:15, 63:18
**courtroom** [2] - 36:20, 53:15
**COURTROOM** [2] - 2:2, 2:8
**cover** [1] - 97:16
**covered** [3] - 23:8, 52:19, 55:21
**crash** [3] - 8:17, 47:14, 55:6
**create** [2] - 22:18, 80:14
**created** [5] - 57:10, 64:20, 64:21, 78:9, 84:3
**creates** [1] - 67:6
**creating** [1] - 83:13
**credibility** [3] - 3:25, 10:17, 10:19
**credit** [1] - 6:12
**crime** [4] - 4:4, 21:19, 47:15, 48:3
**crimes** [17] - 4:23, 16:12, 16:17, 16:20, 16:25, 17:11, 17:13, 17:17, 18:5, 18:14, 18:16, 18:18, 19:1, 19:25, 20:9, 55:15, 82:16
**Criminal** [5] - 1:2, 2:3, 2:9, 3:20, 3:23
**criminal** [10] - 19:8, 19:15, 42:15, 42:23, 42:24, 47:1, 57:2, 57:3, 58:1, 58:9
**CRISP** [1] - 1:22
**Crisp** [2] - 2:5, 2:11
**critical** [4] - 57:17, 58:22, 67:11, 85:7
**critically** [1] - 67:22
**cross** [4] - 39:6, 48:22, 64:11, 90:5
**cross-examination** [1] - 64:11
**crosswise** [1] - 35:1
**Cuini** [1] - 35:12
**Cuinis** [1] - 35:6
**custody** [6] - 65:12, 77:22, 78:3, 78:21, 79:25, 81:5
**cutting** [1] - 50:5

5

# D

**D.C** [17] - 1:5, 4:6, 4:8, 36:10, 37:21, 38:16, 38:17, 38:23, 38:25, 39:1, 39:7, 39:13, 39:19, 40:3, 40:19, 40:20, 41:3
**dad** [1] - 79:16
**damage** [1] - 65:22
**dangerous** [1] - 46:17
**Dated** [1] - 97:23
**dates** [2] - 64:17, 79:5
**DAVILA** [1] - 97:18
**Davila** [1] - 97:24
**days** [4] - 45:6, 64:4, 64:24, 91:8
**DC** [1] - 1:13
**de** [1] - 77:5
**DEA** [5] - 10:1, 10:3, 61:15, 64:3, 64:24
**DEA's** [1] - 10:2
**deal** [4] - 83:16, 83:17, 84:10, 91:21
**dealing** [3] - 37:9, 41:19, 42:20
**death** [4] - 12:16, 62:25, 75:16, 76:15
**debriefs** [3] - 64:7, 66:21, 77:24
**debris** [1] - 68:20
**debts** [1] - 46:8
**decade** [1] - 47:1
**December** [2] - 64:18
**decide** [3] - 16:22, 18:3, 18:4
**deciding** [5] - 18:22, 24:5, 25:3, 26:12, 39:14
**decision** [5] - 20:17, 21:10, 40:3, 59:19, 92:14
**decision-making** [2] - 20:17, 21:10
**defendant** [153] - 4:11, 4:18, 5:8, 5:9, 5:12, 5:13, 5:15, 5:23, 5:25, 6:5, 6:8, 6:10, 6:12, 6:17, 6:19, 6:22, 7:4, 7:5, 7:8, 7:11, 7:13, 7:17, 7:19, 7:20, 7:24, 8:2, 8:6, 8:8, 8:9, 8:11, 9:3, 9:17, 9:18, 9:20, 9:22, 9:24, 10:2, 10:4, 18:13, 18:25, 25:16, 28:18, 32:22, 33:5, 34:7, 35:3, 36:13, 36:20, 36:22, 37:1, 37:3, 37:10,

38:8, 39:20, 39:22, 40:1, 41:16, 41:23, 42:11, 42:14, 42:20, 42:23, 43:25, 44:22, 44:25, 45:3, 45:7, 45:9, 45:10, 45:12, 45:17, 45:20, 45:23, 46:3, 46:4, 46:7, 46:9, 46:12, 46:15, 46:21, 46:22, 47:4, 47:5, 47:15, 47:19, 47:25, 48:10, 48:14, 48:16, 48:19, 48:21, 48:24, 49:2, 49:4, 49:8, 49:9, 49:11, 49:19, 50:1, 50:2, 50:4, 50:6, 50:8, 50:11, 50:12, 50:14, 50:15, 50:16, 50:18, 50:20, 50:25, 51:1, 51:3, 51:5, 51:9, 51:12, 51:13, 51:22, 51:24, 52:3, 52:5, 52:10, 52:18, 52:20, 52:24, 52:25, 53:6, 53:8, 53:12, 53:16, 53:24, 54:1, 54:5, 54:7, 54:12, 54:17, 54:19, 54:23, 55:7, 55:12, 55:14, 55:19, 55:21, 56:21, 57:6, 71:17, 85:9, 93:3, 93:11
**Defendant** [4] - 1:5, 16:11, 17:10, 17:17
**DEFENDANT** [1] - 1:15
**defendant's** [32] - 5:5, 5:18, 5:21, 6:3, 7:1, 7:14, 8:5, 8:13, 9:2, 10:9, 10:24, 11:3, 11:7, 23:10, 38:4, 38:5, 39:17, 40:4, 41:13, 44:18, 44:23, 45:11, 47:1, 47:10, 47:12, 50:23, 52:10, 53:3, 53:14, 53:20, 53:22, 93:8
**defendants** [7] - 36:17, 36:19, 40:21, 40:22, 40:25, 41:7, 41:17
**defense** [12] - 3:5, 12:25, 13:5, 13:19, 14:7, 15:4, 15:22, 16:2, 37:25, 43:6, 58:3, 58:5
**defies** [1] - 47:8
**definitely** [2] - 21:16, 89:5

**definitions** [1] - 30:1
**deflects** [1] - 84:6
**deliberate** [1] - 51:11
**deliberations** [3] - 44:4, 92:7, 97:8
**deliver** [1] - 50:11
**delivered** [2] - 49:18, 52:6
**delivery** [1] - 6:24
**demeanor** [9] - 60:9, 60:11, 68:15, 68:24, 70:3, 70:8, 80:5, 82:14, 82:18
**demonstrate** [4] - 22:17, 22:22, 40:15, 54:23
**demonstrated** [3] - 34:17, 40:6, 92:21
**denial** [1] - 3:15
**denied** [1] - 11:8
**denying** [1] - 3:19
**department** [1] - 75:13
**Department** [1] - 1:12
**depended** [1] - 38:21
**deposition** [2] - 6:7, 77:17
**DEPUTY** [2] - 2:2, 2:8
**derives** [1] - 39:11
**deserved** [1] - 62:6
**desperate** [3] - 81:12, 81:21, 82:12
**despite** [2] - 10:15, 40:4
**destructive** [7] - 4:19, 4:22, 10:13, 12:1, 55:2, 55:5, 55:8
**determine** [2] - 16:19, 51:15
**determining** [5] - 18:19, 24:15, 25:7, 36:12, 38:18
**developed** [1] - 90:3
**device** [2] - 12:1, 55:2
**devices** [5] - 4:20, 4:22, 10:13, 55:5, 55:8
**died** [1] - 76:20
**Diego** [3] - 1:17, 1:20, 89:4
**diesel** [1] - 78:17
**difference** [1] - 15:13
**different** [11] - 31:13, 34:24, 35:7, 35:9, 35:21, 37:20, 41:25, 42:15, 42:16, 46:25, 47:2
**difficult** [2] - 92:6, 92:14
**diluting** [1] - 50:5
**dinner** [1] - 74:13

**dire** [1] - 12:13
**direct** [3] - 7:15, 80:19, 91:9
**directly** [2] - 30:22, 84:21
**director** [1] - 7:21
**disassembled** [1] - 97:21
**discuss** [3] - 5:8, 50:13, 84:16
**discussed** [2] - 10:5, 37:8
**discussing** [1] - 79:17
**discussion** [4] - 78:10, 90:19, 91:5, 91:11
**discussions** [1] - 36:25
**dispatch** [1] - 76:12
**dispatching** [1] - 60:22
**displayed** [2] - 45:15, 53:21
**disprove** [2] - 79:22, 79:23
**distinct** [1] - 40:7
**distribute** [15] - 4:13, 37:11, 39:22, 40:7, 40:9, 41:9, 46:3, 47:20, 48:11, 48:15, 59:5, 85:23, 87:13, 92:9, 92:10
**distributed** [3] - 40:13, 55:12, 87:9
**distributing** [4] - 50:3, 50:6, 50:7, 86:10
**distribution** [17] - 16:21, 39:8, 39:11, 40:16, 40:22, 42:5, 56:13, 81:17, 86:16, 86:19, 89:11, 89:14, 90:10, 91:11, 93:4, 93:17, 93:19
**district** [1] - 38:12
**DISTRICT** [3] - 1:1, 1:1, 1:8
**divisions** [1] - 27:22
**divvying** [1] - 79:1
**docketed** [1] - 38:6
**Document** [1] - 36:8
**documentary** [1] - 10:24
**documents** [1] - 64:25
**dollar** [2] - 61:13, 88:1
**dollars** [6] - 46:16, 49:17, 49:22, 63:20, 87:2, 87:3
**done** [12] - 7:25, 24:22, 27:11, 31:2, 45:5, 46:20, 55:21,

58:19, 67:1, 74:25, 84:22, 87:15
**doubt** [34] - 4:5, 4:11, 11:7, 18:8, 18:12, 18:20, 24:16, 25:8, 48:6, 48:7, 48:14, 50:20, 52:24, 56:12, 56:17, 57:8, 58:12, 58:13, 58:14, 58:17, 58:19, 58:20, 58:21, 59:8, 67:6, 75:25, 89:6, 90:20, 92:23, 94:1, 95:14, 96:3
**doubts** [3] - 66:14, 96:2
**down** [11] - 6:12, 7:24, 8:14, 9:9, 46:13, 54:10, 64:4, 67:16, 83:18, 83:24, 84:10
**downing** [2] - 8:20, 9:15
**dozen** [1] - 74:23
**draft** [4] - 2:25, 3:1, 3:2, 16:5
**drafted** [1] - 23:17
**dramatically** [1] - 45:12
**draw** [1] - 3:25
**drawing** [1] - 10:9
**drive** [1] - 69:4
**drives** [1] - 68:1
**dropping** [3] - 49:1, 86:15, 86:21
**drove** [1] - 49:17
**drug** [38] - 4:20, 4:23, 5:8, 6:3, 6:15, 6:18, 10:5, 10:10, 10:24, 34:13, 39:8, 40:2, 40:16, 40:21, 41:6, 41:19, 41:20, 42:20, 44:21, 45:4, 45:17, 46:8, 46:9, 48:16, 49:22, 50:21, 51:13, 52:16, 52:21, 52:22, 55:19, 63:13, 64:9, 81:17, 89:19, 89:21, 90:19, 94:19
**drug-dealing** [1] - 41:19
**drugs** [37] - 8:4, 37:14, 39:11, 40:23, 42:1, 42:6, 42:7, 44:19, 45:1, 45:21, 46:3, 46:17, 46:22, 47:4, 47:11, 48:1, 48:12, 48:15, 48:20, 48:22, 48:23, 49:20, 49:23, 55:13, 56:16, 77:19, 86:2, 86:6, 86:10, 87:9, 87:12, 87:18,

6

87:21, 88:10, 89:1, 89:5, 89:23
**duffle** [1] - 68:21
**during** [12] - 4:20, 5:9, 7:20, 34:18, 34:21, 35:20, 36:1, 52:21, 67:3, 71:15, 87:10, 94:24
**dying** [1] - 67:20

### E

**early** [1] - 45:6
**earned** [1] - 63:21
**earphone** [1] - 2:7
**easy** [2] - 11:13, 75:15
**ECF** [2] - 38:6, 38:7
**eight** [1] - 80:1
**either** [5] - 14:1, 15:18, 27:7, 52:20, 69:21
**EI** [8] - 8:9, 28:19, 41:17, 44:22, 71:8, 75:14, 75:17, 89:4
**element** [6] - 48:5, 48:9, 49:25, 50:17, 52:20, 57:7
**elements** [7] - 4:4, 11:6, 32:1, 32:14, 32:15, 48:5, 52:17
**elicited** [1] - 11:18
**ELIZABETH** [1] - 97:18
**Elizabeth** [2] - 1:23, 97:24
**Elpidio** [8] - 5:1, 5:22, 44:24, 63:10, 64:19, 89:16, 90:4, 94:24
**email** [1] - 3:8
**Email** [4] - 1:14, 1:14, 1:18, 1:21
**embellishing** [1] - 78:19
**emblazoned** [1] - 8:23
**empire** [5] - 8:7, 22:18, 44:16, 49:4, 87:2
**Encira** [1] - 5:3
**encompasses** [1] - 34:12
**end** [1] - 23:20
**ended** [2] - 36:3, 63:17
**ends** [1] - 41:1
**enemy** [1] - 60:25
**enforcement** [7] - 8:15, 42:21, 51:11, 53:2, 54:20, 72:12, 87:16
**enforcer** [1] - 51:5

**engage** [1] - 17:19
**engaged** [13] - 16:11, 16:17, 16:25, 17:11, 17:17, 18:13, 18:17, 18:25, 21:23, 35:13, 35:23, 37:10, 59:5
**engaging** [1] - 22:8
**English** [4] - 14:1, 14:16, 14:17, 14:25
**enhanced** [1] - 12:11
**enter** [1] - 3:21
**entire** [3] - 45:14, 71:7, 73:21
**entirely** [2] - 68:18, 94:15
**entirety** [1] - 61:12
**entry** [1] - 86:3
**equipment** [1] - 5:12
**essential** [2] - 4:4, 11:6
**establish** [2] - 20:23, 42:19
**established** [2] - 39:2, 41:13
**et** [4] - 18:9, 18:20, 18:21
**Europe** [3] - 89:17, 89:23, 90:8
**evade** [1] - 46:11
**evaluate** [8] - 10:18, 46:23, 58:21, 59:1, 59:17, 61:16, 62:22, 85:21
**evaluating** [1] - 48:8
**evening** [1] - 3:1
**event** [6] - 83:22, 84:7, 93:20, 94:6, 95:7, 95:19
**evidence** [90] - 3:22, 3:25, 4:2, 4:9, 10:22, 10:23, 10:24, 10:25, 11:2, 12:8, 13:10, 16:10, 16:14, 16:19, 17:10, 17:16, 18:4, 18:5, 18:13, 18:19, 18:21, 18:25, 19:12, 19:14, 19:25, 20:8, 20:21, 22:15, 22:17, 23:10, 23:19, 24:5, 24:15, 25:2, 25:7, 26:11, 28:19, 31:4, 34:16, 35:3, 35:17, 36:2, 36:12, 38:2, 38:14, 40:6, 40:20, 40:22, 41:7, 42:3, 42:13, 42:19, 47:16, 48:8, 51:18, 54:24, 55:2, 55:24, 56:1, 56:20, 56:23, 56:25, 57:18, 57:20, 58:7,

58:23, 63:1, 67:1, 71:19, 71:21, 72:1, 72:23, 81:10, 85:25, 86:2, 86:24, 87:5, 87:11, 88:21, 88:22, 89:12, 89:13, 90:22, 92:17, 92:21, 93:16, 93:21, 94:1
**evidentiary** [1] - 38:9
**evolved** [1] - 44:23
**exact** [1] - 46:10
**exactly** [6] - 43:10, 44:5, 54:23, 65:6, 94:3, 95:13
**examination** [1] - 64:11
**exceeds** [2] - 51:18, 52:14
**excellent** [1] - 91:9
**except** [1] - 31:22
**excuse** [2] - 44:3, 61:4
**excused** [2] - 97:10, 97:13
**executed** [1] - 95:2
**Exhibit** [3] - 68:6, 91:3, 91:4
**exhibits** [1] - 94:11
**existed** [6] - 18:8, 18:12, 35:22, 48:10, 80:15, 84:24
**existence** [4] - 38:14, 39:3, 40:6, 40:15
**expanded** [1] - 45:12
**expensive** [1] - 91:10
**experienced** [6] - 66:17, 70:24, 71:15, 72:20, 83:24, 90:13
**expert** [1] - 74:8
**explain** [6] - 3:15, 48:4, 80:8, 84:6, 90:16, 91:13
**explained** [1] - 6:2
**explaining** [1] - 7:25
**explains** [1] - 79:10
**explanation** [4] - 3:19, 64:21, 65:5, 69:14
**extensive** [2] - 42:22, 42:24
**extra** [1] - 3:7
**extradition** [1] - 65:14
**extreme** [1] - 55:13
**extremely** [1] - 85:16
**extrinsic** [1] - 17:4
**eyes** [1] - 60:12

### F

**F.3d** [12] - 4:6, 36:10, 38:15, 38:16, 38:23, 38:24, 39:1, 39:6,

40:11, 41:1, 41:11
**F.4th** [1] - 4:7
**facilitated** [1] - 6:23
**facilitating** [1] - 63:15
**facing** [3] - 61:7, 79:24, 81:18
**fact** [11] - 4:1, 4:3, 10:15, 11:5, 40:14, 50:3, 58:5, 62:11, 64:20, 65:10, 95:11
**factors** [3] - 36:11, 38:18, 41:14
**facts** [4] - 31:3, 57:23, 72:9, 73:11
**failed** [1] - 40:14
**fair** [3] - 34:16, 92:16, 92:20
**fairly** [2] - 11:13, 42:10
**fairytale** [1] - 44:17
**fall** [2] - 35:1, 44:5
**false** [3] - 63:21, 63:23, 77:4
**family** [1] - 8:1
**fantasy** [8] - 67:14, 67:15, 71:3, 71:4, 71:23, 74:17, 76:13, 76:21
**far** [2] - 51:18, 52:13
**fast** [1] - 80:10
**fateful** [1] - 54:11
**father** [31] - 5:8, 5:12, 5:16, 6:18, 6:19, 6:22, 7:9, 7:13, 7:17, 7:24, 35:4, 37:1, 37:3, 37:10, 41:17, 42:12, 44:22, 45:1, 45:3, 45:11, 45:23, 46:15, 48:15, 48:21, 50:14, 50:21, 51:23, 52:3, 64:12, 83:5
**favorable** [3] - 4:2, 4:10, 11:4
**FBI** [3] - 70:11, 72:18, 72:22
**FCRR** [3] - 1:23, 97:18, 97:24
**fear** [1] - 72:18
**federal** [4] - 68:14, 69:8, 69:15, 83:21
**Federal** [5] - 3:20, 3:23, 9:6, 46:14, 79:17
**fell** [1] - 9:8
**felon** [1] - 77:3
**fentanyl** [7] - 16:22, 23:22, 37:14, 49:4, 49:12, 49:13, 91:6
**few** [2] - 64:4, 82:23
**fictional** [1] - 78:9
**field** [2] - 68:20, 76:16

**fight** [4] - 9:14, 57:11, 57:14, 90:2
**fight-or-flight** [1] - 57:11
**fighters** [1] - 8:24
**figure** [1] - 43:10
**filled** [1] - 49:17
**final** [6] - 2:25, 12:19, 27:21, 28:11, 44:2, 97:12
**finally** [1] - 10:11
**financing** [1] - 63:12
**fine** [12] - 12:10, 14:22, 17:15, 18:1, 19:18, 24:20, 24:22, 27:10, 29:2, 29:3, 30:4, 30:18, 33:3
**finish** [1] - 96:24
**fire** [3] - 9:14, 94:4
**firearm** [12] - 9:19, 12:9, 46:12, 52:16, 52:21, 52:22, 52:25, 53:9, 53:10, 54:15, 54:16, 93:4
**firearms** [13] - 4:19, 4:22, 10:13, 11:19, 46:9, 46:10, 47:5, 53:13, 53:25, 54:9, 54:14, 54:18, 59:10
**firecrackers** [1] - 70:17
**fired** [5] - 70:21, 94:10, 94:12, 94:17
**first** [23] - 2:15, 3:14, 6:21, 18:4, 19:6, 21:6, 43:24, 48:9, 52:18, 54:14, 56:18, 57:3, 60:6, 70:21, 75:3, 82:21, 82:25, 86:8, 93:8, 94:4, 94:5, 94:17, 96:14
**firsthand** [2] - 44:20, 95:16
**fit** [1] - 68:9
**five** [8] - 8:3, 31:25, 54:1, 54:2, 54:3, 55:16, 91:8
**fixed** [1] - 60:12
**flee** [1] - 9:19
**flight** [2] - 57:11, 57:15
**flip** [1] - 12:19
**Floor** [2] - 1:16, 1:19
**focus** [1] - 16:7
**follow** [2] - 67:21, 95:25
**followed** [1] - 35:4
**follows** [1] - 96:16
**footnotes** [1] - 27:24
**FOR** [3] - 1:1, 1:10,

7

1:15
**forceful** [1] - 13:17
**foregoing** [1] - 97:18
**foreseeable** [6] -
   21:12, 21:24, 32:21,
   32:25, 33:5, 53:12
**forget** [1] - 53:18
**forgot** [1] - 65:20
**form** [9] - 3:2, 3:8,
   11:11, 11:13, 12:13,
   32:13, 51:15, 54:13,
   55:9
**formed** [1] - 45:11
**former** [7] - 5:6, 5:22,
   6:14, 7:7, 9:16,
   60:15, 60:25
**fortune** [1] - 61:13
**forward** [2] - 2:13,
   35:16
**fought** [1] - 82:23
**four** [2] - 31:25, 67:20
**fraction** [1] - 51:23
**frankly** [1] - 4:11
**free** [2] - 23:11, 76:24
**freight** [1] - 91:9
**front** [3] - 43:11,
   47:13, 53:15
**fuel** [1] - 78:17
**full** [4] - 46:14, 74:24,
   97:6, 97:19
**fully** [1] - 65:22
**furtherance** [8] - 4:23,
   32:24, 52:16, 52:22,
   53:11, 56:15, 59:13,
   95:7
**furtively** [1] - 25:10

### G

**gain** [1] - 79:24
**garnish** [2] - 71:12,
   74:4
**Gary** [1] - 84:20
**gathered** [1] - 68:10
**gauging** [1] - 44:6
**general** [1] - 34:25
**generally** [1] - 39:9
**generation** [1] - 45:3
**gentlemen** [4] - 43:19,
   55:10, 55:23, 97:4
**given** [6] - 7:24, 10:23,
   13:10, 17:3, 34:2,
   64:22
**goal** [11] - 36:14, 37:7,
   37:13, 37:17, 38:20,
   40:23, 41:24, 42:6,
   48:1, 65:12, 81:14
**goals** [1] - 42:10
**godfather** [2] - 72:6,
   72:7

**gold** [5] - 68:13, 69:8,
   69:9, 69:10, 69:13
**Gomez** [24] - 5:3, 7:16,
   8:8, 9:3, 9:14, 46:1,
   49:3, 49:16, 50:9,
   52:1, 53:5, 67:7,
   67:19, 67:25, 68:19,
   69:4, 69:16, 69:17,
   72:25, 73:1, 75:3,
   86:22, 87:1, 87:6
**Gonzalez** [14] - 2:4,
   2:10, 10:4, 16:11,
   17:10, 17:17, 18:17,
   24:6, 24:17, 25:3,
   25:9, 26:13, 31:3,
   56:10
**GONZALEZ** [1] - 1:4
**Googles** [1] - 72:16
**Googling** [1] - 73:10
**government** [77] -
   2:15, 3:3, 4:3, 4:10,
   4:25, 11:5, 11:14,
   12:23, 13:3, 13:8,
   15:2, 15:19, 15:25,
   17:7, 18:7, 18:11,
   18:20, 23:1, 23:3,
   23:9, 24:15, 25:8,
   28:15, 29:9, 32:17,
   33:21, 34:1, 35:18,
   36:6, 41:12, 41:16,
   43:24, 43:25, 44:9,
   47:24, 48:5, 56:11,
   56:21, 57:7, 58:8,
   59:15, 60:23, 62:13,
   63:19, 64:15, 65:17,
   66:3, 66:12, 67:7,
   68:4, 71:18, 71:25,
   72:8, 74:8, 75:19,
   76:2, 76:11, 76:23,
   78:1, 79:6, 81:7,
   81:23, 82:10, 84:24,
   85:5, 86:5, 86:23,
   88:21, 89:8, 90:6,
   91:13, 92:8, 92:22,
   93:1, 93:25, 95:14,
   95:24
**Government** [1] - 91:4
**government's** [13] -
   38:4, 43:8, 57:18,
   58:3, 58:23, 58:24,
   67:11, 68:5, 69:14,
   83:20, 84:14, 93:21,
   94:11
**Government's** [3] -
   68:6, 91:3
**Graham** [2] - 38:16,
   41:3
**grams** [4] - 4:14,
   51:16, 51:20, 51:23
**grand** [1] - 28:12

**graver** [1] - 58:15
**great** [3] - 11:15, 31:6,
   97:9
**greater** [2] - 55:12
**green** [1] - 49:10
**greetings** [1] - 48:18
**grenade** [3] - 46:13,
   54:19, 55:7
**grenades** [2] - 47:12,
   55:7
**ground** [1] - 55:16
**group** [4] - 8:10,
   40:13, 41:17, 41:19
**grove** [1] - 76:17
**grâce** [1] - 77:5
**Guadalajara** [2] -
   45:19, 67:20
**guards** [2] - 5:10, 8:11
**Gucci** [1] - 88:2
**guess** [2] - 26:2, 63:16
**guilt** [1] - 4:11
**guilty** [14] - 51:13,
   52:18, 54:12, 56:1,
   56:10, 56:11, 57:23,
   59:12, 63:16, 81:17,
   84:9, 92:13, 96:4,
   96:10
**Gulf** [3] - 77:21, 78:12,
   89:10
**gun** [4] - 8:2, 11:25,
   12:8, 12:12
**gunman** [1] - 53:16
**gunmen** [1] - 53:20
**guns** [6] - 9:4, 11:19,
   11:21, 44:19, 46:22,
   47:11
**Gutierrez** [4] - 38:24,
   39:19, 39:21, 40:1
**guy** [3] - 23:21, 65:2,
   75:16
**guys** [1] - 81:11

### H

**half** [4] - 5:19, 7:14,
   51:20, 68:2
**half-brother** [2] - 5:19,
   7:14
**halfway** [1] - 95:21
**hands** [1] - 55:17
**happily** [1] - 44:18
**happy** [1] - 62:6
**hard** [1] - 79:23
**hats** [1] - 53:23
**head** [5] - 24:23,
   32:20, 61:21, 76:7,
   80:1
**heading** [1] - 27:16
**headings** [1] - 27:23
**heads** [1] - 55:18

**health** [1] - 76:5
**hear** [7] - 8:20, 26:2,
   28:18, 44:15, 66:7,
   86:24, 94:8
**heard** [29] - 13:16,
   16:10, 16:20, 16:23,
   17:10, 17:16, 36:23,
   37:11, 44:16, 44:22,
   46:18, 46:25, 51:25,
   52:12, 54:4, 55:24,
   56:20, 59:16, 65:13,
   68:14, 70:19, 72:13,
   81:15, 81:17, 82:10,
   85:25, 87:13, 95:15,
   97:12
**heir** [1] - 44:15
**held** [2] - 40:20, 96:15
**helicopter** [24] - 6:13,
   7:12, 7:25, 8:14,
   8:17, 8:20, 9:7, 9:9,
   46:14, 47:14, 54:10,
   55:6, 64:4, 67:16,
   70:21, 78:7, 82:20,
   83:5, 83:10, 83:16,
   83:23, 85:14, 93:20,
   95:10
**helicopter's** [1] - 9:15
**helicopters** [3] -
   83:18, 94:4, 94:17
**help** [5] - 45:21, 50:21,
   53:16, 54:1, 64:1
**helped** [3] - 6:6, 7:19,
   50:25
**hereby** [1] - 97:18
**HERMAN** [1] - 97:16
**Hermenio** [5] - 67:7,
   68:19, 85:2, 86:22,
   87:1
**Herminio** [13] - 5:3,
   7:16, 46:1, 49:3,
   49:7, 49:16, 50:9,
   52:1, 53:5, 72:25,
   73:1, 85:13, 87:5
**hesitate** [1] - 58:15
**high** [1] - 58:17
**highest** [1] - 58:11
**highlight** [5] - 13:20,
   13:23, 14:3, 14:6,
   14:15
**highlighted** [1] - 14:9
**himself** [9] - 5:10, 6:9,
   9:25, 45:8, 49:19,
   62:1, 64:16, 67:14,
   82:1
**hip** [1] - 35:3
**history** [2] - 63:13,
   77:3
**hitman** [1] - 51:2
**hold** [2] - 26:21, 96:1
**holding** [1] - 40:16

**holes** [1] - 76:8
**holiday** [1] - 48:18
**Holland** [1] - 90:11
**honest** [2] - 17:3,
   95:17
**Honor** [80] - 2:2, 2:9,
   2:11, 2:16, 2:21, 3:4,
   3:6, 3:10, 3:12,
   11:15, 11:16, 11:23,
   12:24, 13:1, 13:4,
   13:6, 13:9, 13:21,
   13:23, 14:13, 14:22,
   15:3, 15:5, 15:8,
   15:9, 15:21, 15:23,
   16:1, 16:3, 16:9,
   17:15, 17:25, 19:18,
   21:5, 22:25, 23:14,
   24:20, 24:25, 25:12,
   26:3, 26:7, 27:10,
   28:3, 28:16, 28:23,
   29:10, 29:12, 29:14,
   29:15, 29:18, 29:19,
   29:21, 29:22, 30:4,
   30:6, 30:7, 30:9,
   30:18, 31:10, 32:7,
   32:19, 33:11, 33:15,
   33:16, 33:18, 33:19,
   33:22, 33:23, 33:25,
   34:11, 35:8, 36:7,
   36:8, 37:23, 43:5,
   43:7, 43:14, 44:10,
   56:8, 96:23
**HONORABLE** [1] - 1:7
**hope** [1] - 84:15
**Hornok** [2] - 2:17,
   60:8
**HORNOK** [69] - 1:11,
   3:4, 11:15, 11:23,
   12:5, 12:15, 12:24,
   13:4, 13:9, 14:5,
   14:20, 15:3, 15:8,
   15:17, 15:21, 16:1,
   17:9, 17:19, 17:22,
   18:1, 18:6, 18:14,
   19:4, 19:16, 19:20,
   21:16, 21:18, 23:14,
   24:11, 24:21, 24:25,
   25:10, 25:15, 25:22,
   26:5, 26:11, 26:18,
   26:22, 26:24, 27:3,
   27:7, 27:12, 27:15,
   27:19, 28:1, 28:4,
   28:16, 29:2, 29:4,
   29:10, 29:14, 29:18,
   29:21, 30:3, 30:6,
   30:9, 30:19, 31:6,
   32:19, 33:3, 33:10,
   33:15, 33:18, 33:22,
   36:7, 37:15, 37:18,
   43:5, 43:13

8

hornok@usdoj.gov [1] - 1:14
hospital [2] - 51:7, 67:20
hour [1] - 97:6
hours [2] - 67:20, 68:3
Howell [2] - 48:4, 53:7
HOWELL [1] - 1:7
huge [1] - 7:18
hull [1] - 9:12
hundreds [1] - 63:20
hunt [1] - 95:1

**I**

ice [1] - 91:10
identified [6] - 5:25, 6:9, 8:19, 9:11, 9:25, 34:8
identifies [1] - 36:11
identify [3] - 2:14, 9:9, 13:14
identities [2] - 39:5, 63:23
identity [6] - 20:22, 22:5, 23:5, 24:8, 24:9, 25:5
ignorant [1] - 39:5
ignore [1] - 15:1
II [1] - 4:14
ill [2] - 77:22, 78:22
illegal [5] - 17:19, 37:14, 42:1, 42:7, 47:24
illiterate [2] - 71:6, 71:10
impartial [1] - 92:16
import [3] - 7:10, 41:25, 42:5
important [6] - 20:18, 21:10, 21:24, 22:4, 58:15, 84:7
importantly [6] - 8:25, 22:20, 23:18, 38:13, 53:7, 63:24
importation [5] - 42:3, 47:21, 81:18, 93:5, 95:8
imported [5] - 4:16, 39:23, 40:8, 48:12, 59:6
importing [2] - 42:8, 56:16
impossible [2] - 83:7, 83:11
imprisoned [1] - 54:7
inadmissible [1] - 13:10
incarcerated [2] - 6:11, 7:6

incident [4] - 9:22, 82:20, 93:10, 94:2
incidents [1] - 93:7
include [2] - 38:20, 89:14
included [1] - 7:17
includes [1] - 28:19
including [15] - 4:19, 4:22, 5:14, 10:25, 19:7, 27:24, 34:15, 41:15, 42:17, 53:14, 54:8, 68:5, 72:24, 81:23
inconsistencies [5] - 66:13, 67:23, 69:15, 85:14, 85:19
inconsistency [1] - 85:3
inconsistent [9] - 68:18, 68:25, 69:5, 71:2, 75:5, 79:9, 79:11, 85:7, 91:15
increasingly [1] - 55:13
incredible [2] - 69:14, 73:9
indicate [1] - 31:4
indicating [4] - 9:2, 46:11, 51:20, 53:1
indicted [1] - 28:13
indictment [5] - 11:20, 28:10, 41:7, 41:10, 41:20
indictments [1] - 28:9
individual [2] - 61:10, 88:20
individually [1] - 60:1
individuals [3] - 8:3, 34:14, 59:22
infer [1] - 30:23
inferences [1] - 4:1
informant [1] - 10:16
information [4] - 22:4, 51:10, 65:18, 95:20
informer [1] - 15:14
infrastructure [1] - 87:17
initials [3] - 8:23, 9:1, 9:4
injured [1] - 94:6
inner [2] - 48:18, 75:7
innocence [9] - 57:4, 57:9, 57:12, 57:16, 57:21, 57:22, 57:24, 72:3, 96:9
innocent [5] - 57:6, 57:8, 57:13, 57:24, 57:25
inside [1] - 11:1
insistent [1] - 72:5

installed [1] - 46:1
instance [1] - 74:11
instead [1] - 25:22
instruct [3] - 12:7, 41:5, 53:7
instructed [1] - 38:1
instruction [24] - 13:17, 13:22, 14:14, 16:23, 23:2, 23:11, 31:14, 31:20, 31:22, 31:25, 32:4, 32:7, 32:9, 32:13, 34:1, 36:5, 38:3, 38:5, 38:8, 38:9, 38:13, 39:16, 39:17, 40:4
instructions [22] - 2:25, 6:25, 12:19, 16:15, 19:13, 24:2, 27:21, 27:25, 28:11, 28:12, 28:25, 31:8, 31:18, 34:3, 43:23, 44:3, 57:5, 58:12, 59:14, 96:19, 97:8, 97:12
instructive [1] - 39:16
insufficient [1] - 3:22
intended [3] - 22:19, 48:19, 50:21
intendedly [1] - 56:12
intending [5] - 4:15, 40:8, 48:12, 50:18, 59:6
intent [19] - 20:21, 22:20, 22:21, 22:22, 23:4, 24:7, 25:4, 25:17, 26:13, 26:18, 30:14, 30:16, 30:21, 30:24, 31:4, 31:8, 39:23
intentionally [7] - 4:12, 4:18, 4:21, 67:1, 93:3, 93:5, 93:18
intercepted [2] - 10:3, 84:19
interdependence [3] - 36:15, 40:24, 42:9
interdicting [1] - 87:18
interest [1] - 14:5
interesting [3] - 9:21, 65:13, 84:4
interestingly [1] - 8:25
internet [2] - 72:16, 72:21
interpretation [1] - 57:20
Interpreters [3] - 1:22, 2:5, 2:11
interview [7] - 70:4,

70:6, 70:7, 75:12, 75:21, 75:22, 75:23
intimidate [3] - 54:16, 54:18, 60:14
intrinsic [2] - 17:4, 17:5
introduced [1] - 4:25
invades [1] - 16:24
investigate [2] - 88:18, 91:1
investigated [1] - 8:17
investigating [1] - 69:16
investigation [2] - 10:2, 88:17
investigations [1] - 88:13
involve [1] - 93:8
involved [15] - 10:2, 10:4, 38:21, 42:4, 51:15, 55:1, 64:9, 64:13, 64:14, 65:15, 78:13, 82:5, 85:9, 85:11
involvement [3] - 7:1, 7:18, 10:10
involves [1] - 12:12
involving [1] - 6:4
is.. [1] - 33:8
ISIS [1] - 72:23
issue [1] - 67:5
issues [1] - 76:5
items [2] - 8:24, 93:23
itself [4] - 12:4, 12:6, 40:14, 48:2
Ivan [5] - 9:6, 46:15, 54:10, 94:5, 95:16

**J**

J.R [5] - 5:20, 9:1, 47:16, 48:17, 53:4
Jackson [1] - 4:5
jail [6] - 77:18, 77:19, 78:22, 79:1, 85:16, 85:17
jailhouse [3] - 45:15, 77:14, 81:12
Jalisco [4] - 8:12, 9:1, 61:22, 72:18
JAN [1] - 1:19
jan@ronisandronis. com [1] - 1:21
Jesus [12] - 5:3, 7:7, 9:5, 48:24, 50:12, 51:8, 51:21, 53:5, 67:23, 72:24, 73:4, 81:16
Jimenez [1] - 2:19
John [1] - 10:11

joined [1] - 50:18
joint [1] - 38:6
joked [1] - 50:4
Jonathan [1] - 2:17
JONATHAN [1] - 1:11
jonathan [1] - 1:14
Jose [3] - 5:2, 6:14, 77:15
journal [1] - 71:7
JR [1] - 1:16
Juan [6] - 5:19, 9:16, 52:25, 54:18, 85:12, 86:14
Juarez [3] - 6:17, 80:18, 89:9
Judge [2] - 48:4, 53:7
judge [1] - 65:21
JUDGE [1] - 1:8
judges [1] - 27:21
judgment [1] - 3:21
judicial [1] - 58:11
judicially [1] - 57:10
jump [15] - 4:5, 4:6, 4:7, 19:11, 38:15, 38:17, 38:23, 38:24, 39:1, 39:6, 39:7, 40:11, 40:17, 41:1, 41:11
June [2] - 9:18, 93:9
Junior [3] - 5:20, 6:1, 45:9
juror [1] - 43:11
jurors [3] - 34:20, 44:3, 57:17
jury [35] - 4:10, 10:3, 12:13, 13:16, 16:19, 16:24, 19:13, 25:12, 27:17, 27:22, 27:25, 28:6, 28:10, 28:12, 28:18, 28:25, 30:2, 32:14, 32:16, 35:23, 37:25, 38:10, 41:5, 43:4, 43:12, 43:16, 44:4, 58:12, 59:14, 60:7, 84:16, 97:13
justice [47] - 57:2, 57:3, 58:1, 58:9
Justice [1] - 1:12

**K**

Kaitlin [1] - 2:17
KAITLIN [1] - 1:10
kaitlin.sahni@usdoj. gov [1] - 1:14
Kate [1] - 2:17
KATE [1] - 1:11
keep [4] - 19:9, 27:21, 74:3, 75:7
kept [2] - 70:10, 72:23

9

**Kevin** [1] - 10:1
**key** [1] - 10:20
**Kid** [1] - 91:7
**kidnap** [1] - 50:25
**kidnapped** [1] - 49:9
**kidnapping** [1] - 47:11
**kill** [6] - 8:1, 8:2, 46:7, 51:9, 62:12, 95:3
**killed** [5] - 8:3, 60:25, 71:9, 75:14, 75:18
**killer** [1] - 80:1
**killing** [1] - 60:16
**killings** [1] - 7:15
**kilo** [1] - 64:15
**kilogram** [4] - 6:4, 45:8, 51:21, 52:13
**kilograms** [6] - 4:13, 51:16, 51:22, 52:1, 52:2, 52:8
**kilos** [3] - 65:3, 74:20, 75:8
**kind** [8] - 13:12, 13:14, 13:15, 13:16, 54:9, 58:14, 68:24, 69:9
**kinds** [1] - 41:25
**kingpin** [1] - 63:22
**kitchens** [2] - 78:15, 78:16
**kneel** [1] - 55:16
**knit** [1] - 75:6
**knowing** [4] - 4:15, 30:22, 40:8, 48:11
**knowingly** [4] - 4:12, 4:18, 4:21, 56:12
**knowledge** [18] - 20:22, 21:21, 22:2, 22:5, 23:5, 24:8, 25:5, 25:17, 26:13, 26:18, 30:12, 30:16, 30:21, 30:24, 31:5, 39:23, 72:10, 72:19
**known** [3] - 8:8, 66:10, 73:6
**knows** [4] - 39:3, 39:10, 51:6, 75:17
**Kyle** [1] - 2:18

## L

**label** [3] - 56:19, 56:20, 88:7
**labeled** [1] - 88:8
**labeling** [1] - 88:9
**labs** [6] - 5:16, 7:8, 50:10, 50:16, 73:5, 86:19
**lack** [4] - 20:23, 22:13, 23:5, 27:1
**ladies** [4] - 43:19, 55:10, 55:23, 97:4

**laid** [2] - 32:8, 32:14
**Language** [1] - 1:22
**language** [6] - 11:25, 16:6, 23:7, 23:16, 33:9, 33:10
**large** [2] - 42:14, 42:22
**large-scale** [1] - 42:14
**largely** [1] - 95:19
**larger** [1] - 39:3
**last** [18] - 18:10, 18:24, 20:4, 20:13, 20:14, 24:14, 24:18, 25:1, 33:20, 44:16, 58:9, 76:6, 78:6, 81:15, 83:1, 83:8
**laughed** [1] - 63:7
**laughing** [1] - 63:7, 82:15, 82:17
**launcher** [2] - 54:19, 55:7
**laundering** [2] - 40:11, 81:18
**law** [15] - 8:15, 13:11, 17:3, 34:23, 37:21, 38:11, 51:11, 53:1, 54:20, 59:25, 72:12, 87:16, 92:13, 92:15, 92:16
**lay** [1] - 24:2
**laying** [1] - 31:25
**lead** [1] - 51:2
**leader** [13] - 5:5, 5:6, 5:22, 20:11, 20:17, 21:9, 21:20, 21:21, 22:3, 23:8, 47:6, 77:21, 78:12
**leaders** [1] - 42:16
**leadership** [1] - 23:10
**leading** [3] - 22:6, 22:12, 22:14
**learn** [2] - 45:4, 71:6
**learned** [1] - 86:15
**least** [5] - 5:24, 20:18, 21:10, 38:22, 48:10, 55:9, 78:14, 94:13
**leave** [1] - 93:24
**lectern** [2] - 2:13, 43:9
**ledgers** [2] - 6:1, 45:7
**left** [4] - 47:15, 74:14, 76:16, 76:17
**leg** [1] - 76:7
**legend** [2] - 95:11, 95:12
**less** [3] - 49:2, 62:6, 89:25
**letters** [1] - 71:7
**level** [1] - 42:11
**levels** [1] - 55:13
**liability** [2] - 21:25,

31:11
**liar** [1] - 76:4
**liars** [1] - 59:18
**lie** [9] - 74:2, 77:10, 77:11, 77:12, 79:21, 79:22, 82:19, 83:6, 84:4
**lied** [14] - 61:4, 61:5, 71:5, 73:12, 76:2, 76:3, 76:25, 77:6, 77:9, 82:3, 82:7, 82:8, 83:11, 84:3
**lies** [1] - 71:22
**life** [7] - 58:16, 59:19, 61:7, 63:16, 77:22, 81:18, 81:21
**light** [3] - 4:2, 4:9, 11:4
**likewise** [4] - 10:8, 13:25, 14:24, 40:19
**limited** [6] - 18:19, 18:22, 20:8, 24:5, 25:2, 26:12
**limiting** [2] - 13:24, 16:14
**limpia** [1] - 80:6
**line** [12] - 18:10, 20:13, 21:13, 24:14, 24:18, 25:1, 31:1, 69:2, 69:5, 91:4, 91:18
**linked** [1] - 36:16
**list** [4] - 23:17, 25:23, 63:22
**listed** [1] - 31:22
**listen** [2] - 26:9, 60:4, 62:15
**live** [3] - 91:24, 92:2, 92:3
**lives** [2] - 44:17, 55:20
**living** [3] - 61:10, 71:3, 74:17
**load** [1] - 22:11
**loads** [1] - 7:18
**loan** [2] - 59:21, 59:22
**Lobo** [3] - 36:25, 65:20, 85:9
**location** [1] - 8:19
**logistics** [1] - 74:22
**long-term** [2] - 42:23, 42:24
**look** [25] - 23:21, 31:19, 35:10, 57:25, 60:12, 62:22, 64:7, 64:17, 66:2, 68:15, 70:3, 70:25, 73:9, 79:12, 79:24, 82:14, 83:22, 84:9, 85:6, 85:20, 90:18, 90:21, 90:22, 91:3

**looked** [1] - 57:23
**looking** [5] - 58:24, 76:18, 77:22, 93:7, 94:11
**looks** [2] - 11:15, 76:5
**Lopesierra** [3] - 38:24, 39:21, 40:1
**lopesierra** [1] - 39:19
**Lopesierra-Gutierrez** [3] - 38:24, 39:21, 40:1
**lopesierra-gutierrez** [1] - 39:19
**LORRAINE** [1] - 97:16
**Los** [1] - 35:5
**Loth** [1] - 1:23
**Louis** [1] - 88:1
**lucrative** [2] - 61:21, 89:17
**lunch** [5] - 44:5, 96:18, 97:6, 97:7, 97:10
**luncheon** [1] - 97:13
**lunches** [1] - 97:5
**lying** [4] - 61:6, 69:17, 74:3, 83:12

## M

**M.V** [2] - 9:4, 48:17
**machine** [1] - 75:20
**Mafia** [1] - 45:2
**magazine** [1] - 8:23
**maintain** [2] - 45:24, 46:5
**maintained** [1] - 6:1
**makeup** [1] - 57:11
**man** [3] - 44:25, 46:5, 78:18
**mango** [2] - 76:16, 76:17
**manipulated** [1] - 64:24
**manipulative** [2] - 74:2, 84:13
**manner** [1] - 97:22
**MANUELA** [1] - 1:22
**Manuela** [2] - 2:5, 2:11
**manufacture** [1] - 42:4
**manufacturing** [1] - 16:21
**Manzanillo** [1] - 51:1
**map** [2] - 8:12, 8:25
**March** [2] - 83:2, 83:8
**marijuana** [1] - 16:22
**marine** [1] - 46:14
**Mario** [4] - 5:2, 6:7, 54:6, 85:15

**Mark** [1] - 95:21
**market** [1] - 92:5
**marketing** [2] - 56:22, 87:24
**Marrufo** [12] - 5:3, 6:14, 6:21, 6:23, 7:3, 51:9, 54:6, 77:15, 79:3, 79:7, 79:12, 85:16
**MARTIN** [1] - 1:22
**Martin** [2] - 2:5, 2:12
**matter** [3] - 2:12, 15:15, 94:19
**mattered** [1] - 59:20
**matters** [1] - 58:15
**maximize** [2] - 91:18, 91:20
**maximum** [1] - 61:7
**mean** [17] - 11:17, 14:5, 14:19, 17:4, 21:3, 23:23, 23:25, 27:20, 31:19, 33:3, 34:6, 37:16, 73:17, 75:15, 80:11, 80:25, 84:13
**means** [4] - 24:9, 42:17, 54:15, 57:5, 57:13, 57:16, 57:17, 57:20, 60:18
**meanwhile** [1] - 10:1
**medical** [1] - 75:20
**meet** [3] - 66:23, 67:2, 78:24
**meeting** [6] - 6:17, 6:21, 79:20, 80:14, 80:15, 85:15
**meetings** [6] - 5:7, 5:9, 45:4, 78:23, 79:10, 85:10
**member** [4] - 7:7, 40:1, 51:7, 62:12
**members** [3] - 34:15, 35:16, 73:20
**membership** [1] - 41:13
**men** [5] - 52:1, 55:16, 55:18, 68:11, 93:15
**Menchito** [5] - 5:21, 8:9, 9:24, 53:4, 85:13, 93:13
**Mencho** [21] - 5:8, 7:22, 9:5, 35:12, 41:17, 44:22, 46:1, 48:15, 67:17, 67:24, 70:23, 71:8, 72:5, 72:6, 74:1, 80:17, 83:18, 85:12, 85:13, 95:1, 95:3
**Mencho's** [2] - 6:24, 84:20

10

**mens** [1] - 30:14
**mental** [1] - 76:5
**mention** [7] - 12:3, 28:10, 30:15, 31:8, 65:19, 65:20, 79:13
**mentioned** [3] - 12:5, 30:12, 83:16
**mentions** [1] - 65:16
**merges** [1] - 34:22
**message** [1] - 52:9
**messages** [10] - 10:3, 47:10, 49:7, 49:15, 50:24, 52:5, 53:25, 84:19, 84:23, 90:18
**met** [7] - 47:2, 50:12, 64:24, 73:5, 75:3, 79:16, 82:21
**Meta** [1] - 81:9
**meth** [6] - 7:8, 37:14, 73:2, 77:3, 80:17, 86:14
**methamphetamine** [22] - 4:14, 5:16, 5:17, 7:9, 35:18, 37:8, 37:12, 42:2, 47:21, 48:11, 48:25, 49:1, 50:3, 50:9, 50:11, 50:13, 51:17, 51:19, 51:24, 56:14, 59:6, 80:24
**meticulously** [1] - 32:12
**Mexican** [20] - 6:11, 6:13, 7:3, 8:15, 8:16, 9:16, 46:13, 53:1, 54:10, 54:20, 68:14, 69:8, 69:15, 75:18, 75:19, 83:21, 93:12, 94:16, 94:25, 95:5
**Mexico** [10] - 9:17, 54:7, 62:24, 62:25, 72:12, 87:5, 88:14, 88:16, 92:10, 93:9
**middle** [1] - 27:23
**might** [11] - 10:16, 13:11, 16:20, 22:10, 58:19, 63:14, 66:16, 92:6, 92:14, 95:4, 96:21
**Miguel** [2] - 77:14, 77:16
**Milenio** [11] - 5:7, 5:23, 6:2, 35:10, 35:13, 35:24, 36:25, 37:9, 41:22, 60:15, 63:13
**military** [9] - 6:13, 8:14, 54:10, 54:20, 83:23, 94:3, 94:17, 94:25, 95:5

**Miller** [2] - 10:11, 55:4
**million** [1] - 92:2
**millions** [2] - 46:16, 63:20
**mind** [2] - 30:11, 37:20
**minute** [1] - 64:6
**minutes** [4] - 3:17, 82:23, 96:18, 96:24
**miss** [1] - 15:11
**missed** [3] - 3:8, 11:23, 21:6
**missing** [9] - 11:22, 12:17, 13:14, 31:24, 32:3, 32:5, 32:7, 62:24, 76:15
**mistake** [10] - 20:22, 22:6, 22:9, 22:12, 23:5, 24:11, 24:13, 25:6, 25:19, 26:25
**mix** [1] - 61:25
**model** [1] - 32:9
**Mojarro** [10] - 5:2, 5:22, 44:24, 45:6, 63:10, 64:19, 66:20, 66:19, 90:4, 94:24
**money** [19] - 5:13, 8:3, 37:14, 40:10, 41:24, 42:7, 45:1, 49:19, 55:19, 68:13, 69:7, 69:10, 69:21, 76:12, 81:18, 87:3, 89:20, 89:25, 91:18
**month** [5] - 5:17, 50:10, 51:22, 69:24
**monthly** [1] - 7:10
**months** [2] - 79:25, 81:19
**moral** [2] - 60:21, 62:10
**Morales** [5] - 9:6, 46:15, 54:11, 94:5, 95:16
**Mori** [1] - 2:18
**morning** [4] - 2:14, 2:16, 2:21, 3:9
**most** [11] - 4:2, 4:9, 8:25, 9:21, 11:4, 17:5, 19:5, 22:20, 23:18, 40:16, 61:21
**motion** [4] - 3:24, 10:18, 11:7, 95:4
**motions** [1] - 3:16
**motive** [8] - 20:8, 20:21, 23:4, 24:6, 25:3, 25:16, 26:13, 26:17
**motive..** [1] - 18:22
**motorcycle** [1] - 51:6
**move** [5] - 11:9, 27:13,

43:9, 59:12, 80:17
**moved** [2] - 68:11, 69:3
**moving** [3] - 35:16, 74:20, 74:22
**MR** [126] - 2:21, 3:4, 3:6, 3:10, 3:12, 11:15, 11:16, 11:23, 12:5, 12:15, 12:24, 13:1, 13:4, 13:6, 13:9, 13:21, 14:5, 14:13, 14:20, 14:22, 15:3, 15:5, 15:8, 15:9, 15:17, 15:21, 15:23, 16:1, 16:3, 16:9, 16:16, 17:9, 17:15, 17:19, 17:22, 17:25, 18:1, 18:6, 18:14, 19:4, 19:16, 19:18, 19:20, 19:21, 19:23, 20:2, 20:4, 20:7, 20:14, 20:16, 21:2, 21:5, 21:14, 21:16, 21:18, 22:25, 23:14, 24:11, 24:20, 24:21, 24:25, 25:10, 25:15, 25:22, 26:2, 26:5, 26:6, 26:11, 26:18, 26:22, 26:24, 27:3, 27:7, 27:10, 27:12, 27:15, 27:19, 28:1, 28:3, 28:4, 28:16, 28:22, 29:2, 29:4, 29:10, 29:12, 29:14, 29:15, 29:18, 29:19, 29:21, 29:22, 30:3, 30:4, 30:6, 30:7, 30:9, 30:18, 30:19, 31:6, 31:10, 31:13, 31:16, 32:6, 32:19, 33:3, 33:10, 33:11, 33:15, 33:16, 33:18, 33:19, 33:22, 33:23, 33:25, 34:11, 35:8, 36:7, 37:15, 37:18, 37:23, 43:5, 43:7, 43:13, 43:17, 56:8
**MS** [6] - 2:16, 25:11, 25:14, 44:10, 44:13, 96:23
**mule** [1] - 22:11
**multiple** [25] - 34:2, 34:6, 34:13, 34:17, 35:22, 36:4, 36:18, 36:19, 38:1, 38:3, 38:5, 38:8, 38:10, 38:12, 38:14, 38:19, 39:15, 40:4, 40:15, 41:5, 42:25, 54:4,

78:16
**municipal** [1] - 46:2
**murder** [3] - 44:19, 46:4, 80:3
**murdering** [2] - 66:8, 82:5
**murderous** [1] - 61:10
**murders** [2] - 62:18, 63:12
**murkiness** [1] - 17:3
**must** [5] - 3:21, 9:11, 18:4, 38:12, 48:5

## N

**name** [6] - 9:25, 41:21, 41:22, 56:24, 63:1, 63:2
**names** [7] - 15:12, 15:15, 35:7, 42:15, 59:17, 62:17, 63:21
**narco** [2] - 55:11, 56:19
**narcotics** [1] - 39:14
**NASEEF** [4] - 1:11, 25:11, 25:14, 96:23
**Naseef** [2] - 2:17, 25:10
**nature** [1] - 10:12
**Nava** [20] - 5:1, 5:6, 5:11, 5:18, 5:19, 37:8, 44:24, 48:20, 60:6, 60:11, 61:20, 63:11, 64:1, 64:2, 65:20, 66:11, 66:20, 86:8, 86:11, 89:15
**NE** [1] - 1:12
**near** [1] - 6:16
**necessarily** [2] - 14:6, 35:24
**necessity** [1] - 39:4
**need** [10] - 3:9, 26:8, 43:2, 57:15, 62:9, 67:17, 85:6, 87:11, 91:22, 96:7
**needed** [1] - 30:11
**needs** [3] - 28:6, 33:5, 65:17
**Negrito** [1] - 84:21
**nervous** [1] - 70:8
**network** [1] - 40:2
**never** [18] - 5:21, 47:2, 58:2, 65:16, 67:24, 68:21, 77:10, 77:11, 80:14, 80:15, 83:17, 83:23, 83:24, 85:12, 88:14, 90:13, 90:25
**new** [1] - 35:15
**news** [1] - 70:7
**next** [4] - 19:4, 31:1,

37:1, 45:2
**nickname** [5] - 5:21, 6:1, 45:9, 45:14, 47:16
**nicknames** [7] - 9:2, 28:17, 28:20, 28:25, 29:1, 29:3, 53:3
**Nino** [1] - 28:19
**nobody** [3] - 66:23, 74:2, 75:17
**none** [3] - 84:23, 87:4
**nonsociopath** [1] - 63:8
**normal** [1] - 63:8
**normally** [1] - 49:23
**not-guilty** [2] - 92:13, 96:10
**note** [2] - 11:17, 31:17
**notebooks** [2] - 52:6, 52:8
**notes** [2] - 66:24, 97:19
**nothing** [14] - 62:7, 63:2, 70:9, 72:23, 74:7, 76:1, 76:21, 76:25, 80:20, 86:1, 87:15
**November** [1] - 97:23
**Novick** [2] - 10:1, 10:7
**null** [1] - 97:21
**Number** [10] - 5:5, 5:19, 6:9, 8:9, 42:13, 45:13, 45:17, 48:16, 48:17
**number** [2] - 7:18, 10:17
**Nunca** [1] - 77:10

## O

**o'clock** [1] - 96:21
**oath** [2] - 60:18, 77:6
**oaths** [1] - 92:15
**Oaxaca** [2] - 77:18, 79:4
**object** [1] - 16:12
**objection** [14] - 12:22, 13:2, 13:7, 15:6, 15:10, 15:20, 15:24, 17:7, 21:15, 26:1, 26:6, 29:1, 31:17, 38:4
**objections** [6] - 11:12, 30:5, 31:9, 32:18, 33:13, 33:21
**objective** [1] - 42:16
**observed** [1] - 8:11
**obsessed** [1] - 72:6
**obviously** [1] - 81:20
**occurred** [1] - 79:10

**odds** [1] - 34:13
**OF** [3] - 1:1, 1:2, 1:7
**OFAC** [1] - 63:22
**offended** [1] - 50:4
**offense** [8] - 3:21, 4:21, 20:23, 23:8, 24:7, 32:24, 39:20, 59:10
**offense..** [1] - 20:9
**offenses** [12] - 24:10, 24:13, 24:17, 25:4, 25:6, 25:9, 25:18, 25:19, 26:14, 26:19, 26:25, 27:4
**office** [2] - 66:9, 66:22
**officer** [7] - 9:6, 9:16, 54:22, 55:4, 59:22, 67:12, 93:12
**Officer** [1] - 10:11
**officers** [8] - 8:15, 9:19, 9:25, 70:16, 74:20, 75:9, 75:12, 93:14
**official** [1] - 97:25
**Official** [1] - 1:24
**officially** [1] - 64:3
**officials** [3] - 45:25, 53:2, 54:20
**Ohio** [1] - 70:11
**old** [4] - 45:10, 61:19, 66:8, 82:25
**once** [1] - 60:12
**one** [61] - 2:6, 5:16, 7:4, 8:2, 9:1, 9:23, 25:12, 27:7, 27:12, 30:10, 31:18, 32:4, 32:9, 33:25, 34:13, 34:22, 35:25, 36:20, 36:21, 36:23, 38:21, 39:10, 40:9, 48:10, 51:6, 51:21, 52:6, 52:13, 53:10, 53:18, 55:9, 55:17, 58:6, 59:22, 60:3, 60:6, 61:21, 62:17, 63:19, 65:8, 66:5, 68:12, 70:21, 72:12, 73:24, 73:25, 74:6, 74:7, 74:11, 75:12, 77:16, 81:7, 81:15, 84:6, 87:18, 92:18, 94:13, 95:25
**ones** [4] - 53:14, 54:1, 54:2, 68:10
**open** [3] - 85:16, 94:4
**opening** [1] - 60:8
**operated** [2] - 41:24, 42:15
**operation** [2] - 42:23, 45:21

**operational** [1] - 42:11
**operations** [7] - 6:19, 11:1, 42:21, 45:19, 50:9, 50:22, 95:3
**operatives** [1] - 87:11
**opinion** [2] - 90:25, 91:2
**opportunity** [13] - 20:21, 21:19, 23:4, 24:7, 25:4, 25:17, 26:13, 26:17, 26:18, 43:21, 44:1, 96:1
**opposed** [1] - 34:1
**order** [5] - 7:23, 54:16, 67:16, 83:13, 85:14
**ordered** [2] - 14:17, 74:1
**ordering** [1] - 7:11
**orders** [3] - 46:7, 51:9, 67:21
**ordinarily** [1] - 30:21
**organization** [4] - 21:20, 21:22, 21:23, 42:15
**organization's** [1] - 40:23
**Oscar** [11] - 5:1, 5:6, 37:8, 44:24, 48:20, 60:6, 61:19, 63:11, 65:20, 66:11, 66:20
**OSEGUERA** [1] - 1:4
**Oseguera** [18] - 2:4, 2:10, 2:22, 16:11, 17:10, 17:17, 18:17, 24:6, 24:17, 25:3, 25:9, 26:12, 31:2, 56:10, 59:4, 61:17, 75:3, 93:22
**Oseguera-Gonzalez** [1] - 24:17
**Osorio** [2] - 40:2, 40:13
**otherwise** [4] - 6:6, 24:9, 31:7, 40:16
**outlandish** [7] - 61:22, 70:1, 70:2, 71:21, 74:5, 74:16, 75:1
**overarching** [1] - 35:4
**overlap** [2] - 36:15, 37:4
**overlapping** [2] - 10:19, 40:25
**overly** [1] - 32:2
**overreach** [1] - 24:2
**overwhelming** [2] - 10:23, 83:25
**overwhelmingly** [2] - 5:4, 55:2
**owed** [2] - 8:3, 76:12
**own** [9] - 60:22, 62:5,

67:11, 71:3, 71:4, 73:11, 74:17, 82:11, 84:3
**ownership** [1] - 87:25
**OxyContin** [3] - 49:11, 91:5, 91:6

## P

**p.m** [1] - 97:14
**package** [1] - 88:15
**packages** [1] - 88:19
**page** [36] - 12:22, 12:23, 13:2, 13:7, 15:6, 15:7, 15:10, 15:20, 15:24, 16:4, 19:22, 19:23, 19:24, 20:5, 20:14, 27:23, 28:5, 28:8, 28:15, 29:6, 29:9, 29:13, 29:16, 29:20, 29:23, 30:5, 30:8, 30:17, 31:9, 33:13, 33:14, 33:20, 36:9, 38:7
**paid** [5] - 55:19, 69:19, 69:21, 69:23, 76:22
**painted** [1] - 9:23
**painting** [3] - 81:4, 81:6, 81:7
**paragraph** [8] - 18:10, 18:24, 20:5, 20:13, 20:14, 27:17, 28:14, 29:5
**Paralegal** [1] - 2:18
**pardon** [1] - 3:11
**Paris** [15] - 10:8, 49:12, 49:13, 49:22, 52:7, 54:3, 74:8, 75:6, 86:17, 87:23, 88:11, 88:12, 89:20, 90:20, 91:14
**parsing** [1] - 40:17
**part** [10] - 12:18, 30:14, 41:9, 41:10, 42:14, 42:24, 43:20, 45:2, 86:19, 88:17
**participants** [8] - 36:16, 37:3, 37:6, 38:20, 39:4, 39:8, 40:24, 40:25
**participated** [1] - 42:20
**participation** [2] - 6:3, 39:12
**particular** [4] - 35:14, 57:1, 60:4, 87:22
**parties** [7] - 2:13, 16:5, 24:1, 28:25, 30:13, 43:20, 96:14
**parties'** [1] - 20:25

**partnered** [1] - 44:22
**partnership** [1] - 44:23
**parts** [6] - 10:20, 35:9, 37:20, 38:22, 89:17, 89:24
**party** [2] - 63:25, 97:22
**Paso** [1] - 89:4
**passed** [2] - 7:23, 51:9
**passing** [1] - 73:10
**past** [1] - 46:20
**pathological** [2] - 59:18, 76:4
**pause** [1] - 12:20
**pay** [5] - 46:8, 55:19, 60:9, 61:13, 63:19
**payroll** [1] - 72:13
**Pelon** [2] - 5:19, 7:14
**Peludos** [1] - 51:10
**penalty** [1] - 12:11
**penny** [1] - 63:20
**people** [34] - 17:6, 22:2, 34:25, 35:1, 36:21, 37:5, 44:19, 46:19, 46:21, 46:25, 47:7, 51:9, 54:18, 60:16, 60:21, 60:24, 65:14, 70:5, 73:20, 73:25, 74:6, 74:10, 74:15, 74:23, 75:13, 76:12, 76:20, 78:15, 78:17, 80:23, 82:5, 92:2, 92:3
**per** [1] - 5:17
**Perez** [3] - 9:16, 52:25, 54:18
**perfect** [1] - 28:1
**perfectly** [1] - 30:3
**perhaps** [3] - 11:10, 22:20, 23:18
**period** [15] - 7:20, 18:2, 19:9, 27:2, 27:5, 34:19, 34:21, 35:21, 41:19, 75:3, 87:10, 87:15, 87:18, 89:1, 94:25
**permissible** [2] - 20:19, 22:16
**permitted** [1] - 20:20
**person** [9] - 8:2, 8:10, 30:23, 48:10, 58:14, 62:20, 63:8, 75:4, 76:15
**person's** [3] - 30:15, 30:20, 62:24
**personal** [1] - 93:23
**personality** [2] - 19:8, 19:15
**personally** [7] - 5:13,

8:1, 49:18, 50:4, 53:6, 53:9, 72:19
**personnel** [1] - 6:16
**perspective** [2] - 34:23, 94:7
**persuade** [1] - 56:22
**pesos** [1] - 69:24
**phone** [1] - 85:12
**phones** [3] - 51:3, 74:9, 74:13
**photo** [4] - 73:24, 73:25, 74:5, 74:7
**photocopied** [1] - 97:21
**photos** [3] - 47:12, 73:18
**phrase** [1] - 9:23
**physical** [2] - 10:22, 11:2
**pick** [2] - 5:14, 5:23
**picked** [1] - 68:4
**picking** [3] - 45:1, 50:10, 70:5
**pickup** [1] - 49:17
**pictures** [1] - 72:17
**pillar** [3] - 57:3, 58:1, 58:9
**pillars** [1] - 57:2
**pills** [2] - 37:16, 49:10
**Pilo** [8] - 35:11, 64:19, 65:13, 66:7, 85:10, 90:4, 94:24, 95:5
**Pilo's** [1] - 66:9
**pistol** [1] - 47:12
**pistols** [1] - 54:3
**place** [1] - 62:11
**placed** [2] - 30:3, 56:21
**plan** [5] - 20:22, 23:5, 24:7, 25:5, 38:22
**planned** [2] - 25:18, 26:24
**played** [1] - 66:6
**players** [2] - 41:23, 42:10
**Plaza** [2] - 45:13, 45:19
**plaza** [2] - 6:14, 80:18
**plazas** [1] - 79:18
**plea** [1] - 15:14
**pleasure** [1] - 60:22
**pled** [2] - 63:16, 81:17
**plus** [1] - 53:5, 81:18
**pneumonia** [2] - 67:21, 70:9
**point** [3] - 73:5, 94:8, 94:23
**pointed** [6] - 53:1, 54:19, 54:23, 86:5, 86:13, 87:1

12

**Police** [3] - 9:6, 46:14, 79:17
**police** [4] - 9:16, 46:2, 46:3, 54:24
**population** [1] - 73:21
**port** [1] - 86:3
**portion** [1] - 35:12
**ports** [2] - 61:18, 61:21
**position** [1] - 43:11
**possessed** [9] - 4:22, 47:4, 52:22, 52:25, 56:13, 93:4, 93:5, 93:17, 93:18
**possessing** [1] - 77:4
**possession** [6] - 29:24, 29:25, 52:15, 56:14, 59:9, 93:12
**possible** [3] - 14:10, 32:12, 89:2
**possibly** [1] - 95:5
**powder** [1] - 37:16
**power** [3] - 45:24, 46:5, 55:11
**powerful** [1] - 91:24
**precise** [1] - 39:5
**prefer** [2] - 16:16, 28:22
**preference** [1] - 15:18
**preferred** [1] - 32:10
**prejudge** [1] - 57:15
**preliminary** [1] - 43:23
**preparation** [7] - 20:22, 22:14, 23:4, 24:7, 25:5, 67:4, 79:14
**prepared** [4] - 25:18, 26:20, 26:23, 56:19
**preparing** [3] - 22:15, 22:18
**presence** [1] - 36:16
**present** [3] - 5:13, 58:7, 79:6
**PRESENT** [1] - 1:22
**presented** [4] - 38:2, 57:19, 88:23, 93:21
**pressed** [2] - 25:23, 64:11
**presume** [1] - 57:12
**presumed** [1] - 57:6
**presumption** [9] - 57:4, 57:9, 57:12, 57:16, 57:21, 57:22, 57:24, 72:2, 96:9
**pretrial** [1] - 38:7
**pretty** [2] - 31:21, 75:15
**previously** [3] - 80:22, 83:2, 83:7
**price** [4] - 49:1, 49:22,

86:15, 86:21
**prince** [3] - 44:15, 55:11, 56:20
**print** [1] - 95:11
**prison** [7] - 6:11, 7:3, 75:15, 75:16, 75:18, 75:21, 79:6
**problem** [2] - 14:7, 20:10
**Procedure** [2] - 3:20, 3:23
**proceedings** [1] - 97:19
**Proceedings** [1] - 1:25
**produce** [1] - 49:10
**produced** [5] - 1:25, 5:16, 7:9, 51:21, 51:24
**production** [3] - 42:4, 73:2, 91:5
**profit** [3] - 42:17, 91:18, 91:20
**profitable** [2] - 49:2, 49:5
**prompts** [1] - 78:1
**proof** [15] - 30:11, 56:11, 58:2, 58:10, 58:11, 71:18, 72:3, 84:25, 92:18, 95:24, 96:9, 96:10
**propaganda** [1] - 70:22
**propelled** [1] - 46:13
**propensity** [1] - 23:19
**proposed** [6] - 26:7, 28:25, 31:20, 32:4, 38:5, 38:8
**prosecutor** [5] - 8:17, 68:15, 69:9, 69:15, 83:21
**prosecutors** [1] - 78:24
**prosecutors'** [1] - 78:25
**protecting** [1] - 7:17
**proud** [3] - 6:12, 50:7, 55:14
**proudly** [2] - 45:15, 53:21
**prove** [3] - 47:24, 48:5, 59:7
**proved** [7] - 18:8, 18:11, 18:20, 24:16, 25:8, 30:22, 57:7
**proven** [9] - 56:11, 56:17, 89:8, 92:8, 92:9, 92:22, 93:25, 95:14, 96:2
**provided** [1] - 31:22

**providing** [1] - 51:10
**province** [1] - 16:24
**provisions** [1] - 4:17
**public** [2] - 45:25, 67:12
**publicly** [1] - 9:25
**Puerto** [4] - 40:10, 45:13, 61:18
**pulled** [2] - 55:17, 63:14
**pumping** [1] - 46:16
**purchase** [1] - 45:7
**purchasing** [1] - 54:8
**Purificacion** [4] - 46:2, 67:13, 68:2, 73:21
**purity** [1] - 50:5
**purpose** [14] - 18:19, 18:22, 19:2, 19:7, 19:10, 20:8, 20:20, 21:7, 22:16, 22:22, 23:15, 26:12, 50:1, 50:19
**purposes** [3] - 24:5, 25:2, 84:5
**push** [1] - 96:21
**put** [20] - 3:18, 15:12, 15:15, 30:1, 30:11, 30:13, 30:14, 35:18, 48:17, 65:8, 68:10, 68:11, 69:4, 71:19, 72:1, 76:2, 80:14, 81:7, 84:25, 87:25
**putting** [2] - 17:13, 61:20

## Q

**qualified** [1] - 90:25
**qualify** [2] - 10:13, 91:1
**quantities** [3] - 7:9, 51:19, 55:12
**questions** [3] - 54:13, 96:7
**quick** [1] - 80:10
**quickly** [3] - 3:14, 11:11, 74:25
**quietly** [1] - 74:25
**quite** [2] - 9:24, 21:6
**quote** [5] - 22:18, 38:1, 40:5, 40:11, 41:7
**quoting** [3] - 38:16, 38:24, 39:6

## R

**radio** [6] - 67:17, 67:24, 67:25, 70:23,

85:13, 85:14
**Ramirez** [18] - 5:2, 5:22, 6:7, 6:25, 7:12, 44:24, 54:6, 63:10, 64:20, 66:20, 77:14, 77:16, 79:10, 85:15, 89:16, 90:4, 94:24
**Ramirez's** [2] - 5:24, 45:7
**ran** [3] - 5:16, 34:12, 87:7
**rate** [1] - 91:9
**rather** [2] - 38:19, 41:5
**rational** [4] - 4:3, 4:10, 11:5, 17:6
**rea** [1] - 30:14
**reach** [1] - 96:5
**reaction** [3] - 55:22, 63:7, 63:8
**read** [11] - 16:16, 17:4, 20:20, 23:2, 24:23, 24:24, 25:1, 25:13, 25:21, 27:17, 58:13
**readable** [1] - 32:13
**reads** [1] - 23:2
**ready** [4] - 27:13, 44:12, 56:7, 56:9
**realize** [1] - 22:7
**realizes** [1] - 62:8
**really** [14] - 3:14, 14:7, 16:6, 23:19, 34:8, 65:1, 65:2, 65:24, 70:20, 91:10, 93:7, 94:2, 96:21, 96:22
**reason** [18] - 9:8, 11:7, 12:6, 16:18, 34:19, 38:9, 48:7, 58:20, 58:25, 60:7, 61:23, 62:14, 67:8, 72:7, 74:18, 85:21, 87:8, 88:25
**reasonable** [28] - 4:4, 4:11, 11:6, 18:8, 18:12, 18:20, 24:16, 25:8, 48:6, 48:7, 56:12, 56:17, 57:8, 58:12, 58:13, 58:14, 58:17, 58:19, 58:20, 58:21, 59:8, 66:14, 67:6, 75:25, 92:23, 94:1, 95:14, 96:3
**reasonably** [3] - 21:11, 21:24, 53:12
**reasoned** [2] - 40:12
**reasons** [2] - 3:15, 36:4
**rebuttal** [7] - 44:1, 95:25, 96:19, 96:20, 96:22, 96:24, 97:7
**receipts** [1] - 50:16

**receive** [2] - 57:5, 59:14
**received** [6] - 2:25, 3:10, 3:12, 31:3, 67:16, 69:22
**recently** [1] - 83:17
**recess** [2] - 43:18, 97:14
**reckless** [1] - 67:2
**recognize** [1] - 38:11
**reconciled** [1] - 69:25
**record** [13] - 2:4, 2:11, 2:14, 3:18, 34:3, 38:13, 71:14, 71:18, 71:22, 71:25, 75:16, 75:20, 75:21
**records** [4] - 6:2, 64:21, 75:20, 79:6
**recovered** [4] - 8:22, 9:2, 9:4, 9:22
**Redbook** [1] - 32:9
**redirect** [1] - 60:24
**reduction** [4] - 81:13, 81:20, 82:13, 83:14
**reference** [3] - 13:12, 14:20, 30:17
**references** [1] - 49:12
**referred** [4] - 5:20, 5:21, 59:15, 76:11
**refers** [1] - 52:12
**reflected** [2] - 6:2, 42:22
**refusal** [1] - 41:5
**regard** [9] - 16:10, 19:24, 23:7, 31:10, 31:17, 34:4, 35:18, 82:20, 94:2
**regarding** [2] - 7:1, 10:24
**regular** [1] - 44:4
**regularly** [3] - 50:12, 84:1, 84:19
**rehab** [2] - 80:5, 80:7
**reinforce** [1] - 13:17
**reject** [1] - 56:23
**related** [1] - 54:14
**relation** [11] - 4:20, 52:21, 56:15, 59:10, 59:13, 63:1, 93:4, 93:17, 94:18, 95:8, 95:19
**relationship** [1] - 72:7
**release** [1] - 49:9
**released** [1] - 61:9
**relevant** [5] - 4:17, 38:18, 65:11, 81:13, 83:13
**reliable** [1] - 86:24
**relies** [1] - 41:16
**rely** [2] - 59:18, 86:25

13

remains [2] - 42:6, 57:8
remember [6] - 43:22, 55:8, 62:2, 62:19, 79:15, 80:4
remembers [1] - 62:20
remind [1] - 43:24
reminding [1] - 13:15
remorse [1] - 55:15
removed [1] - 19:5
render [2] - 40:16, 92:16
repetitive [1] - 31:23
replicate [1] - 28:11
report [1] - 62:24
reported [2] - 1:25, 97:15
Reporter [1] - 1:23, 1:24, 97:25
reports [2] - 76:15, 76:19
request [1] - 31:17
requested [6] - 31:13, 32:10, 34:1, 37:25, 38:12, 39:17
requesting [1] - 71:8
require [2] - 72:3, 92:15
required [1] - 96:11
requirement [1] - 32:21
requires [6] - 57:12, 57:24, 58:22, 59:25, 92:13, 93:3
reread [1] - 25:24
rescuing [1] - 70:5
research [1] - 72:20
respect [3] - 13:10, 28:4, 29:6
respond [1] - 23:13
responded [1] - 80:11
response [2] - 22:25, 38:4
responsibilities [1] - 45:11
responsible [2] - 21:11, 60:15
rest [2] - 28:7, 44:4
restaurant [1] - 74:12
restricted [2] - 79:7, 79:9
restrictive [1] - 85:17
rests [1] - 58:8
result [1] - 61:8
retired [1] - 9:6
return [2] - 55:25, 96:3
Reuben [1] - 17:17
revenge [1] - 46:10
review [1] - 13:11

reviewed [1] - 10:7
revising [1] - 25:25
revision [2] - 25:20, 25:22
Rico [1] - 40:10
riddled [1] - 94:13
ride [1] - 51:6
ridiculous [1] - 69:5
rifle [6] - 9:22, 47:12, 53:1, 54:19, 54:24, 93:13
rifles [2] - 5:15, 54:3
risk [1] - 89:25
rival [5] - 34:15, 46:6, 61:1, 62:12, 95:1
rivals [1] - 95:6
RO2 [1] - 81:4
rocket [2] - 46:13, 68:8
rocket-propelled [1] - 46:13
Rojo [1] - 8:9
role [13] - 5:5, 8:13, 10:18, 11:3, 20:18, 20:23, 21:11, 23:10, 24:8, 25:6, 39:10, 44:23, 66:6
Rolex [1] - 88:1
Ronis [6] - 2:22, 68:23, 69:8, 79:8, 80:4, 80:8
RONIS [1] - 1:19
room [1] - 84:16
rose [1] - 55:11
rough [1] - 16:5
rounds [1] - 94:9
routes [4] - 89:17, 90:3, 90:7, 90:14
RPG [1] - 68:7
RPGs [1] - 54:9
RPR [3] - 1:23, 97:18, 97:24
RUBEN [1] - 1:19
Ruben [32] - 2:3, 2:10, 2:22, 16:11, 17:10, 18:17, 31:2, 61:17, 61:25, 62:7, 62:10, 62:21, 64:8, 65:15, 65:16, 66:6, 66:7, 76:12, 77:18, 77:25, 78:2, 78:6, 79:13, 79:16, 80:14, 82:2, 82:22, 82:24, 83:4, 84:9, 87:2
Ruben's [2] - 81:4, 84:20
rule [1] - 23:25
Rule [5] - 3:15, 3:20, 3:23, 10:18, 11:7
ruled [2] - 14:2, 14:25

rumor [1] - 95:21
rumors [2] - 72:13, 95:20
running [5] - 7:8, 70:5, 73:4, 77:18, 86:19
Russo [1] - 28:19
ruthless [1] - 79:25

## S

sad [1] - 94:6
sadly [3] - 74:1, 76:4, 94:5
safely [2] - 61:10, 72:1
SAHNI [4] - 1:10, 2:16, 44:10, 44:13
Sahni [2] - 2:17, 44:11
Saint [1] - 1:23
Saint-Loth [1] - 1:23
Salvador [1] - 91:8
San [3] - 1:17, 1:20, 89:4
sanders [3] - 38:15, 38:23, 39:5
saved [2] - 64:22, 64:23
savings [1] - 61:14
saw [19] - 8:2, 9:18, 44:19, 45:6, 47:10, 47:11, 47:13, 50:16, 50:24, 53:6, 53:13, 54:22, 55:11, 70:7, 83:1, 83:8, 83:9, 88:12, 88:15
scale [1] - 42:14
scars [1] - 76:7
scattered [1] - 68:20
scene [4] - 8:18, 47:15, 49:14, 69:16
Schedule [1] - 4:14
scheduled [1] - 66:21
scorpion [3] - 88:2, 88:12, 88:19
Scorpion [2] - 88:21, 91:7
sea [1] - 61:19
second [10] - 2:6, 6:19, 25:12, 43:25, 49:25, 52:20, 55:1, 58:1, 88:3, 93:20
secretaries [2] - 45:20, 78:25
secretary [3] - 84:20, 84:21, 84:22
Section [1] - 4:24
Sections [1] - 39:24
secure [2] - 42:17, 59:21
secured [2] - 5:10, 9:20

rumor [1] - 95:21
security [2] - 7:21, 67:12
see [25] - 3:23, 4:5, 4:7, 26:15, 28:7, 32:3, 32:5, 38:3, 38:6, 38:9, 38:15, 38:22, 38:25, 39:5, 40:17, 41:1, 41:10, 43:15, 44:6, 60:13, 68:24, 70:11, 76:8, 80:11, 94:7
seeing [1] - 83:4
seem [1] - 17:13
sees [1] - 28:12
seizure [3] - 87:18, 89:25, 92:18
seizures [9] - 86:2, 86:11, 87:3, 88:4, 89:2, 89:22, 90:13, 90:17, 91:19
self [3] - 6:9, 84:5, 95:20
self-identified [1] - 6:9
self-serving [2] - 84:5, 95:20
selling [4] - 40:23, 41:6, 42:8, 49:20
send [3] - 28:9, 51:5, 91:19
sending [2] - 49:4, 49:6
sense [12] - 30:2, 47:8, 48:8, 58:21, 58:25, 61:23, 62:14, 74:18, 80:25, 85:21, 87:8, 88:25
sent [7] - 3:1, 27:25, 48:20, 48:24, 49:15, 51:1, 52:5
sentence [9] - 19:4, 19:6, 25:23, 61:8, 63:17, 81:13, 81:20, 81:21, 82:13
sentenced [3] - 61:8, 62:4, 81:19
sentences [1] - 19:12
sentencing [1] - 65:21
separate [4] - 11:20, 12:13, 35:2, 97:16
September [1] - 1:4
serious [1] - 82:16
served [1] - 63:17
serves [1] - 84:5
serving [2] - 84:5, 95:20
session [1] - 97:15
set [3] - 41:15, 41:20, 95:4
setting [1] - 56:4
seven [2] - 50:10, 80:1

several [2] - 89:3, 95:2
shall [1] - 97:21
share [1] - 75:8
shared [3] - 38:20, 40:23, 41:24
shifts [1] - 58:3
ship [1] - 89:23
shipments [2] - 10:10, 51:25
shipping [2] - 52:2, 90:8
shirt [1] - 55:22
shirts [1] - 53:23
shocked [1] - 61:3
shoot [1] - 7:24
shooting [1] - 8:14
short [3] - 19:12, 54:2, 96:18
shorter [1] - 25:23
shorthand [1] - 1:25
shortly [1] - 49:14
shot [9] - 9:9, 46:5, 62:12, 62:21, 76:7, 83:18, 83:23, 84:10, 94:10
shots [4] - 8:20, 9:10, 94:12, 94:17
show [6] - 40:21, 49:14, 58:12, 72:17, 81:8, 89:13
showed [4] - 40:22, 41:7, 42:13, 55:15
showing [2] - 54:16, 76:6
shown [1] - 42:3
shows [4] - 21:22, 35:3, 54:24, 55:2
sic [4] - 59:4, 80:6, 82:12, 91:7
sic] [2] - 77:10, 77:15
sicarios [2] - 45:20, 80:2
sick [1] - 70:8
side [1] - 9:24
sides [1] - 94:14
sign [4] - 88:1, 88:2
signatory [1] - 97:22
signature [1] - 81:4
signed [1] - 65:14
significant [1] - 45:18
similar [3] - 22:13, 29:5, 39:20
similarly [1] - 41:3
simple [1] - 81:3
Sinaloa [2] - 6:15, 89:9
singer [1] - 78:9
single [9] - 36:13, 38:19, 39:2, 39:15,

14

40:21, 41:6, 41:14, 42:22, 42:24
**single-charged** [1] - 41:14
**sister** [1] - 75:22
**site** [3] - 8:19, 47:14, 55:6
**sitting** [1] - 56:6
**situations** [1] - 62:17
**six** [8] - 4:25, 10:15, 31:25, 46:25, 47:7, 59:15, 76:12, 76:20
**skeptical** [2] - 57:18, 58:22
**sky** [1] - 9:8
**slit** [2] - 55:18, 76:20
**small** [2] - 6:5, 55:5
**smart** [2] - 65:1, 65:2
**snitches** [2] - 77:14, 81:12
**so..** [1] - 14:8
**sociopath** [2] - 66:1, 80:13
**sociopaths** [1] - 59:17
**socks** [1] - 95:22
**sold** [1] - 49:23
**soldiers** [1] - 46:14
**someone** [3] - 50:25, 78:19, 80:12
**sometime** [1] - 64:2
**sometimes** [2] - 91:23, 91:25
**somewhat** [1] - 42:16
**somewhere** [1] - 61:11
**song** [3] - 78:8, 78:9, 78:10
**sorry** [2] - 20:12, 74:21
**sort** [4] - 16:5, 17:2, 24:2, 32:12
**sorts** [1] - 53:19
**source** [1] - 41:8
**Southern** [1] - 48:25
**Spain** [1] - 90:10
**Spanish** [8] - 1:22, 13:13, 14:1, 14:16, 14:17, 14:21, 14:25, 66:23
**special** [1] - 54:13
**Special** [8] - 2:18, 10:1, 10:8, 49:11, 49:13, 49:21, 52:7, 54:2
**specific** [8] - 13:12, 14:10, 14:21, 16:23, 23:24, 59:3, 72:9, 85:24
**specifically** [4] - 9:10, 13:15, 13:16, 36:9,

62:16, 68:6, 68:7, 82:21
**specify** [1] - 16:12
**spent** [1] - 79:8
**square** [1] - 52:12
**squares** [2] - 50:5, 52:10
**stake** [1] - 68:17
**stamp** [1] - 87:24
**stand** [3] - 56:5, 76:2, 82:14
**standalone** [1] - 29:25
**standard** [6] - 4:1, 39:13, 48:6, 58:10, 58:17, 96:9
**standing** [1] - 54:22
**stare** [1] - 60:13
**starring** [1] - 71:4
**stars** [1] - 67:14
**start** [6] - 2:15, 11:10, 35:17, 39:18, 97:8, 97:11
**started** [6] - 36:3, 44:25, 49:1, 62:3, 86:13, 86:14
**starting** [2] - 8:16, 12:22
**state** [1] - 72:18
**statement** [6] - 14:11, 38:7, 60:8, 65:25, 71:20, 86:21
**statements** [1] - 31:2
**STATES** [4] - 1:1, 1:2, 1:8, 1:10
**States** [50] - 2:3, 2:10, 2:18, 4:17, 36:9, 39:24, 40:9, 40:14, 41:25, 42:5, 42:8, 45:22, 46:17, 47:22, 48:2, 48:13, 48:20, 48:23, 49:5, 49:14, 49:24, 56:13, 56:16, 59:7, 61:11, 77:5, 85:24, 86:1, 86:3, 86:4, 86:7, 86:10, 87:10, 87:12, 87:14, 88:14, 89:6, 89:11, 89:14, 90:7, 90:23, 90:25, 91:12, 92:9, 92:11, 92:19, 93:18, 93:19, 95:8
**statute** [1] - 11:25
**staying** [1] - 7:20
**steal** [2] - 69:11, 69:13
**stenographic** [1] - 97:19
**Steve** [1] - 10:8
**sticking** [1] - 23:24
**still** [5] - 8:20, 19:22, 19:23, 19:25, 54:8

**stolen** [1] - 50:25
**stop** [1] - 74:19
**stopped** [2] - 35:11, 35:14
**stories** [1] - 70:20
**story** [11] - 44:15, 44:17, 44:18, 47:8, 68:18, 70:1, 70:14, 70:21, 73:11, 77:17, 83:4
**street** [1] - 63:18
**Street** [3] - 1:12, 1:16, 1:19
**stretch** [1] - 56:5
**stricken** [5] - 13:10, 13:12, 13:18, 14:6, 15:1
**stricken..** [2] - 14:2, 14:18
**strike** [3] - 28:17, 28:20, 28:22
**striking** [2] - 29:1, 29:16
**strongly** [1] - 8:14
**structured** [1] - 35:6
**stuff** [2] - 28:7, 73:3
**stupid** [1] - 14:19
**subcategory** [1] - 12:8
**subdivision** [1] - 12:2
**subject** [1] - 40:17
**submit** [5] - 61:4, 82:3, 92:20, 94:16, 95:23
**submitted** [1] - 33:11
**subordinates** [2] - 21:12, 46:12
**subparts** [1] - 4:24
**subset** [2] - 6:5, 55:5
**substances** [3] - 4:15, 4:16, 92:5
**substantial** [1] - 6:5
**subtle** [1] - 54:17
**succeed** [1] - 44:21
**successful** [2] - 47:25, 90:8
**sudden** [1] - 79:14
**suffers** [1] - 76:4
**sufficient** [3] - 4:3, 40:21, 42:19
**suggested** [2] - 33:9, 33:10
**suggesting** [1] - 25:20
**suggestion** [1] - 17:8
**summation** [3] - 43:9, 44:1, 44:8
**summations** [1] - 44:7
**supervision** [1] - 61:11
**supply** [1] - 41:1
**supplying** [1] - 5:11

**support** [2] - 72:2, 86:6
**supports** [2] - 36:12, 38:14
**surprise** [1] - 53:24
**surprised** [1] - 23:25
**surrender** [1] - 74:13
**surrendered** [1] - 63:19
**surrounding** [1] - 30:24
**survival** [1] - 94:20
**SUSANA** [1] - 1:22
**Susana** [2] - 2:5, 2:12
**suspend** [7] - 58:25, 61:23, 62:13, 67:8, 74:18, 85:20, 88:25
**sustain** [1] - 3:22
**sustained** [1] - 93:1
**sworn** [1] - 2:12
**symbol** [2] - 88:13, 88:15, 88:19
**symbols** [1] - 87:25
**sympathy** [2] - 71:12, 74:4
**syndrome** [1] - 57:11
**system** [6] - 3:8, 57:2, 57:3, 58:2, 58:10, 58:11

# T

**table** [3] - 2:19, 58:3
**takedown** [1] - 7:12
**tale** [1] - 67:15
**talks** [2] - 85:15, 85:16
**team** [2] - 8:20, 8:22
**ten** [10] - 5:24, 34:19, 35:21, 36:1, 87:10, 87:15, 87:18, 89:1, 89:6, 96:24
**ten-year** [7] - 34:19, 35:21, 36:1, 87:10, 87:15, 87:18, 89:1
**term** [3] - 42:23, 42:24, 77:14
**terminally** [2] - 77:22, 78:22
**terms** [5] - 10:14, 23:24, 24:8, 25:5, 32:8
**territory** [2] - 42:17, 46:10
**testified** [31] - 5:7, 5:11, 5:18, 5:23, 6:11, 6:17, 6:22, 7:4, 7:8, 7:11, 7:17, 7:23, 8:1, 8:5, 8:16, 8:18, 9:17, 9:18, 10:8, 10:12, 68:16, 69:6,

72:15, 75:17, 80:16, 80:19, 81:4, 83:9, 83:22, 86:9, 93:12
**testify** [2] - 60:10, 72:25
**testifying** [4] - 15:13, 15:14, 34:14, 78:19
**testimonial** [1] - 10:25
**testimony** [34] - 4:25, 6:8, 6:25, 7:13, 8:13, 9:13, 10:20, 10:21, 11:3, 11:18, 46:18, 46:23, 55:24, 59:1, 62:5, 62:15, 62:22, 66:24, 67:10, 67:19, 68:14, 68:16, 69:18, 69:20, 69:25, 73:7, 81:22, 84:2, 85:21, 86:5, 86:8, 86:14, 87:13, 95:20
**THE** [120] - 1:1, 1:7, 1:10, 1:15, 2:2, 2:6, 2:8, 2:20, 2:24, 3:5, 3:7, 3:11, 3:13, 11:17, 12:3, 12:10, 12:16, 12:25, 13:2, 13:5, 13:7, 13:19, 13:25, 14:11, 14:15, 14:23, 15:4, 15:6, 15:10, 15:19, 15:22, 15:24, 16:2, 16:4, 16:13, 17:2, 17:12, 17:16, 17:21, 17:23, 18:2, 18:7, 18:15, 19:9, 19:17, 19:19, 19:22, 19:25, 20:3, 20:6, 20:12, 20:15, 20:25, 21:3, 21:8, 21:15, 21:17, 23:13, 23:23, 24:12, 24:24, 25:1, 25:13, 25:20, 25:24, 26:4, 26:8, 26:15, 26:21, 26:23, 27:2, 27:5, 27:8, 27:11, 27:14, 27:18, 27:20, 28:2, 28:6, 28:20, 28:24, 29:3, 29:7, 29:11, 29:13, 29:16, 29:20, 29:23, 30:5, 30:8, 30:10, 30:20, 31:7, 31:12, 31:15, 31:19, 32:11, 32:23, 33:8, 33:12, 33:17, 33:20, 33:24, 34:5, 34:22, 36:6, 37:13, 37:16, 37:19, 37:24, 43:6, 43:8, 43:15, 43:19, 44:11, 56:4, 96:13, 96:17, 97:1, 97:4

15

**themselves** [3] - 65:11, 81:13, 83:12
**therefore** [1] - 30:13
**they've** [1] - 82:16
**thief** [2] - 51:1, 51:2
**thinking** [5] - 17:6, 30:23, 87:20, 87:21, 96:17
**third** [2] - 50:17, 63:25
**Third** [2] - 1:16, 1:19
**third-party** [1] - 63:25
**three** [12] - 3:17, 36:11, 40:6, 41:14, 48:5, 57:1, 68:2, 70:20, 71:16, 75:2, 86:6
**three-week** [1] - 75:2
**threshold** [2] - 51:20, 52:14
**throats** [2] - 55:18, 76:20
**throughout** [3] - 37:2, 37:3, 55:10
**throw** [1] - 51:2
**thrust** [1] - 23:18
**thumb** [1] - 17:13
**tied** [2] - 35:3, 55:17
**ties** [1] - 40:25
**tight** [1] - 75:7
**Tijuana** [1] - 48:22
**time-served** [1] - 63:17
**timeline** [1] - 83:6
**tiny** [1] - 51:23
**TJ** [1] - 86:9
**today** [2] - 43:3, 56:19
**together** [4] - 4:11, 38:21, 41:8, 81:6
**Toledo** [1] - 70:11
**ton** [1] - 5:16
**tons** [3] - 74:21, 74:22, 75:1
**took** [2] - 73:17, 92:15
**tool** [1] - 56:22
**tools** [1] - 45:23
**top** [1] - 27:16
**Torres** [12] - 5:2, 6:14, 6:21, 6:23, 7:3, 51:8, 54:6, 77:15, 79:3, 79:6, 79:12, 85:16
**tortured** [1] - 71:8
**torturing** [1] - 60:21
**totality** [2] - 26:3, 60:2
**touch** [3] - 88:2, 91:14
**town** [2] - 7:20, 73:21
**track** [2] - 51:4, 74:4
**traffic** [1] - 6:6
**trafficked** [2] - 23:21, 47:4

**trafficker** [1] - 46:6
**traffickers** [1] - 89:22
**trafficking** [22] - 4:20, 4:23, 5:9, 6:3, 6:15, 6:18, 10:5, 10:10, 34:13, 40:2, 41:21, 44:21, 46:22, 50:22, 51:14, 52:16, 63:13, 64:9, 77:20, 89:19, 90:19, 94:19
**trafficking/weapons** [1] - 42:20
**tragically** [1] - 94:6
**transaction** [2] - 6:23, 64:15
**transactions** [9] - 6:4, 6:10, 7:2, 7:5, 10:6, 10:10, 10:24, 52:13, 79:2
**TRANSCRIPT** [1] - 1:7
**transcript** [4] - 1:25, 97:19, 97:19, 97:21
**transcription** [1] - 1:25
**transfers** [1] - 87:4
**transforms** [1] - 34:23
**transport** [2] - 7:19, 48:22
**travel** [1] - 54:5
**traveled** [1] - 8:10
**Trevino** [5] - 5:2, 54:6, 77:14, 77:16, 79:10, 85:15
**Trevino's** [3] - 6:7, 6:25, 7:12
**trial** [8] - 40:3, 41:4, 42:3, 43:20, 43:23, 44:14, 55:10, 79:14
**TRIAL** [1] - 1:7
**tried** [1] - 32:11
**trier** [2] - 4:3, 11:15
**trigger** [1] - 63:15
**trouble** [1] - 2:7
**truck** [2] - 49:17, 49:18
**trucks** [4] - 68:12, 69:1, 94:13
**true** [12] - 81:24, 82:1, 82:2, 82:4, 82:6, 83:19, 83:20, 84:3, 90:5, 95:23, 97:18, 97:19
**trust** [2] - 59:23, 80:12
**trusted** [1] - 77:1
**truth** [5] - 60:18, 65:22, 68:17, 71:3, 95:22
**truthful** [1] - 71:11
**try** [1] - 53:2
**trying** [4] - 6:10,

25:11, 60:14, 77:23
**turning** [1] - 52:15
**Twain** [1] - 95:21
**twenty** [1] - 75:13
**two** [18] - 6:3, 37:6, 44:3, 44:16, 47:19, 52:17, 54:13, 57:23, 61:18, 61:21, 68:9, 68:21, 72:11, 77:13, 81:11, 84:5, 91:9, 93:7
**type** [2] - 42:7, 76:24
**typically** [2] - 16:13, 29:25
**typing** [1] - 72:18

## U

**U.S** [26] - 1:12, 4:5, 4:6, 4:7, 6:16, 7:10, 38:15, 38:16, 38:22, 38:24, 38:25, 39:5, 39:6, 39:18, 40:14, 40:19, 41:3, 41:15, 49:17, 49:22, 63:18, 87:2, 87:4, 88:16, 91:16, 91:21
**U.S.C** [2] - 4:24, 39:24
**ugly** [1] - 49:10
**ultimately** [1] - 9:20
**unanimous** [2] - 59:11, 96:5
**unarmed** [1] - 46:5
**uncle** [4] - 10:4, 50:4, 52:10, 54:1
**uncles** [2] - 41:18, 45:1
**under** [12] - 3:20, 15:13, 20:20, 22:24, 35:6, 41:14, 41:21, 41:22, 42:15, 42:16, 77:6, 97:16
**underline** [2] - 33:1
**understandable** [1] - 32:15
**understood** [1] - 17:24
**unforgettable** [1] - 71:16
**unfortunately** [1] - 92:4
**uniform** [1] - 74:24
**unique** [1] - 87:25
**UNITED** [4] - 1:1, 1:2, 1:8, 1:10
**United** [50] - 2:3, 2:9, 2:18, 4:17, 36:9, 39:24, 40:9, 40:14, 41:25, 42:5, 42:8, 45:22, 46:17, 47:22,

48:2, 48:13, 48:20, 48:23, 49:5, 49:14, 49:24, 56:13, 56:16, 59:7, 61:11, 77:5, 85:24, 86:1, 86:3, 86:4, 86:7, 86:10, 87:10, 87:12, 87:14, 88:14, 89:6, 89:11, 89:14, 90:7, 90:23, 90:25, 91:12, 92:9, 92:11, 92:19, 93:18, 93:19, 95:8
**universe** [1] - 92:1
**unlawful** [4] - 47:21, 50:1, 50:19
**unlawfully** [1] - 4:16
**unless** [3] - 57:6, 96:2, 96:22
**unloaded** [1] - 52:1
**unprecedented** [1] - 83:22
**unprepared** [1] - 83:25
**unsupervised** [1] - 66:23
**up** [33] - 5:14, 5:24, 16:19, 16:22, 18:3, 25:23, 26:16, 37:19, 43:3, 45:1, 47:8, 49:14, 50:10, 56:4, 60:23, 63:3, 63:17, 65:3, 65:7, 68:5, 68:10, 70:5, 75:19, 76:22, 77:6, 79:1, 79:22, 80:14, 81:7, 83:4, 83:6, 86:20, 93:24
**upset** [1] - 48:25
**urge** [1] - 56:23
**uses** [2] - 20:20, 36:12
**utter** [1] - 76:13

## V

**Valencia** [20] - 5:1, 5:6, 5:11, 5:18, 5:19, 10:5, 37:8, 44:24, 48:21, 60:6, 61:20, 63:11, 64:1, 64:2, 65:20, 66:11, 66:20, 86:8, 86:11, 89:15
**Valencia's** [1] - 60:11
**Vallarta** [3] - 45:13, 61:18, 61:19
**value** [4] - 62:1, 63:3, 76:22, 78:21
**various** [3] - 4:24, 41:25, 45:23
**vast** [2] - 7:9, 61:20
**verdict** [16] - 3:2, 3:8,

11:11, 11:13, 51:14, 54:13, 55:9, 55:25, 56:1, 59:11, 92:13, 92:16, 92:21, 96:3, 96:6, 96:10
**versus** [3] - 2:3, 2:10, 36:9
**vests** [1] - 8:23
**vetted** [1] - 72:22
**video** [13] - 70:3, 70:10, 70:13, 70:14, 70:16, 73:14, 73:15, 73:24, 73:25, 74:7, 77:17
**videos** [1] - 81:9
**videotaped** [1] - 6:7
**Viente** [3] - 71:8, 75:14, 75:17
**view** [1] - 28:21
**viewed** [3] - 4:2, 4:9, 11:4
**Villa** [4] - 46:2, 67:13, 68:1, 73:21
**violation** [3] - 4:17, 4:23, 39:24
**violence** [5] - 16:21, 42:18, 46:4, 47:5, 55:13
**violent** [1] - 63:6
**Virginia** [1] - 4:5
**visits** [2] - 79:7, 79:8
**visually** [1] - 24:23
**void** [1] - 97:21
**voir** [1] - 12:13
**volumes** [1] - 6:5
**vs** [1] - 1:3
**Vuitton** [1] - 88:1

## W

**Wahl** [1] - 4:6
**waiting** [1] - 97:5
**walked** [2] - 10:2, 59:21
**wants** [9] - 23:3, 23:9, 62:13, 67:13, 68:3, 68:4, 78:21, 81:20, 84:8
**warehouse** [3] - 5:24, 66:9
**warrants** [1] - 65:14
**Washington** [2] - 1:5, 1:13
**watch** [3] - 8:11, 8:25, 60:9
**watched** [2] - 76:11
**watches** [1] - 69:12
**ways** [2] - 46:24, 72:11
**weapon** [2] - 45:15,

53:3, 53:6, 93:16
**weapons** [31] - 5:12,
5:14, 6:10, 6:23,
6:24, 7:1, 7:5, 8:10,
8:22, 9:11, 10:12,
47:13, 53:19, 53:23,
54:8, 54:9, 56:14,
59:10, 59:13, 67:18,
68:5, 68:9, 68:20,
70:5, 77:4, 77:20,
79:2, 80:21, 88:7,
93:8, 93:15
**wearing** [1] - 8:11
**wedding** [5] - 73:18,
73:22, 73:25, 74:6
**week** [1] - 75:2
**weeks** [3] - 44:16,
71:16, 71:17
**weigh** [1] - 3:25
**welcome** [1] - 56:5
**West** [2] - 1:16, 1:19
**whatsoever** [3] - 58:7,
78:5, 81:11
**whole** [4] - 23:18,
60:14, 70:14, 95:10
**wife** [1] - 75:22
**willfully** [1] - 4:12
**willfulness** [5] - 30:12,
30:16, 30:21, 30:24,
31:4
**willing** [8] - 61:24,
61:25, 80:13, 81:22,
81:25, 82:1, 86:20,
86:23
**wire** [1] - 87:4
**witness** [10] - 3:25,
14:1, 14:25, 54:23,
60:7, 63:4, 66:19,
76:24, 81:16, 83:20
**witnessed** [2] - 46:25,
62:11
**witnesses** [16] - 5:1,
10:16, 15:12, 46:19,
46:21, 54:4, 59:1,
59:16, 66:16, 67:11,
69:20, 72:24, 80:25,
84:14, 85:4, 86:6
**wonder** [1] - 19:4
**word** [4] - 47:9, 52:5,
84:16, 91:6
**words** [3] - 13:13,
50:5, 50:23
**world** [5] - 89:18,
89:24, 91:25, 92:4,
95:22
**worse** [1] - 65:8
**worst** [1] - 57:13
**worthy** [1] - 76:3
**wounds** [1] - 76:8
**write** [1] - 71:11

**writing** [1] - 25:10
**written** [2] - 23:12,
27:25
**wrote** [2] - 71:7

## Y

**year** [8] - 7:4, 34:19,
35:21, 36:1, 87:10,
87:15, 87:18, 89:1
**years** [20] - 45:10,
51:22, 61:8, 61:9,
61:12, 61:19, 62:5,
62:9, 63:14, 65:16,
66:8, 73:10, 77:24,
79:15, 79:25, 81:19,
82:24, 84:8, 92:18
**yelled** [1] - 54:20
**yesterday** [2] - 3:1,
3:16
**you-all** [5] - 3:16,
12:20, 16:7, 21:4,
29:24
**young** [3] - 44:25,
64:9, 85:10
**yourself** [3] - 58:18,
90:22, 92:7
**yourselves** [2] - 2:14,
56:5

## Z

**Zapopan** [1] - 9:17
**Zeta** [1] - 81:9
**Zetas** [1] - 89:10