# EXHIBIT A

# SENTENCING SUPPORT LETTERS

Parish of Saint John Crisostomo

Berly A. Howell

Judge of the Present District

I greet you while wishing you success in your work in favor of justice, and the ideals of the great nation of the United States of America.

A few years ago, I was able to direct myself to you to share my appreciation for Ms. Jessica Johana Oseguera Gonzalez.

I am a servant of the Parish, Jose Dolores Aguayo Gonzalez, blessed by the archdiocese of Guadalajara Jal. Mexico since June 12, 2014, he is also vice president of of the civil association, "foundation project kalos' which promotes the philanthropic and cultural feelings of transcendence.

The purpose of my current letter is to to make it known that I have been Ruben Oseguera Gonzalez's spiritual director for the past 2.5 years, which allows me to provide an evaluation of him.

Through letters and phone calls I have been in contact with him, someone who comes from a very catholic family who still currently practices, he has reflected on his future a great deal and has read the sacred scripture. When a section touches his heart, we share about it and himself.

Despite the mistakes he may have committed, he is a man who has been touched by the mercy of God. He has always shown concern for others, and I ask God for offerings this time on Ruben's behalf, as he has entrusted me with his prayers.

With moral certainty, I can guarantee that his existence has been transformed by understanding how people of Jesus Christ, in Mexico, have many testimonies of his care and charity. I know of many noble causes that he has helped and many people who need his assistance.

I am committed to supporting his spiritual journey and I ask for your indulgence for this spiritual son, if he has committed some kind of error, I assure you that he has radically changed, and we are here to accompany him on this spiritual journey. He is an excellent human being and Christian fighter who has completed God's will. With nothing else, I thank you for your attention.

Sincerely,

Jose Dolores Aguayo Gonzalez

# PARROQUIA DE

# SAN JUAN CRISOSTOMO



ZAPOPAN, JAL; A 25 DE ENERO DE 2025

BERLY A. HOWELL
JUEZA DE DISTRITO
PRESENTE.

LE SALUDO DESEANDO ÉXITO A SU LABOR EN FAVOR DE LA
JUSTICIA. Y LOS IDEALES DE LA GRAN NACIÓN QUE ES LOS ESTA-
DOS UNIDOS DE NORTE AMÉRICA.

HACE UNOS AÑOS PUDE DIRIGIRME A USTED PARA COMPAR-
TIRLE MI APRECIACIÓN SOBRE LA SRA. JESSICA JOHANA
OSEGUERA GONZÁLEZ.

SU SERVIDOR EL PBRO. JOSÉ DOLORES AGUAYO GONZÁLEZ
SACERDOTE DE LA ARQUIDIOCESIS DE GUADALAJARA, JAL.
MÉXICO DESDE EL 12 DE JUNIO DE 2014, ADEMÁS VICE-
PRESIDENTE DE LA ASOCIACIÓN CIVIL "FUNDACIÓN PRO-
YECTO KALOS" QUE PROMUEVE LA FILANTROPÍA Y LA CULTU-
RA CON SENTIDO DE TRASCENDENCIA.

EL MOTIVO DE LAS PRESENTES LETRAS ES PARA HACER DE
SU CONOCIMIENTO QUE LLEVO YA DOS AÑOS Y MEDIO
FUNGIENDO COMO DIRECTOR ESPIRITUAL DE RUBÉN
OSEGUERA GONZÁLEZ DEL CUAL ME PERMITO DAR
UNA APRECIACIÓN.

POR MEDIO DE CARTAS Y LLAMADAS TELEFÓNICAS HE
ESTADO EN CONTACTO CON ÉL, EL PROVIENE DE UNA
FAMILIA MUY CATÓLICA PRACTICANTE, HA REFLEXIONA-
DO MUCHO SOBRE SU FUTURO, HA LEÍDO LA SAGRA-
DA ESCRITURA. CUANDO ALGÚN TEXTO TOCA SU CORAZÓN
COMPARTIMOS SOBRE EL MISMO.

A PESAR DE LOS ERRORES QUE PUDIERA HABER CO-
METIDO ES UN HOMBRE QUE HA SIDO TOCADO
POR LA MISERICORDIA DE DIOS.

Don Bosco 115, Col. Don Bosco Vallarta, (entre Av. Vallarta y Lázaro Cárdenas)
entrada también por la Gran Plaza C.P. 45049, Zapopan Jal; México. Telefono 31 22 71 67
Correo Electronico: parroquiasanjuancrisostomo1@gmail.com

Zapopan, Mexico January 29, 2025

Berly A. Howell

Judge of the Present District

I wish you much success in your legal work. I am Mayra Jazmin Gutierrez, wife of Ruben Oseguera Gonzalez.

I have known him since I was 15 years old, and he was 17 years old, in total we have known each other for 18 years and have been married for 16 years. I have the certainty of being one of the people who can speak to the evaluation of Ruben's character.

I can attest that he is a person with principles, with values like honesty, concern for those who need it most, he is hardworking, worried about the well being of his family, and above all he has a profound love for God.

During his time in prison, he has had the opportunity to learn more about the word of God, through bible studies and spiritual guidance, he is a person who is willing to always do good. One of his main concerns is his children who he has had to leave behind due to circumstances, which have caused them to suffer during his absence.

I have had the experience of meeting an extraordinary human being, understanding, generous, capable of thinking of my wellbeing before his own; expressing love, empathy, open to dialogue, understanding, with a calm temperament, he doesn't like problems, he has many friends, he is a person who accepts his mistakes and always tries to fix them.

I have personally accompanied him to deliver food to the elderly, orphans, state hospitals of Guadalajara, and he has also promoted the devotion of Saint Judas Thaddeus and the Catholic faith, which is one of his main values; he is a responsible father as he would take them to school, attend to them when sick, help with their activities, concerned with their academic development, he helped them complete their homework ( they were preschool age).

The years I spent by his side have been the happiest of my life. Each day that passes I miss his affection and presence, seeing the suffering of my kids is a great

pain for me, because it has been 10 years of his absence. It hurts to see my youngest only being able to know his dad in prison.

I trust in the justice of your country, that they may be able to clarify the unjust accusations that have unfairly deterred my husband's freedom.

I say goodbye to you and subscribe as your safe servant, thank you in advance for your attention to this letter.

Sincerely,

Myra Jazmin Gutierrez Ochoa

Yo he tenido la experiencia de conocer un extraordinario ser umano, comprensivo, generoso, capaz de pensar primero en mi bien antes que en él; demostrando amor, empatía, abierto al diálogo, comprensivo, es de un temperamento tranquilo, no le gustan los problemas, es de muchos amigos, es una persona que acepta sus errores y siempre está dispuesto a corregirlos.

Yo personalmente lo acompañaba a llevar comida a los asilos, orfanatos, hospitales civiles de Guadalajara, y ha sido también un promotor de la devoción a San Judas Tadeo y de la fé Católica, que es uno de sus principales valores; es un papá responsable desde llevar a sus hijos a la escuela, atenderlos en sus enfermedades, en sus actividades, preocupado por su formación académica, les ayudaba a realizar las tareas (Tenían edad preescolar).

Ha sido un camino muy difícil de recorrer porqué la privación de su libertad, me ha dejado a mí con el rol de ser papá y mamá. Le pido a usted tenga piedad de tanto sufrimiento tanto de mí como de mis hijos.

Los años que pasé a su lado han sido los más felices de mi vida. Cada día que pasa extraño su cariño y su presencia, al ver el sufrimiento de mis hijos, es un gran sufrimiento para mí, porqué son ya 10 años de su ausencia. Me duele que su hijo el menor solo haya podido conocerlo en prisión

Confió en la justicia de su nación que puedan de verdad esclarecer las acusaciones qué injustamente han recaído en la libertad de mi esposo.

Me despido y me suscribo su segura servidora, de antemano gracias por la atención a esta carta.

ATT

Mayra Jazmín Gutiérrez Ochoa

Feb 05, 2025

Honorable Judge Beryl A. Howell

I am writing to you regarding my nephew Ruben Oseguera Gonzalez, asking from the bottom of my heart that you be just with him. He is a good young man with a heart full of love and faith. We all love him, and we would like to have him back with us. For him to return to his wife and kids who miss him dearly. Give him another chance, he is a hardworking, well-mannered, kind, and respectful person, not only to his grandparents but also to us. He is a very healthy young man; he has no vices and is the complete opposite of what he has been accused of. He is very positive, he likes to sing, read, and tries to approach every situation with happiness and positivity. He has a great deal of faith in God, and I ask that you give him another opportunity to be free. I appreciate you taking the time to read my letter, thank you very much.


Erika Gonzalez Valencia

05 feb 2025

Estimada Juez Beryl A. Howell
me dirijo usted debido a la situación de mi
sobrino Ruben Oseguera González pidiendo
que de todo corazón sea justa con el
el es un joven muy bueno lleno de amor
y de fé todos lo queremos y nos gusta-
ria tenerlo de regreso con nosotros
que regrese con su esposa y sus hijos
que tanto lo extrañan. Que le de otra
oportunidad, es una persona amable y
educada, trabajador, respetoso con
todos nosotros y sus abuelos, es un
joven muy sano, no tiene vicios es todo
lo contrario a lo que se le acusa es muy
positivo le gusta mucho cantar, leer,
trata de llevar la situación con alegria
y ser positivo tiene mucha fé en Dios
y usted le den otra oportunidad de
estar libre, agradezco que se tome
el tiempo de leer mi carta, muchas
gracias.
      Erika González Valencia

Feb 05, 2025

Honorable Judge Beryl A. Howell,

I am writing to you with all my heart to ask that you grant my grandson, Ruben Oseguera Gonzalez, mercy and clemency. I ask that you do not judge him for his father's crimes, he is a good young man, and I watched him grow up as a well behaved, noble kid with a good heart. He did not choose his dad; I ask that you allow him the opportunity to return to his family in order to watch his kids grow up.

I am an 81 year old elderly woman, and my greatest wish is to see him again and hug him. This is why I ask you with all my heart to grant him mercy and clemency. He is a good son, grandson, father, brother, and friend; in fact, he has many friends and family members who want to see him free and back home. He is not the person they say he is; they accuse him of crimes he has not committed, and he has been incarcerated for the last 10 years. This doesn't seem fair to me; I ask that you have compassion. Thank you for reading my letter, it is what his grandmother has to say.

Estela Valencia Farias

05 Feb 2025

Honorable Juez Beryl A. Howell

me dirijo a usted pidiendo de todo
corazón por mi nieto Ruben Osequera
González piedad y clemencia, le pido
que no lo juzgue por los delitos de
su padre el es un buen muchacho, yo lo
vi crecer siempre fue un niño noble
obediente, de buen corazón, el no
escogió el papá que le tocó, le pido le
de la oportunidad de volver con su
familia para ver crecer a sus hijos
yo soy una señora de la tercera edad
tengo 81 años y mi mayor deceo es
volver a verlo y abrazarlo por eso le pido
de todo corazón piedad y clemencia para
el, el es un buen hijo, buen nieto,
buen padre, buen hermano y buen
amigo de echo tiene muchos amigos
y familiares que lo quieren ver en
libertad y tenerlos de regreso en casa
el no es la persona que dicen que es,
lo acusan por delites que el no cometió
ya tiene 10 años presa no se me hace
justo, por eso le pido que tenga
compasión de él, le agradezco que lea
mi carta, es cuanto le dice su abuela
Estela Valencia Farías
                          Estela Valencia farias

To whom it may concern,

Ruben Oseguera Gonzalez is an incredible person with too many good qualities to fit in this one card, such as his positivity and goodwill towards all of God's creations, as he is completely accepting of God's will.

I have known Ruben for 4 years and I know that he is willing to give the best version of himself every day. Especially because he has hope of seeing his family and kids again once this process that separates him from them is over.

Ruben is an understanding and attentive human being in every possible way, he is always there to support a friend or person who needs it; considering he is a person who does not expect anything in exchange for his friendship.

Sincerely Zamantha Gastelum

A quien coresponda,

Rubén Osequera González es una increíble persona con una cantidad de cualidades que no me cabrían en una carta, así como su increíble positivismo y buena voluntad ante todos los designios de Dios, ya que él está completamente entregado a la voluntad de Dios.

Tengo 4 años conociendo a Rubén y se que está dispuesto a dar su mejor versión todos los días. Ya que espera poder ver a su familia e hijos con gran ilusión ya que termine el proceso por el que está pasando que lo separa de ellos.

Rubén es un ser humano comprensivo y atento en todas los sentidos, siempre esta para apoyar a un amigo o una persona que lo necesite. Ya que él es una persona que no espera nada a cambio de una amistad.

Atte: Zamantha Gastelum

To whom it may concern:

By way of these lines, I am pleased to express my care and admiration for Ruben Oseguera, someone of unshakeable faith, who has a lot of honor and love in his heart, traits that are manifested through his words.

Speaking of religion, I try to recommend archangels and prayers, he seems calmer and grateful when we pray.

Every time we talk, he infects me with his good vibes, he is very charismatic and respectful, he makes me very happy, and I love to hear him laugh. I always tell him that I am his faithful admirer, because he has taught me a lot, he is my example of resilience.

He is very excited, he worries about my wellbeing, he tells me that he enjoys talking with me, he even sings to me, or we sing together. The times passes quickly for us when we talk, and we miss each other from one day to another.

This and much more is him, an incredible man, and I feel very fortunate to have met him.

Respectfully,

Renata Hernandez

A quien corresponda:

A través de estas líneas, me es grato expresar mi admiración y cariño a Rubén Oseguera, una persona de fé inquebrantable, con mucho amor y nobleza en su corazón, que lo manifiesta a través de sus palabras.

Platicando de religión trato de recomendarte arcángeles y oraciones, el se siente mas tranquilo y acogido cuando rezamos.

Cada que hablamos me contagia de su buena vibra, es muy carismático y respetuoso, me hace muy féliz y me encanta escucharlo reir, siempre le digo que soy su fiel admiradora, porque me a enseñado mucho, es mi ejemplo de resiliencia.

Es muy atento, se preocupa por mi bienestar, me dice que le gusta mucho hablar conmigo, incluso en algunas ocaciones me canta, o cantamos juntos se nos pasa el tiempo muy rápido cuando hablamos y nos extrañamos de un dia a otro.

Esto y mucho más es él, un hombre increíble y me siento muy afortunada de haberlo conocido.

Me despido con respeto:    Renata Hernández.

Mr. Or Ms. Judge,

I write to you with all due respect to tell you a bit about Ruben Oseguera. I have known him since we were kids, and he was always a kid with a beautiful heart, very friendly, and of course a person who enjoyed helping others. For a while now, I have maintained communication with him and during our conversations we discuss giving eachother support for the things we guard in our heart, things that happen in our day to day lives, we talk about the faith we have in God and how church is, since we are both connected to the church. On occasion I tell him jokes so he can laugh a little and forget about the place he is in. I can also tell you that the time I saw him living and interacting with his kids he was a loving man/father, always waiting on his kids, all I can say is that he is the best dad to his kids. In this situation his kids are noticeably affected by not having their dad close. Now I will talk about how Ruben is as a friend; I can say that if he is able, he will help you and find the best words to give you advice when you need it. I say this from experience because when I have been sad, or he has heard me cry, he has always given me encouragement to come out ahead and continue with life, because we only have one life, and we should live it and enjoy it. I will tell you that I see Ruben as an older brother because he worries about me, and he does not like to see me upset. You do not know how much he has been missed since he has been gone, I believe that having him there is an injustice. He is someone who does not cause anyone harm and who enjoys helping his neighbors, help that he gives from his heart, and as we say – God sees all the good we do to help people.

Mr. or Ms. Judge, I ask you with all my heart to consider that Ruben is a good person who can be free without harming anyone. Ruben is one of the few people in this world who helps, no matter the socioeconomic status of the person, he helps with his heart in hand. I have a lot of sympathy for him as the ones most affected by this situation are his children, as previously mentioned.

I hope God grants you the peace and tranquility that all these cases and difficult moments require.

I respectfully say goodbye Mr. Or Ms. Judge,

Julissa Carranza



Sr. o Sra Juez

Le escribo con el respeto que se merece
y esta carta es para hablarle un poco
de Ruben Oseguera. Yo a él lo conosco
desde que somos niños y siempre
fue un niño con un corazón hermoso,
muy amigable y por supuesto una
persona que le gusta ayudar a la gente.
Desde hace un tiempo, yo he mantenido
un comunicación con el y en nuestras
platicas hablamos de darnos animos,
de las cosas que tenemos guardadas
en el corazón, de lo que pasa día a
día, hablamos de la fé que le tenemos
a Dios y de como es la iglesia, ya que
ambas somos muy apegados a la iglesia.
En ocaciones yo le hago bramas
o le cuento chistes para que se
ría un rato y se le olvide poquito
en el lugar en el que esta. También,
le puedo decir que él tiempo que
lo vi combivir con sus hijos, el era
un hombre/papá cariñoso, siempre al
pendiente de los niños, solo puedo
decir que es el mejor papá para
sus hijos. En esta situación sus hijos
se han visto afectados por no tener

a su papá cerca. Ahora hablo como
es Rubén como amigo le puedo
decir que si esta en su manos te
ayudará y buscará las mejores palabras
por darte un consejo cuando lo
necesites. Se lo digo por experiencia
porque cuando yo me he sentido
triste o me ha escuchado llorar
siempre me da animos para salir
adelante y seguir con la vida, que porque
vida solo hay una y tenemos que
vivirla y gozarla. Le comento que yo a
Rubén lo veo como un hermano mayor
porque se preocupa por mi y no le
gusta que yo este mal emocionalmente.
No sabe la falta que nos hace desde
que no esta, creo que estan cometiendo
una injusticia al tenerlo ahí, es una
persona que no le hace daño a nadie
y que le gusta ayudar al projimo y
su ayuda la hace de todo corazón y
como decimos nosotros Dios ve todo
lo bueno que hacemos para ayudar a
la gente.
Señor o Señora Juez le pido de
todo corazón que tome en cuenta
que Rubén es una persona buena
y que puede andar libre sin

perjudicar a nadie. Rubén es de las
pocas personas en el mundo que
ayudan y que no importa el nivel
socioeconomico de las personas, él
ayudara con el corazón en la mano.
Tenga mucha consideración por él,
porque los más afectados en esta
situación son los niños, como lo
había mencionado anteriormente.

Espero que Dios les de paz y tranquilidad
que todos en estos casos y momentos
difíciles necesitamos.

Me despido con todo el respeto
Señor o señora juez, Julissa Carranza.

Zapopan, Mexico- January 24th

Berly A. Howell

Judge of the Present District


Receive a greeting from Rahim Oseguera Gutierrez, son of Ruben Oseguera Gonzalez, I am the youngest at 9 years old. I have not been able to be with my dad much and I wish I had him close because I miss him and have noticed his absence since he has been in jail. He used to play with me. With the cover of a kiss I ask you to please help my dad return to me. I miss having my parents together. Thank you.

Sincerely,

Rahim Oseguera Gutierrez

ZapoPn, méxico, a 24 de enero 202

Berly A. Howell
Jueza De Distrito
Presente,

Reciba un saludo de Bahim osegera Gutierrez
hijo de Ruben eseguera Gonzalez soy el hijo
mas pequeño cuento con la edad de 9 años
no e podido convivir mucho con mi papi y
quiero tenerlo serca lo extraño y me hace
mucha falta que en la carcel jugaba
con migo con una tapa de un boso le
pido porfavor ayude alque mi papa este
son migo. Extraño mucho ver amis papas juntos
se lo pido gracias

ATTE:

Rahim oseguera Gutierrez

Zapopan, Jal., Mexico- January 29, 2025

Berly A. Howell

Judge of the Present District

Receive a greeting from Jessica Michelle Oseguera Gutierrez, oldest daughter of Ruben Oseguera Gonzalez. I am 14 years old, in my third year of high school, and the reason for this letter is to give you insight on who my dad is as a person and father. The memories of my daddy that come to mind are of him playing dolls with me and building my princess castle. In each memory I was given a lot of love and care from him, he was always concerned with my wellbeing and even though I was little I remember that anytime I pretended to be sick to be pampered he never chastised me for it. He was always very loving with my mom, and we were very happy up until the moment he was no longer by our side. He has always been someone concerned with everyone else, from a young age he taught me to share with the less fortunate. My childhood memories are filled with visits to convalescence homes, where lots of lonely grandparents lived, to bring them food and sweets to lift their spirits. I ask that this letter act as evidence that my daddy is a good person, he is hardworking, kind, responsible, and I miss him everyday since he left me at 4 years old. Every day of my life spent without him has been very difficult, it hurts to only see him through a screen, unable to hug him, or feel his affection or support. As an adolescent I need him more than ever and it pains me to see my younger siblings suffer. I know in your hands is the decision to return the happiness I lost 10 years ago.

I say goodbye and appreciate your attention to my plea.

Sincerely,

Jessica Michelle Oseguera Gutierrez

Berly A. Howell
Jueza De Distrito
Presente.

Reciba un saludo de Jessica Michelle Oseguera Gutierrez hija de Ruben Oseguera Gonzalez Soy la hija mayor tengo 14 años curso el tercer año de secundaria y el motivo de esta carta es para darle a conocer como es mi papá como ser humano y papá. Los recuerdos que vienen a mi memoria de papi son jugando conmigo muñecas y armando mi castillo de princesas en cada momento recibi mucho amor y cariño de parte de el siempre se preocupo por mi bienestar aun que era muy pequeña recuerdo siempre a mi lado cuando me enfermaba para consentirme y darme apoyo nunca recibi un solo regaño de parte de el siempre fue muy cariñoso con mi mamá eramos muy felices hasta el momento enque ya no estuvo a nuestro lado el ha sido una persona siempre preocupada por los demas desde pequeña me enseño a compartir con las personas mas pobres los recuerdos que tengo de mi infancia son llendo a visitar asilos donde viven muchos abuelitos que estan solos a llevarles comida y uno que otro dulce para que se alegren le suplico esta carta sirva para demostrar que mi papi es una buena persona es trabajador, amable, bueno, responsable y lo extraño cada dia de mi vida ya que me dejo a los 4 años de edad

ya que an sido muy dificil cada dia el poder verlo en el me duele mucho verlo solo por una pantalla y no poder abrazarlo y sentir su cariño y su apoyo como ya una adolecente que soy me hace mucha falta y me duele mucho ver el sufrimiento de miss hermanitos pequeños se que en sus manos esta la decision de devolverme la alegria que perdi desde hace 10 años.

Me despido y agradezco su atencion a mi peticion.

Atte
Jessica Michelle Oseguera Gutierrez

Zapopan, Mexico January 29, 2025

Berly A. Howell

Judge of the Present District

Receive a greeting from Ruben Oseguera Gutierrez, son of Ruben Oseguera Gonzalez, I am in my first year of high school and am 13 years old. I write this letter to let you know that my daddy is a good person and I need him very much and he is a very good human being. He is concerned for others, especially me and my siblings. I miss seeing my parents together and have suffered a lot because he is not her. I have this dream that I will see him return and every time I pray, I ask God to return him to me. Since I was little my daddy taught me to pray and every day I pray for him.

My greatest dream is to have him return home and I ask that you take into account the good actions my daddy has done, I ask that you please help my daddy be with me again so that I can be happy again.

Sincerely,

Ruben Oseguera Gutierrez

Zapopan, mexico, a 21 de enero 2025

Berly A Howell
Jueza De Distrito
Presente.

Reciba un saludo de Ruben Oseguera Gutierrez soy
Hijo de Ruben Oseguera Gonzalez cursando el
Primer año de Secundaria y tengo 13 años de
edad.

le escribo esta carta para decirle que mi
Papi es una buena Persona y me hasemucha
falta y es un ser humano muy bueno
Se procupaba por los demas especial mente
por mi y mis hermanos extraño mucho
ver a mi papas Juntos otra ves he Sufrido
mucho que no este aqui tengo la ilusion de
verlo regresar siempre cuando reso le pido a
Dios que me lo devuelba desde chiquito
mi papi me enseño a rezar y cada dia
rezo por el.

Mi mas grande ilusion es que vuelva a
casa por eso le pido a usted tome en
cuenta las buenas acciones que a echo mi papi

le pido por lo que mas quiera que
ayude a mi papi para que este otra vez,
conmigo x pueda volver a ser feliz.

AttE:
Ruben Oseguera Gutierrez