IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA                Criminal Action
          Plaintiff,                    No. 1:16-229

      vs.                               Washington, DC
                                        September 13, 2024
RUBEN OSEGUERA GONZALEZ,
          Defendant.                    1:11 p.m.
                                        **AFTERNOON SESSION**
_____/

              TRANSCRIPT OF JURY TRIAL PROCEEDINGS
            BEFORE THE HONORABLE BERYL A. HOWELL
               UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the United States:   **Kaitlin J. Sahni**
                         **Kate M. Naseef**
                          US- DOJ
                          145 N Street, NE
                          Washington, DC  20530
                          kaitlin.sahni@usdoj.gov

For the Defendant:       **Anthony E. Columbo, Jr.**
                         **LAW OFFICES of ANTHONY E. COLUMBO**
                          105 West F Street, Third Floor
                          San Diego, CA  92101
                          anthonycolumbolegal@gmail

                         **Jan Edward Ronis**
                         **LAW OFFICES OF RONIS & RONIS**
                          105 West F Street, Third Floor
                          San Diego, CA  92101
                          jan@ronisandronis.com

Reported By:             **Lorraine T. Herman, RPR, CRC**
                          Official Court Reporter
                          U.S. District & Bankruptcy Courts
                          333 Constitution Avenue NW
                          Washington, DC 20001
                          lorraine_herman@dcd.uscourts.gov


*** Proceedings recorded by stenotype shorthand.
*** Transcript produced by computer-aided transcription.

# I N D E X

**WITNESS**                                                      **PAGE**

MARIA HERNANDEZ

    Direct Examination by Ms. Sahni                    6
    Cross-Examination by Mr. Ronis                     50
    Cross-Examination by Ms. Sahni                     74

# E X H I B I T S

**EXHIBIT**                                                      **PAGE**

Many Government's Exhibits    Admitted into Evidence    14
Many Government's Exhibits    Admitted into Evidence    47
Many Government's Exhibits    Admitted into Evidence    48
Government's No. 404          Admitted into Evidence    49
Government's No. 405          Admitted into
Government's No. 406          Admitted into Evidence    49
Government's No. 407          Admitted into Evidence    49
Government's No. 408          Admitted into Evidence    49
Government's No. 409          Admitted into Evidence    49
Government's No. 410          Admitted into Evidence    49
Government's No. 411          Admitted into Evidence    49

1                        **P R O C E E D I N G S**

2              **DEPUTY CLERK:**  Your Honor, this is criminal case

3    16-229, *United States of America versus Ruben Oseguera*

4    *Gonzalez.*

5              Also for the record, the interpreters are Maria

6    McFadden, Manuela Crisp and Susana Martin have been sworn

7    for this matter.

8              Will parties please come forward to the lectern to

9    identify yourselves for the record.  We will start first

10   with government counsel this afternoon.

11             **MS. SAHNI:**  Good afternoon.  Kaitlin Sahni with

12   Kate Naseef and Jonathan Hornok for the United States.

13   Paralegal Angela Ancalle Jimenez and Special Agent Kyle Mori

14   are also at counsel table.

15             **MR. RONIS:**  Good afternoon, Your Honor.  Jan Ronis

16   appearing on behalf of Mr. Oseguera, along with Anthony

17   Columbo.

18             **THE COURT:**  Good afternoon.

19             Welcome to the witness.

20             I want to talk to the parties, just on the husher,

21   outside the ...

22        (Sidebar discussion.)

23             **THE COURT:**  This doesn't need to be particularly

24   confidential and if the witness weren't here, we would just

25   be talking about this in open court.  Members of the media

1    are talking to our -- Lisa Klem special assistant to the

2    Chief Judge who handles press and media who want copies of

3    exists from this trial.

4              Typically, we rely on the government, who usually

5    has control of most of the exhibits in any criminal trial,

6    to make production to the media.  And the U.S. Attorney's

7    Office does it by USA-fx or something like that.  They just

8    put it online and make it available and people can access

9    the exhibits to provide public access.

10             The DOJ public affairs person advised Lisa Klem

11   that they prefer if the Clerk's Office, so the court, makes

12   exhibits available.  But of course, the Clerk's Office has

13   no access to the exhibits and that's not happening.  That's

14   the government's job.

15             You have, like, I don't know how many thousands of

16   people working for you and we have under a hundred working

17   in our Clerk's Office.  So, how is the government going to

18   make the exhibits available for the media?

19             **MS. SAHNI:**  Your Honor, we can tact the U.S.

20   Attorney's Office this afternoon and figure out who usually

21   does that for them, and I'm sure they will do us the favor

22   for also processing it for us, and we will get the exhibits

23   over.

24             My other question to you, Your Honor, is I assume

25   we usually send those over as they are admitted?

1          **THE COURT:**  Correct.

2          **MS. SAHNI:**  Okay.  So each day, at the end of the

3    day, I assume, we can send those over and they will go

4    through the normal process of however they do to publish

5    them?

6          **THE COURT:**  I think that works.

7          **THE COURT:**  Defense have anything to add to this?

8       **MR. RONIS:**  No, Your Honor.

9          **THE COURT:**  Okay.  So I would appreciate it if you

10   would tell your DOJ public affairs person I've taken note,

11   as has the Special Assistant to the Chief Judge of this

12   Court, as to DOJ's kicking this can down the road and back

13   to the Clerk's Office.  Not appreciated.  Not professional.

14   Not what I expect from the Department of Justice.  Please

15   communicate that to whoever is head of public affairs at

16   DOJ.

17          **MS. SAHNI:**  I'm sorry, Your Honor.  There are so

18   many offices.  Do we have a name?  Was it from the criminal

19   division?  There are just so many offices.  I'm not sure I

20   will get to the right public affairs office.

21          **THE COURT:**  Oh, yes.  Actually, Lisa shared that

22   information with me.  It's ███████████████Senior

23   Communications Advisor for International Law

24   Enforcement/Spokesperson, U.S. Department of Justice.  Phone

25   number: ██████████.

1              Not helpful.

2              **MS. SAHNI:**  Thank you, Your Honor.  I will let her

3    know, and if we can just redact her phone number from the

4    record.

5              **THE COURT:**  Yes, we can redact that.

6              **MS. SAHNI:**  And any names.

7              **THE COURT:**  Okay.

8         (Sidebar discussion concluded.)

9              **THE COURT:**  Everybody in the courtroom is okay to

10   be in the courtroom?

11             **MS. SAHNI:**  Yes, Your Honor.

12        (Jury entered the courtroom.)

13             **THE COURT:**  Good afternoon, ladies and gentlemen.

14             We already have a witness in the box.  Ms. Sahni,

15   could you call this witness?

16             **MS. SAHNI:**  Thank you, Your Honor.

17             The government calls Maria Hernandez.

18             **THE COURT:**  Ms. Hernandez, could you stand, raise

19   your right hand, face the jury.  My courtroom deputy will

20   administer the oath.

21        (Witness sworn.)

22             **THE COURT:**  You have may be seated.

23              **DIRECT EXAMINATION OF MARIA HERNANDEZ**

24   BY MS. SAHNI:

25        **Q.**   Good afternoon.  If you could speak into the

```
 1    microphone so we get that on the record, please.

 2              Are you currently employed?

 3    A.    Yes.

 4    Q.    Where do you work?

 5    A.    In the Attorney General's Office of the Republic.

 6    Q.    Of which country?

 7    A.    Mexico.

 8    Q.    Is there an acronym that is used to refer to that

 9    organization?

10    A.    Yes, it's FGR.  Before it went by Procuraduría, so

11    it was PGR.

12    Q.    Are you a federal prosecutor?

13    A.    Yes.

14    Q.    Does FGR have authority to prosecute crimes

15    throughout Mexico?

16    A.    That's correct.

17    Q.    In total, how long have you worked as a federal

18    prosecutor in Mexico?

19    A.    Over 15 years.

20    Q.    Do you have a law degree?

21    A.    That's correct.

22    Q.    Do you also have a master's in federal justice?

23    A.    That's correct, yes.

24    Q.    Have you received other training in your position

25    as a prosecutor?
```

1      **A.**    Yes.

2      **Q.**    What other kinds of training have you received

3  besides formal education?

4      **A.**    I have taken courses through the Mexican Attorney

5  General's Office, the DEA, the Department of Justice, the

6  FBI and HSI.

7      **Q.**    Have you prosecuted firearms offenses in Mexico?

8      **A.**    Yes.

9          **THE COURT:**  Could you explain what HSI is?

10         **THE WITNESS:**  It's through what Homeland was

11  before ICE.

12         **THE COURT:**  Okay.  Thank you.

13  **BY MS. SAHNI:**

14     **Q.**    Through your training and work as a prosecutor are

15  you familiar with what the CJNG is?

16     **A.**    Yes.

17     **Q.**    And what is that?

18     **A.**    It's the Cartel Jalisco New Generation.

19     **Q.**    Currently, what kind of judicial system does

20  Mexico have at the federal level?

21     **A.**    Adversarial.

22     **Q.**    And what is an adversarial judicial system?

23     **A.**    The system, everything, all hearings are now all

24  oral hearings.  The system itself has oral proceedings.

25  We've left behind what was only a formal paperwork system.

1          Q.    What was the name of that paperwork system?

2          A.    The traditional inquisitorial system was based on

3     the paperwork and the participation by prosecutors of the

4     investigation.  Now these investigations are carried out by

5     police officers.  In this written system, everything had to

6     be formally presented and documented.  And the prosecutors

7     had to appear at the scene of the crime and investigate

8     themselves, with the aid of their agents and assistants, and

9     do all of the proceedings themselves.

10         Q.    When did Mexico make that shift from the

11    traditional inquisitorial system to the adversarial system?

12         A.    In 2016.

13         Q.    I'd like to draw your attention to May 1st of

14    2015.  To which unit of the Mexican prosecutor's office were

15    you assigned on that day?

16         A.    The unit that specialize in crimes against health.

17         Q.    Did you receive a work-related call on May 1st,

18    2015?

19         A.    That's right.

20         Q.    Were you asked to do something on that call?

21         A.    Yes.  I was told to travel to Villa Purificación

22    because a helicopter that belonged to the Mexican National

23    Defense Secretariate or the Secretary of Defense had been

24    attacked.  There was also an agent of the Mexican National

25    Secretariate of Defense that was wounded and had been

1    transported to the hospital.

2        **Q.**    Did you follow the instructions to go to Villa

3    Purificación?

4        **A.**    Yes, that's correct.

5        **Q.**    And were you going to investigate?

6        **A.**    That is correct.  I went to the location with a

7    workgroup.  And because this was something urgent and

8    unprecedented, this was an emergency that we had to get to

9    and I went there myself, some units and police officers.

10       **Q.**    How did you get there?

11       **A.**    By plane and to the scene of the crime by

12   helicopter.

13       **Q.**    And what was your role in this investigation?

14       **A.**    I had to lead the investigation, accompanying the

15   different officers that carry out the inspection of the

16   crime scene, verifying the evidence, and direct the

17   gathering of the evidence.

18       **Q.**    What time of day was it when you landed at the

19   scene?

20       **A.**    Around 10 a.m.

21       **Q.**    That first day you were there, were you able to do

22   any investigating?

23           **THE COURT:**  Can you stop?  For the interpreters,

24   if you could make pauses in your answers, so the

25   interpreters can do their job, and then go back and finish

1    parts of your answer.

2            **INTERPRETER:**  May the interpreter render what was

3    stated so far, Your Honor?

4            **THE COURT:**  Yes.

5            **THE WITNESS:**  On the first day we focused on the

6    helicopter, but we couldn't truly inspect everything there.

7    Interpreter correction.  We couldn't inspect everything at

8    the helicopter.  We had to stay there but because of our

9    safety, we were still hearing shots, and we ended up

10   spending the night.  We had to sleep there.

11           Because there was an extreme circumstance, we were

12   not prepared.  We didn't have any tents to sleep in or

13   anything like that.  So that night we were under the trees

14   and we were carrying the body bags.

15           So we were carrying equipment because we needed to

16   pick up deceased bodies.  So we didn't have anything to camp

17   out and spend the night there, but we had to spend the night

18   there, therefore, my team and I slept in the body bags.

19           In the meantime, a team from the Mexican National

20   Security Secretariate stayed with us and the other one was

21   on guard to provide security.  All of this because we could

22   still hear shots within the area.

23           **MS. SAHNI:**  Did you eventually learn who was doing

24   the shooting?

25           **MR. RONIS:**  Objection.  Foundation.

1          **THE COURT:**  Overruled.  And what was the answer?

2          **THE WITNESS:**  No.  No.

3    BY MS. SAHNI:

4      **Q.**   When you got to the helicopter scene, what did you

5    observe?

6      **A.**   The area where the helicopter fell, really there

7    was no helicopter.  There was nothing left.  All you could

8    see were the blades and it had all melted.

9      **Q.**   There are two binders in front of you containing

10   Government's Exhibit 100 through 104, 106 through 366 and

11   371 through 379.

12          Before your testimony today, did you have the

13   opportunity to carefully review those binders?

14     **A.**   Yes.

15     **Q.**   Feel free to open it if you need to.  But do you

16   recognize the exhibits in those binders?

17     **A.**   Yes, I do.  I do recognize them.

18          **THE COURT:**  And for clarification, the binders in

19   front of the witness, only have the exhibit numbers you

20   mentioned, not all the exhibit numbers.

21          **MS. SAHNI:**  Correct, Your Honor.

22          **THE COURT:**  Okay.

23   BY MS. SAHNI:

24     **Q.**   What are in those binders?

25     **A.**   In the binders there are pictures, picture of the

1    helicopter where it crashed.  There was information, there

2    are other pictures and other information from the path I

3    traveled from where the helicopter is located to the

4    location where nine trucks were found.

5        Q.   Were photos taken of that place you inspected?

6        A.   Yes.  Yes.

7        Q.   Do the photos in those binders accurately reflect

8    what you observed at the sites that you inspected near

9    Villa Purificación in May of 2015?

10        A.   Yes.

11            MS. SAHNI:  Your Honor, at this time the

12    government moves to admit certain exhibits in those binders

13    that were not previously admitted, specifically Government's

14    Exhibits 101, 104, 107, 109 through 116, 119 through 131,

15    133 through 137, 139 through 158, 160 through 215, 217

16    through 350, 352 through 359, 361 through 364, 366, and 371

17    through 379.

18            THE COURT:  Mr. Columbo or Mr. Ronis, do you need

19    time to look at all of those or ...

20            MR. RONIS:  We certainly looked at them,

21    Your Honor.  It is a lot to grasp in one answer to a

22    question.

23            THE COURT:  My question is, Do you have any

24    objection or do you need more time to consider whether or

25    not you have an objection.

```
 1            MR. RONIS:  No.

 2            THE COURT:  No objection.

 3            Hearing no objection, all of those numbers you

 4   just listed may be admitted.

 5            Does the court reporter need me to review those?

 6            COURT REPORTER:  No.  But, Counsel, please make

 7   sure you're using a microphone.

 8       (Government's Exhibits 101, 104, 107, 109-116, 119-131,

 9   133-137, 139-158, 160-215, 217-350, 352-359, 361-364, 366

10   and 376-379 were admitted.)

11            MS. SAHNI:  And, Your Honor, permission to publish

12   100 through 104, 106 through 366 and 371 through 379 --

13            THE COURT:  Is it 101 through 104 or 101 and then

14   104?

15            MS. SAHNI:  In the binders, it's 101 through 104.

16   I believe 101 through 103 were previously admitted.

17            THE COURT:  Oh, I see.  Okay.  Yes, they may be

18   published.

19            MS. SAHNI:  Ms. Ancalle, can we please pull up

20   Government's Exhibit 100, 102 and 104 and publish them to

21   the jury.

22       (Exhibits were published.)

23   BY MS. SAHNI:

24       Q.   Ms. Hernanez, what do these photographs show?

25       A.   Photographs of the helicopter, how it ended up.
```

1      Q.   Through your investigation, did you learn that

2  people in the helicopter died as a result of this crash?

3      A.   Yes.  Units of the Defense Secretary and a police

4  officer.

5      Q.   Do you know exactly how many people died on the

6  helicopter?

7      A.   No, I don't remember.

8      Q.   Was an organization other than FGR responsible for

9  collecting any dead or wounded individuals who were on that

10  helicopter?

11      A.   You mean other personal [sic] or people from the

12  prosecution office?

13      Q.   No, I'm sorry.  Another organization within the

14  government of Mexico.

15      A.   We got support from the National Defense of the

16  Republic, the Secretariate, and also we got support from the

17  police.  From the federal police, the FGR.

18      Q.   After you inspected the crash site where the

19  helicopter parts were, did you inspect the surrounding area?

20      A.   We made inspection of the places specifically and

21  the dirt roads.

22      Q.   How large was the area that you searched?

23      A.   I could not tell you the size, but from the

24  helicopter to the trucks, it was about a kilometer.

25      Q.   In total, how long were you near

```
 1    Villa Purificación investigating the scene?

 2         A.    Approximately five days.

 3         Q.    Did you find anything in the area near the crash

 4    site?

 5         A.    We found nine trucks with weapons inside, and we

 6    found bodies of nine people that were armed, as well, at the

 7    place, and we found spent casings throughout the way.

 8         Q.    Where were the vehicles located when you found

 9    them?

10         A.    Well, we located them approximately one kilometer

11    from the helicopter crash.  It was on the dirt road, and

12    they were on a line.  Obviously, they had some homemade

13    accessories to shoot with.

14              MS. SAHNI:  At this time the government seeks to

15    publish Government's Exhibit 105, which is a demonstrative.

16              THE COURT:  Any objection to using this as a

17    demonstrative?

18              THE COURT:  Hearing no objection, you may use it.

19    105A has been admitted, but 105 you don't want to admit.

20    You just want to use it as a demonstrative.

21              MS. SAHNI:  Correct, Your Honor.

22              THE COURT:  Fine.  You may.

23         (Demonstrative was published.)

24    BY MS. SAHNI:

25         Q.    Ms. Hernandez, what is shown on this map?
```

1          **A.**    The Villa Purificación township.

2                **MS. SAHNI:**  For the record, this is Slide 2.

3                If we could please go to Slide 3 and to Slide 4.

4                What is shown on this yellow dot?

5                **THE WITNESS:**  That's where the nine trucks were

6      found.

7                **MS. SAHNI:**  If we could proceed to the next slide.

8      **BY MS. SAHNI:**

9          **Q.**    What is shown on the red dot?

10         **A.**    The place where the helicopter was found that had

11     fallen and crashed.

12         **Q.**    What was the landscape like surrounding this

13     convoy location?

14         **A.**    Well, it was a place that was very difficult to

15     access.  There was a lot of vegetation, full of trees, which

16     is difficult to access.

17         **Q.**    Did your team document the GPS coordinates of the

18     helicopter crash location and convoy were?

19         **A.**    Yes, we used the GPS.

20         **Q.**    And do these points that are marked on this map,

21     Slide 5, accurately represent those GPS locations?

22         **A.**    Yes.

23               **MS. SAHNI:**  Ms.  Ancalle, could we please publish

24     Government's Exhibit 106 and 108.

25               (Exhibits were published.)

1    BY MS. SAHNI:

2        Q.    What are these exhibits?

3        A.    That's one of the trucks we found in the convoy.

4    You can observe right there how there is a homemade

5    accessory to be able to mount a firearm.

6              You can also see, like, some boxes like that one,

7    green right there, with cartridges.  You can also see -- we

8    found some vests of cartridges in the boxes.

9        Q.    Now, you can touch the screen in front of you.

10    Could you, please, circle the mount and the cartridges you

11    are talking about?

12        A.    This is the accessory for weapons and then this

13    one is the box where the cartridges are.

14        Q.    I apologize.  It does not look like it made the

15    mark.

16        A.    It's this one.  This is the accessory.

17              THE COURT:  You can touch the screen.

18              THE WITNESS:  Oh, okay.  This one is the

19    accessory.

20              THE COURT:  It's just not working.

21    BY MS. SAHNI:

22        Q.    Ms. Hernandez, can you just direct us on the

23    photograph where those things are that we are talking about?

24        A.    It was in the middle of the truck.  It's like two

25    pillars.  This is the accessory to put a firearm.  On the

1    bottom left, kind of at the front, there is a box, a little

2    box, kind of grayish or green; and that's where the

3    cartridges were.

4        **Q.**    Did you search the areas around the convoy

5    vehicles?

6        **A.**    Yes, we did a search and inspection.  We found

7    weapons, cartridges and some spent cartridges, meaning they

8    had been fired already.

9        **Q.**    Did you photograph the items that you found?

10       **A.**    Yes.

11       **Q.**    Did you also seize the weapons and ammunition that

12   you found?

13       **A.**    Yes.

14           **MS. SAHNI:**  Could we please publish Government's

15   Exhibit 111?

16       (Exhibit was published.)

17   **BY MS. SAHNI:**

18       **Q.**    What is this photo?

19       **A.**    This photo is the place where a weapon was found.

20           **MS. SAHNI:**  Could we please publish Government's

21   Exhibit 115?

22       (Exhibit was published.)

23   **BY MS. SAHNI:**

24       **Q.**    Is this the weapon?

25       **A.**    Yes.

1          **MS. SAHNI:** If we could publish Government's

2    Exhibit 117.

3          (Exhibit was published.)

4    **BY MS. SAHNI:**

5          **Q.** Is this another photo of another weapon?

6          **A.** Yes.

7          **MS. SAHNI:** If we could please publish

8    Government's Exhibit 118.

9          (Exhibit was published.)

10   **BY MS. SAHNI:**

11         **Q.** And what is this?

12         **A.** It is part of the weapon that is engraved or

13   painted the acronym CJNG.

14         **Q.** Is there a pattern on this weapon?

15         **A.** Yes. It is, like, pixilated.

16         **MS. SAHNI:** Could we publish Government's Exhibit

17   125?

18         (Exhibit was published.)

19   **BY MS. SAHNI:**

20         **Q.** And what is this?

21         **A.** It's a cartridge of the weapon, .50 caliber.

22         **MS. SAHNI:** Please publish Government's Exhibit

23   132 and 133.

24         (Exhibit was published.)

25         **\*\*\* PAGE INTENTIONALLY LEFT BLANK \*\*\***

1    **BY MS. SAHNI:**

2        **Q.**    What are these photos?

3        **A.**    It is one of the long weapons that was found.

4    They have an identification, also like the other weapon.

5    You cannot see the C very good, but it says CJNC -- I'm

6    sorry -- CJNG and it has the 79 number as inventory.

7        **Q.**    Was this found near the convoy?

8        **A.**    Yes.

9            **MS. SAHNI:**    If we could please publish

10    Government's Exhibit 170.

11        (Exhibit was published.)

12    **BY MS. SAHNI:**

13        **Q.**    What is in this photo?

14        **A.**    These are two rocket projectiles that were found.

15        **Q.**    And where were they found?

16        **A.**    Yes.  Also near the convoy.

17        **Q.**    Did you find several rockets that looked very

18    similar to this?

19        **A.**    Yes, we found rockets and rocket launchers.

20    **BY MS. SAHNI:**

21            **MS. SAHNI:**    If we could please publish

22    Government's Exhibit 169.

23        (Exhibit was published.)   Xxx

24    **BY MS. SAHNI:**

25        **Q.**    Are these other items that you found?

1      **A.**    That is what provides the rocket propulsion.  So

2      it's for the rockets.

3      **Q.**    Were these found near the rockets that we just saw

4      in the previous exhibit?

5      **A.**    That's correct.

6          **MS. SAHNI:**  If we could please publish

7      Government's Exhibit 175.

8          (Exhibit was published.)

9      **BY MS. SAHNI:**

10     **Q.**    What is in this photo?

11     **A.**    This is one of the persons that was shot down that

12     day.  This person is carrying -- this person and the weapon

13     that the person had.  The person is wearing camouflaged

14     clothing or tactical clothing.

15         **THE COURT:**  Is that a person on the helicopter or

16     not on the helicopter?

17         **THE WITNESS:**  No, he's not government personnel.

18     **BY MS. SAHNI:**

19     **Q.**    Was this individual found near the convoy?

20     **A.**    Yes.

21     **Q.**    During your search, did you find any wounded

22     gunmen?

23     **A.**    No, no.

24         **INTERPRETER:**  The interpreter would like to

25     correct the interpretation.

 1          **THE WITNESS:**  No.

 2     **BY MS. SAHNI:**

 3          **Q.**   I believe before you mentioned there were nine

 4     deceased individuals that you found.  Were they all found in

 5     the general area where the convoy was?

 6          **A.**   Yes.

 7          **MS. SAHNI:**  Could we please publish Government's

 8     Exhibit 179.

 9          (Exhibit was published.)

10     **BY MS. SAHNI:**

11          **Q.**   What is this?

12          **A.**   This is also a restricted-use weapon that also

13     bears the identification of CJNG.

14          **Q.**   Is this the same weapon that was next to the

15     gunman in the previous photo?

16          **A.**   Yes.

17          **Q.**   You mentioned restricted use.  What do you mean by

18     that?

19          **A.**   In Mexico there are weapons in which the use is

20     restricted to the army and it's not for civilians.

21          **MS. SAHNI:**  Can we please publish Government's

22     Exhibit 176.

23          (Exhibit was published.)

24

25

1    **BY MS. SAHNI:**

2        **Q.**   What is this?

3        **A.**   This is a belt worn by the person found, also with

4    the acronym CJNG.  It was worn by one of the persons located

5    there.

6        **Q.**   When you say one of the persons; is that one of

7    the deceased individuals that you found?

8        **A.**   Yes, one of the nine.

9            **MS. SAHNI:**  Could we please publish Government's

10   Exhibit 185.

11       (Exhibit was published.)

12   **BY MS. SAHNI:**

13       **Q.**   What is in this photo?

14       **A.**   Again, this is also a person that was found near

15   the convoy, who was also wearing a restricted weapon.

16       **Q.**   For the record, have these photos been redacted so

17   that the faces of these individuals have not been shown?

18       **A.**   Yes.

19           **MS. SAHNI:**  If we could please publish

20   Government's Exhibit 190.

21       (Exhibit was published.)

22   **BY MS. SAHNI:**

23       **Q.**   Is this that same firearm we saw in the previous

24   photo?

25       **A.**   Yes.

1      **Q.**   And on the right side of the photo, what is the

2    arrow pointing to?

3      **A.**   The safety isn't on.

4         **MS. SAHNI:**  If we could please publish

5    Government's Exhibit 193.

6         (Exhibit was published.)

7    **BY MS. SAHNI:**

8      **Q.**   Is this a different gunman that you found?

9      **A.**   Yes.

10     **Q.**   And what's shown in this photo?

11     **A.**   This person is wearing a vest where you can put

12   magazines that would go into the firearm, long weapon, which

13   appears to have a grenade launcher and a short gun.

14     **Q.**    Is that weapon in the photo?

15     **A.**   Yes.

16        **MS. SAHNI:**  If we could please publish

17   Government's Exhibit 204.

18        (Exhibit was published.)

19   **BY MS. SAHNI:**

20     **Q.**   Is that the same weapon?

21     **A.**   Yes.

22     **Q.**   I know it's in English, but are you able to tell

23   what this marking indicates?

24     **A.**   That it's restricted for government use.

25        **MS. SAHNI:**  If we could please publish

1    Government's Exhibit 194, 207 and 208.

2         (Exhibits were published.)

3    **BY MS. SAHNI:**

4         **Q.**    What are these exhibits?

5         **A.**    It's the caliber of the weapon that we saw

6    previously and, again, it's a restricted-use weapon in

7    Mexico.

8         **Q.**    And what kind of weapon does this appear to be?

9         **A.**    It's a 38 Colt Super.

10        **Q.**    And was this found on the same gunman?  I believe

11   we're on gunman number three.

12        **A.**    I didn't understand.

13        **Q.**    Was this found on the same individual that we saw

14   in the previous slides, on Government's Exhibits 193 and

15   204?

16        **A.**    Yes.

17             **MS. SAHNI:**  If we could please publish

18   Government's Exhibit 214.

19        (Exhibit was published.)

20   **BY MS. SAHNI:**

21        **Q.**    What is this?

22        **A.**    Well, this is also a belt worn by one of the

23   individuals located.  The buckle has the acronym CJNG.  It

24   also has F.E.M., which would be the high command special

25   forces and the 75 is to ID the number 75, individual.

1      Q.    And you mentioned special forces of the high

2    command.  Through your investigation, did you learn what

3    that is a reference to?

4      A.    Yes.  Among the things secure we saw the initials

5    there, but then we also saw the initials spelled out.

6         MS. SAHNI:  Could we please publish Government's

7    Exhibit 212.

8         (Exhibit was published.)

9    **BY MS. SAHNI:**

10     Q.    And what is this?

11     A.    It's a vest in which to carry magazines.  If you

12    look at it on the front, on the right, you would carry

13    magazines for the long weapons.  And on the left side you

14    would carry the magazines for the handguns.

15     Q.    Was this also found on the third gunman?

16     A.    No, it's the fourth one, the fourth gunman.  No,

17    because the bodies that were found were cataloged or were

18    identified by a letter.  So you have A, B, C, D.  He would

19    be the fourth gunman.  He is the one who would be carrying

20    this and this would be the third piece of evidence connected

21    to him.

22     Q.    Are you referring to the D and 3 on the left side

23    of the photo?

24     A.    Yes.

25         MS. SAHNI:  Could we please publish Government's

1    Exhibit 215.

2          (Exhibit was published.)

3    **BY MS. SAHNI:**

4          **Q.**    What is this?

5          **A.**    We also see an individual located along the convoy

6    with a long weapon.  It has the initials for Cartel Jalisco

7    New Generation.  Also with a vest, as we've seen previously.

8               **MS. SAHNI:**  If we could please publish

9    Government's Exhibit 216.

10          (Exhibit was published.)

11   **BY MS. SAHNI:**

12         **Q.**    Is this the same gun we seen in the previous

13   photo?

14         **A.**    That's right.

15         **Q.**    Could you describe the pattern?

16         **A.**    It bears the same characteristics that we've seen

17   before.  It is also pixilated and has the acronym CJNG.

18         **Q.**    At the top of the photo on the brown paper, what

19   is that?

20         **A.**    The brown thing?

21         **Q.**    At the very top.

22         **A.**    That was used as a paper in which to photograph

23   the cartridges.

24         **Q.**    Were the cartridges found near this weapon?

25         **A.**    Yes.

1          **MS. SAHNI:**  Could we please publish Government's

2     Exhibit 219.

3          (Exhibit was published.)

4     **BY MS. SAHNI:**

5          **Q.**   And what is this?

6          **A.**   Also a firearm that another individual located by

7     the convoy had.

8          **MS. SAHNI:**  If we could please show Government's

9     Exhibits 225, 227 and 221.

10         (Exhibits were published.)

11    **BY MS. SAHNI:**

12         **Q.**   Are these all from that same weapon?

13         **A.**   Yes.

14         **Q.**   And what does this close-up say this weapon is?

15         **A.**   It shows the caliber of the weapon.  So this

16    weapon has a caliber of .556.  Again, like the other

17    weapons, this is a weapon that is for restricted use by the

18    military.

19         **Q.**   And does it say M16 A2?

20         **A.**   It's a 40 millimeter, like a grenade launcher.

21         **Q.**   I'm asking about the first line there.  Do I have

22    it right that it is M16 A2?

23         **A.**   Yes.  Yes.

24         **MS. SAHNI:**  Could we please publish Government's

25    Exhibit 229.

1          (Exhibit was published.)

2     **BY MS. SAHNI:**

3          **Q.**    What is this?

4          **A.**    This is also a weapon that one of the people,

5     found near the convoy, had.

6          **Q.**    And was that found on the same individual who had

7     the M16 that we just saw?

8          **A.**    Yes.

9              **MS. SAHNI:**  Could we please publish Government's

10    Exhibit 235 and 239.

11         (Exhibit was published.)

12    **BY MS. SAHNI:**

13         **Q.**    What are these exhibits?

14         **A.**    This is from a person that was located near the

15    convoy that was carrying a long weapon.

16         **Q.**    One of the deceased individuals?

17         **A.**    Yes.

18             **MS. SAHNI:**  If we could please publish

19    Government's Exhibit 242 and 245.

20         (Exhibits were published.)

21    **BY MS. SAHNI:**

22         **Q.**    What are these exhibits?

23         **A.**    This is the individual that was there, one of the

24    deceased.  We can also establish that this is the weapon

25    that he carried that also has the acronym for Cartel Jalisco

1    New Generation.

2        **Q.**    Now, at the very back of the weapon, on the

3    left-hand side, can you tell what that marking is?

4        **A.**    The weapon?

5        **Q.**    Yes on the left the back of the weapon?

6        **A.**    A number and at the very end of the weapon you can

7    see something like a rooster, a little rooster or something

8    like that.

9            **MS. SAHNI:**    Could we please publish Government's

10    Exhibit 244.

11        (Exhibit was published.)

12    **BY MS. SAHNI:**

13        **Q.**    Where was this item found?

14        **A.**    The same.   Near one of the bodies.

15        **Q.**    And what is it?

16        **A.**    This is a cap.   It has the acronym CJNG.   And this

17    also establishes that it's from the high command special

18    forces.

19        **Q.**    And what color is this hat?

20        **A.**    Black.

21            **MS. SAHNI:**    If we could please publish

22    Government's Exhibit 254.

23        (Exhibit was published.)

24    **BY MS. SAHNI:**

25        **Q.**    What is this?

1      **A.**   The same thing.  It's a photograph of one of the

2    persons that was found, already deceased, near the convoy.

3    He was wearing a vest with magazines.

4           He has a leg holster, where you can put a firearm

5    or a handgun, and also on his side there is a long weapon.

6         **MS. SAHNI:**  Could we please publish Government's

7    Exhibit 257.

8         (Exhibit was published.)

9    **BY MS. SAHNI:**

10      **Q.**   What is this?

11      **A.**   It's a handgun and it has, like -- well, it's

12   equipment.  In Mexico we called it lead holster, where you

13   can put weapons.

14      **Q.**   Was this found on the same gunman as in the

15   previous photo?

16      **A.**   Yes.

17         **MS. SAHNI:**  If we could please publish

18   Government's Exhibit 260.

19         (Exhibit was published.)

20   **BY MS. SAHNI:**

21      **Q.**   Was this his weapon?

22      **A.**   Yes.

23      **Q.**   Can you please explain the markings on it.

24      **A.**   Yes.  It is kind of the same.  It is pixilated.

25   It has the acronym CJNG, Jalisco Cartel New Generation.

1    Also, it has a number for inventory or identification

2    amongst them.  And it has a strap to carry it with.

3         Q.   What is the inventory that you are mentioning?

4         A.   The number that is on the left side.

5         Q.   Is that 24?

6         A.   Uh-huh.

7         MS. SAHNI:  If we could please publish

8    Government's Exhibit 265.

9         (Exhibit was published.)

10   **BY MS. SAHNI:**

11        Q.   Is this a closeup of that individual's pistol?

12        A.   Yes.

13        Q.   Are there any markings on the handle?

14        A.   It's a figurine or the shape of marijuana sativa.

15        **MS. SAHNI:**  Can we please publish Government's

16   Exhibit 269.

17        (Exhibit was published.)

18   **BY MS. SAHNI:**

19        Q.   What is this?

20        A.   It is also a firearm that one of the person that

21   was already deceased, near the convoy, was carrying.

22        Q.   It's a little difficult to see but are there any

23   markings on this weapon?

24        A.   Yes, it is -- at the magazine, at the top of it,

25   you can also see the acronym CJNG.  It's not very clear but

1    you can see it but it's a little difficult.

2        **Q.**    Through your investigation, did you determine how

3    these gunmen were killed?

4        **A.**    Well, within the investigation, we established

5    this was as a result of the crash, from the first, the

6    advising out of it [sic].

7            **THE COURT:**  I'm sorry.  Could you explain that

8    more?

9            **THE WITNESS:**  Yes, in the sense that these people

10   were found with weapons from the same crash and these were

11   from the police and from the Mexican National Defense

12   Secretariate.  So we can establish that this was as a result

13   of the helicopter coming down and in the attack.

14           **MR. RONIS:**  I'm going to object, Your Honor.  Lack

15   of foundation.

16           **THE COURT:**  Overruled.

17           **MS. SAHNI:**  If I may just summarize.

18           **THE COURT:**  Uh-huh.

19   **BY MS. SAHNI:**

20       **Q.**    Was it your conclusion that these individuals were

21   killed during a fire fight, during the helicopter incident?

22       **A.**    Yes.  Yes.

23       **Q.**    And do you know who they were fighting with?

24       **A.**    No, no.

25       **Q.**    What did you do with the weapons and ammunition

1    that you recovered from the gunmen?

2        **A.**    Well, they were picked up with experts, and then

3    they were taken to the area of the expert for

4    identification, to identify what type of weapons they were,

5    and then they were delivered to SEDENA.

6        **Q.**    What is SEDENA?

7        **A.**    It is the Mexican Defense Secretariate.  And those

8    are the ones that have the area to secure -- or area of the

9    military of the government to secure these weapons.

10       **Q.**    After you searched the area surrounding the

11   helicopter crash, was anything done to the convoy vehicles?

12       **A.**    Yes.  They were processed.  We took pictures of

13   them.  We recorded all of their trucks and what was found in

14   them, the weapons, personal items, T-shirts, radios,

15   watches; we found some toothbrushes, magazines.

16           **MS. SAHNI:**  Could we please publish Government's

17   Exhibit 289 and 290.

18           (Exhibits were published.)

19   **BY MS. SAHNI:**

20       **Q.**    What is shown in these photos?

21       **A.**    These are the vehicles that were inside the

22   convoy.

23           **MS. SAHNI:**  Could we please publish Government's

24   Exhibit 299.

25           (Exhibit was published.)

1   BY MS. SAHNI:

2        **Q.**   Can you please describe this exhibit.

3        **A.**   Yes. It is a truck that has some shots.

4        **Q.**   Are there bullet holes?

5        **A.**   Yes.

6        **Q.**   Was this vehicle part of the convoy?

7        **A.**   Yes.

8        **Q.**   Is this how it looked when you found it?

9        **A.**   Yes.

10       **Q.**   Did you personally participate in the search of

11   the vehicles?

12       **A.**   Yes.

13           **MS. SAHNI:**   Could we please publish Government's

14   Exhibit 138.

15       (Exhibit was published.)

16   BY MS. SAHNI:

17       **Q.**   What is in this photo?

18       **A.**   It's a firearm.  Same thing.  It has the acronym

19   CJNG.

20       **Q.**   Where was this found?

21       **A.**   In the vehicles.

22           **MS. SAHNI:**   Could we please publish Government's

23   Exhibit 137.

24       (Exhibit was published.)

25

1   BY MS. SAHNI:

2        **Q.**   Is this a close-up of that same weapon?

3        **A.**   Yes.

4        **Q.**   And what can we see in this photo?

5        **A.**   It's the serial number of the weapon.

6        **Q.**   Is that on the weapon?

7        **A.**   No.

8             **MS. SAHNI:**  Can we please publish Government's

9   Exhibit 341.

10        (Exhibit was published.)

11   BY MS. SAHNI:

12        **Q.**   And what are these?

13        **A.**   Same thing; firearms.

14        **Q.**   Where were these found?

15        **A.**   In the vehicles.

16             **MS. SAHNI:**  Could we please publish Government's

17   Exhibit 344.

18        (Exhibit was published.)

19   BY MS. SAHNI:

20        **Q.**   What is this?

21        **A.**   It's also a firearm, some clothing and a

22   backpack/camel.

23        **Q.**   Where were these items found?

24        **A.**   In the vehicles.

25             **MS. SAHNI:**  Could we please publish Government's

 1    Exhibit 345.

 2         (Exhibit was published.)

 3    **BY MS. SAHNI:**

 4         **Q.**   Is this the same gun we saw in the previous video?

 5         **A.**   Yes.

 6         **Q.**   On the right-hand side, is a caliber indicated?

 7         **A.**   Yes.

 8         **Q.**   What is it?

 9         **A.**   Caliber 50.

10         **MS. SAHNI:**  Could we please publish Government's

11    Exhibit 347, 348, 349 and 350.

12         (Exhibits were published.)

13    **BY MS. SAHNI:**

14         **Q.**   What are these exhibits?

15         **A.**   It's a firearm that was found in the vehicle.

16         **Q.**   In this exhibit, 350, what kind of firearm does

17    this appear to be?

18         **A.**   It's a handgun, 38 Super.

19         **MS. SAHNI:**  Could we please publish Government's

20    Exhibit 351.

21         (Exhibit was published.)

22    **BY MS. SAHNI:**

23         **Q.**   What is this?

24         **A.**   It's a grenade.

25         **Q.**   Where was this found?

 1          **A.**    Also in the vehicle.

 2              **MS. SAHNI:**  Can we please publish Government's

 3      Exhibit 353.

 4          (Exhibit was published.)

 5      **BY MS. SAHNI:**

 6          **Q.**    What is in this exhibit.

 7          **A.**    A rocket and a firearm.

 8          **Q.**    Is the rocket the one on the top or the bottom?

 9          **A.**    It's on the top and the firearm is the one that

10      has the JNG [sic] initials.

11          **Q.**    Was that CJNG on the left side?

12          **A.**    Yes.

13          **Q.**    Where was this photo taken?

14          **A.**    In one of the vehicles.

15              **MS. SAHNI:**  Could we please publish Government's

16      Exhibit 358.

17          (Exhibit was published.)

18      **BY MS. SAHNI:**

19          **Q.**    What do we see here?

20          **A.**    The rockets.

21          **Q.**    Where were these found?

22          **A.**    In the vehicles -- in one of the vehicles.

23          **Q.**    I believe you mentioned before that there were

24      some items other than firearms and ammunition in the

25      vehicle; is that correct?

1      **A.**   Yes.

2           **MS. SAHNI:**  Could we please publish Government's

3   Exhibit 360.

4        (Exhibit was published.)

5   **BY MS. SAHNI:**

6      **Q.**   What are these?

7      **A.**   Radios for communication.

8      **Q.**   Were these found in the vehicles?

9      **A.**   Yes.

10     **Q.**   Were these the only radios that were recovered

11  from the convoy vehicles?

12     **A.**   I don't recall.

13          **MS. SAHNI:**  If we could please publish

14  Government's Exhibit 362.

15       (Exhibit was published.)

16  **BY MS. SAHNI:**

17     **Q.**   Did you find this in the vehicle?

18     **A.**   Yes.

19     **Q.**   Or one of the vehicles.

20     **A.**   It's a T-shirt that reads "New Generation".

21          **MS. SAHNI:**  Can we please publish Government's

22  Exhibit 364 and 365.

23       (Exhibits were published.)

24  **BY MS. SAHNI:**

25     **Q.**   What do we see in these exhibits?

```
 1        A.    Again, we have a cap that has the special forces
 2   of the high command, the number 22, and on top we have M.V.
 3        Q.    What color is the hat?
 4        A.    Black.
 5        Q.    Was this also found in one of the vehicles?
 6        A.    Yes.
 7            MS. SAHNI:   Could we please publish Government
 8   Exhibit 303.
 9        (Exhibit was published.)
10   BY MS. SAHNI:
11        Q.    What are these items?
12        A.    The watches and the belt with the initials J.R.
13        Q.    And how many watches are there?
14        A.    There's six.
15        Q.    And what is that yellow thing on the left?
16        A.    It's like a little bag.
17            MS. SAHNI:   Could we please publish Government
18   Exhibit 307.
19        (Exhibit was published.)
20   BY MS. SAHNI:
21        Q.    Is this a closeup of the same belt you just
22   mentioned?
23        A.    Yes.
24        Q.    Could you please describe the markings on this
25   belt?
```

1    A.    We can see the initials J in one and in the other

2    is R, so it's J.R.

3    Q.    And where did you find the belt and watches?

4    A.    In one of the vehicles.

5    MS. SAHNI:    Could we please publish Government

6    Exhibit 320.

7    (Exhibit was published.)

8    BY MS. SAHNI:

9    Q.    Is this a close-up of one of the watches that you

10    found in one of the vehicles?

11    A.    Yes.

12    Q.    Is there anything unique about the markings on

13    this watch?

14    A.    It has the map and it says Jalisco.

15    Q.    Is that a map of Jalisco?

16    A.    Yes.

17    Q.    What did you do with the items that you found in

18    the vehicles?

19    A.    They were identified.  They were sent to have the

20    value assessed and they were priced, and then they were sent

21    on to evidence storage.

22    Q.    Do you remember what the value was, once the

23    watches were appraised?

24    A.    The total for the six of them was about 3 million,

25    I believe.  But I don't recall exactly.

1      Q.    Is that U.S. dollars or some other currency?

2      A.    Mexican currency.

3      Q.    And what about the other items that you found in

4    the vehicles, like the rockets and the weapons?  What did

5    you do with those?

6      A.    They were secured and then they were all,

7    likewise, sent on to the Mexican National Defense

8    Secretariate, to SEDENA.

9          MS. SAHNI:  Could we please publish Government's

10   Exhibit 326.

11         (Exhibit was published.)

12   BY MS. SAHNI:

13     Q.    And what is in this photo?

14     A.    This is once they were all packaged by the expert

15   for their safekeeping.

16     Q.    Were these items from the vehicles?

17     A.    Yes.

18     Q.    Were all the items that you seized, processed like

19   this?

20     A.    Yes.

21     Q.    Were the items seized during the investigation

22   marked in any way?

23     A.    Yes, and they are identified by number.

24     Q.    And what kind of number or marking do you put on

25   those exhibits?

1        A.    The where they are found, let's say, in vehicle or

2    another location.  And let's say we have one vehicle, that's

3    Vehicle A.  And then whether you find a weapon or a watch,

4    then you go by identifying it with the vehicle, the letter

5    and then the number in sequence.

6            MS. SAHNI:  Your Honor, at this time, the

7    government would ask that the witness be allowed to view the

8    physical exhibits.

9            THE COURT:  I think it might make sense for us to

10   take a ten-minute break now and do that without interruption

11   when we get back.

12           We will take a 10-minute break now.

13       (Jury exited the courtroom.)

14       (Recess from 2:32 p.m. to 3:04 p.m.)

15       (Jury entered the courtroom.)

16           THE COURT:  All right.  I think we will get some

17   real show and tell now.

18           Please continue, Ms. Sahni.

19           MS. SAHNI:  Thank you, Your Honor.

20   BY MS. SAHNI:

21       Q.   And Ms. Hernanez, you are still under oath.

22           There are a lot of pages in those binders in front

23   of you.  Did we review all of the pages in those binders

24   with the jury today?

25       A.   You mean have I reviewed them with the jury?

1      **Q.**   Did we publish every single one of those documents

2    to the jury?

3      **A.**   Yes?  Do you mean if you showed all of these pages

4    to the jury or if I reviewed the papers?

5      **Q.**   If we published all of them to the jury.

6      **A.**   No.  I don't know.

7      **Q.**   No or I don't know?

8      **A.**   I don't know.

9      **Q.**   Now, there are a number of items on the table in

10    front of you near the jury box.  I'd like everybody to know,

11    none of the weapons on the table are operational and are

12    zip-tied.

13          **MS. SAHNI:**  Your Honor, may the witness come down

14    from the stand and look at the items on the table?

15          **THE COURT:**  Yes.  And perhaps, Mr. Coates, you can

16    move the juror's mobile screen so we can get that out of her

17    way.  I don't want to block what she is able to see.

18          Defense counsel, if you need to, of course you are

19    welcome to move over to see better.

20          **DEPUTY CLERK:**  [Complied]

21          **MS. SAHNI:**  Ms. Hernanez, you can clip the

22    microphone.

23          **THE COURT:**  Mr. Coates, can you please assist?

24    **BY MS. SAHNI:**

25      **Q.**   Ms. Hernanez, there are a number of weapons on

1    this table marked Government's Exhibit 380 through 401.  Do

2    you recognize those items?

3        **A.**   Can I get near?

4        **Q.**   Yes.

5        **A.**   They are the weapons, the watches, the belts that

6    we saw on the screen and that I was talking about in my

7    statement in my testimony.

8        **Q.**   Okay.  The weapons have been marked Government

9    Exhibits 380 through 401.  Are they weapons that were seized

10   during your investigation near the helicopter crash site in

11   May of 2016?

12       **A.**   Yes.

13           **THE COURT:**  Could I ask the witness to move

14   perhaps the far side of the table so you don't block the

15   view of the jurors.

16           **THE WITNESS:**  [Complied]

17           **THE COURT:**  I think that's better.

18   **BY MS. SAHNI:**

19       **Q.**   Government Exhibit 402 is also one of the

20   firearms.  Are all of the firearms on that table

21   substantially in the same condition when you saw them in May

22   of 2015?

23       **A.**   Yes.

24           **MS. SAHNI:**  Your Honor, the government moves to

25   admit Government's Exhibits 380 through 402.

1          **MR. RONIS:**  No objection.

2          **THE COURT:**  Hearing no objection, Government's

3     Exhibits 380 through 402 will be admitted.

4          (Government's Exhibit Nos. 380 to 402 were admitted.)

5          **MS. SAHNI:**  Ms. Hernanez, I'd like to direct your

6     attention to this bag here.

7          **MS. SAHNI:**  Permission to approach the table,

8     Your Honor.

9          **THE COURT:**  Yes.

10    **BY MS. SAHNI:**

11         **Q.**   Do you recognize these items?

12         **A.**   Yes.

13         **Q.**   What are those items?

14         **A.**   These are the corresponding magazines to these

15    weapons, caliber 50.

16         **Q.**   Are those bullets?

17         **A.**   Yes.

18         **Q.**   And were these found during your investigation of

19    the area near the helicopter crash site in May of 2015?

20         **A.**   Yes.

21         **Q.**   Are they in substantially the same condition as

22    when you saw them in May of 2015?

23         **A.**   Yes.

24         **MS. SAHNI:**  Your Honor, the government moves to

25    admit Government's Exhibit 403.

1          **MR. RONIS:**  No objection.

2          **THE COURT:**  Hearing no objection, Government's

3     Exhibit 403 will be admitted.

4          (Government's Exhibit 403 was admitted.)

5          **THE COURT:**  And 403 is not the photo, it's the

6     actual bagged exhibit?

7          **MS. SAHNI:**  Correct, Your Honor.

8     **BY MS. SAHNI:**

9          **Q.**   Now, Ms. Hernanez, if you could please stand here

10    near me.

11         **A.**   [Complied]

12         **Q.**   And on this side of the table, do you see a belt

13    and watches marked Government's Exhibits 404 through 411?

14         **A.**   Yes.

15         **Q.**   Do you recognize these items?

16         **A.**   Yes.

17         **Q.**   What are these?

18         **A.**   They are the watches and the belts that were found

19    inside of the vehicles.

20         **Q.**   And are they in substantially the same condition

21    as when you saw them in 2015?

22         **A.**   Yes.

23         **MS. SAHNI:**  At this time the government moves to

24    admit Government's Exhibit 404 through 411.

25         **MR. RONIS:**  No objection.

1          **THE COURT:**  Hearing no objection 404 through 411

2      will be admitted.

3          (Government's Exhibits 404 through 411 were admitted.)

4      **BY MS. SAHNI:**

5          **Q.**    In Government's Exhibit 404, which is the J.R.

6      belt, do you know the purpose of that belt?

7          **A.**    This is a belt that is utilized to carry the

8      magazines for the handgun.

9          **THE COURT:**  And could the witness hold the belt up

10     so everybody could see it more clearly or have somebody

11     sitting at your table show it more clearly so the witness

12     can respond to questions.  It's a little hard for everybody

13     in the back to see.

14         Let's make it easy for the jury to see this

15     object.  Thank you, Mr. Hornok.

16         **MS. SAHNI:**  And, Your Honor, may the jurors have

17     an opportunity to stand up or come closer to the table to

18     view the items?

19         **THE COURT:**  Well, I don't want them wandering

20     around the table.  I mean, that's the one thing.  Is it

21     empty of cartridges?  You could pass it around.

22         **MS. SAHNI:**  Yes, Your Honor, it can be passed

23     around.

24         **THE COURT:**  I don't think it will poke anybody's

25     eye out or anything.

1          **MS. SAHNI:**  Your Honor, may we please pass around

2    Government's Exhibit 410, which is the white watch.

3          **THE COURT:**  Yes.  Is there anything else suitable

4    to pass around?

5          **MS. SAHNI:**  Yes, Your Honor.  There is a second

6    belt and additional watches.

7          (Exhibits were viewed by the jury.)

8          **THE COURT:**  Mr. Hornok, I think the jurors are

9    ready.  That seems a little heavy.  Why don't you wait until

10   they are finished and you can hold it up so they can take a

11   closer look at it.

12         **THE COURT:**  Thank you, Mr. Hornok.

13         **MS. SAHNI:**  Your Honor, may the witness return to

14   the witness stand?

15         **THE COURT:**  Yes.

16         **MS. SAHNI:**  You may go back to the stand, please.

17         I have no further questions for this witness.

18   Thank you.

19         **THE COURT:**   Thank you.

20              **CROSS-EXAMINATION OF MARIA HERNANDEZ**

21   BY MR. RONIS:

22        **Q.**   Good afternoon, Ms. Hernanez.

23        **A.**   Good afternoon.

24        **Q.**   So what time were you alerted, on the day that you

25   mentioned, to this incident that had taken place regarding

1    the helicopter?

2         **A.**   At around 10 a.m.; 10 a.m.

3         **Q.**   Would it be fair to say this was a pretty urgent

4    situation; is that correct?

5         **A.**   Yes.

6         **Q.**   And you and your colleagues responded as quickly

7    as possible.

8         **A.**   Yes.

9         **Q.**   And, again, who did you -- let me withdraw that.

10             Were you, actually, at a fixed location where you

11    normally work, on the day that you got this message?

12         **A.**   Yes.

13         **Q.**   And how many colleagues did you go to that

14    location with?

15         **A.**   Approximately two from my office and four to five

16    experts that went.

17         **Q.**   You say experts; is that correct?

18         **A.**   Yes.

19         **Q.**   Were they experts in a variety of disciplines?

20         **A.**   That's correct.

21         **Q.**   And what were the disciplines, if you recall?

22         **A.**   Photograph, criminalistics or forensics, medicine

23    and ballistics.  Those are the ones I remember.  I would

24    also like to mention that later on I was joined by more

25    colleagues.

1    **Q.**   You yourself are an attorney within the office; is

2    that correct?

3    **A.**   That's correct.

4    **Q.**   And is that distinguished from a criminalist?

5    **A.**   That's correct.

6    **Q.**   And, essentially, how would you describe a

7    criminalist?  What are criminalist's responsibilities, if

8    you know?

9    **A.**   Well, this expert is the one who gathers evidence

10   and has a broader knowledge of the forensic disciplines.  He

11   or she, for example, might determine distances from where we

12   are to indicate the location where we are at and can inspect

13   and indicate the distribution in which we must carry out the

14   inspection.

15   **Q.**   Is it the duty of the criminalist to essentially

16   label the items of evidentiary value as they are found?

17   **A.**   Yes.  It might depend.  For example, this might be

18   done by a ballistic expert.  If we found a firearm, the

19   ballistic expert may be the one to gather that evidence.

20   **Q.**   And presumably this was an event of widespread,

21   newsworthy interest in the Republic of Mexico.  Would that

22   be fair to say?

23   **A.**   Yes.

24   **Q.**   And I imagine it was also an event of great

25   importance to law enforcement in Mexico.

1     A.    Yes.

2     Q.    And approximately what time did you arrive on

3  scene?

4     A.    In the morning.  This is because we didn't have an

5  aircraft.  We were trying to get the aircraft.  We were also

6  trying to locate the experts.

7     Q.    I understand.  So you got the information about

8  the downing of the helicopter in the morning about 10:00; is

9  that correct?

10    A.    Yes, more or less.

11    Q.    And presumably it took until the next day before

12  you could arrive on screen; is that correct?

13    A.    Yes.

14    Q.    And presumably securing the scene before your

15  arrival was of some importance; is that fair to say?

16    A.    Yes.

17    Q.    And what elements of the Mexican government were

18  on scene until such time that you arrived at the location?

19    A.    The federal police and the Mexican National

20  Defense Secretariate, SEDENA.

21    Q.    Were you assured that things were secured, as much

22  as possible, before your arrival?

23    A.    It was being secured but there were still acts of

24  aggression in the area.

25    Q.    And as a prosecutor, maintaining the integrity of

1    a crime scene is of the utmost importance.  Would that be a

2    fair statement?

3        **A.**    Yes.

4        **Q.**    Now in the area, the municipality that it

5    occurred, is it Villa Purificación; is that correct?

6        **A.**    That's right.

7        **Q.**    And if you know, were they involved in the early

8    stages of this criminal investigation?

9        **A.**    No.  No, I do not know.

10       **Q.**    If you know, were they ever called upon to do so?

11       **A.**    No.  I do not know.  I only worked with the police

12   and with SEDENA, the Mexican National Defense Secretariate.

13   The Mexican National Defense secretariate's prosecutor's

14   office also participated.  I don't know whether they worked

15   with them.

16       **Q.**    Okay.  Now, when you say police, are you talking

17   about the Mexican federal police force?

18       **A.**    Yes.

19       **Q.**    And is that similar to say, for example, the

20   American FBI?

21       **A.**    No, because the federal police investigates

22   different types of crimes.  It doesn't focus on one type of

23   crime.

24       **Q.**    Does the Mexican federal police investigate

25   criminal activity in violation of federal laws?

1    **A.**    Yes.

2    **Q.**    And, if you know, did the municipality of

3    Purificación have a non-federal police department.

4    **INTERPRETER:**  The interpreter is going to ask for

5    repetition.  Counsel, could you repeat the question?

6    **BY MR. RONIS:**

7    **Q.**    If you know, does the municipality of

8    Villa Purificación have a non-federal police force?

9    **A.**    It must have one.

10    **Q.**    Were you familiar with that police force prior to

11    your arrival?

12    **A.**    No, as a matter of fact, my communication was

13    solely with the federal police and with SEDENA, the Mexican

14    National Defense Secretariate.

15    **Q.**    At some point subsequent to your involvement in

16    this case, did that local police force come under some

17    criminal investigation, if you know?

18    **A.**    No, I do not know.

19    **Q.**    Okay.  Very well.

20    So you arrived the next day.  Correct?

21    **A.**    Yes.

22    **Q.**    And I believe you indicated, understandably, you

23    were unprepared for the gravity of the undertaking.  Would

24    that be a fair statement?

25    **A.**    Yes, that was something unique that occurred at

1    that moment.

2         Q.    And you arrived at an airport; is that correct?

3         A.    Yes.

4         Q.    And were you transported to the scene?

5         A.    Well, we first arrived by plane to I believe

6    Guadalajara.  And then to the helicopter to the scene of the

7    crime.  I don't recall exactly if it was Guadalajara but it

8    was someplace nearby and then Villa Purificación by

9    helicopter.

10        Q.    Did you arrive at the crime scene directly by

11   helicopter or did you arrive at an airport and then arrive

12   there?

13        A.    I don't remember very well.  But I do have it in

14   my mind that I arrived in a helicopter to Villa Purificación

15   there was no other way than by helicopter.

16        Q.    Understood.  At some point you ended up at the

17   place of the helicopter had been downed; is that correct?

18        A.    Excuse me.  When I say Villa Purificación, I am

19   referring to the place where the helicopter went down.  I

20   don't know the place, the town.

21        Q.    All right.  But you ultimately ended up to the

22   area where the helicopter had dropped from the sky.

23        A.    Yes; that's correct.

24        Q.    How many military or law enforcement personnel

25   were in the area when arrived?

1          **A.**    There were a lot.  I really could not give a

2     number.

3          **Q.**    Were there are there a lot of military in the

4     area?

5          **A.**    There were personnel in the area securing the

6     area.  Because, as I mentioned before, we could still hear

7     shots.  So they were searching the area, seeking for the

8     shots.

9          **Q.**    Okay.  So the following day of your arrival, you

10    still heard gunshots in the area.  Correct?

11         **A.**    At my time.  The first day you could hear them at

12    nighttime.

13         **Q.**    All right.  Did they sound to you like gunfire?

14         **A.**    Yes.  In fact, the lights were out to avoid an

15    attack.  And you could hear clearly that they were shots.

16         **Q.**    Okay.  Do you know where the shots were

17    coming -- did you have any idea where the shots were coming

18    from?

19         **A.**    During the day?

20         **Q.**    No, in the evening?

21         **A.**    No.  No.  We were in an area, kind of under the

22    hill.  So, no, it's impossible.

23         **Q.**    Did you arrive at daytime or nighttime?

24         **A.**    I arrived during the day but we had to stay the

25    night because we had to work.  So we worked about five days

1    in the place.  So we had to sleep there; spend the night.

2        Q.   Now you mentioned the first night you had to sleep

3    in body bags or something of that nature.  Correct?

4        A.   Yes.

5        Q.   And was that in the actual area where the

6    helicopter had come down?

7        A.   Well, yes, but not too close.  About some

8    kilometers away.  We seeked [sic] for a secure place and

9    that's where we spent the night.

10       Q.   At some point you mentioned you and your team

11   collected a number of bodies; is that right?

12       A.   Yes.  Yes.  Yes.

13       Q.   Would that have been the first day upon your

14   arrival or the next day?

15       A.   Well, I don't remember very well because -- I

16   don't know if it was the next day.  We went through and, I

17   don't know if it was the following day, but we picked up two

18   of them.

19       Q.   Okay.  Now, was there one law enforcement agency

20   which was in charge of the criminal investigation?

21       A.   An agency in charge of where?

22       Q.   You went to that location, among other things, to

23   conduct a criminal investigation.

24       A.   Yes.  Okay, yes.

25       Q.   But there were other law enforcement agencies

1    there; is that correct?

2        A.    The Prosecution of the Mexican National Defense

3    Secretariate.

4        Q.    Was there one person in charge of the

5    investigation?

6        A.    Through SEDENA prosecutor, a federal prosecutor,

7    military federal prosecutor.

8        Q.    So there was one person, not from your agency, in

9    charge of the investigation?

10       A.    The only one -- well, the one in charge of my

11   agency was myself.

12       Q.    Okay.  So who was in charge of gathering the

13   bodies?

14       A.    I was.  I was in charge of it.

15       Q.    All right.  And if you know, had the

16   bodies -- when you saw the bodies, were they unmoved from

17   where they had originally fallen, if you know?

18       A.    Well, no, no, but there were people watching or

19   keeping safe these bodies.  But, obviously, because due to

20   the magnitude of the event, they were not prepared to

21   safeguard them, but they were keeping watch over them.

22       Q.    Okay.  And there was a convoy of vehicles that you

23   had discovered as well; is that correct?

24       A.    Uh-huh.  Approximately one kilometer from the

25   crime scene.

1      Q.    And how about the bodies?  How far were the bodies

2    from the crime scene would you characterize it?

3      A.    The same.  About one kilometer.  I don't remember

4    the exact distance but, yeah, near the trucks.

5      Q.    So how many trucks were there?

6      A.    Nine.

7      Q.    And how far were the bodies from -- let me

8    withdraw that question.

9            Were the trucks all close together?

10      A.    Yes, they were very close to each other in a line.

11    They were very close, like a convoy.

12      Q.    As in a convoy of vehicles?

13      A.    Uh-huh.

14      Q.    And would it be fair to describe them as

15    military-type vehicles?

16      A.    No.  They were vehicles of, like, luxury vehicles.

17    One of the pickup trucks had a homemade accessory for

18    firearms.

19      Q.    So only one of the vehicles had what you described

20    as a mount for a firearm; is that correct?

21      A.    Yes.

22      Q.    On that vehicle was there a machine gun or some

23    mounted weapon on that vehicle?

24      A.    At a very short distance from it there was a

25    caliber 50.  Like they wanted to take it with them but they

1    left it there on the ground.  But it was very, very close.

2        **Q.**    So it was your impression that that weapon had

3    been mounted on that vehicle; is that correct?

4        **A.**    From what we could observe that it belonged to

5    that vehicle.

6        **Q.**    That was the impression that you got.  Correct?

7        **A.**    Uh-huh.  And also because of the cartridges that

8    were in the vehicle.

9        **Q.**    Now were any of the -- well, was that weapon that

10    you believe was associated with that vehicle, is it one of

11    the weapons that is in court here today, if you know?

12        **A.**    Yes.

13        **Q.**    And can you identify that weapon from where you

14    are sitting or would it be necessary for you to go to the

15    table?

16        **THE COURT:**  Mr. Ronis, you can ask the witness to

17    go down and point to it from the table, if you want.

18        **MR. RONIS:**  Yes, I would, Your Honor.

19        **THE WITNESS:**  [Complied]

20    **BY MR. RONIS:**

21        **Q.**    Now, was that weapon cataloged by you?

22        **A.**    Yes.

23        **Q.**    And what about -- is there any identification on

24    that weapon which shows you've cataloged that?

25        **THE COURT:**  Before she answers --

1           **MS. SAHNI:**  Your Honor, may I just note for the

2     record that the witness pointed to Government's Exhibit 382.

3           **THE COURT:**  Is it too heavy, Mr. Hornock, for you

4     to pick up so people can see it?

5           **MR. HORNOK:**  For me to pick up?

6           **THE COURT:**  Yeah.

7           **MR. HORNOK:**  I am very strong but I think it

8     weighs about a hundred pounds and is about five feet long.

9           **THE COURT:**  I didn't realize.  From where I sit, I

10    couldn't see it.  It just looked like a little block.

11          **MR. RONIS:**  I don't think it needs to be picked

12    up.  I was trying to see if she can identify her markings as

13    having cataloged that.

14          **THE COURT:**  Okay.  Well, that explains why

15    everyone is reluctant to pick it up, now that I see it in

16    it's full size.

17          **INTERPRETER:**  The interpreter requests that the

18    witness be given a microphone.

19          **THE COURT:**  Do you have more questions for her?

20          **MR. RONIS:**  Yes.

21          **THE COURT:**  We will give her the microphone.

22          **DEPUTY CLERK:**  [Complied]

23    BY MR. RONIS:

24       Q.   If you could explain to the jury what

25    identification is on that to let you know that that's the

1    one that you cataloged.

2        **A.**    This one right here, you mean the Cartel Jalisco

3    New Generation or what?

4        **Q.**    As I understand it, you observed that and secured

5    it for your investigation.  Correct?

6        **A.**    Uh-huh.

7        **Q.**    And did you place any law enforcement placards or

8    other markings on that weapon to indicate that you had

9    secured and cataloged that?

10       **A.**    I want to clarify something.  I don't label them,

11   that is done by the experts.  I inspected.  I say, This is a

12   weapon.  We need to collect it.

13             However, all the weapons have identification.  So

14   I'm sure what I would have to identify.

15       **Q.**    At least does that look like the weapon that you

16   found out there that day on that day in question?

17           **THE COURT:**  Can you just give her the hand mic.

18   The batteries always seem to run out just when you need it.

19           **DEPUTY CLERK:**  [Complied]

20           **THE WITNESS:**  I just want to clarify that, yes,

21   these two weapons are caliber 50 weapons.  And nine years

22   have gone by but, yes, it appears to be the same weapon.  It

23   is camouflaged and my colleagues could not pick it up.  They

24   could not pick it up.  That is why we believe they had just

25   left it thrown there.

1    **BY MR. RONIS:**

2        **Q.**    Were all of these items gathered by you, your

3    team, or the teams assisting you on that day in question or

4    the days of the investigation?

5        **A.**    Yes.  On May 2, 3 and 4.

6        **Q.**    They look like the items that you assisted in

7    securing.

8        **A.**    Yes.  No one can forget this sort of weapons.

9        **Q.**    But they were documented by other members of your

10    team.  Correct?

11        **A.**    Yes.  The collection, the documentation and even

12    the inspections by the experts.

13        **Q.**    Very well.  I think you can resume your position

14    up there.  Thank you.

15        **A.**    [Complied]

16        **Q.**    Now, what happened to the bodies that were

17    recovered?

18        **A.**    They were collected and taken to the expert

19    investigation so a necropsy could be carried out.

20        **Q.**    Were they removed all in one day or how would you

21    describe it?

22        **A.**    No, it was in parts.

23        **Q.**    Over how many days did it take to remove all of

24    the bodies?

25        **A.**    I don't recall quite well but it would appear to

1    be over two days.

2         Q.    Would it be fair to say that most of the bodies

3    were within the general area of the caravan or the convoy?

4         A.    Near the convoy.

5         Q.    Were there any bodies found in any of the vehicles

6    of the convoy?

7         A.    I didn't hear that quite well.

8         Q.    Were any bodies found in any of the vehicles of

9    the convoy?

10        A.    No.  No.

11        Q.    And did the bodies that you saw and observed

12   appear to have gunshot wounds?

13        A.    Yes.

14        Q.    And I believe you indicated it appeared as though

15   there had been a fire fight; is that correct?

16        A.    Yes.

17        Q.    And it would it be fair to say you don't know who

18   fired first?

19        A.    No.

20        Q.    And you learned that that helicopter had been

21   downed by some kind of projectile from a firearm or

22   something of that nature.  Correct?

23        A.    Yes.

24        Q.    And did you get the impression that that

25   helicopter had been in a fire fight with those individuals

1     on the ground that you described?

2         A.    My impression?

3         Q.    Yes.

4         A.    Whether I considered that was the case, in my

5     opinion, yes.

6         Q.    And did you conduct an investigation under a wider

7     area other than the area that we are talking about

8     presently?  In other words, the helicopter that had been

9     downed was close in proximity to the convoy; is that

10    correct?

11        A.    Yes.

12        Q.    And the bodies were close to the convoy as well.

13    Correct?

14        A.    Yes.

15        Q.    And did all of the criminal activity appear to

16    take place within that general area that we are talking

17    about?

18        A.    If all of that was in just one area?  I didn't

19    really understand the question.

20        Q.    So it was -- would it be fair to say it was a

21    well-defined area where this activity took place?

22        A.    Well, when we began the area was not well-defined.

23    As we talked the area, we were able to locate those people

24    who had died, the spent cartridges and the vehicles.

25        Q.    There was illegal activity within the area of the

1  convoy and downed helicopter.  Correct?

2      **A.**  Yes, many spent cartridges.

3      **Q.**  And would it be fair to say that all of the items

4  of evidentiary value on this table were also within that

5  general area?

6      **A.**  Yes.

7          **MR. RONIS:**  And if I could ask the government's

8  indulgence, Your Honor, in putting up Exhibit 138 on the

9  screen.

10          **THE COURT:**  Yes.

11      (Exhibit was published.)

12  **BY MR. RONIS:**

13      **Q.**  Now, Ms. Hernandez, you recognize that which is

14  depicted in Government's Exhibit 138?

15      **A.**  Yes, the firearm.

16      **Q.**  And your team gathered that on the day in

17  question; is that correct?

18      **A.**  Yes.

19      **Q.**  And there appears to be a small placard above that

20  weapon with the number four on it.  Correct?

21      **A.**  Yes.

22      **Q.**  And is the purpose of that to designate it as a

23  item of evidence in the investigation?

24      **A.**  Yes, but what's identified is that little sheet to

25  the side.

1    Q.   Right.  It looks like a white piece of paper.

2  Correct?

3    A.   It's not white but it has information such as the

4  prior investigation number, the case file number that this

5  would go to, the date and evidence number, which must be

6  four.  It's not visible but that's what it must say.

7    Q.   Right.  And that's part of the protocol that's

8  that is utilized to make sure that items of evidence are

9  properly cataloged for future use.  Correct?

10   A.   Yes.

11   Q.   And if you know, was that weapon found by a dead

12 body?

13   A.   No.  No.  I don't think so.  I don't think it was

14 found near a body because otherwise it would have a letter

15 next to it.

16        So let's say we have the first body.  The first

17 body would be identified with the letter A.  If you had a

18 weapon, this would be A-1.  And if it had a handgun with it,

19 then it would be a 2.  And there is no letter there.

20   Q.   Did you testify earlier that that weapon may have

21 been found in one of the trucks?

22   A.   Yes.

23   Q.   Is that your recollection as you sit there now?

24   A.   We saw the weapons and established a sequence in

25 which they were found and I could relate how we found those

1    weapons.

2        **Q.**    But for sure you recall having gathered it on that

3    day in question.  Correct?

4        **A.**    Yes.

5            **MR. RONIS:**  And if I could ask the government's

6    indulgence again to put up Exhibit 159.

7        (Exhibit was published.)

8    **BY MR. RONIS:**

9        **Q.**    Now, again, do you recognize it?

10       **A.**    It's a rocket.

11       **Q.**    And next to the rocket appears to be a placard

12   with the number 4.  Correct?

13       **A.**    Yes.

14       **Q.**    And is that distinguished as a weapon as opposed

15   to some item of evidentiary value?

16       **A.**    Yes.

17       **Q.**    And for sure you recall having secured and

18   gathered that item of evidence on the day in question?

19       **A.**    There are some types of weapons that cannot be

20   secured, such as grenades, because they pose a danger.  So I

21   don't know whether the same occurred with this rocket and it

22   had to be destroyed.

23       **Q.**    Okay.  There's a placard next to it.

24       **A.**    Yes.  That might be to distinguish the case in

25   which the evidence was collected.

1      **Q.**   I'm sorry.  Could you repeat that answer, please?

2            **INTERPRETER:**  Would you like the witness to repeat

3    or is this an interpreter request?

4  **BY MR. RONIS:**

5      **Q.**   If you could repeat your answer.  I'm sorry.  I

6    didn't hear it.

7      **A.**   Well, there might be two number fours, but what

8    make it distinguishable from the other is maybe the expert

9    and the date.

10     **Q.**   Okay.  But you recall having gathered that on the

11   day in question?

12     **A.**   Yes.

13           **THE COURT:**  You say "the day in question," what

14   are you referring to?

15           **THE WITNESS:**  Well, we worked over five days.  So

16   if I worked in an area, let's say two might be evidence

17   number four gathered on the second day of May.

18           **MR. RONIS:**  Very well.

19  **BY MR. RONIS:**

20     **Q.**   Did you do an inventory of the various trucks or

21   vehicles in the convoy?

22     **A.**   Yes.  Inventory was made.

23     **Q.**   Were there items of evidentiary value found within

24   those vehicles?

25     **A.**   We found radios, cartridges, weapons, personal

1    effects, watches and T-shirts.

2        **Q.**   And did you have an impression that those vehicles

3    had been abandoned by individuals?

4        **A.**   That was my impression, yes.

5        **Q.**   By the way, did you find any money, large amounts

6    of money in any of those vehicles?

7        **A.**   No.

8        **Q.**   What about bars of gold?

9        **A.**   No.  Not that I can remember.

10        **Q.**   Okay.  And if there had been large sums of money

11    or large items of gold they would have been secured by

12    people in your group?

13        **A.**   Yes.

14        **Q.**   And as part of your investigation, did you search

15    any distance outside the geographic location we have been

16    discussing here this afternoon?

17        **A.**   The surroundings.

18        **Q.**   By chance did you investigate any items of

19    evidentiary value that may have been located in a cave?

20        **A.**   No.

21        **Q.**   I didn't mean that as a silly question.  I just

22    wanted to know if, in your activities out there, a cave was

23    found with any evidentiary items in it?

24        **A.**   No.  No.  No.  We did not find any cave.  I was

25    not informed of any cave.  We obviously searched in the

1   surrounding area because we could still hear shots.  So we

2   were looking for armed people.

3       Q.   Now, you work for law enforcement agency; is that

4   correct?

5       A.   Yes.

6       Q.   Presumably you have a lot of law enforcement

7   resources at your disposal.

8       A.   You mean human resources?

9       Q.   For example, resources to obtain records that may

10  be of evidentiary value.

11      A.   Yes.

12      Q.   And could you get, say for example, records of any

13  individuals' incarceration, if necessary?

14      A.   Yes.

15      Q.   And do you federal prosecutors have what's

16  commonly referred to as subpoena power, if you understand

17  that characterization?

18      A.   Yes.

19      Q.   And outside of the investigation that you

20  participated in on these days in question, did you utilize

21  any of the resources I just described, for example,

22  subpoenaing individuals, obtaining medical or jail records?

23      A.   No.

24      Q.   And had that become necessary, could you have

25  utilized the resources available to you to conduct such an

1    investigation?

2         A.    If everything is done legally.  So, if we need to

3    request, apply for something by the court, then that is

4    requested.

5         Q.    And when did your participation in this

6    investigation end?

7         A.    In 2015, like July.

8         Q.    And if you know, was anyone ever prosecuted for

9    the downing of this helicopter?

10         A.    No.  I don't know.

11         Q.    Well, is it certainly hasn't come to your

12    attention; is that correct?

13         A.    I have other areas.  Uh-huh.

14         Q.    I'm sorry.  You are now in another area?

15         A.    After the investigation, I performed other

16    activities.

17         Q.    Okay.  You are primarily a federal prosecutor; is

18    that correct?

19         A.    Yes.

20         Q.    And I believe that you mentioned this was a matter

21    of significant interest in the Republic of Mexico.  Correct?

22         A.    Yes.

23         Q.    And you were involved in the early stages of the

24    investigation.  Correct?

25         A.    Yes.

1    Q.   And presumably you were profoundly affected by

2    this incident.  Would that be a fair statement?

3    A.   I don't know what you mean by "affected".

4    Q.   Well, this was a real tragedy for the Republic of

5    Mexico.  Fair statement?

6    A.   Oh, okay.  Yes.

7    Q.   Had there been some subsequent prosecution of the

8    individuals responsible, you would have likely heard about

9    that; is that correct?

10    A.   Through the media, yes.

11    MR. RONIS:  If I could have one moment,

12    Your Honor, I may have no further questions.

13    (Discussion off the record.)

14    MR. RONIS:  Very well.  Thank you, Ms. Hernandez.

15    I have no further questions.

16    THE COURT:  Any redirect, Ms. Sahni?

17    MS. SAHNI:  Very briefly, Your Honor.

18    **REDIRECT EXAMINATION OF MARIA HERNANDEZ**

19    BY MS. SAHNI:

20    Q.   Ms. Hernandez, in approximately June of 2015, did

21    you change positions within FGR?

22    A.   Do you mean in June?

23    Q.   Approximately June or July.

24    A.   2017?  Oh, June 2015.  I didn't hear.

25    Q.   I can repeat.  In approximately June or July of

1    2015, did you get a different title or change positions

2    within FGR?

3         **A.**    Yes, in June.

4         **Q.**    Did that change coincide with the end of your

5    involvement with this investigation into the helicopter

6    incident?

7         **A.**    Yes.

8         **Q.**    And on cross-examination, did you point to this

9    weapon, Government's Exhibit 382?

10        **A.**    Yes.

11        **Q.**    And was that the heavy weapon that was found near

12   the truck with the mount?

13        **A.**    The equipment that was year the truck.

14        **MS. SAHNI:**    Your Honor, it appeared that a few

15   jurors had a little trouble seeing the weapon.  Would it be

16   possible for two agents to hold it up a little bit?

17        **THE COURT:**    Yes.

18        (Agents complied.)

19        **THE COURT:**    Would you like to have it brought

20   closer to you to see it closer up?

21        **JURORS:**    [Shakes head]

22        **MS. SAHNI:**    No further questions, Your Honor.

23        **THE COURT:**    All right.

24        You are excused.

25        **THE WITNESS:**    Thank you.

1          (Witness stepped down.)

2          **THE COURT:**  While you're leaving, let me just talk

3     to ...

4          (Sidebar discussion.)

5          **THE COURT:**  And who will be your next witness.

6          **MR. HORNOK:**  Your Honor, our next witness today

7     who is on deck is fire enforcement John Miller.  His

8     testimony will for sure take more than the 30 minutes that

9     we have here today.  He is supposed to be closing on a house

10    on Monday.  We expected him to testify earlier in the week.

11    We are happy to call him.  We are prepared to call him.

12         Given the fact that he's unlikely to be able to

13    finish today, we would ask if the Court would consider us to

14    start his testimony today and then potentially call him,

15    finish his testimony on Tuesday, call other witnesses on

16    Monday to, kind of, interject in the middle there.

17         **THE COURT:**  So he's actually going to close on his

18    house in person as opposed to signing things electronically?

19    I thought that things were all done electronically at this

20    point and he could sign off on things during breaks/

21         **MR. HORNOK:**  He has to sit with a notary,

22    Your Honor, is my understanding.  Also, he doesn't live here

23    in Washington, D.C., he lives in Cincinnati, Ohio.

24         **THE COURT:**  Okay.  Well, rather than start today

25    and interrupt for that period of time, are you prepared to

1    put other witnesses on on Monday, and we could do him

2    straight up on Tuesday --

3         **MR. HORNOK:**  Yes, Your Honor.

4         **THE COURT:**  -- without interrupt.

5         **MR. HORNOK:**  Yes, absolutely.

6         **THE COURT:**  That just means you have to do

7    something with these weapons.

8         **MR. HORNOK:**  We have that covered.

9         **THE COURT:**  Okay.  It's been a long week and a

10   long day for me.  So I'm going to excuse the jury just a

11   little bit short of 5:00.  I think they will probably all

12   appreciate that, in any event.

13        All right.  Anything else we need to talk about?

14        **MR. COLUMBO:**  No, Your Honor.

15        **MR. HORNOK:**  No, Your Honor.  Thank you.

16        (Sidebar discussion concluded.)

17        **THE COURT:**  All right, ladies and gentlemen.  We

18   are going to end a little early today for Friday.  It's been

19   a long week.  So thank you all for your attention this week

20   and punctuality.  We will resume Monday at 9.

21        Let me just caution you before you put your

22   notebooks away.  Do not talk about this case among

23   yourselves or with others over the weekend.  When you

24   socialize people may say, Oh, how did you spend your week?

25   I know it's been an interesting week.  You have had a lot of

1    observations.  You cannot talk about it.  Just hold it all

2    in.

3            Okay.  Enjoy your weekend.  See you Monday

4    morning.

5        (Jury exited the courtroom.)

6            **THE COURT:**  All right.  You are all excused.

7        (Proceedings concluded at 4:35 p.m.)

1

2                    **C E R T I F I C A T E**

3

4          I, **Lorraine T. Herman, Official Court Reporter,**

5    certify that the foregoing is a true and correct transcript

6    of the record of proceedings in the above-entitled matter.

7

8

9

10    ____December 19, 2024____    ___/s/ Lorraine T. Herman___
                **DATE**                    **Lorraine T. Herman**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

BY MR. RONIS: [9]
50/21 55/6 61/20 62/23
64/1 67/12 69/8 70/4
70/19
BY MS. SAHNI: [69]
6/24 8/13 12/3 12/23
14/23 16/24 17/8 18/1
18/21 19/17 19/23 20/4
20/10 20/19 21/1 21/12
21/20 21/24 22/9 22/18
23/2 23/10 23/25 24/12
24/22 25/7 25/19 26/3
26/20 27/9 28/3 28/11
29/4 29/11 30/2 30/12
30/21 31/12 31/24 32/9
32/20 33/10 33/18
34/19 35/19 36/1 36/16
36/25 37/11 37/19 38/3
38/13 38/22 39/5 39/18
40/5 40/16 40/24 41/10
41/20 42/8 43/12 44/20
45/24 46/18 47/10 48/8
49/4 74/19
COURT REPORTER:
[1] 14/6
DEPUTY CLERK: [4]
3/2 45/20 62/22 63/19
INTERPRETER: [5]
11/2 22/24 55/4 62/17
70/2
JURORS: [1] 75/21
MR. COLUMBO: [1]
77/14
MR. HORNOK: [8]
62/5 62/7 76/6 76/21
77/3 77/5 77/8 77/15
MR. RONIS: [17] 3/15
5/8 11/25 13/20 14/1
34/14 47/1 48/1 48/25
61/18 62/11 62/20 67/7
69/5 70/18 74/11 74/14
MS. SAHNI: [89]
THE COURT: [77] 3/18
3/23 5/1 5/6 5/7 5/9
5/21 6/5 6/7 6/9 6/13
6/18 6/22 8/9 8/12
10/23 11/4 12/1 12/18
12/22 13/18 13/23 14/2
14/13 14/17 16/16
16/18 16/22 18/17
18/20 22/15 34/7 34/16
34/18 44/9 44/16 45/15
45/23 46/13 46/17 47/2

47/9 48/2 48/5 49/7
49/9 49/19 49/24 50/3
50/8 50/12 50/15 50/19
61/16 61/25 62/3 62/6
62/9 62/14 62/19 62/21
63/17 67/10 70/13
74/16 75/17 75/19
75/23 76/2 76/5 76/17
76/24 77/4 77/6 77/9
77/17 78/6
THE WITNESS: [13]
8/10 11/5 12/2 17/5
18/18 22/17 23/1 34/9
46/16 61/19 63/20
70/15 75/25

.
.50 [1] 20/21
.556 [1] 29/16

/
/s [1] 79/10

1
10 a.m [3] 10/20 51/2
51/2
10-minute [1] 44/12
100 [3] 12/10 14/12
14/20
101 [6] 13/14 14/8
14/13 14/13 14/15
14/16
102 [1] 14/20
103 [1] 14/16
104 [8] 12/10 13/14
14/8 14/12 14/13 14/14
14/15 14/20
105 [4] 1/16 1/19 16/15
16/19
105A [1] 16/19
106 [3] 12/10 14/12
17/24
107 [2] 13/14 14/8
108 [1] 17/24
109 [1] 13/14
109-116 [1] 14/8
10:00 [1] 53/8
111 [1] 19/15
115 [1] 19/21
116 [2] 13/14 14/8
117 [1] 20/2
118 [1] 20/8
119 [1] 13/14
119-131 [1] 14/8
125 [1] 20/17

13 [1] 1/5
131 [2] 13/14 14/8
132 [1] 20/23
133 [2] 13/15 20/23
133-137 [1] 14/9
137 [3] 13/15 14/9
36/23
138 [3] 36/14 67/8
67/14
139 [1] 13/15
139-158 [1] 14/9
14 [1] 2/8
145 [1] 1/13
15 [1] 7/19
158 [2] 13/15 14/9
159 [1] 69/6
16-229 [1] 3/3
160 [1] 13/15
160-215 [1] 14/9
169 [1] 21/22
170 [1] 21/10
175 [1] 22/7
176 [1] 23/22
179 [1] 23/8
185 [1] 24/10
19 [1] 79/10
190 [1] 24/20
193 [2] 25/5 26/14
194 [1] 26/1
1:11 [1] 1/6
1:16-229 [1] 1/3
1st [2] 9/13 9/17

2
20001 [1] 1/23
2015 [11] 9/14 9/18
13/9 46/22 47/19 47/22
48/21 73/7 74/20 74/24
75/1
2016 [2] 9/12 46/11
2017 [1] 74/24
2024 [2] 1/5 79/10
204 [2] 25/17 26/15
20530 [1] 1/13
207 [1] 26/1
208 [1] 26/1
212 [1] 27/7
214 [1] 26/18
215 [3] 13/15 14/9 28/1
216 [1] 28/9
217 [1] 13/15
217-350 [1] 14/9
219 [1] 29/2
22 [1] 41/2
221 [1] 29/9

225 [1] 29/9
227 [1] 29/9
229 [3] 1/3 3/3 29/25
235 [1] 30/10
239 [1] 30/10
24 [1] 33/5
242 [1] 30/19
244 [1] 31/10
245 [1] 30/19
254 [1] 31/22
257 [1] 32/7
260 [1] 32/18
265 [1] 33/8
269 [1] 33/16
289 [1] 35/17
290 [1] 35/17
299 [1] 35/24
2:32 p.m [1] 44/14

3
30 [1] 76/8
303 [1] 41/8
307 [1] 41/18
320 [1] 42/6
326 [1] 43/10
333 [1] 1/22
341 [1] 37/9
344 [1] 37/17
345 [1] 38/1
347 [1] 38/11
348 [1] 38/11
349 [1] 38/11
350 [4] 13/16 14/9
38/11 38/16
351 [1] 38/20
352 [1] 13/16
352-359 [1] 14/9
353 [1] 39/3
358 [1] 39/16
359 [2] 13/16 14/9
360 [1] 40/3
361 [1] 13/16
361-364 [1] 14/9
362 [1] 40/14
364 [3] 13/16 14/9
40/22
365 [1] 40/22
366 [4] 12/10 13/16
14/9 14/12
371 [3] 12/11 13/16
14/12
376-379 [1] 14/10
379 [4] 12/11 13/17
14/10 14/12
38 [2] 26/9 38/18

**3**

**380 [5]** 46/1 46/9 46/25 47/3 47/4

**382 [2]** 62/2 75/9

**3:04 p.m [1]** 44/14

**4**

**40 [1]** 29/20

**401 [2]** 46/1 46/9

**402 [4]** 46/19 46/25 47/3 47/4

**403 [4]** 47/25 48/3 48/4 48/5

**404 [5]** 48/13 48/24 49/1 49/3 49/5

**410 [1]** 50/2

**411 [4]** 48/13 48/24 49/1 49/3

**47 [1]** 2/8

**48 [1]** 2/9

**4:35 p.m [1]** 78/7

**5**

**50 [4]** 38/9 47/15 60/25 63/21

**5:00 [1]** 77/11

**7**

**75 [2]** 26/25 26/25

**79 [1]** 21/6

**9**

**92101 [2]** 1/16 1/19

**A**

**a.m [3]** 10/20 51/2 51/2

**A2 [2]** 29/19 29/22

**abandoned [1]** 71/3

**able [6]** 10/21 18/5 25/22 45/17 66/23 76/12

**about [26]** 3/25 15/24 18/11 18/23 29/21 42/12 42/24 43/3 46/6 53/7 53/8 54/17 57/25 58/7 60/1 60/3 61/23 62/8 62/8 66/7 66/17 71/8 74/8 77/13 77/22 78/1

**about -- is [1]** 61/23

**above [2]** 67/19 79/6

**above-entitled [1]** 79/6

**absolutely [1]** 77/5

**access [5]** 4/8 4/9 4/13 17/15 17/16

**accessories [1]** 16/13

**accessory [6]** 18/5 18/12 18/16 18/19 18/25 60/17

**accompanying [1]** 10/14

**accurately [2]** 13/7 17/21

**acronym [10]** 7/8 20/13 24/4 26/23 28/17 30/25 31/16 32/25 33/25 36/18

**Action [1]** 1/3

**activities [2]** 71/22 73/16

**activity [4]** 54/25 66/15 66/21 66/25

**acts [1]** 53/23

**actual [2]** 48/6 58/5

**actually [3]** 5/21 51/10 76/17

**add [1]** 5/7

**additional [1]** 50/6

**administer [1]** 6/20

**admit [5]** 13/12 16/19 46/25 47/25 48/24

**admitted [23]** 2/8 2/8 2/9 2/9 2/10 2/10 2/11 2/11 2/12 2/12 2/13 4/25 13/13 14/4 14/10 14/16 16/19 47/3 47/4 48/3 48/4 49/2 49/3

**adversarial [3]** 8/21 8/22 9/11

**advised [1]** 4/10

**advising [1]** 34/6

**Advisor [1]** 5/23

**affairs [4]** 4/10 5/10 5/15 5/20

**affected [2]** 74/1 74/3

**After [3]** 15/18 35/10 73/15

**afternoon [11]** 1/6 3/10 3/11 3/15 3/18 4/20 6/13 6/25 50/22 50/23 71/16

**again [7]** 24/14 26/6 29/16 41/1 51/9 69/6 69/9

**against [1]** 9/16

**agencies [1]** 58/25

**agency [5]** 58/19 58/21 59/8 59/11 72/3

**agent [2]** 9/3 9/16

**agents [3]** 9/8 75/16 75/18

**aggression [1]** 53/24

**aid [1]** 9/8

**aided [1]** 1/25

**aircraft [2]** 53/5 53/5

**airport [2]** 56/2 56/11

**alerted [1]** 50/24

**all [40]** 8/23 8/23 9/9 11/21 12/7 12/8 12/20 13/19 14/3 23/4 29/12 35/13 43/6 43/14 43/18 44/16 44/23 45/3 45/5 46/20 56/21 57/13 59/15 60/9 63/13 64/2 64/20 64/23 66/15 66/18 67/3 75/23 76/19 77/11 77/13 77/17 77/19 78/1 78/6 78/6

**allowed [1]** 44/7

**along [2]** 3/16 28/5

**already [6]** 6/14 19/8 32/2 33/21

**also [43]** 3/5 3/14 4/22 7/22 9/24 15/16 18/6 18/7 19/11 21/4 21/16 23/12 23/12 24/3 24/14 24/15 26/22 26/24 27/5 27/15 28/5 28/7 28/17 29/6 30/4 30/24 30/25 31/17 32/5 33/1 33/20 33/25 37/21 39/1 41/5 46/19 51/24 52/24 53/5 54/14 61/7 67/4 76/22

**always [1]** 63/18

**am [2]** 56/18 62/7

**AMERICA [2]** 1/3 3/3

**American [1]** 54/20

**ammunition [3]** 19/11 34/25 39/24

**among [3]** 27/4 58/22 77/22

**amongst [1]** 33/2

**amounts [1]** 71/5

**Ancalle [3]** 3/13 14/19 17/23

**Angela [1]** 3/13

**another [6]** 15/13 20/5 20/5 29/6 44/2 73/14

**answer [5]** 11/1 12/1 13/21 70/1 70/5

**answers [2]** 10/24 61/25

**Anthony [3]** 1/15 1/15

**anthonycolumbolegal [1]** 1/17

**any [30]** 4/5 6/6 10/22 11/12 13/23 15/9 16/16 22/21 33/13 33/22 43/22 57/17 61/9 61/23 63/7 65/5 65/5 65/8 65/8 71/5 71/6 71/15 71/18 71/23 71/24 71/25 72/12 72/21 74/16 77/12

**anybody's [1]** 49/24

**anyone [1]** 73/8

**anything [9]** 5/7 11/13 11/16 16/3 35/11 42/12 49/25 50/3 77/13

**apologize [1]** 18/14

**appear [6]** 9/7 26/8 38/17 64/25 65/12 66/15

**APPEARANCES [1]** 1/10

**appeared [2]** 65/14 75/14

**appearing [1]** 3/16

**appears [4]** 25/13 63/22 67/19 69/11

**apply [1]** 73/3

**appraised [1]** 42/23

**appreciate [2]** 5/9 77/12

**appreciated [1]** 5/13

**approach [1]** 47/7

**approximately [8]** 16/2 16/10 51/15 53/2 59/24 74/20 74/23 74/25

**are [86]**

**area [35]** 11/22 12/6 15/19 15/22 16/3 23/5 35/3 35/8 35/8 35/10 47/19 53/24 54/4 56/22 56/25 57/4 57/5 57/6 57/7 57/10 57/21 58/5 65/3 66/7 66/7 66/16 66/18 66/21 66/22 66/23 66/25 67/5 70/16 72/1 73/14

**areas [2]** 19/4 73/13

**armed [2]** 16/6 72/2

**army [1]** 23/20

**around [8]** 10/20 19/4 49/20 49/21 49/23 50/1 50/4 51/2

## A

**arrival [5]** 53/15 53/22 55/11 57/9 58/14
**arrive [6]** 53/2 53/12 56/10 56/11 56/11 57/23
**arrived [7]** 53/18 55/20 56/2 56/5 56/14 56/25 57/24
**arrow [1]** 25/2
**as [45]** 4/25 5/11 5/12 7/17 7/25 8/14 15/2 16/6 16/16 16/20 21/6 28/7 28/22 32/14 34/5 34/12 47/21 48/21 51/6 51/7 52/16 53/21 53/22 53/25 55/12 57/6 59/23 60/12 60/14 60/20 62/12 63/4 65/14 66/12 66/23 67/22 68/3 68/23 69/14 69/14 69/20 71/14 71/21 72/16 76/18
**ask [7]** 44/7 46/13 55/4 61/16 67/7 69/5 76/13
**asked [1]** 9/20
**asking [1]** 29/21
**assessed [1]** 42/20
**assigned [1]** 9/15
**assist [1]** 45/23
**assistant [2]** 4/1 5/11
**assistants [1]** 9/8
**assisted [1]** 64/6
**assisting [1]** 64/3
**associated [1]** 61/10
**assume [2]** 4/24 5/3
**assured [1]** 53/21
**attack [2]** 34/13 57/15
**attacked [1]** 9/24
**attention [4]** 9/13 47/6 73/12 77/19
**attorney [3]** 7/5 8/4 52/1
**Attorney's [2]** 4/6 4/20
**authority [1]** 7/14
**available [4]** 4/8 4/12 4/18 72/25
**Avenue [1]** 1/22
**avoid [1]** 57/14
**away [2]** 58/8 77/22

## B

**back [7]** 5/12 10/25 31/2 31/5 44/11 49/13
**backpack [1]** 37/22
**backpack/camel [1]** 37/22
**bag [2]** 41/16 47/6
**bagged [1]** 48/6
**bags [3]** 11/14 11/18 58/3
**ballistic [2]** 52/18 52/19
**ballistics [1]** 51/23
**Bankruptcy [1]** 1/22
**bars [1]** 71/8
**based [1]** 9/2
**batteries [1]** 63/18
**be [53]** 3/23 3/25 6/10 6/22 9/6 14/4 14/17 18/5 26/8 26/24 27/19 27/19 27/20 38/17 44/7 47/3 48/3 49/2 49/22 51/3 52/17 52/19 52/22 54/1 55/24 60/14 61/14 62/11 62/18 63/22 64/19 65/1 65/2 65/17 66/20 67/3 67/19 68/5 68/17 68/18 68/19 69/11 69/19 69/22 69/24 70/7 70/16 72/10 74/2 75/15 76/5 76/9 76/12
**bears [2]** 23/13 28/16
**because [17]** 9/22 10/7 11/8 11/11 11/15 11/21 27/17 53/4 54/21 57/6 57/25 58/15 59/19 61/7 68/14 69/20 72/1
**become [1]** 72/24
**been [25]** 3/6 9/23 9/25 16/19 19/8 24/16 24/17 46/8 56/17 58/13 61/3 65/15 65/20 65/25 66/8 68/21 71/3 71/10 71/11 71/15 71/19 74/7 77/9 77/18 77/25
**before [13]** 1/8 7/10 8/11 12/12 23/3 28/17 39/23 53/11 53/14 53/22 57/6 61/25 77/21
**began [1]** 66/22
**behalf [1]** 3/16
**behind [1]** 8/25
**being [1]** 53/23
**believe [11]** 14/16 23/3 26/10 39/23 42/25 55/22 56/5 61/10 63/24

## C

**belonged [2]** 9/22 61/4
**belt [12]** 24/3 26/22 41/12 41/21 41/25 42/3 48/12 49/6 49/6 49/7 49/9 50/6
**belts [2]** 46/5 48/18
**BERYL [1]** 1/8
**besides [1]** 8/3
**better [2]** 45/19 46/17
**binders [11]** 12/9 12/13 12/16 12/18 12/24 12/25 13/7 13/12 14/15 44/22 44/23
**bit [2]** 75/16 77/11
**Black [2]** 31/20 41/4
**blades [1]** 12/8
**BLANK [1]** 20/25
**block [3]** 45/17 46/14 62/10
**bodies [19]** 11/16 16/6 27/17 31/14 58/11 59/13 59/16 59/16 59/19 60/1 60/1 60/7 64/16 64/24 65/2 65/5 65/8 65/11 66/12
**bodies -- when [1]** 59/16
**body [7]** 11/14 11/18 58/3 68/12 68/14 68/16 68/17
**bottom [2]** 19/1 39/8
**box [5]** 6/14 18/13 19/1 19/2 45/10
**boxes [2]** 18/6 18/8
**break [2]** 44/10 44/12
**breaks [1]** 76/20
**briefly [1]** 74/17
**broader [1]** 52/10
**brought [1]** 75/19
**brown [2]** 28/18 28/20
**buckle [1]** 26/23
**bullet [1]** 36/4
**bullets [1]** 47/16

## C

**CA [2]** 1/16 1/19
**caliber [9]** 20/21 26/5 29/15 29/16 38/6 38/9 47/15 60/25 63/21
**call [7]** 6/15 9/17 9/20 76/11 76/11 76/14 76/15
**called [2]** 32/12 54/10
**calls [1]** 6/17

**camel [1]** 37/22
**camouflaged [2]** 22/13 63/23
**camp [1]** 11/16
**can [52]** 4/8 4/19 5/3 5/12 6/3 6/5 10/23 10/25 14/19 18/4 18/6 18/7 18/9 18/17 18/22 23/21 25/11 30/24 31/3 31/6 32/4 32/13 32/23 33/15 33/25 34/1 34/12 36/2 37/4 37/8 39/2 40/21 42/1 45/15 45/16 45/21 45/23 46/3 49/12 49/22 50/10 50/10 52/12 61/13 61/16 62/4 62/12 63/17 64/8 64/13 71/9 74/25
**cannot [3]** 21/5 69/19 78/1
**cap [2]** 31/16 41/1
**caravan [1]** 65/3
**carefully [1]** 12/13
**carried [3]** 9/4 30/25 64/19
**carry [7]** 10/15 27/11 27/12 27/14 33/2 49/7 52/13
**carrying [6]** 11/14 11/15 22/12 27/19 30/15 33/21
**carrying -- this [1]** 22/12
**Cartel [5]** 8/18 28/6 30/25 32/25 63/2
**cartridge [1]** 20/21
**cartridges [14]** 18/7 18/8 18/10 18/13 19/3 19/7 19/7 28/23 28/24 49/21 61/7 66/24 67/2 70/25
**case [6]** 3/2 55/16 66/4 68/4 69/24 77/22
**casings [1]** 16/7
**cataloged [7]** 27/17 61/21 61/24 62/13 63/1 63/9 68/9
**caution [1]** 77/21
**cave [4]** 71/19 71/22 71/24 71/25
**certain [1]** 13/12
**certainly [2]** 13/20 73/11
**certify [1]** 79/5
**chance [1]** 71/18

**C**

**change [3]** 74/21 75/1 75/4

**characteristics [1]** 28/16

**characterization [1]** 72/17

**characterize [1]** 60/2

**charge [7]** 58/20 58/21 59/4 59/9 59/10 59/12 59/14

**Chief [2]** 4/2 5/11

**Cincinnati [1]** 76/23

**circle [1]** 18/10

**circumstance [1]** 11/11

**civilians [1]** 23/20

**CJNC [1]** 21/5

**CJNC -- I'm [1]** 21/5

**CJNG [12]** 8/15 20/13 21/6 23/13 24/4 26/23 28/17 31/16 32/25 33/25 36/19 39/11

**clarification [1]** 12/18

**clarify [2]** 63/10 63/20

**clear [1]** 33/25

**clearly [3]** 49/10 49/11 57/15

**Clerk's [4]** 4/11 4/12 4/17 5/13

**clip [1]** 45/21

**close [11]** 29/14 37/2 42/9 58/7 60/9 60/10 60/11 61/1 66/9 66/12 76/17

**close-up [3]** 29/14 37/2 42/9

**closer [4]** 49/17 50/11 75/20 75/20

**closeup [2]** 33/11 41/21

**closing [1]** 76/9

**clothing [3]** 22/14 22/14 37/21

**Coates [2]** 45/15 45/23

**coincide [1]** 75/4

**colleagues [4]** 51/6 51/13 51/25 63/23

**collect [1]** 63/12

**collected [3]** 58/11 64/18 69/25

**collecting [1]** 15/9

**collection [1]** 64/11

**color [2]** 31/19 41/3

**COLUMBIA [1]** 1/1

**Columbo [4]** 1/15 1/15 3/17 13/18

**come [6]** 3/8 45/13 49/17 55/16 58/6 73/11

**coming [3]** 34/13 57/17 57/17

**coming -- did [1]** 57/17

**command [4]** 26/24 27/2 31/17 41/2

**commonly [1]** 72/16

**communicate [1]** 5/15

**communication [2]** 40/7 55/12

**Communications [1]** 5/23

**complied [8]** 45/20 46/16 48/11 61/19 62/22 63/19 64/15 75/18

**computer [1]** 1/25

**computer-aided [1]** 1/25

**concluded [3]** 6/8 77/16 78/7

**conclusion [1]** 34/20

**condition [3]** 46/21 47/21 48/20

**conduct [3]** 58/23 66/6 72/25

**confidential [1]** 3/24

**connected [1]** 27/20

**consider [2]** 13/24 76/13

**considered [1]** 66/4

**Constitution [1]** 1/22

**containing [1]** 12/9

**continue [1]** 44/18

**control [1]** 4/5

**convoy [30]** 17/13 17/18 18/3 19/4 21/7 21/16 22/19 23/5 24/15 28/5 29/7 30/5 30/15 32/2 33/21 35/11 35/22 36/6 40/11 59/22 60/11 60/12 65/3 65/4 65/6 65/9 66/9 66/12 67/1 70/21

**coordinates [1]** 17/17

**copies [1]** 4/2

**correct [5]** 5/1 7/16 7/21 7/23 10/4 10/6 12/21 16/21 22/5 22/25

**Colt [1]** 26/9

**51/20 52/2 52/3 52/5 53/9 53/12 54/5 55/20 56/2 56/17 56/23 57/10 58/3 59/1 59/23 60/20 61/3 61/6 63/5 64/10 65/15 65/22 66/10 66/13 67/1 67/17 67/20 68/2 68/9 69/3 69/12 72/4 73/12 73/18 73/21 73/24 74/9 79/5**

**correction [1]** 11/7

**corresponding [1]** 47/14

**could [85]**

**couldn't [3]** 11/6 11/7 62/10

**counsel [5]** 3/10 3/14 14/6 45/18 55/5

**country [1]** 7/6

**course [2]** 4/12 45/18

**courses [10]** 8/4

**court [11]** 1/1 1/21 3/25 4/11 5/12 14/5 61/11 73/3 76/13 79/4

**courtroom [7]** 6/9 6/10 6/12 6/19 44/13 44/15 78/5

**Courts [1]** 1/22

**covered [1]** 77/8

**crash [10]** 15/2 15/18 16/3 16/11 17/18 34/5 34/10 35/11 46/10 47/19

**crashed [2]** 13/1 17/11

**CRC [1]** 1/21

**crime [9]** 9/7 10/11 10/16 54/1 54/23 56/7 56/10 59/25 60/2

**crimes [3]** 7/14 9/16 54/22

**criminal [10]** 1/3 3/2 4/5 5/18 54/8 54/25 55/17 58/20 58/23 66/15

**criminalist [3]** 52/4 52/7 52/15

**criminalist's [1]** 52/7

**criminalistics [1]** 51/22

**Crisp [1]** 3/6

**cross [4]** 2/4 2/5 50/20 75/8

**cross-examination [4]** 2/4 2/5 50/20 75/8

**currency [2]** 43/1 43/2

**currently [2]** 7/2 8/19

**D**

**D.C [1]** 76/23

**danger [1]** 69/20

**date [3]** 68/5 70/9 79/10

**day [30]** 5/2 5/3 9/15 10/18 10/21 11/5 22/12 50/24 51/11 53/11 55/20 57/9 57/11 57/19 57/24 58/13 58/14 58/16 58/17 63/16 63/16 64/3 64/20 67/16 69/3 69/18 70/11 70/13 70/17 77/10

**days [7]** 16/2 57/25 64/4 64/23 65/1 70/15 72/20

**daytime [1]** 57/23

**DC [3]** 1/4 1/13 1/23

**dcd.uscourts.gov [1]** 1/23

**DEA [1]** 8/5

**dead [2]** 15/9 68/11

**deceased [7]** 11/16 23/4 24/7 30/16 30/24 32/2 33/21

**December [1]** 79/10

**deck [1]** 76/7

**Defendant [2]** 1/6 1/15

**Defense [15]** 5/7 9/23 9/23 9/25 15/3 15/15 34/11 35/7 43/7 45/18 53/20 54/12 54/13 55/14 59/2

**defined [2]** 66/21 66/22

**degree [1]** 7/20

**delivered [1]** 35/5

**demonstrative [4]** 16/15 16/17 16/20 16/23

**department [4]** 5/14 5/24 8/5 55/3

**depend [1]** 52/17

**depicted [1]** 67/14

**deputy [1]** 6/19

**describe [6]** 28/15 36/2 41/24 52/6 60/14 64/21

**described [3]** 60/19 66/1 72/21

**designate [1]** 67/22

**D**

**destroyed [1]** 69/22
**determine [2]** 34/2
52/11
**did [57]** 9/10 9/17 10/2
10/10 11/23 12/4 12/12
15/1 15/19 16/3 17/17
19/4 19/6 19/9 19/11
21/17 22/21 27/2 34/2
34/25 36/10 40/17 42/3
42/17 43/4 44/23 45/1
51/9 51/13 53/2 55/2
55/16 56/10 56/11
57/13 57/17 57/23 63/7
64/23 65/11 65/24 66/6
66/15 68/20 70/20 71/2
71/5 71/14 71/18 71/24
72/20 73/5 74/20 75/1
75/4 75/8 77/24
**didn't [10]** 11/12 11/16
26/12 53/4 62/9 65/7
66/18 70/6 71/21 74/24
**died [3]** 15/2 15/5
66/24
**Diego [2]** 1/16 1/19
**different [4]** 10/15
25/8 54/22 75/1
**difficult [4]** 17/14
17/16 33/22 34/1
**direct [5]** 2/4 6/23
10/16 18/22 47/5
**directly [1]** 56/10
**dirt [2]** 15/21 16/11
**disciplines [3]** 51/19
51/21 52/10
**discovered [1]** 59/23
**discussing [1]** 71/16
**discussion [5]** 3/22
6/8 74/13 76/4 77/16
**disposal [1]** 72/7
**distance [3]** 60/4
60/24 71/15
**distances [1]** 52/11
**distinguish [1]** 69/24
**distinguishable [1]**
70/8
**distinguished [2]** 52/4
69/14
**distribution [1]** 52/13
**DISTRICT [4]** 1/1 1/1
1/9 1/22
**division [1]** 5/19
**do [51]** 4/21 5/4 5/18
7/4 7/20 7/22 9/9 9/20

9/6/11 10/25 12/13
12/17 12/17 13/7 13/18
13/23 13/24 14/24 15/5
17/20 23/17 29/21
34/23 34/25 39/19
40/25 42/17 42/22 43/5
43/24 44/10 45/3 46/1
47/11 48/12 48/15 49/6
54/9 54/10 54/11 55/18
56/13 57/16 62/19 69/9
70/20 72/15 74/22 77/1
77/6 77/22
**document [1]** 17/17
**documentation [1]**
64/11
**documented [2]** 9/6
64/9
**documents [1]** 45/1
**does [13]** 4/7 4/21
7/14 8/19 14/5 18/14
26/8 29/14 29/19 38/16
54/24 55/7 63/15
**doesn't [3]** 3/23 54/22
76/22
**doing [1]** 11/23
**DOJ [4]** 1/12 4/10 5/10
5/16
**DOJ's [1]** 5/12
**dollars [1]** 43/1
**don't [30]** 4/15 15/7
16/19 40/12 42/25 45/6
45/7 45/8 45/17 46/14
49/19 49/24 50/9 54/14
56/7 56/13 56/20 58/15
58/16 58/17 60/3 62/17
63/10 64/25 65/17
68/13 68/13 69/21
73/10 74/3
**done [5]** 35/11 52/18
63/11 73/2 76/19
**dot [2]** 17/4 17/9
**down [8]** 5/12 22/11
34/13 45/13 56/19 58/6
61/17 76/1
**downed [4]** 56/17
65/21 66/9 67/1
**downing [2]** 53/8 73/9
**draw [1]** 9/13
**dropped [1]** 56/22
**due [1]** 59/19
**during [9]** 22/21 34/21
34/21 43/21 46/10
47/18 57/19 57/24
76/20
**duty [1]** 52/15

**E**

**each [2]** 5/2 60/10
**earlier [2]** 68/20 76/10
**early [3]** 54/7 73/23
77/18
**easy [1]** 49/14
**education [1]** 8/3
**Edward [1]** 1/18
**effects [1]** 71/1
**electronically [2]**
76/18 76/19
**elements [1]** 53/17
**else [2]** 50/3 77/13
**emergency [1]** 10/8
**employed [1]** 7/2
**empty [1]** 49/21
**end [5]** 5/2 31/6 73/6
75/4 77/18
**ended [4]** 11/9 14/25
56/16 56/21
**enforcement [9]** 5/24
52/25 56/24 58/19
58/25 63/7 72/3 72/6
76/7
**Enforcement/Spokesp
erson [1]** 5/24
**English [1]** 25/22
**engraved [1]** 20/12
**Enjoy [1]** 78/3
**entered [2]** 6/12 44/15
**entitled [1]** 79/6
**equipment [3]** 11/15
32/12 75/13
**essentially [2]** 52/6
52/15
**establish [2]** 30/24
34/12
**established [2]** 34/4
68/24
**establishes [1]** 31/17
**even [1]** 64/11
**evening [1]** 57/20
**event [4]** 52/20 52/24
59/20 77/12
**eventually [1]** 11/23
**ever [2]** 54/10 73/8
**every [1]** 45/1
**everybody [4]** 6/9
45/10 49/10 49/12
**everyone [1]** 62/15
**everything [5]** 8/23 9/5
11/6 11/7 73/2
**evidence [22]** 2/8 2/8
2/9 2/9 2/10 2/11 2/11

9/12 9/21 9/22 9/13 10/16
10/17 27/20 42/21 52/9
52/19 67/23 68/5 68/8
69/18 69/25 70/16
**evidentiary [7]** 52/16
67/4 69/15 70/24 71/19
71/23 72/10
**exact [1]** 60/4
**exactly [3]** 15/5 42/25
56/7
**examination [7]** 2/4
2/4 2/5 6/23 50/20
74/18 75/8
**example [6]** 52/11
52/17 54/19 72/9 72/12
72/21
**excuse [2]** 56/18
77/10
**excused [2]** 75/24
78/6
**exhibit [119]**
**exhibits [37]** 2/8 2/8
2/9 4/5 4/9 4/12 4/13
4/18 4/22 12/16 13/12
13/14 14/8 14/22 17/25
18/2 26/2 26/4 26/14
29/9 29/10 30/13 30/20
30/22 35/18 38/12
38/14 40/23 40/25
43/25 44/8 46/9 46/25
47/3 48/13 49/3 50/7
**exists [1]** 4/3
**exited [2]** 44/13 78/5
**expect [1]** 5/14
**expected [1]** 76/10
**expert [7]** 35/3 43/14
52/9 52/18 52/19 64/18
70/8
**experts [7]** 35/2 51/16
51/17 51/19 53/6 63/11
64/12
**explain [4]** 8/9 32/23
34/7 62/24
**explains [1]** 62/14
**extreme [1]** 11/11
**eye [1]** 49/25

**F**

**F.E.M [1]** 26/24
**face [1]** 6/19
**faces [1]** 24/17
**fact [3]** 55/12 57/14
76/12
**fair [12]** 51/3 52/22
53/15 54/2 55/24 60/14

**F**

fair... [6] 65/2 65/17 66/20 67/3 74/2 74/5
fallen [2] 17/11 59/17
familiar [2] 8/15 55/10
far [4] 11/3 46/14 60/1 60/7
favor [1] 4/21
FBI [2] 8/6 54/20
federal [17] 7/12 7/17 7/22 8/20 15/17 53/19 54/17 54/21 54/24 54/25 55/3 55/8 55/13 59/6 59/7 72/15 73/11
Feel [1] 12/15
feet [1] 62/8
fell [1] 12/6
few [1] 75/14
FGR [6] 7/10 7/14 15/8 15/17 74/21 75/2
fight [3] 34/21 65/15 65/25
fighting [1] 34/23
figure [1] 4/20
figurine [1] 33/14
file [1] 68/4
find [8] 16/3 21/17 22/21 40/17 42/3 44/3 71/5 71/24
Fine [1] 16/22
finish [3] 10/25 76/13 76/15
finished [1] 50/10
fire [4] 34/21 65/15 65/25 76/7
firearm [17] 18/5 18/25 24/23 25/12 29/6 32/4 33/20 36/18 37/21 38/15 38/16 39/7 39/9 52/18 60/20 65/21 67/15
firearms [6] 8/7 37/13 39/24 46/20 46/20 60/18
fired [2] 19/8 65/18
first [12] 3/9 10/21 11/5 29/21 34/5 56/5 57/11 58/2 58/13 65/18 68/16 68/16
five [5] 16/2 51/15 57/25 62/8 70/15
fixed [1] 51/10
Floor [2] 1/16 1/19
focus [1] 54/22

focused [1] 4/15
follow [1] 10/2
following [2] 57/9 58/17
force [4] 54/17 55/8 55/10 55/16
forces [4] 26/25 27/1 31/18 41/1
foregoing [1] 79/5
forensic [1] 52/10
forensics [1] 51/22
forget [1] 64/8
formal [2] 8/3 8/25
formally [1] 9/6
forward [1] 3/8
found [69] 13/4 16/5 16/6 16/7 16/8 17/6 17/10 18/3 18/8 19/6 19/9 19/12 19/19 21/3 21/7 21/14 21/15 21/19 21/25 22/3 22/19 23/4 23/4 24/3 24/7 24/14 25/8 26/10 26/13 27/15 27/17 28/24 30/5 30/6 31/13 32/2 32/14 34/10 35/13 35/15 36/8 36/20 37/14 37/23 38/15 38/25 39/21 40/8 41/5 42/10 42/17 43/3 44/1 47/18 48/18 52/16 52/18 63/16 65/5 65/8 68/11 68/14 68/21 68/25 68/25 70/23 70/25 71/23 75/11
foundation [2] 11/25 34/15
four [4] 51/15 67/20 68/6 70/17
fours [1] 70/7
fourth [3] 27/16 27/16 27/19
free [1] 12/15
Friday [1] 77/18
front [7] 12/9 12/19 18/9 19/1 27/12 44/22 45/10
full [2] 17/15 62/16
further [4] 50/17 74/12 74/15 75/22
future [1] 68/9
fx [1] 4/7

**G**

gather [1] 52/19
gathered [6] 64/2

focused [1] 4/15
70/17
gathering [2] 10/17 59/12
gathers [1] 52/9
general [4] 23/5 65/3 66/16 67/5
General's [2] 7/5 8/5
Generation [6] 8/18 28/7 31/1 32/25 40/20 63/3
gentlemen [1] 6/13 77/17
geographic [1] 71/15
get [13] 4/22 5/20 7/1 10/8 10/10 44/11 44/16 45/16 46/3 53/5 65/24 72/12 75/1
give [3] 57/1 62/21 63/17
given [2] 62/18 76/12
gmail [1] 1/17
go [11] 5/3 10/2 10/25 17/3 25/12 44/4 50/16 51/13 61/14 61/17 68/5
going [7] 4/17 10/5 34/14 55/4 76/17 77/10 77/18
gold [2] 71/8 71/11
gone [1] 63/22
GONZALEZ [2] 1/5 3/4
good [8] 3/11 3/15 3/18 6/13 6/25 21/5 50/22 50/23
got [6] 12/4 15/15 15/16 51/11 53/7 61/6
government [20] 3/10 4/4 4/17 6/17 13/12 15/14 16/14 22/17 25/24 35/9 41/7 41/17 42/5 44/7 46/8 46/19 46/24 47/24 48/23 53/17
government's [74] 2/8 2/8 2/9 4/14 12/10 13/13 14/8 14/20 16/15 17/24 19/14 19/20 20/1 20/8 20/16 20/22 21/10 21/22 22/7 23/7 23/21 24/9 24/20 25/5 25/17 26/1 26/14 26/18 27/6 27/25 28/9 29/1 29/8 29/24 30/9 30/19 31/9 31/22 32/6 32/18 33/8 33/15 35/16 35/23

67/16 69/2 69/18 70/10 70/17
37/25 38/10 38/19 39/2 39/15 40/2 40/14 40/21 43/9 46/1 46/25 47/2 47/4 47/25 48/2 48/4 48/13 48/24 49/3 49/5 50/2 62/2 67/7 67/14 69/5 75/9
GPS [3] 17/17 17/19 17/21
grasp [1] 13/21
gravity [1] 55/23
grayish [1] 19/2
great [1] 52/24
green [2] 18/7 19/2
grenade [3] 25/13 29/20 38/24
grenades [1] 69/20
ground [2] 61/1 66/1
group [1] 71/12
Guadalajara [2] 56/6 56/7
guard [1] 11/21
gun [4] 25/13 28/12 38/4 60/22
gunfire [1] 57/13
gunman [8] 23/15 25/8 26/10 26/11 27/15 27/16 27/19 32/14
gunmen [3] 22/22 34/3 35/1
gunshot [1] 65/12
gunshots [1] 57/10

**H**

had [47] 9/5 9/7 9/23 9/25 10/8 10/14 11/8 11/10 11/17 12/8 16/12 17/10 19/8 22/13 29/7 30/5 30/6 50/25 56/17 56/22 57/24 57/25 58/1 58/2 58/6 59/15 59/17 59/23 60/17 60/19 61/2 63/8 63/24 65/15 65/20 65/25 66/8 66/24 68/17 68/18 69/22 71/3 71/10 72/24 74/7 75/15 77/25
hand [4] 6/19 31/3 38/6 63/17
handgun [5] 32/5 32/11 38/18 49/8 68/18
handguns [1] 27/14
handle [1] 33/13
handles [1] 4/2
happened [1] 64/16

**H**

**happening [1]** 4/13
**happy [1]** 76/11
**hard [1]** 49/12
**has [26]** 4/5 4/12 5/11
8/24 16/19 21/6 26/23
26/24 28/6 28/17 29/16
30/25 31/16 32/4 32/11
32/25 33/1 33/2 36/3
36/18 39/10 41/1 42/14
52/10 68/3 76/21
**hasn't [1]** 73/11
**hat [2]** 31/19 41/3
**have [70]** 3/6 4/15
4/16 5/7 5/18 6/14 6/22
7/14 7/17 7/20 7/22
7/24 8/2 8/4 8/7 8/20
11/12 11/16 12/12
12/19 13/23 13/25 21/4
24/16 24/17 25/13
27/18 29/21 35/8 41/1
41/2 42/19 44/2 44/25
46/8 49/10 49/16 50/17
53/4 55/3 55/8 55/9
56/13 57/17 58/13
62/19 63/13 63/14
63/22 65/12 68/14
68/16 68/20 71/2 71/11
71/15 71/19 72/6 72/15
72/24 73/13 74/8 74/11
74/12 74/15 75/19 76/9
77/6 77/8 77/25
**having [4]** 62/13 69/2
69/17 70/10
**he [11]** 27/18 27/19
30/25 32/3 32/4 52/10
76/9 76/20 76/21 76/22
76/23
**he's [3]** 22/17 76/12
76/17
**head [2]** 5/15 75/21
**health [1]** 9/16
**hear [8]** 11/22 57/6
57/11 57/15 65/7 70/6
72/1 74/24
**heard [2]** 57/10 74/8
**hearing [6]** 11/9 14/3
16/18 47/12 48/2 49/1
**hearings [2]** 8/23 8/24
**heavy [3]** 50/9 62/3
75/11
**helicopter [42]** 9/22
10/12 11/6 11/8 12/4
12/6 12/7 13/1 13/3

14/25 15/2 15/6 15/10
15/19 15/24 16/11
17/10 17/18 22/15
22/16 34/13 34/21
35/11 46/10 47/19 51/1
53/8 56/6 56/9 56/11
56/14 56/15 56/17
56/19 56/22 58/6 65/20
65/25 66/8 67/1 73/9
75/5
**helpful [1]** 6/1
**her [7]** 6/2 6/3 45/16
62/12 62/19 62/21
63/17
**here [9]** 3/24 39/19
47/6 48/9 61/11 63/2
71/16 76/9 76/22
**herman [5]** 1/21 1/23
79/4 79/10 79/10
**Hernandez [10]** 6/17
6/18 6/23 16/25 18/22
50/20 67/13 74/14
74/18 74/20
**Hernanez [7]** 14/24
44/21 45/21 45/25 47/5
48/9 50/22
**high [4]** 26/24 27/1
31/17 41/2
**hill [1]** 57/22
**him [6]** 27/21 76/10
76/11 76/11 76/14 77/1
**his [6]** 32/5 32/21 76/7
76/14 76/15 76/17
**hold [4]** 49/9 50/10
75/16 78/1
**holes [1]** 36/4
**holster [2]** 32/4 32/12
**Homeland [1]** 8/10
**homemade [3]** 16/12
18/4 60/17
**Honor [40]** 3/2 3/15
4/19 4/24 5/8 5/17 6/2
6/11 6/16 11/3 12/21
13/11 13/21 14/11
16/21 34/14 44/6 44/19
45/13 46/24 47/8 47/24
48/7 49/16 49/22 50/1
50/5 50/13 61/18 62/1
67/8 74/12 74/17 75/14
75/22 76/6 76/22 77/3
77/14 77/15
**HONORABLE [1]** 1/8
**Hornock [1]** 62/3
**Hornok [4]** 3/12 49/15
50/8 50/12

**hospital [1]** 10/21
**house [2]** 76/9 76/18
**how [23]** 4/15 4/17
7/17 10/10 14/25 15/5
15/22 15/25 18/4 34/2
36/8 41/13 51/13 52/6
56/24 60/1 60/1 60/5
60/7 64/20 64/23 68/25
77/24
**HOWELL [1]** 1/8
**however [2]** 5/4 63/13
**HSI [2]** 8/6 8/9
**huh [7]** 33/6 34/18
59/24 60/13 61/7 63/6
73/13
**human [1]** 72/8
**hundred [2]** 4/16 62/8
**husher [1]** 3/20

**I**

**I'd [3]** 9/13 45/10 47/5
**I'm [13]** 4/21 5/17 5/19
15/13 21/5 29/21 34/7
34/14 63/14 70/1 70/5
73/14 77/10
**I've [1]** 5/10
**ICE [1]** 8/11
**ID [1]** 26/25
**idea [1]** 57/17
**identification [7]** 21/4
23/13 33/1 35/4 61/23
62/25 63/13
**identified [5]** 27/18
42/19 43/23 67/24
68/17
**identify [5]** 3/9 35/4
61/13 62/12 63/14
**identifying [1]** 44/4
**illegal [1]** 66/25
**imagine [1]** 52/24
**importance [3]** 52/25
53/15 54/1
**impossible [1]** 57/22
**impression [6]** 61/2
61/6 65/24 66/2 71/2
71/4
**incarceration [1]**
72/13
**incident [4]** 34/21
50/25 74/2 75/6
**indicate [3]** 52/12
52/13 63/8
**indicated [3]** 38/6
55/22 65/14
**indicates [1]** 25/23

**individual [7]** 22/19
26/13 26/25 28/5 29/6
30/6 30/23
**individual's [1]** 33/11
**individuals [11]** 15/9
23/4 24/7 24/17 26/23
30/16 34/20 65/25 71/3
72/22 74/8
**individuals' [1]** 72/13
**indulgence [2]** 67/8
69/6
**information [5]** 5/22
13/1 13/2 53/7 68/3
**informed [1]** 71/25
**initials [6]** 27/4 27/5
28/6 39/10 41/12 42/1
**inquisitorial [2]** 9/2
9/11
**inside [3]** 16/5 35/21
48/19
**inspect [4]** 11/6 11/7
15/19 52/12
**inspected [4]** 13/5
13/8 15/18 63/11
**inspection [4]** 10/15
15/20 19/6 52/14
**inspections [1]** 64/12
**instructions [1]** 10/2
**integrity [1]** 53/25
**INTENTIONALLY [1]**
20/25
**interest [2]** 52/21
73/21
**interesting [1]** 77/25
**interject [1]** 76/16
**International [1]** 5/23
**interpretation [1]**
22/25
**interpreter [6]** 11/2
11/7 22/24 55/4 62/17
70/3
**interpreters [3]** 3/5
10/23 10/25
**interrupt [2]** 76/25
77/4
**interruption [1]** 44/10
**inventory [5]** 21/6 33/1
33/3 70/20 70/22
**investigate [4]** 9/7
10/5 54/24 71/18
**investigates [1]** 54/21
**investigating [2]** 10/22
16/1
**investigation [29]** 9/4
10/13 10/14 15/1 27/2

**I**

**investigation... [24]** 34/2 34/4 43/21 46/10 47/18 54/8 55/17 58/20 58/23 59/5 59/9 63/5 64/4 64/19 66/6 67/23 68/4 71/14 72/19 73/1 73/6 73/15 73/24 75/5
**investigations [1]** 9/4
**involved [2]** 54/7 73/23
**involvement [2]** 55/15 75/5
**is [192]**
**is -- at [1]** 33/24
**isn't [1]** 25/3
**it [156]**
**it's [47]** 5/22 7/10 8/10 8/18 14/15 18/16 18/20 18/24 20/21 22/2 23/20 25/22 25/24 26/5 26/6 26/9 27/11 27/16 29/20 31/17 32/1 32/11 32/11 33/14 33/22 33/25 34/1 36/18 37/5 37/21 38/15 38/18 38/24 39/9 40/20 41/16 42/2 48/5 49/12 57/22 62/16 68/3 68/6 69/10 77/9 77/18 77/25
**item [4]** 31/13 67/23 69/15 69/18
**items [27]** 19/9 21/25 35/14 37/23 39/24 41/11 42/17 43/3 43/16 43/18 43/21 45/9 45/14 46/2 47/11 47/13 48/15 49/18 52/16 64/2 64/6 67/3 68/8 70/23 71/11 71/18 71/23
**itself [1]** 8/24

**J**

**J.R [3]** 41/12 42/2 49/5
**jail [1]** 72/22
**Jalisco [7]** 8/18 28/6 30/25 32/25 42/14 42/15 63/2
**jan [3]** 1/18 1/20 3/15
**Jimenez [1]** 3/13
**JNG [1]** 39/10
**job [2]** 4/14 10/25
**John [1]** 76/7
**joined [1]** 51/24
**Jonathan [1]** 3/12

**JUDGE [3]** 1/9 4/2 5/11
**judicial [2]** 8/19 8/22
**July [3]** 73/7 74/23 74/25
**June [6]** 74/20 74/22 74/23 74/24 74/25 75/3
**juror's [1]** 45/16
**jurors [4]** 46/15 49/16 50/8 75/15
**jury [17]** 1/8 6/12 6/19 14/21 44/13 44/15 44/24 44/25 45/2 45/4 45/5 45/10 49/14 50/7 62/24 77/10 78/5
**just [27]** 3/20 3/24 4/7 5/19 6/3 14/4 16/20 18/20 18/22 22/3 30/7 34/17 41/21 62/1 62/10 63/17 63/18 63/20 63/24 66/18 71/21 72/21 76/2 77/6 77/10 77/21 78/1
**justice [4]** 5/14 5/24 7/22 8/5

**K**

**Kaitlin [2]** 1/11 3/11
**kaitlin.sahni [1]** 1/14
**Kate [2]** 1/12 3/12
**keeping [2]** 59/19 59/21
**kicking [1]** 5/12
**killed [2]** 34/3 34/21
**kilometer [4]** 15/24 16/10 59/24 60/3
**kilometers [1]** 58/8
**kind [10]** 8/19 19/1 19/2 26/8 32/24 38/16 43/24 57/21 65/21 76/16
**kinds [1]** 8/2
**Klem [2]** 4/1 4/10
**know [36]** 4/15 6/3 15/5 25/22 34/23 45/6 45/7 45/8 45/10 49/6 52/8 54/7 54/9 54/10 54/11 54/14 55/2 55/7 55/17 55/18 56/20 57/16 58/16 58/17 59/15 59/17 61/11 62/25 65/17 68/11 69/21 71/22 73/8 73/10 74/3 77/25

**knowledge [1]** 52/10

**Kyle [1]** 3/13

**L**

**label [2]** 52/16 63/10
**Lack [1]** 34/14
**ladies [2]** 6/13 77/17
**landed [1]** 10/18
**landscape [1]** 17/12
**large [4]** 15/22 71/5 71/10 71/11
**later [1]** 51/24
**launcher [2]** 25/13 29/20
**launchers [1]** 21/19
**law [11]** 1/15 1/18 5/23 7/20 52/25 56/24 58/19 58/25 63/7 72/3 72/6
**laws [1]** 54/25
**lead [2]** 10/14 32/12
**learn [3]** 11/23 15/1 27/2
**learned [1]** 65/20
**least [1]** 63/15
**leaving [1]** 76/2
**lectern [1]** 3/8
**left [13]** 8/25 12/7 19/1 20/25 27/13 27/22 31/3 31/5 33/4 39/11 41/15 61/1 63/25
**left-hand [1]** 31/3
**leg [1]** 32/4
**legally [1]** 73/2
**less [1]** 53/10
**let [6]** 6/2 51/9 60/7 62/25 76/2 77/21
**let's [5]** 44/1 44/2 49/14 68/16 70/16
**letter [5]** 27/18 44/4 68/14 68/17 68/19
**level [1]** 8/20
**lights [1]** 57/14
**like [34]** 4/7 4/15 9/13 11/13 17/12 18/6 18/6 18/14 18/24 20/15 21/4 22/24 29/16 29/20 31/7 31/8 32/11 41/16 43/4 43/18 45/10 47/5 51/24 57/13 60/11 60/16 60/25 62/10 63/15 64/6 68/1 70/2 73/7 75/19
**like -- well [1]** 32/11
**likely [1]** 74/8
**likewise [1]** 43/7
**line [3]** 16/12 29/21

**Lisa [3]** 4/1 4/10 5/21
**listed [1]** 14/4
**little [13]** 19/1 31/7 33/22 34/1 41/16 49/12 50/9 62/10 67/24 75/15 75/16 77/11 77/18
**live [1]** 76/22
**lives [1]** 76/23
**local [1]** 55/16
**locate [2]** 53/6 66/23
**located [9]** 13/3 16/8 16/10 24/4 26/23 28/5 29/6 30/14 71/19
**location [11]** 10/6 13/4 17/13 17/18 44/2 51/10 51/14 52/12 53/18 58/22 71/15
**locations [1]** 17/21
**long [12]** 7/17 15/25 21/3 25/12 27/13 28/6 30/15 32/5 62/8 77/9 77/10 77/19
**look [7]** 13/19 18/14 27/12 45/14 50/11 63/15 64/6
**looked [4]** 13/20 21/17 36/8 62/10
**looking [1]** 72/2
**looks [1]** 68/1
**lorraine [5]** 1/21 1/23 79/4 79/10 79/10
**lot [7]** 13/21 17/15 44/22 57/1 57/3 72/6 77/25
**luxury [1]** 60/16

**M**

**M.V [1]** 41/2
**M16 [3]** 29/19 29/22 30/7
**machine [1]** 60/22
**made [3]** 15/20 18/14 70/22
**magazine [1]** 33/24
**magazines [8]** 25/12 27/11 27/13 27/14 32/3 35/15 47/14 49/8
**magnitude [1]** 59/20
**maintaining [1]** 53/25
**make [10]** 4/6 4/8 4/18 9/10 10/24 14/6 44/9 49/14 68/8 70/8
**makes [1]** 4/11
**Manuela [1]** 3/6

# M

**many [13]** 2/8 2/8 2/9 4/15 5/18 5/19 15/5 41/13 51/13 56/24 60/5 64/23 67/2
**map [4]** 16/25 17/20 42/14 42/15
**Maria [5]** 3/5 6/17 6/23 50/20 74/18
**marijuana [1]** 33/14
**mark [1]** 18/15
**marked [5]** 17/20 43/22 46/1 46/8 48/13
**marking [3]** 25/23 31/3 43/24
**markings [7]** 32/23 33/13 33/23 41/24 42/12 62/12 63/8
**Martin [1]** 3/6
**master's [1]** 7/22
**matter [4]** 3/7 55/12 73/20 79/6
**may [28]** 6/22 9/13 9/17 11/2 12/9 13/9 14/4 14/17 16/18 16/22 34/17 45/13 46/11 46/21 47/19 47/22 49/16 50/1 50/13 50/16 52/19 62/1 64/5 68/20 70/17 71/19 72/9 74/12 77/24
**maybe [1]** 70/8
**McFadden [1]** 3/6
**me [10]** 5/22 14/5 48/10 51/9 56/18 60/7 62/5 76/2 77/10 77/21
**mean [10]** 15/11 23/17 44/25 45/3 49/20 63/2 71/21 72/8 74/3 74/22
**meaning [1]** 19/7
**means [1]** 77/6
**meantime [1]** 11/19
**media [5]** 3/25 4/2 4/6 4/18 74/10
**medical [1]** 72/22
**medicine [1]** 51/22
**melted [1]** 12/8
**members [2]** 3/25 64/9
**mention [1]** 51/24
**mentioned [11]** 12/20 23/3 23/17 27/1 39/23 41/22 50/25 57/6 58/2 58/10 73/20
**mentioning [1]** 33/3

message [1] 61/11
**Mexican [17]** 8/4 9/14 9/22 9/24 11/19 34/11 35/7 43/2 43/7 53/17 53/19 54/12 54/13 54/17 54/24 55/13 59/2
**Mexico [14]** 7/7 7/15 7/18 8/7 8/20 9/10 15/14 23/19 26/7 32/12 52/21 52/25 73/21 74/5
**mic [1]** 63/17
**microphone [5]** 7/1 14/7 45/22 62/18 62/21
**middle [2]** 18/24 76/16
**might [7]** 44/9 52/11 52/17 52/17 69/24 70/7 70/16
**military [6]** 29/18 35/9 56/24 57/3 59/7 60/15
**military-type [1]** 60/15
**Miller [1]** 76/7
**millimeter [1]** 29/20
**million [1]** 42/24
**mind [1]** 56/14
**minute [2]** 44/10 44/12
**minutes [1]** 76/8
**mobile [1]** 45/16
**moment [2]** 56/1 74/11
**Monday [5]** 76/10 76/16 77/1 77/20 78/3
**money [3]** 71/5 71/6 71/10
**more [8]** 13/24 34/8 49/10 49/11 51/24 53/10 62/19 76/8
**Mori [1]** 3/13
**morning [3]** 53/4 53/8 78/4
**most [2]** 4/5 65/2
**mount [4]** 18/5 18/10 60/20 75/12
**mounted [2]** 60/23 61/3
**move [3]** 45/16 45/19 46/13
**moves [4]** 13/12 46/24 47/24 48/23
**Mr [3]** 2/4 3/16 62/3
**Mr. [8]** 13/18 13/18 45/15 45/23 49/15 50/8 50/12 61/16
**Mr. Coates [2]** 45/15 45/23
**Mr. Columbo [1]** 13/18
**Mr. Hornok [3]** 49/15

50/8 50/12
**Mr. Ronis [2]** 13/18 61/16
**Ms [6]** 2/4 2/5 14/19 16/25 17/23 18/22
**Ms. [14]** 6/14 6/18 14/24 44/18 44/21 45/21 45/25 47/5 48/9 50/22 67/13 74/14 74/16 74/20
**Ms. Hernandez [4]** 6/18 67/13 74/14 74/20
**Ms. Hernanez [7]** 14/24 44/21 45/21 45/25 47/5 48/9 50/22
**Ms. Sahni [3]** 6/14 44/18 74/16
**much [1]** 53/21
**municipality [3]** 54/4 55/2 55/7
**must [4]** 52/13 55/9 68/5 68/6
**my [16]** 4/24 6/19 11/18 13/23 46/6 46/7 51/15 55/12 56/14 57/11 59/10 63/23 66/2 66/4 71/4 76/22
**myself [2]** 10/9 59/11

# N

**name [2]** 5/18 9/1
**names [1]** 6/6
**Naseef [2]** 1/12 3/12
**National [11]** 9/22 9/24 11/19 15/15 34/11 43/7 53/19 54/12 54/13 55/14 59/2
**nature [2]** 58/3 65/22
**NE [1]** 1/13
**near [23]** 13/8 15/25 16/3 21/7 21/16 22/3 22/19 24/14 28/24 30/5 30/14 31/14 32/2 33/21 45/10 46/3 46/10 47/19 48/10 60/4 65/4 68/14 75/11
**nearby [1]** 56/8
**necessary [3]** 61/14 72/13 72/24
**necropsy [1]** 64/19
**need [10]** 3/23 12/15 13/18 13/24 14/5 45/18 63/12 63/18 73/7 77/13
**needed [1]** 11/15
**needs [1]** 62/11

New [6] 4/18 28/7 31/1 32/25 40/20 63/3
**newsworthy [1]** 52/21
**next [11]** 17/7 23/14 53/11 55/20 58/14 58/16 68/15 69/11 69/23 76/5 76/6
**night [8]** 11/10 11/13 11/17 11/17 57/25 58/1 58/2 58/9
**nighttime [2]** 57/12 57/23
**nine [8]** 13/4 16/5 16/6 17/5 23/3 24/8 60/6 63/21
**no [66]** 1/3 4/13 5/8 12/2 12/2 12/7 14/1 14/2 14/3 14/6 15/7 15/13 16/18 22/17 22/23 22/23 23/1 27/16 27/16 34/24 34/24 37/7 45/6 45/7 47/1 47/2 48/1 48/2 48/25 49/1 50/17 54/9 54/9 54/11 54/21 55/12 55/18 56/15 57/20 57/21 57/21 57/22 59/18 59/18 60/16 64/8 64/22 65/10 65/10 65/19 68/13 68/13 68/19 71/7 71/9 71/20 71/24 71/24 71/24 72/23 73/10 74/12 74/15 75/22 77/14 77/15
**non [6]** 55/3 55/8
**non-federal [2]** 55/3 55/8
**none [1]** 45/11
**normal [1]** 5/4
**normally [1]** 51/11
**Nos [1]** 47/4
**not [35]** 4/13 5/13 5/13 5/14 5/19 6/1 11/12 12/20 13/13 13/25 15/23 18/14 18/20 22/16 22/17 23/20 24/17 33/25 48/5 54/9 54/11 55/18 57/1 58/7 59/8 59/20 63/23 63/24 66/22 68/3 68/6 71/9 71/24 71/25 77/22
**notary [1]** 76/21
**note [2]** 5/10 62/1
**notebooks [1]** 77/22
**nothing [1]** 12/7

**N**

now [22] 8/23 9/4 18/9
31/2 44/10 44/12 44/17
45/9 48/9 54/4 54/16
58/2 58/19 61/9 61/21
62/15 64/16 67/13
68/23 69/9 72/3 73/14
number [24] 5/25 6/3
21/6 26/11 26/25 31/6
33/1 33/4 37/5 41/2
43/23 43/24 44/5 45/9
45/25 57/2 58/11 67/20
68/4 68/4 68/5 69/12
70/7 70/17
numbers [3] 12/19
12/20 14/3
NW [1] 1/22

**O**

oath [2] 6/20 44/21
object [2] 34/14 49/15
objection [13] 11/25
13/24 13/25 14/2 14/3
16/16 16/18 47/1 47/2
48/1 48/2 48/25 49/1
observations [1] 78/1
observe [3] 12/5 18/4
61/4
observed [3] 13/8 63/4
65/11
obtain [1] 72/9
obtaining [1] 72/22
obviously [3] 16/12
59/19 71/25
occurred [3] 54/5
55/25 69/21
off [2] 74/13 76/20
offenses [1] 8/7
office [14] 4/7 4/11
4/12 4/17 4/20 5/13
5/20 7/5 8/5 9/14 15/12
51/15 52/1 54/14
officer [1] 15/4
officers [3] 9/5 10/9
10/15
offices [4] 1/15 1/18
5/18 5/19
Official [2] 1/21 79/4
Oh [6] 5/21 14/17
18/18 74/6 74/24 77/24
Ohio [1] 76/23
okay [26] 5/2 5/9 6/7
6/9 8/12 12/22 14/17
18/18 46/8 54/16 55/19
57/9 57/16 58/19 58/24
59/12 59/22 62/14
69/23 70/10 71/10
73/17 74/6 76/24 77/9
78/3
once [2] 42/22 43/14
one [58] 11/20 13/21
16/10 18/3 18/6 18/13
18/16 18/18 21/3 22/11
24/4 24/6 24/6 24/8
26/22 27/16 27/19 30/4
30/16 30/23 31/14 32/1
33/20 39/8 39/9 39/14
39/22 40/19 41/5 42/1
42/4 42/9 42/10 44/2
45/1 46/19 49/20 52/9
52/19 54/22 55/9 58/19
59/4 59/8 59/10 59/10
59/24 60/3 60/17 60/19
61/10 63/1 63/2 64/8
64/20 66/18 68/21
74/11
one and [1] 42/1
one answer [1] 13/21
one area [1] 66/18
one can [1] 64/8
one in [1] 59/10
one is [1] 18/13
one kilometer [3]
16/10 59/24 60/3
one law [1] 58/19
one moment [1] 74/11
one of [25] 18/3 21/3
22/11 24/4 24/6 24/6
24/8 26/22 30/4 30/16
30/23 31/14 32/1 33/20
39/14 39/22 40/19 41/5
42/4 42/10 46/19 60/17
60/19 61/10 68/21
one on [1] 39/8
one person [2] 59/4
59/8
one that [2] 39/9 63/1
one thing [1] 49/20
one to [1] 52/19
one type [1] 54/22
one vehicle [1] 44/2
one was [1] 11/20
one who [2] 27/19
52/9
ones [2] 35/8 51/23
online [1] 4/8
only [6] 8/25 12/19
40/10 54/11 59/10
60/19
open [2] 8/25 42/15
operational [1] 45/11
opinion [1] 66/5
opportunity [2] 12/13
49/17
opposed [2] 69/14
76/18
oral [2] 8/24 8/24
organization [3] 7/9
15/8 15/13
originally [1] 59/17
OSEGUERA [3] 1/5
3/3 3/16
other [28] 4/24 7/24
8/2 11/20 13/2 13/2
15/8 15/11 21/4 21/25
29/16 39/24 42/1 43/1
43/3 56/15 58/22 58/25
60/10 63/8 64/9 66/7
66/8 70/8 73/13 73/15
76/15 77/1
others [1] 77/23
otherwise [1] 68/14
our [4] 4/1 4/17 11/8
76/6
our -- Lisa [1] 4/1
out [14] 4/20 9/4 10/15
11/17 27/5 34/6 45/16
49/25 52/13 57/14
63/16 63/18 64/19
71/22
outside [3] 3/21 71/15
72/19
over [10] 4/23 4/25 5/3
7/19 45/19 59/21 64/23
65/1 70/15 77/23
Overruled [2] 12/1
34/16

**P**

P R O C E E D I N G [1]
2/14
p.m [4] 1/6 44/14
44/14 78/7
packaged [1] 43/14
PAGE [3] 2/2 2/7
20/25
pages [3] 44/22 44/23
45/3
painted [1] 20/13
paper [3] 28/18 28/22
68/1
papers [1] 45/4
paperwork [3] 8/25
9/1 9/3
Paralegal [1] 3/13
part [4] 20/12 36/6
68/7 71/14
participate [1] 36/10
participated [2] 54/14
72/20
participation [2] 9/3
73/5
particularly [1] 3/23
parties [2] 3/8 3/20
parts [3] 11/1 15/19
64/22
pass [3] 49/21 50/1
50/4
passed [1] 49/22
path [1] 13/2
pattern [2] 20/14
28/15
pauses [1] 10/24
people [14] 4/8 4/16
15/2 15/5 15/11 16/6
30/4 34/9 59/18 62/4
66/23 71/12 72/2 77/24
performed [2] 73/15
perhaps [2] 45/15
46/14
period [1] 76/25
permission [2] 14/11
47/7
person [15] 4/10 5/10
22/12 22/12 22/13
22/13 22/15 24/3 24/14
25/11 30/14 33/20 59/4
59/8 76/18
personal [3] 15/11
35/14 70/25
personally [1] 36/10
personnel [3] 22/17
56/24 57/5
persons [4] 22/11 24/4
24/6 32/2
PGR [1] 7/11
phone [2] 5/24 6/3
photo [20] 19/18 19/19
20/5 21/13 22/10 23/15
24/13 24/24 25/1 25/10
25/14 27/23 28/13
28/18 32/15 36/17 37/4
39/13 43/13 48/5
photograph [5] 18/23
19/9 28/22 32/1 51/22
photographs [2] 14/24
14/25
photos [5] 13/5 13/7
21/2 24/16 35/20

**P**

**physical [1]** 44/8
**pick [6]** 11/16 62/4 62/5 62/15 63/23 63/24
**picked [3]** 35/2 58/17 62/11
**pickup [1]** 60/17
**picture [1]** 12/25
**pictures [3]** 12/25 13/2 35/12
**piece [2]** 27/20 68/1
**pillars [1]** 18/25
**pistol [1]** 33/11
**pixilated [3]** 20/15 28/17 32/24
**placard [3]** 67/19 69/11 69/23
**placards [1]** 63/7
**place [14]** 13/5 16/7 17/10 17/14 19/19 50/25 56/17 56/19 56/20 58/1 58/8 63/7 66/16 66/21
**places [1]** 15/20
**Plaintiff [1]** 1/3
**plane [2]** 10/11 56/5
**please [64]** 3/8 5/14 7/1 14/6 14/19 17/3 17/23 18/10 19/14 19/20 20/7 20/22 21/9 21/21 22/6 23/7 23/21 24/9 24/19 25/4 25/16 25/25 26/17 27/6 27/25 28/8 29/1 29/8 29/24 30/9 30/18 31/9 31/21 32/6 32/17 32/23 33/7 33/15 35/16 35/23 36/2 36/13 36/22 37/8 37/16 37/25 38/10 38/19 39/2 39/15 40/2 40/13 40/21 41/7 41/17 41/24 42/5 43/9 44/18 45/23 48/9 50/1 50/16 70/1
**point [6]** 55/15 56/16 58/10 61/17 75/8 76/20
**pointed [1]** 62/2
**pointing [1]** 25/2
**points [1]** 17/20
**poke [1]** 49/24
**police [17]** 9/5 10/9 15/3 15/17 15/17 34/11 53/19 54/11 54/16 54/17 54/21 54/24 55/3 55/8 55/10 55/13 55/16

**pose [1]** 59/20
**position [2]** 7/24 64/13
**positions [2]** 74/21 75/1
**possible [3]** 51/7 53/22 75/16
**potentially [1]** 76/14
**pounds [1]** 62/8
**power [1]** 72/16
**prefer [1]** 4/11
**prepared [4]** 11/12 59/20 76/11 76/25
**presented [1]** 9/6
**presently [1]** 66/8
**press [1]** 4/2
**presumably [5]** 52/20 53/11 53/14 72/6 74/1
**pretty [1]** 51/3
**previous [7]** 22/4 23/15 24/23 26/14 28/12 32/15 38/4
**previously [4]** 13/13 14/16 26/6 28/7
**priced [1]** 42/20
**primarily [1]** 73/17
**prior [2]** 55/10 68/4
**probably [1]** 77/11
**proceed [1]** 17/7
**proceedings [6]** 1/8 1/24 8/24 9/9 78/7 79/6
**process [1]** 5/4
**processed [2]** 35/12 43/18
**processing [1]** 4/22
**Procuraduría [1]** 7/10
**produced [1]** 1/25
**production [1]** 4/6
**professional [1]** 5/13
**profoundly [1]** 74/1
**projectile [1]** 65/21
**projectiles [1]** 21/14
**properly [1]** 68/9
**propulsion [1]** 22/1
**prosecute [1]** 7/14
**prosecuted [2]** 8/7 73/8
**prosecution [3]** 15/12 59/2 74/7
**prosecutor [9]** 7/12 7/18 7/25 8/14 53/25 59/6 59/6 59/7 73/17
**prosecutor's [2]** 9/14 54/13
**prosecutors [3]** 9/3 9/6 72/15

**protocol [1]** 68/7
**provide [2]** 4/9 11/21
**provides [1]** 22/1
**proximity [1]** 66/9
**public [5]** 4/9 4/10 5/10 5/15 5/20
**publish [54]** 5/4 14/11 14/20 16/15 17/23 19/14 19/20 20/1 20/7 20/16 20/22 21/9 21/21 22/6 23/7 23/21 24/9 24/19 25/4 25/16 25/25 26/17 27/6 27/25 28/8 29/1 29/24 30/9 30/18 31/9 31/21 32/6 32/17 33/7 33/15 35/16 35/23 36/13 36/22 37/8 37/16 37/25 38/10 38/19 39/2 39/15 40/2 40/13 40/21 41/7 41/17 42/5 43/9 45/1
**published [56]** 14/18 14/22 16/23 17/25 19/16 19/22 20/3 20/9 20/18 20/24 21/11 21/23 22/8 23/9 23/23 24/11 24/21 25/6 25/18 26/2 26/19 27/8 28/2 28/10 29/3 29/10 30/1 30/11 30/20 31/11 31/23 32/8 32/19 33/9 33/17 35/18 35/25 36/15 36/24 37/10 37/18 38/2 38/12 38/21 39/4 39/17 40/4 40/15 40/23 41/9 41/19 42/7 43/11 45/5 67/11 69/7
**pull [1]** 14/19
**punctuality [1]** 77/20
**Purificación [11]** 9/21 10/3 13/9 16/1 17/1 54/5 55/3 55/8 56/8 56/14 56/18
**purpose [2]** 49/6 67/22
**put [9]** 4/8 18/25 25/11 32/4 32/13 43/24 69/6 77/1 77/21
**putting [1]** 67/8

**Q**

**question [15]** 4/24 13/22 13/23 55/5 60/8 63/16 64/3 66/19 67/17 69/3 69/18 70/11 70/13

**questions [6]** 49/12 50/17 62/19 74/12 74/15 75/22
**quickly [1]** 51/6
**quite [2]** 64/25 65/7

**R**

**radios [4]** 35/14 40/7 40/10 70/25
**raise [1]** 6/18
**rather [1]** 76/24
**reads [1]** 40/20
**ready [1]** 50/9
**real [2]** 44/17 74/4
**realize [1]** 62/9
**really [3]** 12/6 57/1 66/19
**recall [8]** 40/12 42/25 51/21 56/7 64/25 69/2 69/17 70/10
**receive [1]** 9/17
**received [2]** 7/24 8/2
**Recess [1]** 44/14
**recognize [7]** 12/16 12/17 46/2 47/11 48/15 67/13 69/9
**recollection [1]** 68/23
**record [9]** 3/5 3/9 6/4 7/1 17/2 24/16 62/2 74/13 79/6
**recorded [2]** 1/24 35/13
**records [3]** 72/9 72/12 72/22
**recovered [3]** 35/1 40/10 64/17
**red [1]** 17/9
**redact [2]** 6/3 6/5
**redacted [1]** 24/16
**redirect [2]** 74/16 74/18
**refer [1]** 7/8
**reference [1]** 27/3
**referred [1]** 72/16
**referring [3]** 27/22 56/19 70/14
**reflect [1]** 13/7
**regarding [1]** 50/25
**relate [1]** 68/25
**related [1]** 9/17
**reluctant [1]** 62/15
**rely [1]** 4/4
**remember [7]** 15/7 42/22 51/23 56/13

# R

remember... [3] 58/15 60/3 71/9
remove [1] 64/23
removed [1] 64/20
render [1] 11/2
repeat [5] 55/5 70/1 70/2 70/5 74/25
repetition [1] 55/5
Reported [1] 1/21
reporter [3] 1/21 14/5 79/4
represent [1] 17/21
Republic [5] 7/5 15/16 52/21 73/21 74/4
request [2] 70/3 73/3
requested [1] 73/4
requests [1] 62/17
resources [5] 72/7 72/8 72/9 72/21 72/25
respond [1] 49/12
responded [1] 51/6
responsibilities [1] 52/7
responsible [2] 15/8 74/8
restricted [7] 23/12 23/17 23/20 24/15 25/24 26/6 29/17
restricted-use [2] 23/12 26/6
result [3] 15/2 34/5 34/12
resume [2] 64/13 77/20
return [1] 50/13
review [3] 12/13 14/5 44/23
reviewed [2] 44/25 45/4
right [23] 5/20 6/19 9/19 18/4 18/7 25/1 27/12 28/14 29/22 38/6 44/16 54/6 56/21 57/13 58/11 59/15 63/2 68/1 68/7 75/23 77/13 77/17 78/6
right-hand [1] 38/6
road [2] 5/12 16/11
roads [1] 15/21
rocket [8] 21/14 21/19 22/1 39/7 39/8 69/10 69/11 69/21
rockets [6] 21/17

23/19 22/21 23/9 69/20 43/4
role [1] 10/13
Ronis [7] 1/18 1/18 1/18 2/4 3/15 13/18 61/16
ronisandronis.com [1] 1/20
rooster [2] 31/7 31/7
RPR [1] 1/21
RUBEN [2] 1/5 3/3
run [1] 63/18

# S

safe [1] 59/19
safeguard [1] 59/21
safekeeping [1] 43/15
safety [2] 11/9 25/3
Sahni [7] 1/11 2/4 2/5 3/11 6/14 44/18 74/16
same [25] 23/14 24/23 25/20 26/10 26/13 28/12 28/16 29/12 30/6 31/14 32/1 32/14 32/24 34/10 36/18 37/2 37/13 38/4 41/21 46/21 47/21 48/20 60/3 63/22 69/21
San [2] 1/16 1/19
sativa [1] 33/14
saw [15] 22/3 24/23 26/5 26/13 27/4 27/5 30/7 38/4 46/6 46/21 47/22 48/21 59/16 65/11 68/24
say [23] 24/6 29/14 29/19 44/1 44/2 51/3 51/17 52/22 53/15 54/16 54/19 56/18 63/11 65/2 65/17 66/20 67/3 68/6 68/16 70/13 70/16 72/12 77/24
says [2] 21/5 42/14
scene [15] 9/7 10/11 10/16 10/19 12/4 16/1 53/3 53/14 53/18 54/1 56/4 56/6 56/10 59/25 60/2
screen [6] 18/9 18/17 45/16 46/6 53/12 67/9
search [5] 19/4 19/6 22/21 36/10 71/14
searched [3] 15/22 35/10 71/25
searching [1] 57/7
seated [1] 6/22

second [2] 59/3 70/17
Secretariate [11] 9/23 9/25 11/20 15/16 34/12 35/7 43/8 53/20 54/12 55/14 59/13
secretariate's [1] 54/13
Secretary [2] 9/23 15/3
secure [4] 27/4 35/8 35/9 58/8
secure -- or [1] 35/8
secured [8] 43/6 53/21 53/23 63/4 63/9 69/17 69/20 71/11
securing [3] 53/14 57/5 64/7
security [2] 11/20 11/21
SEDENA [7] 35/5 35/6 43/8 53/20 54/12 55/13 59/6
see [26] 12/8 14/17 18/6 18/7 21/5 28/5 31/7 33/22 33/25 34/1 37/4 39/19 40/25 42/1 45/17 45/19 48/12 49/10 49/13 49/14 62/4 62/10 62/12 62/15 75/20 78/3
see -- we [1] 18/7
seeing [1] 75/15
seeked [1] 58/8
seeking [1] 57/7
seeks [1] 16/14
seem [1] 63/18
seems [1] 50/9
seen [3] 28/7 28/12 28/16
seize [1] 19/11
seized [3] 43/18 43/21 46/9
send [2] 4/25 5/3
Senior [1] 5/22
sense [2] 34/9 44/9
sent [3] 42/19 42/20 43/7
September [1] 1/5
sequence [2] 44/5 68/24
serial [1] 37/5
SESSION [1] 1/6
several [1] 21/17
Shakes [1] 75/21
shape [1] 33/14

she [4] 45/17 52/16 61/25 62/12
sheet [1] 67/24
shift [1] 9/10
shirt [1] 40/20
shirts [2] 35/14 71/1
shoot [1] 16/13
shooting [1] 11/24
short [3] 25/13 60/24 77/11
shorthand [1] 1/24
shot [1] 22/11
shots [9] 11/9 11/22 36/3 57/7 57/8 57/15 57/16 57/17 72/1
show [4] 14/24 29/8 44/17 49/11
showed [1] 45/3
shown [6] 16/25 17/4 17/9 24/17 25/10 35/20
shows [2] 29/15 61/24
sic [4] 15/11 34/6 39/10 58/8
side [11] 25/1 27/13 27/22 31/3 32/5 33/4 38/6 39/11 46/14 48/12 67/25
Sidebar [4] 3/22 6/8 76/4 77/16
sign [1] 76/20
significant [1] 73/21
signing [1] 76/18
silly [1] 71/21
similar [2] 21/18 54/19
single [1] 45/1
sit [3] 62/9 68/23 76/21
site [4] 15/18 16/4 46/10 47/19
sites [1] 13/8
sitting [2] 49/11 61/14
situation [1] 51/4
six [2] 41/14 42/24
size [2] 15/23 62/16
sky [1] 56/22
sleep [4] 11/10 11/12 58/1 58/2
slept [1] 11/18
slide [5] 17/2 17/3 17/3 17/7 17/21
slides [1] 26/14
small [1] 67/19
so [51] 4/11 4/17 5/2 5/9 5/17 5/19 7/1 7/10

**S**

**so... [43]** 10/24 11/3
11/13 11/15 11/16 22/1
24/16 27/18 29/15
34/12 42/2 45/16 46/14
49/10 49/11 50/10
50/24 53/7 54/10 55/20
57/7 57/9 57/22 57/25
58/1 59/8 59/12 60/5
60/19 61/2 62/4 63/13
64/19 66/20 68/13
68/16 69/20 70/15 72/1
73/2 76/17 77/10 77/19
**socialize [1]** 77/24
**solely [1]** 55/13
**some [22]** 10/9 16/12
18/6 18/8 19/7 35/15
36/3 37/21 39/24 43/1
44/16 53/15 55/15
55/16 56/16 58/7 58/10
60/22 65/21 69/15
69/19 74/7
**somebody [1]** 49/10
**someplace [1]** 56/8
**something [11]** 4/7
9/20 10/7 31/7 31/7
55/25 58/3 63/10 65/22
73/3 77/7
**sorry [7]** 5/17 15/13
21/6 34/7 70/1 70/5
73/14
**sort [1]** 64/8
**sound [1]** 57/13
**speak [1]** 6/25
**special [7]** 3/13 4/1
5/11 26/24 27/1 31/17
41/1
**specialize [1]** 9/16
**specifically [2]** 13/13
15/20
**spelled [1]** 27/5
**spend [4]** 11/17 11/17
58/1 77/24
**spending [1]** 11/10
**spent [5]** 16/7 19/7
58/9 66/24 67/2
**Spokesperson [1]**
5/24
**stages [2]** 54/8 73/23
**stand [6]** 6/18 45/14
48/9 49/17 50/14 50/16
**start [3]** 3/9 76/14
76/24
**stated [1]** 11/3

**statement [5]** 46/7
54/2 55/24 74/2 74/5
**STATES [6]** 1/1 1/3 1/9
1/11 3/3 3/12
**stay [2]** 11/8 57/24
**stayed [1]** 11/20
**stenotype [1]** 1/24
**stepped [1]** 76/1
**still [7]** 11/9 11/22
44/21 53/23 57/6 57/10
72/1
**stop [1]** 10/23
**storage [1]** 42/21
**straight [1]** 77/2
**strap [1]** 33/2
**Street [3]** 1/13 1/16
1/19
**strong [1]** 62/7
**subpoena [1]** 72/16
**subpoenaing [1]**
72/22
**subsequent [2]** 55/15
74/7
**substantially [3]** 46/21
47/21 48/20
**such [4]** 53/18 68/3
69/20 72/25
**suitable [1]** 50/3
**summarize [1]** 34/17
**sums [1]** 71/10
**Super [2]** 26/9 38/18
**support [2]** 15/15
15/16
**supposed [1]** 76/9
**sure [8]** 4/21 5/19 14/7
63/14 68/8 69/2 69/17
76/8
**surrounding [4]** 15/19
17/12 35/10 72/1
**surroundings [1]**
71/17
**Susana [1]** 3/6
**sworn [2]** 3/6 6/21
**system [10]** 8/19 8/22
8/23 8/24 8/25 9/1 9/2
9/5 9/11 9/11

**T**

**T-shirt [1]** 40/20
**T-shirts [2]** 35/14 71/1
**table [15]** 3/14 45/9
45/11 45/14 46/1 46/14
46/20 47/7 48/12 49/11
49/17 49/20 61/15
61/17 67/4

**tact [1]** 4/18
**tactical [1]** 22/14
**take [7]** 44/10 44/12
50/10 60/25 64/23
66/16 76/8
**taken [7]** 5/10 8/4 13/5
35/3 39/13 50/25 64/18
**talk [5]** 3/20 76/2
77/13 77/22 78/1
**talked [1]** 66/23
**talking [8]** 3/25 4/1
18/11 18/23 46/6 54/16
66/7 66/16
**team [7]** 11/18 11/19
17/17 58/10 64/3 64/10
67/16
**teams [1]** 64/3
**tell [5]** 5/10 15/23
25/22 31/3 44/17
**ten [1]** 44/10
**ten-minute [1]** 44/10
**tents [1]** 11/12
**testify [2]** 68/20 76/10
**testimony [5]** 12/12
46/7 76/8 76/14 76/15
**than [6]** 15/8 39/24
56/15 66/7 76/8 76/24
**thank [13]** 6/2 6/16
8/12 44/19 49/15 50/12
50/18 50/19 64/14
74/14 75/25 77/15
77/19
**that [281]**
**that's [25]** 4/13 4/13
7/16 7/21 7/23 9/19
10/4 17/5 18/3 19/2
22/5 28/14 44/2 46/17
49/20 51/20 52/3 52/5
54/6 56/23 58/9 62/25
68/6 68/7 68/7
**their [4]** 9/8 10/25
35/13 43/15
**them [25]** 4/21 5/5
12/17 13/20 14/20 16/9
16/10 33/2 35/13 35/14
42/24 44/25 45/5 46/21
47/22 48/21 49/19
54/15 57/11 58/18
59/21 59/21 60/14
60/25 63/10
**themselves [2]** 9/8 9/9
**then [17]** 10/25 14/13
18/12 27/5 35/2 35/5
42/20 43/6 44/3 44/4
44/5 56/6 56/8 56/11

**there [80]** 68/19 73/3 76/14
**There's [2]** 41/14
69/23
**therefore [1]** 11/18
**these [44]** 9/4 14/24
17/20 18/2 21/2 21/14
21/25 22/3 24/16 24/17
26/4 29/12 30/13 30/22
34/3 34/9 34/10 34/20
35/9 35/20 35/21 37/12
37/14 37/23 38/14
39/21 40/6 40/8 40/10
40/25 41/11 43/16 45/3
47/11 47/14 47/14
47/18 48/15 48/17
59/19 63/21 64/2 72/20
77/7
**they [62]** 4/7 4/11 4/21
4/25 5/3 5/4 14/17
16/12 16/12 19/7 21/4
21/15 23/4 34/23 35/2
35/3 35/4 35/5 35/12
42/19 42/19 42/20
42/20 43/6 43/6 43/14
43/23 44/1 46/5 46/9
47/21 48/18 48/20
50/10 50/10 51/19
52/16 54/7 54/10 54/14
57/7 57/13 57/15 59/16
59/17 59/20 59/21
60/10 60/11 60/16
60/25 60/25 63/23
63/24 64/6 64/9 64/18
64/20 68/25 69/20
71/11 77/11
**thing [6]** 28/20 32/1
36/18 37/13 41/15
49/20
**things [7]** 18/23 27/4
53/21 58/22 76/18
76/19 76/20
**think [12]** 5/6 44/9
44/16 46/17 49/24 50/8
62/7 62/11 64/13 68/13
68/13 77/11
**third [4]** 1/16 1/19
27/15 27/20
**this [154]**
**those [28]** 4/25 5/3
12/13 12/16 12/24 13/7
13/12 13/19 14/3 14/5
17/21 18/23 35/7 43/5
43/25 44/22 44/23 45/1
46/2 47/13 47/16 51/23

**T**

**those... [6]** 65/25
66/23 68/25 70/24 71/2
71/6
**though [1]** 65/14
**thought [1]** 76/19
**thousands [1]** 4/15
**three [1]** 26/11
**through [36]** 5/4 8/4
8/10 8/14 12/10 12/10
12/11 13/14 13/14
13/15 13/15 13/15
13/16 13/16 13/16
13/17 14/12 14/12
14/12 14/13 14/15
14/16 15/1 27/2 34/2
46/1 46/9 46/25 47/3
48/13 48/24 49/1 49/3
58/16 59/6 74/10
**throughout [2]** 7/15
16/7
**thrown [1]** 63/25
**tied [1]** 45/12
**time [12]** 10/18 13/11
13/19 13/24 16/14 44/6
48/23 50/24 53/2 53/18
57/11 76/25
**title [1]** 75/1
**today [9]** 12/12 44/24
61/11 76/6 76/9 76/13
76/14 76/24 77/18
**together [1]** 60/9
**told [1]** 9/21
**too [2]** 58/7 62/3
**took [3]** 35/12 53/11
66/21
**toothbrushes [1]**
35/15
**top [6]** 28/18 28/21
33/24 39/8 39/9 41/2
**total [3]** 7/17 15/25
42/24
**touch [2]** 18/9 18/17
**town [1]** 56/20
**township [1]** 17/1
**traditional [2]** 9/2 9/11
**tragedy [1]** 74/4
**training [3]** 7/24 8/2
8/14
**transcript [3]** 1/8 1/25
79/5
**transcription [1]** 1/25
**transported [2]** 10/1
56/4

**travel [1]** 9/21
**traveled [1]** 13/3
**trees [2]** 11/13 17/15
**trial [3]** 1/8 4/3 4/5
**trouble [1]** 75/15
**truck [4]** 18/24 36/3
75/12 75/13
**trucks [12]** 13/4 15/24
16/5 17/5 18/3 35/13
60/4 60/5 60/9 60/17
68/21 70/20
**true [1]** 79/5
**truly [1]** 11/6
**trying [3]** 53/5 53/6
62/12
**Tuesday [2]** 76/15
77/2
**two [10]** 12/9 18/24
21/14 51/15 58/17
63/21 65/1 70/7 70/16
75/16
**type [3]** 35/4 54/22
60/15
**types [2]** 54/22 69/19
**Typically [1]** 4/4

**U**

**U.S [5]** 1/22 4/6 4/19
5/24 43/1
**Uh [7]** 33/6 34/18
59/24 60/13 61/7 63/6
73/13
**Uh-huh [7]** 33/6 34/18
59/24 60/13 61/7 63/6
73/13
**ultimately [1]** 56/21
**under [6]** 4/16 11/13
44/21 55/16 57/21 66/6
**understand [5]** 26/12
53/7 63/4 66/19 72/16
**understandably [1]**
55/22
**understanding [1]**
76/22
**Understood [1]** 56/16
**undertaking [1]** 55/23
**unique [2]** 42/12 55/25
**unit [2]** 9/14 9/16
**UNITED [6]** 1/1 1/3 1/9
1/11 3/3 3/12
**United States [1]** 3/12
**units [2]** 10/9 15/3
**unlikely [1]** 76/12
**unmoved [1]** 59/16
**unprecedented [1]**

**unprepared [1]** 55/23
**until [3]** 50/9 53/11
53/18
**up [26]** 11/9 11/16
14/19 14/25 29/14 35/2
37/2 42/9 49/9 49/17
50/10 56/16 56/21
58/17 62/4 62/5 62/12
62/15 63/23 63/24
64/14 67/8 69/6 75/16
75/20 77/2
**upon [2]** 54/10 58/13
**urgent [2]** 10/7 51/3
**us [7]** 1/12 4/21 4/22
11/20 18/22 44/9 76/13
**USA [1]** 4/7
**USA-fx [1]** 4/7
**usdoj.gov [1]** 1/14
**use [9]** 16/18 16/20
23/12 23/17 23/19
25/24 26/6 29/17 68/9
**used [3]** 7/8 17/19
28/22
**using [2]** 14/7 16/16
**usually [3]** 4/4 4/20
4/25
**utilize [1]** 72/20
**utilized [3]** 49/7 68/8
72/25
**utmost [1]** 54/1

**V**

**value [8]** 42/20 42/22
52/16 67/4 69/15 70/23
71/19 72/10
**variety [1]** 51/19
**various [1]** 70/20
**vegetation [1]** 17/15
**vehicle [15]** 36/6
38/15 39/1 39/25 40/17
44/1 44/2 44/3 44/4
60/22 60/23 61/3 61/5
61/8 61/10
**vehicles [34]** 16/8
19/5 35/11 35/21 36/11
36/21 37/15 37/24
39/14 39/22 39/22 40/8
40/11 40/19 41/5 42/4
42/10 42/18 43/4 43/16
48/19 59/22 60/12
60/15 60/16 60/16
60/19 65/5 65/8 66/24
70/21 70/24 71/2 71/6
**vehicles -- in [1]** 39/22

**verifying [1]** 10/16
**versus [1]** 3/3
**very [20]** 17/14 21/5
21/17 28/21 31/2 31/6
33/25 55/19 56/13
58/15 60/10 60/11
60/24 61/1 61/1 62/7
64/13 70/18 74/14
74/17
**vest [4]** 25/11 27/11
28/7 32/3
**vests [1]** 18/8
**video [1]** 38/4
**view [3]** 44/7 46/15
49/18
**viewed [1]** 50/7
**Villa [10]** 9/21 10/2
13/9 16/1 17/1 54/5
55/8 56/8 56/14 56/18
**Villa Purificación [8]**
13/9 16/1 17/1 54/5
55/8 56/8 56/14 56/18
**violation [1]** 54/25
**visible [1]** 68/6
**vs [1]** 1/4

**W**

**wait [1]** 50/9
**wandering [1]** 49/19
**want [9]** 3/20 4/2
16/19 16/20 45/17
49/19 61/17 63/10
63/20
**wanted [2]** 60/25
71/22
**was [171]**
**was -- would [1]** 66/20
**Washington [4]** 1/4
1/13 1/23 76/23
**watch [4]** 42/13 44/3
50/2 59/21
**watches [11]** 35/15
41/12 41/13 42/3 42/9
42/23 46/5 48/13 48/18
50/6 71/1
**watching [1]** 59/18
**way [5]** 16/7 43/22
45/17 56/15 71/5
**we [178]**
**we're [1]** 26/11
**we've [3]** 8/25 28/7
28/16
**weapon [56]** 19/19
19/24 20/5 20/12 20/14
20/21 21/4 22/12 23/12

**W**

**weapon... [47]** 23/14 24/15 25/12 25/14 25/20 26/5 26/6 26/8 28/6 28/24 29/12 29/14 29/15 29/16 29/17 30/4 30/15 30/24 31/2 31/4 31/5 31/6 32/5 32/21 33/23 37/2 37/5 37/6 44/3 60/23 61/2 61/9 61/13 61/21 61/24 63/8 63/12 63/15 63/22 67/20 68/11 68/18 68/20 69/14 75/9 75/11 75/15

**weapons [31]** 16/5 18/12 19/7 19/11 21/3 23/19 27/13 29/17 32/13 34/10 34/25 35/4 35/9 35/14 43/4 45/11 45/25 46/5 46/8 46/9 47/15 61/11 63/13 63/21 63/21 64/8 68/24 69/1 69/19 70/25 77/7

**wearing [4]** 22/13 24/15 25/11 32/3

**week [6]** 76/10 77/9 77/19 77/19 77/24 77/25

**weekend [2]** 77/23 78/1

**weighs [1]** 62/8

**welcome [2]** 3/19 45/19

**well [34]** 16/6 16/10 17/14 26/22 32/11 34/4 35/2 49/19 52/9 55/19 56/5 56/13 58/7 58/15 58/15 59/10 59/18 59/23 61/9 62/14 64/13 64/25 65/7 66/12 66/21 66/22 66/22 70/7 70/15 70/18 73/11 74/4 74/14 76/24

**well-defined [2]** 66/21 66/22

**went [7]** 7/10 10/6 10/9 51/16 56/19 58/16 58/22

**were [133]**

**weren't [1]** 3/24

**West [2]** 1/16 1/19

**what [101]**

**what's [3]** 25/10 67/24

**when [18]** 9/10 10/18 12/4 16/8 24/6 36/8 44/11 46/21 47/22 48/21 54/16 56/18 56/25 59/16 63/18 66/22 73/5 77/23

**where [41]** 7/4 12/6 13/1 13/3 13/4 15/18 16/8 17/5 17/10 18/13 18/23 19/2 19/19 21/15 23/5 25/11 31/13 32/4 32/12 36/20 37/14 37/23 38/25 39/13 39/21 42/3 44/1 51/10 52/11 52/12 56/19 56/22 57/16 57/17 58/5 58/9 58/21 59/17 61/13 62/9 66/21

**whether [5]** 13/24 44/3 54/14 66/4 69/21

**which [18]** 7/6 9/14 16/15 17/15 23/19 25/12 26/24 27/11 28/22 49/5 50/2 52/13 58/20 61/24 67/13 68/5 68/25 69/25

**While [1]** 76/2

**white [3]** 50/2 68/1 68/3

**who [17]** 4/2 4/2 4/4 4/20 11/23 15/9 24/15 27/19 30/6 34/23 51/9 52/9 59/12 65/17 66/24 76/5 76/7

**whoever [1]** 5/15

**why [3]** 50/9 62/14 63/24

**wider [1]** 66/6

**widespread [1]** 52/20

**will [19]** 3/8 3/9 4/21 4/22 5/3 5/20 6/2 6/19 44/12 44/16 47/3 48/3 49/2 49/24 62/21 76/5 76/8 77/11 77/20

**withdraw [2]** 51/9 60/8

**within [11]** 11/22 15/13 34/4 52/1 65/3 66/16 66/25 67/4 70/23 74/21 75/2

**without [2]** 44/10 77/4

**witness [22]** 2/2 3/19 3/24 6/14 6/15 6/21 12/19 44/7 45/13 46/13 49/9 49/11 50/13 50/14

**witnesses [2]** 76/15 77/1

**words [1]** 66/8

**work [6]** 7/4 8/14 9/17 51/11 57/25 72/3

**work-related [1]** 9/17

**worked [6]** 7/17 54/11 54/14 57/25 70/15 70/16

**workgroup [1]** 10/7

**working [3]** 4/16 4/16 18/20

**works [1]** 5/6

**worn [3]** 24/3 24/4 26/22

**would [43]** 3/24 5/9 5/10 22/24 25/12 26/24 27/12 27/14 27/18 27/19 27/20 44/7 51/3 51/23 52/6 52/21 54/1 55/23 58/13 60/2 60/14 61/14 61/18 63/14 64/20 64/25 65/2 65/17 66/20 67/3 68/5 68/14 68/17 68/18 68/19 70/2 71/11 74/2 74/8 75/15 75/19 76/13 76/13

**wounded [3]** 9/25 15/9 22/21

**wounds [1]** 65/12

**written [1]** 9/5

**X**

**Xxx [1]** 21/23

**Y**

**yeah [2]** 60/4 62/6

**year [1]** 75/13

**years [2]** 7/19 63/21

**yellow [2]** 17/4 41/15

**yes [170]**

**you [307]**

**you -- let [1]** 51/9

**you're [2]** 14/7 76/2

**you've [1]** 61/24

**your [88]**

**Your Honor [32]** 3/2 3/15 4/19 4/24 5/8 6/16 12/21 13/11 13/21 16/21 34/14 44/6 44/19 45/13 46/24 47/8 47/24 48/7 49/16 49/22 50/1 50/5 50/13 62/1 67/8

50/17 51/18 62/2 62/18 74/17 75/14 75/22 76/22 77/3 77/14

**yourself [1]** 52/1

**yourselves [2]** 3/9 77/23

**Z**

**zip [1]** 45/12

**zip-tied [1]** 45/12