UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 16-CR-229-BAH |
| v. | |
| RUBEN OSEGUERA-GONZALEZ, also known as "Menchito," "Rubencito," "Rojo," "Ruso," "Junior," and "El Nino," | |
| Defendant. | |

## DECLARATION OF DEA SPECIAL AGENT KEVIN NOVICK

I, Kevin Novick, a Supervisory Special Agent of the Drug Enforcement Administration, hereby declare that the two-page document comprising handwritten Spanish text that is attached to this declaration is a true and accurate copy of four pages (two pages per sheet) from the journal that Herminio Gomez Anciera presented during his testimony in the trial of the defendant, Ruben Oseguera Gonzalez.[1]

March 4, 2025

KYLE J. MORI
Supervisory Special Agent
Drug Enforcement Administration

---

[1] See Dkt. No. 203 at 4–5.

GOVERNMENT EXHIBIT 1 16-CR-229 (BAH)

☆ esmeralda URUTIA ROMERO

*[margen: comunicaciones, los Pablos, desde, el año 2011-2012-2014-2015, el MZ]*

mez de Abril. ~~2014~~ 2015
A Parte de Los 600 kiLos Recojidos en La PLaya y Los 250 enLa Pista de Cacimiro de La AvioneTa en EL Año 2014 - Tamvien Reco Jimos 5 ToneLadas en PunTa PeruLa de un barco Pestero y des Pues 20 ToneLadas en EL mismo mez de Abril del Año 2015 Todos eTaba mos JunTos eL dia 28 de marso Abril y AsTa EL primero de may 2015 yo EL señor menchiTo Pocos dias Toño Abran y PeLon Todo EL Tienpo yo Le Recía Todos Los días 7 de cada mez Abran Todo Lo Que se ocupava Para

*[margen: Los LaboraTorios y eL. Los mandaba Can ToCaLLo]*

minamvre es Herminio nacido en eL Rancho EL del municipio de villa Purif JaLisco en donde vivi con y mimama AsTa Los 5 Años Acienda EL TavaQuero Ju mis cuaTro ermanos dos m y dos menores un dia cuando cumPLia 6 Años AcomPañan mi Padre AL cero Anancas c cavallo y eL nos Fuimos Lugar En La ciera donde E Tava Lavrando una viGa LLeTera Acipaso Todo EL d dias AnTeriores pero ec sería EL día masTrisTe mi vida cerian Las 5 d Tarde ya en eL cañon sen pesava A ocuLTar n Le yamamos Pordiando Padre medijo APA Pues decia EL de cariño ve cavallo Para encillar imos eL cAvallo Lo T Amarado como Aunos de donde mi Padre esTava Jando mienTra yo Regresa

DATO EL ULTIMO MEZ QUE ESTUBE JUNTO CASITODO EL TIENPO CON MENCHITO FUE ABRIL DEL DEL 2015. ANDAVA CON MIGO Y CON SU PAPA TODOS LOS DIAS. Y CON SU EKIPO CLARO MATO EN ESOS DIAS A 6. PERSONAS AUNO DESUS ESCOLTAS. PARA A RIMARLE UNA CAMIONETA CERCA DE DONDE ESTAVAN LAS DE MASTROCAS Y A CINCO PERSONAS LAS MATO. POR QUE LE DEVIAN DINERO. LAS MATO CON SU NAVAJA Y LOS ENTERARON DES PUES EL ORDENO QUE LES QUITARAN LA ROPA YO POR EL CAMINO YO LE PREGUNTE O YES CARNAL PORQUE ACIME DECIA EL AMI Y YO A EL OYES CARNAL PORQUE QUISISTE QUE LES QUITARAN LA ROPA Y ME DIJO O CARNAL ESO ES PARA QUE CI LOS LLEGAN A EN CON TRAR NOLOS RECONOS CAN POR LAS PRENDAS PERO ORITA ES MEJOR MATARLOS Y AVISAR DONDE ESTAN PARA QUE LOS LEVANTEN LOS FOR SES Y ACI SE ACAVA EL PER ELLOS ESTAN AREGLADOS E TODOS LOS ESTADOS Y AC NO INVESTIGAN NADA Y S MANDA UN MENSAJE ALOS CONTRAS Y AL GOVIERNO Y L FAMILIARES NO ANDAN BUSC PERO ESO LO ISE RAPIDO PORQ TENEMOS QUE A COMO DARNOS PALA FIESTA NOTODOS LOS DI SE ME CASA UN CARNAL Y SE RIO DANDOME UNA PALMADA EN L ESPALDA DE AY NOS FUIMOS A NAR UNOS TACOS Y PASAMOS A CAMBIARLE UNOS SUEROS Y UN YO GUVES A SU PAPA LUEGO NO FUIMOS AL CAMPAMENTO Y EN LA NOCHE NOS REGRESAMO AL JARDIN LLA COMO ALAS 10 DE LA NOCHE AL OTRO DIA FUIMOS AL RANCHO Y A LA MINAS A PASO REAL ESTUBIMO PRACTICANDO. EN LA MINA EL LES PUNTOS DONDE ENTRENA VAMOS ALOS NUEVOS Y DONDE

Translated excerpts from scan of handwritten document, file title "Herminio Gomez Ancira Journal"

From Page 2, left-hand page:

[Top of page: drawing of a star next to the name "Esmeralda Urutia Romero"]

Month of April ~~2014~~ 2015
Aside from the 600 kilos picked up at the beach and the 250 at the Cacimiro [sic] airstrip from the airplane in the year 2014, we also picked up 5 tons at Punta Perula from a fishing boat and later 20 tons in the same month of April 2015. We were all together on the 28th of March, April and until May 1, 2015. Myself, Mr. Menchito, a few days Toño, Abran and Pelon the whole time. On the 7th of each month I received for him Abran, everything that was needed for [text continues up the side margin] the laboratories and he sent them with Tocallo [sic] and, on occasion, he brought them himself from 2011-2012[,] 2013-2014[,] 2015

From Page 14:

Detail from the last month that I was with Menchito almost all the time, it was April 2015. He was with me and with his father every day, and with his team of course. During that time, he killed 6 people, one of his bodyguards for not bringing him a truck over to where the other trucks were, and he killed five people because they owed him money. He killed them with his knife and they were buried. Later he ordered that their clothes be removed. Along the way I asked him ["]hey bro' why like that["] and he said to me and I said to him ["]why did you want them to take their clothes off["] and he said ["]Oh, bro' that is so that if they're found they won't be able to recognize them by their clothes, but right now it's better to kill them and report [end of left-hand page, continues on right hand page] where they are so the forensics can go collect them and that will put an end to it, they are all paid off in all the states and so they don't investigate anything and it sends a message to the rivals and to the government and then the families aren't searching. But I did that quickly because we have to get ready for the party, it's not every day that one of my bro's gets married["] and he laughed and gave me a pat on the back, and we left to go have some tacos for dinner and we stopped to buy some electrolyte drinks and yogurts for his dad and then we went to the camp and at like 10 at night we went back to Jardin. The next day we went to the ranch and to Las Minas we were practicing at paso real at the mine at the points where we trained the new guys and where [end of page 14]

JUDI R. O'BRIEN - CERTIFIED TRANSLATOR

SPANISH TO ENGLISH

Tel: 202-412-1038 email: Judi.O'Brien@usdoj.gov

## TRANSLATOR'S STATEMENT

I, Judi R. O'Brien, Certified Translator Spanish into English, member in good standing of the American Translators Association, Member No: 252909, hereby declare that I did translate into English the attached Spanish document and that, to the best of my knowledge, the translation accurately reflects the contents and meaning of the Spanish original.

**Original document(s):**

1- Herminio Gomez Ancira Journal, pages 2 and 14 (two pages)

**Translated document(s):**

1- Herminio Gomez Ancira Journal ENGLISH (two pages)

This translation package comprises five (5) pages, including this certification statement.

March 4, 2025

Judi R. O'Brien

Certified Translator SP-EN (ATA)



Verify at www.atanet.org/verify