<u>IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| **VS.** | *   **CASE NO. 16-CR-229-BAH** |
| | * |
| **RUBEN OSEGUERA-GONZALEZ** | * |

\* \* \* \* \* \* \* \* \*

<u>UNOPPOSED MOTION FOR<br>AN ORDER TO TRANSCRIBE<br>SEALED TRANSCRIPTS AND<br>PROPOSED ORDER</u>

Mr. Oseguera-Gonzalez has filed a Notice of Appeal which is currently pending in the District of Columbia Circuit Court of Appeals. Mr. Oseguera-Gonzalez has ordered transcripts relevant to his appeal, however, there are portions of two transcripts that were sealed and cannot be transcribed without leave of the Court – April 12, 2023, status hearing, and March 7, 2025, sentencing hearing. This unopposed request is for a court order for the court reporter to transcribe the sealed portions of the transcripts from April 12, 2023, status hearing, and March 7, 2025, sentencing hearing, for counsel's review in preparation of the appeal. The sealed portions to be transcribed by the court reporter for counsel's review are to remain sealed absent a further request to unseal the transcripts for good cause.

Wherefore, Mr. Oseguera-Gonzalez respectfully request the Court issue an Order granting the request.

Respectfully submitted,

/s Anthony E. Colombo, Jr.
Anthony E. Colombo, Jr.
Counsel for Ruben Oseguera-Gonzalez

/s Jan E. Ronis
Jan Ronis
Counsel for Ruben Oseguera-Gonzalez

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 21st day of April 2025, a copy of this Motion and Proposed Order was sent electronically via CM/ECF to all parties of record.

                                                  /s Anthony E. Colombo, Jr.
                                                  Anthony E. Colombo, Jr.
                                                  Counsel for Ruben Oseguera-Gonzalez

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| VS. | *   CASE NO. 16-CR-229-BAH |
| | * |
| RUBEN OSEGUERA-GONZALEZ | *   COURT ORDER |

\* \* \* \* \* \* \* \* \*

Upon consideration of the Unopposed Motion for an Order to the Court Reporter to Transcribe Sealed Portions of Transcripts by Defendant in the above-entitled matter, it is hereby ordered that the request for the court reporter to transcribe the sealed portions of the transcripts from the April 12, 2023, status hearing, and the March 7, 2025, sentencing hearing, is GRANTED. The sealed portions to be transcribed by the court reporter for counsel's review and preparation of the appeal are to remain sealed absent a further request to unseal the transcripts for good cause.

**SO ORDERED.**

 

The Honorable Beryl A. Howell
United States District Court Judge
District of Columbia