APPEAL,CAT B,CLOSED,INTERPRETER

# U.S. District Court
# District of Columbia (Washington, DC)
# CRIMINAL DOCKET FOR CASE #: <u>1:16–cr–00229–BAH</u>–1

Case title: USA v. GONZALEZ–OSEGUERA          Date Filed: 12/14/2016

Assigned to: Judge Beryl A. Howell

Appeals court case number: 25–3032

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **RUBEN OSEGUERA–GONZALEZ** | represented by | **Anthony Colombo , Jr** |
| *also known as* | | LAW OFFICES OF ANTHONY E. COLUMBO |
| MENCHITO | | JR. |
| *also known as* | | 105 West F Street, Third Floor |
| RUBENCITO | | San Diego, CA 92101 |
| *also known as* | | 619–236–1704 |
| ROJO | | Fax: 619–236–1852 |
| *also known as* | | Email: anthonycolombolegal@gmail.com |
| RUSO | | *LEAD ATTORNEY* |
| *also known as* | | *ATTORNEY TO BE NOTICED* |
| JUNIOR | | *Designation: Pro Hac Vice* |
| *also known as* | | |
| EL NINO | | **Arturo Hernandez–M** |

LAW OFFICE OF ARTURO HERNANDEZ–M
10050 Machado Lane
San Jose, CA 95127
408–729–5785
Email: artlawoff@aol.com
*TERMINATED: 11/17/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Jan Edward Ronis**
LAW OFFICES OF RONIS & RONIS
105 West F Street
Third Floor
San Diego, CA 92101–6036
619–236–8344
Email: jan@ronisandronis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Pro Hac Vice*

**Alfred Guillaume , III**
LAW OFFICES OF ALFRED GUILLAUME
III, LLC

1350 Connecticut Avenue NW
Suite 308
Washington, DC 20036
(202) 321–0549
Email: ag3law@gmail.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Arturo Corso**
THE WASHINGTON INTERNATIONAL
1300 Pennsylvania Avenue NW
Suite 700
Washington, DC 20004
202–628–4199
Fax: 202–628–4177
Email: arturo@washingtonilc.com
*TERMINATED: 05/12/2023*
*Designation: Pro Hac Vice*

**Danny C. Onorato**
SCHERTLER ONORATO MEAD & SEARS, LLP
555 13th Street, NW
Suite 500 West
Washington, DC 20004
(202) 628–4199
Fax: (202) 628–4177
Email: donorato@schertlerlaw.com
*TERMINATED: 05/12/2023*
*Designation: Retained*

**Mariel Colon Miro**
LAW OFFICES OF MARIEL COLON MIRO, PLLC
300 Cadman Plaza W 12th Floor
Suite #381
Brooklyn, NY 11201
917–743–7071
Email: mariel.colon8@gmail.com
*TERMINATED: 11/17/2023*
*Designation: Retained*

**Pending Counts**                                  **Disposition**

21:959(a), 960 and 963, 18:2;
MANUF./DISTR. FOR ILLEGAL
IMPORTATION – CONTROLLED
SUBSTANCE; Conspiracy to
Distribute Five Kilograms or More of
Cocaine and 500 Grams or More of
Methamphetamine knowing and
intending that it would be imported

into the United States.
(1)

21:959(a),960 and 963, and Title 18:2;
MANUF./DISTR. FOR ILLEGAL
IMPORTATION – CONTROLLED
SUBSTANCE; Conspiracy to
Distribute Five Kilograms or More of
Cocaine and 500 Grams or More of
Methamphetamine Knowing and
Intending that it would be Imported
into the United States.
(1s)

Life Imprisonment With A Special Assessment
Of $100.00; Term Of Imprisonment Is To Run
Consecutive To Term Imposed in Count 2s

21:959(a), 960(a)(3), (b)(1)(B)(ii),
(b)(1)(H), and 963, and 18:2;
MANUFACTURE/DISTRIBUTE
FOR ILLEGAL IMPORTATION –
NARCOTICS; Conspiracy to
Distribute Five Kilograms or More of
Cocaine and 500 Grams or More of
Methamphetamine Knowing and
Intending That It Would Be Imported
into the United States.
(1ss)

Dismissed on motion of the government on
10/17/2023

18:924(c)(1)(A)(i), 924(c)(1)(A)(ii);
924(c)(1)(B)(ii); 18:2; VIOLENT
CRIME/DRUGS/MACHINE GUN;
Use and Possession of a Firearm.
(2)

18:924(c)(1)(A)(i), 924(c)(1)(A)(ii),
924(c)(1)(B)(ii),18:2; VIOLENT
CRIME/DRUGS/MACHINE GUN;
Use and Possession of a Firearm.
(2s)

Three Hundred And Sixty (360) Months
Followed By A Supervised Release Period Of
Life And A Special Assessment Of $100.00;
Term Of Imprisonment Is To Run Consecutive
To Term Imposed in Count 1s

18:924(c)(1)(A)(i), (c)(1)(A)(ii),
(c)(1)(B)(i), and 18:2; VIOLENT
CRIME/DRUGS/MACHINE GUN;
Use and Possession of a Firearm and
Aiding and Abetting.
(2ss)

Dismissed on motion of the government on
10/17/2023

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                          **Disposition**

None

**Highest Offense Level (Terminated)**

3

None

**Complaints**                                             **Disposition**

None

___

**Plaintiff**

**USA**                           represented by   **Douglas Spencer Meisel**
                                                   DOJ–Crm
                                                   Money Laundering, Narcotics and
                                                   Forfeiture Section
                                                   1400 New York Avenue, N.W.
                                                   Washington DC, DC 20530
                                                   202–923–7821
                                                   Email: douglas.meisel@usdoj.gov
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*
                                                   *Designation: Assistant U.S. Attorney*

                                                   **Jonathan R. Hornok**
                                                   U.S. DEPARTMENT OF JUSTICE
                                                   Narcotic and Dangerous Drug Section
                                                   145 N Street, NE
                                                   Ste 2e300
                                                   Washington, DC 20530
                                                   202–913–4796
                                                   Email: jonathan.hornok@usdoj.gov
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*
                                                   *Designation: Assistant U.S. Attorney*

                                                   **Kaitlin Julia Sahni**
                                                   DOJ–Crm
                                                   Money Laundering, Narcotics and
                                                   Forfeiture Section
                                                   1400 New York Avenue, N.W.
                                                   Washington DC, DC 20530
                                                   771–241–0360
                                                   Email: Kaitlin.Sahni@usdoj.gov
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*
                                                   *Designation: Assistant U.S. Attorney*

                                                   **Kate M. Naseef**
                                                   U.S. ATTORNEY'S OFFICE FOR THE
                                                   DISTRICT OF COLUMBIA
                                                   Violent Crime and Narcotics Trafficking
                                                   Section
                                                   601 D Street, NW
                                                   Washington, DC 20530

202–809–2057
Email: kate.naseef2@usdoj.gov
*TERMINATED: 11/15/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Lernik Begian**
DOJ–Crm
1400 New York Avenue NW
Washington, DC 20530
202–616–2379
Email: lernik.begian@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Anthony John Nardozzi**
U.S. DEPARTMENT OF JUSTICE
Narcotics and Dangerous Drug Section
145 N Street, NE
Second Floor, East Wing
Washington, DC 20530
(202) 598–6481
Email: anthony.nardozzi@usdoj.gov
*TERMINATED: 11/08/2022*
*Designation: Assistant U.S. Attorney*

**Brett Clarence Reynolds**
U.S. DEPARTMENT OF JUSTICE
Criminal Division, Narcotic and
Dangerous Drug Section
950 Pennsylvania Avenue NW
Washington, DC 20530
202–233–2113
Email: brett.reynolds@usdoj.gov
*TERMINATED: 11/08/2022*
*Designation: Assistant U.S. Attorney*

**Cole Arnold Radovich**
U.S. DEPARTMENT OF JUSTICE
Criminal Division
145 N. Street, NE
Suite 2E.115
Washington, DC 20530
(202) 353–9076
Fax: (202) 514–6112
Email: cole.radovich2@usdoj.gov
*TERMINATED: 06/11/2024*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|

| 12/14/2016 | 1 | INDICTMENT as to RUBEN GONZALEZ–OSEGUERA (1) count(s) 1, 2. (FORFEITURE ALLEGATION.) (zvt) Modified on 12/16/2016 (hsj). (Entered: 12/15/2016) |
|---|---|---|
| 12/14/2016 | 2 | MOTION to Seal by USA as to RUBEN GONZALEZ–OSEGUERA. (Attachment: # 1 Text of Proposed Order)(zvt) (Entered: 12/15/2016) |
| 12/14/2016 | 3 | ORDER granting 2 Motion to Seal as to RUBEN GONZALEZ–OSEGUERA (1). Signed by Chief Judge Beryl A. Howell on 12/14/2016. (zvt) (Entered: 12/15/2016) |
| 12/15/2016 | 4 | MOTION to Unseal Case by USA as to RUBEN GONZALEZ–OSEGUERA. (Attachment: # 1 Text of Proposed Order)(zvt) (Entered: 12/16/2016) |
| 12/16/2016 |  | MINUTE ORDER (paperless) GRANTING the government's 4 Motion to Unseal Case. Accordingly, the Clerk of Court shall unseal this case in its entirety. Signed by Chief Judge Beryl A. Howell on December 16, 2016. (lcbah1) (Entered: 12/16/2016) |
| 12/16/2016 |  | Case unsealed by Chief Judge Beryl A. Howell as to RUBEN GONZALEZ–OSEGUERA. (zhsj) (Entered: 12/16/2016) |
| 12/19/2016 | 5 | STANDING ORDER. Signed by Chief Judge Beryl A. Howell on 12/19/2016. (tg) (Entered: 12/19/2016) |
| 02/01/2017 | 6 | SUPERSEDING INDICTMENT as to RUBEN GONZALEZ–OSEGUERA (1) count(s) 1s, 2s. FORFEITURE ALLEGATION. (vt) (Entered: 02/06/2017) |
| 03/15/2017 | 7 | Case as to RUBEN OSEGUERA–GONZALEZ directly reassigned to the Calendar Committee. Chief Judge Beryl A. Howell is no longer assigned to the case. (ztnr) (Entered: 03/15/2017) |
| 02/20/2020 |  | Arrest of RUBEN OSEGUERA–GONZALEZ. (zpt) (Entered: 02/21/2020) |
| 02/21/2020 | 8 | NOTICE OF ATTORNEY APPEARANCE Brett Clarence Reynolds appearing for USA. (Reynolds, Brett) (Entered: 02/21/2020) |
| 02/21/2020 | 9 | Case as to RUBEN OSEGUERA–GONZALEZ reassigned to Chief Judge Beryl A. Howell as the defendant is no longer a fugitive. Calendar Committee is no longer assigned to the case. (rj) (Entered: 02/21/2020) |
| 02/21/2020 | 10 | Arrest Warrant Returned Executed on 2/21/2020 as to RUBEN OSEGUERA–GONZALEZ. (zpt) (Entered: 02/21/2020) |
| 02/21/2020 |  | ORAL MOTION to Appoint Counsel by RUBEN OSEGUERA–GONZALEZ. (zpt) (Entered: 02/21/2020) |
| 02/21/2020 |  | ORAL MOTION for Temporary Detention by USA as to RUBEN OSEGUERA–GONZALEZ. (zpt) (Entered: 02/21/2020) |
| 02/21/2020 |  | Minute Entry for proceedings held before Magistrate Judge G. Michael Harvey: Initial Appearance on Arrest Warrant/Arraignment as to RUBEN OSEGUERA–GONZALEZ (1) Count 1,1s,2,2s held on 2/21/2020. Not Guilty Plea entered by RUBEN OSEGUERA–GONZALEZ (1) as to all counts. Oral Motion to Appoint Counsel solely for the hearing held this day by RUBEN OSEGUERA–GONZALEZ (1) Heard and Granted. Oral Motion by the Government for Temporary Detention (3 Day Hold) as to RUBEN OSEGUERA–GONZALEZ (1) Heard and Granted. Detention Hearing set for 2/26/2020 at 01:45 PM in Courtroom 6 before Magistrate Judge G. Michael Harvey. Status Hearing set for 2/28/2020 at 09:30 AM in Courtroom 22A before Chief Judge |

| | | |
|---|---|---|
| | | Beryl A. Howell. Bond Status of Defendant: Defendant Held without Bond; Court Reporter: FTR−Gold FTR Time Frame: CTRM 6 [3:29:40−3:47:07]; Defense Attorney: Carlos Vanegas; US Attorney: Anthony Nardozzi and Brett Reynolds; Pretrial Officer: Christine Schuck; Spanish Interpreter: Teresa Roman; (zpt) Modified text on 2/24/2020 (zpt). Modified on 2/27/2020 (zpt). (Entered: 02/21/2020) |
| 02/21/2020 | 11 | NOTICE OF ATTORNEY APPEARANCE Kaitlin Julia Sahni appearing for USA. (Sahni, Kaitlin) (Entered: 02/21/2020) |
| 02/25/2020 | 13 | MEMORANDUM in Support of Pretrial Detention by USA as to RUBEN OSEGUERA−GONZALEZ (Reynolds, Brett) (Entered: 02/25/2020) |
| 02/25/2020 | 14 | NOTICE OF ATTORNEY APPEARANCE: Danny C. Onorato appearing for RUBEN OSEGUERA−GONZALEZ (Onorato, Danny) (Entered: 02/25/2020) |
| 02/26/2020 | 15 | MOTION for Leave to Appear Pro Hac Vice *on behalf of Arturo Corso on behalf of Arturo Corso* Filing fee $ 100, receipt number ADCDC−6865124. Fee Status: Fee Paid. by RUBEN OSEGUERA−GONZALEZ. (Attachments: # 1 Text of Proposed Order Proposed Order)(Onorato, Danny) (Entered: 02/26/2020) |
| 02/26/2020 | 16 | NOTICE OF ATTORNEY APPEARANCE Cole Arnold Radovich appearing for USA. (Radovich, Cole) (Entered: 02/26/2020) |
| 02/26/2020 | | ORAL MOTION to Commit Defendant to Custody of Attorney General by USA as to RUBEN OSEGUERA−GONZALEZ. (zpt) (Entered: 02/27/2020) |
| 02/26/2020 | | Minute Entry for proceedings held before Magistrate Judge G. Michael Harvey: Detention Hearing as to RUBEN OSEGUERA−GONZALEZ (1) held on 2/26/2020. Oral Motion by the Government to Commit Defendant to Custody of Attorney General as to RUBEN OSEGUERA−GONZALEZ (1) Heard and Granted. Defendant concedes to detention at this time, waives written findings of facts and conclusions of law in support of an order of detention. Defense counsel proclaims that they reserve the right to bring up the matter of detention in future proceedings. Bond Status of Defendant: Defendant Committed/Commitment Issued; Court Reporter: FTR−Gold FTR Time Frame: CTRM 6 [2:17:40−2:20:41]; Defense Attorney: Danny Onorato; US Attorney: Brett Reynolds, Kaitlin Sahni, and Cole Radovich; Pretrial Officer: Christine Schuck; Spanish Interpreter: Teresa Salazaar; (zpt) (Entered: 02/27/2020) |
| 02/27/2020 | | MINUTE ORDER (paperless) as to RUBEN OSEGUERA−GONZALEZ GRANTING the 15 Motion for Admission *Pro Hac Vice*. Mr. Arturo Corso may enter an appearance *pro hac vice* for the purpose of representing defendant Ruben Oseguera−Gonzalez in this action. **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCrR 44.5(a). Click for Instructions**. Signed by Chief Judge Be ryl A. Howell on February 27, 2020. (lcbah1) (Entered: 02/27/2020) |
| 02/27/2020 | 17 | MOTION for Order Civilian Clothing by RUBEN OSEGUERA−GONZALEZ. (Attachments: # 1 Text of Proposed Order)(Onorato, Danny) (Entered: 02/27/2020) |
| 02/28/2020 | | Minute Entry for proceedings held before Chief Judge Beryl A. Howell: Status Hearing as to RUBEN OSEGUERA−GONZALEZ held on 2/28/2020. A further Status Hearing is scheduled for 4/3/2020, at 9:30 AM in Courtroom 22A before Chief Judge Beryl A. Howell. Joint oral motion for a complex case designation, heard and granted. Given the government's description of the volume and nature of the discovery and the need for translation from another language, the Court gave this matter a complex case designation in the best interests of justice and those interests outweigh the interests of the public and |

| | | |
|---|---|---|
| | | the defendant in a speedy trial. The Court will periodically re–evaluate the complex case designation. Defendant's <u>17</u> Motion Requesting Civilian Clothing During Hearing, denied. Bond Status of Defendant: Defendant committed/commitment issued. Defense Attorney: Danny C. Onorato and Arturo Corso; US Attorney: Anthony J. Nardozzi, Brett C. Reynolds, and Kaitlin J. Sahn; Interpreter: Teresa Salazar (Spanish); and the Defendant. Court Reporter: Elizabeth Saint–Loth. (tg) (Entered: 02/28/2020) |
| 02/28/2020 | <u>18</u> | Unopposed MOTION for Protective Order by USA as to RUBEN OSEGUERA–GONZALEZ. (Attachments: # <u>1</u> Text of Proposed Order)(Nardozzi, Anthony) (Entered: 02/28/2020) |
| 02/28/2020 | <u>19</u> | PROTECTIVE ORDER as to RUBEN OSEGUERA–GONZALEZ. Signed by Chief Judge Beryl A. Howell on February 28, 2020. (lcbah1) (Entered: 02/28/2020) |
| 03/02/2020 | <u>20</u> | NOTICE OF ATTORNEY APPEARANCE: Arturo Corso appearing for RUBEN OSEGUERA–GONZALEZ *Pro Hac Vice* (Corso, Arturo) (Entered: 03/02/2020) |
| 03/20/2020 | | MINUTE ORDER (paperless), as to RUBEN OSEGUERA–GONZALEZ, VACATING the Status Hearing scheduled for April 3, 2020, in light of the postponements of criminal hearings provided in this Court's Standing Order 20–9 &para 4, *see id.*, In re Court Operations in Exigent Circumstances Created by the Covid–19 Pandemic (available at https://www.dcd.uscourts.gov/sites/dcd/files/Court%20Operations%20Standing%20Order%2020–9.pdf); and DIRECTING the parties to file jointly, by March 27, 2020, three proposed Fridays after April 17, 2020, for a Status Hearing. Signed by Chief Judge Beryl A. Howell on March 20, 2020. (lcbah1) (Entered: 03/20/2020) |
| 03/23/2020 | | Terminate Hearing as to RUBEN OSEGUERA–GONZALEZ: Hearing scheduled for April 3, 2020, Vacated. (tg) (Entered: 03/23/2020) |
| 03/23/2020 | | Set/Reset Deadlines as to RUBEN OSEGUERA–GONZALEZ: Joint response to Order of the Court due by 3/27/2020. (tg) (Entered: 03/23/2020) |
| 03/23/2020 | <u>21</u> | RESPONSE by USA as to RUBEN OSEGUERA–GONZALEZ (Attachments: # <u>1</u> Text of Proposed Order)(Nardozzi, Anthony) (Entered: 03/23/2020) |
| 03/23/2020 | | MINUTE ORDER as to RUBEN OSEGUERA–GONZALEZ. DIRECTING, upon consideration of the <u>21</u> Response to the Court's Order filed by USA, the parties to appear for a Status Hearing on May 22, 2020, at 9:30 AM in Courtroom 22A before Chief Judge Beryl A. Howell. It is FURTHER ORDERED that pursuant to the Court Operations in Exigent Circumstances Created by the Covid–19 Pandemic Order and the complex case designation, time under the Speedy Trial Act shall continue to be excluded in this matter in the best interests of justice and those interests outweigh the interests of the public and the defendant in a speedy trial. It is SO ORDERED. Signed by Chief Judge Beryl A. Howell on 3/23/2020. (tg) (Entered: 03/23/2020) |
| 04/06/2020 | | MINUTE ORDER (paperless) as to RUBEN OSEGUERA–GONZALEZ NOTIFYING the parties that, pursuant to the Court's Standing Order 20–19 &para 4, *see id.*, In re Extension of Postponed Court Proceedings in Standing Order 20–9 and Limiting Court Operations in Exigent Circumstances Created by the Covid–19 Pandemic (available at https://www.dcd.circdc.dcn/sites/default/files/attachments/COVID–19%20Standing%20Order%2020–19%20Extension%20of%20Postponed%20Court%20Proceedings.pdf), the status conference on Friday, May 22, 2020, at 9:30 AM, shall occur telephonically, with videoconference appearance by the defendant. Telephone connection details will be provided to counsel by the deputy clerk. Signed by Chief Judge Beryl A. Howell on April 6, 2020. (lcbah1) (Entered: 04/06/2020) |

| 04/07/2020 | | Set/Reset Hearings as to RUBEN OSEGUERA–GONZALEZ: Telephonic Status Conference RESCHEDULED for 5/22/2020, at 3:00 PM before Chief Judge Beryl A. Howell. (tg) (Entered: 04/07/2020) |
|---|---|---|
| 05/22/2020 | | Minute Entry for proceedings held before Chief Judge Beryl A. Howell: Telephonic Status Conference as to RUBEN OSEGUERA–GONZALEZ held on 5/22/2020. Defendant appearing via video conference. A further Status Conference is scheduled for 9/11/2020, at 9:30 AM in Courtroom 22A before Chief Judge Beryl A. Howell. The Court found that the complex case designation continues to hold and that exclusion of time under the Speedy trial Act is appropriate in this case and in the best interests of justice and those interests outweigh the interests of Mr. Oseguera–Gonzalez and the public in a speedy trial. Bond Status of Defendant: Defendant committed. Present telephonically: Defense Attorneys: Danny C. Onorato and Arturo Corso; US Attorneys: Anthony J. Nardozzi and Brett C. Reynolds; Interpreter: Teresa Salazar (Spanish). Court Reporter: Elizabeth Saint–Loth. (tg) (Entered: 05/22/2020) |
| 06/24/2020 | 22 | Unopposed MOTION for Protective Order *Supplemental Protective Order* by USA as to RUBEN OSEGUERA–GONZALEZ. (Attachments: # 1 Proposed Order)(Reynolds, Brett) (Entered: 06/24/2020) |
| 06/24/2020 | 23 | SUPPLEMENTAL PROTECTIVE ORDER as to RUBEN OSEGUERA–GONZALEZ. Signed by Chief Judge Beryl A. Howell on June 24, 2020. (lcbah1) (Entered: 06/24/2020) |
| 08/13/2020 | | MINUTE ORDER (paperless) as to RUBEN OSEGUERA–GONZALEZ NOTIFYING the parties that, pursuant to the Court's Standing Order 20–68 &para 3, *see id.*, *In re Fourth Further Extension of Postponed Court Proceedings Due to Ongoing Exigent Circumstances Caused by COVID–19 Pandemic* (available at https://www.dcd.uscourts.gov/sites/dcd/files/COVID%2019%20Standing%20Order%2020–68%20Fourth%20Further%20Extension%20of%20Postponed%20Court%20Proceedings.pdf), the status conference scheduled for Friday, September 11 at 9:30 AM, shall occur via videoconference. Videoconference connection details will be provided to counsel by the deputy clerk. Signed by Chief Judge Beryl A. Howell on August 13, 2020. (lcbah1) (Entered: 08/13/2020) |
| 08/19/2020 | 24 | Joint MOTION to Continue *Status Conference And Exclude Time* by USA as to RUBEN OSEGUERA–GONZALEZ. (Attachments: # 1 Text of Proposed Order)(Nardozzi, Anthony) (Entered: 08/19/2020) |
| 08/19/2020 | | MINUTE ORDER as to RUBEN OSEGUERA–GONZALEZ granting 24 Motion to Continue Status Conference And Exclude Time. Upon consideration of the motion, it is hereby ORDERED that the status conference set in this matter for September 11, 2020 at 9:30 a.m. is hereby continued to December 11, 2020 at 9:30 a.m. in Courtroom 22A before Chief Judge Beryl A. Howell. It is further ORDERED that the time between September 11, 2020 and the continued date of December 11, 2020, shall be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A). The Court finds that, based on the parties' submission, this continuance will serve the ends of justice by affording counsel for both the defendant and the government reasonable time necessary for effective preparation, and will help conserve the resources of the Court and of the parties by allowing the parties to evaluate whether this matter may be disposed of short of trial. Signed by Chief Judge Beryl A. Howell on 8/19/2020. (hmc) (Entered: 08/19/2020) |
| 08/19/2020 | 25 | |

| | | |
|---|---|---|
| | | MOTION to Exclude *Time* by USA as to RUBEN OSEGUERA–GONZALEZ. (See Docket Entry 24 to view document). (znmw) (Entered: 08/21/2020) |
| 11/18/2020 | | NOTICE OF RESCHEDULED TIME OF HEARING as to RUBEN OSEGUERA–GONZALEZ. The parties shall take notice that the Status Hearing scheduled to be heard at 9:30 AM on December 11, 2020, is RESCHEDULED for December 11, 2020 at 4:00 PM before Chief Judge Beryl A. Howell. (ztg) (Entered: 11/18/2020) |
| 11/29/2020 | | MINUTE ORDER (paperless), as to RUBEN OSEGUERA–GONZALEZ, DIRECTING the parties, in light of the Court's Notice, *see Court Operations: Transition to Phase 2 Beginning September 14, 2020* (available at https://www.dcd.uscourts.gov/sites/dcd/files/COVID%2019%20Notice%20Transition%20to%20Phase%202.pdf), to notify the Court, by December 2, 2020, whether they consent to appearing at the status hearing, currently scheduled for December 11, 2020 at 4:00 PM, via videoconference. Signed by Chief Judge Beryl A. Howell on November 29, 2020. (lcbah1) (Entered: 11/29/2020) |
| 11/30/2020 | | Set/Reset Deadlines as to RUBEN OSEGUERA–GONZALEZ: Response to Order of the Court due by 12/2/2020. (ztg) (Entered: 11/30/2020) |
| 12/01/2020 | 26 | Joint MOTION to Continue *Status Conference And Exclude Time* by USA as to RUBEN OSEGUERA–GONZALEZ. (Attachments: # 1 Text of Proposed Order)(Nardozzi, Anthony) (Entered: 12/01/2020) |
| 12/01/2020 | | MINUTE ORDER granting 26 Joint Motion to Continue Status Conference and Exclude Time as to RUBEN OSEGUERA–GONZALEZ. Upon consideration of the joint motion, it is hereby ORDERED that the hearing scheduled for December 11, 2020, shall be CONTINUED to March 5, 2021, at 3:00 PM before Chief Judge Beryl A. Howell. It is FURTHER ORDERED that the time between December 11, 2020 and the continued date of March 5, 2021, shall be excluded under the Speedy Trial Act pursuant to 18 U.S.C. 3161(h)(7)(A) and per consent of the parties. The Court finds that, based on te parties' submission, this continuance will serve the ends of justice by affording counsel for both the defendant and the government reasonable time necessary for effective preparation, and will help the parties to evaluate and discuss whether this matter may be resolved short of trial. Signed by Chief Judge Beryl A. Howell on 12/1/2020. (ztg) (Entered: 12/01/2020) |
| 12/01/2020 | 27 | MOTION to Exclude Timeby USA as to RUBEN OSEGUERA–GONZALEZ. (See Docket Entry 26 to View Document). (zhsj) (Entered: 12/03/2020) |
| 02/25/2021 | | NOTICE OF RESCHEDULED HEARING as to RUBEN OSEGUERA–GONZALEZ. The parties shall take notice that the Status Hearing originally scheduled for 3/5/2021, is RESCHEDULED for 3/4/2021, at 3:00 PM before Chief Judge Beryl A. Howell. (ztg) (Entered: 02/25/2021) |
| 02/26/2021 | 28 | Joint MOTION to Continue *Status Conference and Exclude Time* by USA as to RUBEN OSEGUERA–GONZALEZ. (Attachments: # 1 Text of Proposed Order)(Nardozzi, Anthony) (Entered: 02/26/2021) |
| 02/26/2021 | | MINUTE ORDER granting 28 Joint Motion to Continue Status Conference and Exclude Time as to RUBEN OSEGUERA–GONZALEZ. Upon consideration of the joint motion, it is hereby ORDERED that the Status Hearing scheduled for March 4, 2021, is RESCHEDULED for June 4, 2021, at 3:00 p.m. before Chief Judge Beryl A. Howell; it is FURTHER ORDERED that the time between March 4, 2021 and June 4, 2021 shall |

| | | |
|---|---|---|
| | | be excluded under the Speedy Trial Act pursuant to 18 U.S.C. 3161(h)(7)(A). In support of this order, the Court finds that, based on the parties' submission, this continuance will serve the ends of justice by affording counsel for both the defendant and the government reasonable time necessary for effective preparation, and will help conserve the resources of the Court and of the parties by allowing the parties to evaluate whether this matter may be disposed of short of trial. SO ORDERED. Signed by Chief Judge Beryl A. Howell on 2/26/2021. (ztg) (Entered: 02/26/2021) |
| 02/26/2021 | 29 | MOTION to Exclude Time by USA as to RUBEN OSEGUERA–GONZALEZ. (See Docket Entry 28 to view document). (znmw) (Entered: 03/01/2021) |
| 06/01/2021 | 30 | Joint MOTION to Continue *Status Conference and Exclude Time* by USA as to RUBEN OSEGUERA–GONZALEZ. (Attachments: # 1 Text of Proposed Order)(Nardozzi, Anthony) (Entered: 06/01/2021) |
| 06/01/2021 | | MINUTE ORDER granting 30 Joint Motion to Continue Status Conference and Exclude Time as to RUBEN OSEGUERA–GONZALEZ. Upon consideration of the joint motion, it is hereby ORDERED that the Status Hearing scheduled for June 4, 2021, shall be CONTINUED to September 3, 2021, at 3:00 PM before Chief Judge Beryl Howell; it is FURTHER ORDERED that time under the Speedy Trial Act shall be excluded from June 4, 2021 through September 3, 2021, pursuant to 18 U.S.C. § 3161(h)(7)(A) since the parties submit that this continuance would serve the ends of justice by affording counsel for both the defendant and the government reasonable time necessary for effective preparation. It is SO ORDERED. Signed by Chief Judge Beryl A. Howell on 6/1/2021. (ztg) (Entered: 06/01/2021) |
| 06/01/2021 | | Set/Reset Hearings as to RUBEN OSEGUERA–GONZALEZ: Status Hearing rescheduled for 9/3/2021, at 3:00 PM before Chief Judge Beryl A. Howell. (ztg) (Entered: 06/01/2021) |
| 06/01/2021 | 31 | MOTION to Exclude Time by USA as to RUBEN OSEGUERA–GONZALEZ. (See DE 30 to view document). (bb) (Entered: 06/01/2021) |
| 06/28/2021 | | Set/Reset Hearings as to RUBEN OSEGUERA–GONZALEZ:Status Conference RESCHEDULED for 9/10/2021, at 3:00 PM via videoconference before Chief Judge Beryl A. Howell. The parties are further noticed that time under the Speedy Trial Act is excluded from September 3, 2021 through September 10, 2021, in the interests of justice and those interests outweigh the interests of the public and the defendant in a speedy trial. (ztg) (Entered: 06/28/2021) |
| 09/01/2021 | 32 | Joint MOTION to Continue *Status Conference and Exclude Time* by USA as to RUBEN OSEGUERA–GONZALEZ. (Attachments: # 1 Text of Proposed Order)(Nardozzi, Anthony) (Entered: 09/01/2021) |
| 09/01/2021 | | MINUTE ORDER granting 32 Joint Motion to Continue Status Conference and Exclude Time as to RUBEN OSEGUERA–GONZALEZ. Upon consideration of the joint motion, it is hereby ORDERED that the Videoconference Status Hearing scheduled for September 10, 2021, shall be CONTINUED to December 10, 2021, at 3:00 PM before Chief Judge Beryl Howell; it is FURTHER ORDERED that time under the Speedy Trial Act shall be excluded from September 10, 2021 through December 10, 2021, pursuant to 18 U.S.C. § 3161(h)(7)(A) since the parties submit that this continuance would serve the ends of justice by affording counsel for both the defendant and the government reasonable time necessary for effective preparation. It is SO ORDERED. Signed by Chief Judge Beryl A. Howell on 9/1/2021. (hmc) (Entered: 09/01/2021) |

| 09/01/2021 | 33 | MOTION to Exclude by USA as to RUBEN OSEGUERA–GONZALEZ.(See DE 32 to view document). (bb) (Entered: 09/07/2021) |
|---|---|---|
| 12/03/2021 | 34 | Joint MOTION to Continue *Status Conference and Exclude Time* by USA as to RUBEN OSEGUERA–GONZALEZ. (Attachments: # 1 Text of Proposed Order)(Nardozzi, Anthony) (Entered: 12/03/2021) |
| 12/03/2021 | | MINUTE ORDER as to RUBEN OSEGUERA–GONZALEZ, granting 34 Joint Motion to Continue Status Conference and Exclude Time. Upon consideration of the joint motion, it is hereby ORDERED that the Status Hearing currently scheduled for December 10, 2021, shall be CONTINUED to March 11, 2022, at 3:00 PM via videoconference before Chief Judge Beryl A. Howell; it is FURTHER ORDERED that time under the Speedy Trial Act shall be excluded from December 10, 2021 through March 11, 2022, at the request of the parties and in the best interests of justice and those interests outweigh the interests of the public and the defendant in a speedy trial. Signed by Chief Judge Beryl A. Howell on 12/3/2021. (ztg) (Entered: 12/03/2021) |
| 12/03/2021 | 35 | MOTION to Exclude Timeby USA as to RUBEN OSEGUERA–GONZALEZ. (See DE 34 to view document). (bb) (Entered: 12/27/2021) |
| 03/03/2022 | | Set/Reset Hearings as to RUBEN OSEGUERA–GONZALEZ: Status Hearing rescheduled for 3/11/2022, at 12:30 PM in Courtroom 22A– In Person before Chief Judge Beryl A. Howell. (ztg) (Entered: 03/03/2022) |
| 03/07/2022 | 36 | Joint MOTION to Continue *Status Conference and Exclude Time* by USA as to RUBEN OSEGUERA–GONZALEZ. (Attachments: # 1 Text of Proposed Order)(Nardozzi, Anthony) (Entered: 03/07/2022) |
| 03/07/2022 | | MINUTE ORDER granting 36 Joint Motion to Continue Status Conference and Exclude Time as to RUBEN OSEGUERA–GONZALEZ. Upon consideration of the joint motion, it is hereby ORDERED that the Status Hearing currently scheduled for March 11, 2022, shall be CONTINUED to June 10, 2022, at 9:30 AM in Courtroom 22A In Person before Chief Judge Beryl A. Howell; it is FURTHER ORDERED that time under the Speedy Trial Act shall be excluded from March 11, 2022 through June 10, 2022, for the reasons outlined in the motion and in the best interests of justice and those interests outweigh the interests of the public and the defendant in a speedy trial. Signed by Chief Judge Beryl A. Howell on 3/7/2022. (ztg) (Entered: 03/07/2022) |
| 03/07/2022 | 37 | MOTION to Exclude Time by USA as to RUBEN OSEGUERA–GONZALEZ. (See Docket Entry 36 to View Document). (zhsj) (Entered: 03/08/2022) |
| 05/25/2022 | 38 | NOTICE OF ATTORNEY APPEARANCE Kate M. Naseef appearing for USA. (Naseef, Kate) (Entered: 05/25/2022) |
| 06/01/2022 | 39 | MOTION to Exclude *Time and Set Trial Date* by USA as to RUBEN OSEGUERA–GONZALEZ. (Attachments: # 1 Text of Proposed Order)(Naseef, Kate) (Entered: 06/01/2022) |
| 06/01/2022 | 40 | MOTION to set Trial Date by USA as to RUBEN OSEGUERA–GONZALEZ. (See Docket Entry 39 to View Document). (zhsj) (Entered: 06/01/2022) |
| 06/01/2022 | | MINUTE ORDER (paperless) GRANTING the joint 39 Motion to Exclude Time and Set Trial Date. Upon consideration of the joint motion, it is hereby ORDERED that the Status Hearing currently scheduled for June 10, 2022, shall be VACATED; it is FURTHER ORDERED that the trial for this matter will be governed by the following SCHEDULING ORDER: |

| | | |
|---|---|---|
| | | 1) By March 7, 2023, the parties shall file any pretrial motions, including motions in limine, with any opposition due by March 17, 2023, and any reply due by March 22, 2023;<br><br>2) By March 7, 2023, the parties shall file their Joint Pretrial Statement, *see* Standing Order par. 8, ECF No. 5;<br><br>3) On April 7, 2023, at 10:00 AM the parties are DIRECTED to appear in Courtroom 22A for a pretrial conference in this matter;<br><br>4) On May 1, 2023, at 9:00 AM the parties are DIRECTED to appear for jury selection for a trial in this matter; and<br>it is FURTHER ORDERED that time under the Speedy Trial Act shall be excluded from June 10, 2022 through May 1, 2023, for the reasons outlined in the motion and in the best interests of justice and those interests outweigh the interests of the public and the defendant in a speedy trial. Signed by Chief Judge Beryl A. Howell on June 1, 2022. (lcbah1) (Entered: 06/01/2022) |
| 06/02/2022 | | Set/Reset Deadlines/Hearings as to RUBEN OSEGUERA–GONZALEZ: Pretrial motions, including motions in limine, due by 3/7/2023; oppositions due by 3/17/2023; replies due by 3/22/2023; Joint Pretrial Statement due by 3/7/2023; Pretrial Conference scheduled for 4/7/2023, at 10:00 AM in Courtroom 22A– In Person before Chief Judge Beryl A. Howell; Jury Selection/Jury Trial scheduled for 5/1/2023, at 9:00 AM in Courtroom 22A– In Person before Chief Judge Beryl A. Howell. (ztg) (Entered: 06/02/2022) |
| 11/08/2022 | 41 | NOTICE OF WITHDRAWAL OF APPEARANCE by USA as to RUBEN OSEGUERA–GONZALEZ (Naseef, Kate) (Entered: 11/08/2022) |
| 01/11/2023 | | NOTICE OF RESCHEDULED HEARING as to RUBEN OSEGUERA–GONZALEZ. The parties shall take notice that the Jury Selection/Jury Trial currently scheduled to begin on May 1, 2023, is RESCHEDULED for May 2, 2023, at 9:00 AM in Courtroom 22A– In Person before Chief Judge Beryl A. Howell. (ztg) (Entered: 01/11/2023) |
| 03/03/2023 | 42 | Joint MOTION for Extension of Time to *File Pretrial Motions and Statement* by RUBEN OSEGUERA–GONZALEZ. (Attachments: # 1 Text of Proposed Order)(Onorato, Danny) (Entered: 03/03/2023) |
| 03/03/2023 | | MINUTE ORDER granting 42 Joint Motion to Extend Schedule as to RUBEN OSEGUERA–GONZALEZ. Upon consideration of the joint motion, it is hereby ORDERED that the deadlines to file pretrial motions and the joint pretrial statement shall be EXTENDED until March 21, 2023. Signed by Chief Judge Beryl A. Howell on 3/3/2023. (ztg) (Entered: 03/03/2023) |
| 03/21/2023 | | NOTICE OF HEARING as to RUBEN OSEGUERA–GONZALEZ. The parties shall take notice that a Plea Hearing is scheduled for 4/12/2023, at 9:30 AM in COURTROOM 26A, Fourth Floor, Annex Building – IN PERSON before Judge Beryl A Howell. (ztg) (Entered: 03/21/2023) |
| 03/31/2023 | | Terminated Hearing as to RUBEN OSEGUERA–GONZALEZ: The parties shall take notice that in light of the Plea Hearing scheduled in this matter for April 12, 2023, the Pretrial Conference currently scheduled for April 7, 2023, has been VACATED. (ztg) (Entered: 03/31/2023) |

| 04/06/2023 | 48 | SECOND SUPERSEDING INFORMATION as to RUBEN OSEGUERA–GONZALEZ (1) count(s) 1ss, 2ss. (FORFEITURE ALLEGATION) (zhsj) Modified on 4/7/2023 to add superseding language. (ztnr) (Entered: 04/07/2023) |
| 04/11/2023 | 50 | MOTION Conflict Inquiry by USA as to RUBEN OSEGUERA–GONZALEZ. (Sahni, Kaitlin) (Entered: 04/11/2023) |
| 04/12/2023 | | Minute Entry for proceedings held before Judge Beryl A. Howell: Status Hearing as to RUBEN OSEGUERA–GONZALEZ held on 4/12/2023. Plea hearing converted to a Status Hearing for the reasons stated on the record; a further Status Hearing is scheduled for 4/21/2023, at 1:00 PM in Courtroom 26A– In Person before Judge Beryl A. Howell. Bond Status of Defendant: Defendant committed/commitment issued. Present: Defense Attorneys: Danny C. Onorato and Arturo Corso; US Attorneys: Kaitlin J. Sahni and Kate M. Naseef; Interpreter: Teresa Salazar. (ztg) (Entered: 04/12/2023) |
| 04/17/2023 | | NOTICE OF HEARING as to RUBEN OSEGUERA–GONZALEZ. The parties shall take notice that the Status Hearing currently scheduled for 4/21/2023, at 1:00 PM is RESCHEDULED for 4/21/2023, at 11:00 AM in Courtroom 26A– In Person before Judge Beryl A. Howell. (ztg) (Entered: 04/17/2023) |
| 04/17/2023 | 53 | MOTION for Leave to Appear by Telephone by RUBEN OSEGUERA–GONZALEZ. (Corso, Arturo) (Entered: 04/17/2023) |
| 04/17/2023 | | MINUTE ORDER as to RUBEN OSEGUERA–GONZALEZ, GRANTING 53 Arturo Corso's Motion to Appear by Telephone. Upon consideration of Mr. Corso's motion, it is hereby ORDERED that Attorney Arturo Corso may appear before the Court via telephone at the hearing scheduled in this matter for Friday, April 21, 2023, at 11:00 AM; the deputy clerk is DIRECTED to provide counsel with the necessary remote connection information. Signed by Judge Beryl A. Howell on 4/17/2023. (ztg) (Entered: 04/17/2023) |
| 04/18/2023 | 56 | ENTERED IN ERROR.....NOTICE OF ATTORNEY APPEARANCE: Mariel Colon Miro appearing for RUBEN OSEGUERA–GONZALEZ (Attachments: # 1 proHacViceMotion, # 2 Exhibit, # 3 Certificate of Good Standin, # 4 Court Order)(Colon Miro, Mariel) Modified on 4/18/2023 (ztg). (Entered: 04/18/2023) |
| 04/18/2023 | 57 | NOTICE OF ATTORNEY APPEARANCE: Mariel Colon Miro appearing for RUBEN OSEGUERA–GONZALEZ (Colon Miro, Mariel) (Entered: 04/18/2023) |
| 04/18/2023 | | NOTICE OF ERROR as to RUBEN OSEGUERA–GONZALEZ regarding 56 Notice of Attorney Appearance – Defendant. The following error(s) need correction: INCORRECT CM/ECF EVENT USED TO FILE A PRO HAC VICE MOTION. Please refile. (ztg) (Entered: 04/18/2023) |
| 04/18/2023 | 58 | First MOTION for Leave to Appear Pro Hac Vice Arturo Hernandez–M Fee Status: No Fee Paid. by RUBEN OSEGUERA–GONZALEZ. (Attachments: # 1 Declaration Pro Hoc Vice Application for admission Declaration, # 2 Exhibit Courts Applicant is admitted, # 3 Exhibit Certificate of Good Standing, # 4 Certificate of Service, # 5 Text of Proposed Order)(Colon Miro, Mariel) (Entered: 04/18/2023) |
| 04/18/2023 | | Payment for 58 First MOTION for Leave to Appear Pro Hac Vice Arturo Hernandez–M Fee Status: No Fee Paid. by RUBEN OSEGUERA–GONZALEZ. ($100; Receipt number ADCDC–10007131) (Colon Miro, Mariel) (Entered: 04/18/2023) |
| 04/18/2023 | | MINUTE ORDER (paperless) GRANTING defendant's 58 Motion for Arturo Hernandez–M. to Appear *Pro Hac Vice*. Mr. Hernandez may enter an appearance *pro* |

| | | |
|---|---|---|
| | | *hac vice* for the purpose of representing defendant in this action. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCrR 44.5(a).** Click for instructions. Signed by Judge Beryl A. Howell on April 18, 2023. (lcbah1) Modified ECF motion number on 4/19/2023 (ztg). (Entered: 04/18/2023) |
| 04/18/2023 | 59 | MOTION to Withdraw as Attorney by Danny Onorato and Arturo Corso. by RUBEN OSEGUERA–GONZALEZ. (Attachments: # 1 Text of Proposed Order)(Onorato, Danny) (Entered: 04/18/2023) |
| 04/19/2023 | 60 | MOTION for Appointment of Conflicts Counsel by USA as to RUBEN OSEGUERA–GONZALEZ. (Attachments: # 1 Text of Proposed Order)(Sahni, Kaitlin) (Entered: 04/19/2023) |
| 04/20/2023 | 62 | NOTICE OF ATTORNEY APPEARANCE: Arturo Hernandez–M appearing for RUBEN OSEGUERA–GONZALEZ (Hernandez–M, Arturo) (Entered: 04/20/2023) |
| 04/21/2023 | | Minute Entry for proceedings held before Judge Beryl A. Howell: Status Hearing as to RUBEN OSEGUERA–GONZALEZ held on 4/21/2023. Government's 60 Motion for Appointment of Conflicts Counsel, granted. Attorney A.J. Kramer appointed as an independent conflicts counsel in this matter; Mr. Kramer shall submit a report to the Court within 10 days of today's date. A further Status Hearing is scheduled for 5/12/2023, at 9:30 AM in Courtroom 26A– In Person before Judge Beryl A. Howell. Time excluded under the Speedy Trial Act from 4/21/2023 through 5/12/2023, in the interests of justice and those interests outweigh the interests of the public and the defendant in a speedy trial in order to give the conflicts counsel time to evaluate a potential conflict and submit a report to the Court. Jury Selection/Jury Trial currently scheduled to begin on May 2, 2023, VACATED. Bond Status of Defendant: Defendant committed/commitment issued. PRESENT: Defense Attorney: Danny C. Onorato; Arturo Hernandez–M; US Attorneys: Kaitlin J. Sahni and Kate M. Naseef; Interpreter: Teresa Salazar. Court Reporter: Elizabeth Saint–Loth. (ztg) (Entered: 04/21/2023) |
| 04/22/2023 | 63 | ORDER GRANTING the government's 60 Motion for Appointment of Conflicts Counsel. See order for further details. Signed by Judge Beryl A. Howell on April 22, 2023. (lcbah1) (Entered: 04/22/2023) |
| 05/04/2023 | 64 | MOTION for Leave to Appear by Telephone by RUBEN OSEGUERA–GONZALEZ. (Attachments: # 1 Text of Proposed Order)(Onorato, Danny) (Entered: 05/04/2023) |
| 05/04/2023 | | MINUTE ORDER as to RUBEN OSEGUERA–GONZALEZ, GRANTING 64 Motion to Appear by Telephone. A link to the courtroom shall be provided to counsel by the deputy clerk. SO ORDERED. Signed by Judge Beryl A. Howell on 5/4/2023. (ztg) (Entered: 05/04/2023) |
| 05/07/2023 | 65 | MOTION for Leave to Appear by Telephone by RUBEN OSEGUERA–GONZALEZ. (Corso, Arturo) (Entered: 05/07/2023) |
| 05/08/2023 | | MINUTE ORDER as to RUBEN OSEGUERA–GONZALEZ, GRANTING 65 Arturo Corso's Motion to Appear by Telephone. A link to the courtroom shall be provided to counsel by the deputy clerk. SO ORDERED. Signed by Judge Beryl A. Howell on 5/8/2023. (ztg) (Entered: 05/08/2023) |
| 05/12/2023 | | Minute Entry for proceedings held before Judge Beryl A. Howell: Status Hearing as to RUBEN OSEGUERA–GONZALEZ held on 5/12/2023. A further Status Hearing is scheduled for 9/15/2023, at 9:00 AM in Courtroom 26A– In Person before Judge Beryl A. Howell; 59 MOTION to Withdraw as Attorney by Danny Onorato and Arturo Corso, |

| | | |
|---|---|---|
| | | granted. Time excluded under the Speedy Trial Act from 5/12/2023 through 9/15/2023, in the interests of justice and those interests outweigh the interests of the public and the defendant in a speedy trial in order to give new counsel and his client the time to start reviewing the discovery and decide how to proceed in this matter. Bond Status of Defendant: Defendant committed/commitment issued. Present: Defense Attorneys: Kaitlin J. Sahni and Kate M. Naseef; US Attorneys: Danny C. Onorato, Arturo Corso, Stuart Sears, Arturo Hernandez. Interpreter: Victoria B. Dopazo. Court Reporter: Elizabeth Saint–Loth. (ztg) (Entered: 05/12/2023) |
| 05/24/2023 | 68 | NOTICE *OF MOTION FOR ORDER TO UNSEAL TRANSCRIPT OF APRIL 21, 2023* by RUBEN OSEGUERA–GONZALEZ (Hernandez–M, Arturo) (Entered: 05/24/2023) |
| 05/24/2023 | 69 | RESPONSE by USA as to RUBEN OSEGUERA–GONZALEZ re 68 Notice (Other) *of Motion for Order to Unseal Transcript of April 21, 2023* (Sahni, Kaitlin) (Entered: 05/24/2023) |
| 05/24/2023 | 70 | First MOTION to Amend/Correct 68 Notice (Other) filed by RUBEN OSEGUERA–GONZALEZ by RUBEN OSEGUERA–GONZALEZ. (Hernandez–M, Arturo) (Entered: 05/24/2023) |
| 06/02/2023 | | MINUTE ORDER as to RUBEN OSEGUERA–GONZALEZ, GRANTING the Amended Motion, ECF 70 and LIMITING UNSEALING to Defense Counsel. It is SO ORDERED. Signed by Judge Beryl A. Howell on 6/1/2023. (ztg) (Entered: 06/02/2023) |
| 08/16/2023 | 71 | TRANSCRIPT OF PROCEEDINGS in case as to RUBEN OSEGUERA–GONZALEZ before Magistrate Judge G. Michael Harvey held on 2/21/2020; Page Numbers: 1–13. Date of Issuance:8/16/2023. Court Reporter/Transcriber Kathleen Silva, RPR, CRR, Telephone number kathysilva@verizon.net, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 9/6/2023. Redacted Transcript Deadline set for 9/16/2023. Release of Transcript Restriction set for 11/14/2023.(ztnr) (Entered: 08/16/2023) |
| 08/16/2023 | 72 | TRANSCRIPT OF PROCEEDINGS in case as to RUBEN OSEGUERA–GONZALEZ before Magistrate Judge G. Michael Harvey held on 2/26/2020; Page Numbers: 1–5. Date of Issuance:8/16/2023. Court Reporter/Transcriber Kathleen Silva, RPR, CRR, Telephone number kathysilva@verizon.net, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, |

| | | |
|---|---|---|
| | | condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 9/6/2023. Redacted Transcript Deadline set for 9/16/2023. Release of Transcript Restriction set for 11/14/2023.(ztnr) (Entered: 08/16/2023) |
| 09/15/2023 | | Minute Entry for proceedings held before Judge Beryl A. Howell:Status Conference as to RUBEN OSEGUERA–GONZALEZ held on 9/15/2023. Parties Request Jury Trial. Jury Selection/Trial set for 10/7/2024 at 9:00 AM in Courtroom 26A– In Person before Judge Beryl A. Howell. With The Consent Of The Defendant, Speedy Trial Time Is Excluded 9/15/23 – 10/07/24 In in the interests of justice and those interests outweigh the interests of the public and the defendant in a speedy trial in order to give counsel for the defendant time to review the discovery with his client and continue negotiations towards a resolution short of trial (XT). Bond Status of Defendant: COMMITTED/COMMITMENT ISSUED; Court Reporter: ELIZABETH SAINT–LOTH; Defense Attorney: ARTURO HERNANDEZ; US Attorney: KAITLIN SAHNI; Spanish Interpreter: KARIMA AZZOUZ; (mac) (Entered: 09/15/2023) |
| 09/15/2023 | | MINUTE ORDER (paperless) as to RUBEN OSEGUERA–GONZALEZ, ISSUING, in light of the trial date scheduled during the status conference in this matter on September 15, 2023, the following SCHEDULING ORDER:<br><br>(1) By July 22, 2024, the parties shall file any pre–trial motions, including any motions in limine, with any oppositions due by August 5, 2024, and any replies due by August 12, 2024;<br>(2) By September 2, 2024, the parties shall file their Joint Pretrial Statement;<br>(3) On September 20, 2024, at 9:30 AM, the parties are DIRECTED to appear in Courtroom 26A for a pretrial conference in this matter; and<br>(4) On October 7, 2024, at 9:00 AM, the parties are DIRECTED to appear for jury selection for a trial in this matter.<br>Signed by Judge Beryl A. Howell on September 15, 2023. (lcbah1) (Entered: 09/15/2023) |
| 09/18/2023 | | Set/Reset Deadlines/Hearings as to RUBEN OSEGUERA–GONZALEZ: Pre–Trial Motions, Including Motions in Limine due by 7/22/2024. Oppositions due by 8/5/2024. Replies due by 8/12/2024. Pretrial Statement due by 9/2/2024. Replies due by 8/12/2024. Pretrial Conference set for 9/20/2024 at 09:30 AM in Courtroom 26A– In Person before Judge Beryl A. Howell. (mac) (Entered: 09/18/2023) |
| 10/17/2023 | <u>73</u> | MOTION to Dismiss Superseding Information by USA as to RUBEN OSEGUERA–GONZALEZ. (Attachments: # <u>1</u> Text of Proposed Order)(Sahni, Kaitlin) (Entered: 10/17/2023) |
| 10/17/2023 | | MINUTE ORDER as to RUBEN OSEGUERA–GONZALEZ GRANTING <u>73</u> Motion to Dismiss Superseding Information. It is ORDERED that the Superseding Information, DKt. 48, is dismissed.Signed by Judge Beryl A. Howell on 10/17/23. (mac) (Entered: 10/17/2023) |

| 10/23/2023 | 74 | MOTION for Pretrial Conference Pursuant to the Classified Information Procedures Act and Memorandum in Support Thereof by USA as to RUBEN OSEGUERA–GONZALEZ. (Naseef, Kate) (Entered: 10/23/2023) |
|---|---|---|
| 10/26/2023 | | MINUTE ORDER as to RUBEN OSEGUERA–GONZALEZ GRANTING 74 Motion for Pretrial Conference Pursuant to the Classified Information Procedures Act and Memorandum in Support Thereof. It is ORDERED that the Pretrial Conference shall take place on November 21, 2023 at 9:30 AM in Courtroom 26A– In Person before Judge Beryl A. Howell. It is FURTHER ORDERED that the parties jointly submit, by November 13, 2023, a proposed agenda for the Pretrial Conference outlining the precise CIPA issues in this case to be addressed at the pretrial conference.Signed by Judge Beryl A. Howell on 10/26/23. (mac) (Entered: 10/26/2023) |
| 10/26/2023 | 77 | NOTICE OF ATTORNEY APPEARANCE: Alfred Guillaume, III appearing for RUBEN OSEGUERA–GONZALEZ as *Local Counsel* (Guillaume, Alfred) (Entered: 10/26/2023) |
| 10/26/2023 | 78 | MOTION for Leave to Appear Pro Hac Vice Anthony Colombo Filing fee $ 100, receipt number ADCDC–10449421. Fee Status: Fee Paid. by RUBEN OSEGUERA–GONZALEZ. (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Guillaume, Alfred) (Entered: 10/26/2023) |
| 10/26/2023 | 79 | MOTION for Leave to Appear Pro Hac Vice Jan Edward Ronis Filing fee $ 100, receipt number ADCDC–10449583. Fee Status: Fee Paid. by RUBEN OSEGUERA–GONZALEZ. (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Guillaume, Alfred) (Entered: 10/26/2023) |
| 10/26/2023 | | MINUTE ORDER as to RUBEN OSEGUERA–GONZALEZ (paperless) DENYING WITHOUT PREJUDICE the defendant's 78 Motion for Leave for Anthony E. Colombo, Jr., to Appear Pro Hac Vice, for failure to comply with LCvR 4.1(c)(2)(2) in the declaration submitted with the motion. Signed by Judge Beryl A. Howell on October 26, 2023. (lcbah2) (Entered: 10/26/2023) |
| 10/26/2023 | | MINUTE ORDER as to RUBEN OSEGUERA–GONZALEZ (paperless) GRANTING the defendant's 79 Motion for Leave for Jan Edward Ronis to Appear Pro Hac Vice. Jan Edward Ronis may enter an appearance pro hac vice for the purpose of representing Ruben Oseguera–Gonzalez. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCrR 44.5(a).** Click for instructions. Signed by Judge Beryl A. Howell on October 26, 2023. (lcbah2) (Entered: 10/26/2023) |
| 10/26/2023 | 80 | Amended MOTION for Leave to Appear Pro Hac Vice Anthony Colombo Fee Status: No Fee Paid. by RUBEN OSEGUERA–GONZALEZ. (Attachments: # 1 Declaration Amended Declaration, # 2 Text of Proposed Order)(Guillaume, Alfred) (Entered: 10/26/2023) |
| 10/31/2023 | | MINUTE ORDER (paperless) GRANTING 80 Amended Motion for Leave for Anthony E. Colombo, Jr., to Appear Pro Hac Vice as to RUBEN OSEGUERA–GONZALEZ (1). Anthony E. Colombo, Jr., may enter an appearance pro hac vice for the purpose of representing the defendant. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCrR 44.5(a).** Click for instructions. Signed by Judge Beryl A. Howell on October 31, 2023. (lcbah2) (Entered: 10/31/2023) |
| 11/01/2023 | 81 | NOTICE of Substitution of Counsel by RUBEN OSEGUERA–GONZALEZ. (Attachments: # 1 Certificate of Service). (Ronis, Jan) Modified Text on 11/3/2023 (zhsj). (Entered: 11/01/2023) |

| 11/02/2023 | 82 | NOTICE OF SUBSTITUTION OF COUNSEL Attorney Colombo, Anthony added. Substituting for attorney Mariel Colon Miro and Arturo Hernandez M (Attachments: # 1 Certificate of Service)(Colombo, Anthony) (Entered: 11/02/2023) |
|---|---|---|
| 11/03/2023 | 83 | NOTICE OF ATTORNEY APPEARANCE: Anthony Colombo, Jr appearing for RUBEN OSEGUERA–GONZALEZ (Colombo, Anthony) (Entered: 11/03/2023) |
| 11/03/2023 | 84 | NOTICE OF ATTORNEY APPEARANCE: Jan Edward Ronis appearing for RUBEN OSEGUERA–GONZALEZ (Ronis, Jan) (Entered: 11/03/2023) |
| 11/07/2023 | 85 | Joint MOTION for Order Advance Pretrial Conference to November 17, 2023 at 9:30 a.m. by RUBEN OSEGUERA–GONZALEZ. (Colombo, Anthony) (Entered: 11/07/2023) |
| 11/07/2023 | 86 | NOTICE of Proposed Order by RUBEN OSEGUERA–GONZALEZ re 85 Joint MOTION for Order Advance Pretrial Conference to November 17, 2023 at 9:30 a.m. (Colombo, Anthony) (Entered: 11/07/2023) |
| 11/07/2023 | 87 | Unopposed MOTION to Designate a Classified Information Security Officer by USA as to RUBEN OSEGUERA–GONZALEZ. (Attachments: # 1 Text of Proposed Order)(Naseef, Kate) (Entered: 11/07/2023) |
| 11/07/2023 |  | MINUTE ORDER as to RUBEN OSEGUERA–GONZALEZ GRANTING 85 Joint Motion for Order Advance Pretrial Conference to November 17, 2023 at 9:30 a.m. Accordingly, The Pretrial Conference Currently Scheduled for November 21, 2023 is ADVANCED to November 17, 2023 at 9:30 AM in Courtroom 26A In Person before Judge Beryl A. Howell. Signed by Judge Beryl A. Howell on 11/07/23. (mac) (Entered: 11/07/2023) |
| 11/07/2023 | 88 | First MOTION to Withdraw as Attorney by Arturo Hernandez–M. by RUBEN OSEGUERA–GONZALEZ. (Hernandez–M, Arturo) (Entered: 11/07/2023) |
| 11/07/2023 | 89 | ORDER as to RUBEN OSEGUERA–GONZALEZ GRANTING 87 Unopposed Motion to Designate Classified Information Security Officer. Signed by Judge Beryl A. Howell on November 7, 2023. (lcbah4) (Entered: 11/07/2023) |
| 11/08/2023 |  | MINUTE ORDER as to RUBEN OSEGUERA–GONZALEZ (paperless) DENYING, without prejudice, defendant's 88 Motion to Withdraw as Counsel of Record, which in a single page justifies the request on the basis of avoiding "any perceived or actual conflict of interest," where an independent conflicts counsel appointed by this Court to investigate this same matter found no actual conflict and defendant expressly waived any possible or potential conflicts, *see* Min. Entry (Apr. 21, 2023); Report of Independent Counsel, ECF No. 66, and where defendant's motion contains no discussion of new information to alter that prior independent conclusion and waiver, nor about any impact on the operative schedule of proceedings set out in the SCHEDULING ORDER issued on September 15, 2023, including the trial date, nor acknowledgment of the interests served by continuity of counsel, considering the long pendency and the volume of discovery at–issue in this matter and previous delays caused by new counsel; and further ADVISING defendant that such counsel substitution request may be renewed at the scheduled November 17, 2023, conference. Signed by Judge Beryl A. Howell on November 8, 2023. (lcbah4) (Entered: 11/08/2023) |
| 11/08/2023 | 90 | First MOTION to Withdraw as Attorney by Mariel Colon Miro. by RUBEN OSEGUERA–GONZALEZ. (Colon Miro, Mariel) (Entered: 11/08/2023) |
| 11/09/2023 |  |  |

| | | |
|---|---|---|
| | | MINUTE ORDER as to RUBEN OSEGUERA–GONZALEZ (paperless) DENYING, without prejudice, defendant's 90 Motion to Withdraw as Counsel of Record, which in a single page justifies the request on the basis of avoiding "any perceived and or actual conflict of interest," where an independent conflicts counsel appointed by this Court to investigate this same matter found no actual conflict and defendant expressly waived any possible or potential conflicts, see Min. Entry (Apr. 21, 2023); Report of Independent Counsel, ECF No. 66, and where defendant's motion contains no discussion of new information to alter that prior independent conclusion and waiver, nor about any impact on the operative schedule of proceedings set out in the SCHEDULING ORDER issued on September 15, 2023, including the trial date, nor acknowledgment of the interests served by continuity of counsel, considering the long pendency and the volume of discovery at–issue in this matter and previous delays caused by new counsel; and further ADVISING defendant that such counsel substitution request may be renewed at the scheduled November 17, 2023, conference.Signed by Judge Beryl A. Howell on 11/09/23. (mac) (Entered: 11/09/2023) |
| 11/09/2023 | 91 | Amended MOTION to Withdraw as Attorney re 88 First MOTION to Withdraw as Attorney by Arturo Hernandez–M. filed by RUBEN OSEGUERA–GONZALEZ by RUBEN OSEGUERA–GONZALEZ. (Hernandez–M, Arturo) Modified event on 11/14/2023 (znmw). (Entered: 11/09/2023) |
| 11/10/2023 | | MINUTE ORDER as to RUBEN OSEGUERA–GONZALEZ (paperless) DENYING, without prejudice, defendant's 91 Amended Motion to Withdraw as Counsel of Record, which justifies the renewed request on the incorrect basis that defendant's newly retained counsel "has filed and was granted a Substitution of Attorney to replace [counsel of record] as attorney of record in this case," where the referenced 81 82 Notices of Substitution of Counsel filed by defendant's newly retained counsel have not been approved with the required signature by a U.S. District Court judge, and defendant's 91 Amended Motion, again, fails to correct the deficiencies in defendant's prior 88 Motion, as outlined in a MINUTE ORDER issued on November 8, 2023, and comply with applicable procedural rules by not addressing the impact of withdrawal on the operative schedule of proceedings nor acknowledging the interests served by continuity of counsel, *see* D.D.C. LCrR 44.5(d) ("An attorney who has appeared in a criminal case may thereafter withdraw only by written motion ... The Court may deny a motion to withdraw if the attorney's withdrawal would unduly delay trial of the case or be unfairly prejudicial to any party, or otherwise not be in the interests of justice."). Signed by Judge Beryl A. Howell on November 10, 2023. (lcbah4) (Entered: 11/10/2023) |
| 11/14/2023 | 92 | Second MOTION to Amend/Correct *Motion to Withdraw as Counsel of Record* by RUBEN OSEGUERA–GONZALEZ. (Hernandez–M, Arturo) (Entered: 11/14/2023) |
| 11/14/2023 | 93 | First MOTION for Leave to Appear by Telephone by RUBEN OSEGUERA–GONZALEZ. (Hernandez–M, Arturo) (Entered: 11/14/2023) |
| 11/14/2023 | | MINUTE ORDER as to RUBEN OSEGUERA–GONZALEZ GRANTING 93 First Motion for Leave to Appear by Telephone. It is ORDERED that attorney, Arturo Hernandez–M, shall be permitted to appear at the pre–trial conference set for November 17, 2023 at 9:30am via phone or VTC. Signed by Judge Beryl A. Howell on 11/14/23. (mac) (Entered: 11/14/2023) |
| 11/15/2023 | 95 | Amended MOTION to Withdraw as Attorney by Mariel Colon Miro. by RUBEN OSEGUERA–GONZALEZ. (Colon Miro, Mariel) (Entered: 11/15/2023) |
| 11/17/2023 | | |

| | | |
|---|---|---|
| | | MINUTE ORDER as to RUBEN OSEGUERA–GONZALEZ (paperless) DIRECTING, upon consideration of the parties' positions at the pretrial conference held on November 17, 2023, regarding the government's <u>74</u> Motion for Pretrial Conference Pursuant to the Classified Information Procedures Act ("CIPA"), the government to confer with defendant and submit, by November 17, 2023 at 6 p.m., a proposed schedule for the filing of any CIPA Section 4 motion; FURTHER DIRECTING the parties to submit jointly, by November 22, 2023, three proposed dates in Summer 2024 for trial in this matter or an explanation from defense counsel why the current October 7, 2024, trial date cannot be moved forward; and GRANTING defendant's <u>92</u> <u>95</u> Amended Motions to Withdraw as Counsel of Record. Signed by Judge Beryl A. Howell on November 17, 2023. (lcbah4) (Entered: 11/17/2023) |
| 11/17/2023 | | Minute Entry for proceedings held before Judge Beryl A. Howell:Pretrial Conference as to RUBEN OSEGUERA–GONZALEZ held on 11/17/2023. Bond Status of Defendant: COMMITTED/COMMITMENT ISSUED; Court Reporter: ELIZABETH SAINT–LOTH; Spanish Interpreters: SHELLEY BLUMBERG/CHARLES BECKER; Defense Attorney: ANTHONY COLOMBO/JAN RONIS; US Attorney: KAITLIN SAHNI/KATE NASEEF; (mac) (Entered: 11/17/2023) |
| 11/17/2023 | 97 | Unopposed MOTION to Schedule CIPA Section 4 Motion Deadline by USA as to RUBEN OSEGUERA–GONZALEZ. (Naseef, Kate) (Entered: 11/17/2023) |
| 11/20/2023 | 98 | NOTICE OF ATTORNEY APPEARANCE Jonathan R. Hornok appearing for USA. (Hornok, Jonathan) (Entered: 11/20/2023) |
| 11/21/2023 | | MINUTE ORDER (paperless) DIRECTING the government, upon consideration of the government's <u>97</u> Unopposed Motion to Schedule CIPA Section 4 Motion, to file, by December 22, 2023, an initial CIPA Section 4 motion, and by April 19, 2024, any supplemental CIPA Section 4 motion. Signed by Judge Beryl A. Howell on November 21, 2023. (lcbah4) (Entered: 11/21/2023) |
| 11/21/2023 | | Set/Reset Deadlines as to RUBEN OSEGUERA–GONZALEZ: Government Initial CIPA Section 4 Motion due by 12/22/2023. Government Supplemental CIPA Section 4 Motion due by 4/1+9/2024. (mac) (Entered: 11/21/2023) |
| 11/22/2023 | 99 | Joint MOTION PROPOSE NEW TRIAL DATES by RUBEN OSEGUERA–GONZALEZ. (Ronis, Jan) (Entered: 11/22/2023) |
| 11/27/2023 | | MINUTE ORDER (paperless) RUBEN OSEGUERA–GONZALEZ GRANTING IN PART the parties' <u>99</u> Joint Motion to Propose New Trial Dates insofar as it recommends to advance the trial currently scheduled to begin October 7, 2024, and ISSUING the following revised SCHEDULING ORDER:<br><br>(1) By July 3, 2024, the parties shall file any pre–trial motions, including any motions *in limine*, with any oppositions due by July 18, 2024, and any replies due by July 25, 2024; (2) By August 1, 2024, the parties shall file their Joint Pretrial Statement; (3) On August 16, 2024, at 9:30 AM, the parties are DIRECTED to appear in Courtroom 26A for a pretrial conference in this matter; and (4) On September 9, 2024, at 9:00 AM, the parties are DIRECTED to appear for jury selection for a trial in this matter.<br><br>Signed by Judge Beryl A. Howell on November 27, 2023. (lcbah4) (Entered: 11/27/2023) |
| 11/27/2023 | | |

| | | |
|---|---|---|
| | | Set/Reset Deadlines/Hearings as to RUBEN OSEGUERA−GONZALEZ: Pre−Trial Motions, Including Motions In Limine due by 7/3/2024. Oppositions due by 7/18/2024. Replies due by 7/25/2024. Parties Joint Pretrial Statement due by 8/1/2024. Pretrial Conference set for 8/16/2024 at 09:30 AM in Courtroom 26A− In Person before Judge Beryl A. Howell. Jury Selection set for 9/9/2024 at 09:00 AM in Courtroom 26A− In Person before Judge Beryl A. Howell.. (mac) (Entered: 11/27/2023) |
| 12/22/2023 | 100 | MOTION to Delete and Substitute Classified Information in Discovery Pursuant to the Classified Information Procedures Act by USA as to RUBEN OSEGUERA−GONZALEZ. (zstd) (Entered: 12/26/2023) |
| 02/26/2024 | 106 | TRANSCRIPT OF PROCEEDINGS, in case as to RUBEN OSEGUERA−GONZALEZ, before Judge Beryl A. Howell, held on 9−15−2023. Page Numbers: 1 − 8. Date of Issuance:2−26−2024. Court Reporter: Elizabeth SaintLoth, Telephone number: 202−354−3242. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 3/18/2024. Redacted Transcript Deadline set for 3/28/2024. Release of Transcript Restriction set for 5/26/2024.(Saint−Loth, Elizabeth) (Entered: 02/26/2024) |
| 02/26/2024 | 107 | TRANSCRIPT OF PROCEEDINGS, in case as to RUBEN OSEGUERA−GONZALEZ, before Judge Beryl A. Howell, held on 5−22−2020. Page Numbers: 1 − 11. Date of Issuance:2−26−2024. Court Reporter: Elizabeth SaintLoth, Telephone number: 2−26−2024. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 3/18/2024. Redacted Transcript Deadline set for 3/28/2024. Release of Transcript Restriction set for 5/26/2024.(Saint−Loth, Elizabeth) (Entered: 02/26/2024) |

| 02/26/2024 | 108 | TRANSCRIPT OF PROCEEDINGS, in case as to RUBEN OSEGUERA−GONZALEZ, before Judge Beryl A. Howell, held on 5−12−2023; Page Numbers: 1 − 23. Date of Issuance:2−26−2024. Court Reporter: Elizabeth SaintLoth, Telephone number: 2−26−2024. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 3/18/2024. Redacted Transcript Deadline set for 3/28/2024. Release of Transcript Restriction set for 5/26/2024.(Saint−Loth, Elizabeth) (Entered: 02/26/2024) |
| --- | --- | --- |
| 02/26/2024 | 109 | TRANSCRIPT OF PROCEEDINGS, in case as to RUBEN OSEGUERA−GONZALEZ, before Judge Beryl A. Howell, held on 4−21−2023. Page Numbers: 1 − 23. Date of Issuance:2−26−2024. Court Reporter: Elizabeth SaintLoth, Telephone number: 202−354−3242. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 3/18/2024. Redacted Transcript Deadline set for 3/28/2024. Release of Transcript Restriction set for 5/26/2024.(Saint−Loth, Elizabeth) (Entered: 02/26/2024) |
| 02/26/2024 | 110 | TRANSCRIPT OF PROCEEDINGS, in case as to RUBEN OSEGUERA−GONZALEZ, before Judge Beryl A. Howell, held on 2−28−2020. Page Numbers: 1 − 12. Date of Issuance:2−26−2024. Court Reporter: Elizabeth SaintLoth, Telephone number: 202−354−3242. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter. |

| | | |
|---|---|---|
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 3/18/2024. Redacted Transcript Deadline set for 3/28/2024. Release of Transcript Restriction set for 5/26/2024.(Saint−Loth, Elizabeth) (Entered: 02/26/2024) |
| 03/21/2024 | 114 | MOTION to Compel *Discovery*, MOTION for Discovery by RUBEN OSEGUERA−GONZALEZ. (Colombo, Anthony) (Entered: 03/21/2024) |
| 03/21/2024 | 115 | MOTION for Bill of Particulars by RUBEN OSEGUERA−GONZALEZ. (Colombo, Anthony) (Entered: 03/21/2024) |
| 03/25/2024 | 116 | Joint MOTION for Hearing *on Defendant's Motion to Compel Discovery and Motion for a Bill of Particulars* by RUBEN OSEGUERA−GONZALEZ. (Attachments: # 1 Text of Proposed Order)(Colombo, Anthony) (Entered: 03/25/2024) |
| 03/25/2024 | | MINUTE ORDER as to RUBEN OSEGUERA−GONZALEZ DENYING, without prejudice, parties 116 Joint Motion for Hearing on Defendant's Motion to Compel Discovery and Motion for a Bill of Particulars. The scheduling of any necessary hearing will be determined when the briefing on these motions is completed. See D.D.C. LCrR 47(f) (allowing oral hearing requested by a party shall be within the discretion of the Court.). Signed by Judge Beryl A. Howell on 03/25/24. (mac) (Entered: 03/25/2024) |
| 04/04/2024 | 117 | Memorandum in Opposition by USA as to RUBEN OSEGUERA−GONZALEZ re 114 Motion to Compel, Motion for Discovery (Hornok, Jonathan) (Entered: 04/04/2024) |
| 04/04/2024 | 118 | Memorandum in Opposition by USA as to RUBEN OSEGUERA−GONZALEZ re 115 Motion for Bill of Particulars (Sahni, Kaitlin) (Entered: 04/04/2024) |
| 04/12/2024 | 119 | Unopposed MOTION for Extension of Time by USA as to RUBEN OSEGUERA−GONZALEZ. (Attachments: # 1 Text of Proposed Order) (Sahni, Kaitlin) Modified Event on 4/12/2024 (zhsj). (Entered: 04/12/2024) |
| 04/12/2024 | | MINUTE ORDER as to RUBEN OSEGUERA−GONZALEZ GRANTING 119 Government's Unopposed Motion for Extension of Time. It is ORDERED that the deadline for the Government to file a supplemental CIPA Section 4 Motion is extended to May 20, 2024. Signed by Judge Beryl A. Howell on April 12, 2024. (zalh) (Entered: 04/12/2024) |
| 04/17/2024 | | MINUTE ORDER as to RUBEN OSEGUERA−GONZALEZ: Motion Hearing on Defendant's Motion to Compel Discovery and Motion for a Bill of Particulars is scheduled for 5/17/2024 at 9:30 AM in Courtroom 26A− In Person before Judge Beryl A. Howell. Signed by Judge Beryl A. Howell on 04/17/24. (mac) (Entered: 04/17/2024) |
| 05/02/2024 | 120 | Joint MOTION to Continue *Pretrial Motion Hearing currently scheduled for May 17, 2024, at 9:30 a.m.* by RUBEN OSEGUERA−GONZALEZ. (Attachments: # 1 Text of Proposed Order)(Colombo, Anthony) (Entered: 05/02/2024) |
| 05/06/2024 | | MINUTE ORDER as to RUBEN OSEGUERA−GONZALEZ GRANTING IN PART AND DENYING IN PART 120 Joint Motion to Continue Pretrial Motion Hearing currently scheduled for May 17, 2024, at 9:30 a.m. It is ORDERED that the motion |

| | | |
|---|---|---|
| | | hearing currently scheduled for May 17, 2024 is VACATED and RESET for May 10, 2024 at 10:00 AM in Courtroom 26A– In Person before Judge Beryl A. Howell. Signed by Judge Beryl A. Howell on 05/06/24. (mac) (Entered: 05/06/2024) |
| 05/07/2024 | | MINUTE ORDER as to Ruben Gonzalez–Oseguera RE–SCHEDULING, at the request of the parties, the motion hearing currently scheduled for May 10, 2024. It is ORDERED that the motion hearing shall now take place on May 13, 2024 at 9:30AM in Courtroom 26A– In Person before Judge Beryl A. Howell. Signed by Judge Beryl A. Howell on 05/07/24. (mac) (Entered: 05/07/2024) |
| 05/07/2024 | 121 | MOTION for Frye/Cooper Hearing by USA as to RUBEN OSEGUERA–GONZALEZ. (Attachments: # 1 Text of Proposed Order)(Hornok, Jonathan) Modified event type on 5/8/2024 (zljn). (Entered: 05/07/2024) |
| 05/08/2024 | | MINUTE ORDER as to RUBEN OSEGUERA–GONZALEZ GRANTING 121 Motion for Frye/Cooper Hearing. It is ORDERED that the Frye/Cooper Hearing is scheduled for May 13, 2024 at 9:30AM in Courtroom 26A– In Person before Judge Beryl A. Howell. Signed by Judge Beryl A. Howell on 05/08/24. (mac) (Entered: 05/08/2024) |
| 05/13/2024 | | MINUTE ORDER as to RUBEN OSEGUERA–GONZALEZ, upon consideration of the parties' arguments and positions at the hearing today on defendant's 114 Motion to Compel, DIRECTING the parties to adhere to the following schedule, which supplements the deadlines in the Scheduling Order, *see* Minute Order (Nov. 27, 2023); *see also* 5 Standing Order: <br><br> 1. By May 14, 2024 at 5 PM ET, defendant shall file a supplemental submission, with fulsome explanation and citations to applicable law, in support of defendant's 114 Motion to Compel, to which defendant filed no reply in response to the government's 117 Opposition, addressing the basis for any outstanding discovery request, as to which defense counsel did not during the hearing disclaim the necessity for judicial intervention, including addressing, in particular, request number 2 and its subparts; <br><br> 2. By May 16, 2024 at 5 PM ET, the government shall file any response to defendant's submission; <br><br> 3. By June 14, 2024, the government shall provide notice regarding its intent to introduce at trial any evidence, pursuant to Federal Rule of Evidence 404(b), and shall disclose any expert witness(es) the government intends to have testify at trial; <br><br> 4. By August 26, 2024, the government shall produce to defendant any materials subject to disclosure under *Giglio v. United States*, 405 U.S. 150 (1972), and Jencks Act, 18 U.S.C. § 3500. <br><br> Signed by Judge Beryl A. Howell on May 13, 2024. (lcbah4) (Entered: 05/13/2024) |
| 05/13/2024 | | Minute Entry for proceedings held before Judge Beryl A. Howell: Motion/Frye/Cooper Hearing as to RUBEN OSEGUERA–GONZALEZ held on 5/13/2024 re 114 Motion to Compel Discovery, Motion for Discovery and 115 Motion for Bill of Particulars. Bond Status of Defendant: COMMITTED/COMMITMENT ISSUED; Court Reporter: ELIZABETH SAINT–LOTH; Defense Attorney: ANTHONY COLUMBO/JAN RONIS; US Attorney: JONATHAN HORNOK/KAITLIN SAHNI/KATE NASEEF; Spanish Interpreter: KARIMA AZZOUZ/SUSANNA MARTIN; (mac) (Entered: 05/13/2024) |

| 05/13/2024 | | Set/Reset Deadlines as to RUBEN OSEGUERA–GONZALEZ: Defendant Supplemental Submission due no later than 5:00PM on 5/14/2024. Government Response To Defendant's Submission due no later than 5:00PM on 5/16/2024. Government Notice due by 6/14/2024 (mac) (Entered: 05/13/2024) |
|---|---|---|
| 05/13/2024 | 122 | NOTICE *of Plea Offer Letter* by USA as to RUBEN OSEGUERA–GONZALEZ (Sahni, Kaitlin) (Entered: 05/13/2024) |
| 05/14/2024 | 123 | SUPPLEMENT by RUBEN OSEGUERA–GONZALEZ *Pursuant to Court Minute Order issued on May 13, 2024* (Colombo, Anthony) (Entered: 05/14/2024) |
| 05/15/2024 | 124 | SUPPLEMENTAL re 100 MOTION to Delete and Substitute Classified Information in Discovery Pursuant to the Classified Information Procedures Actby USA as to RUBEN OSEGUERA–GONZALEZ. (CLASSIFIED INFORMATION) (zljn) (Entered: 05/16/2024) |
| 05/16/2024 | 125 | Memorandum in Opposition by USA as to RUBEN OSEGUERA–GONZALEZ re 114 Motion to Compel, Motion for Discovery and 123 SUPPLEMENTAL BRIEFING (Hornok, Jonathan) Modified to add second link on 5/17/2024 (zstd). (Entered: 05/16/2024) |
| 05/29/2024 | 130 | ORDER as to RUBEN OSEGUERA–GONZALEZ (1), DENYING defendant's 114 Motion to Compel Discovery and 115 Motion for a Bill of Particulars. See Order for further details. Signed by Judge Beryl A. Howell on May 29, 2024. (lcbah4) (Entered: 05/29/2024) |
| 05/29/2024 | 131 | MEMORANDUM OPINION as to RUBEN OSEGUERA–GONZALEZ, regarding defendant's 114 Motion to Compel Discovery and 115 Motion for a Bill of Particulars. Signed by Judge Beryl A. Howell on May 29, 2024. (lcbah4) (Entered: 05/29/2024) |
| 06/11/2024 | 132 | NOTICE *of Rule 404(b) Evidence* by USA as to RUBEN OSEGUERA–GONZALEZ (Sahni, Kaitlin) (Entered: 06/11/2024) |
| 06/11/2024 | 133 | NOTICE OF SUBSTITUTION OF COUNSEL as to USA. Attorney Begian, Lernik added. Substituting for attorney Cole Radovich (Begian, Lernik) (Entered: 06/11/2024) |
| 06/14/2024 | 134 | NOTICE *of Expert Testimony Pursuant to Fed. R. Crim. P. 16(G)* by USA as to RUBEN OSEGUERA–GONZALEZ (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Hornok, Jonathan) (Entered: 06/14/2024) |
| 06/27/2024 | 135 | MOTION for 404(b) Evidence *Exclude* by RUBEN OSEGUERA–GONZALEZ. (Colombo, Anthony) (Entered: 06/27/2024) |
| 06/28/2024 | 136 | Joint MOTION for Extension of Time to File *Pretrial Motions* by RUBEN OSEGUERA–GONZALEZ. (Attachments: # 1 Text of Proposed Order)(Colombo, Anthony) (Entered: 06/28/2024) |
| 06/28/2024 | | MINUTE ORDER (paperless) as to RUBEN OSEGUERA–GONZALEZ, GRANTING the parties' 136 Joint Motion for an Order Extending the Deadline to File Pretrial Motions, and AMENDING the SCHEDULING ORDER issued on November 27, 2023, as supplemented on May 13, 2024, only as follows:&nbsp&nbspBy July 8, 2024, the parties shall file any pre–trial motions, including any motions *in limine*, with any oppositions due by July 22, 2024, and any replies due by July 29, 2024. Signed by Judge Beryl A. Howell on June 28, 2024. (lcbah4) (Entered: 06/28/2024) |
| 07/01/2024 | 137 | |

| | | |
|---|---|---|
| | | MOTION Preclude the Use of Defendant's Statements Made During the Course of Plea Negotiations by RUBEN OSEGUERA–GONZALEZ. (Colombo, Anthony) (Entered: 07/01/2024) |
| 07/02/2024 | | Set/Reset Deadlines as to RUBEN OSEGUERA–GONZALEZ: Pre–Trial Motions, Including Motion in Limine due by 7/8/2024. Responses due by 7/22/2024. Replies due by 7/29/2024. (mac) (Entered: 07/02/2024) |
| 07/06/2024 | 138 | MOTION to Exclude *Expert Testimony* by RUBEN OSEGUERA–GONZALEZ. (Colombo, Anthony) (Entered: 07/06/2024) |
| 07/08/2024 | 139 | MOTION to Suppress *Evidence (wiretap)* by RUBEN OSEGUERA–GONZALEZ. (Colombo, Anthony) (Entered: 07/08/2024) |
| 07/08/2024 | 140 | MOTION In Limine to Preclude Improper Use of Agent Interview Reports and Notes by USA as to RUBEN OSEGUERA–GONZALEZ. (Attachments: # 1 Text of Proposed Order)(Naseef, Kate) (Entered: 07/08/2024) |
| 07/08/2024 | 141 | MOTION for Witnesses to Testify in Pseudonym by USA as to RUBEN OSEGUERA–GONZALEZ. (Attachments: # 1 Text of Proposed Order)(Naseef, Kate) (Entered: 07/08/2024) |
| 07/08/2024 | 143 | MOTION to Exclude *Hearsay*, MOTION to Permit *Attorney Voir Dire*, MOTION Exclude Appeal to Passion or Prejudice in Argument; Exclude vouching; and Exclude New Arguments on Rebuttal Closing by RUBEN OSEGUERA–GONZALEZ. (Colombo, Anthony) (Entered: 07/08/2024) |
| 07/09/2024 | 146 | MOTION in Limine to Admit Signed Statement of Facts by USA as to RUBEN OSEGUERA–GONZALEZ. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A, # 3 Exhibit B)(zljn) (Entered: 07/17/2024) |
| 07/09/2024 | 147 | Memorandum in Opposition by USA as to RUBEN OSEGUERA–GONZALEZ re 137 Motion to Preclude (See docket entry 146 to view document) (zljn) (Entered: 07/17/2024) |
| 07/19/2024 | 148 | RESPONSE by RUBEN OSEGUERA–GONZALEZ re 146 MOTION in Limine (Colombo, Anthony) (Entered: 07/19/2024) |
| 07/22/2024 | 149 | Memorandum in Opposition by USA as to RUBEN OSEGUERA–GONZALEZ re 143 Motion to Exclude,, Motion to Permit,, Motion for Miscellaneous Relief, (Begian, Lernik) (Entered: 07/22/2024) |
| 07/22/2024 | 150 | Memorandum in Opposition by USA as to RUBEN OSEGUERA–GONZALEZ re 139 Motion to Suppress (Naseef, Kate) (Entered: 07/22/2024) |
| 07/22/2024 | 153 | SUPPLEMENTAL NOTICE of Expert Testimony Pursuant to Fed. R. Crim. P. 16(G) by USA as to RUBEN OSEGUERA–GONZALEZ (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Hornok, Jonathan) Modified text on 7/23/2024 (zstd). (Entered: 07/22/2024) |
| 07/22/2024 | 154 | Memorandum in Opposition by USA as to RUBEN OSEGUERA–GONZALEZ re 138 Motion to Exclude (Hornok, Jonathan) (Entered: 07/22/2024) |
| 07/22/2024 | 156 | Memorandum in Opposition by USA as to RUBEN OSEGUERA–GONZALEZ re 135 Motion for 404(b) Evidence (zljn) (Entered: 07/24/2024) |
| 07/24/2024 | 158 | REPLY TO OPPOSITION to Motion by RUBEN OSEGUERA–GONZALEZ re 138 MOTION to Exclude *Expert Testimony* (Colombo, Anthony) (Entered: 07/24/2024) |

| 07/29/2024 | 160 | REPLY TO OPPOSITION to Motion by RUBEN OSEGUERA–GONZALEZ re 135 MOTION for 404(b) Evidence *Exclude* (Colombo, Anthony) (Entered: 07/29/2024) |
| 07/30/2024 | 163 | REPLY in Support by USA as to RUBEN OSEGUERA–GONZALEZ re 146 MOTION in Limine to Admit Statement of Facts (zljn) (Entered: 08/02/2024) |
| 07/31/2024 | 161 | PRETRIAL MEMORANDUM *Joint Pretrial Statement* by USA as to RUBEN OSEGUERA–GONZALEZ (Naseef, Kate) (Entered: 07/31/2024) |
| 08/01/2024 | 162 | Request for Notice of Defendant's Alibi by USA as to RUBEN OSEGUERA–GONZALEZ (Hornok, Jonathan) Modified text on 8/4/2024 (zstd). (Entered: 08/01/2024) |
| 08/05/2024 | 163 | MEMORANDUM OPINION & ORDER as to RUBEN OSEGUERA–GONZALEZ GRANTING defendant's 137 Motion to Preclude the Use of Defendant's Statements Made During the Course of Plea Negotiations; and DENYING the government's 144 146 Motion in Limine to Admit Signed Statement of Facts and Opposition to Defendant's Motion to Preclude Use of the Same. See Order for further details. Signed by Judge Beryl A. Howell on 08/05/24. (zmac) (Entered: 08/05/2024) |
| 08/05/2024 |  | Set/Reset Deadlines as to RUBEN OSEGUERA–GONZALEZ:Parties Joint Status Report due by 8/7/2024. (mac) (Entered: 08/05/2024) |
| 08/06/2024 | 165 | Joint STATUS REPORT *on Court's August 5, 2024, Order* by RUBEN OSEGUERA–GONZALEZ (Colombo, Anthony) (Entered: 08/06/2024) |
| 08/06/2024 |  | MINUTE ORDER (paperless) as to RUBEN OSEGUERA–GONZALEZ, upon consideration of the parties' 165 Joint Status Report, DIRECTING the Clerk of the Court to UNSEAL the Court's August 5, 2024 163 Memorandum Opinion and Order. Signed by Judge Beryl A. Howell on August 6, 2024. (lcbah1) (Entered: 08/06/2024) |
| 08/12/2024 | 166 | ORDER as to RUBEN OSEGUERA–GONZALEZ, GRANTING IN PART AND DENYING IN PART defendant's 135 Motion to Exclude Proposed Rule 404(b) Evidence. See Order for further details. Signed by Judge Beryl A. Howell on August 12, 2024. (lcbah1) (Entered: 08/12/2024) |
| 08/12/2024 | 167 | MEMORANDUM OPINION as to RUBEN OSEGUERA–GONZALEZ, regarding defendant's 135 Motion to Exclude Proposed Rule 404(b) Evidence.(This document is SEALED and only available to authorized persons.) (zmac) (Entered: 08/12/2024) |
| 08/13/2024 | 169 | MEMORANDUM OPINION & ORDER as to RUBEN OSEGUERA–GONZALEZ, GRANTING the government's 140 Motion *In Limine* to Preclude Improper Use of Agent Interview Reports and Notes, and 141 Motion for Witnesses to Testify in Pseudonym. See Memorandum Opinion & Order for further details. Signed by Judge Beryl A. Howell on August 13, 2024. (lcbah4) (Entered: 08/13/2024) |
| 08/13/2024 | 170 | PROTECTIVE ORDER REGARDING USE OF PSEUDONYMS AT TRIAL as to RUBEN OSEGUERA–GONZALEZ. Signed by Judge Beryl A. Howell on August 13, 2024. (lcbah4) (Entered: 08/13/2024) |
| 08/13/2024 |  | MINUTE ORDER as to RUBEN OSEGUERA–GONZALEZ, REGARDING proposed scheduling modification. The parties should be prepared, during the pretrial conference on August 16, 2024, at 9:30 AM, to provide their positions on conducting jury selection on September 6, 2024, to avoid the congestion in the courthouse due to the multiple trials also scheduled to commence on September 9, 2024, and proceeding to opening statements on September 9, 2024, at 9:00 AM. Signed by Judge Beryl A. Howell on |

| | | |
|---|---|---|
| | | August 13, 2024. (lcbah4) Modified on 8/13/2024 (zalh) (Entered: 08/13/2024) |
| 08/14/2024 | 172 | RESPONSE TO ORDER OF THE COURT re 166 Order *on Court's Order ECF 166* by RUBEN OSEGUERA–GONZALEZ (Colombo, Anthony) Modified event title and link on 8/20/2024 (znmw). (Entered: 08/14/2024) |
| 08/14/2024 | | MINUTE ORDER (paperless) as to RUBEN OSEGUERA–GONZALEZ, upon consideration of the parties' 172 Joint Status Report, DIRECTING the Clerk of the Court to UNSEAL the Court's August 12, 2024 167 Memorandum Opinion. Signed by Judge Beryl A. Howell on August 14, 2024. (lcbah1) (Entered: 08/14/2024) |
| 08/14/2024 | | MINUTE ORDER (paperless) as to RUBEN OSEGUERA–GONZALEZ, DENYING defendant's 143 Motion *In Limine* ("Def.'s MIL"). Defendant seeks an order to (1) exclude hearsay testimony, (2) "exclude the appeal to passion or prejudice during argument," (3) "exclude new arguments in the government's rebuttal closing," (4) "exclude the government's use of vouching," and (5) permit "attorney–conducted *voir dire*." *Id.* at 1–9 (capitalization omitted). The government's response is absolutely correct that, "[w]ith the exception of the request for attorney–conducted *voir dire*," defendant's requests are "vague, overbroad, and premature," Gov't Opp'n Def.'s MIL ("Gov't Opp'n") at 1, ECF No. 149, and defendant's final request for attorney–conducted voir dire is both unnecessary and counterproductive. This MIL can therefore be quickly dispatched and DENIED.<br><br>While the federal procedural rules "make no provision... for the power of a judge to hear a motion *in limine*" ("MIL"), *Dietz v. Bouldin*, 579 U.S. 40, 45 (2016) (citation omitted), this procedural device refers "to any motion, whether made before or during trial, to exclude anticipated prejudicial evidence before the evidence is actually offered," *Luce v. United States*, 469 U.S. 38, 40 n.1 (1984). As such, a MIL "is designed to narrow the evidentiary issues for trial and to eliminate unnecessary trial interruptions." *Zitzow v. Auto–Owners Ins. Co.*, No. 22–5549, 2023 WL 2033792, at *9 (6th Cir. Feb. 16, 2023) (quoting *Louzon v. Ford Motor Co.*, 718 F.3d 556, 561 (6th Cir. 2013) (quoting *Bradley v. Pittsburgh Bd. of Educ.*, 913 F.2d 1064, 1069 (3d Cir. 1990))). "Many rulings on evidence cannot," however, "be made until the course of the trial reveals whether the disputed evidence is relevant, cumulative, or prejudicial," and the district judge accordingly has "discretion in deciding whether a pretrial ruling on evidence may be made in advance of trial." *United States v. Valencia*, 826 F.2d 169, 172 (2d Cir. 1987).<br><br>Here, defendant's first four requests do not "present[] an evidentiary issue that is appropriate for ruling in advance of trial." *United States v. Bennett*, No. 21–cr–312 (JEB), 2023 WL 6460026, at *2 (D.D.C. Oct. 4, 2023) (quoting *Barnes v. District of Columbia*, 924 F. Supp. 2d 74, 79 (D.D.C. 2013)).<br><br>**First**, defendant requests the exclusion of "all hearsay testimony under *Crawford [v. Washington*, 541 U.S. 36 (2004)]," as well as "out–of–court statements of purported co–conspirators unless... the Government proves the requisite evidentiary foundation." Def.'s Mot. at 4 (capitalization omitted). At the outset, defendant is not seeking, nor would he have a proper legal basis, to exclude as hearsay defendant's own statements captured in intercepted communications or recounted by testifying witnesses. *See* FED. R. EVID. ("FRE") 801(d)(2)(A), (B). His focus is on excluding out–of–court statements by other persons, because they are not a member of the charged conspiracy or due to lack of a proper foundation, but nowhere does he identify any specific statements triggering the necessity for this MIL. Consequently, as the government points out, defendant "presents the Court with no concrete admissibility issue to resolve." Gov't's |

Oppn at 1. This request thus must await evidence presented at trial to assess whether a proper foundation is laid and, if so, out–of–court statements made by defendant's coconspirators offered against him are not excludable as hearsay, *see* FRE 801(d)(2); *Bourjaily v. United States*, 483 U.S. 171, 176, 181, 183–84 (1981) (holding that preliminary foundational facts for admissibility under FRE 801(d)(2)(E) must be proven by preponderance of the evidence, including consideration of the statements sought to be admitted, and rejecting Confrontation Clause challenge to admissibility of co–conspirators' statements "when made in the course and in furtherance of the conspiracy"), nor under the teaching of *Crawford*, 541 U.S. at 56 (citing as example of "hearsay exceptions cover[ing] statements that by their nature were not testimonial" triggering Confrontation Clause issue, "statement in furtherance of a conspiracy"); *see also United States v. Carson*, 455 F.3d 336, 365 n.25 (D.C. Cir. 2006) ("*Crawford* does not undermine *Bourjaily*," such that "[c]oconspirator statements in furtherance of a conspiracy are not typically the type that fall within the definition of 'testimonial.' The *Crawford* Court recognized as much." (citing *Crawford*, 541 U.S. at 56)).

Process–wise, upon objection to admission of an alleged co–conspirator's out–of–court statement, "the district court must find by a preponderance of the evidence that a conspiracy existed and that the defendant and declarant were members of that conspiracy," *United States v. Brockenborrugh*, 575 F.3d 726, 735 (D.C. Cir. 2009) (quoting *United States v. Gewin*, 471 F.3d 197, 201 (D.C. Cir. 2006) (citing *Bourjaily*, 483 U.S. at 175–76)), which determination must rest at least partially on "some independent evidence of the conspiracy," *Gewin*, 471 F.3d at 201 (citation omitted), which may include "the circumstances surrounding the statement, such as the identity of the speaker, the context in which the statement was made, or evidence corroborating the contents of the statement...." FRE 801, Adv. Notes (1997 Amendment). Further, the Court must find that the statement to be introduced was made in furtherance of that conspiracy. *See Carson*, 455 F.3d at 365–67; *United States v. Mosquera–Murillo*, 153 F. Supp. 3d 130, 186–87 (D.D.C. 2015), *aff'd*, 902 F.3d 285 (D.C. Cir. 2018). The government acknowledges this process and assures that it "will comply with the evidentiary requirements for admission of coconspirator statements under [FRE] 801(d)(2)(E)." Gov't's Opp'n at 2–3.

Defendant raises no challenge to the government's representation in any reply, timely filed or otherwise, and in fact, concedes that "it is impossible for the Court to consider now what, if any, co–conspirators' statements might be subject to exclusion," Def.'s MIL at 5, or conversely, whether the government has satisfied the requirements of FRE 801(d)(2)(E). Indeed, no affirmative ruling on defendant's request may be made in the vacuum of the record at this juncture. Insofar as defendant is merely moving to "reserve[] the right to raise an objection... outside the presence of the jury with regard to hearsay evidence," Def.'s MIL at 5, such a request warrants no pretrial judicial ruling.

**Second**, defendant requests that the government be precluded from (1) "engag[ing] in any arguments that would seek to capitalize upon jurors' passions or prejudices in violation of *Viereck [v. United States*, 318 U.S. 236, 247–48 (1943)]," Def.'s Mot. at 7–8; (2) from "introduc[ing] new arguments during their rebuttal argument," *id.* at 8–9; and (3) from "vouching in any form" for the credibility of government witnesses, *id.* at 9–11. Similarly to defendant's first requested order, since no evidence nor argument has been presented to the jury, defendant fails to "present any specific dispute" for resolution, Gov't's Opp'n at 4, and thus any affirmative ruling on these requests would be premature, *see, e.g.*, *United States v. Waggy*, No. 16–PO–0198 (JTR), 2017 WL 3299085, at *5–6 (E.D. Wash. Aug. 2, 2017) (denying "motion *in limine* to prohibit

vouching" and stating "[s]hould specific evidence" of vouching "be offered and objected to at trial, the Court will rule based on the circumstances presented at that time"); *United States v. Cline*, 188 F. Supp. 2d 1287, 1293 (D. Kan. 2002), *aff'd*, 349 F.3d 1276 (10th Cir. 2003) (denying "motion to bar the government from vouching" in part where "the defendant's arguments are too vague and speculative for the court to decide"); *accord Adams v. City of New York*, 993 F. Supp. 2d 306, 320 (E.D.N.Y. 2014) ("reserv[ing] ruling until trial on Defendants' application that the grand jury synopsis sheet should be excluded as cumulative" since "[a]t this stage of the litigation, when the trial has not yet commenced and no evidence has yet been put before a jury, it is premature to conclude that this evidence is cumulative" (quoting *United States v. Jamil*, 707 F.2d 638, 643 (2d Cir. 1983))). Accordingly, defendant's prophylactic requests for the exclusion of "all hearsay testimony," "the appeal to passion or prejudice during argument," "new arguments in the government's rebuttal closing," and the "use of vouching," Def.'s Mot. at 4, 7–9 (capitalization omitted), are DENIED.

**Finally**, defendant's request for "attorney–conducted *voir dire*" to "provide effective assistance of counsel and to exercise [defendant's] right to trial by an impartial jury," Def.'s Mot. at 6 (capitalization omitted), falls short of persuading that the long–standing voir dire procedures used routinely throughout this and other federal courts would inhibit the "ferret[ing] out [of] possible bias and prejudice of the prospective jurors," *id.* at 7 (quotation marks and citation omitted). Courts are granted broad discretion to "examine prospective jurors or [] permit the attorneys for the parties to do so." FED. R. CRIM. P. 24(a)(1). Although counsel is permitted to conduct voir dire directly with prospective jurors before certain Judges on this Court, *see, e.g., United States v. Rhine*, 652 F. Supp. 3d 38, 51 (D.D.C. 2023) ("[T]he Court grants Defendant's alternative request for individual questioning during voir dire[.]"); *United States v. Chwiesiuk*, No. 21–cr–536 (CKK), 2023 WL 2562517, at *7 (D.D.C. Mar. 17, 2023) (explaining that the Court's "trial procedures order" already allows counsel to "pose brief follow–up questions" to potential jurors during voir dire (citation omitted)), such a procedure is within the sole discretion of the presiding judge. Allowing attorney–conducted *voir dire* may invariably "take more time and [] increase the risk that improper or leading questions are asked to prospective jurors." *United States v. Stedman*, No. 21–cr–383 (BAH), 2023 WL 3303818, at *3 (D.D.C. May 8, 2023) (citations omitted). Judicial control of voir dire questioning significantly mitigates, if not outright eliminates, the risk of potential jurors being prejudiced, misled or improperly influenced by counsel's questioning.

To be clear, the parties' lawyers have ample opportunity to participate in voir dire, since (1) the questions posed collectively to the venire panel are based on input from counsel through proposed voir dire questions submitted as part of the Joint Pretrial Statement, *see* ECF No. 161, and at the pretrial conference; and (2) follow–up questions will be asked of prospective jurors individually, as necessary, after consultation with the parties' counsel, who may propose specific questions for additional inquiry by the Court. *See* Fed. R. Crim. P. 24(a)(2)(B) ("If the court examines the jurors, it must permit the attorneys for the parties to:... submit further questions that the court may ask if it considers them proper."). These multiple opportunities for counsel to participate ensure both a searching voir dire and "the informed exercise of both the peremptory challenges and the challenges for cause," Def.'s Mot. at 7 (citation omitted), without unnecessarily delaying the jury–selection process and risking prejudicing potential jurors. Defendant's request for attorney–conducted voir dire is accordingly **DENIED**.

Signed by Judge Beryl A. Howell on August 14, 2024. (lcbah4) (Entered: 08/14/2024)

| 08/15/2024 | [174](#) | MEMORANDUM OPINION & ORDER (public, redacted) as to RUBEN OSEGUERA–GONZALEZ, DENYING defendants [139](#) Motion to Suppress Evidence. See Order for further details. Signed by Judge Beryl A. Howell on August 13, 2024. (lcbah4) (Entered: 08/15/2024) |
|---|---|---|
| 08/15/2024 | | MINUTE ORDER (paperless) as to RUBEN OSEGUERA–GONZALEZ, upon consideration of the parties' [173](#) Joint Response (sealed), ISSUING a public redacted version of the Court's sealed August 13, 2024 [168](#) Memorandum Opinion and Order, which public version is available at [174](#) Memorandum Opinion & Order. Signed by Judge Beryl A. Howell on August 15, 2024. (lcbah4) (Entered: 08/15/2024) |
| 08/15/2024 | [175](#) | MEMORANDUM AND ORDER as to RUBEN OSEGUERA–GONZALEZ, GRANTING IN PART AND DENYING IN PART defendant's [138](#) Motion to Exclude Expert Testimony. See Order for further details. Signed by Judge Beryl A. Howell on August 15, 2024. (lcbah4) (Entered: 08/15/2024) |
| 08/16/2024 | | MINUTE ORDER (paperless), upon consideration of the parties' arguments and positions at the pretrial conference held today, August 16, 2024, DIRECTING the parties to adhere to the following schedule, which amends and supplements the deadlines set forth in the Scheduling Orders issued on November 27, 2023, as supplemented on May 13, 2024, and as modified June 28, 2024:<br><br>1.By August 23, 2024:<br><br>&nbsp &nbsp &nbsp a.The government shall produce to defendant any materials subject to disclosure under *Giglio v. United States*, 405 U.S. 150 (1972), and the Jencks Act, 18 U.S.C. § 3500, along with the government's witness list;<br><br>&nbsp &nbsp &nbsp b. Defendant shall submit briefing in support of its objection to the government's proposed jury instruction number 48, as set forth in the parties' [161](#) Joint Pretrial Statement ("JPTS"), *see id.* at 75; and<br><br>&nbsp &nbsp &nbsp c. The government shall submit briefing in support of its objection to defendant's proposed jury instruction number 49, *see* JPTS at 76.<br><br>2.By August 30, 2024:<br><br>&nbsp &nbsp &nbsp a. The parties shall submit any response to the opposing party's August 23, 2024, submission; and<br><br>&nbsp &nbsp &nbsp b. The parties shall submit a revised list of stipulations, which shall remove any reference to "Superseding Indictment" and shall memorialize defendant's waiver, made in open court during the pretrial conference on August 16, 2024, of any right for a jury to "determine the forfeitability" of a specific monetary amount should the jury "return[] a guilty verdict" on Count One of the Superseding Indictment, ECF No. 6, under Federal Rule of Criminal Procedure 32.2(b)(5)(A).<br><br>3.On September 6, 2024, at 9:00 AM, the parties are DIRECTED to appear for jury selection for a trial in this matter.<br><br>Signed by Judge Beryl A. Howell on August 16, 2024. (lcbah4) (Entered: 08/16/2024) |
| 08/16/2024 | | |

|  |  | Set/Reset Deadlines/Hearings as to RUBEN OSEGUERA–GONZALEZ: Defendant Briefing In Support Of Its Objection To The Government's Proposed Jury Instruction Number 48, As Set Forth In The Parties' 161 Joint Pretrial Statement ("JPTS") And The Government Briefing In Support Of Its Objection To Defendant's Proposed Jury Instruction Number 49 due by 8/23/2024. Parties Response To The Opposing Party's August 23, 2024, Submission And Revised List Of Stipulations due by 8/23/2024 Jury Selection set for 9/6/2024 at 9:00 AM in Courtroom 26A– In Person before Judge Beryl A. Howell. (mac) (Entered: 08/16/2024) |
|---|---|---|
| 08/16/2024 |  | Minute Entry for proceedings held before Judge Beryl A. Howell:Pretrial Conference as to RUBEN OSEGUERA–GONZALEZ held on 8/16/2024. The Defendant's Next Scheduled Appearance is Jury Selection On September 6, 2024 at 9:00 AM in Courtroom 26A– In Person before Judge Beryl A. Howell. Bond Status of Defendant: COMMITTED/COMMITMENT ISSUED; Court Reporter: SONJA REEVES; Defense Attorney: ANTHONY COLUMBO/JAN RONIS; US Attorney: JONATHAN HORNOK/KAITLIN SAHNI/KATE NASEEF; Spanish Interpreter: MANUELA CRISP/SUSANA MARTIN/TERESA ROMAN; (mac) (Entered: 08/16/2024) |
| 08/16/2024 | 176 | FINAL TRIAL ORDER as to RUBEN OSEGUERA–GONZALEZ. Signed by Judge Beryl A. Howell on August 16, 2024. (lcbah4) (Entered: 08/16/2024) |
| 08/19/2024 | 177 | NOTICE *Regarding Physical Evidence And Expert Testimony* by USA as to RUBEN OSEGUERA–GONZALEZ (Hornok, Jonathan) (Entered: 08/19/2024) |
| 08/19/2024 | 178 | Consent MOTION for Protective Order by USA as to RUBEN OSEGUERA–GONZALEZ. (Attachments: # 1 Text of Proposed Order)(Naseef, Kate) (Entered: 08/19/2024) |
| 08/19/2024 |  | MINUTE ORDER as to RUBEN OSEGUERA–GONZALEZ GRANTING 178 Consent Motion for Protective Order. Signed by Judge Beryl A. Howell on 08/19/24. (mac) (Entered: 08/19/2024) |
| 08/19/2024 | 179 | PROTECTIVE ORDER as to RUBEN OSEGUERA–GONZALEZ. Signed by Judge Beryl A. Howell on August 19, 2024. (lcbah4) (Entered: 08/19/2024) |
| 08/20/2024 |  | Set/Reset Deadlines as to RUBEN OSEGUERA–GONZALEZ: Objections due no later than 6:00pm on 9/3/2024. Responses due no later than 12:00PM on 9/4/2024 (mac) (Entered: 08/20/2024) |
| 08/21/2024 | 180 | NOTICE *of Filing Objection to Ninth Circuit Multiple Conspiracies Instruction* by USA as to RUBEN OSEGUERA–GONZALEZ (Hornok, Jonathan) (Entered: 08/21/2024) |
| 08/23/2024 | 181 | NOTICE *of Defendant's Objection to the Government's Proposed Jury Instruction 48 – Conspirator Liability* by RUBEN OSEGUERA–GONZALEZ (Attachments: # 1 Exhibit A – First Circuit Pinkerton Charge)(Colombo, Anthony) (Entered: 08/23/2024) |
| 08/26/2024 | 182 | Unopposed MOTION For A Public Overflow Courtroom by USA as to RUBEN OSEGUERA–GONZALEZ. (Attachments: # 1 Text of Proposed Order)(Hornok, Jonathan) (Entered: 08/26/2024) |
| 08/26/2024 | 183 | RESPONSE by USA as to RUBEN OSEGUERA–GONZALEZ re 181 Notice (Other) (Sahni, Kaitlin) (Entered: 08/26/2024) |
| 08/26/2024 | 184 | ORDER as to RUBEN OSEGUERA–GONZALEZ, GRANTING the government's 182 Unopposed Motion For a Public Overflow Courtroom. See Order for further details. Signed by Judge Beryl A. Howell on August 26, 2024. (lcbah4) (Entered: 08/26/2024) |

| | | |
|---|---|---|
| 08/26/2024 | <u>185</u> | TRANSCRIPT OF PROCEEDINGS in case as to RUBEN OSEGUERA–GONZALEZ before Judge Beryl A. Howell held on August 16, 2024; Page Numbers: 1–32. Date of Issuance:August 26, 2024. Court Reporter/Transcriber Sonja L. Reeves, RDR, CRR, Telephone number (202) 354–3246, Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 9/16/2024. Redacted Transcript Deadline set for 9/26/2024. Release of Transcript Restriction set for 11/24/2024.(Reeves, Sonja) (Entered: 08/26/2024) |
| 08/30/2024 | <u>186</u> | NOTICE *of Defendants Objection to the Governments Proposed Jury Instruction 48 –Conspirator Liability* by RUBEN OSEGUERA–GONZALEZ (Attachments: # <u>1</u> Exhibit A – First Circuit Jury Instruction)(Colombo, Anthony) (Entered: 08/30/2024) |
| 08/30/2024 | <u>187</u> | NOTICE *of Defendants Objection to the Governments Proposed Jury Instruction 48 –Conspirator Liability (amended)* by RUBEN OSEGUERA–GONZALEZ (Colombo, Anthony) (Entered: 08/30/2024) |
| 08/30/2024 | <u>188</u> | RESPONSE by RUBEN OSEGUERA–GONZALEZ *to the Re <u>183</u> Government's Objection to Defendant's Proposed Jury Instruction on Multiple Conspiracies* (Colombo, Anthony) Modified text to link entries on 8/30/2024 (zljn). (Entered: 08/30/2024) |
| 09/05/2024 | <u>189</u> | SUPPLEMENTAL NOTICE of Expert Testimony Pursuant to Fed. R. Crim. P. 16(G) by USA as to RUBEN OSEGUERA–GONZALEZ (Attachments: # <u>1</u> Exhibit)(Hornok, Jonathan) Modified text on 9/5/2024 (zstd). (Entered: 09/05/2024) |
| 09/06/2024 | | Minute Entry for proceedings held before Judge Beryl A. Howell:Voir Dire held and concluded on 9/6/2024 as to RUBEN OSEGUERA–GONZALEZ. Jury Selection set for 9/9/2024 at 9:00 AM in Courtroom 26A– In Person before Judge Beryl A. Howell. Bond Status of Defendant: COMMITTED/COMMITMENT ISSUED; Court Reporter: ELIZABETH DAVILA; Defense Attorney: ANTHONY COLUMBO/JAN RONIS; US Attorney: JONATHAN HORNOK/KAITLIN SAHNI/KATE NASEEF; Spanish Interpreters: TERESA ROMAN/MANUELA CRISP; (mac) (Entered: 09/06/2024) |
| 09/06/2024 | <u>190</u> | FORFEITURE STIPULATION as to RUBEN OSEGUERA–GONZALEZ (mac) (Entered: 09/06/2024) |
| 09/06/2024 | <u>191</u> | STIPULATION as to RUBEN OSEGUERA–GONZALEZ. (mac) (Entered: 09/06/2024) |
| 09/09/2024 | | Minute Entry for proceedings held before Judge Beryl A. Howell: Jury Selection Held And Concluded on 9/9/2024 as to RUBEN OSEGUERA–GONZALEZ. Twelve Jurors |

| | | |
|---|---|---|
| | | (12) and Two (2) Alternates Selected And Sworn. Jury Trial Began as to RUBEN OSEGUERA–GONZALEZ on Count 1ss and 2ss. Parties Gave Opening Statements. Government Started Presenting Their Case. Jury Trial continued to 9/10/2024 at 9:00 AM in Courtroom 26A– In Person before Judge Beryl A. Howell. Bond Status of Defendant: COMMITTED/COMMITMENT ISSUED; Court Reporter: ELIZABETH DAVILA/ LISA EDWARDS; Defense Attorney: ANTHONY COLUMBO/JAN RONIS; US Attorney: JONATHAN HORNOK/KAITLIN SAHNI/KATE NASEEF; Government Witness: OSCAR NAVA VALENCIA (1) Spanish Interpreters: MANUELA CRISP/SUSANA MARTIN/MARIA MCFADDEN; (mac) (Entered: 09/09/2024) |
| 09/09/2024 | | MINUTE ORDER as to RUBEN OSEGUERA–GONZALEZ: The Court having impaneled the jury in this action, it is hereby ORDERED that during trial and deliberations all meals for said jury shall be paid by the Clerk of the Court for the U.S. District Court for the District of Columbia. Signed by Judge Beryl A. Howell on 09/09/24. (mac) (Entered: 10/02/2024) |
| 09/10/2024 | | Minute Entry for proceedings held before Judge Beryl A. Howell:Jury Trial as to RUBEN OSEGUERA–GONZALEZ held on 9/10/2024 as to Count 1ss and 2ss. Same Twelve (12) Jurors And Two (2) Alternates. Government Continued Presenting Their Case. Jury Trial continued to 9/11/2024 at 9:00 AM in Courtroom 26A– In Person before Judge Beryl A. Howell. Bond Status of Defendant: COMMITTED/COMMITMENT ISSUED; Court Reporter: ELIZABETH DAVILA/ LORRAINE HERMAN; Defense Attorney: ANTHONY COLUMBO/JAN RONIS; US Attorney: JONATHAN HORNOK/KAITLIN SAHNI/KATE NASEEF; Interpreter: Spanish Interpreter: MANUELA CRISP/SUSANA MARTIN/MARIA MCFADDEN;Government Witnesses: OSCAR NAVA VALENCIA (continued from previous day)/ELPIDIO MOJARRO RAMIREZ (mac) (Entered: 09/10/2024) |
| 09/11/2024 | | Minute Entry for proceedings held before Judge Beryl A. Howell:Jury Trial as to RUBEN OSEGUERA–GONZALEZ held on 9/11/2024 as to Count 1ss and 2ss. Same Twelve (12) Jurors and Two (2) Alternates. Government Continued Presenting Their Case. Jury Trial continued to 9/12/2024 at 9:00 AM in Courtroom 26A– In Person before Judge Beryl A. Howell. Bond Status of Defendant: COMMITTED/COMMITMENT ISSUED; Court Reporter: ELIZABETH DAVILA/ LORRAINE HERMAN; Defense Attorney: ANTHONY COLUMBO/JAN RONIS; US Attorney: JONATHAN HORNOK/KAITLIN SAHNI/KATE NASEEF; Spanish Interpreter: MANUELA CRISP/SUSANA MARTIN/MARIA MCFADDEN; Government Witnesses: ELPIDIO MOJARRO RAMIREZ (01)(continued from previous day)/JUAN PEREZ (02)/HERMINIO GOMEZ ANCIRO (03) (mac) (Entered: 09/11/2024) |
| 09/12/2024 | | Minute Entry for proceedings held before Judge Beryl A. Howell: Jury Trial as to RUBEN OSEGUERA–GONZALEZ held on 9/12/2024 as to Count 1ss and 2ss. Same Twelve (12) Jurors and Two (2) Alternates. Government Continued Presenting Their Case. Jury Trial continued to 9/13/2024 at 1:00 PM in Courtroom 26A– In Person before Judge Beryl A. Howell. Bond Status of Defendant: COMMITTED/COMMITMENT ISSUED; Court Reporter: ELIZABETH DAVILA/ LISA EDWARDS; Defense Attorney: ANTHONY COLUMBO/JAN RONIS; US Attorney: JONATHAN HORNOK/KAITLIN SAHNI/KATE NASEEF; Spanish Interpreters: MANUELA CRISP/SUSANA MARTIN/MARIA MCFADDEN;Government Witness: HERMINIO GOMEZ ANCIRO (continued from previous day) (mac) (Entered: 09/12/2024) |

| 09/13/2024 | | Minute Entry for proceedings held before Judge Beryl A. Howell: Jury Trial as to RUBEN OSEGUERA–GONZALEZ held on 9/13/2024 as to Count 1ss and 2ss. Same Twelve (12) Jurors and Two (2) Alternates. Government Continued Presenting Their Case. Jury Trial continued to 9/16/2024 at 9:00 AM in Courtroom 26A– In Person before Judge Beryl A. Howell. Bond Status of Defendant: COMMITTED/COMMITMENT ISSUED; Court Reporter: LORRAINE HERMAN; Defense Attorney: ANTHONY COLUMBO/JAN RONIS; US Attorney: JONATHAN HORNOK/KAITLIN SAHNI/KATE NASEEF; Spanish Interpreters: MANUELA CRISP/SUSANA MARTIN/MARIA MCFADDEN; Government Witness: MARIA HERNANDEZ (mac) (Entered: 09/14/2024) |
|---|---|---|
| 09/16/2024 | | Minute Entry for proceedings held before Judge Beryl A. Howell: Jury Trial as to RUBEN OSEGUERA–GONZALEZ held on 9/16/2024 as to Count 1ss and 2ss. Same Twelve (12) Jurors and Two (2) Alternates. Government Continued Presenting Their Case. Jury Trial continued to 9/17/2024 at 10:00 AM in Courtroom 26A– In Person before Judge Beryl A. Howell. Bond Status of Defendant: COMMITTED/COMMITMENT ISSUED; Court Reporter: ELIZABETH DAVILA/ LORRAINE HERMAN; Defense Attorney: ANTHONY COLUMBO/JAN RONIS; US Attorney: JONATHAN HORNOK/KAITLIN SAHNI/KATE NASEEF; Spanish Interpreter: MANUELA CRISP/SUSANA MARTIN/MARIA MCFADDEN;Government Witensses: Ivan Morales Corales (01)/Special Agent: Kevin Novick (mac) (Entered: 09/16/2024) |
| 09/17/2024 | | Minute Entry for proceedings held before Judge Beryl A. Howell: Jury Trial as to RUBEN OSEGUERA–GONZALEZ held on 9/17/2024 as to Count 1ss and 2ss. Same Twelve (12) Jurors and Two (2) Alternates. Government Continued Presenting Their Case. Jury Trial continued to 9/18/2024 at 9:00 AM in Courtroom 26A– In Person before Judge Beryl A. Howell. Bond Status of Defendant: COMMITTED/COMMITMENT ISSUED; Court Reporter: ELIZABETH DAVILA/ LISA EDWARDS; Defense Attorney: ANTHONY COLUMBO/JAN RONIS; US Attorney: JONATHAN HORNOK/KAITLIN SAHNI/KATE NASEEF; Spanish Interpreter: MANUELA CRISP/SUSANA MARTIN/CARMEN GOMEZ; Government Witnesses: JOSE ANTONIO TORRES MARRUFO/ DEA SPECIAL AGENT STEVE PARIS (mac) (Entered: 09/17/2024) |
| 09/18/2024 | | Minute Entry for proceedings held before Judge Beryl A. Howell: Jury Trial as to RUBEN OSEGUERA–GONZALEZ held on 9/18/2024 as to Count 1ss and 2ss. Same Twelve (12) Jurors and Two (2) Alternates. Government Resumed And Concluded Their Case. Defendant Motion For Judgment Of Acquittal Heard And Denied. Defense Concluded Their Case. Jury Trial continued to 9/19/2024 at 9:30 AM in Courtroom 26A– In Person before Judge Beryl A. Howell. Bond Status of Defendant: COMMITTED/COMMITMENT ISSUED; Court Reporter: ELIZABETH DAVILA/ LISA EDWARDS; Defense Attorney: ANTHONY COLUMBO/JAN RONIS; US Attorney: JONATHAN HORNOK/KAITLIN SAHNI/KATE NASEEF; Spanish Interpreters: MANUELA CRISP/SUSANA MARTIN/CARMEN GOMEZ;Government Witnesses: DEA AGENT STEVE PARIS (continued from previous day)/JESUS CONTRERAS ARCEO/ATF FEO JOHN MILLER (mac) (Entered: 09/18/2024) |
| 09/19/2024 | | Minute Entry for proceedings held before Judge Beryl A. Howell:Jury Trial as to RUBEN OSEGUERA–GONZALEZ Resumed on 9/19/2024 as to Count 1ss and 2ss. Same Twelve (12) Jurors and Two (2) Alternates. Parties Had Charging Conference With The Court. Parties Gave Closing Arguments. Jury Instructions Was Given To The Twelve (12) Jurors And Two (2) Alternates. Two Alternate Jurors (Seat #13 and #14) |

| | | |
|---|---|---|
| | | Were Excused. Jury Deliberations Began And Will Resume On on 9/20/2024 at 9:00 AM in Courtroom 26A– In Person before Judge Beryl A. Howell. Bond Status of Defendant: COMMITTED/COMMITMENT ISSUED; Court Reporter: ELIZABETH DAVILA/ LORRAINE HERMAN; Defense Attorney: ANTHONY COLUMBO/JAN RONIS; US Attorney: JONATHAN HORNOK/KAITLIN SAHNI/KATE NASEEF; Spanish Interpreters: MANUELA CRISP/SUSANA MARTIN; (mac) (Entered: 09/19/2024) |
| 09/19/2024 | 195 | Jury Instructions as to RUBEN OSEGUERA–GONZALEZ (mac) (Entered: 09/19/2024) |
| 09/19/2024 | 196 | ATTORNEYS' ACKNOWLEDGMENT OF TRIAL EXHIBITS as to RUBEN OSEGUERA–GONZALEZ. (Attachment: # 1 Government Exhibit List)(mac) (Entered: 09/19/2024) |
| 09/20/2024 | | Minute Entry for proceedings held before Judge Beryl A. Howell: Jury Trial as to RUBEN OSEGUERA–GONZALEZ held on 9/20/2024 as to Count 1s and 2s. Jury Deliberations Resumed And Concluded With The Same Jury OF Twelve (12). JURY VERDICT Rendered as to RUBEN OSEGUERA–GONZALEZ. Defendant Found GUILTY as to Count 1s and 2s. Jury Of Twelve (12) Polled And Discharged. CASE IS REFERRED TO U.S. PROBATION FOR A PRESENTENCE INVESTIGATION REPORT. Sentencing set for 1/10/2025 at 9:30 AM in Courtroom 26A– In Person before Judge Beryl A. Howell. Bond Status of Defendant: COMMITTED/COMMITMENT ISSUED; Court Reporter: ELIZABETH DAVILA; Defense Attorney: ANTHONY COLUMBO/JAN RONIS; US Attorney: JONATHAN HORNOK/KAITLIN SAHNI/KATE NASEEF; Spanish Interpreters: MANUELA CRISP/SUSANA MARTIN; (mac) (Entered: 09/20/2024) |
| 09/20/2024 | 197 | VERDICT FORM as to RUBEN OSEGUERA–GONZALEZ (mac) (Entered: 09/20/2024) |
| 09/20/2024 | 198 | **Signature Page of Foreperson**<br><br>as to RUBEN OSEGUERA–GONZALEZ in Jury Verdict. (Access to the PDF Document is restricted pursuant to the E–Government Act. Access is limited to Counsel of Record and the Court.) (zmac) (Entered: 09/20/2024) |
| 11/04/2024 | 199 | Joint MOTION to Continue *Sentencing Hearing* by RUBEN OSEGUERA–GONZALEZ. (Attachments: # 1 Text of Proposed Order)(Colombo, Anthony) (Entered: 11/04/2024) |
| 11/05/2024 | | MINUTE ORDER as to RUBEN OSEGUERA–GONZALEZ GRANTING 199 Joint Motion to Continue Sentencing Hearing. Accordingly, The Sentencing Hearing Currently Scheduled for January 10, 2025 is CONTINUED to February 7, 2025 at 9:30 AM in Courtroom 26A– In Person before Judge Beryl A. Howell.Signed by Judge Beryl A. Howell on 11/05/24. (mac) (Entered: 11/05/2024) |
| 11/14/2024 | 200 | NOTICE OF ATTORNEY APPEARANCE Douglas Spencer Meisel appearing for USA. (Meisel, Douglas) (Entered: 11/14/2024) |
| 11/15/2024 | 201 | NOTICE OF WITHDRAWAL OF APPEARANCE *of Kate Naseef and Kaitlin Sahni* by USA as to RUBEN OSEGUERA–GONZALEZ (Begian, Lernik) (Entered: 11/15/2024) |
| 12/04/2024 | 202 | TRANSCRIPT OF JURY TRIAL (AFTERNOON SESSION) in case as to RUBEN OSEGUERA–GONZALEZ before Judge Beryl A. Howell held on September 9, 2024; Page Numbers: 1–99. Date of Issuance: December 4, 2024. Court Reporter/Transcriber |

| | | |
|---|---|---|
| | | Lisa Edwards. Telephone number (202) 354–3269. Transcripts may be ordered by submitting the <u>Transcript Order Form</u>

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 12/25/2024. Redacted Transcript Deadline set for 1/4/2025. Release of Transcript Restriction set for 3/4/2025.(Edwards, Lisa) (Entered: 12/04/2024) |
| 12/04/2024 | <u>203</u> | TRANSCRIPT OF JURY TRIAL (AFTERNOON SESSION) in case as to RUBEN OSEGUERA–GONZALEZ before Judge Beryl A. Howell held on September 12, 2024; Page Numbers: 1–85. Date of Issuance: December 4, 2024. Court Reporter/Transcriber Lisa Edwards. Telephone number (202) 354–3269. Transcripts may be ordered by submitting the <u>Transcript Order Form</u>

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 12/25/2024. Redacted Transcript Deadline set for 1/4/2025. Release of Transcript Restriction set for 3/4/2025.(Edwards, Lisa) (Entered: 12/04/2024) |
| 12/04/2024 | <u>204</u> | TRANSCRIPT OF JURY TRIAL (AFTERNOON SESSION) in case as to RUBEN OSEGUERA–GONZALEZ before Judge Beryl A. Howell held on September 17, 2024; Page Numbers: 1–133. Date of Issuance: December 4, 2024. Court Reporter/Transcriber Lisa Edwards. Telephone number (202) 354–3269. Transcripts may be ordered by submitting the <u>Transcript Order Form</u>

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers |

| | | |
|---|---|---|
| | | from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 12/25/2024. Redacted Transcript Deadline set for 1/4/2025. Release of Transcript Restriction set for 3/4/2025.(Edwards, Lisa) (Entered: 12/04/2024) |
| 12/04/2024 | 205 | TRANSCRIPT OF PROCEEDINGS in case as to RUBEN OSEGUERA–GONZALEZ before Judge Beryl A. Howell held on September 18, 2024; Page Numbers: 1–116. Date of Issuance: December 4, 2024. Court Reporter/Transcriber Lisa Edwards. Telephone number (202) 354–3269. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 12/25/2024. Redacted Transcript Deadline set for 1/4/2025. Release of Transcript Restriction set for 3/4/2025.(Edwards, Lisa) (Entered: 12/04/2024) |
| 01/17/2025 | 209 | MOTION For Preliminary Order of Forfeiture and Brief in Support Thereof by USA as to RUBEN OSEGUERA–GONZALEZ. (Attachments: # 1 Text of Proposed Order)(Hornok, Jonathan) (Entered: 01/17/2025) |
| 01/23/2025 | 212 | Unopposed MOTION to Continue the Sentencing Hearing to March 7, 2025, at 9:30 a.m. by RUBEN OSEGUERA–GONZALEZ. (Attachments: # 1 Text of Proposed Order)(Colombo, Anthony) Modified event on 1/24/2025 (znmw). (Entered: 01/23/2025) |
| 01/24/2025 | | MINUTE ORDER (paperless) as to RUBEN OSEGUERA–GONZALEZ, GRANTING the defendant's 212 Unopposed Motion to Continue Sentencing; CONTINUING the Sentencing Hearing currently scheduled for February 7, 2025 to March 7, 2025 at 10:00 AM in–person before Judge Beryl A. Howell in Courtroom 26A; and DIRECTING the parties to file their sentencing memoranda in accordance with the following schedule:<br><br>(1) By February 14, 2025, the government shall file its sentencing memorandum;<br><br>(2) By February 19, 2025, the defendant shall file his sentencing memorandum;<br><br>(3) By February 21, 2025, the government shall file any reply to the defendant's memorandum.<br><br>Signed by Judge Beryl A. Howell on January 24, 2025. (lcbah4) (Entered: 01/24/2025) |

| 01/24/2025 | | Set/Reset Deadlines/Hearings as to RUBEN OSEGUERA−GONZALEZ:Government Sentencing Memorandum due by 2/14/2025. Defendant Sentencing Memorandum due by 2/19/2025. Government Reply To Defendant's Sentencing Memorandum due by 2/21/2025. Sentencing set for 3/7/2025 at 9:30 AM in Courtroom 25A− In Person before Judge Beryl A. Howell. (mac) (Entered: 01/24/2025) |
|---|---|---|
| 02/13/2025 | 214 | TRANSCRIPT OF PROCEEDINGS, in case as to RUBEN OSEGUERA−GONZALEZ, before Judge Beryl A. Howell, held on 9−06−2024; Page Numbers: 1 − 354. Date of Issuance: 2−13−2025. Court Reporter: Elizabeth Davila, Telephone number: 202−354−3242, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 3/6/2025. Redacted Transcript Deadline set for 3/16/2025. Release of Transcript Restriction set for 5/14/2025.(Davila, Elizabeth) (Entered: 02/13/2025) |
| 02/13/2025 | 215 | TRANSCRIPT OF PROCEEDINGS, MORNING SESSION, in case as to RUBEN OSEGUERA−GONZALEZ, before Judge Beryl A. Howell, held on 9−09−2024. Page Numbers: 1 − 94. Date of Issuance: 2−13−2025. Court Reporter: Elizabeth Davila, Telephone number: 202−354−3242, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 3/6/2025. Redacted Transcript Deadline set for 3/16/2025. Release of Transcript Restriction set for 5/14/2025.(Davila, Elizabeth) (Entered: 02/13/2025) |
| 02/13/2025 | 216 | TRANSCRIPT OF PROCEEDINGS, Morning session, in case as to RUBEN OSEGUERA−GONZALEZ, before Judge Beryl A. Howell held on 9−10−2024; Page Numbers: 1 − 102. Date of Issuance:2−13−2025. Court Reporter/Transcriber Elizabeth Davila, Telephone number 202−354−3242, Transcripts may be ordered by submitting |

| | | |
|---|---|---|
| | | the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 3/6/2025. Redacted Transcript Deadline set for 3/16/2025. Release of Transcript Restriction set for 5/14/2025.(Davila, Elizabeth) (Entered: 02/13/2025) |
| 02/13/2025 | <u>217</u> | TRANSCRIPT OF PROCEEDINGS, MORNING SESSION, in case as to RUBEN OSEGUERA−GONZALEZ, before Judge Beryl A. Howell, held on 9−11−2024; Page Numbers: 1 − 88. Date of Issuance: 2−13−2025. Court Reporter: Elizabeth Davila, Telephone number: 202−354−3242, Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 3/6/2025. Redacted Transcript Deadline set for 3/16/2025. Release of Transcript Restriction set for 5/14/2025.(Davila, Elizabeth) (Entered: 02/13/2025) |
| 02/13/2025 | <u>218</u> | TRANSCRIPT OF PROCEEDINGS, MORNING SESSION, in case as to RUBEN OSEGUERA−GONZALEZ before Judge Beryl A. Howell held on 9−12−2024; Page Numbers: 1 − 92. Date of Issuance: 2−13−2025. Court Reporter: Elizabeth Davila, Telephone number: 202−354−3242, Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days |

| | | |
|---|---|---|
| | | to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 3/6/2025. Redacted Transcript Deadline set for 3/16/2025. Release of Transcript Restriction set for 5/14/2025.(Davila, Elizabeth) (Entered: 02/13/2025) |
| 02/13/2025 | 219 | TRANSCRIPT OF PROCEEDINGS, MORNING SESSION, in case as to RUBEN OSEGUERA−GONZALEZ, before Judge Beryl A. Howell, held on 9−16−2024; Page Numbers: 1− 126. Date of Issuance: 2−13−2025. Court Reporter: Elizabeth Davila, Telephone number: 202−354−3242. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 3/6/2025. Redacted Transcript Deadline set for 3/16/2025. Release of Transcript Restriction set for 5/14/2025.(Davila, Elizabeth) (Entered: 02/13/2025) |
| 02/13/2025 | 220 | TRANSCRIPT OF PROCEEDINGS MORNING SESSION, in case as to RUBEN OSEGUERA−GONZALEZ before Judge Beryl A. Howell, held on 9−17−2024. Page Numbers: 1 − 48. Date of Issuance: 2−13−2025. Court Reporter: Elizabeth Davila, Telephone number: 202−354−3242. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 3/6/2025. Redacted Transcript Deadline set for 3/16/2025. Release of Transcript Restriction set for 5/14/2025.(Davila, Elizabeth) (Entered: |

| | | 02/13/2025) |
|---|---|---|
| 02/13/2025 | 221 | TRANSCRIPT OF PROCEEDINGS, MORNING SESSION, in case as to RUBEN OSEGUERA–GONZALEZ, before Judge Beryl A. Howell, held on 9–18–2024. Page Numbers: 1 – 111. Date of Issuance: 2–13–2025. Court Reporter: Elizabeth Davila, Telephone number: 202–354–3242. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 3/6/2025. Redacted Transcript Deadline set for 3/16/2025. Release of Transcript Restriction set for 5/14/2025.(Davila, Elizabeth) (Entered: 02/13/2025) |
| 02/13/2025 | 222 | TRANSCRIPT OF PROCEEDINGS, MORNING SESSION, in case as to RUBEN OSEGUERA–GONZALEZ, before Judge Beryl A. Howell, held on 9–19–2024. Page Numbers: 1 – 113. Date of Issuance: 2–13–2025. Court Reporter: Elizabeth Davila, Telephone number: 202–354–3242. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 3/6/2025. Redacted Transcript Deadline set for 3/16/2025. Release of Transcript Restriction set for 5/14/2025.(Davila, Elizabeth) (Entered: 02/13/2025) |
| 02/13/2025 | 223 | TRANSCRIPT OF PROCEEDINGS, MORNING SESSION, in case as to RUBEN OSEGUERA–GONZALEZ, before Judge Beryl A. Howell, held on 9–20–2024. Page Numbers: 1 – 3. Date of Issuance: 2–13–2025. Court Reporter: Elizabeth Davila, Telephone number 202–354–3242. Transcripts may be ordered by submitting the Transcript Order Form |

| | | |
|---|---|---|
| | | For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 3/6/2025. Redacted Transcript Deadline set for 3/16/2025. Release of Transcript Restriction set for 5/14/2025.(Davila, Elizabeth) (Entered: 02/13/2025) |
| 02/13/2025 | 224 | TRANSCRIPT OF PROCEEDINGS, in case as to RUBEN OSEGUERA–GONZALEZ, before Judge Beryl A. Howell, held on 11–17–2023. Page Numbers: 1 – 14. Date of Issuance: 2–13–2025. Court Reporter: Elizabeth Davila, Telephone number: 202–354–3242. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 3/6/2025. Redacted Transcript Deadline set for 3/16/2025. Release of Transcript Restriction set for 5/14/2025.(Davila, Elizabeth) (Entered: 02/13/2025) |
| 02/14/2025 | 225 | SENTENCING MEMORANDUM by USA as to RUBEN OSEGUERA–GONZALEZ (Attachments: # 1 Text of Proposed Order PROPOSED ADDENDUM TO STATEMENT OF REASONS)(Hornok, Jonathan) (Entered: 02/14/2025) |
| 02/20/2025 | 226 | SENTENCING MEMORANDUM by RUBEN OSEGUERA–GONZALEZ (Attachments: # 1 Exhibit A – Sentencing Support Letters)(Colombo, Anthony) (Entered: 02/20/2025) |
| 02/21/2025 | | MINUTE ORDER (paperless) as to RUBEN OSEGUERA–GONZALEZ, upon consideration of defendant's 226 Sentencing Memorandum at 56, which references opposition to but does not provide substantive argument about the government's 209 Motion for Preliminary Order of Forfeiture, DIRECTING defendant to file any opposition to that Motion by February 25, 2025 at 12:00 PM, and the government to file any reply by February 27, 2025 at 12:00 PM. Signed by Judge Beryl A. Howell on February 21, 2025. (lcbah4) (Entered: 02/21/2025) |

| 02/24/2025 | | Set/Reset Deadlines as to RUBEN OSEGUERA–GONZALEZ: Defendant Opposition, If Any,To 209 Motion For Preliminary Order Of Forfeiture due no later than 12:00PM on 2/25/2025. Government Reply, If Any, due no later than 12:00PM on 2/27/2025. (mac) (Entered: 02/24/2025) |
|---|---|---|
| 02/25/2025 | 227 | RESPONSE by RUBEN OSEGUERA–GONZALEZ re 209 MOTION For Preliminary Order of Forfeiture and Brief in Support Thereof (Colombo, Anthony) (Entered: 02/25/2025) |
| 02/27/2025 | 228 | REPLY TO OPPOSITION to Motion by USA as to RUBEN OSEGUERA–GONZALEZ re 209 MOTION For Preliminary Order of Forfeiture and Brief in Support Thereof (Hornok, Jonathan) (Entered: 02/27/2025) |
| 03/03/2025 | 229 | TRANSCRIPT OF JURY TRIAL PROCEEDINGS (Afternoon Session), in the case as to RUBEN OSEGUERA–GONZALEZ, before Judge Beryl A. Howell, held on September 10, 2024. Page Numbers: 1–83. Date of Issuance: March 3, 2025. Court Reporter: Lorraine Herman. Email: lorraine_herman@dcd.uscourts.gov. Transcripts may be ordered by submitting the Transcript Order Form

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 3/24/2025. Redacted Transcript Deadline set for 4/3/2025. Release of Transcript Restriction set for 6/1/2025.(Herman, Lorraine) (Entered: 03/03/2025) |
| 03/03/2025 | 230 | TRANSCRIPT OF JURY TRIAL PROCEEDINGS (afternoon session), in case as to RUBEN OSEGUERA–GONZALEZ, before Judge Beryl A. Howell, held on September 11, 2024. Page Numbers: 1–107. Date of Issuance: March 3, 2025. Court Reporter: Lorraine Herman. Email: lorraine_herman@dcd.uscourts.gov. Transcripts may be ordered by submitting the Transcript Order Form

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |

| | | |
|---|---|---|
| | | Redaction Request due 3/24/2025. Redacted Transcript Deadline set for 4/3/2025. Release of Transcript Restriction set for 6/1/2025.(Herman, Lorraine) (Entered: 03/03/2025) |
| 03/03/2025 | 231 | TRANSCRIPT OF JURY TRIAL PROCEEDINGS (afternoon session), in the case as to RUBEN OSEGUERA–GONZALEZ, before Judge Beryl A. Howell, held on September 13, 2024. Page Numbers: 1–94. Date of Issuance: March 3, 2025. Court Reporter: Lorraine Herman. Email: lorraine_herman@dcd.uscourts.gov. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 3/24/2025. Redacted Transcript Deadline set for 4/3/2025. Release of Transcript Restriction set for 6/1/2025.(Herman, Lorraine) (Entered: 03/03/2025) |
| 03/03/2025 | 232 | LEAVE TO FILE DENIED – RUBEN OSEGUERA–GONZALEZ; Exhibit as to RUBEN OSEGUERA–GONZALEZ This document is unavailable as the Court denied its filing. "Leave to file DENIED." Signed by Judge Beryl A. Howell on 03/03/2025. (zljn) (Entered: 03/04/2025) |
| 03/07/2025 | | Minute Entry for proceedings held before Judge Beryl A. Howell: Sentencing held on 3/7/2025 as to RUBEN OSEGUERA–GONZALEZ as to Count(s) 1s and 2s. Defendant Is Sentenced To Life Imprisonment as to Count(s) 1s and Three Hundred And Sixty (360) Months as to Count(s) 2s Which Are To Run Consecutive, Followed By A Supervised Release Period Of Life as to Count(s) 2s, and a $200.00 Special Assessment ($100.00 For Each Count). The Defendant Is Further Sentenced To A Forfeiture Money Judgment Against The Defendant And In Favor Of The United States In The Amount of $6,026,350,000. Bond Status of Defendant: COMMITTED/COMMITMENT ISSUED; Court Reporter: ELIZABETH DAVILA; Defense Attorney: ANTHONY COLOMBO/JAN RONIS; US Attorney: JONATHAN HORNOK/LERNIK BEGIAN/DOUGLAS MEISEL; Prob Officer: KELLI WILLETT; Spanish Interpreters: TERESA ROMAN/MANUELA CRISP (mac) (Entered: 03/07/2025) |
| 03/07/2025 | 233 | DECLARATION OF DEA SPECIAL AGENT KEVIN NOVACK by USA as to RUBEN OSEGUERA–GONZALEZ. (mac) (Entered: 03/07/2025) |
| 03/07/2025 | 234 | JUDGMENT as to RUBEN OSEGUERA–GONZALEZ. Statement of Reasons Not Included. Signed by Judge Beryl A. Howell on 03/07/2025. (zljn) (Entered: 03/12/2025) |
| 03/07/2025 | 235 | STATEMENT OF REASONS as to RUBEN OSEGUERA–GONZALEZ re 234 Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Judge Beryl A. Howell on 03/07/2025. (zljn) (Entered: 03/12/2025) |

| 03/12/2025 | 236 | FINAL ORDER OF FORFEITURE as to RUBEN OSEGUERA–GONZALEZ. Signed by Judge Beryl A. Howell on March 12, 2025. (lcbah4) (Entered: 03/12/2025) |
|---|---|---|
| 03/13/2025 | 237 | NOTICE OF APPEAL – Final Judgment by RUBEN OSEGUERA–GONZALEZ Fee Status: No Fee Paid. Parties have been notified. (Attachments: # 1 Certificate of Service)(Colombo, Anthony) (Entered: 03/13/2025) |
| 03/13/2025 | | Payment for 237 Notice of Appeal – Final Judgment by RUBEN OSEGUERA–GONZALEZ. ($605; Receipt number ADCDC–11539685) (Colombo, Anthony) (Entered: 03/13/2025) |
| 03/14/2025 | 238 | Transmission of the Notice of Appeal, Order Appealed, and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid as to RUBEN OSEGUERA–GONZALEZ re 237 Notice of Appeal – Final Judgment. (zljn) (Entered: 03/14/2025) |
| 03/14/2025 | | USCA Case Number as to RUBEN OSEGUERA–GONZALEZ 25–3032 for 237 Notice of Appeal – Final Judgment filed by RUBEN OSEGUERA–GONZALEZ. (zstd) (Entered: 03/14/2025) |
| 04/21/2025 | 239 | Unopposed MOTION for Order Order to Transcribe Sealed Transcripts by RUBEN OSEGUERA–GONZALEZ. (Colombo, Anthony) (Entered: 04/21/2025) |
| 04/21/2025 | | MINUTE ORDER as to RUBEN OSEGUERA–GONZALEZ, GRANTING 239 Unopposed Motion for an Order to Transcribe Sealed Transcripts. It is ORDERED that the sealed portions of the transcripts from the April 12, 2023, status hearing, and the March 7, 2025, sentencing hearing, are to be transcribed by the court reporter for counsel's review and preparation of the appeal. It is FURTHER ORDERED that those sealed portions are to remain sealed pending further order of the Court. Signed by Judge Beryl A. Howell on April 21, 2025. (zalh) (Entered: 04/21/2025) |
| 11/19/2025 | 240 | MOTION Requesting Access to Transcript of Sealed Proceedings by USA as to RUBEN OSEGUERA–GONZALEZ. (Attachments: # 1 Text of Proposed Order)(Begian, Lernik) (Entered: 11/19/2025) |
| 11/20/2025 | | MINUTE ORDER as to RUBEN OSEGUERA–GONZALEZ GRANTING Government's 240 Motion Requesting Access to Transcript of Sealed Proceedings. It is ORDERED that the Government be granted access to the sealed portion of the sentencing transcript for the hearing held on March 7, 2025. Signed by Judge Beryl A. Howell on 11/20/25. (mac) (Entered: 11/20/2025) |
| 01/05/2026 | 241 | ENTERED IN ERROR.....TRANSCRIPT OF PROCEEDINGS in case as to RUBEN OSEGUERA–GONZALEZ, before Judge Beryl A. Howell held on 9–20–2024; Page Numbers: 1–08–2024. Date of Issuance: 1–05–2026. Court Reporter: Elizabeth Davila, Telephone number: 202–354–3242, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to |

| | | |
|---|---|---|
| | | the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 1/26/2026. Redacted Transcript Deadline set for 2/5/2026. Release of Transcript Restriction set for 4/5/2026.(Davila, Elizabeth) Modified on 1/29/2026; refiled as docket entry 242 . (znmw). (Entered: 01/05/2026) |
| 01/28/2026 | 242 | TRANSCRIPT OF PROCEEDINGS in case as to RUBEN OSEGUERA–GONZALEZ before Judge Beryl A. Howell held on 9–20–2024; Page Numbers: 1 – 8. Date of Issuance:1–28–2026. Court Reportee: Elizabeth Davila, Telephone number: 202–354–3242, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 2/18/2026. Redacted Transcript Deadline set for 2/28/2026. Release of Transcript Restriction set for 4/28/2026.(Davila, Elizabeth) (Entered: 01/28/2026) |
| 01/29/2026 | 243 | TRANSCRIPT OF PROCEEDINGS in case as to RUBEN OSEGUERA–GONZALEZ before Judge Beryl A. Howell held on 2/21/2024; Page Numbers: 1–107; Court Reporter: Elizabeth Saint–loth (znmw) (Main Document 243 replaced on 1/30/2026) (ztnr). (Entered: 01/29/2026) |
| 01/29/2026 | 244 | NOTICE OF ATTORNEY APPEARANCE Kaitlin Julia Sahni appearing for USA. (Sahni, Kaitlin) (Entered: 01/29/2026) |
| 01/29/2026 | 245 | Unopposed MOTION to Unseal and Supplement the Record on Appeal by USA as to RUBEN OSEGUERA–GONZALEZ. (Attachments: # 1 Text of Proposed Order)(Sahni, Kaitlin) (Entered: 01/29/2026) |
| 01/29/2026 | | MINUTE ORDER as to RUBEN OSEGUERA–GONZALEZ GRANTING Government's 245 Unopposed Motion to Unseal and Supplement the Record on Appeal. It is ORDERED that the transcript of the February 21, 2024 Videotaped Deposition of Mario Ramirez Trevino be unsealed and posted in the public docket to supplement the record on appeal.Signed by Judge Beryl A. Howell on 01/29/26. (mac) (Entered: 01/29/2026) |

\* \* \* \* \* *S E A L E D* \* \* \* \* \*

\* <u>**THIS PAGE LEFT INTENTIONALLY BLANK** \*</u>

<u>SEALED MATTER ENCLOSED</u>

\* \* \* \* \* *S E A L E D* \* \* \* \* \*

* * * * * *S E A L E D * * * * * *

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
* * * * * * * * * * * * * * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Action |
| | ) | No. 16-CR-229 |
| vs. | ) | |
| | ) | February 21, 2024 |
| RUBEN OSEGUERA-GONZALEZ, | ) | 9:40 a.m. |
| Defendant. | ) | Washington, D.C. |

* * * * * * * * * * * * * * *

### TRANSCRIPT OF SEALED VIDEOTAPED DEPOSITION
**BEFORE THE HONORABLE BERYL A. HOWELL,
UNITED STATES DISTRICT COURT JUDGE**

**APPEARANCES:**

FOR THE UNITED STATES:
            KAITLIN J. SAHNI
            KATE M. NASEEF
            JONATHAN HORNOK
            United States Department of Justice
            145 N Street, NE
            Washington, DC 20530
            (202) 598-2493
            Email: kaitlin.sahni@usdoj.gov

FOR THE DEFENDANT:
            ANTHONY E. COLUMBO, JR.
            105 West F Street, Third Floor
            San Diego, CA 92101
            (619) 236-1704
            Email:  anthonycolombolegal@gmail.com

            JAN E. RONIS
            105 West F Street, Third Floor
            San Diego, CA 92101-6036
            (619) 236-8344
            Email:  jan@ronisandronis.com

ALSO PRESENT:  ROBERT FEITEL, ESQUIRE
            TERESA ROMAN, Spanish Language Interpreter
            CHERLIN VARELA, Spanish Language Interpreter
            JACOB PETTYJOHN, Videographer

Court Reporter: Elizabeth Saint-Loth, RPR, FCRR
            Official Court Reporter

Proceedings reported by machine shorthand.
Transcript produced by computer-aided transcription.

* * * * * *SEALED* * * * * *

* * * * * *S E A L E D* * * * * *

# P R O C E E D I N G S

1    THE COURTROOM DEPUTY:  Your Honor, this is

2    Criminal Case 16-229, United States of America versus Ruben

3    Oseguera-Gonzalez.

4          Would the parties please come forward to the

5    lectern and identify yourselves for the record.  We'll start

6    with government counsel first this morning.

7          MS. SAHNI:  Good morning, Your Honor.

8    Kaitlin Sahni for the United States.  I am joined by

9    co-counsel Jonathan Hornok and Kate Naseef.

10          THE COURT:  Next time you do this, make sure you

11    come in the day before so we can start on time.

12          MS. SAHNI:  Yes, Your Honor.

13          THE COURT:  For the defense.

14          MR. RONIS:  Good morning, Your Honor.

15    Jan Ronis appearing on behalf of Mr. Oseguera, along with my

16    co-counsel Anthony Columbo.

17          THE COURT:  And you are Mr. Ronis?

18          MR. RONIS:  Correct.

19          THE COURT:  And you are Mr. Columbo?

20          MR. COLUMBO:  Yes.  Good morning, Your Honor.

21          THE COURT:  All right.  Good morning.

22          All right.  And is the witness, Mr. Trevino here?

23          All right.  This is what I plan to do.  Let's put

24    the witness on the stand.  I am going to make the

* * * * * *SEALED* * * * * *

* * * * * *S E A L E D* * * * * *

```
 1    introductions as required under the rules.

 2              I will have you all introduce yourselves again for

 3    the record of the -- starting of the videotape.  I will then

 4    have Mr. Coates administer the oath to the witness, and then

 5    we'll proceed with the deposition on direct examination.

 6              Is that clear?  For the government?

 7              MS. SAHNI:  Yes, Your Honor.

 8              THE COURT:  And for the defense?

 9              MR. RONIS:  Yes, Your Honor.

10              THE COURT:  Okay.  I have been alerted by somebody

11    through my courtroom deputy that they expect a lot of

12    objections here today.  Is that correct?

13              And why would that be?

14              You don't know?

15              MR. RONIS:  I don't know if there --

16              THE COURT REPORTER:  Sir, turn the mic on.

17              THE COURT:  Come forward to the lectern, please.

18              MR. RONIS:  Sure.

19              THE COURT:  Be a litigator.  Stand in front of the

20    lectern in front of the Court.

21              MR. RONIS:  Your Honor, I am not certain that

22    there will be a lot of objections during today's testimony.

23    But I believe, under Rule 15, the defense has an obligation

24    to object to any of the testimony --

25              THE COURT:  What is the nature of the objections
```

* * * * *  *SEALED*  * * * * *

4

* * * * * *S E A L E D* * * * * *

1    I'm expecting to hear?  This is a deposition.

2         MR. RONIS:  Well, they might be under Federal Rule

3    of Evidence 401, 403, 404(b).

4         THE COURT:  Okay.  And you understand the breadth

5    of this conspiracy, and so on, right?

6         MR. RONIS:  I do.

7         THE COURT:  Okay.  Well, I am going to have very

8    little patience with wasting time with lots of objections,

9    just to let you know.  Have a seat.

10        MR. RONIS:  Understood.

11        THE COURT:  Bring the witness in, please.

12        I will expect the government also to introduce the

13   videographer.

14        (Whereupon, the witness enters.)

15        THE COURT:  You may be seated.

16        Okay.  Is the videography running?

17        THE VIDEOGRAPHER:  It is now, Your Honor.

18        THE COURT:  All right.

19        Okay.  I am going to begin by introducing myself.

20        I am Judge Beryl Howell of the United States

21   District Court for the District of Columbia, as the

22   presiding judge of the criminal case United States versus

23   Ruben Oseguera Gonzalez, Criminal Case No. 16-229.

24        I will be presiding over the deposition today of

25   Mario Ramirez Trevino.

* * * * * *SEALED* * * * * *

* * * * * *S E A L E D* * * * *

1          This deposition is being conducted at the

2     courthouse of the United States District Court for the

3     District of Columbia, 333 Constitution Avenue Northwest,

4     Washington, D.C., on Wednesday, February 21, 2024, at 9:44

5     a.m.

6          The deposition of Mr. Trevino is being taken at

7     the request of the government, which request was granted in

8     an order dated October 24, 2023.

9          I will ask now that all counsel state their

10    identities for the record by stepping forward to the

11    lectern.

12         And for the government, please also identify the

13    videographer taking this deposition.

14         MS. SAHNI:  Yes, Your Honor.

15         Kaitlin Sahni for the United States.  And I am

16    joined by co-counsel Jonathan Hornok and Kate Naseef, and

17    the videographer is Jacob Pettyjohn.

18         THE COURT:  Thank you.

19         For the defense.

20         MR. RONIS:  Good morning, Your Honor.

21         Jan Ronis, appearing on behalf of Mr. Oseguera,

22    along with co-counsel Anthony Columbo.

23         THE COURT:  And your client, Mr. Ruben Oseguera

24    Gonzalez, is at counsel table with you; is that correct?

25         MR. RONIS:  He is, Your Honor.

* * * * * *SEALED*  * * * * *

* * * * * S E A L E D * * * * *

```
 1              THE COURT:  All right.  I will ask my deputy, Mark
 2    Coates, to administer the oath to the witness.
 3              (Whereupon, MARIO RAMIREZ TREVINO, was sworn.)
 4              THE DEFENDANT:  I do.
 5              THE COURT:  Thank you.  You may be seated.
 6              The government may begin its direct examination.
 7              MS. SAHNI:  Thank you, Your Honor.
 8              And at this time would it be possible to switch to
 9    consecutive interpretation?
10              THE INTERPRETER:  It has started already.
11              THE COURT:  Thank you.
12              MS. SAHNI:  Thank you.
13                          DIRECT EXAMINATION
14    BY MS. SAHNI:
15    Q.  Good morning.
16    A.  Good morning.
17    Q.  Could you please state your name for the record.
18    A.  Ramirez Trevino Mario [sic].
19    Q.  Do you go by any nicknames?
20    A.  Pelon, P-E-L-O-N.
21    Q.  Where are you from?
22    A.  From Matamorros, in Tamaulipas.
23    Q.  And what country is that in?
24    A.  In Mexico.
25    Q.  How are you feeling today?
```

* * * * * SEALED * * * * *

* * * * * *S E A L E D* * * * * *

1   A.   Well.

2   Q.   Do you currently suffer from any health issues?

3   A.   Yes.  I have issues, renal and kidney failure.

4   Q.   Are you receiving medical treatment for these

5   conditions?

6   A.   That's right.  Yes, from the medical area.

7   Q.   Do you need any type of procedures in order for your

8   health to improve?

9   A.   Yes.  I need a transplant.

10  Q.   What type of transplant?

11  A.   Kidneys and liver.

12  Q.   Do you know if you will be able to get those

13  transplants?

14  A.   I still don't know.  We're working on that.

15  Q.   Do these health issues ever affect your memory?

16  A.   They have no reason to impact my memory.

17  Q.   Are you currently incarcerated?

18  A.   That's right.

19  Q.   When were you arrested?

20  A.   On 13th of August -- 17th of August, 2013.

21  Q.   Were you extradited from Mexico to face charges in the

22  United States?

23  A.   That's right.

24  Q.   Have you been convicted of any crimes in the

25  United States?

* * * * * *SEALED* * * * * *

* * * * * *S E A L E D* * * * *

1    A.  Not yet.

2    Q.  Did you plead guilty to any crimes in the United States?

3    A.  Yes.  I pled guilty.

4    Q.  What crime or crimes did you plead guilty to?

5    A.  Purchase and sell drugs, cocaine and marijuana, and

6    being part of organized crime.

7    Q.  As part of your guilty plea did you agree to cooperate

8    with the government?

9    A.  Yes.  Yes, I do.  I was.

10   Q.  Does your cooperation include meeting with agents and

11   prosecutors?

12   A.  That's right.

13   Q.  Does your cooperation also include testifying?

14   A.  That's right.

15   Q.  Have you been sentenced yet?

16   A.  No.

17   Q.  Are you hoping to receive anything in exchange for your

18   cooperation?

19   A.  I do.  I do have that hope.

20   Q.  What are you hoping to receive?

21   A.  Something fair because, as per the agreement I have with

22   the United States, I just have to be truthful; and that's

23   all that is required of me.

24   Q.  Just to clarify, are you hoping to receive a sentence

25   reduction as a result of your cooperation?

* * * * * *SEALED* * * * * *

* * * * * S E A L E D * * * * *

1  A.  Yes.  Well, that is the work of my attorneys.  I am just

2  here to tell the truth.

3  Q.  Who ultimately decides what sentence reduction you will

4  receive, if any?

5  A.  It would be the judge.

6  Q.  And which judge is presiding over your case?

7  A.  I don't remember the name.  I'm sorry.

8  Q.  Is it the judge sitting next to you?

9  A.  No.

10  Q.  Have you been promised anything in return for your

11  cooperation?

12  A.  No, ma'am.

13  Q.  In Mexico, were you a member of a drug trafficking

14  organization?

15  A.  Yes, ma'am.

16  Q.  Which organization?

17  A.  The Gulf Cartel.

18  Q.  What is the Gulf Cartel?

19  A.  It is a criminal cell with headquarters in the northeast

20  of Mexico --

21  Q.  How did you first --

22  A.  -- in Tamaulipas.

23  Q.  Excuse me.

24        How did you first become involved with the Gulf

25  Cartel?

* * * * * SEALED  * * * * *

* * * * * *S E A L E D* * * * * *

1    A.  I was invited by a colleague to participate in the

2    cartel in 2002, 2001.

3    Q.  What were you doing at that time?

4    A.  At that time, I began as a security for people.

5    Q.  What was your job before you started providing security

6    for the Gulf Cartel?

7    A.  Before that I was a judicial police in Tamaulipas.

8    Q.  How long were you a police officer?

9    A.  Between six and seven years, ma'am.

10   Q.  Over time, did you assume other responsibilities for the

11   Gulf Cartel beyond providing security?

12   A.  Yes, ma'am.  In transporting drugs.

13   Q.  Over time, did your rank within the Gulf Cartel change?

14   A.  Yes.  I started rising slowly.

15   Q.  What was the highest position you held within the Gulf

16   Cartel?

17   A.  The last eight months I was the leader of the Gulf

18   Cartel?

19   Q.  When you say "the last eight months," what are you

20   referring to there?

21   A.  That's when I was arrested.  I had been a leader for

22   eight months when I was arrested.

23   Q.  Approximately when was that, that you became leader of

24   the Gulf Cartel?

25   A.  At the end of 2012, in December of 2012.

* * * * * *SEALED* * * * * *

11

1    Q.  As a member of the Gulf Cartel, did you ever use false

2    identification?

3    A.  Yes.

4    Q.  Did you bribe public officials?

5    A.  Yes.

6    Q.  Did you use firearms?

7    A.  Yes, ma'am.

8    Q.  Did you commit acts of violence?

9    A.  That's right.

10   Q.  While you were the leader of the Gulf Cartel, were you

11   at war with another cartel?

12   A.  One.  One internal group only, the Zetas.

13   Q.  And what are the Zetas?

14   A.  The Zetas were the armed part of the Gulf Cartel.

15   Q.  At some point did they break off from the Gulf Cartel?

16   A.  That's right.

17   Q.  As the leader of the Gulf Cartel, did you give your

18   subordinates any instructions about what to do if they

19   encountered a Zeta during the war?

20   A.  Yes, ma'am.

21   Q.  What were those instructions?

22   A.  Finish with them.

23   Q.  What do you mean by "finish with them"?

24   A.  Eliminate them, just like they did with us.

25   Q.  Are you referring to killing people?

* * * * * S E A L E D * * * * *

1   A.  That's right.

2   Q.  Were people, in fact, killed during that war?

3   A.  That's right, ma'am.

4   Q.  Was there ever a time when you asked your subordinates

5   to preemptively kill someone who was planning to hurt you?

6   A.  Yes, ma'am.  At a given time, I did give that order.

7   Q.  Did your subordinates in fact kill that person who was

8   planning to hurt you?

9   A.  That's right.

10  Q.  While you were the leader of the Gulf Cartel, was the

11  cartel engaged in human smuggling?

12  A.  That's right.  We did that too.

13  Q.  While you were detained in Mexico, after your arrest,

14  did you stay in contact with some other members of the Gulf

15  Cartel?

16  A.  That's right.

17  Q.  Did they sometimes consult with you while you were in

18  prison?

19  A.  It was just one, one consultation made while I was in

20  jail.

21  Q.  What was that consultation about?

22  A.  That who was going to occupy my position.

23  Q.  Turning back to your arrest in 2013, where were you

24  first detained after your arrest?

25  A.  In Reynosa, Tamaulipas, Mexico.

* * * * * SEALED  * * * * *

13

* * * * * S E A L E D * * * * *

1    Q.  Okay.  In which facility was that?

2    A.  What do you mean?

3    Q.  What was the name of the detention facility, if you

4    recall?

5    A.  I was detained in the Antiplano.

6    Q.  How long were you detained in Antiplano prison?

7    A.  About three years.

8    Q.  Were you detained at Altiplano on multiple different

9    occasions?

10   A.  No.  I was arrested in Reynosa; and I was transferred to

11   the Altiplano which was in Toluca.

12   Q.  Is Toluca a location within Mexico?

13   A.  It's in the state of Mexico.

14   Q.  Mr. Ramirez, if you could please wait for the

15   interpreter to finish before responding, I think that will

16   make things go a little more smoothly.  Thank you.

17   A.  All right.

18   Q.  Did you interact with other prisoners while you were

19   detained at Altiplano?

20   A.  That's right.

21   Q.  Do you see anyone here today who was detained at

22   Altiplano with you?

23   A.  That's right, ma'am.

24   Q.  Could you please point to that person and identify an

25   article of clothing that they're wearing?

* * * * * SEALED  * * * * *

14

1    A.  It is the gentleman -- it is the gentleman that is

2    wearing a light blue shirt and glasses.

3              MS. SAHNI:  Your Honor, let the record reflect

4    that the witness has identified the defendant.

5              THE COURT:  Let the record so reflect.

6    BY MS. SAHNI:

7    Q.  Okay.  Mr. Ramirez, do you know the name of the person

8    who you just pointed to?

9    A.  Yes, ma'am.

10   Q.  And what is that person's name?

11   A.  Ruben.

12   Q.  Do you know him by any nicknames?

13   A.  He was el Menor, M-E-N-O-R; el Segundo, S-E-G-U-N-D-O,

14   and el Menchito, M-E-N-C-H-I-T-O.

15   Q.  I will refer to him as the defendant, all right?

16   A.  Yes.

17   Q.  How many different times was the defendant housed at

18   Altiplano while you were there?

19   A.  I crossed with him twice; that is, he was at Altiplano

20   twice.

21   Q.  When was the first time that the defendant was housed at

22   Altiplano with you?

23   A.  The first time he was arrested, I don't remember the

24   date.

25   Q.  Do you recall approximately how long you had been at

15

 1    Altiplano when the defendant first arrived there with you?

 2    A.  No, I don't remember.

 3    Q.  Did you ever talk to the defendant the first time he was

 4    there at Altiplano with you?

 5    A.  Yes.  We had a couple of very short conversations when

 6    that happened.

 7    Q.  What was the defendant's demeanor the first time he was

 8    at Altiplano with you?

 9    A.  He was calm.  He came in a serious and calm demeanor the

10    first time he was there.

11    Q.  At some point was the defendant taken out of Altiplano?

12    A.  Yes, when we were all transferred to another prison; and

13    we were the ones that were receiving special treatment.

14    Q.  Okay.  Was that transfer during the first time that the

15    defendant was at Altiplano with you or the second time?

16    A.  No, ma'am.  I do not remember.

17    Q.  Okay.  Do you recall approximately when the defendant

18    was housed at Altiplano with you the second time?

19    A.  The second time, when we were transferred back to

20    Altiplano from other prisons and we got together in Oaxaca.

21    Q.  Okay.  If I can step back, were you transferred from

22    Altiplano to another prison with the defendant after the

23    first time he was there?

24    A.  Yes.  We were transferred, all of the inmates that were

25    receiving special treatment there, because of the Joaquin

* * * * * S E A L E D * * * * *

1    issue, and we were transferred to other prisons.

2    Q.  And when you say "Joaquin issue," what are you referring

3    to there?

4    A.  Joaquin, when he escaped; el Chapo.  El Chapo.

5    Q.  Was Chapo at Altiplano with you when that happened?

6    A.  Yes.  He was there.

7    Q.  Okay.  And where were you transferred at that time?

8    A.  To Oaxaca.  To the Federal Prison No. 3 in Oaxaca.

9    Q.  And after that were you and the defendant transferred

10    back to Altiplano?

11    A.  He was in Hermosillo.  And from Hermosillo he was

12    transferred to Oaxaca, and I was there.  And from there we

13    were both transferred to Altiplano.

14    Q.  So you were transferred to Oaxaca first; is that

15    correct?

16    A.  Yes.  Yes.

17    Q.  And to clarify what I am asking about first, I meant

18    before the defendant was transferred to Oaxaca.

19    A.  That's right.

20    Q.  The second time that you were at Altiplano with the

21    defendant, how was the defendant's demeanor then?

22    A.  Well, he was more violent.  His demeanor was more

23    aggressive.  He was not the same, he was behaving

24    differently.

25    Q.  Did the defendant say anything to you that explained why

* * * * * SEALED  * * * * *

1    he may have a different attitude?

2    A.  No.  Because he was saying that according to his father

3    he was told that now he was the second -- the second one.

4    As a matter of fact, when they threw [sic] the helicopter,

5    he was on it.

6            MR. RONIS:  Judge, I'd move to strike.

7    Nonresponsive.

8            THE COURT:  Overruled.  I would like the

9    prosecutor to clarify what that was.

10            MS. SAHNI:  Yes.

11    BY MS. SAHNI:

12    Q.  When --

13            THE COURT:  Excuse me.

14            When you object, stand; otherwise, I might miss it.

15            MR. RONIS:  Understood.

16    BY MS. SAHNI:

17    Q.  When you referred to "the second one," what are you

18    referring to there?

19    A.  The second one in the cartel, that's what I -- that's

20    what he was saying there in prison.

21    Q.  And which cartel?

22    A.  Cartel Jalisco Nueva Generación.

23    Q.  Is that cartel sometimes called the "CJNG"?

24    A.  Yes.

25    Q.  You had mentioned a helicopter.  We'll circle back to

* * * * * S E A L E D * * * * *

1    that, all right.

2    A.  That's right.

3    Q.  You mentioned the defendant's father.  Who is the

4    defendant's father?

5    A.  Mr. Mencho.

6    Q.  Is Mencho a member of a drug trafficking organization?

7            MR. RONIS:  Objection.  Lack of personal

8    foundation.  Lack of foundation.  Lack of personal

9    knowledge.

10           THE COURT:  Overruled.

11           Establish the foundation, please.

12           MS. SAHNI:  Yes.

13   BY MS. SAHNI:

14   Q.  How do you know that Mencho was a member of a drug

15   trafficking organization?

16   A.  Because he would say it, the news would mention it; and

17   everyone else would mention it, and everyone knows about it.

18   Q.  When you say "he" would mention it, who are you

19   referring to there?

20   A.  To his son, through him.

21   Q.  What is Mencho's position within the CJNG?

22           MR. RONIS:  Again, Your Honor, objection.  Lack of

23   foundation.

24           THE COURT:  Okay.  Why don't you lay the

25   foundation first so we can avoid the objection, which I will

* * * * * SEALED  * * * * *

* * * * * S E A L E D * * * * *

1    overrule because I am expecting that you will lay the

2    foundation; but it would be better for you to lay the

3    foundation first and then ask the question.

4         MS. SAHNI:  Yes, Your Honor.

5    BY MS. SAHNI:

6    Q.  Mr. Ramirez, did you ever discuss with the defendant

7    what his father's position was within the CJNG?

8    A.  No, ma'am.

9    Q.  Okay.  Did the defendant ever indicate how he became the

10   second within the CJNG as you described it?

11   A.  Well, he just said that he was next to him all the time,

12   going up and down.

13   Q.  Sorry.  If we can clarify here, it's helpful for us if

14   you refer to the person by the proper name rather than "he"

15   because sometimes we get a little lost.

16   A.  Yes.  Mr. Ruben would say that he was with his father

17   all the time.

18   Q.  Okay.  And how did that affect the defendant becoming

19   the second in the CJNG based on communications that you had

20   with the defendant?

21        MR. RONIS:  I have the same foundational

22   objection, Your Honor.

23        THE COURT:  Overruled.

24        THE DEFENDANT:  Could you repeat that please?

25        MS. SAHNI:  Yes.

* * * * * SEALED  * * * * *

20

* * * * * *S E A L E D* * * * * *

1    BY MS. SAHNI:

2    Q.  Based on the discussions that you had with the

3    defendant, how was the defendant being with his father all

4    the time affecting how he became No. 2 within the CJNG?

5    A.  I do not know, ma'am.  That's what he would say.  That's

6    what he said.

7    Q.  Okay.  At Altiplano, which unit were you housed in?

8    A.  In the unit for special treatment, maximum security.

9    Q.  What did this unit look like?

10   A.  It was a unit that had two hallways with ten cells on

11   each side.

12   Q.  How would you describe the security in this special

13   treatment section?

14   A.  Well, it's maximum security over there, but Joaquin was

15   able to escape from there.

16   Q.  When you are referring to "Joaquin," is that the "Chapo"

17   that you referred to earlier?

18   A.  That's right.

19   Q.  Was the defendant ever housed in the special treatment

20   section with you?

21   A.  Yes.  He was there.

22   Q.  Where was the defendant's cell in relation to yours?

23   A.  I think I was in No. 5, and he was in No. 3.

24   Q.  And where were those cells in relation to each other?

25   A.  Well, they were separate, from one to ten, so he was in

* * * * * *SEALED* * * * *

* * * * * S E A L E D * * * * *

1   No. 3 and I was in No. 5.

2   Q.  Were the cells next to each other?  Across from each

3   other?  How were they oriented?

4   A.  One next to the other one.  And they were not one across

5   the other one, they were all next to each other.

6   Q.  So was the defendant ever housed in a cell right next to

7   yours?

8   A.  In Oaxaca.

9   Q.  But at Altiplano were you ever housed right next to each

10  other?

11  A.  No.

12  Q.  While you were in the special treatment unit in

13  Altiplano, were you able to communicate with other inmates

14  from your cell?

15  A.  Yes.  We would all talk.  We would communicate.

16  Q.  Did you ever communicate with the defendant while you

17  were both in your cells at Altiplano?

18  A.  That's right.

19  Q.  Did you eat meals with other inmates in the special

20  treatment unit?

21  A.  No.  It's one of us in our rooms.

22          THE COURT:  Excuse me just one second.

23          We need to pause.

24          We're going to take a ten-minute break.

25          (Whereupon, a recess was taken to address

* * * * * SEALED   * * * * *

* * * * * S E A L E D * * * * *

1    technical difficulties.)

2           THE COURTROOM DEPUTY:  All rise.  This Honorable

3    Court is back in session.  Please be seated and come to

4    order.

5           THE COURT:  Ms. Sahni, can we find out what state

6    the defendant entered a plea of guilty so it's clear it's

7    not -- he's going to be sentenced by a judge not even in

8    this courthouse.

9           MS. SAHNI:  I will ask, Your Honor.

10          THE COURT:  Also, can you also clarify what

11   "special treatment" means when he uses that?  Is it the same

12   thing as "maximum security," or -- what does that mean?

13          Yes.  Mr. Ronis?

14          MR. RONIS:  Your Honor, if I can just raise a

15   matter, something that might expedite and eliminate some

16   objections, really briefly, at the podium.

17          THE COURT:  Fine.

18          MR. RONIS:  So, Your Honor, this -- I have been

19   waiting a long time, and I don't have too many firsts at

20   this point in my career.  But I have never actually done a

21   proceeding in court at this nature at this stage.

22          Presumably, the witness might be testifying in the

23   future in the trial if, in fact, there is a trial in this

24   matter.  On the other hand, this hearing is being held with

25   the thought that perhaps he won't be available.

* * * * * SEALED  * * * * *

* * * * * S E A L E D * * * * *

1    So ordinarily this would be the trial, at which we

2    would have filed in limine motions to try to limit, as we do

3    in all trials, what the testimony is about to be, something

4    we really haven't had an opportunity to do.

5    THE COURT:  Exactly.

6    MR. RONIS:  Right.

7    THE COURT:  Which is why I am going to overrule

8    most of your objections.

9    MR. RONIS:  Right.  So --

10    THE COURT:  You can save it for a motion

11    in limine.

12    MR. RONIS:  That's fine with me.  I would

13    prefer -- I don't mind not objecting as long as we have a

14    standing objection to this testimony, not the least of which

15    is 4-0- -- 401, 403, and 404, because I, quite frankly,

16    think that may be irrelevant to the charges in this case in

17    that much of what he is testifying to is not incorporated

18    into the indictment against the defendant.

19    So as long as I have a standing objection to the

20    matters about which I would otherwise object, I have no

21    problem as long as we can revisit them as this matter moves

22    closer to trial and perhaps cured in some in limine motion.

23    THE COURT:  That's how a deposition runs in my

24    experience, so that's why I was really confused and opened

25    up this proceeding asking why I was going to get a lot of

* * * * * SEALED  * * * * *

24

1  objections --

2           MR. RONIS:  Understood.

3           THE COURT:  -- because we haven't had any motions

4  in limine.

5           MR. RONIS:  Correct.  And this may --

6           THE COURT:  So -- this is not a trial.

7           MR. RONIS:  Well, I understand.  But it may be

8  this -- it may be -- if I stood mute and I otherwise didn't

9  have a right to object in the future, then I could be held

10  to a standard that I don't want to be held to.  So as long

11  as we understand that we can revisit these issues in the

12  future should it go to trial, I am fine.

13           THE COURT:  That's certainly my understanding.

14           MR. RONIS:  Very well.  Thank you, Your Honor.

15           THE COURT:  Thank you.

16           Let's proceed.

17           MS. SAHNI:  Thank you, Your Honor.

18  BY MS. SAHNI:

19  Q.  Mr. Ramirez, if we can go back to some things that you

20  testified about before the break.

21           Is the case in which you entered a plea agreement

22  in this district?

23  A.  Yes.

24  Q.  You mentioned the special treatment unit before.  What

25  does "special treatment unit" mean?

* * * * * *S E A L E D* * * * * *

1    A.  It's maximum security.

2    Q.  So those are the same thing, maximum security and

3    special treatment unit?

4    A.  That's how it's called in that jail.

5    Q.  While you were in the special treatment unit, were

6    inmates able to arrange private in-person meetings with

7    other inmates?

8    A.  Yes, ma'am.

9    Q.  Did you ever attend one of these in-person meetings?

10   A.  Yes.  We had a gathering at a court.

11   Q.  When you say "a court," was that a place within the

12   prison or outside?

13   A.  Yes.  The courts are inside the prison.

14   Q.  Okay.  And how were inmates able to arrange these

15   meetings while you were there?

16   A.  The attorneys would organize them with the secretaries

17   or the prosecutor's office.

18   Q.  Okay.  How do you know that this is how the meetings

19   were arranged?

20   A.  The attorneys would tell us that's what they did.

21   Q.  Did you ever attend one of these in-person meetings with

22   the defendant?

23   A.  Yes.  I was in a meeting with Ruben, with La Vaca,

24   V-A-C-A; with Paisa, P-A-I-S-A; and with his -- with Cuini.

25   Q.  Okay.  So if we can go through each of those, who is La

* * * * * *S E A L E D* * * * *

1    Vaca?

2    A.  La Vaca was the name given to one of the main

3    cooperators for Ruben in the jail.

4    Q.  What do you mean by a "cooperator for Ruben"?

5    A.  He was the one in charge of controlling the gangs within

6    the jail for the different cartels.

7    Q.  Who is Paisa?

8    A.  His name is Garnica, and he is a cartel chief.

9    Q.  Of which cartel?

10   A.  Within the jail cells they would say they were from the

11   Jalisco Nueva Generación cartel.

12   Q.  What organization was Paisa a leader of?

13   A.  Well, the Paisas -- P-A-I-S-A-S -- from the Paisa's

14   gang.

15   Q.  And does that refer to a prison gang?

16   A.  That's right.

17   Q.  Who is Cuini?

18   A.  Ruben's uncle.

19   Q.  Do you know his name?

20   A.  Abigail.

21   Q.  So what was the purpose of this meeting that you had

22   with the defendant?

23   A.  To control the gangs within the jails so that the Zetas

24   didn't take over, as well as the transfer of pills within

25   the jail and cocaine as well as -- to control the transfer

* * * * * *SEALED* * * * *

* * * * * *S E A L E D* * * * * *

1    of pills and sale of cocaine inside the jails by the Paisas.

2    Q.  Okay.  Was there a dispute that was trying to be

3    resolved at this meeting?

4    A.  That's right.  They were trying to decide on the control

5    of the sale of drugs within the jail.

6    Q.  Who was trying to take control of that distribution?

7    A.  They did.

8    Q.  Which organization?

9    A.  It was Ruben and La Vaca.

10   Q.  Who were they in a dispute with about this?

11   A.  With the Zetas, and with other cartels inside the jail.

12   Q.  Okay.  And what was your role in this meeting?

13   A.  I joined them.  I tried to join them.

14   Q.  Join whom?

15   A.  With Ruben and La Vaca, for that purpose.

16   Q.  Okay.  What was the ultimate decision that was reached

17   at the end of this meeting?

18   A.  Well, that they decided it was just the control over the

19   purchase and sale of pills and drugs in the jail, that's

20   what they decided on.

21   Q.  If I could clarify, what was the decision that they

22   reached?

23   A.  That the decision was a neutral one as to the purchase

24   and sale of drugs and cocaine, that they would distribute it

25   equally, that there would be no fight with the Zetas.

* * * * * *SEALED* * * * * *

28

* * * * * S E A L E D * * * * *

1    Q.  That --

2    A.  So the field was divided because things inside the jail

3    was getting difficult because of our families.

4    Q.  And if I may clarify, you said that they could

5    distribute equally; are you referring to the defendant and

6    La Vaca on one side and Zetas on the other?

7    A.  That's right.

8    Q.  What was the purpose of transferring pills and cocaine

9    within the jail?

10   A.  To control the people.  In case a riot broke out or

11   something, they could control most of the people in there.

12   Q.  Did you ever observe the drugs being distributed within

13   the jail?

14   A.  No.  But the drug was distributed -- (overlapping

15   speakers) -- they would be thrown to the patio.

16   Q.  Did you observe that?

17   A.  Yes.  I could see that through the window.

18   Q.  You mentioned that these meetings arranged by the

19   attorneys were in the same building as the Court.  Was there

20   ever a judge at these meetings that were held?

21   A.  No.  Just the people from the prosecution's office, the

22   secretaries.

23   Q.  And at this meeting that you had with the defendant and

24   the other individuals that you named, was there any

25   discussion of how many drugs were going to be distributed?

* * * * * SEALED  * * * * *

* * * * * S E A L E D * * * * *

1    A.  Yes.  They would distribute between 2,000 and 3,000

2    pills and between 2 and 3 kilograms of cocaine.

3    Q.  Did you discuss what type of pills they were?

4    A.  Psychotropic ones.

5    Q.  Now, you mentioned the Paisas as a prison gang.

6    Were there --

7            THE COURT:  I'm sorry, Ms. Sahni.

8            When you say 2,000 to 3,000 pills and 2 to 3

9    kilograms of cocaine, over what period of time are you

10   referring to?

11           THE WITNESS:  Well, at that time this was the

12   amount that was discussed.  After that, I was not

13   knowledgeable of...

14           THE COURT:  Okay.  And at this meeting that you

15   have been talking about with the defendant, La Vaca, were

16   there other -- were there attorneys present or people from

17   the special -- the prosecutor's office?

18           THE WITNESS:  It was just the officer -- the

19   secretary to the prosecution's office who came from the

20   agency of that court where we were at.  But they were not

21   there at the meeting or at hearing, they were to the side --

22   off to the side because they can't do it there.

23   BY MS. SAHNI:

24   Q.  Were there prison gangs other than the Paisas at

25   Altiplano?

* * * * * SEALED  * * * * *

* * * * * S E A L E D * * * * *

1    A.  Yes.  They were the Aztecas, A-Z-T-E-C-A-S; the Artisan

2    Artists, Artistas Asesinos, and the Chilangos,

3    C-H-I-L-A-N-G-O-S.

4    Q.  And while you were at Altiplano, who did these prison

5    gangs follow?

6    A.  Excuse me?

7    Q.  Who did these prison gangs follow at Altiplano while you

8    were there?

9    A.  Well, the main ones were the Paisas, and they were on

10    Ruben and La Vaca's side.

11    Q.  Do you know who the Aztecas were loyal to?

12    A.  Yes.  They are from the end of Chihuahua, they are from

13    Chihuahua.

14    Q.  Were they loyal to anyone within the prison?

15    A.  No, no, no.  They remained neutral.

16    Q.  What about the Artistas?

17    A.  Again, they were also neutral; they were very few.

18    Q.  And were the Chilangos loyal to anyone within the

19    prison?

20    A.  Yes.  The Chilangos were of the CJNG.

21    Q.  Were the Chilangos loyal to a particular person within

22    Altiplano?

23    A.  Yes.  To La Vaca and to Mr. Ruben.

24    Q.  Based on your experience at these prisons, if prison

25    gangs are loyal to a person, what effect, if any, does that

* * * * * SEALED  * * * * *

* * * * * *S E A L E D* * * * * *

1    have on the person's power?

2    A.  Well, when we say "power," we just say power, but it's

3    very difficult to have it within the prison because there

4    are lots of authorities there and there are lots of

5    corruption too.

6    Q.  Okay.  At Altiplano, were any members of the Zetas

7    housed in the same hallway as you?

8    A.  Yes, ma'am.  For some time Alejandro Omar Trevino

9    Morales, AKA 42, was there.

10   Q.  And is "42" a nickname for that individual that you

11   mentioned?

12   A.  Yes.  He is Zeta 42.

13   Q.  Okay.  And while Zeta 42 was in your hallway, where was

14   his cell in relation to yours?

15   A.  He was in No. 10 and I was at No. 5.  He was in the last

16   one on the hallway.

17   Q.  Can you remind us which cell you were in?

18   A.  No. 5.

19   Q.  Where was the defendant's cell in relation to yours at

20   this time?

21   A.  In No. 3.  He was still there in the same hallway.

22   Q.  And were the cells numbered 1, 2, 3, 4, 5, and so on,

23   straight down the line, or was it evens on one side and odds

24   on the other side?

25   A.  Well, in Hallway No. 1, there were cells from 1 to 10;

* * * * * *SEALED* * * * *

* * * * * *S E A L E D* * * * * *

1    and in Hallway No. 2, from 11 to 20.

2    Q.  And which hallway were you in, 1 or 2?

3    A.  In No. 1.

4    Q.  Did you ever hear Zeta 42 and the defendant talk to each

5    other from their cells?

6    A.  Yes.  Omar yells at the gang:  Rubencito, I got a

7    message for you from my brother, 42 40 [sic].  Tell your dad

8    that he is going to buy you a ton of cocaine at the Port of

9    Veracruz for $15 million.

10    Q.  And to clarify, was that a message conveyed by Zeta 42?

11    A.  Yes.  Zeta 40 to 42, the brother, Miguel.

12    Q.  And who is Zeta 40?

13    A.  The leader of cartel of the Zetas.

14    Q.  Who is Zeta 42?

15    A.  Miguel Angel Trevino Morales.

16    Q.  What was his role within the drug trafficking

17    organization?

18    A.  He was the main leader.

19    Q.  Was Zeta 42 the main leader or Zeta 40 the main leader?

20    A.  Zeta 40.

21    Q.  And what about Zeta 42?  What was his role within the

22    Zetas?

23    A.  He was the second one in the cartel of his brother, 42.

24    Q.  You mentioned cocaine at Veracruz.  Where is Veracruz?

25    A.  It's in the Gulf of Mexico.

* * * * * *SEALED* * * * *

* * * * * *S E A L E D* * * * * *

1    Q.  Did you hear the defendant's response when Zeta 42 gave

2    this message about the cocaine?

3    A.  That's right.  At that time he said that he was going to

4    send that message to his father.

5    Q.  You mentioned a value of $15 million.  Based on what you

6    heard, was it your understanding that that was the price for

7    the total shipment or per kilogram?

8    A.  That was the total cost at the time, that he was paying

9    it at $15 million because that was in the state of Veracruz,

10   at the port.

11   Q.  While you were --

12              THE INTERPRETER:  Interpreter correction:  That it

13   was put in Veracruz.

14   Q.  While you were at Altiplano, did you hear if the deal

15   had ever materialized, if it had been successful?

16   A.  Well, it was hard to be able to tell if it took place or

17   not.  But he made a comment that, yes, he was going to do

18   everything possible to make it.

19   Q.  Who made the comment?

20   A.  Ruben.

21   Q.  Now, you mentioned being transferred to Oaxaca and that

22   you arrived there before the defendant; is that correct?

23   A.  That's right.

24   Q.  And approximately how much time passed after you were

25   transferred from Oaxaca that the defendant was also brought

* * * * * *SEALED* * * * * *

* * * * * *S E A L E D* * * * *

1    there?

2    A.  Like two or three months.

3    Q.  Where was the defendant housed in Oaxaca?

4    A.  We were in the area of the unit -- what's the name of

5    it?  COC.  That was the unit, COC.

6    Q.  Do you remember what that stands for?

7    A.  No.

8    Q.  In that unit, was the defendant ever housed in a cell

9    next to yours?

10   A.  Yes.  He was next to mine for a little bit of time.

11   Q.  How was the security at Oaxaca as compared to Altiplano?

12   A.  The security there was a little bit more restricted.

13   Q.  The security at Oaxaca was more restrictive or Altiplano

14   was more restrictive?

15   A.  Well, no, because the types of meetings that we had in

16   court before, here, we didn't have those type of meetings.

17   But in that one we were able to go down and eat together.

18   Q.  At Oaxaca?

19   A.  Yes, in Oaxaca.

20   Q.  So is the security less strict at Oaxaca?

21   A.  No.  It was more -- well, it was almost the same, but it

22   didn't have the courts that Altiplano had.

23   Q.  And you mentioned inmates eating together at Oaxaca; how

24   often did that occur?

25   A.  The three meals.

* * * * * *SEALED* * * * *

* * * * * *S E A L E D* * * * * *

1    Q.  Did you ever eat meals with the defendant while you were

2    both housed at Oaxaca?

3    A.  Yes.  At one time we both coincided there, yes.

4    Q.  During that time, did you have regular meals together?

5    A.  That's right.

6    Q.  Did you talk to each other during those meals?

7    A.  Yes.

8    Q.  You mentioned that the defendant was housed next to you

9    in Oaxaca for a little bit of time.  Do you recall

10   approximately how long that was?

11   A.  I do not remember exactly how much time, but enough to

12   be able to talk.

13   Q.  Do you recall if it was days, weeks, months?

14   A.  One or two months.

15   Q.  In Oaxaca, could you talk to the person in a neighboring

16   cell like you could at Altiplano?

17   A.  Yes.  Here we were able to talk even more because the

18   cells were right next to each other, so we would sit by the

19   door next to the other cell and talk.

20   Q.  And did you talk to the defendant in that fashion?

21   A.  That's right.

22   Q.  Okay.  Did the defendant ever ask you to acquire

23   anything for him while you were both in Oaxaca?

24   A.  Yes.  That's right.  He asked me to get an M60, one of

25   caliber 50.

* * * * * *SEALED* * * * * *

* * * * * *S E A L E D* * * * * *

1    Q.  What is an M60?

2    A.  It's a machine gun to bring down planes.  It's a large

3    machine gun.

4    Q.  What is a 50 caliber?

5    A.  It's the same, caliber 50, the same.

6    Q.  The same as what, an M60?

7    A.  As an M60.  Because there are different calibers, so

8    7.62 and 50.

9    Q.  And the 7.62, is that the M60?

10           THE WITNESS:  Yeah (In English).

11   A.  That's right.

12   Q.  Is the 50 caliber a pistol, a rifle, some other form of

13   weapon?

14   A.  It's a high-powered weapon.  It's a machine gun.

15   Q.  In your experience, what are a 50 caliber and an M60

16   used for by drug cartels?

17   A.  To be able to penetrate the armor, the armor.

18   Q.  What kind of armor?

19   A.  Level 4, 5, 6, I do not know.

20   Q.  Armor on what though?

21   A.  The armor from the cars, for the automobiles.

22   Q.  Did you agree to provide these weapons?

23   A.  No.  I told him that I couldn't do it because I was not

24   in connection, I didn't have that connection anymore.  I was

25   completely disconnected.

* * * * * *SEALED* * * * * *

* * * * * *S E A L E D* * * * * *

1   Q.  Are you aware of any other instances of the defendant

2   attempting to obtain weapons while in prison in Mexico?

3   A.  Well, there was another member of the Gulf Cartel, his

4   name was Angel; and he told me that Ruben had asked him to

5   get him a 50 caliber and that he was going to get it.  In

6   fact, he had already got it.

7          He actually asked me if I had a car with a special

8   compartment to bring it to Zapopan and I told him that I

9   didn't have anything, that I was completely disconnected;

10  but Angel told me later on that he had already got it and

11  brought it to Zapopan.

12  Q.  Okay.  If we can stop there.  Did you ever discuss this

13  arrangement with the defendant?

14  A.  No.  He just told me that Angel had sent him the caliber

15  50, and that was it.  It was just that very comment, and he

16  told me that he had received what he ordered.

17  Q.  When you say "he told me that he received the 50

18  caliber," who is "he"?

19  A.  Ruben.  Ruben told me that he had received the caliber

20  50, that Angel had given it to him as a gift.

21  Q.  Do you know where the 50 caliber was delivered?

22  A.  Angel just told me that he had sent it to Zapopan.

23  Q.  And you mentioned a car or a vehicle with a compartment.

24  Can you explain what you are talking about there?

25  A.  Yes.  Those are cars that have been modified to be able

* * * * * *SEALED* * * * * *

* * * * * S E A L E D * * * * *

1  to have compartments to hide money, weapons, drugs.

2  Q.  While you were in Oaxaca, did the defendant ever tell

3  you anything about a helicopter?

4  A.  Yes.  He was -- he made a comment because he was

5  actually on a call, and he was singing a song over there at

6  the building.  Well, when we went up, I asked him:  What is

7  it that you were singing?  He said:  Well, the corrido, the

8  song, was made for us, about the helicopter that fell down,

9  that went down; and I was singing it.  And the one told me

10  that he had taken the bazooka and gave it to his peer and

11  that they had hit the helicopter but that, thank God, they

12  were okay.

13  Q.  Who was okay?

14  A.  That him as well as his father were doing well.

15  Q.  Did you discuss with the defendant who the helicopter

16  belonged to?

17  A.  Yes.  He told me it was the Navy's.

18  Q.  Did the defendant say who was with him when the

19  helicopter was shot?

20  A.  He was with other members of the CJNG taking care of his

21  father, Mr. Mencho.

22  Q.  You mentioned a bazooka.  Did you discuss with the

23  defendant how the bazooka was used?

24  A.  No.  Just that he said that he had given it to another

25  person and that that person had shot with it.

* * * * * SEALED  * * * * *

* * * * * S E A L E D * * * * *

1    Q.  Did you discuss with the defendant where this incident

2    took place?

3    A.  No.  No.  We didn't go into details, it was just like

4    that, the conversation.

5    Q.  Did the defendant identify the person who shot the

6    helicopter?

7    A.  He mentioned someone, 80 something, but that was it.

8    Q.  Did you know that person?

9    A.  I didn't pay attention to it.

10          THE INTERPRETER:  Interpreter requests repetition

11    of the question.

12          MS. SAHNI:  Yes.

13    BY MS. SAHNI:

14    Q.  Did you know that person who he mentioned, 80 something?

15    A.  No.  I don't know them.

16    Q.  What was your reaction when the defendant told you about

17    this helicopter incident?

18    A.  Well, no, nothing, I was not surprised.  I was not

19    surprised by anything; that was about the attitude I had

20    back then, that nothing would surprise me.

21          Mr. Ruben just wanted to be about everything with

22    what was being said or not said, or stand out.

23    Q.  If I may clarify, when you said he just wanted to stand

24    out, what do you mean by that?

25    A.  Because he wanted to call attention to himself because

* * * * * SEALED  * * * * *

* * * * * *S E A L E D* * * * * *

 1    La Vaca, for example, was again in the same module.  There

 2    were other Paisa members who were also in the same module.

 3    Q.  At Oaxaca were prisoners allowed to make calls to people

 4    outside the prison?

 5    A.  Yes.  We had a phone call every week.

 6    Q.  Did you ever overhear the defendant talking on the jail

 7    phone?

 8    A.  Yes.  We could all hear everyone.  Everyone could hear

 9    whenever we made a phone call because it was an open area;

10    it was heard by everybody.

11    Q.  Do you recall anything notable that the defendant said

12    while he was on the jail phone?

13    A.  Just that about the helicopter, that he was singing

14    there.  That was it.

15    Q.  Okay.  Did you ever hear him give any orders over the

16    jail phone?

17    A.  Yes.  I did hear him giving orders on the phone.

18    Q.  What kind of orders?

19    A.  I would hear him just swearing, just send people to

20    hell.

21            Who he was talking to?  I don't know.

22    Q.  Did your relationship with the defendant change while

23    you were detained at Oaxaca?

24    A.  Yes.  In Oaxaca it became more distant.  I became more

25    distant from him.

* * * * * *SEALED* * * * *

41

* * * * * S E A L E D * * * * *

1    Q.  Eventually were you transferred out of Oaxaca?

2    A.  Yes.  We were sent from Oaxaca to the Altiplano.

3    Q.  Did you ever see the defendant again after you went back

4    to Altiplano?

5    A.  That's right.

6    Q.  Are you concerned about testifying today?

7    A.  No.

8            MS. SAHNI:  Your Honor, if I may have one moment

9    with counsel?

10           THE COURT:  Yes.

11           (Whereupon, government counsel confer.)

12   BY MS. SAHNI:

13   Q.  Mr. Ramirez, you've talked about hearing the defendant

14   swearing on the jail phone.  What did you understand him to

15   be swearing about?

16   A.  I don't know why or with whom he was saying anything,

17   but he was telling people to send them to hell, to kingdom

18   come.

19   Q.  Did you interpret that as an order, or something else?

20   A.  That's right.

21   Q.  As an order?

22   A.  Yes.  It was an order.  That's how it was understood.

23   Q.  An order to do what?

24   A.  He was just swearing.  Like I was saying before, he was

25   saying it over and over again, you know send them to hell --

* * * * * SEALED  * * * * *

* * * * * *S E A L E D* * * * *

1    to hell.

2              MS. SAHNI:  I have no further questions, Your

3    Honor.

4              THE COURT:  All right.  Are you ready to do cross?

5              MR. RONIS:  Yes, Your Honor.

6                         CROSS-EXAMINATION

7    BY MR. RONIS:

8    Q.  Good morning, Mr. Ramirez.

9    A.  Good morning.

10   Q.  So prior to your law enforcement career, what was your

11   employment?

12   A.  I would sell -- purchase and sell cars with my father.

13   Q.  And approximately how long were you involved in that?

14   A.  Ever since I was about 20, for about 13 years.

15   Q.  And then at some point you became a police officer; is

16   that correct?

17   A.  Yes.  With time, I entered the police academy for

18   judicial police.

19   Q.  And what city was that in, sir?

20   A.  In ciudad Victoria, in Tamaulipas.

21   Q.  Right.  And what did the academy consist of?

22   A.  It was mainly police training and it was a little bit of

23   law.  It's a short career, a six-month course.

24   Q.  The academy was six months; is that correct?

25   A.  That's right.

* * * * * *SEALED* * * * *

* * * * * S E A L E D * * * * *

1    Q.  Right.  And then at some point what were you -- did you

2    become a sworn police officer?

3    A.  That's right.

4    Q.  And what were your duties?

5             And what were your duties as a police officer?

6    A.  I was -- my duty was -- I worked with anti-kidnapping

7    unit, and burglaries.

8    Q.  And you were sworn to uphold the law; is that correct,

9    sir?

10   A.  That's right.

11   Q.  And would it be fair to say that at some time you became

12   a corrupt police officer?

13   A.  That's right.

14   Q.  And how long were you on the police force?

15   A.  Six or seven years.

16   Q.  And when did you become a corrupt police officer, if you

17   know?

18   A.  In 2021 [sic] that I started doing drug trafficking.

19   Q.  Well, were you doing drug trafficking as a police

20   officer?

21             Were you doing drug trafficking as a police

22   officer?

23   A.  I provided security to a drug trafficker.

24   Q.  Okay.  So at some point during your police career you

25   became corrupt, and then you assisted drug trafficking

* * * * * SEALED  * * * * *

44

* * * * * *S E A L E D* * * * * *

1    organizations; is that correct?

2    A.  That's right.

3    Q.  And what organization was this?

4    A.  There was no organization.  It was a local drug

5    trafficker.

6    Q.  And who was that, sir?

7    A.  That person has passed away.  It was Mr. Enrique

8    Salinas.

9    Q.  And what were your duties for him?

10   A.  Just his own personal security.

11   Q.  Bodyguard?

12   A.  You could say that, yes.

13   Q.  And then at some point you left law enforcement; is that

14   correct?

15   A.  That's right.  Yes.  I quit.

16   Q.  Did you quit?  Were you fired?  How would you describe

17   it?

18   A.  No, I quit.

19   Q.  And was that -- did you quit to make more money?

20   A.  No.  I quit because of my own security.

21   Q.  What do you mean by that?

22   A.  I didn't -- I didn't want to involve the police anymore

23   in this, and so I decided to quit and just work for this

24   gentleman.

25   Q.  Did you stay working for this same individual for some

* * * * * *SEALED* * * * *

* * * * * *S E A L E D* * * * * *

1   time?

2   A.  Well, just for a little while because unfortunately,

3   after a little while, he passed away, and so I branched out.

4   Q.  Did he die of natural causes, if you know?

5   A.  No.  No.  He was killed.

6   Q.  Was that by another criminal organization, if you know?

7   A.  Yes.  It was in another state, by another people, by

8   another organization.

9   Q.  And so after his death did you go to work for a larger

10  criminal organization?

11  A.  I was recruited by the Gulf Cartel to work with them.

12  Q.  And what year was that, sir?

13  A.  In 2021.

14  Q.  Who recruited you?

15  A.  Mr. Gregory or Gregorio Sauceda.

16  Q.  And was he the head of the Gulf Cartel?

17  A.  No.  It was a member.

18          THE COURT:  I'm sorry to interrupt your cross.

19          But, Mr. Ramirez, you said that you started

20  working for the Gulf Cartel in 2021.  Is that the correct

21  date, 2021?

22          THE WITNESS:  Yes.

23  BY MR. RONIS:

24  Q.  Let me ask you this, sir.  Do you know what year we're

25  in right now?

* * * * * *SEALED* * * * * *

* * * * * S E A L E D * * * * *

1    A.   2024.

2    Q.   And you have been locked up how long?

3    A.   Ten years plus.

4    Q.   And it's your statement today that you went to work for

5    the Gulf Cartel in 2021; is that correct?

6    A.   That's right.

7    Q.   And how long did you work for the Gulf Cartel?

8    A.   Ten, 11, 12 years.

9    Q.   Did you work your way up within the Gulf Cartel

10   organization?

11   A.   Yes.  That's right.

12   Q.   At one point, did you become the leader of the Gulf

13   Cartel?

14   A.   That's right.

15   Q.   And approximately after how many years did you become

16   the leader?

17   A.   I was promoted, I think, 2012 until 2013, until August,

18   which is when I was arrested.

19   Q.   All right.  So your leadership in the Gulf Cartel was

20   then interrupted by your arrest; is that correct?

21   A.   That's right.

22   Q.   And following the arrest, where were you housed?

23   A.   I was sent to the state, Toluca, Altiplano.

24   Q.   Altiplano is a federal prison in the state of Toluca; is

25   that correct?

* * * * * SEALED  * * * * *

47

* * * * * *S E A L E D* * * * * *

1   A.  That's right.

2   Q.  And other than some changes in facility, you were

3   ultimately extradited to the United States from Altiplano;

4   is that correct?

5   A.  That's right.

6   Q.  What was the Gulf Cartel -- what was their -- what kind

7   of business were they involved in?

8   A.  Narco trafficking and human smuggling.

9   Q.  Now, when you say "human smuggling," what do you mean by

10  that?

11  A.  Illegal ones.

12  Q.  And approximately how many members were there of the

13  Gulf Cartel?

14  A.  Well, sometimes, 200, 300, up to 400, that's what we

15  were.

16  Q.  So when you were the leader of the Gulf Cartel, were you

17  in charge of that many people?

18  A.  That's right.

19  Q.  You were asked by counsel for the government what kinds

20  of activities you participated in; is that correct, sir?

21  A.  Yes.

22  Q.  And presumably that included drug trafficking; is that

23  correct?

24  A.  That's right.

25  Q.  What about bribery?

* * * * * *SEALED* * * * *

* * * * * *S E A L E D* * * * *

1    A.  Bribery inside prison, yes.

2    Q.  What about bribery of government personnel in the state

3    of Tamaulipas?

4    A.  Yes, to some authorities.

5    Q.  And was that for the purpose of allowing your

6    organization to engage in the criminal activity that they

7    engaged in?

8    A.  To survive, they wouldn't bother me.

9    Q.  So that you could be involved in illegal activity

10   without interference by the government; is that correct?

11   A.  That was the purpose --

12   Q.  And which government officials were bribes paid to, if

13   you know?

14   A.  That's right.

15   Q.  Which -- my question is:  To which government officials

16   were bribes paid by the Gulf Cartel during your membership

17   in that cartel?

18   A.  Well, often it was the same police, the one that I

19   belonged to.

20   Q.  What about the politicians?

21   A.  Presidents of municipalities, or towns.

22   Q.  Any government officials higher than those you just

23   mentioned?

24   A.  No.

25   Q.  Would it be fair to say that bribery was a method by

* * * * * *SEALED* * * * *

49

1    which you could further your criminal activity while

2    involved with the Gulf Cartel?

3    A.  That's right.

4    Q.  And the Gulf Cartel was also involved in acquiring

5    weapons; is that correct, sir?

6    A.  In what?  I'm sorry.

7    Q.  The Gulf Cartel was also involved in acquiring weapons;

8    is that correct, sir?

9    A.  That's right.

10   Q.  And what kind -- what types of weapons were acquired?

11   A.  Caliber 950 and guns, .9 mm.

12   Q.  What about military grade weapons?

13   A.  That too.

14   Q.  And what types of weapons were they?

15   A.  Caliber 50.

16   Q.  And what -- did you -- did the Gulf Cartel have any

17   special training by any individuals in the type of military

18   weapons that you acquired?

19   A.  Well, we were all trained because the majority of the

20   members of the Gulf Cartel were in the police before.

21   Q.  And who were you trained by?

22   A.  Well, we didn't need any training; we had enough

23   training already.

24   Q.  Was there ever a time in which you were trained by

25   individuals from foreign countries?

50

* * * * * S E A L E D * * * * *

1    A.   No.

2    Q.   You were never trained by anyone from, say, for example,

3    the State of Israel, for instance, for the use of military

4    weapons?

5    A.   No, sir.  No, sir.  No.

6    Q.   When were you first interviewed by someone from the

7    American government in an effort to cooperate in this

8    matter?

9    A.   The first time that I had the visit from the

10   prosecutors.

11   Q.   Now, which prosecutor is that?

12   A.   What?

13   Q.   From which government --

14   A.   I was interviewed by different prosecutors, so I don't

15   remember.  We have had different meetings so I have had

16   different prosecutors, and I do not know all the names.

17   Q.   Do you recall when you first met with American law

18   enforcement officers?

19   A.   Yes.

20   Q.   And when was that, sir?

21   A.   Two or three months after arriving.  Like four years,

22   four years and a half ago.

23   Q.   When you say "after arriving," after arriving where,

24   sir?

25   A.   After being extradited from Mexico.

* * * * * SEALED   * * * * *

* * * * * S E A L E D * * * * *

1    Q.  Didn't you have a meeting in Mexico with American

2    officials?

3    A.  No.

4    Q.  You never met with any American officials in Mexico?

5    A.  No.

6    Q.  And approximately how many meetings have you had with

7    representatives of the American government with respect to

8    your cooperation?

9    A.  Like two or three times.

10   Q.  Just two or three?

11   A.  Yes, sir.

12   Q.  And in any of those meetings did you ever describe to

13   American officials your having been trained by personnel

14   from the State of Israel?

15   A.  No.

16   Q.  Do you recall what year it was -- what year were you

17   extradited from Mexico to the United States?

18   A.  I was extradited in December '17, December 2017.

19   Q.  Right.  So that was approximately six years ago; is that

20   correct, sir?

21   A.  Yes.  I have been here for six years.

22   Q.  And shortly after your arrival did you start a series of

23   meetings with American officials about your cooperation?

24   A.  That's right, sir.

25   Q.  And how many meetings have you again had since that

* * * * * SEALED  * * * * *

* * * * * S E A L E D * * * * *

1  date, if you recall?

2  A.  I am going to repeat myself, like two or three meetings.

3  Q.  And in those meetings did you tell them everything you

4  knew about your drug dealing activities?

5  A.  That's right.

6  Q.  Would it be fair to say that the first time you

7  mentioned any knowledge of your association with the person

8  you referred to as "Menchito" -- would it be fair to say

9  that that did not occur until late -- the year 2021?

10  A.  I could say so.  Yes, I do remember it.

11  Q.  All right.  So that would have been 2021; is that

12  correct?

13  A.  Well, yes, it could be.

14  Q.  Right.  And that would have been about four years after

15  you arrived in the United States?

16  A.  It was about two or three years ago when we had that

17  conversation about what we are talking about right now,

18  that's what I remember.

19  Q.  All right.  And again, you have been here approximately

20  six years; is that correct?

21  A.  That's right.  I have been here for six years.

22  Q.  All right.  And your first meeting -- it's your

23  testimony your first meeting was approximately six years

24  ago; is that correct?

25  A.  Before the six years, yes.

* * * * * SEALED  * * * * *

* * * * * S E A L E D * * * * *

1    Q.  Right.  And you were asked a series of questions by

2    counsel for the government about the nature of your criminal

3    activities while in Mexico; is that correct?

4    A.  That's right.

5    Q.  You have pled guilty in this matter; isn't that correct,

6    sir?

7    A.  That's right.  I pled guilty.

8    Q.  And as part of your agreement and pleading guilty, you

9    admitted to engaging in enormous amounts of drugs; is that

10   correct, sir?

11   A.  I pled guilty to my crimes.

12   Q.  Which involve enormous amounts of drugs, would that be a

13   fair statement?

14   A.  Trafficking, drug trafficking.

15   Q.  Marijuana; is that correct?

16   A.  Marijuana, yes.

17   Q.  And cocaine as well; is that correct, sir?

18   A.  Purchasing and selling more than five kilos of cocaine,

19   yes, sir.

20   Q.  Now, the Gulf Cartel, while you were a member, was

21   engaged in, among other things, kidnapping people; is that

22   correct?

23   A.  There were different cells or units that would

24   participate in different activities.

25   Q.  All right.  Occurring while you were the leader of the

* * * * * SEALED  * * * * *

54

* * * * * S E A L E D * * * * *

1    Gulf Cartel as well; is that correct, sir?

2    A.  Well, as a matter of fact, it happened before I was the

3    leader.

4    Q.  Understood.  And it continued after you were the leader;

5    isn't that correct?

6    A.  That's right.

7    Q.  And would it be fair to say that you were aware of the

8    reputation of the Gulf Cartel prior to you becoming a member

9    of the Gulf Cartel; is that correct?

10   A.  That's right.

11   Q.  And their participation in this criminal activity

12   occurred all the many years until such time as you actually

13   gained leadership of the Gulf Cartel; isn't that correct?

14   A.  That's right.

15   Q.  And oftentimes people were ordered by members of the

16   Gulf Cartel to be kidnapped; is that correct?

17   A.  No, sir.

18   Q.  Would it be fair to say that multiple enemies of the

19   Gulf Cartel were killed by the Gulf Cartel?

20   A.  That's right.  We had war with the Zetas.

21   Q.  And you were involved in some of those wars; isn't that

22   correct?

23   A.  That's right.

24   Q.  And you were involved in some of those wars while you

25   were the leader of the Gulf Cartel as well; is that correct,

* * * * * SEALED  * * * * *

* * * * * *S E A L E D* * * * * *

1    sir?

2    A.  As a leader, yes, I was responsible for it.

3    Q.  For example, while the head of the Gulf Cartel you at

4    one time commanded an army of approximately 300 armed

5    soldiers; is that correct, sir?

6    A.  Yes, sir.  We would all go out to the street; each

7    person had their own duties.

8              MR. RONIS:  Right.

9              THE COURT:  Excuse me just one second.

10             Are you feeling okay?

11             THE DEFENDANT:  Yes.

12             THE COURT:  Okay.  I just don't want a dramatic

13   event on my witness stand.  All right.  It looked like you

14   were choking in some way.  Are you okay?

15             THE DEFENDANT:  No.  I am fine.  Thank you.

16             THE COURT:  All right.

17   BY MR. RONIS:

18   Q.  And in some of these battles or wars multiple people

19   were killed; is that correct?

20   A.  That's right.  Unfortunately, yes, sir.

21   Q.  And they would have been -- you lost your own soldiers

22   from time to time; is that correct?

23   A.  I lost a lot of people.

24   Q.  And approximately how many?

25   A.  More than 100 I lost.

* * * * * *SEALED* * * * * *

* * * * * S E A L E D * * * * *

1    Q.  And how many people were lost on the other side, if you

2    know, during some of these wars?

3    A.  No, I do not know.

4    Q.  Would it be many?

5    A.  We both had lost -- losses.

6    Q.  Right.  But up until your arrest, the Gulf Cartel was a

7    major force in the state of Tamaulipas; is that correct?

8    A.  Yes.

9    Q.  In other words, you have never -- the Gulf Cartel, at

10   least up until the time of your arrest, was never taken out

11   of power; would that be a fair statement?

12   A.  I'm sorry, I didn't understand.

13   Q.  The -- during your participation with the Gulf Cartel,

14   the Gulf Cartel never lost their position of power in the

15   state of Tamaulipas; is that correct?

16   A.  That's right.

17   Q.  Would it be fair to say that you yourself personally

18   engaged in killing other people; is that correct, sir?

19   A.  That's right.

20   Q.  And approximately how many people did you kill, if you

21   can recall?

22   A.  No, I don't know.

23   Q.  And how were those people killed?

24   A.  In battle.

25   Q.  You were also engaged in car bombings; is that correct,

* * * * * SEALED  * * * * *

* * * * * *S E A L E D* * * * *

1    sir?

2    A.  No, sir.

3    Q.  You never engaged in car bombings?

4    A.  No, sir.

5    Q.  And in any of your meetings with the American officials

6    that I mentioned earlier, did you not tell them that you

7    were engaged in car bombings?

8    A.  No, sir.  I did not participate in that.  Those were

9    other people, and I did not agree with that.

10   Q.  Did the Gulf Cartel participate in that?

11   A.  Yes.

12   Q.  Did the Gulf Cartel also participate in the bombings of

13   buildings in Mexico?

14   A.  No.

15   Q.  Just car bombings?

16   A.  Yes.  Yes, while Costilla [sic] was the boss.

17   Q.  When was he the boss?

18   A.  He was the boss from 2013 -- I mean -- 2000 --

19          THE INTERPRETER:  Interpreter --

20   A.  2003 to 2012, when I came in.  Yes.  He was the leader

21   of -- for about nine years.

22   Q.  And the Gulf Cartel also maintained "kitchens"; is that

23   correct, sir?

24   A.  That's right.

25   Q.  And what were "kitchens"?

* * * * * *SEALED* * * * *

* * * * * S E A L E D * * * * *

1    A.  To see if the bodies that disappeared were delivered.

2    It was at the time when Costillas was there that this

3    happened, also during the time that Senor Cardenas was

4    there.

5              THE COURT:  Are you using the word "kitchen"?

6              MR. RONIS:  "Kitchens" is the word I used, yes.

7              THE COURT:  Could you spell that, please.

8              MR. RONIS:  K-I-T-C-H-E-N.  I believe that's how

9    it's spelled.  I can clarify.

10             THE COURT:  Okay.  You seem to know what you each

11   are talking about.

12             MR. RONIS:  I understand.

13             THE COURT:  I am hearing "kitchen."

14             MR. RONIS:  Right.  Well, that is the word.

15             THE COURT:  That is not the word --

16             MR. RONIS:  That was the word.

17             THE COURT:  Okay.  It was the word, "kitchen"?

18             MR. RONIS:  "Kitchen."

19   BY MR. RONIS:

20   Q.  So there was a name for facilities where people were

21   taken to be disposed of; is that correct?

22   A.  Yes.  There were several locations in the different

23   cities.

24   Q.  And those were called "kitchens"; is that correct, sir?

25   A.  That's right.

* * * * * SEALED  * * * * *

* * * * * *S E A L E D* * * * *

1    Q.  And people were burned there; isn't that correct, sir?

2    A.  That's right.

3    Q.  Sometimes the people that were burned were alive; is

4    that correct?

5    A.  No.  That I don't know.

6            There were other people in charge of that.  There

7    were other people doing that.  There were the "cooks."  Just

8    like you are calling them the "kitchens," they were the

9    "cooks."

10   Q.  So there were "kitchens," correct?

11   A.  Yes.  Yes, there were.

12   Q.  And there were "cooks"; isn't that correct?

13   A.  That's right.

14   Q.  And the "kitchens" were -- people were taken to be

15   "cooked"; is that correct?

16   A.  That's right.  They were sent there.

17   Q.  And they were "cooked" by the "cooks"; isn't that

18   correct?

19   A.  In the "kitchen."

20   Q.  And how were they "cooked," if you know?

21   A.  It is said that they were placed in containers full of

22   diesel.  But I repeat, I did not participate in that.

23   Q.  Didn't you tell the American officials in one of your

24   meetings that you were present on one occasion -- at least

25   one occasion when somebody was "cooked"?

* * * * * *SEALED* * * * *

60

* * * * * *S E A L E D* * * * *

1    A.  No.

2    Q.  You never made that statement?

3    A.  No.  I just admitted that there were "kitchens," but

4    that's it; not what you are saying right now, no.

5    Q.  You were at least aware of the maintenance or the

6    maintaining of "kitchens" for the disposal of people; is

7    that correct?

8    A.  Yes.  I knew that they existed, yes.

9    Q.  And this was during your membership in the Gulf Cartel;

10   is that correct, sir?

11   A.  While I was a member of the Gulf Cartel, yes.

12   Q.  And while you were also a leader of the Gulf Cartel; is

13   that correct?

14   A.  We were at an internal war with the Zetas.  There was

15   nothing else -- we were at war.

16        THE COURT:  You have to wait for her to do the

17   translation.

18        THE WITNESS:  We were at war.  We had no time for

19   anything else.  I was there for -- during the war.  There

20   was very little or no time given to drug trafficking or to

21   do anything else but fight among ourselves.

22   BY MR. RONIS:

23   Q.  I am not mad at you.  I just want to know if during your

24   participation with the Gulf Cartel you were aware that

25   people were being burnt?

* * * * * *SEALED* * * * *

* * * * * *S E A L E D* * * * * *

1    A.  I have always known.

2    Q.  Up until your arrest, would that be a fair statement?

3    A.  It seems like they still exist right now because the

4    bodies are still showing up.

5    Q.  You have been out of communication -- would it be fair

6    to say that since your arrest you have infrequent

7    communication with what is occurring in Mexico; is that

8    correct?

9    A.  The news.  I receive -- I get the newspaper every day.

10   Q.  Mexican newspapers?

11          THE COURT REPORTER:  Is there an answer?

12   A.  Yes.

13   Q.  In your experience, are Mexican newspapers reliable?

14   A.  Well, let's leave it in doubt.

15   Q.  So you were first in -- after your arrest, you were

16   first placed in Reynosa; is that correct?

17   A.  I was arrested in Reynosa.

18   Q.  Okay.  And then where were you taken?

19   A.  From there, I was taken to the state of Toluca -- to the

20   Altiplano -- I take it back.

21          I was first sent to the SEIDO government office,

22   and then I was taken to the Altiplano.

23   Q.  That's SEIDO; is that correct, sir?

24   A.  Yes.

25   Q.  What is SEIDO?

* * * * *  *SEALED*  * * * * *

* * * * * S E A L E D * * * * *

1    A.   I don't remember what it stands for, no.

2    Q.   But is that a facility where you are taken until such

3    time as charges are filed against you?

4    A.   That's right, it's a federal office.

5    Q.   How long were you there?

6    A.   Four days.

7    Q.   And then you were taken to Altiplano; is that correct,

8    sir?

9    A.   That's right, sir.

10    Q.   And Altiplano is in the state of Toluca?

11    A.   That's right, sir.

12    Q.   And how far is that from Mexico City?

13    A.   I don't know.  I don't know the state of Mexico.

14    Q.   And is Altiplano a large facility?

15    A.   It's a federal prison.  It's the number one federal --

16    it's federal prison No. 1.

17    Q.   And approximately how many inmates are there?

18    A.   I don't know.

19    Q.   Were you held above ground or below ground?

20    A.   I was in a special treatment unit on the ground level.

21    Q.   So were the windows -- did you have windows in your

22    cell, for example?

23    A.   Yes.  There was a one-inch window.

24    Q.   And you could see outside?

25    A.   What I could see was just a little part of the sky.

* * * * * SEALED  * * * * *

* * * * * S E A L E D * * * * *

1    Q.  So that's how you knew you were at ground level,

2    correct?

3    A.  That's right.

4    Q.  And how --

5    A.  And there was a patio where we were taken out to, one by

6    one.

7    Q.  So how big were the cells?

8    A.  If I remember correctly, three by four.

9    Q.  Was that -- is that meters or feet?

10    A.  Yes, meters.

11    Q.  So that would be perhaps 10 by 12 feet, or something of

12    that nature?

13    A.  I don't know.  I don't know.  3 by 4 meters.

14    Q.  Were they very small?

15    A.  Regular-sized cells, medium size.

16    Q.  Were they one-person cells or two-person cells?

17    A.  For one person.

18    Q.  And were they cement walls on three sides?

19    A.  Yes, sir.

20    Q.  What about the wall facing the hallway, how would you

21    describe that?

22    A.  What was what?

23    Q.  There were three cement walls; is that correct?

24    A.  That's right.

25    Q.  And obviously, a floor; is that correct, sir?

* * * * * SEALED  * * * * *

* * * * * *S E A L E D* * * * *

1    A.  Yes.

2    Q.  And was there an entryway from your cell to the hallway?

3    A.  Yes.

4    Q.  And was the wall facing the hallway -- was it a steel

5    gate-type wall?  How would you describe it?

6    A.  It was a metal door.  It was a metal --

7    Q.  What were --

8    A.  Like a fence.

9    Q.  Was it the kind of cell that we see in prison movies?

10   How would you describe it?

11   A.  Yes.  There were different kinds of cells; some were

12   closed and sealed, and others had an open -- open view.

13   Q.  Was yours closed and sealed?

14   A.  At the beginning, when I just arrived, I was put in a

15   sealed one; but afterwards I was moved to an open concept --

16   Q.  So --

17   A.  Open concept fence door.

18   Q.  Could you see outside from your cell?

19   A.  Yes.

20   Q.  Could you see the cells across the hall?

21   A.  There was no cell in front, there was a wall.  We were

22   all next to each other, on sides.

23   Q.  Sir, I believe you indicated there were ten cells on

24   each side of the hallway; is that correct?

25   A.  Yes.  It was the right side and there was a left side.

* * * * * *SEALED* * * * *

* * * * * *S E A L E D* * * * *

1   Q.  And they were cells numbered 1 through 10; is that

2   correct, sir?

3   A.  Correct.  In Hallway No. 1, there was one -- Cell 1 to

4   Cell 10.

5   Q.  And in Hallway No. 2 it would have been 11 through 20;

6   is that correct?

7   A.  11 through 12 [sic] yes, sir.

8   Q.  And I believe you indicated that you were in Cell No. 3;

9   is that correct?

10  A.  Ruben was in Cell No. 3 and I was in No. 5.

11  Q.  And from your Cell No. 5, could you see across the

12  hallway to what would have been directly across the hallway,

13  Cell No. 15?

14          THE INTERPRETER:  Could the interpreter have a

15  repetition?

16          Could the interpreter have a repetition of the

17  question?

18          MR. RONIS:  I'm sorry.

19  BY MR. RONIS:

20  Q.  Could you see across the hallway to the cell -- to the

21  cell corresponding to your cell?

22  A.  What do you mean?

23  Q.  All right.  What could you see directly across the other

24  hallway from Cell No. 5 in which you were located?

25  A.  On the other side of that hallway there was a wall.

* * * * * *SEALED* * * * *

* * * * * S E A L E D * * * * *

1    Q.  Okay.  So you couldn't see the cell directly across the

2    hall away from you; is that correct?

3    A.  No.

4    Q.  And you couldn't -- did you know who was directly across

5    the hall from you?

6    A.  I could see on my side.  La Tuta was to my side.

7    Q.  So from your cell could you see the other cells on the

8    same side of the hallway to your right and left?

9    A.  We could see them using a mirror.

10   Q.  Is that the only way you could see them?

11   A.  That was the only way, yes.

12   Q.  And would it be fair to say that prisons are pretty

13   noisy places?

14   A.  It wasn't very loud there, no.

15   Q.  Were -- was the cell always lit?

16   A.  They were always on, yes.

17   Q.  24 hours a day?

18   A.  24 hours a day.

19   Q.  And how often did you get out of your cell?

20   A.  We would go out once for one hour every two days, and to

21   the common --

22          THE INTERPRETER:  Interpreter --

23   A.  -- and we could go to talk to our legal representatives

24   every day.

25   Q.  Or as often as a legal representative would come,

* * * * * SEALED  * * * * *

* * * * * S E A L E D * * * * *

1    correct?

2    A.  Yes.

3    Q.  Did you have visits from legal representatives?

4    A.  Yes.  Attorneys would come visit me, yes.

5    Q.  And how often would that be?

6    A.  Every day.

7    Q.  And where would those meetings be held?

8    A.  There were rooms in the jails for that.  They had a

9    see-through wall dividing the different rooms.

10   Q.  So the -- were you in a room separate from the legal

11   representative?

12   A.  Yes, separated by this wall.

13   Q.  And were the visits just between you and the

14   representative?

15   A.  That's right.

16   Q.  And nobody else would be allowed in?

17   A.  It could have been a family member, but I only received

18   visits from my attorney.

19   Q.  And so when you would go outside, was that the patio?

20   A.  No.  That would be independent.

21   Q.  You got one hour outside --

22   A.  That side, the patio.  That is the patio.

23   Q.  I'm just trying to get a vision of what the facility

24   looked like.

25           So when you would go outside every other day,

* * * * * SEALED  * * * * *

* * * * * *S E A L E D* * * * * *

1    where would you go?

2    A.  Right outside by the -- right by the hallway there was a

3    door that led to a patio that was 4 by 6 and another one

4    that measured 6 by 8 meters.  Sometimes I would get to go to

5    the large patio and sometimes I would get sent to the

6    smaller one.

7    Q.  And when you were in the patio, were you in a separate

8    room?  Were you in a room by yourself?

9    A.  Yes.  I was by myself.

10   Q.  And were the cells separated by a wall?

11   A.  That's right.

12   Q.  Right.  So you couldn't talk to the people next to you

13   when they were in the patio, is that a fair statement?

14   A.  No.  Well, you could do it if you were yelling; but no.

15   Q.  And that's the same -- you would have to yell in the

16   hallway as well to communicate with anybody else; is that

17   correct?

18   A.  Yes.  But often I wouldn't do it because I didn't have

19   anyone to talk to.

20   Q.  Would it be fair to say there was a lot of yelling going

21   on?

22   A.  No, no.  I wouldn't say that there was a lot of yelling;

23   and, in fact, we were just a few, so there was not a lot of

24   noise.

25   Q.  What about telephone privileges?

* * * * * *SEALED* * * * * *

* * * * * S E A L E D * * * * *

1    A.  We had one phone call per week.

2    Q.  And how long -- was there a limitation on that phone

3    call?

4    A.  15 minutes.

5    Q.  And where was the telephone in relation to your cell?

6    A.  In relation with my cell it was in the middle of both

7    hallways.

8    Q.  Would you have to go outside your cell to the telephone

9    to talk?

10   A.  That's right.

11   Q.  Was the phone in a fixed location?

12   A.  Yes.  It was fixed in a place there.

13   Q.  All right.  And what -- where in relation to cells 1

14   through 10 was that phone, if you can recall?

15   A.  I am going to repeat myself, in the middle of both

16   hallways, 1 and 2.

17   Q.  Was there a phone on each side of the hallway?

18   A.  There was only one phone for 20 cells.

19   Q.  And would it be fair to say that that phone would be

20   occupied most of the day?

21   A.  No.

22   Q.  Did you have family visits?

23   A.  Yes, sir.

24   Q.  And how often would you have family visits?

25   A.  Each time that I was supposed to get one, every Monday.

* * * * * SEALED  * * * * *

* * * * * S E A L E D * * * * *

1    Q.  And how long would those visits be?

2    A.  Ten hours or five.  Five hours for conjugal visits and

3    five with family.

4    Q.  Where would those visitations occur?

5    A.  Inside the prison.

6    Q.  In a separate part of the prison from the hallway you

7    described?

8    A.  Yes.  In a different part separately from the hallway

9    that we were in.

10   Q.  Would it be fair to say it was a restrictive environment

11   at Altiplano; is that correct?

12   A.  Yes.

13   Q.  Phone calls were limited?

14   A.  That's right.

15   Q.  Going to the patio was every other day?

16   A.  Yes, that's right.

17   Q.  Family visits once a week?

18   A.  Yes.

19   Q.  Legal visits were unlimited?

20   A.  Two hours every day.

21   Q.  And you mentioned that there was some opportunity for

22   other inmates to get together for meetings; is that right?

23   A.  That's right.  Inside the prison of Altiplano in some

24   court -- in the court.

25   Q.  And there was a -- how often did you have those kinds of

* * * * * SEALED  * * * * *

* * * * * S E A L E D * * * * *

1   meetings that you described?

2   A.  We only had one or two meetings with them, and that was

3   it.  I do not know if they had more meetings.

4   Q.  Who organized those meetings?

5   A.  The attorneys.

6   Q.  Were the attorneys present?

7   A.  No.

8   Q.  And how long would those meetings last?

9   A.  They were not very long.  They were brief, like 30 or 45

10  minutes.

11  Q.  And you mentioned there was one occasion on which there

12  was a meeting at which an effort was made between you and

13  other inmates to resolve a dispute involving drugs, correct?

14  A.  That's right.

15  Q.  These were drugs that were distributed within the prison

16  system; is that correct?

17  A.  Yes.

18  Q.  These were not drugs for distribution outside the

19  prison, correct, sir?

20  A.  That's right.

21  Q.  Would it be fair to say that drugs were abundant at

22  Altiplano during the period of time you were there, correct?

23  A.  Well, regarding what is said, yes.

24  Q.  What kind of drugs were available?

25  A.  Cocaine, pills, marijuana.

* * * * * SEALED  * * * * *

* * * * * S E A L E D * * * * *

1    Q.  Marijuana was available?

2    A.  Yes.  And all those drugs would arrive to the whole

3    community, everyone inside.

4    Q.  And that was for the personal consumption of the

5    occupants of the cells?

6    A.  Yes.  There were lots of addicts inside the cells, yes.

7    Q.  And were you yourself taking drugs during your stay at

8    Altiplano?

9    A.  It's been 20 years since I used drugs or alcohol.

10   Q.  All right.  But in any event, the meeting -- during that

11   meeting there was a resolution about the dispute over the

12   drugs; is that right?

13   A.  That's right.

14   Q.  And that was the purpose of the meeting?

15   A.  Yes.  The purpose of the meeting was not to allow Zetas

16   to jump on you or be on top of you.

17   Q.  All right.  And that was the only meeting -- so that was

18   the only type meeting you had at that location with

19   Mr. Oseguera; is that correct, sir?

20   A.  In the Altiplano, yes, sir.  Those were the only two

21   meetings we had over there that I participated in, yes.

22   Q.  Right now I am just talking about Altiplano.

23   A.  That's right.

24        THE COURT:  Mr. Ronis, it's 12:30.  I don't know

25   if you are moving on to a different area or whether -- we

* * * * * SEALED  * * * * *

* * * * * *S E A L E D* * * * * *

1    can keep going to 1 o'clock; but if you are going to be a

2    little bit longer, I thought we might take a break for lunch

3    now.

4              MR. RONIS:  I am glad you asked because I was just

5    going to ask that very question.

6              THE COURT:  Well, I don't like to interrupt cross.

7              MR. RONIS:  No, I am fine.

8              THE COURT:  If you are going to finish in 15

9    minutes, we'll just stay.

10             MR. RONIS:  I don't think so, but I sure would

11   like a break.

12             THE COURT:  Fine.  We can take a break for lunch.

13             (Whereupon, a luncheon recess was taken.)

14             THE COURT:  Mr. Ronis, are you ready to proceed?

15             MR. RONIS:  Yes, Your Honor.  Thank you.

16   BY MR. RONIS:

17   Q.  Mr. Ramirez, just a number of questions here, just some

18   follow-up questions.

19             Who was Micho?  M-I-C-H-O.  Who was Micho?

20   A.  I don't know.

21   Q.  What about Wicho [sic]?

22   A.  Wicho is a member of the Gulf Cartel.

23   Q.  All right.  And again, you indicated that you had no

24   more than three meetings with government agents; is that

25   correct?

* * * * * *SEALED* * * * * *

74

* * * * * *S E A L E D* * * * *

1    A.  Yes.  I don't remember very well how many, but that's

2    about right.

3    Q.  All right.  And do you recall in one of the meetings

4    mentioning -- one of your meetings with the agents in which

5    you were interviewed that Wicho was a "cook," one of the

6    "cooks" in one of the "kitchens"?

7    A.  Yes.  He is.

8    Q.  And in fact, you told the agents that you had seen him

9    "cook" somebody one time; is that correct?

10   A.  I saw him where we had the "kitchen," that's it.  He

11   worked for Costilla.  He was Costilla's "cook" when

12   Costilla -- when he was a leader.  We're talking about the

13   time when he was the leader, not me.  That was it.

14   Q.  Right.  When you say "he," who are you referring to?

15   A.  Wicho.

16   Q.  Wicho was the leader?

17   A.  No.  The leader was Costilla.

18   Q.  Okay.  Wicho was a "cook"?

19   A.  Yes.  He was a member of the Gulf Cartel, and that was

20   part of his job.

21   Q.  All right.  So you denied telling the agents that you

22   had ever seen him "cook" someone, correct?

23   A.  No, I am not denying it.  I don't remember very well.

24   Q.  All right.  Didn't you also tell the agents that you had

25   killed a council member in Rio Bravo?

* * * * * *SEALED* * * * *

* * * * * *S E A L E D* * * * *

1          THE INTERPRETER:  Could you repeat the...

2    Q.   In one of the meetings didn't you also tell one of the

3    American agents that you had killed a council member, a

4    municipal council member, in Rio Bravo?

5    A.   Who did I --

6    Q.   Agent --

7    A.   Who?  What council member?  I don't know what you are

8    referring to.

9    Q.   Let me ask you this:  Did you ever tell the agents in

10   any of your meetings that you had personally killed a local

11   politician?

12   A.   That I had killed a council member?

13   Q.   A local politician?

14   A.   Yes.  A political leader was killed, yes, he was.

15   Q.   By you; is that correct, sir?

16   A.   That I did what?

17   Q.   That you killed this local politician?

18   A.   No, sir.  I know -- I know who killed them [sic], that's

19   what I told the agents, that I knew who had killed him, and

20   who had -- I did not kill them.

21   Q.   All right.  So you never told them you yourself had,

22   correct?

23   A.   No.  No, sir.  Never.  For no reason.

24          THE COURT:  Do you have the name of this person?

25          Do you know the name of the person you are talking

* * * * * *SEALED*  * * * * *

* * * * * *S E A L E D* * * * * *

1    about?

2              THE WITNESS:  He was a local congressman, last

3    name Guajaido, G-U-A-J-A-I-D-O; he was from the

4    municipality.  He was killed in a gun battle together with

5    three of his PGR guards.  He was executed by the Zetas; that

6    is what I told the prosecutors.

7    BY MR. RONIS:

8    Q.  Who was -- did you ever know anyone by the name of

9    "Concord"?

10   A.  I heard him mentioned.  He was a Zeta.

11   Q.  He was what?  He was what?  I'm sorry.

12   A.  Zeta.

13   Q.  Isn't it true that you were present when he was killed?

14   A.  No, sir.  I was not present when he was killed; no, sir.

15   Q.  You didn't tell the agents that he was killed and

16   smashed with a 2 by 4?

17   A.  Yes.  Yes.  That was what the people that were there at

18   the time said had happened, and that is what I told the

19   agents.

20   Q.  Okay.  So, essentially, what you told them about Wicho

21   and the council member and Concord was what you heard from

22   other people involved in your organization?

23   A.  No, sir.  These were things that happened within the

24   cartel.  And -- so this is what happened at the -- within

25   the cartel.  So the leader, Costilla, would tell me what

* * * * * *SEALED* * * * * *

* * * * * *S E A L E D* * * * * *

1    happened; and this is what I told the agents.  Just like I

2    relayed the comments about what happened with Menchito when

3    I was in jail.

4    Q.   Okay.  Sir, you indicate that other people within the

5    organization that you joined told you this; is that correct?

6    A.   Everything is talked about within the cartel.  Yes,

7    that's right.

8    Q.   Including things you learned about Menchito from other

9    people as well, correct, sir?

10   A.   It was Ruben himself who told me these things.

11   Q.   Okay.  Now, this -- did you have a TV in jail, in

12   Altiplano?

13   A.   Yes, sir.

14   Q.   Was that in your cell?

15   A.   Yes, sir.  We all had a TV set in our cells in

16   Altiplano.

17   Q.   Would it be fair to say that was your window to the

18   outside news of the world; is that correct?

19   A.   That was my window to the world, yes, you can say that;

20   plus, the news that would be brought to us through the

21   attorneys.

22   Q.   Right.  And you -- this shooting down of the helicopter

23   was a big news story; is that correct, sir?

24   A.   That's right.  That's right.  A woman talked about it,

25   yes.

* * * * * *SEALED* * * * * *

* * * * * S E A L E D * * * * *

1    Q.  Right.  And it was covered extensively on the news; is

2    that correct?

3    A.  Just what he [sic] commented.  Just what was necessary

4    to know about it.

5    Q.  And of course, you learned through your visitation with

6    lawyers and things of that nature about the downing of the

7    helicopter; would that be a fair statement?

8    A.  No, sir.  It was not within my interest.

9    Q.  And you -- so did you or did you not have a meeting with

10   American agents in September of 2013 in Mexico City?

11   A.  Someone visit -- I received a visit from someone from

12   the consulate; they did not say where they were coming from.

13   Q.  And you recall having approximately three meetings is

14   your testimony, correct?

15   A.  Once again, let me repeat.  I had meetings, but I don't

16   remember exactly how many.  I did not write it down...

17   Q.  So would it surprise you to learn that there are reports

18   of you having had 17 meetings with government agents?

19   A.  No.  No.  I don't remember that they were that many.

20   No, sir.

21   Q.  Do you recall a meeting as recently as February

22   the 14th, 2024?

23   A.  I don't remember dates, but if I had that meeting, tell

24   me what happened.

25   Q.  Do you recall meeting --

* * * * * SEALED * * * * *

* * * * * S E A L E D * * * * *

1    A.  I am currently more focused on my disease, sir.

2    Q.  Do you recall meeting them a couple of weeks ago?

3    A.  Oh, yes, sir.

4    Q.  Now, I believe you mentioned that when the person you

5    referred to as Mencho -- Menchito was in -- first came to

6    Altiplano, he was very pleasant?

7    A.  Yes.  Yes.  He was calm, loud [sic], glad, he did.

8    Q.  All right.  You had no problems with him?

9    A.  No.  No.

10   Q.  Each of you were from -- allegedly from different

11   criminal organizations; is that correct?

12   A.  That's right.

13   Q.  On the outside you would have to be enemies.

14   A.  No, sir.  We were not enemies.

15   Q.  But on -- when you were outside, the other criminal

16   organizations would be enemies of the Gulf Cartel; is that a

17   fair statement?

18   A.  I don't remember having any trouble with the cartel of

19   the CJNG.

20          Our enemies were the Zetas.

21   Q.  Who you went to war with on a number of occasions,

22   correct?

23   A.  That's right.

24   Q.  I believe you mentioned that drugs were abundant in

25   Altiplano?

* * * * * SEALED  * * * * *

* * * * * *S E A L E D* * * * *

1    A.  No.  Enough to sell inside Altiplano, that is what was

2    sent.

3    Q.  And people took drugs in your area routinely; is that

4    correct?

5    A.  No, sir.  Not that I know.  Not that I know of.  I don't

6    know.

7    Q.  Wasn't there a meeting that you described where the

8    availability or the distribution of drugs within your cell

9    was agreed upon with the other representatives?

10   A.  Yes.  That it would be -- that it would be in the hands

11   of Ruben and La Vaca, not myself.  They would.  And I repeat

12   that, "they."

13   Q.  Right.  Because you yourself didn't take drugs?

14   A.  No, sir, I did not use drugs.

15   Q.  The meeting --

16   A.  I don't use drugs.

17   Q.  The meeting was about the distribution of drugs within

18   the jail, correct?

19   A.  Yes.  That's what they were fighting for, yes, sir.

20   Q.  And then Ruben came back for a second period of

21   incarceration at Altiplano; is that correct?

22   A.  Yes.  Yes.  If I remember correctly, that did happen.

23   And it was in Oaxaca, and Oaxaca is where Mr. Ruben became

24   an addict using pills.  You used to see him, he looked and

25   seemed drugged and under the effects.

* * * * * *SEALED* * * * *

* * * * * S E A L E D * * * * *

1   Q.  And then he came back -- at Altiplano -- for some period

2   of time, and then he was released; is that correct?

3   A.  I don't know sir.  I don't remember.  I am not

4   interested in his life.

5   Q.  I didn't ask you that.

6        But didn't you testify this morning that he was

7   gone for -- he was there for about a year and then came back

8   after a rearrest?

9   A.  Yeah.  Sure, yes.

10  Q.  And then, when he came back, his behavior had changed;

11  is that correct?

12  A.  Yes.  He was different.

13  Q.  Arrogant?

14  A.  Yes.  It was -- it was more arrogant, yes.

15  Q.  And again, aggressive; is that correct?

16  A.  A little bit aggressive, to a certain point.

17  Q.  And then, when he came back, he started taking drugs; is

18  that correct?

19  A.  To use, pills.

20  Q.  Right.  And those were readily available in jail; is

21  that correct?

22  A.  Yes.  La Vaca was the one that was in charge of

23  distributing -- distributing, and Rolando La Vaca.

24        THE INTERPRETER:  Interpreter corrects herself.

25        Your Honor, may the interpreter ask for a

* * * * * SEALED  * * * * *

* * * * * *S E A L E D* * * * *

1    repetition?

2              THE COURT:  Yes.

3    A.  La Vaca was the one that was in charge of distributing

4    and Rolando Monsivais Trevino.

5    Q.  So when he came back for the second time he was a

6    difficult personality, correct?

7    A.  Well, yes.  Yes.  A little bit more aggressive.  He was

8    different --

9    Q.  And he was oftentimes --

10   A.  -- so I had to keep my distance from him.

11   Q.  He was oftentimes high on drugs?

12   A.  That's right.  He used to take, like, 10 to 14 pills

13   every day.  He would talk about it, and you could see it.

14   Q.  You could see the change in his personality?

15   A.  Yes, sir.  You could notice that.

16   Q.  And this was -- this character change continued through

17   his incarceration at Altiplano, correct?

18   A.  Well, at Altiplano it was a little bit different.  I

19   don't know if he was still using drugs or not; but what I am

20   telling you about was in Oaxaca.

21   Q.  When he used drugs sometimes I believe you characterized

22   him as babbling on in his speech; is that correct?

23   A.  No.  You could understand what he was saying but he

24   would talk very slowly and he would pause, but you could

25   understand.

* * * * * *SEALED*  * * * * *

* * * * * S E A L E D * * * * *

1    Q.  Where was his drug use worse, in Altiplano or in Oaxaca?

2    A.  Well, I noticed that more in Oaxaca.

3    Q.  At one point you had told the agents in 2021 about his

4    having mentioned something about this helicopter; is that

5    correct?

6    A.  No.  I do not remember what year.

7    Q.  You don't remember what year or where it was?

8    A.  Yes.  No.  I do not remember the year.  If you were

9    saying 2021 when the helicopter went down, then yes; but I

10   do not remember the year.

11   Q.  So what I'm saying is that at some point in Oaxaca he

12   mentioned to you something about the helicopter?

13   A.  That's right.  He mentioned it, yes.

14   Q.  Right.  And this was during a period of heavy drug use;

15   is that correct?

16   A.  Well, you could say that, but at that moment he looked

17   healthy and fine.  I remember -- I remember that, what he

18   told me about that.  He looked healthy, he looked like he

19   was doing fine; and that's when he told me about it.

20   Q.  And during this period of time -- however, during this

21   period of time you were trying to keep your distance from

22   him; is that right?

23   A.  I tried to keep my distance from him because of his

24   behavior.

25   Q.  Related to his drug use; is that correct?

* * * * * SEALED * * * * *

84

1    A.  Yes.  Also, his arrogance.

2    Q.  And you told the agents that on one of these meetings

3    after your many years of incarceration together, that he

4    said:  Oh, didn't I tell you I was present for the falling

5    of the helicopter?

6    A.  Well, he told me -- and I repeat this once again.  He

7    was singing a song when he was on the phone.  And then when

8    we went up to the cells he told me about it, that they had

9    made a song about this.  He said now, when we threw down --

10    when we brought the helicopter down -- and that's when he

11    told me briefly that.  And that was it.

12    Q.  A brief conversation; is that correct?

13    A.  That's right.

14    Q.  You are saying that he told you that somebody passed him

15    a bazooka.

16    A.  That he had given or passed a bazooka to someone else;

17    he said that.

18    Q.  All right.  And you didn't remember who it was that he

19    allegedly passed the bazooka to; is that correct?

20    A.  No.  I do not remember that because it was not of my

21    interest, so no.  And that conversation came out of nowhere

22    because I didn't ask him about it.

23    Q.  Right.  And that was regarding an event which is -- was

24    an enormous news event in Mexico; is that correct?

25    A.  That's right.  Yes, because they brought down a military

* * * * * *S E A L E D* * * * * *

1    helicopter so it's not a small thing.

2    Q.  Are you presently receiving medical attention?

3    A.  That's right.  I am in the medical area.

4    Q.  Right.  And are you on any kind of transplant list?

5    A.  I am going to meet with specialists in ten days.

6    Q.  For purposes of assessing your current medical

7    condition?

8    A.  Well, I was already assessed, and I qualified for a

9    transplant.  But we have to talk about many other things to

10   see if it's possible or not, so I don't know.

11   Q.  And are you getting any assistance or cooperation from

12   the government in getting you on the transplant list?

13   A.  No, sir.

14   Q.  And where are you presently housed?

15   A.  In the unit of CTF in D.C. Jail.

16   Q.  Is that on the medical floor?

17   A.  I am in the medical unit, yes.

18   Q.  You have pled guilty, correct?

19   A.  That's right, I pled guilty.

20   Q.  And you could get life in prison, is that correct?

21   A.  That's right, sir.

22   Q.  And obviously you don't want to spend the rest of your

23   life in prison, is that a fair statement?

24   A.  That's right, sir.

25   Q.  And your cooperation was to -- the cooperation you have

* * * * * *SEALED* * * * *

* * * * * S E A L E D * * * * *

1  engaged in is to hopefully avoid that possibility; is that

2  correct?

3  A.  No, sir.  I didn't have that hope because my life

4  situation is very short.  The only thing is to plead guilty

5  and to guide myself with the truth, and that's what I --

6  that's the agreement that I made with the government; and

7  that was it.

8  Q.  Right.  And there is a possibility --

9  A.  If I come out tomorrow or I do not, or if I die tomorrow

10  or not, that's destiny -- that's my destiny, because I need

11  two transplants.

12  Q.  Understood.  But your agreement with the government is

13  that they may make a recommendation to the judge of some

14  consideration based upon your cooperation in this case; is

15  that correct?

16  A.  Well, my legal counsel would be in charge of that.

17  Q.  Understood.

18  A.  So my attorneys are the ones in charge of that --

19  (unintelligible, overlapping speakers) to them.

20  Q.  Understood.  But although you don't remember, that's the

21  reason for the multiple meetings you have had with the

22  government in this investigation, correct, sir?

23  A.  Well, I had several meetings but I do not remember

24  having so many.

25  Q.  Is that because you don't remember or do you think -- do

* * * * * SEALED * * * * *

* * * * * *S E A L E D* * * * *

1    you think you didn't have that many?

2    A.  Well, to tell you the truth, I do not remember it.

3    Q.  Is your inability to remember the number of meetings

4    something to do with your medical condition?  How would you

5    characterize it?

6    A.  No, no.  It's not that.  It's just time and several

7    things.

8              Well, I repeat once again.  My days are counted so

9    I do not know what's going to happen tomorrow, if I am going

10   to be released or not; if I am going to die or not; if I am

11   going to live.  But if I live two or more -- if I knew that

12   I was going to live two or more years then maybe I could do

13   things differently, but I do not know.

14   Q.  Is this the first court proceeding at which you have

15   testified?

16   A.  That's right.

17   Q.  And to your knowledge, are you scheduled to testify in

18   any future court proceedings, if you know?

19   A.  That's right.

20   Q.  And how many court proceedings --

21   A.  Because I said I was going to tell the truth.

22   Q.  I understand.  And how many future court proceedings are

23   you scheduled to testify in, if you know?

24   A.  Up to now, just this one.

25   Q.  To now including this one or two in addition to this

* * * * * *SEALED* * * * *

* * * * * *  S E A L E D  * * * * *

1    one?

2    A.  Well, there are several ones, but I do not know when or

3    if they're going to be more than this one.

4    Q.  And have you had multiple meetings with agents in

5    regards to these other investigations, other than this one?

6    A.  That's right.

7            MR. RONIS:  Thank you, sir.  I have no further

8    questions.

9            THE COURT:  Any redirect?

10           MS. SAHNI:  Yes, Your Honor.

11                    REDIRECT EXAMINATION

12    BY MS. SAHNI:

13    Q.  Mr. Ramirez, I understand from the court reporter that

14    there was a question or two where the answer may not have

15    made it into the record so I am just going to repeat the

16    questions again, if that's all right.

17    A.  That's right.

18    Q.  Did you ever talk to other inmates from your cell at

19    Altiplano?

20    A.  That's right.

21    Q.  Did you talk to the defendant from your cell in

22    Altiplano?

23    A.  That's right.

24    Q.  Did you also talk to the defendant from your cell in

25    Oaxaca?

* * * * *  SEALED  * * * * *

* * * * * S E A L E D * * * * *

1    A.   Yes, ma'am.

2    Q.   And how long were you detained in Oaxaca?

3    A.   For one year, and months.

4    Q.   And during the time that you and the defendant were both

5    housed at Oaxaca, did the relationship worsen over time?

6    A.   That's right.

7    Q.   In total, from your time at Altiplano and Oaxaca, how

8    many conversations did you have with the defendant?

9    A.   Well, I wouldn't be able to tell you for how long we

10   were together, but we coincided at the same places several

11   times.

12   Q.   Okay.  And was that over multiple years?

13   A.   That's right.

14   Q.   Were there many conversations or just a few?

15   A.   Well, several conversations.  Several, yes.  Just

16   gossiping, and comments that he made that I talk about that

17   today.

18   Q.   Okay.  Now, Mr. Ronis asked you a few times about

19   meetings that you had with the government.

20   A.   That's right.

21   Q.   Did you interview with Mexican officials after your

22   arrest?

23   A.   Yes.

24   Q.   And do you remember everyone who was present for that

25   meeting?

* * * * * SEALED  * * * * *

* * * * * *S E A L E D* * * * * *

1    A.  No, ma'am, I do not remember.  No.

2    Q.  Have you and I met before today?

3    A.  Yes, ma'am.

4    Q.  Approximately how many times have you and I met before

5    today?

6    A.  Well, like two or three times, yes.

7    Q.  Have you also met with different U.S. prosecutors and

8    agents when I wasn't there?

9    A.  That's right, other prosecutors.

10    Q.  During your meetings with the government, whether it's

11    prosecutors or agents, who decides which topics are going to

12    be discussed?

13    A.  Well, no.  I decided what I was going to provide.

14    Q.  Did you choose the topics that were going to be

15    discussed at each meeting?

16    A.  No.  They would just ask me if I had some type of

17    communication with other inmates while I was there, and I

18    would say yes or no.  Some prosecutors would ask some

19    questions, other prosecutors would ask other type of

20    questions; and that's the way it was.

21    Q.  All right.  Mr. Ronis asked you about trainers coming to

22    teach Gulf Cartel members in the use of certain weapons.

23    A.  Well, listen to this, ma'am.  There were trainings,

24    prior military trainings.

25              THE COURT:  We need to get the interpretation.

* * * * * *SEALED* * * * * *

* * * * * S E A L E D * * * * *

```
1    A.  Well, listen to this, ma'am.  There were trainings,

2    paramilitary trainings, but that was when Costilla was the

3    chief, the leader, not when I was the leader.  So I do not

4    know if I misunderstood that.  So there were, but Costilla

5    was the leader back then.

6    Q.  Do you know -- I'm sorry.  Proceed.

7    A.  But other people were in charge of those trainings so I

8    was not aware of those.  So they were saying that these

9    trainers were coming from Colombia or somewhere else beyond

10   that; but I don't know if that is true or not because I did

11   not participate or was aware of that.

12   Q.  Do you know for certain which country the trainers came

13   from?

14   A.  No, no.  I cannot tell you that if they were, in fact,

15   coming from where they were saying they were coming from.

16   But Mr. Costilla, the chief, would say that they would bring

17   equipment from other countries to provide training to new

18   members.

19             THE INTERPRETER:  Trainers.  I'm sorry.

20             Interpreter corrects, trainers.

21   BY MS. SAHNI:

22   Q.  While you were detained with the defendant in Mexico,

23   did you ever see or hear the defendant talking to his

24   mother?

25   A.  Yes.  Several times.
```

* * * * * *SEALED* * * * * *

* * * * * S E A L E D * * * * *

1    Q.  Can you tell us about those times?

2    A.  Well, there were times that he would talk to his mother

3    and he was there yelling, and he was saying bad words and

4    everything.  And I do not know why was he doing that, but...

5    and that's while we were in Oaxaca.

6    Q.  Were those conversations that you heard in person?

7    A.  Yes.  When he was talking over the phone; and sometimes

8    he would talk to his wife, to his children.

9    Q.  When you testified previously about hearing the

10   defendant giving orders over the phone, do you recall if any

11   of those conversations were with his mother?

12   A.  Several times it was with his mother, the one that he

13   would talk to more often.

14   Q.  How do you know that it was his mother on the other end

15   of the phone?

16   A.  Because he would talk about it.  He would say it.  And

17   you could hear clearly when he was saying "mother."

18   Q.  And when you say "he would talk about it," who are you

19   referring to there?

20   A.  To Ruben.  Mr. Ruben.

21   Q.  Do you recall any orders that the defendant conveyed to

22   his mother over the jail phone?

23   A.  Only the time when he told his mother to send them to

24   hell.  And I do not know what he was referring to or who he

25   was referring to.

* * * * * SEALED  * * * * *

* * * * * *S E A L E D* * * * * *

1    Q.  Were -- scratch that.

2        Are you concerned for any other people regarding

3    your testimony here today?

4    A.  I am not concerned.  I am calm.

5        MS. SAHNI:  No further questions, Your Honor.

6        MR. RONIS:  Just a couple --

7        THE COURT:  Usually -- I don't know where people

8    get this practice.  Usually we have direct, we have cross,

9    we have redirect, and then we are done.

10        MR. RONIS:  Okay.

11        THE COURT:  So -- yeah.  I mean, does the

12    government have any objections -- since this is a deposition

13    but it's going to be used for trial -- for Mr. Ronis to get

14    a recross.

15        MR. RONIS:  Well, if I could briefly ask -- if I

16    can ask briefly for a point of clarification, I would ask

17    the Court's indulgence.

18        THE COURT:  On what issue?

19        MR. RONIS:  On the date of this alleged

20    conversation about the helicopter.

21        THE COURT:  Any objection from the government?

22        Everybody has been quite vague about all dates

23    here.  Go ahead.

24                    RECROSS EXAMINATION

25    BY MR. RONIS:

* * * * * *SEALED* * * * *

* * * * * *S E A L E D* * * * *

1    Q.  This alleged conversation about the helicopter, that

2    occurred in one conversation; is that correct?

3    A.  That's right.

4    Q.  And was that in Oaxaca?

5    A.  That's right.  That's right.  It was in Oaxaca that he

6    mentioned it.

7    Q.  And that was during a time of his increased drug use,

8    correct?

9    A.  At that time -- let me say it again -- that he was sharp

10   and well at that time.

11   Q.  And the helicopter incident occurred in 2015; is that

12   correct?

13   A.  I don't know, sir, when that happened.

14   Q.  And last question.  The first time you mentioned that to

15   the agents was in 2021; is that correct?

16   A.  When I said it, I don't remember what date it was.  I

17   did not -- I don't have it written down anywhere.

18            MR. RONIS:  Very well.  Thank you, sir.

19            THE COURT:  All right.  The witness is excused.

20            (Whereupon, the witness was excused, 2:24 p.m.)

21            THE COURT:  All right.  So that concludes the

22   deposition.  Is there any other matter that we have to take

23   up today, from the government?

24            MS. SAHNI:  Nothing from the government, Your

25   Honor.

* * * * * *SEALED* * * * *

* * * * * *S E A L E D* * * * *

1      THE COURT:  And from the defense?

2      MR. RONIS:  No, Your Honor.

3      THE COURT:  All right.  You are all excused.

4      THE COURTROOM DEPUTY:  All rise.

5      (Whereupon, the proceeding concludes.)

6                    * * * * *

7                    **INDEX**

8

9  **WITNESS**                          **PAGE**

10  Mario Ramirez Trevino                6, 42, 88, 93

11

12                    * * * * *

13

14                 **CERTIFICATE**

15      I, ELIZABETH SAINT-LOTH, RPR, FCRR, do hereby
   certify that the foregoing constitutes a true and accurate
16  transcript of my stenographic notes, and is a full, true,
   and complete transcript of the proceedings to the best of my
17  ability.

18      This certificate shall be considered null and void
   if the transcript is disassembled and/or photocopied in any
19  manner by any party without authorization of the signatory
   below.

20

21      Dated this 25th day of February, 2024.

22
   /s/ Elizabeth Saint-Loth, RPR, FCRR
23  Official Court Reporter

24

25

* * * * * *SEALED*  * * * * *

**\* \* \* \* \* S E A L E D \* \* \* \* \***

## $

**$15** [3] - 32:9, 33:5, 33:9

## '

**'17** [1] - 51:18

## /

**/s** [1] - 95:22

## 1

**1** [12] - 31:22, 31:25, 32:2, 32:3, 62:16, 65:1, 65:3, 69:13, 69:16, 73:1
**10** [7] - 31:15, 31:25, 63:11, 65:1, 65:4, 69:14, 82:12
**100** [1] - 55:25
**105** [2] - 1:15, 1:18
**11** [4] - 32:1, 46:8, 65:5, 65:7
**12** [3] - 46:8, 63:11, 65:7
**12:30** [1] - 72:24
**13** [1] - 42:14
**13th** [1] - 7:20
**14** [1] - 82:12
**145** [1] - 1:12
**14th** [1] - 78:22
**15** [4] - 3:23, 65:13, 69:4, 73:8
**16-229** [2] - 2:3, 4:23
**16-CR-229** [1] - 1:3
**17** [1] - 78:18
**17th** [1] - 7:20

## 2

**2** [9] - 20:4, 29:2, 29:8, 31:22, 32:1, 32:2, 65:5, 69:16, 76:16
**2,000** [2] - 29:1, 29:8
**20** [5] - 32:1, 42:14, 65:5, 69:18, 72:9
**200** [1] - 47:14
**2000** [1] - 57:18
**2001** [1] - 10:2
**2002** [1] - 10:2
**2003** [1] - 57:20
**2012** [4] - 10:25, 46:17, 57:20
**2013** [5] - 7:20, 12:23, 46:17, 57:18, 78:10
**2015** [1] - 94:11
**2017** [1] - 51:18

**202** [1] - 1:13
**2021** [10] - 43:18, 45:13, 45:20, 45:21, 46:5, 52:9, 52:11, 83:3, 83:9, 94:15
**2023** [1] - 5:8
**2024** [5] - 1:4, 5:4, 46:1, 78:22, 95:21
**20530** [1] - 1:12
**21** [2] - 1:4, 5:4
**236-1704** [1] - 1:16
**236-8344** [1] - 1:19
**24** [3] - 5:8, 66:17, 66:18
**25th** [1] - 95:21
**2:24** [1] - 94:20

## 3

**3** [10] - 16:8, 20:23, 21:1, 29:2, 29:8, 31:21, 31:22, 63:13, 65:8, 65:10
**3,000** [2] - 29:1, 29:8
**30** [1] - 71:9
**300** [2] - 47:14, 55:4
**333** [1] - 5:3

## 4

**4** [5] - 31:22, 36:19, 63:13, 68:3, 76:16
**4-0** [1] - 23:15
**40** [5] - 32:7, 32:11, 32:12, 32:19, 32:20
**400** [1] - 47:14
**401** [2] - 4:3, 23:15
**403** [2] - 4:3, 23:15
**404** [1] - 23:15
**404(b)** [1] - 4:3
**42** [14] - 31:9, 31:10, 31:12, 31:13, 32:4, 32:7, 32:10, 32:11, 32:14, 32:19, 32:21, 32:23, 33:1, 95:10
**45** [1] - 71:9

## 5

**5** [9] - 20:23, 21:1, 31:15, 31:18, 31:22, 36:19, 65:10, 65:11, 65:24
**50** [12] - 35:25, 36:4, 36:5, 36:8, 36:12, 36:15, 37:5, 37:15, 37:17, 37:20, 37:21, 49:15
**598-2493** [1] - 1:13

## 6

**6** [4] - 36:19, 68:3, 68:4, 95:10
**619** [2] - 1:16, 1:19

## 7

**7.62** [2] - 36:8, 36:9

## 8

**8** [1] - 68:4
**80** [2] - 39:7, 39:14
**88** [1] - 95:10

## 9

**9** [1] - 49:11
**92101** [1] - 1:16
**92101-6036** [1] - 1:19
**93** [1] - 95:10
**950** [1] - 49:11
**9:40** [1] - 1:4
**9:44** [1] - 5:4

## A

**a.m** [2] - 1:4, 5:5
**Abigail** [1] - 26:20
**ability** [1] - 95:17
**able** [12] - 7:12, 20:15, 21:13, 25:6, 25:14, 33:16, 34:17, 35:12, 35:17, 36:17, 37:25, 89:9
**abundant** [2] - 71:21, 79:24
**academy** [3] - 42:17, 42:21, 42:24
**according** [1] - 17:2
**accurate** [1] - 95:15
**acquire** [1] - 35:22
**acquired** [2] - 49:10, 49:18
**acquiring** [2] - 49:4, 49:7
**Action** [1] - 1:2
**activities** [4] - 47:20, 52:4, 53:3, 53:24
**activity** [4] - 48:6, 48:9, 49:1, 54:11
**acts** [1] - 11:8
**addict** [1] - 80:24
**addicts** [1] - 72:6
**addition** [1] - 87:25
**address** [1] - 21:25
**administer** [2] - 3:4, 6:2
**admitted** [2] - 53:9,

60:3
**affect** [2] - 7:15, 19:18
**affecting** [1] - 20:4
**afterwards** [1] - 64:15
**agency** [1] - 29:20
**agent** [1] - 75:6
**agents** [20] - 8:10, 73:24, 74:4, 74:8, 74:21, 74:24, 75:3, 75:9, 75:19, 76:15, 76:19, 77:1, 78:10, 78:18, 83:3, 84:2, 88:4, 90:8, 90:11, 94:15
**aggressive** [4] - 16:23, 81:15, 81:16, 82:7
**ago** [5] - 50:22, 51:19, 52:16, 52:24, 79:2
**agree** [3] - 8:7, 36:22, 57:9
**agreed** [1] - 80:9
**agreement** [5] - 8:21, 24:21, 53:8, 86:6, 86:12
**ahead** [1] - 93:23
**aided** [1] - 1:25
**AKA** [1] - 31:9
**alcohol** [1] - 72:9
**Alejandro** [1] - 31:8
**alerted** [1] - 3:10
**alive** [1] - 59:3
**alleged** [2] - 93:19, 94:1
**allegedly** [2] - 79:10, 84:19
**allow** [1] - 72:15
**allowed** [2] - 40:3, 67:16
**allowing** [1] - 48:5
**almost** [1] - 34:21
**ALSO** [1] - 1:21
**Altiplano** [62] - 13:8, 13:11, 13:19, 13:22, 14:18, 14:19, 14:22, 15:1, 15:4, 15:8, 15:11, 15:15, 15:18, 15:20, 15:22, 16:5, 16:10, 16:13, 16:20, 20:7, 21:9, 21:13, 21:17, 29:25, 30:4, 30:7, 30:22, 31:6, 33:14, 34:11, 34:13, 34:22, 35:16, 41:2, 41:4, 46:23, 46:24, 47:3, 61:20, 61:22, 62:7, 62:10, 62:14, 70:11, 70:23, 71:22, 72:8, 72:20, 72:22, 77:12, 77:16, 79:6,

79:25, 80:1, 80:21, 81:1, 82:17, 82:18, 83:1, 88:19, 88:22, 89:7
**AMERICA** [1] - 1:2
**America** [1] - 2:3
**American** [11] - 50:7, 50:17, 51:1, 51:4, 51:7, 51:13, 51:23, 57:5, 59:23, 75:3, 78:10
**amount** [1] - 29:12
**amounts** [2] - 53:9, 53:12
**Angel** [6] - 32:15, 37:4, 37:10, 37:14, 37:20, 37:22
**answer** [2] - 61:11, 88:14
**ANTHONY** [1] - 1:15
**Anthony** [2] - 2:17, 5:22
**anthonycolomboleg
al@gmail.com** [1] - 1:17
**anti** [1] - 43:6
**anti-kidnapping** [1] - 43:6
**Antiplano** [2] - 13:5, 13:6
**APPEARANCES** [1] - 1:8
**appearing** [2] - 2:16, 5:21
**area** [6] - 7:6, 34:4, 40:9, 72:25, 80:3, 85:3
**armed** [2] - 11:14, 55:4
**armor** [5] - 36:17, 36:18, 36:20, 36:21
**army** [1] - 55:4
**arrange** [2] - 25:6, 25:14
**arranged** [2] - 25:19, 28:18
**arrangement** [1] - 37:13
**arrest** [11] - 12:13, 12:23, 12:24, 46:20, 46:22, 56:6, 56:10, 61:2, 61:6, 61:15, 89:22
**arrested** [7] - 7:19, 10:21, 10:22, 13:10, 14:23, 46:18, 61:17
**arrival** [1] - 51:22
**arrive** [1] - 72:2
**arrived** [4] - 15:1, 33:22, 52:15, 64:14

**\* \* \* \* \* SEALED \* \* \* \* \***

* * * * * S E A L E D * * * *

**arriving** [3] - 50:21, 50:23
**arrogance** [1] - 84:1
**arrogant** [2] - 81:13, 81:14
**article** [1] - 13:25
**Artisan** [1] - 30:1
**Artistas** [2] - 30:2, 30:16
**Artists** [1] - 30:2
**Asesinos** [1] - 30:2
**assessed** [1] - 85:8
**assessing** [1] - 85:6
**assistance** [1] - 85:11
**assisted** [1] - 43:25
**association** [1] - 52:7
**assume** [1] - 10:10
**attempting** [1] - 37:2
**attend** [2] - 25:9, 25:21
**attention** [3] - 39:9, 39:25, 85:2
**attitude** [2] - 17:1, 39:19
**attorney** [1] - 67:18
**attorneys** [10] - 9:1, 25:16, 25:20, 28:19, 29:16, 67:4, 71:5, 71:6, 77:21, 86:18
**August** [3] - 7:20, 46:17
**authorities** [2] - 31:4, 48:4
**authorization** [1] - 95:19
**automobiles** [1] - 36:21
**availability** [1] - 80:8
**available** [4] - 22:25, 71:24, 72:1, 81:20
**Avenue** [1] - 5:3
**avoid** [2] - 18:25, 86:1
**aware** [6] - 37:1, 54:7, 60:5, 60:24, 91:8, 91:11
**Aztecas** [2] - 30:1, 30:11
**AZTECAS** [1] - 30:1

**B**

**babbling** [1] - 82:22
**bad** [1] - 92:3
**based** [5] - 19:19, 20:2, 30:24, 33:5, 86:14
**battle** [2] - 56:24, 76:4
**battles** [1] - 55:18
**bazooka** [4] - 38:10, 38:22, 38:23, 84:15,
84:16, 84:19
**became** [9] - 10:23, 19:9, 20:4, 40:24, 42:15, 43:11, 43:25, 80:23
**become** [5] - 9:24, 43:2, 43:16, 46:12, 46:15
**becoming** [2] - 19:18, 54:8
**BEFORE** [1] - 1:7
**began** [1] - 10:4
**begin** [2] - 4:19, 6:6
**beginning** [1] - 64:14
**behalf** [2] - 2:16, 5:21
**behaving** [1] - 16:23
**behavior** [2] - 81:10, 83:24
**belonged** [2] - 38:16, 48:19
**below** [2] - 62:19, 95:19
**BERYL** [1] - 1:7
**Beryl** [1] - 4:20
**best** [1] - 95:16
**better** [1] - 19:2
**between** [5] - 10:9, 29:1, 29:2, 67:13, 71:12
**beyond** [2] - 10:11, 91:9
**big** [2] - 63:7, 77:23
**bit** [8] - 34:10, 34:12, 35:9, 42:22, 73:2, 81:16, 82:7, 82:18
**BLANK** [1] - 1:11
**blue** [1] - 14:2
**bodies** [2] - 58:1, 61:4
**bodyguard** [1] - 44:11
**bombings** [5] - 56:25, 57:3, 57:7, 57:12, 57:15
**boss** [3] - 57:16, 57:17, 57:18
**bother** [1] - 48:8
**branched** [1] - 45:3
**Bravo** [2] - 74:25, 75:4
**breadth** [1] - 4:4
**break** [6] - 11:15, 21:24, 24:20, 73:2, 73:11, 73:12
**bribe** [1] - 11:4
**bribery** [4] - 47:25, 48:1, 48:2, 48:25
**bribes** [2] - 48:12, 48:16
**brief** [2] - 71:9, 84:12
**briefly** [4] - 22:16, 84:11, 93:15, 93:16
**bring** [4] - 4:11, 36:2,
37:8, 91:16
**broke** [1] - 28:10
**brother** [3] - 32:7, 32:11, 32:23
**brought** [5] - 33:25, 37:11, 77:20, 84:10, 84:25
**building** [2] - 28:19, 38:6
**buildings** [1] - 57:13
**burglaries** [1] - 43:7
**burned** [2] - 59:1, 59:3
**burnt** [1] - 60:25
**business** [1] - 47:7
**but..** [1] - 92:4
**buy** [1] - 32:8
**BY** [22] - 6:14, 14:6, 17:11, 17:16, 18:13, 19:5, 20:1, 24:18, 29:23, 39:13, 41:12, 42:7, 45:23, 55:17, 58:19, 60:22, 65:19, 73:16, 76:7, 88:12, 91:21, 93:25

**C**

**C-H-I-L-A-N-G-O-S** [1] - 30:3
**CA** [2] - 1:16, 1:19
**caliber** [12] - 35:25, 36:4, 36:5, 36:12, 36:15, 37:5, 37:14, 37:18, 37:19, 37:21, 49:11, 49:15
**calibers** [1] - 36:7
**calm** [4] - 15:9, 79:7, 93:4
**cannot** [1] - 91:14
**car** [6] - 37:7, 37:23, 56:25, 57:3, 57:7, 57:15
**Cardenas** [1] - 58:3
**care** [1] - 38:20
**career** [4] - 22:20, 42:10, 42:23, 43:24
**cars** [3] - 36:21, 37:25, 42:12
**Cartel** [59] - 9:17, 9:18, 9:25, 10:6, 10:11, 10:13, 10:16, 10:18, 10:24, 11:1, 11:10, 11:14, 11:15, 11:17, 12:10, 12:15, 37:3, 45:11, 45:16, 45:20, 46:5, 46:7, 46:9, 46:13, 46:19, 47:6, 47:13, 47:16, 48:16, 49:2, 49:4, 49:7, 49:16, 49:20,
53:20, 54:1, 54:8, 54:9, 54:13, 54:16, 54:19, 54:25, 55:3, 56:6, 56:9, 56:13, 56:14, 57:10, 57:12, 57:22, 60:9, 60:11, 60:12, 60:24, 73:22, 74:19, 79:16, 90:22
**cartel** [17] - 10:2, 11:11, 12:11, 17:19, 17:21, 17:22, 17:23, 26:8, 26:9, 26:11, 32:13, 32:23, 48:17, 76:24, 76:25, 77:6, 79:18
**cartels** [3] - 26:6, 27:11, 36:16
**case** [6] - 4:22, 9:6, 23:16, 24:21, 28:10, 86:14
**Case** [2] - 2:3, 4:23
**causes** [1] - 45:4
**cell** [30] - 9:19, 20:22, 21:6, 21:14, 31:14, 31:17, 31:19, 34:8, 35:16, 35:19, 62:22, 64:2, 64:9, 64:18, 64:21, 65:20, 65:21, 66:1, 66:7, 66:15, 66:19, 69:5, 69:6, 69:8, 77:14, 80:8, 88:18, 88:21, 88:24
**Cell** [7] - 65:3, 65:4, 65:8, 65:10, 65:11, 65:13, 65:24
**cells** [26] - 20:10, 20:24, 21:2, 21:17, 26:10, 31:22, 31:25, 32:5, 35:18, 53:23, 63:7, 63:15, 63:16, 64:11, 64:20, 64:23, 65:1, 66:7, 68:10, 69:13, 69:18, 72:5, 72:6, 77:15, 84:8
**cement** [2] - 63:18, 63:23
**certain** [4] - 3:21, 81:16, 90:22, 91:12
**certainly** [1] - 24:13
**CERTIFICATE** [1] - 95:14
**certificate** [1] - 95:18
**certify** [1] - 95:15
**change** [4] - 10:13, 40:22, 82:14, 82:16
**changed** [1] - 81:10
**changes** [1] - 47:2
**Chapo** [2] - 16:4, 16:5, 20:16
**character** [1] - 82:16
**characterize** [1] - 87:5
**characterized** [1] - 82:21
**charge** [8] - 26:5, 47:17, 59:6, 81:22, 82:3, 86:16, 86:18, 91:7
**charges** [3] - 7:21, 23:16, 62:3
**CHERLIN** [1] - 1:22
**chief** [3] - 26:8, 91:3, 91:16
**Chihuahua** [2] - 30:12, 30:13
**Chilangos** [4] - 30:2, 30:18, 30:20, 30:21
**children** [1] - 92:8
**choking** [1] - 55:14
**choose** [1] - 90:14
**circle** [1] - 17:25
**cities** [1] - 58:23
**City** [2] - 62:12, 78:10
**city** [1] - 42:19
**ciudad** [1] - 42:20
**CJNG** [9] - 17:23, 18:21, 19:7, 19:10, 19:19, 20:4, 20:20, 38:20, 79:19
**clarification** [1] - 93:16
**clarify** [10] - 8:24, 16:17, 17:9, 19:13, 22:10, 27:21, 28:4, 32:10, 39:23, 58:9
**clear** [2] - 3:6, 22:6
**clearly** [1] - 92:17
**client** [1] - 5:23
**closed** [2] - 64:12, 64:13
**closer** [1] - 23:22
**clothing** [1] - 13:25
**co** [4] - 2:10, 2:17, 5:16, 5:22
**co-counsel** [4] - 2:10, 2:17, 5:16, 5:22
**Coates** [2] - 3:4, 6:2
**COC** [2] - 34:5
**cocaine** [13] - 8:5, 26:25, 27:1, 27:24, 28:8, 29:2, 29:9, 32:8, 32:24, 33:2, 53:17, 53:18, 71:25
**coincided** [2] - 35:3, 89:10
**colleague** [1] - 10:1
**Colombia** [1] - 91:9
**COLUMBIA** [1] - 1:1
**Columbia** [2] - 4:21, 5:3
**Columbo** [3] - 2:17,

3

* * * * *  S E A L E D  * * * * *

2:20, 5:22
**COLUMBO** [2] - 1:15, 2:21
**coming** [5] - 78:12, 90:21, 91:9, 91:15
**commanded** [1] - 55:4
**comment** [4] - 33:17, 33:19, 37:15, 38:4
**commented** [1] - 78:3
**comments** [2] - 77:2, 89:16
**commit** [1] - 11:8
**common** [1] - 66:21
**communicate** [4] - 21:13, 21:15, 21:16, 68:16
**communication** [3] - 61:5, 61:7, 90:17
**communications** [1] - 19:19
**community** [1] - 72:3
**compared** [1] - 34:11
**compartment** [2] - 37:8, 37:23
**compartments** [1] - 38:1
**complete** [1] - 95:16
**completely** [2] - 36:25, 37:9
**computer** [1] - 1:25
**computer-aided** [1] - 1:25
**concept** [2] - 64:15, 64:17
**concerned** [3] - 41:6, 93:2, 93:4
**concludes** [2] - 94:21, 95:5
**Concord** [2] - 76:9, 76:21
**condition** [2] - 85:7, 87:4
**conditions** [1] - 7:5
**conducted** [1] - 5:1
**confer** [1] - 41:11
**confused** [1] - 23:24
**congressman** [1] - 76:2
**conjugal** [1] - 70:2
**connection** [2] - 36:24
**consecutive** [1] - 6:9
**consideration** [1] - 86:14
**considered** [1] - 95:18
**consist** [1] - 42:21
**conspiracy** [1] - 4:5
**constitutes** [1] - 95:15
**Constitution** [1] - 5:3
**consulate** [1] - 78:12
**consult** [1] - 12:17

**consultation** [2] - 12:19, 12:21
**consumption** [1] - 72:4
**contact** [1] - 12:14
**containers** [1] - 59:21
**continued** [2] - 54:4, 82:16
**control** [7] - 26:23, 26:25, 27:4, 27:6, 27:18, 28:10, 28:11
**controlling** [1] - 26:5
**conversation** [7] - 39:4, 52:17, 84:12, 84:21, 93:20, 94:1, 94:2
**conversations** [6] - 15:5, 89:8, 89:14, 89:15, 92:6, 92:11
**conveyed** [2] - 32:10, 92:21
**convicted** [1] - 7:24
**cook** [5] - 74:5, 74:9, 74:11, 74:18, 74:22
**cooked** [4] - 59:15, 59:17, 59:20, 59:25
**cooks** [5] - 59:7, 59:9, 59:12, 59:17, 74:6
**cooperate** [2] - 8:7, 50:7
**cooperation** [11] - 8:10, 8:13, 8:18, 8:25, 9:11, 51:8, 51:23, 85:11, 85:25, 86:14
**cooperator** [1] - 26:4
**cooperators** [1] - 26:3
**correct** [117] - 2:19, 3:12, 5:24, 16:15, 24:5, 33:22, 42:16, 42:24, 43:8, 44:1, 44:14, 45:20, 46:5, 46:20, 46:25, 47:4, 47:20, 47:23, 48:10, 49:5, 49:8, 51:20, 52:12, 52:20, 52:24, 53:3, 53:5, 53:10, 53:15, 53:17, 53:22, 54:1, 54:5, 54:9, 54:13, 54:16, 54:22, 54:25, 55:5, 55:19, 55:22, 56:7, 56:15, 56:18, 56:25, 57:23, 58:21, 58:24, 59:1, 59:4, 59:10, 59:12, 59:15, 59:18, 60:7, 60:10, 60:13, 61:8, 61:16, 61:23, 62:7, 63:2, 63:23, 63:25, 64:24, 65:2, 65:3,

65:6, 65:9, 66:2, 67:1, 68:17, 70:11, 71:13, 71:16, 71:19, 71:22, 72:19, 73:25, 74:9, 74:22, 75:15, 75:22, 77:5, 77:9, 77:18, 77:23, 78:2, 78:14, 79:11, 79:22, 80:4, 80:18, 80:21, 81:2, 81:11, 81:15, 81:18, 81:21, 82:6, 82:17, 82:22, 83:5, 83:15, 83:25, 84:12, 84:19, 84:24, 85:18, 85:20, 86:2, 86:15, 86:22, 94:2, 94:8, 94:12, 94:15
**correction** [1] - 33:12
**correctly** [2] - 63:8, 80:22
**corrects** [2] - 81:24, 91:20
**corresponding** [1] - 65:21
**corrido** [1] - 38:7
**corrupt** [3] - 43:12, 43:16, 43:25
**corruption** [1] - 31:5
**cost** [1] - 33:8
**Costilla** [8] - 57:16, 74:11, 74:12, 74:17, 76:25, 91:2, 91:4, 91:16
**Costilla's** [1] - 74:11
**Costillas** [1] - 58:2
**council** [6] - 74:25, 75:3, 75:4, 75:7, 75:12, 76:21
**counsel** [12] - 2:7, 2:10, 2:17, 5:9, 5:16, 5:22, 5:24, 41:9, 41:11, 47:19, 53:2, 86:16
**counted** [1] - 87:8
**countries** [2] - 49:25, 91:17
**country** [2] - 6:23, 91:12
**couple** [3] - 15:5, 79:2, 93:6
**course** [2] - 42:23, 78:5
**Court** [8] - 1:23, 1:24, 3:20, 4:21, 5:2, 22:3, 28:19, 95:23
**COURT** [74] - 1:1, 1:7, 2:11, 2:14, 2:18, 2:20, 2:22, 3:8, 3:10, 3:16, 3:17, 3:19, 3:25, 4:4, 4:7, 4:11,

4:15, 4:18, 5:18, 5:23, 6:1, 6:5, 6:11, 14:5, 17:8, 17:13, 18:10, 18:24, 19:23, 21:22, 22:5, 22:10, 22:17, 23:5, 23:7, 23:10, 23:23, 24:3, 24:6, 24:13, 24:15, 29:7, 29:14, 41:10, 42:4, 45:18, 55:9, 55:12, 55:16, 58:5, 58:7, 58:10, 58:13, 58:15, 58:17, 60:16, 61:11, 72:24, 73:6, 73:8, 73:12, 73:14, 75:24, 82:2, 88:9, 90:25, 93:7, 93:11, 93:18, 93:21, 94:19, 94:21, 95:1, 95:3
**court** [12] - 22:21, 25:10, 25:11, 29:20, 34:16, 70:24, 87:14, 87:18, 87:20, 87:22, 88:13
**Court's** [1] - 93:17
**courthouse** [2] - 5:2, 22:8
**courtroom** [1] - 3:11
**COURTROOM** [3] - 2:2, 22:2, 95:4
**courts** [2] - 25:13, 34:22
**covered** [1] - 78:1
**crime** [2] - 8:4, 8:6
**crimes** [4] - 7:24, 8:2, 8:4, 53:11
**criminal** [10] - 4:22, 9:19, 45:6, 45:10, 48:6, 49:1, 53:2, 54:11, 79:11, 79:15
**Criminal** [3] - 1:2, 2:3, 4:23
**cross** [4] - 42:4, 45:18, 73:6, 93:8
**CROSS** [1] - 42:6
**CROSS-EXAMINATION** [1] - 42:6
**crossed** [1] - 14:19
**CTF** [1] - 85:15
**Cuini** [2] - 25:24, 26:17
**cured** [1] - 23:22
**current** [1] - 85:6

**D**

**D.C** [3] - 1:5, 5:4, 85:15
**dad** [1] - 32:7

**date** [5] - 14:24, 45:21, 52:1, 93:19, 94:16
**Dated** [1] - 95:21
**dated** [1] - 5:8
**dates** [2] - 78:23, 93:22
**days** [5] - 35:13, 62:6, 66:20, 85:5, 87:8
**DC** [1] - 1:12
**deal** [1] - 33:14
**dealing** [1] - 52:4
**death** [1] - 45:9
**December** [3] - 10:25, 51:18
**decide** [1] - 27:4
**decided** [4] - 27:18, 27:20, 44:23, 90:13
**decides** [2] - 9:3, 90:11
**decision** [3] - 27:16, 27:21, 27:23
**Defendant** [1] - 1:5
**defendant** [61] - 14:4, 14:15, 14:17, 14:21, 15:1, 15:3, 15:11, 15:15, 15:17, 15:22, 16:9, 16:18, 16:21, 16:25, 19:6, 19:9, 19:18, 19:20, 20:3, 20:19, 21:6, 21:16, 22:6, 23:18, 25:22, 26:22, 28:5, 28:23, 29:15, 32:4, 33:22, 33:25, 34:3, 34:8, 35:1, 35:8, 35:20, 35:22, 37:1, 37:13, 38:2, 38:15, 38:18, 38:23, 39:1, 39:5, 39:16, 40:6, 40:11, 40:22, 41:3, 41:13, 88:21, 88:24, 89:4, 89:8, 91:22, 91:23, 92:10, 92:21
**DEFENDANT** [5] - 1:14, 6:14, 19:24, 55:11, 55:15
**defendant's** [7] - 15:7, 16:21, 18:3, 18:4, 20:22, 31:19, 33:1
**defense** [5] - 2:14, 3:8, 3:23, 5:19, 95:1
**delivered** [2] - 37:21, 58:1
**demeanor** [4] - 15:7, 15:9, 16:21, 16:22
**denied** [1] - 74:21
**denying** [1] - 74:23
**Department** [1] - 1:11
**deposition** [9] - 3:5, 4:1, 4:24, 5:1, 5:6,

* * * * *  *SEALED*  * * * * *

147

* * * * * S E A L E D * * * * *

5:13, 23:23, 93:12,
94:22
**DEPOSITION** [1] - 1:6
**DEPUTY** [3] - 2:2,
22:2, 95:4
**deputy** [2] - 3:11, 6:1
**describe** [6] - 20:12,
44:16, 51:12, 63:21,
64:5, 64:10
**described** [4] - 19:10,
70:7, 71:1, 80:7
**destiny** [2] - 86:10
**details** [1] - 39:3
**detained** [10] - 12:13,
12:24, 13:5, 13:6,
13:8, 13:19, 13:21,
40:23, 89:2, 91:22
**detention** [1] - 13:3
**die** [3] - 45:4, 86:9,
87:10
**Diego** [2] - 1:16, 1:19
**diesel** [1] - 59:22
**different** [20] - 13:8,
14:17, 17:1, 26:6,
36:7, 50:14, 50:15,
50:16, 53:23, 53:24,
58:22, 64:11, 67:9,
70:8, 72:25, 79:10,
81:12, 82:8, 82:18,
90:7
**differently** [2] - 16:24,
87:13
**difficult** [3] - 28:3,
31:3, 82:6
**difficulties** [1] - 22:1
**DIRECT** [1] - 6:13
**direct** [3] - 3:5, 6:6,
93:8
**directly** [4] - 65:12,
65:23, 66:1, 66:4
**disappeared** [1] - 58:1
**disassembled** [1] -
95:18
**disconnected** [2] -
36:25, 37:9
**discuss** [6] - 19:6,
29:3, 37:12, 38:15,
38:22, 39:1
**discussed** [3] - 29:12,
90:12, 90:15
**discussion** [1] - 28:25
**discussions** [1] - 20:2
**disease** [1] - 79:1
**disposal** [1] - 60:6
**disposed** [1] - 58:21
**dispute** [4] - 27:2,
27:10, 71:13, 72:11
**distance** [2] - 82:10,
83:21, 83:23
**distant** [2] - 40:24,

40:25
**distribute** [3] - 27:24,
28:5, 29:1
**distributed** [4] -
28:12, 28:14, 28:25,
71:15
**distributing** [3] -
81:23, 82:3
**distribution** [4] - 27:6,
71:18, 80:8, 80:17
**District** [4] - 4:21, 5:2,
5:3
**district** [1] - 24:22
**DISTRICT** [3] - 1:1,
1:1, 1:7
**divided** [1] - 28:2
**dividing** [1] - 67:9
**done** [2] - 22:20, 93:9
**door** [4] - 35:19, 64:6,
64:17, 68:3
**doubt** [1] - 61:14
**down** [12] - 19:12,
31:23, 34:17, 36:2,
38:8, 38:9, 77:22,
83:9, 84:9, 84:10,
84:25, 94:17
**down..** [1] - 78:16
**downing** [1] - 78:6
**dramatic** [1] - 55:12
**drug** [20] - 9:13, 18:6,
18:14, 28:14, 32:16,
36:16, 43:18, 43:19,
43:21, 43:23, 43:25,
44:4, 47:22, 52:4,
53:14, 60:20, 83:1,
83:14, 83:25, 94:7
**drugged** [1] - 80:25
**drugs** [30] - 8:5, 10:12,
27:5, 27:19, 27:24,
28:12, 28:25, 38:1,
53:9, 53:12, 71:13,
71:15, 71:18, 71:21,
71:24, 72:2, 72:7,
72:9, 72:12, 79:24,
80:3, 80:8, 80:13,
80:14, 80:16, 80:17,
81:17, 82:11, 82:19,
82:21
**during** [23] - 3:22,
11:19, 12:2, 15:14,
35:4, 35:6, 43:24,
48:16, 56:2, 56:13,
58:3, 60:9, 60:19,
60:23, 71:22, 72:7,
72:10, 83:14, 83:20,
89:4, 90:10, 94:7
**duties** [4] - 43:4, 43:5,
44:9, 55:7
**duty** [1] - 43:6

**E**

**eat** [3] - 21:19, 34:17,
35:1
**eating** [1] - 34:23
**effect** [1] - 30:25
**effects** [1] - 80:25
**effort** [2] - 50:7, 71:12
**eight** [3] - 10:17,
10:19, 10:22
**el** [5] - 14:13, 14:14,
16:4
**eliminate** [2] - 11:24,
22:15
**Elizabeth** [1] - 1:23,
95:22
**ELIZABETH** [1] -
95:15
**Email** [3] - 1:13, 1:17,
1:20
**employment** [1] -
42:11
**ENCLOSED** [1] - 1:12
**encountered** [1] -
11:19
**end** [4] - 10:25, 27:17,
30:12, 92:14
**enemies** [5] - 54:18,
79:13, 79:14, 79:16,
79:20
**enforcement** [3] -
42:10, 44:13, 50:18
**engage** [1] - 48:6
**engaged** [8] - 12:11,
48:7, 53:21, 56:18,
56:25, 57:3, 57:7,
86:1
**engaging** [1] - 53:9
**English** [1] - 36:10
**enormous** [3] - 53:9,
53:12, 84:24
**Enrique** [1] - 44:7
**entered** [3] - 22:6,
24:21, 42:17
**enters** [1] - 4:14
**entryway** [1] - 64:2
**environment** [1] -
70:10
**equally** [2] - 27:25,
28:5
**equipment** [1] - 91:17
**escape** [1] - 20:15
**escaped** [1] - 16:4
**ESQUIRE** [1] - 1:21
**essentially** [1] - 76:20
**establish** [1] - 18:11
**evens** [1] - 31:23
**event** [4] - 55:13,
72:10, 84:23, 84:24
**eventually** [1] - 41:1

**Evidence** [1] - 4:3
**exactly** [3] - 23:5,
35:11, 78:16
**EXAMINATION** [4] -
6:13, 42:6, 88:11,
93:24
**examination** [2] - 3:5,
6:6
**example** [4] - 40:1,
50:2, 55:3, 62:22
**exchange** [1] - 8:17
**excuse** [5] - 9:23,
17:13, 21:22, 30:6,
55:9
**excused** [3] - 94:19,
94:20, 95:3
**executed** [1] - 76:5
**exist** [1] - 61:3
**existed** [1] - 60:8
**expect** [2] - 3:11, 4:12
**expecting** [2] - 4:1,
19:1
**expedite** [1] - 22:15
**experience** [4] -
23:24, 30:24, 36:15,
61:13
**explain** [1] - 37:24
**explained** [1] - 16:25
**extensively** [1] - 78:1
**extradited** [5] - 7:21,
47:3, 50:25, 51:17,
51:18

**F**

**face** [1] - 7:21
**facilities** [1] - 58:20
**facility** [6] - 13:1, 13:3,
47:2, 62:2, 62:14,
67:23
**facing** [2] - 63:20,
64:4
**fact** [9] - 12:2, 12:7,
17:4, 22:23, 37:6,
54:2, 68:23, 74:8,
91:14
**failure** [1] - 7:3
**fair** [22] - 8:21, 43:11,
48:25, 52:6, 52:8,
53:13, 54:7, 54:18,
56:11, 56:17, 61:2,
61:5, 66:12, 68:13,
68:20, 69:19, 70:10,
71:21, 77:17, 78:7,
79:17, 85:23
**falling** [1] - 84:4
**false** [1] - 11:1
**families** [1] - 28:3
**family** [5] - 67:17,
69:22, 69:24, 70:3,

70:17
**far** [1] - 62:12
**fashion** [1] - 35:20
**father** [9] - 17:2, 18:3,
18:4, 19:16, 20:3,
33:4, 38:14, 38:21,
42:12
**father's** [1] - 19:7
**FCRR** [3] - 1:23,
95:15, 95:22
**February** [4] - 1:4, 5:4,
78:21, 95:21
**federal** [5] - 46:24,
62:4, 62:15, 62:16
**Federal** [4] - 4:2, 16:8
**feet** [2] - 63:9, 63:11
**FEITEL** [1] - 1:21
**fell** [1] - 38:8
**fence** [2] - 64:8, 64:17
**few** [4] - 30:17, 68:23,
89:14, 89:18
**field** [1] - 28:2
**fight** [2] - 27:25, 60:21
**fighting** [1] - 80:19
**filed** [2] - 23:2, 62:3
**fine** [8] - 22:17, 23:12,
24:12, 55:15, 73:7,
73:12, 83:17, 83:19
**finish** [4] - 11:22,
11:23, 13:15, 73:8
**firearms** [1] - 11:6
**fired** [1] - 44:16
**first** [28] - 2:7, 9:21,
9:24, 12:24, 14:21,
14:23, 15:1, 15:3,
15:7, 15:10, 15:14,
15:23, 16:14, 16:17,
18:25, 19:3, 50:6,
50:9, 50:17, 52:6,
52:22, 52:23, 61:15,
61:16, 61:21, 79:5,
87:14, 94:14
**firsts** [1] - 22:19
**five** [4] - 53:18, 70:2,
70:3
**fixed** [2] - 69:11, 69:12
**Floor** [2] - 1:15, 1:18
**floor** [2] - 63:25, 85:16
**focused** [1] - 79:1
**follow** [3] - 30:5, 30:7,
73:18
**follow-up** [1] - 73:18
**following** [1] - 46:22
**FOR** [3] - 1:1, 1:9,
1:14
**force** [2] - 43:14, 56:7
**foregoing** [1] - 95:15
**foreign** [1] - 49:25
**form** [1] - 36:12
**forward** [3] - 2:5, 3:17,

* * * * * *SEALED* * * * * *

* * * * * S E A L E D * * * * *

5:10
**foundation** [7] - 18:8, 18:11, 18:23, 18:25, 19:2, 19:3
**foundational** [1] - 19:21
**four** [5] - 50:21, 50:22, 52:14, 62:6, 63:8
**frankly** [1] - 23:15
**front** [3] - 3:19, 3:20, 64:21
**full** [2] - 59:21, 95:16
**future** [5] - 22:23, 24:9, 24:12, 87:18, 87:22

## G

**gained** [1] - 54:13
**gang** [4] - 26:14, 26:15, 29:5, 32:6
**gangs** [6] - 26:5, 26:23, 29:24, 30:5, 30:7, 30:25
**Garnica** [1] - 26:8
**gate** [1] - 64:5
**gate-type** [1] - 64:5
**gathering** [1] - 25:10
**Generación** [2] - 17:22, 26:11
**gentleman** [3] - 14:1, 44:24
**gift** [1] - 37:20
**given** [6] - 12:6, 26:2, 37:20, 38:24, 60:20, 84:16
**glad** [2] - 73:4, 79:7
**glasses** [1] - 14:2
**God** [1] - 38:11
**Gonzalez** [3] - 2:4, 4:23, 5:24
**GONZALEZ** [1] - 1:4
**gossiping** [1] - 89:16
**government** [31] - 2:7, 3:6, 4:12, 5:7, 5:12, 6:6, 8:8, 41:11, 47:19, 48:2, 48:10, 48:12, 48:15, 48:22, 50:7, 50:13, 51:7, 53:2, 61:21, 73:24, 78:18, 85:12, 86:6, 86:12, 86:22, 89:19, 90:10, 93:12, 93:21, 94:23, 94:24
**grade** [1] - 49:12
**granted** [1] - 5:7
**Gregorio** [1] - 45:15
**Gregory** [1] - 45:15
**ground** [4] - 62:19, 62:20, 63:1

**group** [1] - 11:12
**Guajaido** [1] - 76:3
**GUAJAIDO** [1] - 76:3
**guards** [1] - 76:5
**guide** [1] - 86:5
**guilty** [12] - 8:2, 8:3, 8:4, 8:7, 22:6, 53:5, 53:7, 53:8, 53:11, 85:18, 85:19, 86:4
**Gulf** [60] - 9:17, 9:18, 9:24, 10:6, 10:11, 10:13, 10:15, 10:17, 10:24, 11:1, 11:10, 11:14, 11:15, 11:17, 12:10, 12:14, 32:25, 37:3, 45:11, 45:16, 45:20, 46:5, 46:7, 46:9, 46:12, 46:19, 47:6, 47:13, 47:16, 48:16, 49:2, 49:4, 49:7, 49:16, 49:20, 53:20, 54:1, 54:8, 54:9, 54:13, 54:16, 54:19, 54:25, 55:3, 56:6, 56:9, 56:13, 56:14, 57:10, 57:12, 57:22, 60:9, 60:11, 60:12, 60:24, 73:22, 74:19, 79:16, 90:22
**gun** [4] - 36:2, 36:3, 36:14, 76:4
**guns** [1] - 49:11

## H

**half** [1] - 50:22
**hall** [3] - 64:20, 66:2, 66:5
**hallway** [20] - 31:7, 31:13, 31:16, 31:21, 32:2, 63:20, 64:2, 64:4, 64:24, 65:12, 65:20, 65:24, 65:25, 66:8, 68:2, 68:16, 69:17, 70:6, 70:8
**Hallway** [4] - 31:25, 32:1, 65:3, 65:5
**hallways** [3] - 20:10, 69:7, 69:16
**hand** [1] - 22:24
**hands** [1] - 80:10
**hard** [1] - 33:16
**head** [2] - 45:16, 55:3
**headquarters** [1] - 9:19
**health** [3] - 7:2, 7:8, 7:15
**healthy** [2] - 83:17, 83:18
**hear** [11] - 4:1, 32:4,

33:1, 33:14, 40:8, 40:15, 40:17, 40:19, 91:23, 92:17
**heard** [5] - 33:6, 40:10, 76:10, 76:21, 92:6
**hearing** [5] - 22:24, 29:21, 41:13, 58:13, 92:9
**heavy** [1] - 83:14
**held** [7] - 10:15, 22:24, 24:9, 24:10, 28:20, 62:19, 67:7
**helicopter** [21] - 17:4, 17:25, 38:3, 38:8, 38:11, 38:15, 38:19, 39:6, 39:17, 40:13, 77:22, 78:7, 83:4, 83:9, 83:12, 84:5, 84:10, 85:1, 93:20, 94:1, 94:11
**hell** [5] - 40:20, 41:17, 41:25, 42:1, 92:24
**helpful** [1] - 19:13
**hereby** [1] - 95:15
**Hermosillo** [2] - 16:11
**herself** [1] - 81:24
**hide** [1] - 38:1
**high** [2] - 36:14, 82:11
**high-powered** [1] - 36:14
**higher** [1] - 48:22
**highest** [1] - 10:15
**himself** [2] - 39:25, 77:10
**hit** [1] - 38:11
**Honor** [31] - 2:2, 2:8, 2:13, 2:15, 2:21, 3:7, 3:9, 3:21, 4:17, 5:14, 5:20, 5:25, 6:7, 14:3, 18:22, 19:4, 19:22, 22:9, 22:14, 22:18, 24:14, 24:17, 41:8, 42:3, 42:5, 73:15, 81:25, 88:10, 93:5, 94:25, 95:2
**Honorable** [1] - 22:2
**HONORABLE** [1] - 1:7
**hope** [2] - 8:19, 86:3
**hopefully** [1] - 86:1
**hoping** [3] - 8:17, 8:20, 8:24
**Hornok** [2] - 2:10, 5:16
**HORNOK** [1] - 1:11
**hour** [2] - 66:20, 67:21
**hours** [5] - 66:17, 66:18, 70:2, 70:20
**housed** [15] - 14:17, 14:21, 15:18, 20:7,

20:19, 21:6, 21:9, 31:7, 34:3, 34:8, 35:2, 35:8, 46:22, 85:14, 89:5
**Howell** [1] - 4:20
**HOWELL** [1] - 1:7
**human** [3] - 12:11, 47:8, 47:9
**hurt** [2] - 12:5, 12:8

## I

**identification** [1] - 11:2
**identified** [1] - 14:4
**identify** [4] - 2:6, 5:12, 13:24, 39:5
**identities** [1] - 5:10
**illegal** [2] - 47:11, 48:9
**impact** [1] - 7:16
**improve** [1] - 7:8
**in-person** [3] - 25:6, 25:9, 25:21
**inability** [1] - 87:3
**incarcerated** [1] - 7:17
**incarceration** [3] - 80:21, 82:17, 84:3
**inch** [1] - 62:23
**incident** [3] - 39:1, 39:17, 94:11
**include** [2] - 8:10, 8:13
**included** [1] - 47:22
**including** [2] - 77:8, 87:25
**incorporated** [1] - 23:17
**increased** [1] - 94:7
**independent** [1] - 67:20
**INDEX** [1] - 95:7
**indicate** [2] - 19:9, 77:4
**indicated** [3] - 64:23, 65:8, 73:23
**indictment** [1] - 23:18
**individual** [2] - 31:10, 44:25
**individuals** [3] - 28:24, 49:17, 49:25
**indulgence** [1] - 93:17
**infrequent** [1] - 61:6
**inmates** [12] - 15:24, 21:13, 21:19, 25:6, 25:7, 25:14, 34:23, 62:17, 70:22, 71:13, 88:18, 90:17
**inside** [10] - 25:13, 27:1, 27:11, 28:2, 48:1, 70:5, 70:23,

72:3, 72:6, 80:1
**instance** [1] - 50:3
**instances** [1] - 37:1
**instructions** [2] - 11:18, 11:21
**INTENTIONALLY** [1] - 1:11
**interact** [1] - 13:18
**interest** [2] - 78:8, 84:21
**interested** [1] - 81:4
**interference** [1] - 48:10
**internal** [2] - 11:12, 60:14
**interpret** [1] - 41:19
**interpretation** [2] - 6:9, 90:25
**interpreter** [10] - 13:15, 33:12, 39:10, 57:19, 65:14, 65:16, 66:22, 81:24, 81:25, 91:20
**Interpreter** [2] - 1:21, 1:22
**INTERPRETER** [9] - 6:10, 33:12, 39:10, 57:19, 65:14, 66:22, 75:1, 81:24, 91:19
**interrupt** [2] - 45:18, 73:6
**interrupted** [1] - 46:20
**interview** [1] - 89:21
**interviewed** [3] - 50:6, 50:14, 74:5
**introduce** [2] - 3:2, 4:12
**introducing** [1] - 4:19
**introductions** [1] - 3:1
**investigation** [1] - 86:22
**investigations** [1] - 88:5
**invited** [1] - 10:1
**involve** [2] - 44:22, 53:12
**involved** [10] - 9:24, 42:13, 47:7, 48:9, 49:2, 49:4, 49:7, 54:21, 54:24, 76:22
**involving** [1] - 71:13
**irrelevant** [1] - 23:16
**Israel** [2] - 50:3, 51:14
**issue** [3] - 16:1, 16:2, 93:18
**issues** [4] - 7:2, 7:3, 7:15, 24:11

* * * * * *SEALED* * * * * *

* * * * * S E A L E D * * * * *

## J

**JACOB** [1] - 1:22
**Jacob** [1] - 5:17
**jail** [21] - 12:20, 25:4, 26:3, 26:6, 26:10, 26:25, 27:5, 27:11, 27:19, 28:2, 28:9, 28:13, 40:6, 40:12, 40:16, 41:14, 77:3, 77:11, 80:18, 81:20, 92:22
**Jail** [1] - 85:15
**jails** [3] - 26:23, 27:1, 67:8
**Jalisco** [2] - 17:22, 26:11
**Jan** [2] - 2:16, 5:21
**JAN** [1] - 1:18
**jan@ronisandronis. com** [1] - 1:20
**Joaquin** [5] - 15:25, 16:2, 16:4, 20:14, 20:16
**job** [2] - 10:5, 74:20
**join** [2] - 27:13, 27:14
**joined** [4] - 2:9, 5:16, 27:13, 77:5
**JONATHAN** [1] - 1:11
**Jonathan** [2] - 2:10, 5:16
**JR** [1] - 1:15
**Judge** [1] - 4:20
**JUDGE** [1] - 1:7
**judge** [8] - 4:22, 9:5, 9:6, 9:8, 17:6, 22:7, 28:20, 86:13
**judicial** [2] - 10:7, 42:18
**jump** [1] - 72:16
**Justice** [1] - 1:11

## K

**K-I-T-C-H-E-N** [1] - 58:8
**Kaitlin** [2] - 2:9, 5:15
**KAITLIN** [1] - 1:10
**kaitlin.sahni@usdoj. gov** [1] - 1:13
**Kate** [2] - 2:10, 5:16
**KATE** [1] - 1:10
**keep** [4] - 73:1, 82:10, 83:21, 83:23
**kidnapped** [1] - 54:16
**kidnapping** [2] - 43:6, 53:21
**kidney** [1] - 7:3
**kidneys** [1] - 7:11
**kill** [4] - 12:5, 12:7,

56:20, 75:20
**killed** [17] - 12:2, 45:5, 54:19, 55:19, 56:23, 74:25, 75:3, 75:10, 75:12, 75:14, 75:17, 75:18, 75:19, 76:4, 76:13, 76:14, 76:15
**killing** [2] - 11:25, 56:18
**kilogram** [1] - 33:7
**kilograms** [2] - 29:2, 29:9
**kilos** [1] - 53:18
**kind** [7] - 36:18, 40:18, 47:6, 49:10, 64:9, 71:24, 85:4
**kinds** [3] - 47:19, 64:11, 70:25
**kingdom** [1] - 41:17
**kitchen** [6] - 58:5, 58:13, 58:17, 58:18, 59:19, 74:10
**kitchens** [10] - 57:22, 57:25, 58:6, 58:24, 59:8, 59:10, 59:14, 60:3, 60:6, 74:6
**knowledge** [3] - 18:9, 52:7, 87:17
**knowledgeable** [1] - 29:13
**known** [1] - 61:1
**knows** [1] - 18:17

## L

**lack** [4] - 18:7, 18:8, 18:22
**Language** [2] - 1:21, 1:22
**large** [3] - 36:2, 62:14, 68:5
**larger** [1] - 45:9
**last** [6] - 10:17, 10:19, 31:15, 71:8, 76:2, 94:14
**late** [1] - 52:9
**law** [5] - 42:10, 42:23, 43:8, 44:13, 50:17
**lawyers** [1] - 78:6
**lay** [3] - 18:24, 19:1, 19:2
**leader** [30] - 10:17, 10:21, 10:23, 11:10, 11:17, 12:10, 26:12, 32:13, 32:18, 32:19, 46:12, 46:16, 47:16, 53:25, 54:3, 54:4, 54:25, 55:2, 57:20, 60:12, 74:12, 74:13, 74:16, 74:17, 75:14,

76:25, 91:3, 91:5
**leadership** [2] - 46:19, 54:13
**learn** [1] - 78:17
**learned** [2] - 77:8, 78:5
**least** [4] - 23:14, 56:10, 59:24, 60:5
**leave** [1] - 61:14
**lectern** [4] - 2:6, 3:17, 3:20, 5:11
**led** [1] - 68:3
**LEFT** [1] - 1:11
**left** [3] - 44:13, 64:25, 66:8
**legal** [6] - 66:23, 66:25, 67:3, 67:10, 70:19, 86:16
**less** [1] - 34:20
**level** [3] - 36:19, 62:20, 63:1
**life** [4] - 81:4, 85:20, 85:23, 86:3
**light** [1] - 14:2
**limine** [4] - 23:2, 23:11, 23:22, 24:4
**limit** [1] - 23:2
**limitation** [1] - 69:2
**limited** [1] - 70:13
**line** [1] - 31:23
**list** [2] - 85:4, 85:12
**listen** [2] - 90:23, 91:1
**lit** [1] - 66:15
**litigator** [1] - 3:19
**live** [3] - 87:11, 87:12
**liver** [1] - 7:11
**local** [5] - 44:4, 75:10, 75:13, 75:17, 76:2
**located** [1] - 65:24
**location** [3] - 13:12, 69:11, 72:18
**locations** [1] - 58:22
**locked** [1] - 46:2
**look** [1] - 20:9
**looked** [6] - 55:13, 67:24, 80:24, 83:16, 83:18
**losses** [1] - 56:5
**lost** [7] - 19:15, 55:21, 55:23, 55:25, 56:1, 56:5, 56:14
**Loth** [1] - 1:23, 95:22
**LOTH** [1] - 95:15
**loud** [2] - 66:14, 79:7
**loyal** [5] - 30:11, 30:14, 30:18, 30:21, 30:25
**lunch** [2] - 73:2, 73:12
**luncheon** [1] - 73:13

## M

**M-E-N-C-H-I-T-O** [1] - 14:14
**M-I-C-H-O** [1] - 73:19
**M60** [6] - 35:24, 36:1, 36:6, 36:7, 36:9, 36:15
**ma'am** [20] - 9:12, 9:15, 10:9, 10:12, 11:7, 11:20, 12:3, 12:6, 13:23, 14:9, 15:16, 19:8, 20:5, 25:8, 31:8, 89:1, 90:1, 90:3, 90:23, 91:1
**machine** [4] - 1:25, 36:2, 36:3, 36:14
**mad** [1] - 60:23
**main** [5] - 26:2, 30:9, 32:18, 32:19
**maintained** [1] - 57:22
**maintaining** [1] - 60:6
**maintenance** [1] - 60:5
**major** [1] - 56:7
**majority** [1] - 49:19
**manner** [1] - 95:19
**marijuana** [5] - 8:5, 53:15, 53:16, 71:25, 72:1
**Mario** [3] - 4:25, 6:18, 95:10
**MARIO** [1] - 6:3
**Mark** [1] - 6:1
**Matamorros** [1] - 6:22
**materialized** [1] - 33:15
**matter** [8] - 17:4, 22:15, 22:24, 23:21, 50:8, 53:5, 54:2, 94:22
**MATTER** [1] - 1:12
**matters** [1] - 23:20
**maximum** [5] - 20:8, 20:14, 22:12, 25:1, 25:2
**meals** [5] - 21:19, 34:25, 35:1, 35:4, 35:6
**mean** [11] - 11:23, 13:2, 22:12, 24:25, 26:4, 39:24, 44:21, 47:9, 57:18, 65:22, 93:11
**means** [1] - 22:11
**meant** [1] - 16:17
**measured** [1] - 68:4
**medical** [8] - 7:4, 7:6, 85:2, 85:3, 85:6,

85:16, 85:17, 87:4
**medium** [1] - 63:15
**meet** [1] - 85:5
**meeting** [29] - 8:10, 25:23, 26:21, 27:3, 27:12, 27:17, 28:23, 29:14, 29:21, 51:1, 52:22, 52:23, 71:12, 72:10, 72:11, 72:14, 72:15, 72:17, 72:18, 78:9, 78:21, 78:23, 78:25, 79:2, 80:7, 80:15, 80:17, 89:25, 90:15
**meetings** [41] - 25:6, 25:9, 25:15, 25:18, 25:21, 28:18, 28:20, 34:15, 34:16, 50:15, 51:6, 51:12, 51:23, 51:25, 52:2, 52:3, 52:5, 59:24, 67:7, 70:22, 71:1, 71:2, 71:3, 71:4, 71:8, 72:21, 73:24, 74:3, 74:4, 75:2, 75:10, 78:13, 78:15, 78:18, 84:2, 86:21, 86:23, 87:3, 88:4, 89:19, 90:10
**member** [9] - 9:13, 11:1, 18:6, 18:14, 37:3, 45:17, 53:20, 54:8, 60:11, 67:17, 73:22, 74:19, 74:25, 75:3, 75:4, 75:7, 75:12, 76:21
**members** [9] - 12:14, 31:6, 38:20, 40:2, 47:12, 49:20, 54:15, 90:22, 91:18
**membership** [2] - 48:16, 60:9
**memory** [2] - 7:15, 7:16
**Menchito** [5] - 14:14, 52:8, 77:2, 77:8, 79:5
**Mencho** [5] - 18:5, 18:6, 18:14, 38:21, 79:5
**Mencho's** [1] - 18:21
**Menor** [1] - 14:13
**MENOR** [1] - 14:13
**mention** [3] - 18:16, 18:17, 18:18
**mentioned** [28] - 17:25, 18:3, 24:24, 28:18, 29:5, 31:11, 32:24, 33:5, 33:21, 34:23, 35:8, 37:23,

* * * * * SEALED * * * * *

* * * * S E A L E D * * * *

38:22, 39:7, 39:14,
48:23, 52:7, 57:6,
70:21, 71:11, 76:10,
79:4, 79:24, 83:4,
83:12, 83:13, 94:6,
94:14
**mentioning** [1] - 74:4
**message** [4] - 32:7,
32:10, 33:2, 33:4
**met** [5] - 50:17, 51:4,
90:2, 90:4, 90:7
**metal** [2] - 64:6
**meters** [4] - 63:9,
63:10, 63:13, 68:4
**method** [1] - 48:25
**Mexican** [3] - 61:10,
61:13, 89:21
**Mexico** [22] - 6:24,
7:21, 9:13, 9:20,
12:13, 12:25, 13:12,
13:13, 32:25, 37:2,
50:25, 51:1, 51:4,
51:17, 53:3, 57:13,
61:7, 62:12, 62:13,
78:10, 84:24, 91:22
**mic** [1] - 3:16
**Micho** [2] - 73:19
**middle** [2] - 69:6,
69:15
**might** [5] - 4:2, 17:14,
22:15, 22:22, 73:2
**Miguel** [2] - 32:11,
32:15
**military** [5] - 49:12,
49:17, 50:3, 84:25,
90:24
**million** [3] - 32:9,
33:5, 33:9
**mind** [1] - 23:13
**mine** [1] - 34:10
**minute** [1] - 21:24
**minutes** [3] - 69:4,
71:10, 73:9
**mirror** [1] - 66:9
**miss** [1] - 17:14
**misunderstood** [1] -
91:4
**modified** [1] - 37:25
**module** [2] - 40:1,
40:2
**moment** [2] - 41:8,
83:16
**Monday** [1] - 69:25
**money** [2] - 38:1,
44:19
**Monsivais** [1] - 82:4
**month** [1] - 42:23
**months** [9] - 10:17,
10:19, 10:22, 34:2,
35:13, 35:14, 42:24,

50:21, 89:3
**Morales** [2] - 31:9,
32:15
**morning** [11] - 2:7,
2:8, 2:15, 2:21, 2:22,
5:20, 6:15, 6:16,
42:8, 42:9, 81:6
**most** [3] - 23:8, 28:11,
69:20
**mother** [8] - 91:24,
92:2, 92:11, 92:12,
92:14, 92:17, 92:22,
92:23
**motion** [2] - 23:10,
23:22
**motions** [2] - 23:2,
24:3
**move** [1] - 17:6
**moved** [1] - 64:15
**moves** [1] - 23:21
**movies** [1] - 64:9
**moving** [1] - 72:25
**MR** [55] - 2:15, 2:19,
2:21, 3:9, 3:15, 3:18,
3:21, 4:2, 4:6, 4:10,
5:20, 5:25, 17:6,
17:15, 18:7, 18:22,
19:21, 22:14, 22:18,
23:6, 23:9, 23:12,
24:2, 24:5, 24:7,
24:14, 42:5, 42:7,
45:23, 55:8, 55:17,
58:6, 58:8, 58:12,
58:14, 58:16, 58:18,
58:19, 60:22, 65:18,
65:19, 73:4, 73:7,
73:10, 73:15, 73:16,
76:7, 88:7, 93:6,
93:10, 93:15, 93:19,
93:25, 94:18, 95:2
**MS** [32] - 2:8, 2:13,
3:7, 5:14, 6:7, 6:12,
6:14, 14:3, 14:6,
17:10, 17:11, 17:16,
18:12, 18:13, 19:4,
19:5, 19:25, 20:1,
22:9, 24:17, 24:18,
29:23, 39:12, 39:13,
41:8, 41:12, 42:2,
88:10, 88:12, 91:21,
93:5, 94:24
**multiple** [6] - 13:8,
54:18, 55:18, 86:21,
88:4, 89:12
**municipal** [1] - 75:4
**municipalities** [1] -
48:21
**municipality** [1] - 76:4
**mute** [1] - 24:8

**N**

**name** [16] - 6:17, 9:7,
13:3, 14:7, 14:10,
19:14, 26:2, 26:8,
26:19, 34:4, 37:4,
58:20, 75:24, 75:25,
76:3, 76:8
**named** [1] - 28:24
**names** [1] - 50:16
**narco** [1] - 47:8
**NASEEF** [1] - 1:10
**Naseef** [2] - 2:10, 5:16
**natural** [1] - 45:4
**nature** [5] - 3:25,
22:21, 53:2, 63:12,
78:6
**Navy's** [1] - 38:17
**NE** [1] - 1:12
**necessary** [1] - 78:3
**need** [6] - 7:7, 7:9,
21:23, 49:22, 86:10,
90:25
**neighboring** [1] -
35:15
**neutral** [3] - 27:23,
30:15, 30:17
**never** [10] - 22:20,
50:2, 51:4, 56:9,
56:10, 56:14, 57:3,
60:2, 75:21, 75:23
**new** [1] - 91:17
**news** [7] - 18:16, 61:9,
77:18, 77:20, 77:23,
78:1, 84:24
**newspaper** [1] - 61:9
**newspapers** [2] -
61:10, 61:13
**next** [15] - 2:11, 9:8,
19:11, 21:2, 21:4,
21:5, 21:6, 21:9,
34:9, 34:10, 35:8,
35:18, 35:19, 64:22,
68:12
**nickname** [1] - 31:10
**nicknames** [2] - 6:19,
14:12
**nine** [1] - 57:21
**nobody** [1] - 67:16
**noise** [1] - 68:24
**noisy** [1] - 66:13
**nonresponsive** [1] -
17:7
**northeast** [1] - 9:19
**Northwest** [1] - 5:3
**notable** [1] - 40:11
**notes** [1] - 95:16
**nothing** [4] - 39:18,
39:20, 60:15, 94:24
**notice** [1] - 82:15

**noticed** [1] - 83:2
**nowhere** [1] - 84:21
**Nueva** [2] - 17:22,
26:11
**null** [1] - 95:18
**number** [4] - 62:15,
73:17, 79:21, 87:3
**numbered** [2] - 31:22,
65:1

**O**

**o'clock** [1] - 73:1
**oath** [2] - 3:4, 6:2
**Oaxaca** [39] - 15:20,
16:8, 16:12, 16:14,
16:18, 21:8, 33:21,
33:25, 34:3, 34:11,
34:13, 34:18, 34:19,
34:20, 34:23, 35:2,
35:9, 35:15, 35:23,
38:2, 40:3, 40:23,
40:24, 41:1, 41:2,
80:23, 82:20, 83:1,
83:2, 83:11, 88:25,
89:2, 89:5, 89:7,
92:5, 94:4, 94:5
**object** [4] - 3:24,
17:14, 23:20, 24:9
**objecting** [1] - 23:13
**objection** [7] - 18:7,
18:22, 18:25, 19:22,
23:14, 23:19, 93:21
**objections** [8] - 3:12,
3:22, 3:25, 4:8,
22:16, 23:8, 24:1,
93:12
**obligation** [1] - 3:23
**observe** [2] - 28:12,
28:16
**obtain** [1] - 37:2
**obviously** [2] - 63:25,
85:22
**occasion** [3] - 59:24,
59:25, 71:11
**occasions** [2] - 13:9,
79:21
**occupants** [1] - 72:5
**occupied** [1] - 69:20
**occupy** [1] - 12:22
**occur** [3] - 34:24,
52:9, 70:4
**occurred** [3] - 54:12,
94:2, 94:11
**occurring** [2] - 53:25,
61:7
**October** [1] - 5:8
**odds** [1] - 31:23
**OF** [3] - 1:1, 1:2, 1:6
**of..** [1] - 29:13

**office** [6] - 25:17,
28:21, 29:17, 29:19,
61:21, 62:4
**officer** [9] - 10:8,
29:18, 42:15, 43:2,
43:5, 43:12, 43:16,
43:20, 43:22
**officers** [1] - 50:18
**Official** [1] - 1:24
**official** [1] - 95:23
**officials** [11] - 11:4,
48:12, 48:15, 48:22,
51:2, 51:4, 51:13,
51:23, 57:5, 59:23,
89:21
**often** [9] - 34:24,
48:18, 66:19, 66:25,
67:5, 68:18, 69:24,
70:25, 92:13
**oftentimes** [3] - 54:15,
82:9, 82:11
**Omar** [2] - 31:8, 32:6
**once** [6] - 66:20,
70:17, 78:15, 84:6,
87:8
**one** [72] - 11:12,
12:19, 17:3, 17:17,
17:19, 20:25, 21:4,
21:5, 21:21, 21:22,
25:9, 25:21, 26:2,
26:5, 27:23, 28:6,
31:16, 31:23, 32:23,
34:17, 35:3, 35:14,
35:24, 38:9, 41:8,
46:12, 48:18, 55:4,
55:9, 59:23, 59:24,
59:25, 62:15, 62:23,
63:5, 63:6, 63:16,
63:17, 64:15, 65:3,
66:20, 67:21, 68:3,
68:6, 69:1, 69:18,
69:25, 71:2, 71:11,
74:3, 74:4, 74:5,
74:6, 74:9, 75:2,
81:22, 82:3, 83:3,
84:2, 87:24, 87:25,
88:1, 88:3, 88:5,
89:3, 92:12, 94:2
**one-inch** [1] - 62:23
**one-person** [1] -
63:16
**ones** [6] - 15:13, 29:4,
30:9, 47:11, 86:18,
88:2
**open** [5] - 40:9, 64:12,
64:15, 64:17
**opened** [1] - 23:24
**opportunity** [2] - 23:4,
70:21
**order** [8] - 5:8, 7:7,

* * * * *SEALED* * * * *

**\* \* \* \* \* S E A L E D \* \* \* \* \***

12:6, 22:4, 41:19, 41:21, 41:22, 41:23
**ordered** [2] - 37:16, 54:15
**orders** [5] - 40:15, 40:17, 40:18, 92:10, 92:21
**ordinarily** [1] - 23:1
**organization** [16] - 9:14, 9:16, 18:6, 18:15, 26:12, 27:8, 32:17, 44:3, 44:4, 45:6, 45:8, 45:10, 46:10, 48:6, 76:22, 77:5
**organizations** [3] - 44:1, 79:11, 79:16
**organize** [1] - 25:16
**organized** [2] - 8:6, 71:4
**oriented** [1] - 21:3
**Oseguera** [6] - 2:4, 2:16, 4:23, 5:21, 5:23, 72:19
**OSEGUERA** [1] - 1:4
**Oseguera-Gonzalez** [1] - 2:4
**OSEGUERA-GONZALEZ** [1] - 1:4
**otherwise** [3] - 17:14, 23:20, 24:8
**ourselves** [1] - 60:21
**outside** [13] - 25:12, 40:4, 62:24, 64:18, 67:19, 67:21, 67:25, 68:2, 69:8, 71:18, 77:18, 79:13, 79:15
**overhear** [1] - 40:6
**overlapping** [2] - 28:14, 86:19
**overrule** [2] - 19:1, 23:7
**overruled** [3] - 17:8, 18:10, 19:23
**own** [4] - 44:10, 44:20, 55:7, 55:21

---

**P**

**P-E-L-O-N** [1] - 6:20
**p.m** [1] - 94:20
**PAGE** [2] - 1:11, 95:9
**paid** [2] - 48:12, 48:16
**Paisa** [4] - 25:24, 26:7, 26:12, 40:2
**PAISA** [1] - 25:24
**Paisa's** [1] - 26:13
**Paisas** [2] - 26:13, 27:1, 29:5, 29:24, 30:9

**PAISAS** [1] - 26:13
**paramilitary** [1] - 91:2
**part** [8] - 8:6, 8:7, 11:14, 53:8, 62:25, 70:6, 70:8, 74:20
**participate** [7] - 10:1, 53:24, 57:8, 57:10, 57:12, 59:22, 91:11
**participated** [2] - 47:20, 72:21
**participation** [3] - 54:11, 56:13, 60:24
**particular** [1] - 30:21
**parties** [1] - 2:5
**party** [1] - 95:19
**passed** [6] - 33:24, 44:7, 45:3, 84:14, 84:16, 84:19
**patience** [1] - 4:8
**patio** [10] - 28:15, 63:5, 67:19, 67:22, 68:3, 68:5, 68:7, 68:13, 70:15
**pause** [1] - 21:23, 82:24
**pay** [1] - 39:9
**paying** [1] - 33:8
**peer** [1] - 38:10
**Pelon** [1] - 6:20
**penetrate** [1] - 36:17
**people** [38] - 10:4, 11:25, 12:2, 28:10, 28:11, 28:21, 29:16, 40:3, 40:19, 41:17, 45:7, 47:17, 53:21, 54:15, 55:18, 55:23, 56:1, 56:18, 56:20, 56:23, 57:9, 58:20, 59:1, 59:3, 59:6, 59:7, 59:14, 60:6, 60:25, 68:12, 76:17, 76:22, 77:4, 77:9, 80:3, 91:7, 93:2, 93:7
**per** [3] - 8:21, 33:7, 69:1
**perhaps** [3] - 22:25, 23:22, 63:11
**period** [7] - 29:9, 71:22, 80:20, 81:1, 83:14, 83:20, 83:21
**person** [25] - 12:7, 13:24, 14:7, 19:14, 25:6, 25:9, 25:21, 30:21, 30:25, 35:15, 38:25, 39:5, 39:8, 39:14, 44:7, 52:7, 55:7, 63:16, 63:17, 75:24, 75:25, 79:4, 92:6

**person's** [2] - 14:10, 31:1
**personal** [4] - 18:7, 18:8, 44:10, 72:4
**personality** [2] - 82:6, 82:14
**personally** [2] - 56:17, 75:10
**personnel** [2] - 48:2, 51:13
**PETTYJOHN** [1] - 1:22
**Pettyjohn** [1] - 5:17
**PGR** [1] - 76:5
**phone** [20] - 40:5, 40:7, 40:9, 40:12, 40:16, 40:17, 41:14, 69:1, 69:2, 69:11, 69:14, 69:17, 69:18, 69:19, 70:13, 84:7, 92:7, 92:10, 92:15, 92:22
**photocopied** [1] - 95:18
**pills** [11] - 26:24, 27:1, 27:19, 28:8, 29:2, 29:3, 29:8, 71:25, 80:24, 81:19, 82:12
**pistol** [1] - 36:12
**place** [4] - 25:11, 33:16, 39:2, 69:12
**placed** [2] - 59:21, 61:16
**places** [2] - 66:13, 89:10
**plan** [1] - 2:24
**planes** [1] - 36:2
**planning** [2] - 12:5, 12:8
**plea** [3] - 8:7, 22:6, 24:21
**plead** [3] - 8:2, 8:4, 86:4
**pleading** [1] - 53:8
**pleasant** [1] - 79:6
**pled** [6] - 8:3, 53:5, 53:7, 53:11, 85:18, 85:19
**plus** [2] - 46:3, 77:20
**podium** [1] - 22:16
**point** [13] - 11:15, 13:24, 15:11, 22:20, 42:15, 43:1, 43:24, 44:13, 46:12, 81:16, 83:3, 83:11, 93:16
**pointed** [1] - 14:8
**police** [17] - 10:7, 10:8, 42:15, 42:17, 42:18, 42:22, 43:2, 43:5, 43:12, 43:14, 43:16, 43:19, 43:21,

43:24, 44:22, 48:18, 49:20
**political** [1] - 75:14
**politician** [3] - 75:11, 75:13, 75:17
**politicians** [1] - 48:20
**Port** [1] - 32:8
**port** [1] - 33:10
**position** [5] - 10:15, 12:22, 18:21, 19:7, 56:14
**possibility** [2] - 86:1, 86:8
**possible** [3] - 6:8, 33:18, 85:10
**power** [5] - 31:1, 31:2, 56:11, 56:14
**powered** [1] - 36:14
**practice** [1] - 93:8
**preemptively** [1] - 12:5
**prefer** [1] - 23:13
**present** [7] - 29:16, 59:24, 71:6, 76:13, 76:14, 84:4, 89:24
**PRESENT** [1] - 1:21
**presently** [2] - 85:2, 85:14
**presidents** [1] - 48:21
**presiding** [3] - 4:22, 4:24, 9:6
**presumably** [2] - 22:22, 47:22
**pretty** [1] - 66:12
**previously** [1] - 92:9
**price** [1] - 33:6
**Prison** [1] - 16:8
**prison** [30] - 12:18, 13:6, 15:12, 15:22, 17:20, 25:12, 25:13, 26:15, 29:5, 29:24, 30:4, 30:7, 30:14, 30:19, 30:24, 31:3, 37:2, 40:4, 46:24, 48:1, 62:15, 62:16, 64:9, 70:5, 70:6, 70:23, 71:15, 71:19, 85:20, 85:23
**prisoners** [2] - 13:18, 40:3
**prisons** [4] - 15:20, 16:1, 30:24, 66:12
**private** [1] - 25:6
**privileges** [1] - 68:25
**problem** [1] - 23:21
**problems** [1] - 79:8
**procedures** [1] - 7:7
**proceed** [4] - 3:5, 24:16, 73:14, 91:6
**proceeding** [4] -

22:21, 23:25, 87:14, 95:5
**Proceedings** [1] - 1:25
**proceedings** [4] - 87:18, 87:20, 87:22, 95:16
**produced** [1] - 1:25
**promised** [1] - 9:10
**promoted** [1] - 46:17
**proper** [1] - 19:14
**prosecution's** [2] - 28:21, 29:19
**prosecutor** [2] - 17:9, 50:11
**prosecutor's** [2] - 25:17, 29:17
**prosecutors** [10] - 8:11, 50:10, 50:14, 50:16, 76:6, 90:7, 90:9, 90:11, 90:18, 90:19
**provide** [3] - 36:22, 90:13, 91:17
**provided** [1] - 43:23
**providing** [2] - 10:5, 10:11
**psychotropic** [1] - 29:4
**public** [1] - 11:4
**purchase** [4] - 8:5, 27:19, 27:23, 42:12
**purchasing** [1] - 53:18
**purpose** [7] - 26:21, 27:15, 28:8, 48:5, 48:11, 72:14, 72:15
**purposes** [1] - 85:6
**put** [3] - 2:24, 33:13, 64:14

---

**Q**

**qualified** [1] - 85:8
**questions** [9] - 42:2, 53:1, 73:17, 73:18, 88:8, 88:16, 90:19, 90:20, 93:5
**quit** [6] - 44:15, 44:16, 44:18, 44:19, 44:20, 44:23
**quite** [2] - 23:15, 93:22

---

**R**

**raise** [1] - 22:14
**Ramirez** [12] - 4:25, 6:18, 13:14, 14:7, 19:6, 24:19, 41:13, 42:8, 45:19, 73:17,

**\* \* \* \* \* *SEALED* \* \* \* \* \***

* * * * * S E A L E D * * * * *

88:13, 95:10
**RAMIREZ** [1] - 6:3
**rank** [1] - 10:13
**rather** [1] - 19:14
**reached** [2] - 27:16, 27:22
**reaction** [1] - 39:16
**readily** [1] - 81:20
**ready** [2] - 42:4, 73:14
**really** [3] - 22:16, 23:4, 23:24
**rearrest** [1] - 81:8
**reason** [3] - 7:16, 75:23, 86:21
**receive** [5] - 8:17, 8:20, 8:24, 9:4, 61:9
**received** [5] - 37:16, 37:17, 37:19, 67:17, 78:11
**receiving** [4] - 7:4, 15:13, 15:25, 85:2
**recently** [1] - 78:21
**recess** [2] - 21:25, 73:13
**recommendation** [1] - 86:13
**record** [7] - 2:6, 3:3, 5:10, 6:17, 14:3, 14:5, 88:15
**recross** [1] - 93:14
**RECROSS** [1] - 93:24
**recruited** [2] - 45:11, 45:14
**redirect** [2] - 88:9, 93:9
**REDIRECT** [1] - 88:11
**reduction** [2] - 8:25, 9:3
**refer** [3] - 14:15, 19:14, 26:15
**referred** [4] - 17:17, 20:17, 52:8, 79:5
**referring** [13] - 10:20, 11:25, 16:2, 17:18, 18:19, 20:16, 28:5, 29:10, 74:14, 75:8, 92:19, 92:24, 92:25
**reflect** [2] - 14:3, 14:5
**regarding** [3] - 71:23, 84:23, 93:2
**regards** [1] - 88:5
**regular** [2] - 35:4, 63:15
**regular-sized** [1] - 63:15
**related** [1] - 83:25
**relation** [7] - 20:22, 20:24, 31:14, 31:19, 69:5, 69:6, 69:13
**relationship** [2] -

40:22, 89:5
**relayed** [1] - 77:2
**released** [2] - 81:2, 87:10
**reliable** [1] - 61:13
**remained** [1] - 30:15
**remember** [35] - 9:7, 14:23, 15:2, 15:16, 34:6, 35:11, 50:15, 52:10, 52:18, 62:1, 63:8, 74:1, 74:23, 78:16, 78:19, 78:23, 79:18, 80:22, 81:3, 83:6, 83:7, 83:8, 83:10, 83:17, 84:18, 84:20, 86:20, 86:23, 86:25, 87:2, 87:3, 89:24, 90:1, 94:16
**remind** [1] - 31:17
**renal** [1] - 7:3
**repeat** [10] - 19:24, 52:2, 59:22, 69:15, 75:1, 78:15, 80:11, 84:6, 87:8, 88:15
**repetition** [4] - 39:10, 65:15, 65:16, 82:1
**reported** [1] - 1:25
**reporter** [1] - 88:13
**Reporter** [3] - 1:23, 1:24, 95:23
**REPORTER** [2] - 3:16, 61:11
**reports** [1] - 78:17
**representative** [3] - 66:25, 67:11, 67:14
**representatives** [4] - 51:7, 66:23, 67:3, 80:9
**reputation** [1] - 54:8
**request** [2] - 5:7
**requests** [1] - 39:10
**required** [2] - 3:1, 8:23
**resolution** [1] - 72:11
**resolve** [1] - 71:13
**resolved** [1] - 27:3
**respect** [1] - 51:7
**responding** [1] - 13:15
**response** [1] - 33:1
**responsibilities** [1] - 10:10
**responsible** [1] - 55:2
**rest** [1] - 85:22
**restricted** [1] - 34:12
**restrictive** [3] - 34:13, 34:14, 70:10
**result** [1] - 8:25
**return** [1] - 9:10
**revisit** [2] - 23:21, 24:11

Reynosa [4] - 12:25, 13:10, 61:16, 61:17
**rifle** [1] - 36:12
**Rio** [2] - 74:25, 75:4
**riot** [1] - 28:10
**rise** [2] - 22:2, 95:4
**rising** [1] - 10:14
**ROBERT** [1] - 1:21
**Rolando** [2] - 81:23, 82:4
**role** [3] - 27:12, 32:16, 32:21
**ROMAN** [1] - 1:21
**Ronis** [9] - 2:16, 2:18, 5:21, 22:13, 72:24, 73:14, 89:18, 90:21, 93:13
**RONIS** [55] - 1:18, 2:15, 2:19, 3:9, 3:15, 3:18, 3:21, 4:2, 4:6, 4:10, 5:20, 5:25, 17:6, 17:15, 18:7, 18:22, 19:21, 22:14, 22:18, 23:6, 23:9, 23:12, 24:2, 24:5, 24:7, 24:14, 42:5, 42:7, 45:23, 55:8, 55:17, 58:6, 58:8, 58:12, 58:14, 58:16, 58:18, 58:19, 60:22, 65:18, 65:19, 73:4, 73:7, 73:10, 73:15, 73:16, 76:7, 88:7, 93:6, 93:10, 93:15, 93:19, 93:25, 94:18, 95:2
**room** [3] - 67:10, 68:8
**rooms** [3] - 21:21, 67:8, 67:9
**routinely** [1] - 80:3
**RPR** [3] - 1:23, 95:15, 95:22
**RUBEN** [1] - 1:4
**Ruben** [24] - 2:3, 4:23, 5:23, 14:11, 19:16, 25:23, 26:3, 26:4, 27:9, 27:15, 30:10, 30:23, 33:20, 37:4, 37:19, 39:21, 65:10, 77:10, 80:11, 80:20, 80:23, 92:20
**Ruben's** [1] - 26:18
**Rubencito** [1] - 32:6
**Rule** [2] - 3:23, 4:2
**rules** [1] - 3:1
**running** [1] - 4:16
**runs** [1] - 23:23

S

**SAHNI** [32] - 1:10, 2:8, 2:13, 3:7, 5:14, 6:7, 6:12, 14:3, 14:6, 17:10, 17:11, 17:16, 18:12, 18:13, 19:4, 19:5, 19:25, 20:1, 22:9, 24:17, 24:18, 29:23, 39:12, 39:13, 41:8, 41:12, 42:2, 88:10, 88:12, 91:21, 93:5, 94:24
**sAHNI** [1] - 6:14
**Sahni** [4] - 2:9, 5:15, 22:5, 29:7
**SAINT** [1] - 95:15
**Saint** [2] - 1:23, 95:22
**SAINT-LOTH** [1] - 95:15
**Saint-Loth** [1] - 1:23, 95:22
**sale** [4] - 27:1, 27:5, 27:19, 27:24
**Salinas** [1] - 44:8
**San** [2] - 1:16, 1:19
**Sauceda** [1] - 45:15
**save** [1] - 23:10
**saw** [1] - 74:10
**scheduled** [2] - 87:17, 87:23
**scratch** [1] - 93:1
**sealed** [3] - 64:12, 64:13, 64:15
**SEALED** [2] - 1:12, 1:6
**seat** [1] - 4:9
**seated** [3] - 4:15, 6:5, 22:3
**second** [15] - 15:15, 15:18, 15:19, 16:20, 17:3, 17:17, 17:19, 19:10, 19:19, 21:22, 32:23, 55:9, 80:20, 82:5
**secretaries** [2] - 25:16, 28:22
**secretary** [1] - 29:19
**section** [2] - 20:13, 20:20
**security** [16] - 10:4, 10:5, 10:11, 20:8, 20:12, 20:14, 22:12, 25:1, 25:2, 34:11, 34:12, 34:13, 34:20, 43:23, 44:10, 44:20
**see** [23] - 13:21, 28:11, 41:3, 58:1, 62:24, 62:25, 64:9, 64:18, 64:20, 65:11, 65:20, 65:23, 66:1, 66:6,

66:7, 66:9, 66:10, 67:9, 80:24, 82:13, 82:14, 85:10, 91:23
**see-through** [1] - 67:9
**seem** [1] - 58:10
**Segundo** [1] - 14:13
**SEGUNDO** [1] - 14:13
**SEIDO** [3] - 61:21, 61:23, 61:25
**sell** [4] - 8:5, 42:12, 80:1
**selling** [1] - 53:18
**send** [5] - 33:4, 40:19, 41:17, 41:25, 92:23
**Senor** [1] - 58:3
**sent** [8] - 37:14, 37:22, 41:2, 46:23, 59:16, 61:21, 68:5, 80:2
**sentence** [2] - 8:24, 9:3
**sentenced** [2] - 8:15, 22:7
**separate** [4] - 20:25, 67:10, 68:7, 70:6
**separated** [2] - 67:12, 68:10
**separately** [1] - 70:8
**September** [1] - 78:10
**series** [2] - 51:22, 53:1
**serious** [1] - 15:9
**session** [1] - 22:3
**set** [1] - 77:15
**seven** [2] - 10:9, 43:15
**several** [9] - 58:22, 86:23, 87:6, 88:2, 89:10, 89:15, 91:25, 92:12
**shall** [1] - 95:18
**sharp** [1] - 94:9
**shipment** [1] - 33:7
**shirt** [1] - 14:2
**shooting** [1] - 77:22
**short** [3] - 15:5, 42:23, 86:4
**shorthand** [1] - 1:25
**shortly** [1] - 51:22
**shot** [3] - 38:19, 38:25, 39:5
**showing** [1] - 61:4
**sic** [8] - 17:4, 43:18, 57:16, 65:7, 73:21, 75:18, 78:3, 79:7
**sic]** [2] - 6:18, 32:7
**side** [17] - 20:11, 28:6, 29:21, 29:22, 30:10, 31:23, 31:24, 56:1, 64:24, 64:25, 65:25, 66:6, 66:8, 67:22, 69:17
**sides** [2] - 63:18,

**✱ ✱ ✱ ✱ S E A L E D ✱ ✱ ✱ ✱ ✱**

64:22
**signatory** [1] - 95:19
**singing** [5] - 38:5, 38:7, 38:9, 40:13, 84:7
**sit** [1] - 35:18
**sitting** [1] - 9:8
**situation** [1] - 86:4
**six** [10] - 10:9, 42:23, 42:24, 43:15, 51:19, 51:21, 52:20, 52:21, 52:23, 52:25
**six-month** [1] - 42:23
**size** [1] - 63:15
**sized** [1] - 63:15
**sky** [1] - 62:25
**slowly** [2] - 10:14, 82:24
**small** [2] - 63:14, 85:1
**smaller** [1] - 68:6
**smashed** [1] - 76:16
**smoothly** [1] - 13:16
**smuggling** [3] - 12:11, 47:8, 47:9
**soldiers** [2] - 55:5, 55:21
**someone** [7] - 12:5, 39:7, 50:6, 74:22, 78:11, 84:16
**sometimes** [9] - 12:17, 17:23, 19:15, 47:14, 59:3, 68:4, 68:5, 82:21, 92:7
**somewhere** [1] - 91:9
**son** [1] - 18:20
**song** [4] - 38:5, 38:8, 84:7, 84:9
**sorry** [10] - 9:7, 19:13, 29:7, 45:18, 49:6, 56:12, 65:18, 76:11, 91:6, 91:19
**Spanish** [2] - 1:21, 1:22
**speakers** [2] - 28:15, 86:19
**special** [16] - 15:13, 15:25, 20:8, 20:12, 20:19, 21:12, 21:19, 22:11, 24:24, 24:25, 25:3, 25:5, 29:17, 37:7, 49:17, 62:20
**specialists** [1] - 85:5
**speech** [1] - 82:22
**spell** [1] - 58:7
**spelled** [1] - 58:9
**spend** [1] - 85:22
**stage** [1] - 22:21
**stand** [6] - 2:25, 3:19, 17:14, 39:22, 39:23, 55:13

**standard** [1] - 24:10
**standing** [2] - 23:14, 23:19
**stands** [2] - 34:6, 62:1
**start** [3] - 2:6, 2:12, 51:22
**started** [6] - 6:10, 10:5, 10:14, 43:18, 45:19, 81:17
**starting** [1] - 3:3
**state** [14] - 5:9, 6:17, 13:13, 22:5, 33:9, 45:7, 46:23, 46:24, 48:2, 56:7, 56:15, 61:19, 62:10, 62:13
**State** [2] - 50:3, 51:14
**statement** [9] - 46:4, 53:13, 56:11, 60:2, 61:2, 68:13, 78:7, 79:17, 85:23
**STATES** [4] - 1:1, 1:2, 1:7, 1:9
**States** [14] - 1:11, 2:3, 2:9, 4:20, 4:22, 5:2, 5:15, 7:22, 7:25, 8:2, 8:22, 47:3, 51:17, 52:15
**stay** [4] - 12:14, 44:25, 72:7, 73:9
**steel** [1] - 64:4
**stenographic** [1] - 95:16
**step** [1] - 15:21
**stepping** [1] - 5:10
**still** [5] - 7:14, 31:21, 61:3, 61:4, 82:19
**stood** [1] - 24:8
**stop** [1] - 37:12
**story** [1] - 77:23
**straight** [1] - 31:23
**Street** [3] - 1:12, 1:15, 1:18
**street** [1] - 55:6
**strict** [1] - 34:20
**strike** [1] - 17:6
**subordinates** [3] - 11:18, 12:4, 12:7
**successful** [1] - 33:15
**suffer** [1] - 7:2
**supposed** [1] - 69:25
**surprise** [2] - 39:20, 78:17
**surprised** [2] - 39:18, 39:19
**survive** [1] - 48:8
**swearing** [4] - 40:19, 41:14, 41:15, 41:24
**switch** [1] - 6:8
**sworn** [3] - 6:3, 43:2, 43:8

**system** [1] - 71:16

**T**

**table** [1] - 5:24
**Tamaulipas** [8] - 6:22, 9:22, 10:7, 12:25, 42:20, 48:3, 56:7, 56:15
**teach** [1] - 90:22
**technical** [1] - 22:1
**telephone** [3] - 68:25, 69:5, 69:8
**ten** [8] - 20:10, 20:25, 21:24, 46:3, 46:8, 64:23, 70:2, 85:5
**ten-minute** [1] - 21:24
**TERESA** [1] - 1:21
**testified** [3] - 24:20, 87:15, 92:9
**testify** [3] - 81:6, 87:17, 87:23
**testifying** [4] - 8:13, 22:22, 23:17, 41:6
**testimony** [7] - 3:22, 3:24, 23:3, 23:14, 52:23, 78:14, 93:3
**THE** [99] - 1:1, 1:7, 1:9, 1:14, 2:2, 2:11, 2:14, 2:18, 2:20, 2:22, 3:8, 3:10, 3:16, 3:17, 3:19, 3:25, 4:4, 4:7, 4:11, 4:15, 4:17, 4:18, 5:18, 5:23, 6:1, 6:4, 6:5, 6:10, 6:11, 14:5, 17:8, 17:13, 18:10, 18:24, 19:23, 19:24, 21:22, 22:2, 22:5, 22:10, 22:17, 23:5, 23:7, 23:10, 23:23, 24:3, 24:6, 24:13, 24:15, 29:7, 29:11, 29:14, 29:18, 33:12, 36:10, 39:10, 41:10, 42:4, 45:18, 45:22, 55:9, 55:11, 55:12, 55:15, 55:16, 57:19, 58:5, 58:7, 58:10, 58:13, 58:15, 58:17, 60:16, 60:18, 61:11, 65:14, 66:22, 72:24, 73:6, 73:8, 73:12, 73:14, 75:1, 75:24, 76:2, 81:24, 82:2, 88:9, 90:25, 91:19, 93:7, 93:11, 93:18, 93:21, 94:19, 94:21, 95:1, 95:3, 95:4
**the..** [1] - 75:1

**Third** [2] - 1:15, 1:18
**THIS** [1] - 1:11
**three** [15] - 13:7, 34:2, 34:25, 50:21, 51:9, 51:10, 52:2, 52:16, 63:8, 63:18, 63:23, 73:24, 76:5, 78:13, 90:6
**threw** [2] - 17:4, 84:9
**thrown** [1] - 28:15
**today** [7] - 3:12, 4:24, 6:25, 13:21, 41:6, 46:4, 89:17, 90:2, 90:5, 93:3, 94:23
**today's** [1] - 3:22
**together** [8] - 15:20, 34:17, 34:23, 35:4, 70:22, 76:4, 84:3, 89:10
**Toluca** [6] - 13:11, 13:12, 46:23, 46:24, 61:19, 62:10
**tomorrow** [3] - 86:9, 87:9
**ton** [1] - 32:8
**took** [3] - 33:16, 39:2, 80:3
**top** [1] - 72:16
**topics** [2] - 90:11, 90:14
**total** [3] - 33:7, 33:8, 89:7
**towns** [1] - 48:21
**trafficker** [2] - 43:23, 44:5
**trafficking** [13] - 9:13, 18:6, 18:15, 32:16, 43:18, 43:19, 43:21, 43:25, 47:8, 47:22, 53:14, 60:20
**trained** [5] - 49:19, 49:21, 49:24, 50:2, 51:13
**trainers** [5] - 90:21, 91:9, 91:12, 91:19, 91:20
**training** [5] - 42:22, 49:17, 49:22, 49:23, 91:17
**trainings** [5] - 90:23, 90:24, 91:1, 91:2, 91:7
**transcript** [4] - 1:25, 95:16, 95:16, 95:18
**TRANSCRIPT** [1] - 1:6
**transcription** [1] - 1:25
**transfer** [3] - 15:14, 26:24, 26:25
**transferred** [15] -

13:10, 15:12, 15:19, 15:21, 15:24, 16:1, 16:7, 16:9, 16:12, 16:13, 16:14, 16:18, 33:21, 33:25, 41:1
**transferring** [1] - 28:8
**translation** [1] - 60:17
**transplant** [5] - 7:9, 7:10, 85:4, 85:9, 85:12
**transplants** [2] - 7:13, 86:11
**transporting** [1] - 10:12
**treatment** [14] - 7:4, 15:13, 15:25, 20:8, 20:13, 20:19, 21:12, 21:20, 22:11, 24:24, 24:25, 25:3, 25:5, 62:20
**Trevino** [8] - 2:23, 4:25, 5:6, 6:18, 31:8, 32:15, 82:4, 95:10
**TREVINO** [1] - 6:3
**trial** [7] - 22:23, 23:1, 23:22, 24:6, 24:12, 93:13
**trials** [1] - 23:3
**tried** [2] - 27:13, 83:23
**trouble** [1] - 79:18
**true** [4] - 76:13, 91:10, 95:15, 95:16
**truth** [4] - 9:2, 86:5, 87:2, 87:21
**truthful** [1] - 8:22
**try** [1] - 23:2
**trying** [5] - 27:2, 27:4, 27:6, 67:23, 83:21
**turn** [1] - 3:16
**turning** [1] - 12:23
**Tuta** [1] - 66:6
**TV** [2] - 77:11, 77:15
**twice** [2] - 14:19, 14:20
**two** [19] - 20:10, 34:2, 35:14, 50:21, 51:9, 51:10, 52:2, 52:16, 63:16, 66:20, 70:20, 71:2, 72:20, 86:11, 87:11, 87:12, 87:25, 88:14, 90:6
**two-person** [1] - 63:16
**type** [9] - 7:7, 7:10, 29:3, 34:16, 49:17, 64:5, 72:18, 90:16, 90:19
**types** [3] - 34:15, 49:10, 49:14

**✱ ✱ ✱ ✱ *SEALED* ✱ ✱ ✱ ✱ ✱**

* * * * *  S E A L E D  * * * * *

## U

**U.S** [1] - 90:7
**ultimate** [1] - 27:16
**ultimately** [2] - 9:3, 47:3
**uncle** [1] - 26:18
**under** [4] - 3:1, 3:23, 4:2, 80:25
**understood** [8] - 4:10, 17:15, 24:2, 41:22, 54:4, 86:12, 86:17, 86:20
**unfortunately** [2] - 45:2, 55:20
**unintelligible** [1] - 86:19
**unit** [17] - 20:7, 20:8, 20:9, 20:10, 21:12, 21:20, 24:24, 24:25, 25:3, 25:5, 34:4, 34:5, 34:8, 43:7, 62:20, 85:15, 85:17
**UNITED** [4] - 1:1, 1:2, 1:7, 1:9
**United** [14] - 1:11, 2:3, 2:9, 4:20, 4:22, 5:2, 5:15, 7:22, 7:25, 8:2, 8:22, 47:3, 51:17, 52:15
**units** [1] - 53:23
**unlimited** [1] - 70:19
**up** [14] - 19:12, 23:25, 38:6, 46:2, 46:9, 47:14, 56:6, 56:10, 61:2, 61:4, 73:18, 84:8, 87:24, 94:23
**uphold** [1] - 43:8
**uses** [1] - 22:11

## V

**Vaca** [13] - 25:23, 26:1, 26:2, 27:9, 27:15, 28:6, 29:15, 30:23, 40:1, 80:11, 81:22, 81:23, 82:3
**VACA** [1] - 25:24
**Vaca's** [1] - 30:10
**vague** [1] - 93:22
**value** [1] - 33:5
**VARELA** [1] - 1:22
**vehicle** [1] - 37:23
**Veracruz** [5] - 32:9, 32:24, 33:9, 33:13
**versus** [2] - 2:3, 4:22
**Victoria** [1] - 42:20
**videographer** [3] - 4:13, 5:13, 5:17
**Videographer** [1] -

1:22
**VIDEOGRAPHER** [1] - 4:17
**videography** [1] - 4:16
**videotape** [1] - 3:3
**VIDEOTAPED** [1] - 1:6
**view** [1] - 64:12
**violence** [1] - 11:8
**violent** [1] - 16:22
**vision** [1] - 67:23
**visit** [4] - 50:9, 67:4, 78:11
**visitation** [1] - 78:5
**visitations** [1] - 70:4
**visits** [9] - 67:3, 67:13, 67:18, 69:22, 69:24, 70:1, 70:2, 70:17, 70:19
**void** [1] - 95:18
**vs** [1] - 1:3

## W

**wait** [2] - 13:14, 60:16
**waiting** [1] - 22:19
**wall** [8] - 63:20, 64:4, 64:5, 64:21, 65:25, 67:9, 67:12, 68:10
**walls** [2] - 63:18, 63:23
**war** [9] - 11:11, 11:19, 12:2, 54:20, 60:14, 60:15, 60:18, 60:19, 79:21
**wars** [4] - 54:21, 54:24, 55:18, 56:2
**Washington** [3] - 1:5, 1:12, 5:4
**wasting** [1] - 4:8
**weapon** [2] - 36:13, 36:14
**weapons** [11] - 36:22, 37:2, 38:1, 49:5, 49:7, 49:10, 49:12, 49:14, 49:18, 50:4, 90:22
**wearing** [2] - 13:25, 14:2
**Wednesday** [1] - 5:4
**week** [3] - 40:5, 69:1, 70:17
**weeks** [2] - 35:13, 79:2
**West** [2] - 1:15, 1:18
**whole** [1] - 72:2
**Wicho** [7] - 73:21, 73:22, 74:5, 74:15, 74:16, 74:18, 76:20
**wife** [1] - 92:8
**window** [4] - 28:17,

62:23, 77:17, 77:19
**windows** [2] - 62:21
**witness** [11] - 2:23, 2:25, 3:4, 4:11, 4:14, 6:2, 14:4, 22:22, 55:13, 94:19, 94:20
**WITNESS** [7] - 29:11, 29:18, 36:10, 45:22, 60:18, 76:2, 95:9
**woman** [1] - 77:24
**word** [6] - 58:5, 58:6, 58:14, 58:15, 58:16, 58:17
**words** [2] - 56:9, 92:3
**world** [2] - 77:18, 77:19
**worse** [1] - 83:1
**worsen** [1] - 89:5
**write** [1] - 78:16
**written** [1] - 94:17

## Y

**year** [11] - 45:12, 45:24, 51:16, 52:9, 81:7, 83:6, 83:7, 83:8, 83:10, 89:3
**years** [23] - 10:9, 13:7, 42:14, 43:15, 46:3, 46:8, 46:15, 50:21, 50:22, 51:19, 51:21, 52:14, 52:16, 52:20, 52:21, 52:23, 52:25, 54:12, 57:21, 72:9, 84:3, 87:12, 89:12
**yell** [1] - 68:15
**yelling** [4] - 68:14, 68:20, 68:22, 92:3
**yells** [1] - 32:6
**yourself** [5] - 56:17, 68:8, 72:7, 75:21, 80:13
**yourselves** [2] - 2:6, 3:2

## Z

**Zapopan** [3] - 37:8, 37:11, 37:22
**Zeta** [15] - 11:19, 31:12, 31:13, 32:4, 32:10, 32:11, 32:12, 32:14, 32:19, 32:20, 32:21, 33:1, 76:10, 76:12
**Zetas** [15] - 11:12, 11:13, 11:14, 26:23, 27:11, 27:25, 28:6, 31:6, 32:13, 32:22, 54:20, 60:14, 72:15,

76:5, 79:20

* * * * *  SEALED  * * * * *